## CERTIFICATION OF NORTH COLLIER FIRE CONTROL
## AND RESCUE DISTRICT FIREFIGHTER PENSION PLAN

I, Thel Whitley, on behalf of North Collier Fire Control and Rescue District Firefighters' Pension Plan ("North Collier") certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1. I am Chairperson of North Collier, and I have reviewed the complaint filed against Mercury Systems, Inc., Mark Aslett and Michael Ruppert for violations of the federal securities laws. I am duly authorized to make this certification.

2. North Collier did not purchase or acquire Mercury Systems, Inc. common stock at the direction of counsel or in order to participate in any private action.

3. North Collier is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

4. Attached as Schedule A to this Certification is a list of North Collier's transactions during the period of December 7, 2020 through June 23, 2023, inclusive, in the common stock that is the subject of this matter.

5. During the three-year period preceding the date of this certification, North Collier has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws as follows:

   *None*

6. North Collier will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 11 day of December, 2023.

_____
Thel Whitely, Chairperson
*North Collier Fire Control and Rescue
District Firefighters' Pension Plan*