## Mercury Systems, Inc. -- Schedule A
### North Collier Fire Control and Rescue District Firefighters' Pension Plan

**Cusip:** 589378108
**Ticker:** MRCY
**Class Period:** December 7, 2020 through June 23, 2023

**Beginning Holdings:** 0 shares

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 05/05/21 | 4,300 | $55.15 | | 07/06/22 | 707 | $63.32 |
| 08/04/21 | 108 | $53.17 | | 07/07/22 | 338 | $63.58 |
| 08/04/21 | 22 | $52.95 | | | | |
| 02/09/22 | 45 | $53.29 | | | | |
| 08/16/22 | 1,040 | $52.79 | | | | |
| 10/17/22 | 105 | $43.04 | | | | |
| 03/17/23 | 335 | $46.18 | | | | |