**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MERCURY SYSTEMS, INC., MARK ASLETT, and MICHAEL RUPPERT, <br><br> Defendants. | Case No. 1:23-cv-13065-WGY <br><br> CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF WISCONSIN LABORERS' PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.    I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Wisconsin Laborers' Pension Fund for appointment as lead plaintiff, and approval of its selection of counsel.

2.    Attached hereto as Exhibit A is a copy of a press release issued by Grant & Eisenhofer, dated December 13, 2023, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is February 12, 2024.

3.    Attached hereto as Exhibit B is the declaration of Kent Miller

4.    Attached hereto as Exhibit C is the the certification of Wisconsin Laborers' Pension Fund.

5.      Attached hereto as Exhibit D is a chart reflecting Wisconsin Laborers' Pension Fund's losses in the relevant securities.

6.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

Dated: February 12, 2024                    _/s/ Jeffrey C. Block_____
                                            Jeffrey C. Block

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                _/s/ Jeffrey C. Block___
                Jeffrey C. Block

2