# EXHIBIT B

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr>
<td>

NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

          v.

MERCURY SYSTEMS, INC., MARK ASLETT, and MICHAEL RUPPERT,

          Defendants.

</td>
<td>

Case No. 1:23-cv-13065- WGY

<br>

CLASS ACTION

</td>
</tr>
</table>

**DECLARATION OF KENT MILLER IN SUPPORT OF THE MOTION OF WISCONSIN LABORERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

i

I, Kent Miller, pursuant to 28 U.S.C. §1746, declare as follows:

1. I, on behalf the Board of Trustees of Wisconsin Laborers' Pension Fund ("Wisconsin Laborers'"), respectfully submit this declaration ("Declaration") in support of its motion for: (i) appointment as Lead Plaintiff in the above-captioned action (the "Action") against Mercury Systems, Inc. ("Mercury Systems" or the "Company"), and certain of the Company's officers (collectively, the "Defendants"); and (ii) approval of its selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel.

2. Wisconsin Laborers' fully understands the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have personal knowledge about the information contained in this Declaration relating to Wisconsin Laborers' respective funds.

3. Wisconsin Laborers' understands that to fulfill the fiduciary duties and obligations of a Lead Plaintiff, it must ensure that this Action is prosecuted vigorously and efficiently on behalf of the entire Class. Further, in seeking to be appointed Lead Plaintiff in this Action, Wisconsin Laborers' understands that it is subject to the jurisdiction of this Court and will be bound by all rulings, orders, and judgments of the Court.

4. I, Kent Miller, in my capacity as the Chairman of Wisconsin Laborers', am authorized to make this declaration on its behalf. Wisconsin Laborers' is a public pension system organized for the benefit of current and retired Laborers' and their beneficiaries in the state of Wisconsin. Wisconsin Laborers' has approximately 10,836 members and retirees and approximately $968.7 million in assets under management as of December 31, 2023.

5. As detailed in the papers accompanying its Lead Plaintiff motion, Wisconsin Laborers' has suffered a significant loss in its investments in Mercury Systems common stock purchased during the Class Period. As reflected in its certification and the Lead Plaintiff motion, Wisconsin Laborers' purchased 5,253 shares of Mercury Systems common stock during the Class

Period and suffered a loss of $67,821.64 as a result of the violations of the federal securities laws alleged in the Action.

6.    Wisconsin Laborers' is a sophisticated institutional investor that understands that this case is governed by the PSLRA and understands and accepts the responsibilities and fiduciary obligations that it will assume under the PSLRA if appointed as Lead Plaintiff.

7.    Wisconsin Laborers' believes that the prosecution of this case should be led by a sophisticated investor with substantial resources and a significant financial stake in the claims asserted in the litigation to ensure the Action is litigated as vigorously and efficiently as possible on behalf of the Class. Wisconsin Laborers' is a sophisticated institutional investor with experienced professional staff and ample resources to ensure effective oversight of this litigation. Wisconsin Laborers' manages over $968.7 million in assets and serves as fiduciary to thousands of beneficiaries. Wisconsin Laborers' is also highly incentivized and motivated to recover the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws and is committed to actively directing this litigation and maximizing the recovery for the Class, having suffered losses of approximately $67,821.64 on its Class Period purchases of Mercury Systems common stock.

8.    In light of Wisconsin Laborers' interest in ensuring that this Action is led by a sophisticated institutional investor committed to achieving the largest possible recovery for the Class, Wisconsin Laborers' reviewed materials provided by its counsel, Block & Leviton, addressing the merits of the claims filed against Defendants as well as Block & Leviton's experience prosecuting similar securities fraud class actions. After evaluating this information and due consideration, Wisconsin Laborers' determined to seek appointment as Lead Plaintiff and prosecute this case, and thereafter selected Block & Leviton as its proposed Lead Counsel.

9.    Wisconsin Laborers' understands that it owes a duty to all members of the proposed Class to provide fair and adequate representation. Wisconsin Laborers' intends to work with its chosen counsel, Block & Leviton, to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in the Action on behalf of the Class.

10.    Wisconsin Laborers' does not foresee any problems staying abreast of the progress of this litigation. Indeed, as part of its commitment to prosecute the Action against Defendants, before seeking appointment as Lead Plaintiff, Wisconsin Laborers' convened a call with its chosen counsel, Block & Leviton, to discuss, among other things: the facts and the merits of the claims against Defendants; its interest in serving as Lead Plaintiff; its intended strategy for prosecuting this Action; the benefits that sophisticated institutional investors serving as Lead Plaintiff may provide to the Class; and ensuring that the Class's claims will be efficiently and zealously prosecuted by its oversight of its proposed Lead Counsel. Wisconsin Laborers' believes that institutional investors serving as Lead Plaintiff will have a positive effect on the quality of the representation provided to absent Class members.

11.    Additionally, Wisconsin Laborers' discussed a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to supervise the prosecution of the case to ensure that the Action is prosecuted efficiently. Through supervision of proposed Lead Counsel, Wisconsin Laborers' will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner, without unreasonable expense or cost.

12.    Wisconsin Laborers' is committed to taking an active role in supervising the prosecution of this Action. While Wisconsin Laborers' intends to seek the benefit of counsel's advice, it understands that the final decision-making authority belongs to Wisconsin Laborers'. Wisconsin Laborers' intends to communicate with counsel as often as necessary to discuss major

3

litigation developments and to ensure the vigorous and efficient prosecution of this Action. To this end, Wisconsin Laborers' has instructed Block & Leviton to provide it with regular updates on the progress of the litigation. Wisconsin Laborers' recognizes that developments in the Action may require more frequent updates and have instructed counsel to provide updates as frequently as necessary.

13.     Wisconsin Laborers' understands that if appointed Lead Plaintiff, it will be responsible for making important litigation decisions and directing counsel with respect to this litigation. To discharge these duties, Wisconsin Laborers' will continue to obtain and review periodic status reports on the progress of the litigation, produce documents, answer interrogatories, sit for depositions if needed during discovery, and provide testimony if needed at trial. Wisconsin Laborers' is also prepared to personally travel to court proceedings, depositions, settlement mediations, and hearings when its presence will be of benefit to the Class. Wisconsin Laborers' will provide input into litigation strategies, and major litigation decisions, including whether to settle the litigation, and if so, for what amount. These decisions are entirely dependent on Wisconsin Laborers' approval.

14.     Wisconsin Laborers' understands that if appointed Lead Plaintiff, it would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the putative class consistent with good faith and vigorous advocacy. Wisconsin Laborers' is, and will continue to be, committed to the zealous prosecution of this case and ensuring that the Class receives the optimal outcome from this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on  2/2/2024 .

Wisconsin Laborers' Pension Fund

DocuSigned by:

*kent Miller*

E0FEE3D04ABF4DC...

Kent Miller, Chairman