# EXHIBIT C

DocuSign Envelope ID: 49312D3F-ADC8-48DB-893E-EE880EFCCF7D

## Certification Pursuant to Federal Securities Laws

I, Kent Miller, on behalf of the Wisconsin Laborers' Pension Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of the Wisconsin Laborers' Pension Fund. I have reviewed a complaint filed in this matter. Wisconsin Laborers' Pension Fund has authorized the filing of this motion for appointment as lead plaintiff.

2. Wisconsin Laborers' Pension Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Wisconsin Laborers' Pension Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Wisconsin Laborers' Pension Fund fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Wisconsin Laborers' Pension Fund's transactions in the Mercury Systems, Inc. securities that are the subject of this action are set forth in the chart attached hereto as Exhibit 1.

5. During the past three years, Wisconsin Laborers' Pension Fund has sought to serve and is serving as a representative party and class representative in the matter captioned *In re FirstEnergy Corp. Securities Litigation*, No. 2:20-cv-03785-ALM-KAJ (S.D. Ohio).

6. Wisonsin Laborers' Pension Fund will not accept payment for serving as a representative party on behalf of a class beyond Wisconsin Laborers' Pension Fund's pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 2/2/2024

DocuSigned by:

*kent Miller*

E0FEE3D04ABF4DC...

Kent Miller
*Wisconsin Laborers' Pension Fund*

# Exhibit 1

**Wisconsin Laborers' Pension Fund**
**Class Period Transactions in Mercury Systems, Inc.**

| Date | Transaction | Shares | Price |
|------|-------------|--------|-------|
| 1/26/22 | Bought | 718 | $ 56.16 |
| 1/27/22 | Bought | 719 | $ 55.70 |
| 1/28/22 | Bought | 292 | $ 53.46 |
| 2/2/22 | Bought | 1,229 | $ 51.57 |
| 2/3/22 | Bought | 134 | $ 53.48 |
| 2/4/22 | Bought | 26 | $ 52.56 |
| 2/10/22 | Bought | 260 | $ 52.44 |
| 2/11/22 | Bought | 549 | $ 52.17 |
| 2/14/22 | Bought | 19 | $ 52.46 |
| 2/14/22 | Bought | 196 | $ 52.82 |
| 2/15/22 | Bought | 35 | $ 52.83 |
| 2/15/22 | Bought | 228 | $ 52.90 |
| 2/22/22 | Bought | 140 | $ 52.24 |
| 2/23/22 | Bought | 214 | $ 51.40 |
| 10/19/22 | Bought | 101 | $ 44.91 |
| 10/20/22 | Bought | 192 | $ 45.44 |
| 10/26/22 | Bought | 201 | $ 48.36 |
| 2/1/23 | Sold | -389 | $ 56.95 |
| 3/24/23 | Sold | -327 | $ 48.30 |
| 5/4/23 | Sold | -1,035 | $ 39.44 |
| 5/11/23 | Sold | -673 | $ 39.56 |