# EXHIBIT D

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 12/07/2020 |
| Wisconsin Laborers' Pension Fund | Class Period End: 06/23/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 06/24/2023 |
| Security: 589378108 | Lookback Period End: 09/22/2023 |
| Class Period: December 07,2020 - June 23,2023 | Days in Lookback Period:  90 |
| Currency: USD | Lookback Period Average Closing Price: 36.59 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | **0.0000** | | | | | **0.0000** | **0.00** | **0.00** | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | **0.00** | **0.00** | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| Purchase | 10/26/2022 | 201.0000 | 48.36 | 9,720.75 | Sale | 02/01/2023 | 201.0000 | 56.95 | 11,447.55 | 0.0000 | 1,726.79 |
| Purchase | 10/20/2022 | 188.0000 | 45.44 | 8,543.09 | Sale | 02/01/2023 | 188.0000 | 56.95 | 10,707.16 | 0.0000 | 2,164.07 |
| Purchase | 10/20/2022 | 4.0000 | 45.44 | 181.76 | Sale | 03/24/2023 | 4.0000 | 48.30 | 193.21 | 0.0000 | 11.44 |
| Purchase | 10/19/2022 | 101.0000 | 44.91 | 4,536.05 | Sale | 03/24/2023 | 101.0000 | 48.30 | 4,878.69 | 0.0000 | 342.63 |
| Purchase | 02/23/2022 | 214.0000 | 51.40 | 11,000.54 | Sale | 03/24/2023 | 214.0000 | 48.30 | 10,337.03 | 0.0000 | (663.50) |
| Purchase | 02/22/2022 | 8.0000 | 52.24 | 417.92 | Sale | 03/24/2023 | 8.0000 | 48.30 | 386.43 | 0.0000 | (31.48) |
| Purchase | 02/22/2022 | 132.0000 | 52.24 | 6,895.68 | Sale | 05/04/2023 | 132.0000 | 39.43 | 5,205.52 | 0.0000 | (1,690.16) |
| Purchase | 02/15/2022 | 35.0000 | 52.82 | 1,848.89 | Sale | 05/04/2023 | 35.0000 | 39.43 | 1,380.25 | 0.0000 | (468.64) |
| Purchase | 02/15/2022 | 228.0000 | 52.89 | 12,060.72 | Sale | 05/04/2023 | 228.0000 | 39.43 | 8,991.36 | 0.0000 | (3,069.35) |
| Purchase | 02/14/2022 | 19.0000 | 52.45 | 996.67 | Sale | 05/04/2023 | 19.0000 | 39.43 | 749.28 | 0.0000 | (247.38) |
| Purchase | 02/14/2022 | 196.0000 | 52.82 | 10,352.95 | Sale | 05/04/2023 | 196.0000 | 39.43 | 7,729.41 | 0.0000 | (2,623.54) |
| Purchase | 02/11/2022 | 425.0000 | 52.16 | 22,170.84 | Sale | 05/04/2023 | 425.0000 | 39.43 | 16,760.21 | 0.0000 | (5,410.63) |
| Purchase | 02/11/2022 | 124.0000 | 52.16 | 6,468.67 | Sale | 05/11/2023 | 124.0000 | 39.56 | 4,905.50 | 0.0000 | (1,563.16) |
| Purchase | 02/10/2022 | 260.0000 | 52.43 | 13,633.57 | Sale | 05/11/2023 | 260.0000 | 39.56 | 10,285.73 | 0.0000 | (3,347.83) |
| Purchase | 02/04/2022 | 26.0000 | 52.55 | 1,366.49 | Sale | 05/11/2023 | 26.0000 | 39.56 | 1,028.57 | 0.0000 | (337.92) |
| Purchase | 02/03/2022 | 134.0000 | 53.47 | 7,165.69 | Sale | 05/11/2023 | 134.0000 | 39.56 | 5,301.10 | 0.0000 | (1,864.59) |
| Purchase | 02/02/2022 | 129.0000 | 51.57 | 6,652.64 | Sale | 05/11/2023 | 129.0000 | 39.56 | 5,103.30 | 0.0000 | (1,549.34) |
| | | | | | | | | | | | |
| **2A. Total** | | **2,424.0000** | | **124,013.01** | | | **2,424.0000** | | **105,390.36** | **0.00** | **(18,622.64)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| Purchase | 02/02/2022 | 1,100.0000 | 51.57 | 56,727.99 | Sale | 06/26/2023 | 1,100.0000 | 36.59 | 40,249.17 | 0.0000 | (16,478.81) |
| Purchase | 01/28/2022 | 292.0000 | 53.45 | 15,609.43 | Sale | 06/26/2023 | 292.0000 | 36.59 | 10,684.32 | 0.0000 | (4,925.11) |
| Purchase | 01/27/2022 | 719.0000 | 55.70 | 40,051.31 | Sale | 06/26/2023 | 719.0000 | 36.59 | 26,308.32 | 0.0000 | (13,742.99) |
| Purchase | 01/26/2022 | 718.0000 | 56.16 | 40,323.80 | Sale | 06/26/2023 | 718.0000 | 36.59 | 26,271.73 | 0.0000 | (14,052.07) |
| | | | | | | | | | | | |
| **2B. Total** | | **2,829.0000** | | **152,712.56** | | | **2,829.0000** | | **103,513.56** | **0.00** | **(49,198.99)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 2.C ClassPeriod Purchases Held at the End of Lookback Period | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| **2C. Total** | | **0.0000** | **0.00** | | | **0.000** | **$0.00** | **0.0000** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/22/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Total | | 5,253.0000 | 276,725.57 | | | | 5,253.0000 | | 208,903.93 | 0.0000 | (67,821.64) |
| Grand Total | | 5,253.0000 | 276,725.57 | | | | 5,253.0000 | | 208,903.93 | 0.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(67,821.64)** |

**Loss Methodology:**

1934 Act,Section 10(b)

**Currency Conversion:**

Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**

By Client

**Retained Shares Calculation:**

Higher of the Avg. Closing Price or the Actual Sales Price

**Share Matching:**

Match same day transactions

**Override Custodian Data:**

Using as reported by Custodian.