UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>MERCURY SYSTEMS, INC., et al.,<br><br>                  Defendants. | No. 1:23-cv-13065-WGY<br><br>CLASS ACTION<br><br>MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

Carpenters Pension Trust Fund for Northern California (the "Pension Trust Fund") hereby moves this Court for an Order (attached hereto) appointing the Pension Trust Fund as Lead Plaintiff and approving Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B). In support of this Motion, the Pension Trust Fund submits herewith a memorandum of law and the declaration of Theodore M. Hess-Mahan.[1]

DATED: February 12, 2024

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109

*/s/Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel

---

[1] Pursuant to the Private Securities Litigation Reform Act of 1995, a motion for appointment as lead plaintiff may be made by any class member who wishes to seek appointment as lead plaintiff, regardless of whether they have previously filed a complaint in this action, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action. *See* 15 U.S.C. §78u-4(a)(3)(A)-(B).  It is impossible at this time for the Pension Trust Fund's counsel to determine who else may move for appointment as lead plaintiff.  Accordingly, counsel for the Pension Trust Fund requests leave from the meet-and-confer requirement of Local Rule 7.1(a)(2) with respect to the filing of this Motion.

- 1 -

4893-0911-1460.v1

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        DANIELLE S. MYERS
        MICHAEL ALBERT
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        dmyers@rgrdlaw.com
        malbert@rgrdlaw.com

        GRANT & EISENHOFER P.A.
        DANIEL L. BERGER
        CAITLIN M. MOYNA
        485 Lexington Avenue, 29th Floor
        New York, NY  10017
        Telephone:  646/722-8500
        646/722-8501 (fax)
        dberger@gelaw.com
        cmoyna@gelaw.com

        Proposed Lead Counsel for Proposed Lead Plaintiff

        WEINBERG, ROGER & ROSENFELD, P.C.
        EZEKIEL D. CARDER
        1375 55th Street
        Emeryville, CA  94608
        Telephone:  510/337-1001
        510/337-1023 (fax)
        ecarder@unioncounsel.net

        Additional Counsel

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 12, 2024.

                            */s/Theodore M. Hess-Mahan*
                            Theodore M. Hess-Mahan