UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:23-cv-13065-WGY<br><br>CLASS ACTION |
| Plaintiff, | ) ) ) | DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |
| vs. | ) ) | AND APPROVAL OF LEAD COUNSEL |
| MERCURY SYSTEMS, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

4856-4086-4932.v1

I, THEODORE M. HESS-MAHAN declare as follows:

1.      I am local counsel for lead plaintiff movant Carpenters Pension Trust Fund for Northern California (the "Pension Trust Fund").  I submit this declaration in support of the Pension Trust Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published on *Business Wire* on December 13, 2023.

3.      Attached hereto as Exhibit B is the Certification of the Pension Trust Fund stating that it is willing to serve as a representative party on behalf of the class.

4.      Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting the Pension Trust Fund's estimated losses (prepared by counsel).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2024.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 12, 2024.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

- 1 -

4856-4086-4932.v1