# EXHIBIT A

# Grant & Eisenhofer Files Class Action Lawsuit Against Mercury Systems, Inc. on Behalf of Institutional Investor

🌐 **businesswire.com**/news/home/20231213173036/en/Grant-Eisenhofer-Files-Class-Action-Lawsuit-Against-Mercury-Systems-Inc.-on-Behalf-of-Institutional-Investor

December 13, 2023

BOSTON--(BUSINESS WIRE)--Institutional investor and defined benefit pension fund North Collier Fire Control and Rescue District Firefighters' Pension Plan filed a class action lawsuit today against Mercury Systems, Inc. ("Mercury" or the "Company"), Mark Aslett, and Michael Ruppert, alleging they defrauded investors by issuing false and misleading statements concerning the state of Mercury's business and financial results.

The suit, brought in federal court in the United States District Court for the District of Massachusetts was filed by leading investor law firm Grant & Eisenhofer P.A.

The action is brought on behalf of all persons or entities who purchased or acquired Mercury common stock **between December 7, 2020 and June 23, 2023, inclusive** (the "Class Period"). The action is captioned *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., Mark Aslett, and Michael Ruppert*, 1:23-cv-13065 (D. Mass.).

The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Specifically, Mercury is a technology company that produces component modules and subsystems for the aerospace and defense industries. Prior to and during the Class Period, Mercury was a serial acquirer that used acquisitions and improper revenue recognition practices to mask its inability to grow organically. During the Class Period, Defendants repeatedly touted the success of the Company's growth, painting a false rosy financial picture for investors. Defendants repeatedly misled investors to believe that their growth was organic by misrepresenting several elements of Mercury's business, including by hiding that Mercury had switched from "point-in-time" to "long-term contracts" in order to improperly boost reported revenues and that several of Mercury's projects were in significant distress, including projects related to Mercury's acquisition of Physical Optics Corporation. Mercury also lied to investors about its strategic growth initiative, 1MPACT, which was designed to improve profit margins but unbeknownst to investors was used to disguise regular expenses as restructuring costs, enabling Mercury to claim that recurring expenses were one-time costs.

The market was thus shocked when Glasshouse Research issued a short seller report on July 26, 2022 that revealed the truth of these issues. The issuance of the report from Glasshouse Research caused Mercury's stock to drop 7.8%. The full truth of the state of Mercury's business was then revealed piecemeal to the market through several partial

disclosures that took place between July 26, 2022 and June 23, 2023. During this time, the Company's share price declined nearly 50%, wiping out billions of dollars in market capitalization and damaging investors.

For investors who purchased or acquired Mercury common stock during the Class Period, you are a member of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative for the Class, by complying with the relevant provisions for the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(iv). If you wish to serve as lead plaintiff, **you must move the Court by no later than February 12, 2024**, which is the lead plaintiff deadline that was established by publication of this notice on December 13, 2023. You do not need seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Caitlin M. Moyna at Grant & Eisenhofer at 646-722-8513, or via email at cmoyna@gelaw.com.