UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MERCURY SYSTEMS, INC., MARK ASLETT, and MICHAEL RUPPERT,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-13065-WGY<br><br>CLASS ACTION<br><br>**DECLARATION OF LAWRENCE D. LEVIT IN SUPPORT OF MOTION OF UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL** |

I, Lawrence D. Levit, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am of counsel to the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), counsel to the University of Puerto Rico Retirement System ("UPR"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of UPR's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of UPR's selection of AF&T as Lead Counsel and Cera LLP as Liaison Counsel for the Class in the Action.

2.      True and correct copies of the following exhibits are attached hereto:

Exhibit A:              Press release published over *Business Wire* on December 13, 2023;

Exhibit B:              Shareholder Certification executed by UPR;

Exhibit C:              Chart reflecting UPR's financial interest in the Action;

Exhibit D:              Firm resume of AF&T; and

Exhibit E:              Firm resume of Cera LLP.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 12, 2024                                /s/ Lawrence D. Levit
                                                                              Lawrence D. Levit

1

**Certificate of Service**

I hereby certify that this document(s) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on February 12, 2024.

/s/ C. Andrew Dirksen
C. Andrew Dirksen