# Exhibit B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Cristina Alcaraz, as Executive Director of the University of Puerto Rico Retirement System ("UPR Retirement System"), having the authority to enter into and execute this Certification on behalf of UPR Retirement System, hereby certify as follows:



1.      I have reviewed the Complaint filed in *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc.*, et al., No. 1:23-cv-13065-WGY (D. Mass.), and authorize the filing of a similar complaint and a motion for UPR Retirement System's appointment as lead plaintiff.

2.      UPR Retirement System did not engage in transactions of the Mercury Systems, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.      UPR Retirement System is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      UPR Retirement System's transactions during the relevant period in the Mercury Systems, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.      During the three-year period preceding the date of this Certification, UPR Retirement System has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *Peters v. Twist Bioscience Corporation, et al.*, No. 5:22cv08168-EJD (N.D. Cal.); *Schneider v. Natera, Inc., et al.*, No. 1:22-cv-00398-LY (W.D. Tex.); *Zornberg v. NAPCO Security Technologies, Inc., et al.*, No. 1:23-cv-06465-BMC (E.D.N.Y.) and *Allegheny County Employees' Retirement System v. AdaptHealth Corp.*, et al., No. 2:23-cv-04104 (E.D. Pa.).

6.      UPR Retirement System will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _18th_ day of January, 2024.

**CRISTINA ALCARAZ**
Executive Director
University of Puerto Rico Retirement System

## Schedule A

University of Puerto Rico Retirement System
Transactions in Mercury Systems, Inc. (MRCY)



| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 02/04/2021 | 923 | 73.0800 |
| Buy | 02/04/2021 | 485 | 73.0251 |
| Buy | 02/04/2021 | 1,029 | 73.0902 |
| Buy | 02/04/2021 | 450 | 73.0902 |
| Buy | 02/05/2021 | 176 | 74.3693 |
| Buy | 02/05/2021 | 2,120 | 75.9984 |
| Buy | 02/05/2021 | 540 | 75.9984 |
| Buy | 02/05/2021 | 27 | 75.9386 |
| Buy | 02/11/2021 | 249 | 74.9585 |
| Buy | 02/11/2021 | 1,161 | 75.0474 |
| Buy | 03/10/2021 | 1,189 | 65.6237 |
| Buy | 03/10/2021 | 800 | 65.6237 |
| Buy | 03/11/2021 | 311 | 66.4928 |
| Buy | 06/23/2021 | 220 | 65.9128 |
| Buy | 06/23/2021 | 382 | 65.9128 |
| Buy | 06/24/2021 | 276 | 65.8403 |
| Buy | 06/24/2021 | 162 | 65.3354 |
| Buy | 11/10/2021 | 550 | 52.1880 |
| Buy | 11/10/2021 | 585 | 52.3468 |
| Buy | 11/10/2021 | 475 | 52.4700 |
| Buy | 11/10/2021 | 1,280 | 52.1880 |
| Buy | 06/22/2022 | 260 | 59.5401 |
| Buy | 06/22/2022 | 460 | 59.5401 |
| Buy | 12/16/2022 | 1,090 | 44.4270 |