# Exhibit C

**Gain (Loss) Chart**

**University of Puerto Rico Retirement System**
**Transactions in Mercury Systems, Inc. (MRCY)**

| Transaction | Trade Date | Shares Transacted | Price | Amount |
|---|---|---|---|---|
| Class Start | 12/07/2020 | | | |
| Buy | 02/04/2021 | 923 | 73.0800 | $67,452.84 |
| Buy | 02/04/2021 | 485 | 73.0251 | $35,417.17 |
| Buy | 02/04/2021 | 1,029 | 73.0902 | $75,209.82 |
| Buy | 02/04/2021 | 450 | 73.0902 | $32,890.59 |
| Buy | 02/05/2021 | 176 | 74.3693 | $13,089.00 |
| Buy | 02/05/2021 | 2,120 | 75.9984 | $161,116.61 |
| Buy | 02/05/2021 | 540 | 75.9984 | $41,039.14 |
| Buy | 02/05/2021 | 27 | 75.9386 | $2,050.34 |
| Buy | 02/11/2021 | 249 | 74.9585 | $18,664.67 |
| Buy | 02/11/2021 | 1,161 | 75.0474 | $87,130.03 |
| Buy | 03/10/2021 | 1,189 | 65.6237 | $78,026.58 |
| Buy | 03/10/2021 | 800 | 65.6237 | $52,498.96 |
| Buy | 03/11/2021 | 311 | 66.4928 | $20,679.26 |
| Buy | 06/23/2021 | 220 | 65.9128 | $14,500.82 |
| Buy | 06/23/2021 | 382 | 65.9128 | $25,178.69 |
| Buy | 06/24/2021 | 276 | 65.8403 | $18,171.92 |
| Buy | 06/24/2021 | 162 | 65.3354 | $10,584.33 |
| Buy | 11/10/2021 | 550 | 52.1880 | $28,703.40 |
| Buy | 11/10/2021 | 585 | 52.3468 | $30,622.88 |
| Buy | 11/10/2021 | 475 | 52.4700 | $24,923.25 |
| Buy | 11/10/2021 | 1,280 | 52.1880 | $66,800.64 |
| Buy | 06/22/2022 | 260 | 59.5401 | $15,480.43 |
| Buy | 06/22/2022 | 460 | 59.5401 | $27,388.45 |
| Buy | 12/16/2022 | 1,090 | 44.4270 | $48,425.43 |
| Class End | 06/23/2023 | | | |
| Total Purchases | | 15,200 | | $996,045.25 |
| Total Sales | | 0 | | n/a |
| Holdings As Of | 09/21/2023 | 15,200 | 36.5902 | $556,171.04 |
| **Gain (Loss)** | | | | **($439,874.21)** |

Holding Price represents the Average of Post Class Closing Prices through 09/21/2023.