UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORTH COLLIER FIRE CONTROL AND              :
RESCUE DISTRICT FIREFIGHTERS'
PENSION PLAN, individually and on behalf of  :
all others similarly situated,

                                                         :

                    Plaintiff,                    Civil Action
          v.                                 :   No. 23-13065-WGY

MERCURY SYSTEMS, INC., MARK              :
ASLETT, MICHAEL RUPPERT, WILLIAM L.
BALLHAUS, and DAVID E. FARNSWORTH,  :

                    Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPENDIX OF PUBLIC RECORDS CITED IN MEMORANDUM OF LAW IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

James R. Carroll
Nigel Tamton
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
nigel.tamton@skadden.com

Susan L. Saltzstein (*pro hac vice pending*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
susan.saltzstein@skadden.com

*Counsel for Defendants
Mercury Systems, Inc., Mark Aslett,
Michael Ruppert, William Ballhaus
and David Farnsworth*

Dated:  May 24, 2024

## TABLE OF CONTENTS

**DOCUMENT**                                                                                    **TAB**

### *SEC Filings And Exhibits*

Mercury Systems, Inc. Press Release, (8/1/2017) Exhibit 99.1 to August 1, 2017 8-K ..................1

Mercury Systems, Inc. Press Release, (7/31/2018) Exhibit 99.1 to July 31, 2018 8-K...................2

Mercury Systems, Inc. Press Release, (7/30/2019) Exhibit 99.1 to July 30, 2019 8-K..................3

Mercury Systems, Inc. Press Release, (8/4/2020) Exhibit 99.1 to August 4, 2020 8-K..................4

Mercury Systems, Inc. Press Release, (8/3/2021) Exhibit 99.1 to August 3, 2021 8-K..................5

Mercury Systems, Inc. 2021 10-K (8/17/2021) ..............................................................6

Mercury Systems, Inc. Press Release, (8/2/2022) Exhibit 99.1 to August 2, 2022 8-K..................7

Mercury Systems, Inc. 2022 10-K (8/16/2022) ..............................................................8

Mercury Systems, Inc. 8-K (5/2/2023) With Exhibits....................................................9

Mercury Systems, Inc. 2023 10-K (8/15/2023) ...........................................................10

Mercury Systems, Inc. Press Release, (8/15/2023) Exhibit 99.1 to August 15, 2023 8-K...........11

Mercury Systems, Inc. 8-K (11/7/2023) With Exhibits................................................12

### *Mercury Earnings Call Transcripts*

Mercury Systems, Inc. Q2 2021 Earnings Call Transcript (2/2/2021) ........................................13

Mercury Systems, Inc. Q3 2021 Earnings Call Transcript (5/4/2021) ........................................14

Mercury Systems, Inc. Q4 2021 Earnings Call Transcript (8/3/2021) ........................................15

Mercury Systems, Inc. Q1 2022 Earnings Call Transcript (11/2/2021) .......................................16

Mercury Systems, Inc. Q2 2022 Earnings Call Transcript (2/1/2022) ........................................17

Mercury Systems, Inc. Q4 2022 Earnings Call Transcript (8/2/2022) ........................................18

Mercury Systems, Inc. Q1 2023 Earnings Call Transcript (11/1/2022) .......................................19

Mercury Systems, Inc. Q2 2023 Earnings Call Transcript (1/31/2023) .......................................20

Mercury Systems, Inc. Q3 2023 Earnings Call Transcript (5/2/2023) ........................................21

Mercury Systems, Inc. Q4 2023 Earnings Call Transcript (8/15/2023) ....................................22

Mercury Systems, Inc. Q1 2024 Earnings Call Transcript (11/7/2023) ...................................23

Mercury Systems, Inc. Q2 2024 Earnings Call Transcript (2/6/2024) .....................................24

### *Investor Conference Transcripts*

Mercury Systems, Inc. Presentation Transcript at the
2021 Goldman Sachs Industrials and Materials Conference (5/11/2021) ...................................25

Mercury Systems, Inc. Presentation Transcript at the
2021 William Blair Growth Stock Conference (6/2/2021)...........................................................26

Mercury Systems, Inc. Presentation Transcript at the
2022 J.P.Morgan Industrials Conference (3/15/2022)..................................................................27

### *Analyst Reports*

Mercury Systems, Inc. Analyst Report by William Blair
titled, "Solid Quarter Led by Revenue and Adjusted EBITDA
Outperformance, Acquisition Drives Increase in Guidance" (2/3/2021)......................................28

Mercury Systems, Inc. Analyst Report by
William Blair titled, "Highlights From William
Blair's 41st Annual Growth Stock Conference" (6/2/2021)..........................................................29

Mercury Systems, Inc. Analyst Report by William Blair titled,
"Results Slightly Ahead of Expectations; Bookings Were Light;
Uncertainty Continuing in Defense Spending Environment" (11/2/2021)...................................30

Mercury Systems, Inc. Analyst Report by William Blair
titled, "Mixed Quarter Led by Strong Book-to-Bill Ratio of 1.17,
but Free Cash Flow Impacted by Supply Chain Disruption" (5/3/2022)......................................31

Mercury Systems, Inc. Analyst Report by William Blair titled, "Highlights
From William Blair's 42nd Annual Growth Stock Conference" (6/9/2022)................................32

Mercury Systems, Inc. Analyst Report by
William Blair titled, "Much Improved Results Highlighted
by 34% Bookings Growth, Though Free Cash Flow Challenges Persist" (11/1/2022).................33

Mercury Systems, Inc. Analyst Report by
William Blair titled, "Pursuing Strategic Alternatives, CFO
Resigns, Mixed Quarterly Results as Bookings Improve" (2/1/2023) .........................................34

Mercury Systems, Inc. Analyst Report by
William Blair titled, "Solid Quarterly Results Overshadowed by
Margin Guidance Reduction From Mix Shift to Development Programs" (5/3/2023) .................35

Mercury Systems, Inc. Analyst Report by William
Blair titled, "Significant Changes as Board Concludes Review
of Strategic Alternatives; CEO Resigns and New CFO Identified" (6/26/2023) .........................36

Mercury Systems, Inc. Analyst Report by William Blair titled,
"Announces New CFO and Adds Independent Director" (6/29/2023) .......................................37

Mercury Systems, Inc. Analyst Report by William Blair titled, "Bill Ballhaus
Appointed President and CEO; Disappointing Quarter and Guidance" (8/16/2023) ...................38

Mercury Systems, Inc. Analyst Report
by William Blair titled, "Challenging Quarter Impacted
by Low Margin Mix of Business and Higher Working Capital" (11/8/2023)...............................39

Mercury Systems, Inc. Analyst Report by William Blair
titled, "New Challenges in Troubled Program Lead to Quarter
Miss and Significant Revenue Guidance Reduction" (2/7/2024).................................................40

Dated: Boston, Massachusetts
      May 24, 2024

Respectfully submitted,

/s/ *James R. Carroll*
James R. Carroll (BBO #554426)
Nigel Tamton (BBO #696396)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
nigel.tamton@skadden.com

Susan L. Saltzstein (*pro hac vice pending*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
 (212) 735-3000
susan.saltzstein@skadden.com

*Counsel for Defendants*
*Mercury Systems, Inc., Mark Aslett,*
*Michael Ruppert, William Ballhaus*
*and David Farnsworth*