# Tab 26

**S&P Global**
Market Intelligence

# Mercury Systems, Inc. NasdaqGS:MRCY Company Conference Presentation

## Wednesday, June 02, 2021 2:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:23-cv-13065-WGY     Document 66-29     Filed 05/24/24     Page 3 of 13

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................... | 3 |
| Presentation | ................................................................... | 4 |
| Question and Answer | ................................................................... | 6 |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Mark Aslett**
*President, CEO & Director*

**Michael D. Ruppert**
*Executive VP, CFO & Treasurer*

**ANALYSTS**

**Jonathan Frank Ho**
*William Blair & Company L.L.C.,
Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Hello, everyone, and thank you for joining us for our virtual growth stock conference. My name is Jonathan Ho and I am an analyst for William Blair & Company. With us today are Mark Aslett, Chief Executive Officer of Mercury; and Michael Ruppert, who is also the Chief Financial Officer. Before we begin, I'm required to inform you that a complete list of research disclosures or conflicts of interest is available at our website at www.williamblair.com.

Mark and Michael, thank you so much for joining us today for our conference. For those that are maybe a little bit less familiar with the company, can you maybe provide a brief overview of Mercury? And maybe just help us level set in terms of the background around the company?

**Mark Aslett**
*President, CEO & Director*

Okay, super. We'll do, Jonathan, and thank you for the invitation present today. So as Jonathan said, my name is Mark Aslett, the President and CEO of Mercury. And with me here today is Mike Ruppert, our Chief Financial Officer. So we'll just go through a half a dozen slides and just give you a brief overview of Mercury. So -- okay. So not sure what happened there, a little bit of a technical glitch.

So the presentation itself does contain some forward-looking statements. And due to risks and uncertainties, the actual results may differ materially from what you see on here today. So please take the opportunity of reviewing our safe harbor statement or for additional disclosure on our risks, you can look at our Form 10-K.

So turning to Mercury at a glance, so Mercury has been around since 1981. This is actually our 40th year in business. Company went public on the NASDAQ in 1998. What we've been doing really over the last decade or so is pioneering a next-generation defense electronics company. And what we've done is positioned Mercury at the intersection of the high-tech world in defense. So we operate as a high-tech company, but our end market is the defense electronics industry.

Our purpose is to make commercially available technology, profoundly more accessible to the defense industry as a whole. From a capabilities perspective, our goal is to be able to provide all of the different types of processing solutions that go onboard a military platform. In particular, those that require the concepts of trust and security. As you'll see, we're involved in some of our nation's most important programs and platforms, working with all of the major defense prime contractors.

And today, we're actually enjoying the defense industry's highest current employee Glassdoor ratings, which is critically important for the war on talent.

Next slide, please. So a little bit about Mercury by the numbers. It's around about 2,400 employees today. And many of those hold a security clearance for the DoD work that we do. 25 facilities around the world. 35 years in the defense industry, overall. Really what makes us unique, and I think it's a central part to the success of the company is the amount of money that we're spending on innovation. And so this year, we'll spend around about 13% of our revenue on internally funded R&D, which is 4 to 5x a rate higher than the overall industry average.

We're involved in over 300 different programs and platforms. So we've done a great job really diversifying our revenue stream over the course of the last 10-plus years. And again, we're working with all of the major defense primes. From a numbers perspective, we're June ending company. So what you see on the right-hand part of the chart is our numbers over the last 5 full fiscal years.

So 28% revenue CAGR, '15 through '20, and we've averaged 11% organic growth over that period, which is far higher than the overall industry growth. We've been able to actually grow our margins at a much faster rate than revenue, largely because as we're acquiring companies, we're seeking to fully integrate

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

them, which presents both revenue as well as cost synergies over time. And finally, we are a highly acquisitive company. We've completed 13 transactions since fiscal year '14.

Next slide, please. So just touching upon just some of the major programs and platforms that we're involved with. And you can see here that it's organized down the left-hand part of the chart in the 2 major market segments in which Mercury operates. So sensor and effector mission systems as well as C4I. The market size for what we provide at the Tier 2 level, which is largely computing and RF capability is round about $40 billion market. So we're participating in a large and faster-growing part of the market.

