# Tab 29

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

June 2, 2021

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

# Mercury Systems, Inc.

## Highlights From William Blair's 41st Annual Growth Stock Conference

| | |
|---|---|
| Stock Rating: | **Outperform** |

### Highlights

We hosted Mercury Systems management—Mark Aslett, president and chief executive officer, and Michael Ruppert, executive vice president, chief financial officer, and treasurer—who described the nature of the company's business and recent events at William Blair's 41st Annual Growth Stock Conference. Highlights from the conference are as follows:

- The company continues to benefit from participating in large, expanding, and well-funded programs and addressable markets, by leveraging reusable, commercial technology, and its trusted and secure approach to its solutions.

- Management indicated its M&A pipeline is the busiest it has ever been, with three major themes continuing to be sensor processing, the C2I market, and avionics and mission computing, as well as other elements that management has not yet discussed publicly.

- Management continues to employ its very successful M&A strategy to gain new capabilities and market expansion, through in-house deal origination, a full-integration approach that generates substantial cost/revenue synergies after acquisitions close, targeting of multiple M&A themes, and benefiting from a scalable business platform that allows for consistent acquisition integration (which the company has referred to as its integration playbook).

- Mercury continues to benefit from underling industry themes of outsourcing, supply chain de-layering, and reshoring of capabilities.

- Management continues to execute on its strategy of participating in key programs that typically have long-term benefits due to their lynchpin focus within the U.S. national defense strategy.

- MRCY benefits from the de-risking effort by defense prime contractors, such as reducing off-shoring risk of microelectronics capabilities.

- Also, Mercury's focus on trusted, secure processing systems continues to be a selling point for its capabilities.

- Management expects FCF conversion to revert to historical norms (about 50% of adj. EBITDA), depending on M&A integration and capex investment opportunities, going forward.

- Management also reiterated that design-win activities—which have been strong recently—generally lead to revenue generation in future periods, as those design wins convert into production-oriented programs.

| | | | |
|---|---|---|---|
| Symbol: | | MRCY (NASDAQ) |
| Price: | | $65.40 (52-Wk.: $52-$93) |
| Market Value (M): | | $3,673 |
| Dividend/Yield: | | $0.00/0.00% |
| Fiscal Year End: | | June |

| | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.45 | $0.51 | $0.56 |
| | Q2 | $0.53 | $0.54 | $0.57 |
| | Q3 | $0.60 | $0.64 | $0.70 |
| | Q4 | $0.72 | $0.67 | $0.74 |
| | FY | $2.30 | $2.36 | $2.57 |
| Sales (M) | Q1 | $177.3 | $205.6 | $248.5 |
| | Q2 | $193.9 | $210.7 | $254.9 |
| | Q3 | $208.0 | $256.9 | $271.6 |
| | Q4 | $217.4 | $241.4 | $264.0 |
| | FY | $796.6 | $914.6 | $1,039.0 |
| **Valuation** | | | | |
| FY P/E | | 28.4x | 27.7x | 25.5x |
| EV/Sales | | 4.7x | 4.1x | 3.6x |

### Trading Data (FactSet)

| | |
|---|---|
| Shares Outstanding (M): | 56.2 |
| Float (M): | 55.2 |
| Avg. Daily Volume (90-day): | 496,794 |

### Financial Data (FactSet)

| | |
|---|---|
| Book Value Per Share (MRQ): | $26.36 |
| Return on Equity (TTM): | 5.1% |
| Enterprise Value (M): | $3,740 |

### Two-Year Price Performance Chart



Sources: FactSet, William Blair & Company estimates

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Stock Thoughts**

While Mercury has not seen fiscal 2021 unfold the way it anticipated, we believe many of the factors impacting the business were largely outside of management's control, including COVID-19, customer execution challenges, change in administration, semiconductor supply chain challenges, and order delays. While the contracting environment is likely to remain challenging in fiscal 2022, we believe our long-term thesis and organic growth targets over a five-year view remain intact. We believe the company's strategy of rolling up smaller independent players and integrating them has worked well for shareholders and can continue to be an effective strategy. We believe the challenges the company is likely to face over the next six months will represent a critical test as to whether it can reaccelerate organic growth. With healthy design-win activity preceding potential awards, we believe there is already visibility toward improvement. At the same time, the high-level trends in defense toward investments in modernization/digital transformation and contracting efficiency likely will remain tailwinds for years to come. As a result, we believe Mercury should continue to benefit from an attractive long-term opportunity.

