# Tab 30

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

November 2, 2021

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

# Mercury Systems, Inc.

## Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment

Mercury delivered a solid September quarterly result, beating the Street consensus for revenue and adjusted EPS. Book-to-bill ratio declined sequentially to 0.89 down, from last quarter's 1.04, as defense spending, the federal vaccination mandate, and supply chain constraint challenges persisted. Organic revenue growth was down approximately 11% when excluding the $41.3 million revenue contribution from Physical Optics and Pentek acquisitions. Mercury still anticipates a rebound in the second half for bookings that should lead to a positive book-to-bill for the full year and a return to normalized organic growth rates in 2023.

We continue to view fiscal 2022 as a transition year, as the company digests prior acquisitions, optimizes efficiency, and navigates a persistently challenging environment. The company called out heightened risk for the back half of the year, as it expects current challenges to persist.

Revenue of $225.0 million was $10.0 million above consensus estimates, and adjusted EPS of $0.41 were $0.01 above the Street consensus of $0.40. The company's total backlog at $883.9 million represented growth of 7.0%, year-over-year.

**Key Points**
**(-) Book-to-bill ratio of 0.89 impacted by challenging environment; full-year bookings expected to be above one and weighted toward the second half**
**(-) Organic revenue declined 11%, due to program delays; still expected to rebound next fiscal year**
**(-) Potential near-term employee turnover increases from Biden vaccine mandate**
**(-) Supply chain inflation and shortages persist**
**(=) Adjusted EBITDA margins down year-over-year 10.4% to 17.0% due to program mix, expected to rebound in second half 2022 based on top 20 programs returning**
**(=) Fiscal 2022 outlook maintained for revenue, slight increase in adjusted EPS, reflecting ongoing challenges with bookings**
**(+) Hired new chief growth officer to drive growth initiatives**
**(=) Revenue contribution of $41.3 million from Physical Optics and Pentek acquisitions**
**(-) Challenging environment is expected to persist**
**(+) Avalex acquisition expected to contribute $20 million in revenue and $5 million in adj. EBITDA in second half of fiscal year**
**(-) Gross margins declined 360 basis points due to new program starts and inclusion of POC acquisition**

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | | MRCY (NASDAQ) |
|---|---|---|---|
| Price: | | | $51.50 (52-Wk.: $44-$89) |
| Market Value (M): | | | $2,931 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | June |

| | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.51 | $0.41 | $0.51 |
| | Q2 | $0.54 | $0.42 | $0.56 |
| | Q3 | $0.64 | $0.82 | $0.82 |
| | Q4 | $0.73 | $0.96 | $0.97 |
| | FY | $2.42 | $2.61 | $2.86 |
| Sales (M) | Q1 | $205.6 | $225.0 | $244.1 |
| | Q2 | $210.7 | $223.0 | $249.3 |
| | Q3 | $256.9 | $288.0 | $311.4 |
| | Q4 | $250.8 | $301.4 | $324.7 |
| | FY | $924.0 | $1,037.5 | $1,129.5 |
| **Valuation** | | | | |
| FY P/E | | 21.3x | 19.7x | 18.0x |
| EV/Sales | | 3.3x | 2.9x | 2.7x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 56.9 |
| Float (M): | 55.7 |
| Avg. Daily Volume (90-day): | 461,879 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $27.13 |
| Return on Equity (TTM): | 4.3% |
| Enterprise Value (M): | $3,025 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

## Stock Thoughts

With fiscal year 2022 likely to see a continuation of challenges and uncertainty that have plagued fiscal year 2021, we believe Mercury is taking the opportunity to instead focus on improving the operational efficiency of its business to help prepare the business for its next phase of growth. The company remains committed to its five-year plan for top-line organic growth, while management maintained full-year guidance that represents a more back-end-loaded fiscal year, as some large programs were delayed.

