# Tab 33

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

November 1, 2022

# Mercury Systems, Inc.

## Much Improved Results Highlighted by 34% Bookings Growth, Though Free Cash Flow Challenges Persist

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

Following last quarter's challenging results and guidance, we were pleased that the company delivered a strong quarter, exceeding consensus revenue expectations by $4.3 million at $227.6 million. The company was led by a continued rebound in bookings at 34% growth and a book-to-bill ratio of 1.17. While Mercury beat expectations, its first-quarter organic growth rate for revenue was still negative 6%, reflecting the challenges bookings experienced last year. The company also continues to have supply chain challenges that impact margins and free cash flows as it has had to invest in inventories while customers are beginning to delay payments. Supply chain challenges are persistent in the high-end semiconductor market where availability of components and lead times remain difficult to predict.

Mercury is taking steps to correct these challenges through pricing actions, better supply chain management, and timing of contracts and customer contract terms. However, free cash flow and inventory pressures are expected to persist through fiscal 2023. These impacts are likely to be transient in nature as Mercury's model has historically focused on relatively flexible manufacturing with leaner inventories. We believe free cash flow trends could reverse as supply chain pressures abate.

We continue to have a positive long-term view of the business and were pleased by the strong rebound in bookings activity, which is expected to persist throughout the year. While supply chain challenges are impacting free cash flows, we believe these are outside the control of the company and should lead to higher free cash flow leverage once these trends start to reverse course. We believe this could be an interesting turning point for investors to consider as the company seems to be at an inflection in its business and margin trends.

**(+) Organic revenue declined by 4%, well above consensus expectations and expected to swing positive in the second quarter and for the full fiscal year**

**(+) Demand environment remains strong; bookings expected to show improved linearity and a strong second-half performance**

**(+) Defense appropriations bill expected by end of year as threat environment remains heightened. Midterm election shifts could still cause delays**

**(-) Customer payments, order timing, shortages, and inventory build-ups impact free cash flow margins; expected to reverse course over time**

**(-) FCF conversion impacted by delayed customer payments, supply chain shortages; company is taking multiple actions including pricing, contract terms, and holding larger inventories to account for longer lead times.**

**(-) High-end semiconductor shortages persist, impacting gross margins with 70% of Mercury's business tied to high-end processing and long lead times requiring upfront purchases and larger inventory buildups**

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

| Stock Rating: | **Outperform** |
|---|---|

| | |
|---|---|
| Symbol: | MRCY (NASDAQ) |
| Price: | $48.63 (52-Wk.: $40-$72) |
| Market Value (M): | $2,810 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | June |

| | | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.41 | $0.24 | $0.28 |
| | Q2 | $0.39 | $0.33 | $0.31 |
| | Q3 | $0.57 | $0.59 | $0.50 |
| | Q4 | $0.81 | $0.85 | $0.67 |
| | FY | $2.19 | $2.02 | $1.77 |
| Sales (M) FY | | $988.2 | $1,030.0 | $1,107.2 |
| **Valuation** | | | | |
| FY P/E | | 22.2x | 24.1x | 27.5x |
| EV/Sales | | 3.3x | 3.2x | 3.0x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 57.8 |
| Float (M): | 56.0 |
| Avg. Daily Volume (90-day): | 374,643 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $27.61 |
| Return on Equity (TTM): | 0.8% |
| Enterprise Value (M): | $3,299 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 6 – 8. Analyst certification is on page 6.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Stock Thoughts**

We were pleased by the improvement in bookings activity this quarter and Mercury's commentary that bookings linearity should improve through the course of the year. In our view, demand for the company's solutions remains strong given the increasingly destabilized global macro environment. In our view, technology enabled systems are clearly proving their value on the battlefield, which should bode well for companies such as Mercury that provide advanced processing and technology platforms. While free cash flow and EBITDA margins have been impacted by order timing, supply chain issues, and cash conversion cycle challenges, we are optimistic that these impacts will be transitory in nature and that Mercury will see these issues dissipate as the supply chain shortages normalize.

