# Tab 34

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

February 1, 2023

# Mercury Systems, Inc.

## Pursuing Strategic Alternatives, CFO Resigns, Mixed Quarterly Results as Bookings Improve

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

Stock Rating: **Outperform**

| | |
|---|---|
| Symbol: | MRCY (NASDAQ) |
| Price: | $49.98 (52-Wk.: $40-$72) |
| Market Value (M): | $2,898 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | June |

| | | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.41 | $0.24 | $0.27 |
| | Q2 | $0.40 | $0.26 | $0.29 |
| | Q3 | $0.57 | $0.30 | $0.42 |
| | Q4 | $0.81 | $1.05 | $0.89 |
| | FY | $2.19 | $1.87 | $1.88 |
| Sales (M) FY | | $988.2 | $1,039.7 | $1,100.3 |
| **Valuation** | | | | |
| FY P/E | | 22.8x | 26.7x | 26.6x |
| EV/Sales | | 3.5x | 3.3x | 3.1x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 58.0 |
| Float (M): | 56.2 |
| Avg. Daily Volume (90-day): | 328,687 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $27.61 |
| Return on Equity (TTM): | 0.3% |
| Enterprise Value (M): | $3,433 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Mercury delivered a challenging quarter with revenue slightly below consensus, adjusted EBITDA about $4.1 million below consensus, and pro forma EPS below expectations by about $0.07. The company continues to see a rebound in bookings at $270.4 million and a book-to-bill ratio of 1.18. Mercury highlighted a favorable demand environment but was impacted by a high-margin $10 million FMS program ($7 million in adjusted EBITDA) that was pushed out of the quarter. That same program now is expected to be delayed into 2024, providing a tailwind of $20 million in revenue and $14 million in adjusted EBITDA. Guidance was maintained for the full year, but revenue is expected to fall at the high end of the prior range and adjusted EBITDA at the lower end. Guidance also implies business to be more concentrated in the fourth quarter. Mercury also announced that it was pursuing strategic alternatives as well as the departure of CFO Michael Ruppert. The company did not provide details on its strategic review. Ruppert is departing for a position with a private company.

While we believe Mercury is favorably positioned as a vital defense subprime supplier for mission-critical technologies, the company has faced a prolonged period of challenges due to budgets, customer execution, supply chain, and other disruptions. We believe the company is taking the right steps to unlock value by improving profitability and considering a potential sale. While we believe many of the company's issues are transient and it is taking steps to correct these issues, we believe a strategic alternative could unlock significant value in the near term for investors.

**(+) Evaluating strategic alternatives; could lead to a sale of the company**

**(=) Departure of CFO—Ruppert played important role in M&A buildout**

**(-) Large high-margin FMS customer delays impact second quarter by $10 million in revenue and $7 million in EBITDA; full year by $20 million and $14 million**

**(+) Some programs switched in with FMS customer to offset delays**

**(+) Demand environment remains strong; bookings up 14%**

**(-) Delayed customer payments of $30 million, already received in third quarter 1 week late; leveraged factoring facility**

**(-) Supply chain challenges persist with semiconductor lead times improving to 50 to 72 weeks, expected to improve by the end of 2024**

**(+) Pricing actions taken to try to offset inflation and other costs**

**(=) Full-year guidance maintained; revenue expected at high end with EBITDA margins at the lower end of range**

**(-) Continued margin impacts from supply chain, inflation, program mix, and customer delays; expected to improve as transient issues are resolved**

**(=) $36 million in cash tax payments associated with R&D tax law changes**

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

**Please refer to important disclosures on pages 6 – 8. Analyst certification is on page 6. William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

## Stock Thoughts

Mercury continues to see some pressure from customer funding, budgets, and supply chain that make it challenging to predict results over the near term. We believe the company is taking steps to improve efficiency and cash flow conversion while also contending with significant uncertainty. The continued rebound in bookings and growth in backlog provide greater visibility and certainty regarding an eventual reacceleration in revenue. However, much of that still depends on budget, customer, and macroeconomic factors outside the company's control.

