# Tab 35

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

May 3, 2023

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

# Mercury Systems, Inc.

## Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs

| Stock Rating: | **Outperform** |
|---|---|

| | |
|---|---|
| Symbol: | MRCY (NASDAQ) |
| Price: | $45.28 (52-Wk.: $40-$65) |
| Market Value (M): | $2,631 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | June |

### Summary

Mercury exceeded consensus expectations for revenue and pro forma EPS, with adjusted EBITDA at the midpoint of guidance. The book-to-bill ratio of 0.93 was in line with expectations with bookings still expected to grow for the full year. However, the company is experiencing temporary margin degradation related to a mix shift toward development programs and a continuation of pandemic-related challenges on program execution. These challenges include supply chain delays, long semiconductor lead times, tight labor markets, and inflation. As a result, the company is lowering full-year guidance for GAAP net income and adjusted EBITDA by $34 million and $44 million at the midpoint, respectively. However, management expects these issues to resolve and has an improved outlook for stronger results beyond fiscal 2023. Early commentary on fiscal 2024 suggests there is a line of sight to a return to the company's target model of high-single-digit to low-double-digit organic revenue growth along with improvements in FCF margins.

The stock appears to be down significantly after hours, reflecting the guidance reduction and continued challenges the company has been experiencing. While Mercury's challenges are not unique in the industry and largely continue to be effects from deal timing, program mix, and costs, we believe investors remain concerned over the predictability of the business and visibility toward an eventual improvement in margin outlook.

We believe investors are growing impatient with the challenges the company has faced from both environmental headwinds and internal execution. While we believe many of the company's issues are transient in nature, investors will need to be patient as the company appears close to resolving issues that should unlock higher margin production programs.

### Key Points

**(=) Strategic alternatives evaluation continuing—no update**
**(-) Unanticipated technical challenges affect 12 programs, causing lower yields and requiring significant engineering investments to correct**
**(-) Adjusted EBITDA and GAAP net income guidance lowered by $44 million and $34 million, respectively**
**(+) Fiscal 2024 commentary calls for improved performance for top-line growth to reach high single to low double digits and improving free cash flow and adjusted EBITDA margins, as mix and transient cost issues resolve**
**(=) Book-to-bill of 0.93 and backlog growth of 10% in line with expectations**
**(-) Continued margin impacts from supply chain, inflation, program mix, and customer delays; expected to improve as transient issues are resolved**

|  |  | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.41 | $0.24 | $0.16 |
| | Q2 | $0.40 | $0.26 | $0.22 |
| | Q3 | $0.57 | $0.40 | $0.40 |
| | Q4 | $0.81 | $0.51 | $0.72 |
| | FY | $2.19 | $1.41 | $1.50 |
| Sales (M) FY | | $988.2 | $1,000.0 | $1,053.4 |
| **Valuation** | | | | |
| FY P/E | | 20.7x | 32.2x | 30.1x |
| EV/Sales | | 3.2x | 3.2x | 3.0x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 58.1 |
| Float (M): | 56.6 |
| Avg. Daily Volume (90-day): | 299,110 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $27.39 |
| Return on Equity (TTM): | (0.3)% |
| Enterprise Value (M): | $3,171 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

**Please refer to important disclosures on pages 6 – 8. Analyst certification is on page 6.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

## Stock Thoughts

We were disappointed with the company's reduction in adjusted EBITDA and pro forma earnings guidance, which was attributed to technical challenges in reusable components that are facing yield and customer acceptance issues that potentially affect multiple programs. We have not previously heard of challenges from the company's technology reuse strategy, but apparently the risks associated with the strategy can have a larger impact than we anticipated. Aside from the potential for a strategic alternative, we believe investors will need to be patient as the company works through both the engineering and supply chain challenges, which Mercury believes will be resolved soon and will lead to top-line growth, working capital, and margin improvements beyond fiscal 2023. We believe the company remains competitive in its core business and that demand drivers remain strong. In our view, investors should look at these challenges as transient and solvable, but clearly it will take some time to rebuild confidence in the company's ability to execute.

In an era that is becoming increasingly destabilized due to geopolitical conflicts, we believe technology modernization is critical for success in the modern battlefield. We believe Mercury's expertise in leveraging commercial technology into defense applications as well as its trusted position as a value-added layer in the market will likely make the company attractive to companies looking to strengthen their technology content.