And as you can see from just a selection of the programs that we are participating on, yes, we believe that we're well aligned with the national defense strategy. And the ongoing pivot to the Asia Pacific region, which is turning out to be the pacing threat.

Next slide, please. So from an investment highlight perspective. So Mercury is a very innovative and growth company, as I mentioned, sitting at the intersection of tech and defense. We focus the business on large and the faster-growing part of the overall defense market. We have created this pretty transformational business model that we think is well aligned with defense procurement reform and the needs of our customers and their customers going forward.

The major secular growth opportunities that we're benefiting from are outsourcing by our customers at the subsystem level. Delayering as our customers are seeking more rapid and more affordable solutions and then reshoring, in particular, in the trusted microelectronics domain. What's driving the growth in the business is our ability to capture more content on various programs and platforms over time, either organically or as well through M&A.

Finally, as I mentioned, M&A is a very important part of the strategy. We're successfully acquiring and then fully integrating businesses that have allowed us to actually expand our addressable market as well as our capability set as well as our growth rate over time. Next slide, please. So the final slide, we think that the financial profile you see here in the inverted pyramid really does demonstrate the uniqueness of our strategy at work. And our financial goals and objectives really can be described quite simply.

We're looking to generate high margins. shown here is greater than 20%. We're looking to grow the business on average over time organically at high single digits to low double-digit rates. And then we're looking to supplement that high level of organic growth with acquisitions to deliver 20% total company growth on an annual basis. What you see here on the right-hand part of the chart in the last 3 columns is Mercury's actual performance over different time periods. And so -- and then in the middle column, you can compare Mercury's actual performance with an index of other similar companies in the defense industry operating at the Tier 2 level. And so what you see is that Mercury's actual financial performance, whether it be margin profile, organic growth or total company growth is far in excess of the industry average. We then stepped back and actually compared Mercury's financial performance with similarly sized companies operating on both the NASDAQ and the New York Stock Exchange.

And the measurement that we used was between $1 billion and $7 billion of market cap. And our actual performance places Mercury, not only at the high -- at the tip of the pyramid for the defense industry, but we're up there in terms of the top 2% or 3% of all publicly traded companies of a similar size. So this inverted pyramid is not just the manifestation of our strategy at work. It's also the goals and objectives that we have going forward.

So with that, why don't I hand it back over to you, Jonathan, and we can start to get out some of your questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Fantastic. Maybe starting out, Mark and Michael, can you talk a little bit about your broader acquisition roll up strategy and perhaps help us understand what inning we are in, in terms of your ability to execute this strategy? Just given Mercury's growth and size and scale over the past few years?

**Mark Aslett**
*President, CEO & Director*

Sure. So we have been highly acquisitive. And yes, I would probably begin by saying that the pipeline is probably the busiest that it's ever been. So I think the market is very, very active. And we just announced another acquisition here, the acquisition of Pentek quite recently. The way in which we think about M&A is really thematically. And yes, we've kind of got really 3 major themes going on as we speak that we continue to prosecute.

One is continuing to build up sensor processing business. There, we did a fair number of acquisitions in the RF and microelectronics domain. It's also where the most recent acquisition of Pentek fits. We have been building up a rugged and secure Rackmount Server business that is associated with the C2I market. And then also building up a business in avionics and mission computing. So those are the kind of 3 major themes that we have.

I tell you that there are a whole host of other themes that are connected to the overall strategy of the company, Some of which we haven't yet begun to talk about. So there's plenty of opportunity for us ahead. The way in which we've used M&A is really primarily to gain access to new technologies and capabilities that are aligned to our themes. But we've also used it very, very successfully to move into close adjacencies.

And the best example of that, that I could give, Jonathan, is that Mercury historically is really participated in the sensor and effector mission systems market. And most recently, we've moved into the C4I market, which is far larger than Mercury's traditional market and which we also expect over the next 5 years to actually be the fastest-growing part of our business.