On an enterprise value basis, the stock last closed trading about 16.5 times our fiscal 2022 projection for adjusted EBITDA of $223.5 million. We view Mercury as a resilient business in an uncertain environment, benefiting from a strong backlog of business, strong competitive position, and attractive end-markets. We maintain our Outperform rating.

**Risks**

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities, 2) uncertainty regarding ability to continue to integrate acquisitions, and 3) competition.

**ESG Considerations**

While Mercury has limited exposure to environmental impacts in its operations, the company is committed to introducing innovative processes and technologies that improve its efforts, including quantifying and disclosing its environmental impact; all of Mercury's facilities are classified by the EPA as either Very Small Quantity Generators or Small Quantity Generators of hazardous waste. Regarding gender and racial/ethnic diversity, the company believes their employee base needs to be rich in diversity of thought, experiences, and culture in order to drive innovation. In 2017, Mercury added two women directors to its board, and the company also has a focused strategy to attract women engineers and women in leadership and technical roles. Mercury is also committed to ongoing employee training in areas such as business ethics, export rules, and culture of integrity. Regarding the company's exposure to risks or disruptions in its supply chain, Mercury's procurement program enables it to find the right products and services at the right price, while ensuring that the company's suppliers meet its ethical standards. Mercury's supplier expectations with regard to sustainability, social responsibility, and ethics are included in the company's standard contract terms and conditions, including items such as local environmental, health, and safety regulations, and not engaging in discrimination of employees or in the selection of lower-tier suppliers. Mercury instituted several measures as part of its COVID-19 relief efforts, including creation of a $1 million relief fund for its employees experiencing unexpected financial burdens as a result of the pandemic, 120 hours of additional sick leave for COVID-19-related circumstances, COVID-19 testing for employees at their larger manufacturing locations, and many other measures.

**Fourth Fiscal Quarter 2021 Expectations**

Our fourth fiscal (June) quarter 2021 adjusted earnings per share estimate is $0.67, down 6.4% from $0.72 in the year-ago period. Street consensus is also $0.67. We are forecasting overall revenue of $241.4 million, representing 11.1% growth over the same period last year. Street consensus for revenue is $243.1 million. For adjusted EBITDA, we project $58.9 million, resulting in adjusted EBITDA margin of 24.4%.