On an enterprise value basis, the stock closed trading about 12 times our fiscal 2023 projection for adjusted EBITDA of $249.4 million. We view Mercury as a resilient business in an uncertain environment, benefiting from a strong backlog of business, strong competitive position, and attractive end-markets. We maintain our Outperform rating.

## Risks

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities, 2) uncertainty regarding ability to continue to integrate acquisitions, and 3) competition.

## ESG Considerations

While Mercury has limited exposure to environmental impacts in its operations, the company is committed to introduce innovative processes and technologies that improve its efforts, including quantifying and disclosing its environmental impact; all of Mercury's facilities are classified by the EPA as either Very Small Quantity Generators or Small Quantity Generators of hazardous waste. Regarding gender and racial/ethnic diversity, the company believes their employee base needs to be rich in diversity of thought, experiences, and culture in order to drive innovation. In 2017 Mercury added two women directors to its board, and the company also has a focused strategy to attract women engineers and women in leadership and technical roles. Mercury is also committed to ongoing employee training in areas such as business ethics, export rules, and culture of integrity. Regarding the company's exposure to risks or disruptions in its supply chain, Mercury's procurement program enables it to find the right products and services at the right price, while ensuring that the company's suppliers meet its ethical standards. Mercury's supplier expectations with regard to sustainability, social responsibility, and ethics are included in the company's standard contract terms and conditions, including items such as local environmental, health, and safety regulations, and not engaging in discrimination of employees or in the selection of lower-tier suppliers. Mercury instituted several measures as part of its COVID-19 relief efforts, including creation of a $1 million relief fund for its employees experiencing unexpected financial burdens as a result of the pandemic, 120 hours of additional sick leave for COVID-19-related circumstances, COVID-19 testing for employees at their larger manufacturing locations, and many other measures.

## Outlook and Estimate Revisions

**Guidance and Estimates Summary**

| Metric | Management | | | | William Blair Estimates | | | |
|---|---|---|---|---|---|---|---|---|
| | Prior Guidance | YOY Change | Current Guidance | YOY Change | Prior Estimate | YOY Change | Revised Estimate | YOY Change |
| **2Q22 Revenue** | N/A | N/A | $215.0M-$225.0M | 4.4% | $248.4M | 17.9% | $223.0M | 5.9% |
| **2Q22 Adjusted EPS (cont. ops.)** | N/A | N/A | $0.39-$0.43 | (24.2%) | $0.58 | 7.5% | $0.42 | (23.2%) |
| **2Q22 Adj. EBITDA** | N/A | N/A | $38.0M-$41.0M | (12.9%) | $52.1M | 15.0% | $38.2M | (15.8%) |
| **2Q22 Adj. EBITDA Mgn.** | N/A | N/A | 18.0% | (300 bps) | 21.0% | (50 bps) | 17.1% | (440 bps) |
| **FY2022 Revenue** | $1,000M - $1,030M | 9.8% | $1,000M - $1,030M | 9.8% | $1,039.5M | 12.5% | $1,037.5M | 12.3% |
| **FY2022 Adjusted EPS (cont. ops.)** | $2.45-$2.55 | 3.4% | $2.51-$2.60 | 5.7% | $2.57 | 6.5% | $2.61 | 8.0% |
| **FY2022 Adj. EBITDA** | $220.0M-$227.0M | 10.7% | $220.0M-$227.0M | 10.7% | $230.1M | 14.0% | $228.7M | 13.3% |
| **FY2022 Adj. EBITDA Mgn.** | 22.0% | 10 bps | 22.0% | (10 bps) | 22.1% | 20 bps | 22.0% | (10 bps) |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our estimates include the acquisition of Avalex, following suit with our inclusion of the deal in our model (for the December quarter and beyond) prior to these results. Management expects to close the deal in the December quarter—our forecast projects about $23 million in revenue from this source, and about $5.5 million of adjusted EBITDA.