We maintain our long-term view that Mercury is strategically well positioned as a key supplier to major defense prime contractors and that current headwinds are not the result of demand issues. That said, we believe investor patience is wearing thin and that the company will need to show progress toward cash flow goals and an improved ability to accurately forecast financial results, even within the current unprecedented environment. We believe long-term investors should look past the noise and focus on the potential for the company to continue executing a roll-up and acquisition integration strategy that can be accretive over the long term.

On an enterprise value basis, the stock closed trading below 16 times our fiscal 2024 projection for adjusted EBITDA of $203.9 million. We view Mercury as well positioned to benefit from investment areas in the global defense electronics market and as a subprime subsystems partner, with the potential to deliver greater operating leverage over time. We maintain our Outperform rating.

**Risks**

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities, 2) uncertainty regarding ability to continue to integrate acquisitions, and 3) competition.

**ESG Considerations**

While Mercury has limited exposure to environmental impacts in its operations, the company is committed to introduce innovative processes and technologies that improve its efforts, including quantifying and disclosing its environmental impact; all of Mercury's facilities are classified by the EPA as either Very Small Quantity Generators or Small Quantity Generators of hazardous waste. Mercury's climate change initiatives have three key goals of reducing emissions, innovating in the business, and monitoring its impact. The company regularly assesses the effect of environmental matters on the business in areas such as supply chain operations, regulatory changes, and talent management.

Regarding gender and racial/ethnic diversity, the company believes its employee base needs to be rich in diversity of thought, experiences, and culture in order to drive innovation. Between 2017 and 2021, Mercury added three women directors to its board, now one-third female, and the company also has a focused strategy to attract women engineers and women in leadership and technical roles. In 2020, Mercury launched Quicksilver, a women's charter and the company's first employee resource group to develop programming and resources for Mercury that promote collaboration across genders, foster networking, and encourage the advancement of women in the company.

Mercury is also committed to ongoing employee training in areas such as business ethics, export rules, and culture of integrity. Regarding the company's exposure to risks or disruptions in its supply chain, Mercury's procurement program enables it to find the right products and services at the right price, while ensuring that the company's suppliers meet its ethical standards. Mercury's supplier expectations regarding sustainability, social responsibility, and ethics are included in the company's standard contract terms and conditions, including items such as local environmental, health, and safety regulations, and not engaging in discrimination of employees or in the selection of lower-tier suppliers. Mercury instituted several measures as part of its COVID-19 relief efforts, including creation of a $1 million relief fund for its employees experiencing unexpected financial burdens as a result of the pandemic, 120 hours of additional sick leave for COVID-19-related circumstances, COVID-19 testing for employees at their larger manufacturing locations, and many other measures.

At the end of 2021, Mercury's board of directors adopted a limited-duration shareholder rights plan to protect shareholders during a period when the company believed its stock was undervalued. Also known as a "poison pill," the shareholder rights plan would have a one-year duration and would distribute one right for each common share outstanding as of the record date, January 10, 2022. The rights would become exercisable if a person or group acquired ownership of 7.5% or more of Mercury's common shares without board approval and would allow shareholders to purchase Mercury preferred shares having a value of twice the market value of Mercury's common shares, making a hostile takeover attempt very expensive. This tactic came after activist investor JANA Partners acquired a 6.6% stake in the company, intending to have discussions with Mercury's

William Blair

management aimed at "evaluating strategic alternatives, including a sale of the issuer, operations, capital allocation, corporate governance, board composition, and compensation practices." In addition, at the beginning of 2022, another activist investor, Starboard Value, sent a letter to Mercury reminding the company of its 7.33% ownership position and asking it to "immediately eliminate the Rights Plan" or, "at the very least, (1) raise the ownership threshold which triggers the Rights Plan from 7.5% (or 10% in the case of a passive investor) to 15% for all shareholders and (2) thereafter put the Rights Plan to a vote of all shareholders."

Mercury recently added two new board members, Howard Lance and Bill Ballhaus, as a result of cooperation agreements with activist shareholders JANA Partners and Starboard Value. These additions reflect the activist shareholders' influence in improving board composition to have better governance and a broader diversity of perspectives. Mercury's board of directors has an ongoing refreshment program to diversify and widen the expertise of the board's membership to reflect Mercury's strategic objectives. Following the 2022 annual shareholder meeting, the board will comprise nine members, eight of whom are independent and seven of whom were appointed within the last five years.