While it is challenging to predict what parties may be interested in Mercury, it is a supplier for the technology upgrade path of many large and well-established programs of record. However, we believe that consolidation of the military industrial complex is seeing greater scrutiny, which could create additional hurdles in closing a transaction. In an era that is becoming increasingly destabilized due to geopolitical conflicts, we believe technology modernization is critical for success in the modern battlefield. We believe Mercury's expertise in leveraging commercial technology into defense applications as well as its trusted position as a value-added layer in the market will likely make the company attractive to companies looking to strengthen their technology content.

On an enterprise value basis, the stock closed trading below 14.5 times our fiscal 2024 projection for adjusted EBITDA of $228.1 million. We view Mercury as well positioned to benefit from investment areas in the global defense electronics market and as a subprime subsystems partner, with the potential to deliver greater operating leverage over time. We maintain our Outperform rating.

## Risks

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities; 2) uncertainty regarding ability to continue to integrate acquisitions; and 3) competition.

## ESG Considerations

While Mercury has limited exposure to environmental impacts in its operations, the company is committed to introduce innovative processes and technologies that improve its efforts, including quantifying and disclosing its environmental impact; all of Mercury's facilities are classified by the EPA as either Very Small Quantity Generators or Small Quantity Generators of hazardous waste. Mercury's climate change initiatives have three key goals of reducing emissions, innovating in the business, and monitoring its impact. The company regularly assesses the effect of environmental matters on the business in areas such as supply chain operations, regulatory changes, and talent management.

Regarding gender and racial/ethnic diversity, the company believes its employee base needs to be rich in diversity of thought, experiences, and culture to drive innovation. Between 2017 and 2021, Mercury added three women directors to its board, now one-third female, and the company also has a focused strategy to attract women engineers and women in leadership and technical roles. In 2020, Mercury launched Quicksilver, a women's charter and the company's first employee resource group to develop programming and resources for Mercury that promote collaboration across genders, foster networking, and encourage the advancement of women in the company.

Mercury is also committed to ongoing employee training in areas such as business ethics, export rules, and culture of integrity. Regarding the company's exposure to risks or disruptions in its supply chain, Mercury's procurement program enables it to find the right products and services at the right price, while ensuring that the company's suppliers meet its ethical standards. Mercury's supplier expectations regarding sustainability, social responsibility, and ethics are included in the company's standard contract terms and conditions, including items such as local environmental, health, and safety regulations, and not engaging in discrimination of employees or in the selection of lower-tier suppliers. Mercury instituted several measures as part of its COVID-19 relief efforts, including creation of a $1 million relief fund for its employees experiencing unexpected financial burdens as a result of the pandemic, 120 hours of additional sick leave for COVID-19-related circumstances, COVID-19 testing for employees at its larger manufacturing locations, and many other measures.

At the end of 2021, Mercury's board of directors adopted a limited-duration shareholder rights plan to protect shareholders during a period when the company believed its stock was undervalued. Also known as a "poison pill," the shareholder rights plan would have a one-year duration and would distribute one right for each common share outstanding as of the record date, January 10, 2022. The rights would become exercisable if a person or group acquired ownership of 7.5% or more of Mercury's common shares without board approval and would allow shareholders to purchase Mercury preferred shares having a value of twice the market value of Mercury's common shares, making a hostile takeover attempt very expensive. This tactic came after activist investor JANA Partners acquired a 6.6% stake in the company, intending to have discussions with Mercury's management aimed at "evaluating strategic alternatives, including a sale of the issuer, operations, capital allocation, corporate

William Blair

governance, board composition, and compensation practices." In addition, at the beginning of 2022, another activist investor, Starboard Value, sent a letter to Mercury reminding the company of its 7.33% ownership position and asking it to "immediately eliminate the Rights Plan" or, "at the very least, (1) raise the ownership threshold which triggers the Rights Plan from 7.5% (or 10% in the case of a passive investor) to 15% for all shareholders and (2) thereafter put the Rights Plan to a vote of all shareholders."