On an enterprise value basis, the stock closed trading below 16.5 times our fiscal 2024 projection for adjusted EBITDA of $186.2 million—the stock was down about 10% in the after-market. In our view, Mercury is well positioned to benefit from investment areas in the global defense electronics market and as a subprime subsystems partner, with the potential to deliver greater operating leverage over time. We maintain our Outperform rating.

## Risks

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities; 2) uncertainty regarding ability to continue to integrate acquisitions; and 3) competition.

## ESG Considerations

While Mercury has limited exposure to environmental impacts in its operations, the company is committed to introduce innovative processes and technologies that improve its efforts, including quantifying and disclosing its environmental impact; all of Mercury's facilities are classified by the EPA as either Very Small Quantity Generators or Small Quantity Generators of hazardous waste. Mercury's climate change initiatives have three key goals of reducing emissions, innovating in the business, and monitoring its impact. The company regularly assesses the effect of environmental matters on the business in areas such as supply chain operations, regulatory changes, and talent management.

Regarding gender and racial/ethnic diversity, the company believes its employee base needs to be rich in diversity of thought, experiences, and culture to drive innovation. Between 2017 and 2021, Mercury added three women directors to its board, now one-third female, and the company also has a focused strategy to attract women engineers and women in leadership and technical roles. In 2020, Mercury launched Quicksilver, a women's charter and the company's first employee resource group to develop programming and resources for Mercury that promote collaboration across genders, foster networking, and encourage the advancement of women in the company.

Mercury is also committed to ongoing employee training in areas such as business ethics, export rules, and culture of integrity. Regarding the company's exposure to risks or disruptions in its supply chain, Mercury's procurement program enables it to find the right products and services at the right price, while ensuring that the company's suppliers meet its ethical standards. Mercury's supplier expectations regarding sustainability, social responsibility, and ethics are included in the company's standard contract terms and conditions, including items such as local environmental, health, and safety regulations, and not engaging in discrimination of employees or in the selection of lower-tier suppliers. Mercury instituted several measures as part of its COVID-19 relief efforts, including creation of a $1 million relief fund for its employees experiencing unexpected financial burdens as a result of the pandemic, 120 hours of additional sick leave for COVID-19-related circumstances, COVID-19 testing for employees at their larger manufacturing locations, and many other measures.

At the end of 2021, Mercury's board of directors adopted a limited-duration shareholder rights plan to protect shareholders during a period when the company believed its stock was undervalued. Also known as a "poison pill," the shareholder rights plan would have a one-year duration and would distribute one right for each common share outstanding as of the record date, January 10, 2022. The rights would become exercisable if a person or group acquired ownership of 7.5% or more of Mercury's common shares without board approval and would allow shareholders to purchase Mercury preferred shares having a value of twice the market value of Mercury's common shares, making a hostile takeover attempt very expensive. This tactic came after activist investor JANA Partners acquired a 6.6% stake in the company, intending to have discussions with Mercury's

William Blair

management aimed at "evaluating strategic alternatives, including a sale of the issuer, operations, capital allocation, corporate governance, board composition, and compensation practices." In addition, at the beginning of 2022, another activist investor, Starboard Value, sent a letter to Mercury reminding the company of its 7.33% ownership position and asking it to "immediately eliminate the Rights Plan" or, "at the very least, (1) raise the ownership threshold which triggers the Rights Plan from 7.5% (or 10% in the case of a passive investor) to 15% for all shareholders and (2) thereafter put the Rights Plan to a vote of all shareholders."

In June 2022, Mercury added two new board members, Howard Lance and Bill Ballhaus, as a result of cooperation agreements with activist shareholders JANA Partners and Starboard Value. These additions reflect the activist shareholders' influence in improving board composition to have better governance and a broader diversity of perspectives. Mercury's board of directors has an ongoing refreshment program to diversify and widen the expertise of the board's membership to reflect Mercury's strategic objectives. Following the 2022 annual shareholder meeting, the board comprised nine members, eight of whom are independent and seven of whom were appointed within the last five years.