The final area that we've used M&A is to really kind of capture additional content and capabilities on our nation's most important programs and platforms.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

That makes a ton of sense. And so far, you've executed that strategy with a lot of effect in terms of being able to sustain the organic growth longer term. Do you potentially have to pursue larger targets over time? Or is it going to be maybe looking at a greater frequency of targets that are similar to the existing size? Is there enough sort of low-hanging fruit out there, just given your comments around the pipeline?

**Mark Aslett**
*President, CEO & Director*

Sure. So I definitely think that there's plenty of opportunities out there, right, just given the themes that we have and other themes that kind of, call it, in the wings. As a company and as a leadership team, we're -- I would say we're not driven to scale the business just for the sake of scale. I mean, we are really focused on becoming a more capable company in the eyes of our customers. And for us, it's all about value creation.

What's nice about the inverted pyramid model that I just went through is that we can achieve our growth goals at the total company level in a number of different ways. We can continue to do what we have done, which is acquiring a number of companies in any particular year or as the company has increased

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

so naturally do the size of the deals. And so we're kind of seeing both happen at once. We're seeing the opportunity to potentially increase the frequency, just given the pipeline over time as well as for the average deal size to continue to increase. And we've seen both of those things happen.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

That makes a ton of sense. During the last conference call, you referenced some challenges that your customers face with their programs. Is there a risk that this becomes kind of a new normal and that the primes are just being forced to take on more risk in terms of their work? And at the same time, does this create more opportunity for Mercury to offload some of that technical risk from the primes as they continue to struggle?

**Mark Aslett**
*President, CEO & Director*

Yes. So it's a -- I mean the couple of examples, I think that we gave on the earnings call around just some of the execution risk. I don't think necessarily is representative of what we could potentially expect going forward. It was a very specific set of circumstances and challenges that we faced. That being said, I think our belief remains the same that our customers will continue to outsource more work to companies such as Mercury because we're able to do things far more quickly and far more affordably than what they're doing in-house for the sorts of capabilities that we provide, obviously, not for everything. And a lot of that is tied to our investment model.

So again, this year, we'll spend approximately 13% of our revenue on internally funded R&D when the industry as a whole is spending 2%, 2.5%. And much of that investment of 2%, 2.5% that our customers are spending isn't permeating down to the levels that -- for the capabilities that we are providing, hence, the greater outsourcing. So if anything, we believe that outsourcing will continue because of what we're able to do and because of the benefits it provides our customers.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Got it. Got it. As Mercury has grown more diversified, part of the benefit was that the company would have less dependency on large programs. However, part of your strategy is also to capture more content on programs as well. Can you talk about how you balance maybe the risk of having more concentration along with the opportunity provided by just having a larger capability set where you can actually capture more business?

**Mark Aslett**
*President, CEO & Director*

Yes, it's a great question. So I think we've done a pretty good job diversifying our revenue stream inside of our core markets, right? So to be clear, we're not looking to step outside of what is the core of the company's strategy. But today, we've got many more programs than say what we had back in fiscal year '14 where we had a relative high degree of concentration around a few programs.

Today, as we look out over the next 5 years, we -- no single program accounts for more than 5% of revenue or is expected to. And we've got a bigger programmatic base what we're trying to do is to align our investment profile in organic internally funded R&D or our M&A dollars with the national defense strategy, and our customers' critical programs or the franchise programs in the industry, programs that will be around for the next 10 or 20 or even more years and to capture as much related content on those programs over time because those are the programs that we think are obviously aligned with where the threats are and hence, where the money will flow. And we've done a pretty good job of executing that strategy over the last 7 or so years.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MERCURY SYSTEMS, INC. COMPANY CONFERENCE PRESENTATION | JUN 02, 2021**

Got it. Got it. And then maybe stepping back and taking a look at some of the budgets that are out there, do you see more or less over the next few years? How do you think about the potential for competition for discretionary dollars in the budget? And is Mercury, maybe a little bit better positioned or isolated because of the types of programs that you're playing in?