William Blair

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on May 4, 2021**

EV/EBITDA (FY2)  **16.4**          EV/Revenue (FY2)  **3.5**

Stock Rating: Outperform
June 2, 2021: $65.40

| ($ in thousands, except per share data) Fiscal Year Ends June | FY2018 | 1Q19 Sep-18 | 2Q19 Dec-18 | 3Q19 Mar-19 | 4Q19 Jun-19 | FY2019 | 1Q20 Sep-19 | 2Q20 Dec-19 | 3Q20 Mar-20 | 4Q20 Jun-20 | FY2020 | 1Q21 Sep-20 | 2Q21 Dec-20 | 3Q21 Mar-21 | 4Q21E Jun-21 | FY2021E | 1Q22E Sep-21 | 2Q22E Dec-21 | 3Q22E Mar-22 | 4Q22E Jun-22 | FY2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 493,184 | 144,056 | 159,089 | 174,636 | 176,963 | 654,744 | 177,304 | 193,913 | 208,016 | 217,377 | 796,610 | 205,621 | 210,676 | 256,857 | 241,420 | 914,574 | 248,541 | 254,859 | 271,595 | 264,047 | 1,039,042 |
| *% year-over-year change* | 20.7% | 35.8% | 34.9% | 50.1% | 15.8% | 32.8% | 23.1% | 21.9% | 19.1% | 22.8% | 21.7% | 16.0% | 8.6% | 23.5% | 11.1% | 14.8% | 20.9% | 21.0% | 5.7% | 9.4% | 13.6% |
| Cost of Goods Sold | 267,326 | 82,473 | 88,202 | 100,789 | 97,124 | 368,588 | 98,904 | 105,407 | 114,691 | 120,764 | 439,766 | 117,502 | 122,009 | 151,234 | 142,920 | 533,665 | 148,130 | 150,367 | 157,525 | 147,867 | 603,889 |
| Gross Profit | 225,858 | 61,583 | 70,887 | 73,847 | 79,839 | 286,156 | 78,400 | 88,506 | 93,325 | 96,613 | 356,844 | 88,119 | 88,667 | 105,623 | 98,499 | 380,908 | 100,411 | 104,492 | 114,070 | 116,181 | 435,154 |
| *as a % of total revenue* | 45.8% | 42.7% | 44.6% | 42.3% | 45.1% | 43.7% | 44.2% | 45.6% | 44.9% | 44.4% | 44.8% | 42.9% | 42.1% | 41.1% | 40.8% | 41.6% | 40.4% | 41.0% | 42.0% | 44.0% | 41.9% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | | |
| *SG&A* | 88,365 | 24,741 | 27,819 | 27,411 | 30,746 | 110,717 | 29,970 | 32,804 | 33,991 | 35,488 | 132,253 | 32,904 | 31,596 | 38,250 | 32,592 | 135,342 | 39,269 | 40,778 | 39,381 | 39,607 | 159,035 |
| *as a % of total revenue* | 17.9% | 17.2% | 17.5% | 15.7% | 17.4% | 16.9% | 16.9% | 16.9% | 16.3% | 16.3% | 16.6% | 16.0% | 15.0% | 14.9% | 13.5% | 14.8% | 15.8% | 16.0% | 14.5% | 15.0% | 15.3% |
| *year-over-year % change* | 15.5% | 20.3% | 31.1% | 29.7% | 20.9% | 25.3% | 21.1% | 17.9% | 24.0% | 15.4% | 19.5% | 9.8% | -3.7% | 12.5% | -8.2% | 2.3% | 19.3% | 29.1% | 3.0% | 21.5% | 17.5% |
| *R&D* | 58,807 | 14,948 | 16,192 | 17,439 | 20,346 | 68,925 | 21,870 | 24,660 | 24,967 | 26,988 | 98,485 | 27,417 | 28,128 | 30,218 | 25,590 | 111,353 | 29,328 | 30,583 | 31,233 | 29,837 | 120,982 |
| *as a % of total revenue* | 11.9% | 10.4% | 10.2% | 10.0% | 11.5% | 10.5% | 12.3% | 12.7% | 12.0% | 12.4% | 12.4% | 13.3% | 13.4% | 11.8% | 10.6% | 12.2% | 11.8% | 12.0% | 11.5% | 11.3% | 11.6% |
| *year-over-year % change* | 8.7% | 8.8% | 6.6% | 16.1% | 36.9% | 17.2% | 46.3% | 52.3% | 43.2% | 32.6% | 42.9% | 25.4% | 14.1% | 21.0% | -5.2% | 13.1% | 7.0% | 8.7% | 3.4% | 16.6% | 8.6% |
| Other Operating Expenses | 31,701 | 8,084 | 7,015 | 6,935 | 7,896 | 29,930 | 9,084 | 10,217 | 8,025 | 7,718 | 35,044 | 9,028 | 10,830 | 15,443 | 12,700 | 48,001 | 12,675 | 12,650 | 12,625 | 12,600 | 50,550 |
| Operating Income | 46,985 | 13,810 | 19,861 | 22,062 | 20,851 | 76,584 | 17,476 | 20,825 | 26,342 | 26,419 | 91,062 | 18,770 | 18,113 | 21,712 | 27,617 | 86,212 | 19,138 | 20,482 | 30,830 | 34,136 | 104,587 |