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**
**Variance Analysis**
**November 2, 2021**

| | Consensus | Results | Variance | | **Stock Rating: Outperform** |
|---|---|---|---|---|---|
| Revenue | 215,008 | 225,013 | 10,005 | | |
| EPS | $0.40 | $0.41 | $0.01 | | |

| ($ in thousands, except per share data) Fiscal Year Ends June | 1Q21 Sep-20 | 1Q22E Sep-21 | 1Q22 Sep-21 | Variance | Pre-Tax EPS Impact | Comments |
|---|---|---|---|---|---|---|
| Total Revenue | 205,621 | 215,550 | 225,013 | 9,463 | 0.171 | |
| *% year-over-year change* | *16.0%* | *4.8%* | *9.4%* | *4.6%* | | |
| Cost of Goods Sold | *117,502* | *130,192* | *136,604* | *(6,412)* | *(0.116)* | |
| Gross Profit | 88,119 | 85,358 | 88,409 | 3,051 | 0.055 | |
| *as a % of total revenue* | *42.9%* | *39.6%* | *39.3%* | *-0.3%* | | |
| Operating Expenses | | | | | | |
| *SG&A* | *32,904* | *36,212* | *36,956* | *(744)* | *(0.013)* | |
| *as a % of total revenue* | *16.0%* | *16.8%* | *16.4%* | *0.4%* | | |
| *year-over-year % change* | *9.8%* | *10.1%* | *12.3%* | *-2.3%* | | |
| *R&D* | *27,417* | *29,099* | *28,882* | *217* | *0.004* | |
| *as a % of total revenue* | *13.3%* | *13.5%* | *12.8%* | *0.7%* | | |
| *year-over-year % change* | *25.4%* | *6.1%* | *5.3%* | *0.8%* | | |
| Other Operating Expenses | *9,028* | *23,700* | *28,146* | *(4,446)* | *(0.080)* | |
| Operating Income | 18,770 | -3,654 | -5,575 | (1,921) | (0.035) | |
| *as a % of total revenue* | *9.1%* | *-1.7%* | *-2.5%* | *-0.8%* | | |
| *year-over-year % change* | *7.4%* | *-119.5%* | *-129.7%* | *-10.2%* | | |
| Net Interest Income (Expense) | 72 | -615 | -586 | 29 | 0.001 | |
| Other Income | -846 | -250 | -1,420 | (1,170) | (0.021) | |
| Pretax Income | 17,996 | -4,519 | -7,581 | (3,062) | (0.055) | |
| *as a % of total revenue* | *8.8%* | *-2.1%* | *-3.4%* | *-1.3%* | | |
| Provision for income taxes | 2,198 | (1,130) | (441) | (689) | (0.012) | |
| *Effective tax rate* | *12.2%* | *25.0%* | *5.8%* | | | |
| **GAAP net income (Continuing Ops)** | **15,798** | **(3,389)** | **(7,140)** | **(3,751)** | | |
| **GAAP Diluted EPS (Continuing Ops)** | **$0.29** | **-$0.06** | **-$0.13** | **$ (0.068)** | | |
| **GAAP Diluted Share Count** | **55,339** | **55,932** | **55,376** | **(556)** | | |
| **Adjusted net income (Continuing Ops)** | **28,334** | **22,011** | **22,560** | **549** | | |
| **Adjusted Diluted EPS (Continuing Ops)** | **$0.51** | **$0.39** | **$0.41** | **$ 0.014** | | |
| **non-GAAP Diluted Share Count** | **55,339** | **55,932** | **55,376** | **(556)** | | |
| **Earnings Metrics** | | | | | | |
| EPS Growth - Cont. Ops. | -18.3% | -121.2% | -145.2% | -23.9% | | |
| Adjusted Net Income Growth - Cont. Ops. | 14.6% | -23.1% | -20.4% | 2.7% | | |
| Adj. EBITDA | 42,750 | 38,096 | 38,290 | 194 | | |
| year-over-year growth | 16.5% | -10.9% | -10.4% | 0.5% | | |
| margin | 20.8% | 17.7% | 17.0% | -0.7% | | |
| **Backlog Metrics** | | | | | | |
| Total Backlog | 826,100 | | 883,900 | | | |
| year-over-year growth | 16.1% | | 7.0% | | | |
| Next-12-months (NTM) Backlog | 516,100 | | 553,900 | | | |
| year-over-year growth | 3.4% | | 7.3% | | | |
| **Free Cash Flow** | **11,951** | | **(7,383)** | | | |
| FCF Margin | 5.8% | | -3.3% | | | |
| **Net cash/share** | **$4.32** | | **-$1.88** | | | |