### Outlook and Estimate Revisions

| | Guidance and Estimates Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Management | | | | William Blair Estimates | | | |
| Metric | Prior Guidance | YOY Change | Current Guidance | YOY Change | Prior Estimate | YOY Change | Revised Estimate | YOY Change |
| 2Q23 Revenue | N/A | N/A | $225.0M-$240.0M | 5.5% | $231.4M | 5.0% | $232.5M | 5.5% |
| 2Q23 Adjusted EPS (cont. ops.) | N/A | N/A | $0.31-$0.36 | (15.1%) | $0.17 | (57.7)% | $0.33 | (15.3%) |
| 2Q23 Adj. EBITDA | N/A | N/A | $38.0M-$42.0M | 5.0% | $33.0M | (13.3)% | $39.9M | 4.6% |
| 2Q23 Adj. EBITDA Mgn. | N/A | N/A | 16.9%-17.5% | (80 bps) | 14.3% | (300) bps | 17.1% | (20 bps) |
| FY2023 Revenue | N/A | N/A | $1,010M - $1,050M | 4.2% | $1,012.5M | 2.5% | $1030.0M | 4.2% |
| FY2023 Adjusted EPS (cont. ops.) | N/A | N/A | $1.93-$2.10 | (8.0%) | $2.01 | (8.3)% | $2.02 | (7.9%) |
| FY2023 Adj. EBITDA | N/A | N/A | $202.5M-$215.0M | 4.1% | $204.6M | 2.1% | $208.4M | 4.0% |
| FY2023 Adj. EBITDA Mgn. | N/A | N/A | 20.0%-20.5% | (80 bps) | 20.2% | (10) bps | 20.2% | (10 bps) |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**
**Variance Analysis**
**November 1, 2022**

|  | Consensus | Results | Variance |
|---|---|---|---|
| Revenue | 223,252 | 227,579 | 4,327 |
| EPS | $0.25 | $0.24 | ($0.01) |

Stock Rating: Outperform

| ($ in thousands, except per share data)<br>Fiscal Year Ends June | 1Q22<br>Sep-21 | 1Q23E<br>Sep-22 | 1Q23<br>Sep-22 | Variance | Pre-Tax<br>EPS Impact |
|---|---|---|---|---|---|
| Total Revenue | 225,013 | 217,522 | 227,579 | 10,057 | 0.180 |
| *% year-over-year change* | *9.4%* | *-3.3%* | *1.1%* | *4.5%* | |
| Cost of Goods Sold | *136,604* | *139,214* | *149,484* | (10,270) | (0.184) |
| Gross Profit | 88,409 | 78,308 | 78,095 | (213) | (0.004) |
| *as a % of total revenue* | *39.3%* | *36.0%* | *34.3%* | *-1.7%* | |
| Operating Expenses | | | | | |
| *SG&A* | 36,956 | 41,112 | 38,943 | 2,169 | 0.039 |
| *as a % of total revenue* | *16.4%* | *18.9%* | *17.1%* | *1.8%* | |
| *year-over-year % change* | *12.3%* | *11.2%* | *5.4%* | *5.9%* | |
| *R&D* | 28,882 | 33,498 | 27,766 | 5,732 | 0.102 |
| *as a % of total revenue* | *12.8%* | *15.4%* | *12.2%* | *3.2%* | |
| *year-over-year % change* | *5.3%* | *16.0%* | *-3.9%* | *19.8%* | |
| Other Operating Expenses | *28,146* | *19,500* | *18,580* | 920 | 0.016 |
| Operating Income | -5,575 | -15,802 | -7,194 | 8,608 | 0.154 |
| *as a % of total revenue* | *-2.5%* | *-7.3%* | *-3.2%* | *4.1%* | |
| *year-over-year % change* | *-129.7%* | *183.4%* | *29.0%* | *-154.4%* | |
| Net Interest Income (Expense) | -586 | -4,000 | -4,518 | (518) | (0.009) |
| Other Income | -1,420 | -250 | -3,645 | (3,395) | (0.061) |
| Pretax Income | -7,581 | -20,052 | -15,357 | 4,695 | 0.084 |
| *as a % of total revenue* | *-3.4%* | *-9.2%* | *-6.7%* | *2.5%* | |
| Provision for income taxes | (441) | (2,406) | (1,022) | (1,384) | (0.025) |
| *Effective tax rate* | *5.8%* | *12.0%* | *6.7%* | | |
| **GAAP net income (Continuing Ops)** | **(7,140)** | **(17,646)** | **(14,335)** | **3,311** | |
| **GAAP Diluted EPS (Continuing Ops)** | **-$0.13** | **-$0.32** | **-$0.26** | **$ 0.059** | |
| **GAAP Diluted Share Count** | **55,376** | **55,923** | **55,931** | **8** | |
| **Adjusted net income (Continuing Ops)** | 22,560 | 10,904 | 13,347 | 2,443 | |
| **Adjusted Diluted EPS (Continuing Ops)** | **$0.41** | **$0.19** | **$0.24** | **$ 0.044** | |
| **non-GAAP Diluted Share Count** | **55,376** | **55,923** | **55,931** | **8** | |
| **Earnings Metrics** | | | | | |
| EPS Growth - Cont. Ops. | -145.2% | -144.7% | -98.8% | 45.9% | |
| Adjusted Net Income Growth - Cont. Ops. | -20.4% | -52.1% | -41.4% | 10.7% | |
| Adj. EBITDA | 38,290 | 27,748 | 31,161 | 3,413 | |
| year-over-year growth | -10.4% | -27.5% | -18.6% | 8.9% | |
| margin | 17.0% | 12.8% | 13.7% | 0.9% | |
| **Backlog Metrics** | | | | | |
| Total Backlog | 883,900 | | 1,080,000 | | |
| year-over-year growth | 7.0% | | 22.2% | | |
| Next-12-months (NTM) Backlog | 553,900 | | 694,600 | | |
| year-over-year growth | 7.3% | | 25.4% | | |
| **Free Cash Flow** | **-7,383** | | **(73,367)** | | |
| FCF Margin | -3.3% | | -32.2% | | |
| **Net cash/share** | **-$1.88** | | **-$8.22** | | |