In 2022, Mercury added two new board members, Howard Lance and Bill Ballhaus, as a result of cooperation agreements with activist shareholders JANA Partners and Starboard Value. These additions reflect the activist shareholders' influence in improving board composition to have better governance and a broader diversity of perspectives. Mercury's board of directors has an ongoing refreshment program to diversify and widen the expertise of the board's membership to reflect Mercury's strategic objectives. Following the 2022 annual shareholder meeting, the board comprised nine members, eight of whom are independent and seven of whom were appointed within the last five years.

## Outlook and Estimate Revisions

| Guidance and Estimates Summary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Management | | | | William Blair Estimates | | | |
| Metric | Prior Guidance | YOY Change | Current Guidance | YOY Change | Prior Estimate | YOY Change | Revised Estimate | YOY Change |
| 3Q23 Revenue | N/A | N/A | $245M-$260M | (0.2%) | $265.1M | 4.8% | $256.1M | 1.2% |
| 3Q23 Adj. EBITDA | N/A | N/A | $40.0M-$47.0M | (17.1%) | $59.6M | 13.6% | $42.7M | -18.7% |
| 3Q23 Adj. EBITDA Margin | N/A | N/A | 17.2% | (350 bps) | 22.5% | 180 bps | 16.7% | N/A |
| 3Q23 non-GAAP EPS | N/A | N/A | $0.32-$0.42 | (35.6%) | $0.59 | 2.0% | $0.30 | -47.0% |
| FY2023 Revenue | $1,010M-$1,050M | 4.2% | $1,010M-$1,050M | 4.2% | $1,030.1M | 4.2% | $1,039.7M | 5.2% |
| FY2023 Adj. EBITDA | $202.5M-$215.0M | 4.1% | $202.5M-$215.0M | 4.1% | $208.4M | 4.0% | $203.8M | 1.6% |
| FY2023 Adj. EBITDA Margin | 20.3% | 0 bps | 20.3% | 0 bps | 20.2% | (10 bps) | 19.6% | N/A |
| FY2023 non-GAAP EPS | $1.93-$2.10 | (8.0%) | $1.90-$2.08 | (9.1%) | $2.02 | (7.9%) | $1.88 | -14.1% |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**
**Variance Analysis**
**January 31, 2023**

Stock Rating: Outperform

|  | Consensus | Results | Variance |
|---|---|---|---|
| Revenue | 232,507 | 229,588 | (2,919) |
| EPS | $0.33 | $0.26 | ($0.069) |