### Outlook and Estimate Revisions

| Guidance and Estimates Summary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Management | | | | William Blair Estimates | | | |
| Metric | Prior Guidance | YOY Change | Current Guidance | YOY Change | Prior Estimate | YOY Change | Revised Estimate | YOY Change |
| 4Q23 Revenue | N/A | N/A | $269.3M-$289.3M | (3.6%) | $326.4M | 12.6% | $279.3M | -3.6% |
| 4Q23 Adj. EBITDA | N/A | N/A | $49.6M-$59.6M | (23.8%) | $94.2M | 31.6% | $53.5M | -25.3% |
| 4Q23 Adj. EBITDA Margin | N/A | N/A | 19.5% | (520 bps) | 28.9% | N/A | 19.2% | N/A |
| 4Q23 non-GAAP EPS | N/A | N/A | $0.47-$0.61 | (33.3%) | $1.07 | 32.0% | $0.51 | -36.6% |
| FY2023 Revenue | $1,010M-$1,050M | 4.2% | $990M-$1,010M | 1.2% | $1,039.7M | 5.2% | $1,000.0M | 1.2% |
| FY2023 Adj. EBITDA | $202.5M-$215.0M | 4.1% | $160.0M-$170.0M | (17.7%) | $203.8M | 1.6% | $163.8M | -18.3% |
| FY2023 Adj. EBITDA Margin | 20.3% | 0 bps | 16.5% | (380 bps) | 19.6% | N/A | 16.4% | N/A |
| FY2023 non-GAAP EPS | $1.90-$2.08 | (9.1%) | $1.36-$1.50 | (34.7%) | $1.88 | -14.1% | $1.41 | -35.5% |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**  
**Variance Analysis**  
**May 2, 2023**

| | Consensus | Results | Variance |
|---|---|---|---|
| Revenue | 253,611 | 263,479 | 9,868 |
| EPS | $0.37 | $0.40 | $0.026 |

**Stock Rating: Outperform**

| Fiscal Year Ends June ($ in thousands, except per-share items) | 3Q22 Mar-22 | 3Q23E Mar-23 | 3Q23 Mar-23 | Variance | Pre-tax EPS Impact | Comments |
|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | **253,075** | **256,138** | **263,479** | **7,341** | **$0.129** | |
| Total Cost of Revenue (GAAP) | 153,321 | 166,490 | 173,190 | (6,700) | ($0.118) | |
| **Gross profit (GAAP)** | **99,754** | **89,648** | **90,289** | **641** | **$0.011** | |
| Operating Expenses | | | | | | |
| Research and development | 25,387 | 25,870 | 26,516 | (646) | ($0.011) | |
| Selling, general and administrative | 39,261 | 46,617 | 44,626 | 1,991 | $0.035 | |
| Other operating expenses | 25,151 | 13,500 | 17,193 | (3,693) | ($0.065) | |
| **Operating income/(loss) (GAAP)** | **9,955** | **3,661** | **1,954** | **(1,707)** | **($0.030)** | |
| **Operating income/(loss), pro forma** | **44,812** | **32,561** | **32,782** | **221** | **$0.004** | |
| Financial/other income/(expense) | (3,714) | (6,547) | (7,244) | (697) | ($0.012) | |
| Interest income | 110 | 289 | 80 | (209) | ($0.004) | |
| (Interest expense) | (1,664) | (6,586) | (6,711) | (125) | ($0.002) | |