**Mark Aslett**
*President, CEO & Director*

Yes. So clearly, I think there is going to be more demand on discretionary spending, including defense going forward. But as we've seen in the past, typically what dictates both the altitude as well as the direction of defense spending is around the threats that we face as a nation. And I think as we step back and just looking what's happened over the course of the last year or the last 5 years, it's pretty clear that the environment is becoming even more challenging. And so our belief is that investment in defense spending will likely continue to grow, but probably at low single-digit rates, which is kind of what we've just seen in the most recent defense budget request.

But what we have tried to do, Jonathan, is really participate in the faster-growing parts of the marketplace that really are aligned with those emerging threats that we face as a nation. And which means that, that combined with the other drivers of growth, which is the largest of which is probably outsourcing and then things like delayering and reshoring should mean that we could continue to grow above the growth in the overall defense spending environment.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Absolutely, absolutely. How do we think about the DoD supply chain risk? And is that a potential, again, opportunity for Mercury to gain share, given your onshore capabilities? Can you talk a little bit about what the DoD has been doing to sort of derisk the supply chain, particularly given some of the exemptions that have been given in the past?

**Mark Aslett**
*President, CEO & Director*

Yes. Look, it's a great question. And yes, I think what we have seen with COVID and even before then is the risk of having much of our supply chain being offshored or manufacturing in other countries. And clearly, it represents a real risk when it comes to electronic content. And in particular, the computers that go onboard military platforms, which, in many instances, are controlling the systems, controlling the platforms themselves and represent the brain of the system.

So quite some time ago, we basically built out our own trusted domestic manufacturing capability, yes, because we believe that, that was a trend that would be important. And clearly, I think we've seen an acceleration of that with COVID. Beyond that, and I think we're experiencing this right now is in the semiconductor domain, which is really where the next wave of threats and reshoring is likely to occur.

And here again, I think Mercury was maybe a little bit ahead of the curve, investing in our own trusted microelectronics capability in Phoenix to be able to partner up with some of the biggest silicon companies in the U.S. to get access to their silicon and then to be able to combine it together in very unique ways that is designed specifically for the overall defense industry and then for us to be able to package it and secure it with the IP that we have.

So those are just 2 examples of the sort of risk that we see that end up actually being opportunities for Mercury just given our strategy.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

That makes a ton of sense. And I think there's going to be a tremendous amount of opportunity there, just given the breaches that have happened dond concerns over cybersecurity over time. I guess, another higher-level question. As the company has grown significantly, like how do you manage the increased complexity of the business as you've expanded across multiple lines of different types of businesses?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I mean, Mercury has just grown tremendously over the last few years. Just want to get your thoughts around that.

**Mark Aslett**
*President, CEO & Director*

Yes. Look, it's a great question. And yes -- the -- we've done, obviously, had a lot of growth organically. But as we said, we're a highly acquisitive company as well and completed 13 transactions since fiscal 2014. The way in which we have handled the potential increasing complexity in the business is through our approach to both M&A, but more importantly, integration. And so as we've been acquiring companies, we're not a holding company.

What we do is we basically fully integrate the business that we're acquiring, moving them to our own ERP applications or other business systems. So as the companies are integrated, we're reducing risk and reducing complexity as the company overall continues to grow. So it's a really important part of the strategy that we've executed.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Excellent, excellent. In terms of cybersecurity, this is a topic that's clearly close to my heart. How does Mercury play in the cyber intelligence realm? And what is sort of the broader opportunity for the company going forward when it comes to cybersecurity and sort of the defense industry?

**Mark Aslett**
*President, CEO & Director*

Yes. So it's a good question, Jonathan. So I would kind of tack it maybe from a couple of different angles. So one, obviously, we're providing pretty sophisticated technologies and capabilities that the -- are at the heart of many military systems. And so we've invested heavily in our own cyber defensive capabilities in a very layered approach with state-of-the-art tools and processes to try and protect against nation-state actors and economic SBL knowledge that we see going on. And we're obviously doing that in line with just the industry in which we're participating.