| *as a % of total revenue* | 9.5% | 9.6% | 12.5% | 12.6% | 11.8% | 11.7% | 9.9% | 10.7% | 12.7% | 12.2% | 11.4% | 9.1% | 8.6% | 8.5% | 11.4% | 9.4% | 7.7% | 8.0% | 11.4% | 12.9% | 10.1% |
| *year-over-year % change* | 25.6% | 33.2% | 82.4% | 222.6% | 10.4% | 63.0% | 26.5% | 4.9% | 19.4% | 26.7% | 18.9% | 7.4% | -13.0% | -17.6% | 4.5% | -5.3% | 2.0% | 13.1% | 42.0% | 23.6% | 21.3% |
| Net Interest Income (Expense) | (2,818) | (2,193) | (2,125) | (2,268) | (1,591) | (8,177) | 1,187 | 312 | 400 | (754) | 1,145 | 72 | (13) | (515) | (500) | (956) | (500) | (500) | (500) | (500) | (2,000) |
| Other Income | (1,594) | (1,009) | (870) | (328) | (6,673) | (8,880) | (1,434) | (351) | 2,186 | 1,325 | 1,726 | (846) | (981) | (200) | 50 | (1,977) | 50 | 50 | 50 | 50 | 200 |
| Pretax Income | 42,573 | 10,608 | 16,866 | 19,466 | 12,587 | 59,527 | 17,229 | 20,786 | 28,928 | 26,990 | 93,933 | 17,996 | 17,119 | 20,997 | 27,167 | 83,279 | 18,688 | 20,032 | 30,380 | 33,686 | 102,787 |
| *as a % of total revenue* | 8.6% | 7.4% | 10.6% | 11.1% | 7.1% | 9.1% | 9.7% | 10.7% | 13.9% | 12.4% | 11.8% | 8.8% | 8.1% | 8.2% | 11.3% | 9.1% | 7.5% | 7.9% | 11.2% | 12.8% | 9.9% |
| Provision for income taxes | 1,690 | 3,129 | 4,483 | 5,357 | (217) | 12,752 | (2,018) | 5,110 | 5,363 | (234) | 8,221 | 2,198 | 4,433 | 5,362 | 7,063 | 19,056 | 4,859 | 5,208 | 7,899 | 8,758 | 26,724 |
| *Effective tax rate* | 4.0% | 29.5% | 26.6% | 27.5% | (1.7%) | 21.4% | (11.7%) | 24.6% | 18.5% | (0.9%) | 8.8% | 12.2% | 25.9% | 25.5% | 26.0% | 22.9% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **GAAP net income (Continuing Ops)**\*\* | **40,883** | **7,479** | **12,383** | **14,109** | **12,804** | **46,775** | **19,247** | **15,676** | **23,565** | **27,224** | **85,712** | **15,798** | **12,686** | **15,635** | **20,104** | **64,223** | **13,829** | **14,823** | **22,481** | **24,928** | **76,062** |
| **GAAP Diluted EPS (Continuing Ops)** | **$0.86** | **$0.16** | **$0.26** | **$0.29** | **$0.25** | **$0.96** | **$0.35** | **$0.29** | **$0.43** | **$0.49** | **$1.56** | **$0.29** | **$0.23** | **$0.28** | **$0.36** | **$1.16** | **$0.25** | **$0.27** | **$0.40** | **$0.44** | **$1.36** |
| **GAAP Diluted Share Count** | **47,497** | **47,697** | **47,705** | **47,958** | **50,655** | **48,504** | **55,078** | **55,001** | **55,127** | **55,259** | **55,116** | **55,339** | **55,434** | **55,526** | **55,693** | **55,498** | **55,804** | **55,916** | **56,027** | **56,139** | **55,972** |
| **Adjusted net income (Continuing Ops)** | **67,312** | **18,497** | **22,615** | **23,657** | **24,261** | **89,030** | **24,615** | **29,115** | **33,272** | **39,760** | **126,762** | **28,334** | **29,970** | **35,450** | **37,494** | **131,248** | **31,004** | **32,148** | **39,031** | **41,428** | **143,612** |
| **Adjusted EPS (Continuing Ops)** | **$1.42** | **$0.39** | **$0.47** | **$0.49** | **$0.48** | **$1.84** | **$0.45** | **$0.53** | **$0.60** | **$0.72** | **$2.30** | **$0.51** | **$0.54** | **$0.64** | **$0.67** | **$2.36** | **$0.56** | **$0.57** | **$0.70** | **$0.74** | **$2.57** |