## William Blair

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on November 2, 2021**

EV/EBITDA (FY2)  **11.6**          EV/Revenue (FY2)  **2.6**

**Stock Rating: Outperform**
**November 2, 2021: $51.50**

| ($ in thousands, except per share data) / Fiscal Year Ends June | FY2018 | 1Q19 Sep-18 | 2Q19 Dec-18 | 3Q19 Mar-19 | 4Q19 Jun-19 | FY2019 | 1Q20 Sep-19 | 2Q20 Dec-19 | 3Q20 Mar-20 | 4Q20 Jun-20 | FY2020 | 1Q21 Sep-20 | 2Q21 Dec-20 | 3Q21 Mar-21 | 4Q21 Jun-21 | FY2021 | 1Q22 Sep-21 | 2Q22E Dec-21 | 3Q22E Mar-22 | 4Q22E Jun-22 | FY2022E | FY2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 493,184 | 144,056 | 159,089 | 174,636 | 176,963 | 654,744 | 177,304 | 193,913 | 208,016 | 217,377 | 796,610 | 205,621 | 210,676 | 256,857 | 250,842 | 923,996 | 225,013 | 223,024 | 287,991 | 301,442 | 1,037,470 | 1,129,526 |
| % year-over-year change | 20.7% | 35.8% | 34.9% | 50.1% | 15.8% | 32.8% | 23.1% | 21.9% | 19.1% | 22.8% | 21.7% | 16.0% | 8.6% | 23.5% | 15.4% | 16.0% | 9.4% | 5.9% | 12.1% | 20.2% | 12.3% | 8.9% |
| Cost of Goods Sold | 267,326 | 82,473 | 88,202 | 100,789 | 97,124 | 368,588 | 98,904 | 105,407 | 114,691 | 120,764 | 439,766 | 117,502 | 122,009 | 151,234 | 148,063 | 538,808 | 136,604 | 132,699 | 169,051 | 175,439 | 613,793 | 658,874 |
| Gross Profit | 225,858 | 61,583 | 70,887 | 73,847 | 79,839 | 286,156 | 78,400 | 88,506 | 93,325 | 96,613 | 356,844 | 88,119 | 88,667 | 105,623 | 102,779 | 385,188 | 88,409 | 90,325 | 118,940 | 126,003 | 423,677 | 470,653 |
| as a % of total revenue | 45.8% | 42.7% | 44.6% | 42.3% | 45.1% | 43.7% | 44.2% | 45.6% | 44.9% | 44.4% | 44.8% | 42.9% | 42.1% | 41.1% | 41.0% | 41.7% | 39.3% | 40.5% | 41.3% | 41.8% | 40.8% | 41.7% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | | | |
| SG&A | 88,365 | 24,741 | 27,819 | 27,411 | 30,746 | 110,717 | 29,970 | 32,804 | 33,991 | 35,488 | 132,253 | 32,904 | 31,596 | 38,250 | 31,587 | 134,337 | 36,956 | 38,583 | 35,999 | 33,460 | 144,998 | 164,644 |
| as a % of total revenue | 17.9% | 17.2% | 17.5% | 15.7% | 17.4% | 16.9% | 16.9% | 16.9% | 16.3% | 16.3% | 16.6% | 16.0% | 15.0% | 14.9% | 12.6% | 14.5% | 16.4% | 17.3% | 12.5% | 11.1% | 14.0% | 14.6% |
| year-over-year % change | 15.5% | 20.3% | 31.1% | 29.7% | 20.9% | 25.3% | 21.1% | 17.9% | 24.0% | 15.4% | 19.5% | 9.8% | -3.7% | 12.5% | -11.0% | 1.6% | 12.3% | 22.1% | -5.9% | 5.9% | 7.9% | 13.5% |
| R&D | 58,807 | 14,948 | 16,192 | 17,439 | 20,346 | 68,925 | 21,870 | 24,660 | 24,967 | 26,988 | 98,485 | 27,417 | 28,128 | 30,218 | 27,718 | 113,481 | 28,882 | 28,993 | 30,239 | 28,637 | 116,751 | 125,827 |