William Blair

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on November 1, 2022**

EV/EBITDA (FY2)  **15.6**          EV/Revenue (FY2)  **2.9**

Stock Rating: Outperform
November 1, 2022: $48.63

($ in thousands, except per share data)
Fiscal Year Ends June

| | FY2020 | FY2021 | 1Q22 Sep-21 | 2Q22 Dec-21 | 3Q22 Mar-22 | 4Q22 Jun-22 | FY2022 | 1Q23 Sep-22 | 2Q23E Dec-22 | 3Q23E Mar-23 | 4Q23E Jun-23 | FY2023E | 1Q24E Sep-23 | 2Q24E Dec-23 | 3Q24E Mar-24 | 4Q24E Jun-24 | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 796,610 | 923,996 | 225,013 | 220,380 | 253,075 | 289,729 | 988,197 | 227,579 | 232,512 | 265,083 | 304,862 | 1,030,036 | 240,453 | 245,861 | 288,068 | 332,847 | 1,107,230 |
| *% year-over-year change* | 21.7% | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 5.5% | 4.7% | 5.2% | 4.2% | 5.7% | 5.7% | 8.7% | 9.2% | 7.5% |
| Cost of Goods Sold | 439,766 | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 151,133 | 159,050 | 178,344 | 638,011 | 151,004 | 153,909 | 175,722 | 200,374 | 681,009 |
| Gross Profit | 356,844 | 385,188 | 88,409 | 87,222 | 99,754 | 119,571 | 394,956 | 78,095 | 81,379 | 106,033 | 126,518 | 392,025 | 89,448 | 91,952 | 112,347 | 132,473 | 426,220 |
| *as a % of total revenue* | 44.8% | 41.7% | 39.3% | 39.6% | 39.4% | 41.3% | 40.0% | 34.3% | 35.0% | 40.0% | 41.5% | 38.1% | 37.2% | 37.4% | 39.0% | 39.8% | 38.5% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| *SG&A* | 132,253 | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 39,062 | 39,763 | 42,071 | 159,838 | 42,079 | 42,288 | 45,515 | 47,930 | 177,812 |
| *as a % of total revenue* | 16.6% | 14.5% | 16.4% | 16.7% | 15.5% | 15.2% | 15.9% | 17.1% | 16.8% | 15.0% | 13.8% | 15.5% | 17.5% | 17.2% | 15.8% | 14.4% | 16.1% |
| *year-over-year % change* | 19.5% | 1.6% | 12.3% | 16.5% | 2.6% | 39.4% | 16.9% | 5.4% | 6.1% | 1.3% | -4.4% | 1.8% | 8.1% | 8.3% | 14.5% | 13.9% | 11.2% |
| *R&D* | 98,485 | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 29,064 | 32,075 | 33,535 | 122,440 | 34,385 | 33,929 | 36,297 | 39,942 | 144,552 |
| *as a % of total revenue* | 12.4% | 12.3% | 12.8% | 12.9% | 10.0% | 8.5% | 10.8% | 12.2% | 12.5% | 12.1% | 11.0% | 11.9% | 14.3% | 13.8% | 12.6% | 12.0% | 13.1% |
| *year-over-year % change* | 42.9% | 15.2% | 5.3% | 0.7% | -16.0% | -11.4% | -5.6% | -3.9% | 2.6% | 26.3% | 36.5% | 14.2% | 23.8% | 16.7% | 13.2% | 19.1% | 18.1% |
| Other Operating Expenses | 35,044 | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 17,200 | 15,500 | 13,600 | 64,880 | 11,750 | 10,850 | 9,950 | 9,000 | 41,550 |
| Operating Income | 91,062 | 81,001 | (5,575) | (387) | 9,955 | 27,617 | 31,610 | (7,194) | (3,947) | 18,696 | 37,312 | 44,867 | 1,234 | 4,885 | 20,585 | 35,602 | 62,306 |