| Fiscal Year Ends June<br>($ in thousands, except per-share items) | 2Q22<br>Dec-21 | 2Q23E<br>Dec-22 | 2Q23<br>Dec-22 | Variance | Pre-tax<br>EPS Impact | Comments |
|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | **220,380** | **232,503** | **229,588** | **(2,915)** | **($0.052)** | |
| Total Cost of Revenue (GAAP) | 133,158 | 151,127 | 148,628 | 2,499 | $0.044 | |
| **Gross profit (GAAP)** | **87,222** | **81,376** | **80,960** | **(416)** | **($0.007)** | |
| Operating Expenses | | | | | | |
| Research and development | 28,335 | 29,063 | 26,906 | 2,157 | $0.038 | |
| Selling, general and administrative | 36,810 | 39,062 | 45,057 | (5,995) | ($0.107) | |
| Other operating expenses | 22,464 | 17,200 | 16,544 | 656 | $0.012 | |
| **Operating income/(loss) (GAAP)** | **(387)** | **(3,949)** | **(7,547)** | **(3,598)** | **($0.064)** | |
| **Operating income/(loss), pro forma** | **30,424** | **28,901** | **22,370** | **(6,531)** | **($0.116)** | |
| Financial/other income/(expense) | (2,407) | (4,828) | (5,524) | (696) | ($0.012) | |
| Interest income | 5 | 22 | 220 | 198 | $0.004 | |
| (Interest expense) | (1,094) | (4,600) | (6,590) | (1,990) | ($0.035) | |
| Other income/(expense), net | (1,318) | (250) | 846 | 1,096 | $0.019 | |
| **Income/(loss) before taxes (GAAP)** | **(2,794)** | **(8,777)** | **(13,071)** | **(4,294)** | **($0.076)** | |
| Income tax provision/(benefit) (GAAP) | (155) | (527) | (2,151) | 1,624 | $0.029 | |
| Effective tax rate (GAAP) | 5.5% | 6.0% | 16.5% | (1050 bps) | | |
| **Net income/(loss) (GAAP)** | **(2,639)** | **(8,250)** | **(10,920)** | **(2,670)** | **($0.047)** | |
| **Net income/(loss), pro forma** | **21,964** | **18,784** | **14,742** | **(4,042)** | **($0.072)** | |
| **EPS (GAAP), from continuing ops.** | **($0.05)** | **($0.15)** | **($0.19)** | **($0.047)** | | |
| **EPS, pro forma, from continuing ops.** | **$0.40** | **$0.33** | **$0.26** | **($0.072)** | | |
| Diluted share count (GAAP) | 55,520 | 56,267 | 56,252 | 15 | $0.001 | |
| Diluted share count, pro forma | 55,693 | 56,267 | 56,477 | (210) | $0.001 | |
| **EBITDA** | **22,361** | **20,000** | **20,532** | **532** | | |
| **Adjusted EBITDA** | **38,106** | **38,450** | **35,697** | **(2,753)** | | |
| **Margin Analysis** | | | | | | |
| Gross Margin (GAAP) | **39.6%** | **35.0%** | **35.3%** | **30 bps** | | |
| Operating margin (GAAP) | **-0.2%** | **-1.7%** | **-3.3%** | **(160 bps)** | | |
| Net margin (GAAP) | **-1.2%** | **-3.5%** | **-4.8%** | **(120 bps)** | | |
| Net margin, pro forma | **10.0%** | **8.1%** | **6.4%** | **(170 bps)** | | |
| EBITDA margin | **10.1%** | **8.6%** | **8.9%** | **30 bps** | | |
| Adjusted EBITDA margin | **17.3%** | **16.5%** | **15.5%** | **(100 bps)** | | |
| **Growth Analysis** | | | | | | |
| Revenue - YOY growth | 4.6% | 5.5% | 4.2% | (130 bps) | | |
| Op. Inc. (GAAP) - YOY growth | -102.1% | -920.4% | -1850.1% | (92970 bps) | | |
| EPS, cont. ops. (GAAP) - YOY growth | -120.8% | -208.5% | -308.4% | (9990 bps) | | |
| EPS, cont. ops., non-GAAP - YOY growth | -26.8% | -15.6% | -33.8% | (1810 bps) | | |
| EBITDA - YOY growth | -26.5% | -10.6% | -8.2% | 240 bps | | |
| Adjusted EBITDA - YOY growth | -10.0% | 0.0% | -6.3% | (640 bps) | | |
| **Revenue Backlog Analysis** | | | | | | |
| Total Backlog | 953,700 | | 1,120,000 | 1,120,000 | | |
| Backlog Growth (YOY) | 0.9% | | 17.4% | 1740 bps | | |
| NTM Backlog | 572,400 | | 765,500 | 765,500 | | |
| NTM Backlog Growth (YOY) | -4.3% | | 33.7% | 3370 bps | | |
| **Cash Flow Metrics** | | | | | | |
| Free Cash Flow | (1,203) | (11,477) | 22,216 | 33,693 | | |
| FCF Margin | -0.5% | -4.9% | 9.7% | 1460 bps | | |
| Adj'd Free Cash Flow | (1,203) | (11,477) | 22,216 | 33,693 | | |
| Adj'd FCF Margin | -0.5% | -4.9% | 9.7% | 1460 bps | | |
| Net cash/share | -$6.22 | -$11.27 | -$7.69 | $3.57 | | |