| Other income/(expense), net | (2,160) | (250) | (613) | (363) | ($0.006) | |
| **Income/(loss) before taxes (GAAP)** | **6,241** | **(2,886)** | **(5,290)** | **(2,404)** | **($0.042)** | |
| **Income/(loss) before taxes, pro forma** | **41,098** | **26,014** | **25,538** | **(476)** | **($0.008)** | |
| Income tax provision/(benefit) (GAAP) | 2,102 | (231) | (10,446) | 10,215 | $0.180 | |
| Effective tax rate (GAAP) | 33.7% | 8.0% | 197.5% | (18950 bps) | | |
| **Net income/(loss) (GAAP)** | **4,139** | **(2,655)** | **5,156** | **7,811** | **$0.137** | |
| **Net income/(loss), pro forma** | **32,204** | **17,299** | **22,555** | **5,256** | **$0.093** | |
| **EPS (GAAP)** | **$0.07** | **($0.05)** | **$0.09** | **$0.137** | | |
| **EPS, pro forma** | **$0.57** | **$0.30** | **$0.40** | **$0.092** | | |
| Diluted share count (GAAP) | 56,027 | 56,927 | 56,896 | 31 | $0.000 | |
| Diluted share count, pro forma | 56,027 | 56,816 | 56,896 | (80) | $0.000 | |
| **EBITDA** | **32,260** | **29,804** | **25,234** | **(4,570)** | | |
| **Adjusted EBITDA** | **52,496** | **42,704** | **43,461** | **757** | | |
| **Margin Analysis** | | | | | | |
| Gross Margin, pro forma | **39.6%** | **35.3%** | **34.5%** | **(80 bps)** | | |
| Operating margin, pro forma | **17.7%** | **12.7%** | **12.4%** | **(30 bps)** | | |
| Net margin, pro forma | **12.7%** | **6.8%** | **8.6%** | **180 bps** | | |
| Adjusted EBITDA margin | **20.7%** | **16.7%** | **16.5%** | **(20 bps)** | | |
| **Growth Analysis** | | | | | | |
| Revenue, non-GAAP - YOY growth | -1.5% | 1.2% | 4.1% | 290 bps | | |
| Op. Inc., non-GAAP - YOY growth | -1.0% | -27.3% | -26.8% | 50 bps | | |
| EPS (GAAP) - YOY growth | -73.8% | -163.1% | 22.7% | 18580 bps | | |
| EPS, non-GAAP - YOY growth | -10.0% | -47.0% | -31.0% | 1600 bps | | |
| Adjusted EBITDA - YOY growth | -4.1% | -18.7% | -17.2% | 140 bps | | |
| **Revenue Backlog Analysis** | | | | | | |
| Total Backlog | 996,000 | | 1,100,000 | N/A | | |
| Backlog Growth (YOY) | 11.4% | | 10.4% | N/A | | |
| NTM Backlog | 637,600 | | 695,000 | N/A | | |
| NTM Backlog Growth (YOY) | 16.9% | | 9.0% | N/A | | |
| **Cash Flow Metrics** | | | | | | |
| Free Cash Flow | (10,323) | 12,132 | (12,663) | (24,795) | | |
| FCF Margin | -4.1% | 4.7% | -4.8% | (950 bps) | | |
| Adj'd Free Cash Flow | (10,323) | 12,132 | (12,663) | (24,795) | | |
| Adj'd FCF Margin | -4.1% | 4.7% | -4.8% | (950 bps) | | |
| Net cash/share | ($6.42) | ($7.80) | ($7.86) | -$0.06 | | |