The second piece, I think, goes back to really some of the investments that we've made. And the type of computing that Mercury is providing is not only some of the highest performance processing solutions that are available today. We have invested significantly in our own IP that makes our processing solutions highly secure and resilient. And so it's an area where we believe that we're leading. And it's right down to the silicon level that obviously then permeates the products and the subsystems themselves.

So it's a major opportunity for us because I think what we see happening is that if you are modernizing a platform or if you're building out a new capability, you're not going to put commodity computing, and you're going to put compute capability in place that is commensurate with the risk that these platforms face.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Makes a ton of sense. Michael, I don't want to leave you out of the conversation. How do we think about sort of free cash flow conversion? What are some of the near-term headwinds that are there that are implied in guidance? And when do we potentially see these sort of clearing up sort of light at the end of the tunnel when it comes to the free cash flow side?

**Michael D. Ruppert**
*Executive VP, CFO & Treasurer*

Sure. So Jonathan, it's a good question. It's a question we get a lot. I mean, if you look at the last couple of years and what Mark just discussed in terms of a lot of the investments that we've been making is put some pressure on free cash flow conversion. But we've been doing it to grow the business, to align the business with a lot of the trends. So we've been consolidating facilities as part of our M&A strategy. We've

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

been in-sourcing our manufacturing, which is aligned to what Mark just talked about and some of the capabilities that are on our systems.

We have invested significantly in CapEx associated with our trusted microelectronics business. We've been investing significantly in R&D. And all these things where we're positioning ourselves for the future. And that has put some pressure as we've invested in the business on the conversion. When we look forward, as we return to more to maintenance CapEx levels, I think our working capital is in pretty good shape.

And as the trusted microelectronics investments that have been pretty significant over the last couple of years, those normalized, I think our free cash flow conversion will revert back to a target that we set a couple of years ago, which was 50% of adjusted EBITDA. Now that is going to depend on the additional investment opportunities we see. So we're all about right now investing for growth and recognizing synergies from M&A.

So if we can do that, we're going to continue to do that. But assuming that CapEx goes back to maintenance levels, we should see more normalization of that conversion.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Yes. So in terms of the strong design win activity this quarter, this seemed to be a little bit overlooked. Can you maybe help us understand like how long it takes for these design wins to typically translate into, say, either bookings or revenue? And how long do these programs sort of typically stay around?

**Mark Aslett**
*President, CEO & Director*

Yes. Look, it's a great question because I think we've been in a period -- actually, probably the last, yes, 3 or 4 years, maybe even 5, a very, very strong design wins. And the way in which we typically talk about is the estimated lifetime value of our top 30 programs and pursuits. And back in fiscal year '15, I think we estimated that the lifetime value of those programs is around about $5 billion. And today, that number is actually over $10 billion.

And so those are programs that we think are well aligned with the, again, the national defense strategy. And those design wins will literally turn into future revenues and become the future growth of the business. And we've got some really good examples of that occurring. Obviously LTAMDS is a major program that we won, working with Raytheon who won the overall competition. We invested significantly in that program. The program itself started out as a traditional procurement effort and then transitioned into an OTA, other transaction authority, contracting methodology, which meant that the program itself went far more quickly in the initial phases than what we originally thought.

And that really ties back to, I think, what we're seeing overall, Jonathan, where the DoD is seeking to amp up the rate of innovation and the transition of these next-generation capabilities into fielded systems far more quickly. So all that being said, the -- each program and capability kind of moves at a different rate, depending upon the need. But with the new contracting methodologies, such as OTAs and the desire to use more commercially available technology or companies that like Mercury that are investing in their own income statement and new capabilities, these are the trends that I think that we're benefiting from that will continue over time.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Well, we've reached the end of our allotted time. So thank you, Mark and Michael, for joining us today, and hope you enjoy the rest of the conference. Take care.

**Mark Aslett**
*President, CEO & Director*

Thank you, Jonathan. Thanks.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jonathan Frank Ho**
*William Blair & Company L.L.C., Research Division*

Bye-Bye.

**Mark Aslett**
*President, CEO & Director*
Bye.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.