| **non-GAAP Diluted Share Count** | **47,497** | **47,697** | **47,705** | **47,958** | **50,655** | **48,504** | **55,078** | **55,001** | **55,127** | **55,259** | **55,116** | **55,339** | **55,434** | **55,526** | **55,693** | **55,498** | **55,804** | **55,916** | **56,027** | **56,139** | **55,972** |
| **Earnings Metrics** | | | | | | | | | | | | | | | | | | | | | |
| GAAP EPS Growth - Cont. Ops. | 48.9% | -58.5% | 34.9% | 278.3% | 18.9% | 12.0% | 122.9% | 9.8% | 45.3% | 94.9% | 61.3% | -18.3% | -19.7% | -34.1% | -26.7% | -25.6% | -13.2% | 15.8% | 42.5% | 23.0% | 17.4% |
| Adjusted EPS Growth - Cont. Ops. | 23.4% | 3.5% | 72.4% | 64.9% | 2.3% | 29.5% | 15.2% | 11.7% | 22.4% | 50.2% | 25.3% | 14.6% | 2.1% | 5.8% | -6.4% | 2.8% | 8.5% | 6.3% | 9.1% | 9.6% | 8.5% |
| Adj. EBITDA | 114,567 | 31,622 | 36,983 | 38,794 | 37,927 | 145,326 | 36,697 | 42,836 | 47,086 | 49,623 | 176,242 | 42,750 | 45,332 | 54,757 | 58,907 | 201,746 | 48,113 | 50,257 | 60,730 | 64,436 | 223,537 |
| *year-over-year growth* | 22.0% | 25.1% | 39.3% | 54.6% | 0.7% | 26.8% | 16.0% | 15.8% | 21.4% | 30.8% | 21.3% | 16.5% | 5.8% | 16.3% | 18.7% | 14.5% | 12.5% | 10.9% | 10.9% | 9.4% | 10.8% |
| *margin* | 23.2% | 22.0% | 23.2% | 22.2% | 21.4% | 22.2% | 20.7% | 22.1% | 22.6% | 22.8% | 22.1% | 20.8% | 21.5% | 21.3% | 24.4% | 22.1% | 19.4% | 19.7% | 22.4% | 24.4% | 21.5% |
| **Backlog Metrics** | | | | | | | | | | | | | | | | | | | | | |
| Total Backlog | NA | 507,900 | 522,000 | 558,200 | 625,400 | NA | 711,800 | 727,500 | 769,800 | 831,100 | NA | 826,100 | 945,300 | 893,700 | | NA | | | | | NA |
| *year-over-year growth* | NA | 40.8% | 38.7% | 30.0% | 39.9% | NA | 40.1% | 39.4% | 37.9% | 32.9% | NA | 16.1% | 29.9% | 16.1% | | NA | | | | | NA |
| Next-12-months (NTM) Backlog | NA | 377,800 | 389,100 | 367,300 | 451,200 | NA | 499,200 | 521,800 | 544,800 | 567,700 | NA | 516,100 | 598,000 | 545,500 | | NA | | | | | NA |
| *year-over-year growth* | NA | 34.1% | 25.4% | 14.4% | 37.4% | NA | 32.1% | 34.1% | 48.3% | 25.8% | NA | 3.4% | 14.6% | 0.1% | | NA | | | | | NA |
| **Free Cash Flow** | **28,215** | **16,302** | **18,226** | **19,158** | **17,140** | **70,826** | **14,715** | **20,742** | **19,213** | **17,220** | **71,890** | **11,951** | **10,164** | **13,230** | | | | | | | |
| FCF margin | 5.7% | 11.3% | 11.5% | 11.0% | 9.7% | 10.8% | 8.3% | 10.7% | 9.2% | 7.9% | 9.0% | 5.8% | 4.8% | 5.2% | | | | | | | |
| **Net cash/share** | **-$2.70** | **-$3.50** | **-$3.06** | **-$3.42** | **$5.09** | **$5.09** | **$2.93** | **$3.31** | **$3.76** | **$4.10** | **$4.10** | **$4.32** | **-$0.92** | **-$0.69** | | | | | | | |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34575.30
S&P 500: 4202.04
NASDAQ: 13736.50



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of June 2, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 30 |
| Market Perform (Hold) | 24 | Market Perform (Hold) | 11 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D.    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D.    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D.    +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Real Estate, Education*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**