| as a % of total revenue | 11.9% | 10.4% | 10.2% | 10.0% | 11.5% | 10.5% | 12.3% | 12.7% | 12.0% | 12.4% | 12.4% | 13.3% | 13.4% | 11.8% | 11.0% | 12.3% | 12.8% | 13.0% | 10.5% | 9.5% | 11.3% | 11.1% |
| year-over-year % change | 8.7% | 8.8% | 6.6% | 16.1% | 36.9% | 17.2% | 46.3% | 52.3% | 43.2% | 32.6% | 42.9% | 25.4% | 14.1% | 21.0% | 2.7% | 15.2% | 5.3% | 3.1% | 0.1% | 3.3% | 2.9% | 7.8% |
| Other Operating Expenses | 31,701 | 8,084 | 7,015 | 6,935 | 7,896 | 29,930 | 9,084 | 10,217 | 8,025 | 7,718 | 35,044 | 9,028 | 10,830 | 15,443 | 21,068 | 56,369 | 28,146 | 19,300 | 14,500 | 12,100 | 74,046 | 43,350 |
| Operating Income | 46,985 | 13,810 | 19,861 | 22,062 | 20,851 | 76,584 | 17,476 | 20,825 | 26,342 | 26,419 | 91,062 | 18,770 | 18,113 | 21,712 | 22,406 | 81,001 | (5,575) | 3,448 | 38,202 | 51,806 | 87,882 | 136,831 |
| as a % of total revenue | 9.5% | 9.6% | 12.5% | 12.6% | 11.8% | 11.7% | 9.9% | 10.7% | 12.7% | 12.2% | 11.4% | 9.1% | 8.6% | 8.5% | 8.9% | 8.8% | -2.5% | 1.5% | 13.3% | 17.2% | 8.5% | 12.1% |
| year-over-year % change | 25.6% | 33.2% | 82.4% | 222.6% | 10.4% | 63.0% | 26.5% | 4.9% | 19.4% | 26.7% | 18.9% | 7.4% | -13.0% | -17.6% | -15.2% | -11.0% | -129.7% | -81.0% | 76.0% | 131.2% | 8.5% | 55.7% |
| Net Interest Income (Expense) | (2,818) | (2,193) | (2,125) | (2,268) | (1,591) | (8,177) | 1,187 | 312 | 400 | (754) | 1,145 | 72 | (13) | (515) | (587) | (1,043) | (586) | (690) | (690) | (690) | (2,656) | (2,760) |
| Other Income | (1,594) | (1,009) | (870) | (328) | (6,673) | (8,880) | (1,434) | (351) | 2,186 | 1,325 | 1,726 | (846) | (981) | (200) | (758) | (2,785) | (1,420) | (1,500) | (250) | (250) | (3,420) | 200 |
| Pretax Income | 42,573 | 10,608 | 16,866 | 19,466 | 12,587 | 59,527 | 17,229 | 20,786 | 28,928 | 26,990 | 93,933 | 17,996 | 17,119 | 20,997 | 21,061 | 77,173 | (7,581) | 1,258 | 37,262 | 50,866 | 81,806 | 134,271 |
| as a % of total revenue | 8.6% | 7.4% | 10.6% | 11.1% | 7.1% | 9.1% | 9.7% | 10.7% | 13.9% | 12.4% | 11.8% | 8.8% | 8.1% | 8.2% | 8.4% | 8.4% | -3.4% | 0.6% | 12.9% | 16.9% | 7.9% | 11.9% |
| Provision for income taxes | 1,690 | 3,129 | 4,483 | 5,357 | (217) | 12,752 | (2,018) | 5,110 | 5,363 | (234) | 8,221 | 2,198 | 4,433 | 5,362 | 3,136 | 15,129 | (441) | 315 | 9,316 | 12,716 | 21,906 | 33,568 |
| Effective tax rate | 4.0% | 29.5% | 26.6% | 27.5% | (1.7%) | 21.4% | (11.7%) | 24.6% | 18.5% | (0.9%) | 8.8% | 12.2% | 25.9% | 25.5% | 14.9% | 19.6% | 5.8% | 25.0% | 25.0% | 25.0% | 26.8% | 25.0% |