| *as a % of total revenue* | 11.4% | 8.8% | -2.5% | -0.2% | 3.9% | 9.5% | 3.2% | -3.2% | -1.7% | 7.1% | 12.2% | 4.4% | 0.5% | 2.0% | 7.1% | 10.7% | 5.6% |
| *year-over-year % change* | 18.9% | -11.0% | -129.7% | -102.1% | -54.1% | 23.3% | -61.0% | 29.0% | 919.8% | 87.8% | 35.1% | 41.9% | -117.2% | -223.8% | 10.1% | -4.6% | 38.9% |
| Net Interest Income (Expense) | 1,145 | (1,043) | (586) | (1,089) | (1,554) | (2,434) | (5,663) | (4,518) | (4,578) | (4,578) | (4,978) | (18,652) | (4,978) | (4,978) | (4,978) | (4,978) | (19,912) |
| Other Income | 1,726 | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | (250) | (250) | (250) | (4,395) | (250) | (250) | (250) | (250) | (1,000) |
| Pretax Income | 93,933 | 77,173 | (7,581) | (2,794) | 6,241 | 22,529 | 18,395 | (15,357) | (8,775) | 13,868 | 32,084 | 21,820 | (3,994) | (343) | 15,357 | 30,374 | 41,394 |
| *as a % of total revenue* | 11.8% | 8.4% | -3.4% | -1.3% | 2.5% | 7.8% | 1.9% | -6.7% | -3.8% | 5.2% | 10.5% | 2.1% | -1.7% | -0.1% | 5.3% | 9.1% | 3.7% |
| Provision for income taxes | 8,221 | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (526) | 1,109 | 2,567 | 2,128 | (998) | (86) | 3,839 | 7,593 | 10,349 |
| *Effective tax rate* | 8.8% | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 6.0% | 8.0% | 8.0% | 9.8% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **GAAP net income (Continuing Ops)\*\*** | **85,712** | **62,044** | **(7,140)** | **(2,639)** | **4,139** | **16,915** | **11,275** | **(14,335)** | **(8,248)** | **12,758** | **29,517** | **19,692** | **(2,995)** | **(257)** | **11,518** | **22,780** | **31,046** |
| **GAAP Diluted EPS (Continuing Ops)** | **$1.56** | **$1.12** | **($0.13)** | **($0.05)** | **$0.07** | **$0.30** | **$0.20** | **($0.26)** | **($0.15)** | **$0.23** | **$0.52** | **$0.35** | **($0.05)** | **($0.00)** | **$0.20** | **$0.39** | **$0.54** |
| **GAAP Diluted Share Count** | **55,116** | **55,474** | **55,376** | **55,693** | **56,027** | **56,261** | **55,839** | **55,931** | **56,267** | **56,604** | **56,944** | **56,436** | **57,285** | **57,629** | **57,975** | **58,323** | **57,803** |
| **Adjusted net income (Continuing Ops)** | **126,762** | **134,115** | **22,560** | **21,964** | **32,204** | **45,537** | **122,265** | **13,347** | **18,802** | **33,173** | **48,517** | **113,839** | **16,155** | **17,843** | **28,818** | **39,280** | **102,096** |
| **Adjusted EPS (Continuing Ops)** | **$2.30** | **$2.42** | **$0.41** | **$0.39** | **$0.57** | **$0.81** | **$2.19** | **$0.24** | **$0.33** | **$0.59** | **$0.85** | **$2.02** | **$0.28** | **$0.31** | **$0.50** | **$0.67** | **$1.77** |
| **non-GAAP Diluted Share Count** | **55,116** | **55,474** | **55,376** | **55,693** | **56,027** | **56,261** | **55,839** | **55,931** | **56,267** | **56,604** | **56,944** | **56,436** | **57,285** | **57,629** | **57,975** | **58,323** | **57,803** |