William Blair

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on January 31, 2023**

| | | EV/Revenue (FY2) | 3.0 | | FCF Yield (FCF/Equity, TTM) | -3.2% | | **Stock Rating: Outperform** |
| | | EV/EBITDA (FY2) | 14.3 | | Dividend Yield (MRQ) | 0.0% | | **January 31, 2023: $49.99** |

| Fiscal Year Ends June<br>($ in thousands, except per-share items) | FY2020 | FY2021 | 1Q22<br>Sep-21 | 2Q22<br>Dec-21 | 3Q22<br>Mar-22 | 4Q22<br>Jun-22 | FY2022 | 1Q23<br>Sep-22 | 2Q23<br>Dec-22 | 3Q23E<br>Mar-23 | 4Q23E<br>Jun-23 | FY2023E | 1Q24E<br>Sep-23 | 2Q24E<br>Dec-23 | 3Q24E<br>Mar-24 | 4Q24E<br>Jun-24 | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | 796,610 | 923,996 | 225,013 | 220,380 | 253,075 | 289,729 | 988,197 | 227,579 | 229,588 | 256,138 | 326,378 | 1,039,684 | 241,150 | 243,698 | 270,251 | 345,157 | 1,100,256 |
| Total Cost of Revenue (GAAP) | 439,766 | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 148,628 | 166,490 | 196,480 | 661,082 | 153,854 | 154,992 | 170,798 | 206,404 | 686,048 |
| **Gross profit (GAAP)** | 356,844 | 385,188 | 88,409 | 87,222 | 99,754 | 119,571 | 394,956 | 78,095 | 80,960 | 89,648 | 129,899 | 378,602 | 87,296 | 88,706 | 99,452 | 138,753 | 414,208 |
| Operating Expenses | | | | | | | | | | | | | | | | | |
| Research and development | 98,485 | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 26,906 | 25,870 | 24,478 | 105,020 | 31,349 | 30,219 | 29,457 | 30,374 | 121,399 |
| Selling, general and administrative | 132,253 | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 45,057 | 46,617 | 38,513 | 169,130 | 42,201 | 41,916 | 42,700 | 42,799 | 169,616 |
| Other operating expenses | 35,044 | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 16,544 | 13,500 | 13,965 | 62,589 | 12,250 | 11,750 | 11,250 | 11,000 | 46,250 |
| **Operating income/(loss) (GAAP)** | 91,062 | 81,001 | (5,575) | (387) | 9,955 | 27,617 | 31,610 | (7,194) | (7,547) | 3,661 | 52,943 | 41,863 | 1,496 | 4,821 | 16,045 | 54,580 | 76,942 |
| **Operating income/(loss), pro forma** | 156,044 | 169,218 | 32,639 | 30,424 | 44,812 | 63,514 | 171,389 | 22,692 | 22,370 | 32,561 | 81,283 | 158,906 | 28,096 | 30,821 | 41,695 | 80,205 | 180,817 |
| Financial/other income/(expense) | 2,871 | (3,828) | (2,006) | (2,407) | (3,714) | (5,088) | (13,215) | (8,163) | (5,524) | (6,547) | (6,579) | (26,813) | (6,462) | (6,493) | (7,271) | (7,355) | (27,581) |
| Interest income | 2,151 | 179 | 9 | 5 | 110 | 19 | 143 | 29 | 220 | 289 | 257 | 795 | 374 | 664 | 208 | 124 | 1,370 |
| (Interest expense) | (1,006) | (1,222) | (595) | (1,094) | (1,664) | (2,453) | (5,806) | (4,547) | (6,590) | (6,586) | (6,586) | (24,308) | (6,586) | (6,907) | (7,229) | (7,229) | (27,952) |
| Other income/(expense), net | 1,726 | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | 846 | (250) | (250) | (3,299) | (250) | (250) | (250) | (250) | (1,000) |
| **Income/(loss) before taxes (GAAP)** | 93,933 | 77,173 | (7,581) | (2,794) | 6,241 | 22,529 | 18,395 | (15,357) | (13,071) | (2,886) | 46,364 | 15,050 | (4,967) | (1,672) | 8,774 | 47,225 | 49,361 |