**William Blair**

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on May 2, 2023**

| | | | | |
|---|---|---|---|---|
| EV/Revenue (FY2) | 2.9 | FCF Yield (FCF/Equity, TTM) | -3.5% | **Stock Rating: Outperform** |
| EV/EBITDA (FY2) | 16.4 | Dividend Yield (MRQ) | 0.0% | **May 2, 2023: $45.28** |

| Fiscal Year Ends June ($ in thousands, except per-share items) | FY2020 | FY2021 | 1Q22 Sep-21 | 2Q22 Dec-21 | 3Q22 Mar-22 | 4Q22 Jun-22 | FY2022 | 1Q23 Sep-22 | 2Q23 Dec-22 | 3Q23 Mar-23 | 4Q23E Jun-23 | FY2023E | 1Q24E Sep-23 | 2Q24E Dec-23 | 3Q24E Mar-24 | 4Q24E Jun-24 | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | 796,610 | 923,996 | 225,013 | 220,380 | 253,075 | 289,729 | 988,197 | 227,579 | 229,588 | 263,479 | 279,314 | 999,960 | 232,316 | 236,810 | 283,265 | 300,972 | 1,053,363 |
| Total Cost of Revenue (GAAP) | 439,766 | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 148,628 | 173,190 | 180,158 | 651,460 | 151,238 | 152,269 | 180,156 | 185,700 | 669,363 |
| **Gross profit (GAAP)** | 356,844 | 385,188 | 88,409 | 87,222 | 99,754 | 119,571 | 394,956 | 78,095 | 80,960 | 90,289 | 99,157 | 348,501 | 81,078 | 84,541 | 103,108 | 115,272 | 384,000 |
| Operating Expenses | | | | | | | | | | | | | | | | | |
| Research and development | 98,485 | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 26,906 | 26,516 | 25,976 | 107,164 | 27,878 | 26,996 | 28,043 | 23,476 | 106,393 |
| Selling, general and administrative | 132,253 | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 45,057 | 44,626 | 44,132 | 172,758 | 42,978 | 43,099 | 47,588 | 40,330 | 173,997 |
| Other operating expenses | 35,044 | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 16,544 | 17,193 | 15,800 | 68,117 | 12,400 | 12,200 | 12,000 | 11,800 | 48,400 |
| **Operating income/(loss) (GAAP)** | 91,062 | 81,001 | (5,575) | (387) | 9,955 | 27,617 | 31,610 | (7,194) | (7,547) | 1,954 | 13,249 | 462 | (2,178) | 2,245 | 15,477 | 39,666 | 55,210 |
| **Operating income/(loss), pro forma** | 156,044 | 169,218 | 32,639 | 30,424 | 44,812 | 63,514 | 171,389 | 22,692 | 22,370 | 32,782 | 43,349 | 121,193 | 20,022 | 25,395 | 39,677 | 64,891 | 149,985 |
| Financial/other income/(expense) | 2,871 | (3,828) | (2,006) | (2,407) | (3,714) | (5,088) | (13,215) | (8,163) | (5,524) | (7,244) | (7,641) | (28,572) | (7,743) | (8,142) | (8,957) | (8,965) | (33,808) |
| Interest income | 2,151 | 179 | 9 | 5 | 110 | 19 | 143 | 29 | 220 | 80 | 282 | 611 | 180 | 155 | -285 | -293 | -243 |
| (Interest expense) | (1,006) | (1,222) | (595) | (1,094) | (1,664) | (2,453) | (5,806) | (4,547) | (6,590) | (6,711) | (7,673) | (25,521) | (7,673) | (8,048) | (8,423) | (8,423) | (32,565) |
| Other income/(expense), net | 1,726 | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | 846 | (613) | (250) | (3,662) | (250) | (250) | (250) | (250) | (1,000) |
| **Income/(loss) before taxes (GAAP)** | 93,933 | 77,173 | (7,581) | (2,794) | 6,241 | 22,529 | 18,395 | (15,357) | (13,071) | (5,290) | 5,608 | (28,110) | (9,921) | (5,897) | 6,519 | 30,701 | 21,402 |
| **Income/(loss) before taxes, pro forma** | 158,915 | 165,390 | 30,633 | 28,017 | 41,098 | 58,426 | 158,174 | 14,529 | 16,846 | 25,538 | 35,708 | 92,621 | 12,279 | 17,253 | 30,719 | 55,926 | 116,177 |
| Income tax provision/(benefit) (GAAP) | 8,221 | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (2,151) | (10,446) | 589 | (13,030) | (2,480) | (1,474) | 1,630 | 7,675 | 5,351 |
| Effective tax rate (GAAP) | 8.8% | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 16.5% | 197.5% | 10.5% | 46.4% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income/(loss) (GAAP)** | 85,712 | 62,044 | (7,140) | (2,639) | 4,139 | 16,915 | 11,275 | (14,335) | (10,920) | 5,156 | 5,019 | (15,080) | (7,441) | (4,423) | 4,890 | 23,026 | 16,052 |
| **Net income/(loss), pro forma** | 126,762 | 134,115 | 22,560 | 21,964 | 32,204 | 45,537 | 122,265 | 13,347 | 14,742 | 22,555 | 29,302 | 79,946 | 9,209 | 12,940 | 23,040 | 41,944 | 87,133 |
| **EPS (GAAP)** | $1.56 | $1.12 | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | $0.09 | $0.09 | ($0.27) | ($0.13) | ($0.08) | $0.08 | $0.39 | $0.27 |
| **EPS, pro forma** | $2.30 | $2.42 | $0.41 | $0.39 | $0.57 | $0.81 | $2.19 | $0.24 | $0.26 | $0.40 | $0.51 | $1.41 | $0.16 | $0.22 | $0.40 | $0.72 | $1.50 |