| **GAAP net income (Continuing Ops)** ** | **40,883** | **7,479** | **12,383** | **14,109** | **12,804** | **46,775** | **19,247** | **15,676** | **23,565** | **27,224** | **85,712** | **15,798** | **12,686** | **15,635** | **17,925** | **62,044** | **(7,140)** | **944** | **27,947** | **38,149** | **59,900** | **100,703** |
| **GAAP Diluted EPS (Continuing Ops)** | **$0.86** | **$0.16** | **$0.26** | **$0.29** | **$0.25** | **$0.96** | **$0.35** | **$0.29** | **$0.43** | **$0.49** | **$1.56** | **$0.29** | **$0.23** | **$0.28** | **$0.32** | **$1.12** | **($0.13)** | **$0.02** | **$0.50** | **$0.68** | **$1.08** | **$1.79** |
| **GAAP Diluted Share Count** | **47,497** | **47,697** | **47,705** | **47,958** | **50,655** | **48,504** | **55,078** | **55,001** | **55,127** | **55,259** | **55,116** | **55,339** | **55,434** | **55,526** | **55,598** | **55,474** | **55,376** | **55,708** | **55,820** | **55,931** | **55,709** | **56,212** |
| **Adjusted net income (Continuing Ops)** | **67,312** | **18,497** | **22,615** | **23,657** | **24,261** | **89,030** | **24,615** | **29,115** | **33,272** | **39,760** | **126,762** | **28,334** | **29,970** | **35,450** | **40,361** | **134,115** | **22,560** | **23,144** | **45,822** | **53,874** | **145,400** | **160,953** |
| **Adjusted EPS (Continuing Ops)** | **$1.42** | **$0.39** | **$0.47** | **$0.49** | **$0.48** | **$1.84** | **$0.45** | **$0.53** | **$0.60** | **$0.72** | **$2.30** | **$0.51** | **$0.54** | **$0.64** | **$0.73** | **$2.42** | **$0.41** | **$0.42** | **$0.82** | **$0.96** | **$2.61** | **$2.86** |
| **non-GAAP Diluted Share Count** | **47,497** | **47,697** | **47,705** | **47,958** | **50,655** | **48,504** | **55,078** | **55,001** | **55,127** | **55,259** | **55,116** | **55,339** | **55,434** | **55,526** | **55,598** | **55,474** | **55,376** | **55,708** | **55,820** | **55,931** | **55,709** | **56,212** |
| **Earnings Metrics** | | | | | | | | | | | | | | | | | | | | | | |
| GAAP EPS Growth - Cont. Ops. | 48.9% | -58.5% | 34.9% | 278.3% | 18.9% | 12.0% | 122.9% | 9.8% | 45.3% | 94.9% | 61.3% | -18.3% | -19.7% | -34.1% | -34.6% | -28.1% | -145.2% | -92.6% | 77.8% | 111.6% | -3.9% | 66.6% |
| Adjusted EPS Growth - Cont. Ops. | 23.4% | 3.5% | 72.4% | 64.9% | 2.3% | 29.5% | 15.2% | 11.7% | 22.4% | 50.2% | 25.3% | 14.6% | 2.1% | 5.8% | 0.9% | 5.1% | -20.4% | -23.2% | 28.6% | 32.7% | 8.0% | 9.7% |