| **Earnings Metrics** | | | | | | | | | | | | | | | | | |
| GAAP EPS Growth - Cont. Ops. | 61.3% | -28.1% | -145.2% | -120.7% | -73.8% | -6.7% | -81.9% | -98.8% | -209.4% | 205.1% | 72.4% | 72.8% | 79.6% | 97.0% | -11.9% | -24.6% | 53.9% |
| Adjusted EPS Growth - Cont. Ops. | 25.3% | 5.1% | -20.4% | -27.1% | -10.0% | 11.5% | -9.4% | -41.4% | -15.3% | 2.0% | 5.3% | -7.9% | 18.2% | -7.3% | -15.2% | -21.0% | -12.4% |
| Adj. EBITDA | 176,242 | 201,896 | 38,290 | 38,106 | 52,496 | 71,615 | 200,507 | 31,161 | 39,853 | 59,611 | 77,812 | 208,437 | 38,384 | 40,735 | 55,385 | 69,352 | 203,856 |
| *year-over-year growth* | 21.3% | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | 4.6% | 13.6% | 8.7% | 4.0% | 23.2% | 2.2% | -7.1% | -10.9% | -2.2% |
| *margin* | 22.1% | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 17.1% | 22.5% | 25.5% | 20.2% | 16.0% | 16.6% | 19.2% | 20.8% | 18.4% |
| **Backlog Metrics** | | | | | | | | | | | | | | | | | |
| Total Backlog | NA | NA | 883,900 | 953,700 | 996,000 | 1,040,000 | NA | 1,080,000 | | | | NA | | | | | NA |
| *year-over-year growth* | NA | NA | 7.0% | 0.9% | 11.4% | 14.3% | NA | 22.2% | | | | NA | | | | | NA |
| Next-12-months (NTM) Backlog | NA | NA | 553,900 | 572,400 | 637,600 | 646,700 | NA | 694,600 | | | | NA | | | | | NA |
| *year-over-year growth* | NA | NA | 7.3% | -4.3% | 16.9% | 22.0% | NA | 25.4% | | | | NA | | | | | NA |
| **Free Cash Flow** | **71,890** | **51,648** | **-7,383** | **-1,203** | **-10,324** | **-27,615** | **-46,525** | **-73,367** | | | | | | | | | |
| FCF margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | | | | | | | | | |
| **Net cash/share** | **$4.10** | **-$1.55** | **-$1.88** | **-$6.22** | **-$6.42** | **-$6.86** | **-$6.86** | **-$8.22** | | | | | | | | | |

\*\* Excludes discontinued ops and gains/losses associated with disposal of discontinued ops

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32033.30
S&P 500: 3901.06
NASDAQ: 11102.50



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 1, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 10 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 4 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

7 | Jonathan Ho +1 312 364 8276

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee   +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA   +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Raju Prasad, Ph.D., Partner   +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann   +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA   +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA   +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA   +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi   +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**