| Income tax provision/(benefit) (GAAP) | 8,221 | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (2,151) | (231) | 3,709 | 305 | (1,242) | (418) | 2,194 | 11,806 | 12,340 |
| Effective tax rate (GAAP) | 8.8% | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 16.5% | 8.0% | 8.0% | 2.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income/(loss) (GAAP)** | 85,712 | 62,044 | (7,140) | (2,639) | 4,139 | 16,915 | 11,275 | (14,335) | (10,920) | (2,655) | 42,655 | 14,745 | (3,725) | (1,254) | 6,581 | 35,419 | 37,021 |
| **Net income/(loss), pro forma** | 126,762 | 134,115 | 22,560 | 21,964 | 32,204 | 45,537 | 122,265 | 13,347 | 14,742 | 17,299 | 61,084 | 106,472 | 15,252 | 17,030 | 24,544 | 52,379 | 109,205 |
| **EPS (GAAP), from continuing ops.** | $1.56 | $1.12 | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | ($0.05) | $0.73 | $0.26 | ($0.06) | ($0.02) | $0.11 | $0.59 | $0.63 |
| **EPS, pro forma, from continuing ops.** | $2.30 | $2.42 | $0.41 | $0.40 | $0.57 | $0.81 | $2.19 | $0.24 | $0.26 | $0.30 | $1.05 | $1.87 | $0.27 | $0.29 | $0.42 | $0.89 | $1.88 |
| Diluted share count (GAAP) | 55,116 | 55,474 | 55,376 | 55,520 | 56,027 | 56,261 | 55,796 | 55,931 | 56,252 | 56,927 | 58,179 | 56,822 | 58,528 | 58,880 | 59,233 | 59,588 | 59,057 |
| Diluted share count, pro forma | 55,116 | 55,474 | 55,376 | 55,693 | 56,027 | 56,261 | 55,839 | 55,931 | 56,477 | 56,816 | 57,157 | 56,595 | 57,500 | 57,845 | 58,192 | 58,541 | 58,019 |
| **EBITDA** | 142,118 | 145,299 | 14,495 | 22,361 | 32,260 | 48,359 | 117,475 | 12,862 | 20,532 | 29,804 | 78,270 | 141,468 | 25,922 | 28,516 | 39,088 | 76,915 | 170,441 |
| **Adjusted EBITDA** | 176,242 | 201,896 | 38,290 | 38,106 | 52,496 | 71,615 | 200,507 | 31,161 | 35,697 | 42,704 | 94,220 | 203,782 | 40,272 | 42,766 | 53,488 | 91,540 | 228,066 |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin (GAAP) | 44.8% | 41.7% | 39.3% | 39.6% | 39.4% | 41.3% | 40.0% | 34.3% | 35.3% | 35.0% | 39.8% | 36.4% | 36.2% | 36.4% | 36.8% | 40.2% | 37.6% |
| Operating margin (GAAP) | 11.4% | 8.8% | -2.5% | -0.2% | 3.9% | 9.5% | 3.2% | -3.2% | -3.3% | 1.4% | 16.2% | 4.0% | 0.6% | 2.0% | 5.9% | 15.8% | 7.0% |
| Net margin (GAAP) | 10.8% | 6.7% | -3.2% | -1.2% | 1.6% | 5.8% | 1.1% | -6.3% | -4.8% | -1.0% | 13.1% | 1.4% | -1.5% | -0.5% | 2.4% | 10.3% | 3.4% |
| Net margin, pro forma | 15.9% | 14.5% | 10.0% | 10.0% | 12.7% | 15.7% | 12.4% | 5.9% | 6.4% | 6.8% | 18.7% | 10.2% | 6.3% | 7.0% | 9.1% | 15.2% | 9.9% |
| EBITDA margin | 17.8% | 15.7% | 6.4% | 10.1% | 12.7% | 16.7% | 11.9% | 5.7% | 8.9% | 11.6% | 24.0% | 13.6% | 10.7% | 11.7% | 14.5% | 22.3% | 15.5% |
| Adjusted EBITDA margin | 22.1% | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 15.5% | 16.7% | 28.9% | 19.6% | 16.7% | 17.5% | 19.8% | 26.5% | 20.7% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenue - YOY growth | 21.7% | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 4.2% | 1.2% | 12.6% | 5.2% | 6.0% | 6.1% | 5.5% | 5.8% | 5.8% |
| Op. Inc. (GAAP) - YOY growth | 18.9% | -11.0% | -129.7% | -102.1% | -54.1% | 23.3% | -61.0% | -29.0% | -1850.1% | -63.2% | 91.7% | 32.4% | 120.8% | 163.9% | 338.2% | 3.1% | 83.8% |