| Diluted share count (GAAP) | 55,116 | 55,474 | 55,376 | 55,520 | 56,027 | 56,261 | 55,796 | 55,931 | 56,252 | 56,896 | 58,148 | 56,807 | 58,497 | 58,848 | 59,201 | 59,556 | 59,025 |
| Diluted share count, pro forma | 55,116 | 55,474 | 55,376 | 55,693 | 56,027 | 56,261 | 55,839 | 55,931 | 56,477 | 56,896 | 57,124 | 56,607 | 57,466 | 57,811 | 58,158 | 58,507 | 57,986 |
| **EBITDA** | 142,118 | 145,299 | 14,495 | 22,361 | 32,260 | 48,359 | 117,475 | 12,862 | 20,532 | 25,234 | 35,810 | 94,438 | 19,707 | 23,627 | 36,382 | 60,121 | 139,837 |
| **Adjusted EBITDA** | 176,242 | 201,896 | 38,290 | 38,106 | 52,496 | 71,615 | 200,507 | 31,161 | 35,697 | 43,461 | 53,510 | 163,829 | 29,507 | 34,577 | 48,582 | 73,546 | 186,212 |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin, pro forma | 44.9% | 41.9% | 39.5% | 39.7% | 39.6% | 41.6% | 40.2% | 34.7% | 35.4% | 34.5% | 35.8% | 35.1% | 35.1% | 35.9% | 36.6% | 38.5% | 36.7% |
| Operating margin, pro forma | 19.6% | 18.3% | 14.5% | 13.8% | 17.7% | 21.9% | 17.3% | 10.0% | 9.7% | 12.4% | 15.5% | 12.1% | 8.6% | 10.7% | 14.0% | 21.6% | 14.2% |
| Net margin, pro forma | 15.9% | 14.5% | 10.0% | 10.0% | 12.7% | 15.7% | 12.4% | 5.9% | 6.4% | 8.6% | 10.5% | 8.0% | 4.0% | 5.5% | 8.1% | 13.9% | 8.3% |
| Adjusted EBITDA margin | 22.1% | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 15.5% | 16.5% | 19.2% | 16.4% | 12.7% | 14.6% | 17.2% | 24.4% | 17.7% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenue, non-GAAP - YOY growth | 21.7% | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 4.2% | 4.1% | -3.6% | 1.2% | 2.1% | 3.1% | 7.5% | 7.8% | 5.3% |
| Op. Inc., non-GAAP - YOY growth | 16.2% | 8.4% | -9.4% | -18.0% | -1.0% | 24.9% | 1.3% | -30.5% | -26.5% | -26.8% | -31.7% | -29.3% | -11.8% | 13.5% | 21.0% | 49.7% | 23.8% |
| EPS (GAAP) - YOY growth | 61.3% | -28.1% | -145.2% | -120.8% | -73.8% | -6.7% | -81.9% | -98.8% | -308.4% | 22.7% | -71.3% | -231.8% | 50.4% | 61.3% | -8.9% | 347.9% | 202.1% |
| EPS, non-GAAP - YOY growth | 25.3% | 5.1% | -20.4% | -27.1% | -10.0% | 11.5% | -9.4% | -41.4% | -33.8% | -31.0% | -36.6% | -35.5% | -32.8% | -14.3% | -0.1% | 39.8% | 6.4% |
| Adjusted EBITDA - YOY growth | 21.6% | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | -6.3% | -17.2% | -25.3% | -18.3% | -5.3% | -3.1% | 11.8% | 37.4% | 13.7% |
| **Revenue Backlog Analysis** | | | | | | | | | | | | | | | | | |
| Total Backlog | 831,100 | 909,600 | 883,900 | 953,700 | 996,000 | 1,040,000 | 1,040,000 | 1,080,000 | 1,120,000 | 1,100,000 | | | | | | | |
| Backlog Growth (YOY) | 32.9% | 9.4% | 7.0% | 0.9% | 11.4% | 14.3% | 14.3% | 22.2% | 17.4% | 10.4% | | | | | | | |
| NTM Backlog | 567,700 | 530,000 | 553,900 | 572,400 | 637,600 | 646,700 | 646,700 | 694,600 | 765,500 | 695,000 | | | | | | | |
| NTM Backlog Growth (YOY) | 25.8% | -6.6% | 7.3% | -4.3% | 16.9% | 22.0% | 22.0% | 25.4% | 33.7% | 9.0% | | | | | | | |
| **Cash Flow Metrics** | | | | | | | | | | | | | | | | | |
| Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | (650) | (64,464) | (3,134) | 10,193 | 19,632 | 30,097 | 56,789 |
| FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | -0.2% | -6.4% | -1.3% | 4.3% | 6.9% | 10.0% | 5.4% |
| Adj'd Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | (650) | (64,464) | (3,134) | 10,193 | 19,632 | 30,097 | 56,789 |
| Adj'd FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | -0.2% | -6.4% | -1.3% | 4.3% | 6.9% | 10.0% | 5.4% |
| Net cash/share | $3.95 | ($1.50) | ($1.82) | ($6.03) | ($6.27) | ($6.72) | ($6.72) | ($8.00) | ($7.57) | ($7.79) | ($8.20) | ($8.20) | ($8.29) | ($10.91) | ($10.95) | ($10.95) | ($10.95) |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 33684.50
S&P 500: 4119.58
NASDAQ: 12212.60



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of May 2, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 74 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 26 | Market Perform (Hold) | 4 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

**Scott Hansen   Associate Director of Research   +1 332 262 2602**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Staffing*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA   +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Capital Goods, Multi-Industry*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**