| Adj. EBITDA | 114,567 | 31,622 | 36,983 | 38,794 | 37,927 | 145,326 | 36,697 | 42,836 | 47,086 | 49,623 | 176,242 | 42,750 | 45,332 | 54,757 | 59,057 | 201,896 | 38,290 | 38,148 | 70,327 | 81,906 | 228,672 | 255,356 |
| year-over-year growth | 22.0% | 25.1% | 39.3% | 54.6% | 0.7% | 26.8% | 16.0% | 15.8% | 21.4% | 30.8% | 21.3% | 16.5% | 5.8% | 16.3% | 19.0% | 14.6% | -10.4% | -15.8% | 28.4% | 38.7% | 13.3% | 11.7% |
| margin | 23.2% | 22.0% | 23.2% | 22.2% | 21.4% | 22.2% | 20.7% | 22.1% | 22.6% | 22.8% | 22.1% | 20.8% | 21.5% | 21.3% | 23.5% | 21.9% | 17.0% | 17.1% | 24.4% | 27.2% | 22.0% | 22.6% |
| **Backlog Metrics** | | | | | | | | | | | | | | | | | | | | | | |
| Total Backlog | NA | 507,900 | 522,000 | 558,200 | 625,400 | NA | 711,800 | 727,500 | 769,800 | 831,100 | NA | 826,100 | 945,300 | 893,700 | 909,600 | NA | 883,900 | | | | NA | NA |
| year-over-year growth | NA | 40.8% | 38.7% | 30.0% | 39.9% | NA | 40.1% | 39.4% | 37.9% | 32.9% | NA | 16.1% | 29.9% | 16.1% | 9.4% | NA | 7.0% | | | | NA | NA |
| Next-12-months (NTM) Backlog | NA | 377,800 | 389,100 | 367,300 | 451,200 | NA | 499,200 | 521,800 | 544,800 | 567,700 | NA | 516,100 | 598,000 | 545,500 | 530,000 | NA | 553,900 | | | | NA | NA |
| year-over-year growth | NA | 34.1% | 25.4% | 14.4% | 37.4% | NA | 32.1% | 34.1% | 48.3% | 25.8% | NA | 3.4% | 14.6% | 0.1% | -6.6% | NA | 7.3% | | | | NA | NA |
| **Free Cash Flow** | **28,215** | **16,302** | **18,226** | **19,158** | **17,140** | **70,826** | **14,715** | **20,742** | **19,213** | **17,220** | **71,890** | **11,951** | **10,164** | **13,230** | **16,303** | **51,648** | **-7,383** | | | | | |
| FCF margin | 5.7% | 11.3% | 11.5% | 11.0% | 9.7% | 10.8% | 8.3% | 10.7% | 9.2% | 7.9% | 9.0% | 5.8% | 4.8% | 5.2% | 6.5% | 5.6% | -3.3% | | | | | |
| **Net cash/share** | **-$2.70** | **-$3.50** | **-$3.06** | **-$3.42** | **$5.09** | **$5.09** | **$2.93** | **$3.31** | **$3.76** | **$4.10** | **$4.10** | **$4.32** | **-$0.92** | **-$0.69** | **-$1.55** | **-$1.55** | **-$1.88** | | | | | |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 35913.80
S&P 500: 4613.67
NASDAQ: 15595.90



**Mercury Systems, Inc. Rating History as of 11/01/2021**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 2, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 31 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 12 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Andrew F. Brackmann    +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**