| EPS, cont. ops. (GAAP) - YOY growth | 61.3% | -28.1% | -145.2% | -120.8% | -73.8% | -6.7% | -81.9% | -98.8% | -308.4% | -163.1% | 143.9% | 28.4% | 75.2% | 89.0% | 338.2% | -18.9% | 141.6% |
| EPS, cont. ops., non-GAAP - YOY growth | 25.3% | 5.1% | -20.4% | -26.8% | -10.0% | 11.5% | -9.4% | -41.4% | -33.8% | -47.1% | 29.7% | -14.5% | 11.2% | 12.3% | 38.8% | -14.8% | 0.5% |
| EBITDA - YOY growth | 24.6% | 2.2% | -53.1% | -26.5% | -22.2% | 13.8% | -19.1% | -11.3% | -8.2% | -7.6% | 61.9% | 20.4% | 101.5% | 38.9% | 31.1% | -1.7% | 20.5% |
| Adjusted EBITDA - YOY growth | 15.4% | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | -6.3% | -18.7% | 31.6% | 1.6% | 29.2% | 19.8% | 25.3% | -2.8% | 11.9% |
| **Revenue Backlog Analysis** | | | | | | | | | | | | | | | | | |
| Total Backlog | 831,100 | 909,600 | 883,900 | 953,700 | 996,000 | 1,040,000 | 1,040,000 | 1,080,000 | 1,120,000 | | | | | | | | |
| Backlog Growth (YOY) | 32.9% | 9.4% | 7.0% | 0.9% | 11.4% | 14.3% | 14.3% | 22.2% | 17.4% | | | | | | | | |
| NTM Backlog | 567,700 | 530,000 | 553,900 | 572,400 | 637,600 | 646,700 | 646,700 | 694,600 | 765,500 | | | | | | | | |
| NTM Backlog Growth (YOY) | 25.8% | -6.6% | 7.3% | -4.3% | 16.9% | 22.0% | 22.0% | 25.4% | 33.7% | | | | | | | | |
| **Cash Flow Metrics** | | | | | | | | | | | | | | | | | |
| Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,323) | (27,616) | (46,525) | (73,367) | 22,216 | 12,132 | 53,659 | 14,640 | 75,186 | (9,289) | 4,999 | 25,088 | 95,985 |
| FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | 4.7% | 16.4% | 1.4% | 31.2% | -3.8% | 1.8% | 7.3% | 8.7% |
| Adj'd Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,323) | (27,616) | (46,525) | (73,367) | 22,216 | 12,132 | 53,659 | 14,640 | 75,186 | (9,289) | 4,999 | 25,088 | 95,985 |
| Adj'd FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | 4.7% | 16.4% | 1.4% | 31.2% | -3.8% | 1.8% | 7.3% | 8.7% |
| Net cash/share | $4.10 | -$1.55 | -$1.88 | -$6.22 | -$6.42 | -$6.86 | -$6.86 | -$8.22 | -$7.69 | -$7.80 | -$7.21 | -$7.21 | -$5.82 | -$8.75 | -$9.08 | -$9.11 | -$9.11 |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34086.00
S&P 500: 4017.77
NASDAQ: 11393.80



**Mercury Systems, Inc. Rating History as of 01/31/2023**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of January 31, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 6 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 2 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

6 | Jonathan Ho +1 312 364 8276

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

**Scott Hansen   Associate Director of Research   +1 332 262 2602**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA   +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Raju Prasad, Ph.D., Partner   +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann   +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA   +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA   +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA   +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi   +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**