# Tab 36

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

June 26, 2023

# Mercury Systems, Inc.

## Significant Changes as Board Concludes Review of Strategic Alternatives; CEO Resigns and New CFO Identified

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

After the markets closed Friday, Mercury's board of directors announced significant changes to the company's strategic direction. First, it concluded the strategic alternatives review without reaching a deal. Second, the board made the decision that it wanted to bring in new leadership, leading to the resignation of CEO Mark Aslett. Lastly, the company has identified an unnamed permanent CFO. Bill Ballhaus, a board member, is now the company's interim president and CEO as of June 24. Mercury's board has begun searching for a new permanent CEO.

The company had been unable to reach an agreement for its strategic alternatives despite receiving multiple proposals and engaging with at least 20 potentially interested parties. The board felt that the offers failed to recognize the strategic value of the company and opted to shift its focus back on operations.

The stock looks to be down significantly on the news of both the end of the strategic alternative review and the leadership changes. In our view, Mercury is likely entering a new chapter where a new CEO will need to reset the strategic plan and help mitigate execution challenges that have been impacting the company for the past two years. While we believe investors will have to remain patient, we believe there is still significant value to be unlocked at Mercury if the company can improve the predictability and execution in the business. We believe Mercury is an attractive business based on its positioning on core programs involving modernization efforts and leveraging technology for military applications. While this will take some time, we believe our longer-term thesis remains intact, creating a near-term buying opportunity for investors that can take a longer-term view.

Mercury appointed Gerard DeMuro to its board as an independent director. DeMuro is currently the co-CEO of Eve Air Mobility, which produces eVTOL aircraft and urban air mobility infrastructure. The company also identified a second new independent director for its board, and it identified a new permanent CFO and will announce the appointments in the coming weeks. In addition, William O'Brien, chairman of the board, has informed the company that he will not stand for re-election at the company's 2023 annual shareholder meeting.

Mercury's board began its evaluation of strategic alternatives in early 2023 with a focus on selling the company, but ultimately decided that the proposals it received did not meet expectations. Thus, the company decided to move forward in executing its strategic plan with new leadership, while also noting that it remains open to all opportunities to enhance shareholder value.

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

| Stock Rating: | **Outperform** |
| --- | --- |

| | |
| --- | --- |
| Symbol: | MRCY (NASDAQ) |
| Price: | $34.87 (52-Wk.: $34-$65) |
| Market Value (M): | $2,029 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | June |

| | | 2022A | 2023E | 2024E |
| --- | --- | --- | --- | --- |
| **Estimates** | | | | |
| EPS | Q1 | $0.41 | $0.24 | $0.16 |
| | Q2 | $0.40 | $0.26 | $0.22 |
| | Q3 | $0.57 | $0.40 | $0.40 |
| | Q4 | $0.81 | $0.51 | $0.72 |
| | FY | $2.19 | $1.41 | $1.50 |
| Sales (M) FY | | $988.2 | $1,000.0 | $1,053.4 |
| **Valuation** | | | | |
| FY P/E | | 15.9x | 24.8x | 23.2x |
| EV/Sales | | 2.6x | 2.5x | 2.4x |

**Trading Data (FactSet)**

| | |
| --- | --- |
| Shares Outstanding (M): | 58.2 |
| Float (M): | 56.9 |
| Avg. Daily Volume (90-day): | 358,784 |

**Financial Data (FactSet)**

| | |
| --- | --- |
| Book Value Per Share (MRQ): | $27.54 |
| Return on Equity (TTM): | (0.2)% |
| Enterprise Value (M): | $2,539 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Stock Thoughts**

While we were disappointed to see the company unable to reach a strategic alternative agreement, we believe that the board's actions signal its belief that Mercury has potential to be more of an asset than the offers they had received. Recent missteps, a challenging supply chain environment, and program partner challenges have impacted the company's financial results the past few quarters as the company faced challenges with execution and integration of acquisitions. Moving forward, the board will need to hire new leadership that can stabilize the current business while positioning Mercury to leverage its strategic opportunities to succeed longer term as a technology enabler and prime partner for defense applications. We recognize that this is a challenging period for Mercury but given its strategic importance and relevance of its products, we believe it could represent an attractive buying opportunity.

In an era that is becoming increasingly destabilized due to geopolitical conflicts, we believe technology modernization is critical for success in the modern battlefield. We believe Mercury's expertise in leveraging commercial technology into defense applications as well as its trusted position as a value-added layer in the market will likely make the company attractive to companies looking to strengthen their technology content.

On an enterprise value basis, the stock closed trading below 16.5 times our fiscal 2024 projection for adjusted EBITDA of $186.2 million—the stock was down about 10% in the after-market. In our view, Mercury is well positioned to benefit from investment areas in the global defense electronics market and as a subprime subsystems partner, with the potential to deliver greater operating leverage over time. We maintain our Outperform rating.

**Risks**

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities; 2) uncertainty regarding ability to continue to integrate acquisitions; and 3) competition.

**William Blair**

## Financial Model

Mercury Systems, Inc. (MRCY)
Earnings Model
Last Updated on May 2, 2023

Stock Rating: Outperform
June 23, 2023: $34.87

| | | | | EV/Revenue (FY2) | 2.3 | | | FCF Yield (FCF/Equity, TTM) | -4.6% | | | | | |
| | | | | EV/EBITDA (FY2) | 13.2 | | | Dividend Yield (MRQ) | 0.0% | | | | | |

| Fiscal Year Ends June ($ in thousands, except per-share items) | FY2020 | FY2021 | 1Q22 Sep-21 | 2Q22 Dec-21 | 3Q22 Mar-22 | 4Q22 Jun-22 | FY2022 | 1Q23 Sep-22 | 2Q23 Dec-22 | 3Q23 Mar-23 | 4Q23E Jun-23 | FY2023E | 1Q24E Sep-23 | 2Q24E Dec-23 | 3Q24E Mar-24 | 4Q24E Jun-24 | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | **796,610** | **923,996** | **225,013** | **220,380** | **253,075** | **289,729** | **988,197** | **227,579** | **229,588** | **263,479** | **279,314** | **999,960** | **232,316** | **236,810** | **283,265** | **300,972** | **1,053,363** |
| Total Cost of Revenue (GAAP) | 439,766 | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 148,628 | 173,190 | 180,158 | 651,460 | 151,238 | 152,269 | 180,156 | 185,700 | 669,363 |
| **Gross profit (GAAP)** | **356,844** | **385,188** | **88,409** | **87,222** | **99,754** | **119,571** | **394,956** | **78,095** | **80,960** | **90,289** | **99,157** | **348,501** | **81,078** | **84,541** | **103,108** | **115,272** | **384,000** |
| Operating Expenses | | | | | | | | | | | | | | | | | |
| Research and development | 98,485 | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 26,906 | 26,516 | 25,976 | 107,164 | 27,878 | 26,996 | 28,043 | 23,476 | 106,393 |
| Selling, general and administrative | 132,253 | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 45,057 | 44,626 | 44,132 | 172,758 | 42,978 | 43,099 | 47,588 | 40,330 | 173,997 |
| Other operating expenses | 35,044 | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 16,544 | 17,193 | 15,800 | 68,117 | 12,400 | 12,200 | 12,000 | 11,800 | 48,400 |
| **Operating income/(loss) (GAAP)** | **91,062** | **81,001** | **(5,575)** | **(387)** | **9,955** | **27,617** | **31,610** | **(7,194)** | **(7,547)** | **1,954** | **13,249** | **462** | **(2,178)** | **2,245** | **15,477** | **39,666** | **55,210** |
| **Operating income/(loss), pro forma** | **156,044** | **169,218** | **32,639** | **30,424** | **44,812** | **63,514** | **171,389** | **22,692** | **22,370** | **32,782** | **43,349** | **121,193** | **20,022** | **25,395** | **39,677** | **64,891** | **149,985** |
| Financial/other income/(expense) | 2,871 | (3,828) | (2,006) | (2,407) | (3,714) | (5,088) | (13,215) | (8,163) | (5,524) | (7,244) | (7,641) | (28,572) | (7,743) | (8,142) | (8,957) | (8,965) | (33,808) |
| Interest income | 2,151 | 179 | 9 | 5 | 110 | 19 | 143 | 29 | 220 | 80 | 282 | 611 | 180 | 155 | -285 | -293 | -243 |
| (Interest expense) | (1,006) | (1,222) | (595) | (1,094) | (1,664) | (2,453) | (5,806) | (4,547) | (6,590) | (6,711) | (7,673) | (25,521) | (7,673) | (8,048) | (8,423) | (8,423) | (32,565) |
| Other income/(expense), net | 1,726 | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | 846 | (613) | (250) | (3,662) | (250) | (250) | (250) | (250) | (1,000) |
| **Income/(loss) before taxes (GAAP)** | **93,933** | **77,173** | **(7,581)** | **(2,794)** | **6,241** | **22,529** | **18,395** | **(15,357)** | **(13,071)** | **(5,290)** | **5,608** | **(28,110)** | **(9,921)** | **(5,897)** | **6,519** | **30,701** | **21,402** |
| **Income/(loss) before taxes, pro forma** | **158,915** | **165,390** | **30,633** | **28,017** | **41,098** | **58,426** | **158,174** | **14,529** | **16,846** | **25,538** | **35,708** | **92,621** | **12,279** | **17,253** | **30,719** | **55,926** | **116,177** |
| Income tax provision/(benefit) (GAAP) | 8,221 | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (2,151) | (10,446) | 589 | (13,030) | (2,480) | (1,474) | 1,630 | 7,675 | 5,351 |
| Effective tax rate (GAAP) | 8.8% | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 16.5% | 197.5% | 10.5% | 46.4% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income/(loss) (GAAP)** | **85,712** | **62,044** | **(7,140)** | **(2,639)** | **4,139** | **16,915** | **11,275** | **(14,335)** | **(10,920)** | **5,156** | **5,019** | **(15,080)** | **(7,441)** | **(4,423)** | **4,890** | **23,026** | **16,052** |
| **Net income/(loss), pro forma** | **126,762** | **134,115** | **22,560** | **21,964** | **32,204** | **45,537** | **122,265** | **13,347** | **14,742** | **22,555** | **29,302** | **79,946** | **9,209** | **12,940** | **23,040** | **41,944** | **87,133** |
| **EPS (GAAP)** | **$1.56** | **$1.12** | **($0.13)** | **($0.05)** | **$0.07** | **$0.30** | **$0.20** | **($0.26)** | **($0.19)** | **$0.09** | **$0.09** | **($0.27)** | **($0.13)** | **($0.08)** | **$0.08** | **$0.39** | **$0.27** |
| **EPS, pro forma** | **$2.30** | **$2.42** | **$0.41** | **$0.39** | **$0.57** | **$0.81** | **$2.19** | **$0.24** | **$0.26** | **$0.40** | **$0.51** | **$1.41** | **$0.16** | **$0.22** | **$0.40** | **$0.72** | **$1.50** |
| Diluted share count (GAAP) | 55,116 | 55,474 | 55,376 | 55,520 | 56,027 | 56,261 | 55,796 | 55,931 | 56,252 | 56,896 | 58,148 | 56,807 | 58,497 | 58,848 | 59,201 | 59,556 | 59,025 |
| Diluted share count, pro forma | 55,116 | 55,474 | 55,376 | 55,693 | 56,027 | 56,261 | 55,839 | 55,931 | 56,477 | 56,896 | 57,124 | 56,607 | 57,466 | 57,811 | 58,158 | 58,507 | 57,986 |
| **EBITDA** | **142,118** | **145,299** | **14,495** | **22,361** | **32,260** | **48,359** | **117,475** | **12,862** | **20,532** | **25,234** | **35,810** | **94,438** | **19,707** | **23,627** | **36,382** | **60,121** | **139,837** |
| **Adjusted EBITDA** | **176,242** | **201,896** | **38,290** | **38,106** | **52,496** | **71,615** | **200,507** | **31,161** | **35,697** | **43,461** | **53,510** | **163,829** | **29,507** | **34,577** | **48,582** | **73,546** | **186,212** |

**Margin Analysis**

| | FY2020 | FY2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | FY2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23E | FY2023E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin, pro forma | 44.9% | 41.9% | 39.5% | 39.7% | 39.6% | 41.6% | 40.2% | 34.7% | 35.4% | 34.5% | 35.8% | 35.1% | 35.1% | 35.9% | 36.6% | 38.5% | 36.7% |
| Operating margin, pro forma | 19.6% | 18.3% | 14.5% | 13.8% | 17.7% | 21.9% | 17.3% | 10.0% | 9.7% | 12.4% | 15.5% | 12.1% | 8.6% | 10.7% | 14.0% | 21.6% | 14.2% |
| Net margin, pro forma | 15.9% | 14.5% | 10.0% | 10.0% | 12.7% | 15.7% | 12.4% | 5.9% | 6.4% | 8.6% | 10.5% | 8.0% | 4.0% | 5.5% | 8.1% | 13.9% | 8.3% |
| Adjusted EBITDA margin | 22.1% | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 15.5% | 16.5% | 19.2% | 16.4% | 12.7% | 14.6% | 17.2% | 24.4% | 17.7% |

**Growth Analysis**

| | FY2020 | FY2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | FY2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23E | FY2023E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue, non-GAAP - YOY growth | 21.7% | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 4.2% | 4.1% | -3.6% | 1.2% | 2.1% | 3.1% | 7.5% | 7.8% | 5.3% |
| Op. Inc., non-GAAP - YOY growth | 16.2% | 8.4% | -9.4% | -18.0% | -1.0% | 24.9% | 1.3% | -30.5% | -26.5% | -26.8% | -31.7% | -29.3% | -11.8% | 13.5% | 21.0% | 49.7% | 23.8% |
| EPS (GAAP) - YOY growth | 61.3% | -28.1% | -145.2% | -120.8% | -73.8% | -6.7% | -81.9% | -98.8% | -308.4% | 22.7% | -71.3% | -231.8% | 50.4% | 61.3% | -8.9% | 347.9% | 202.1% |
| EPS, non-GAAP - YOY growth | 25.3% | 5.1% | -20.4% | -27.1% | -10.0% | 11.5% | -9.4% | -41.4% | -33.8% | -31.0% | -36.6% | -35.5% | -32.8% | -14.3% | -0.1% | 39.8% | 6.4% |
| Adjusted EBITDA - YOY growth | 21.6% | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | -6.3% | -17.2% | -25.3% | -18.3% | -5.3% | -3.1% | 11.8% | 37.4% | 13.7% |

**Revenue Backlog Analysis**

| | FY2020 | FY2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | FY2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23E | FY2023E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Backlog | 831,100 | 909,600 | 883,900 | 953,700 | 996,000 | 1,040,000 | 1,040,000 | 1,080,000 | 1,120,000 | 1,100,000 | | | | | | | |
| Backlog Growth (YOY) | 32.9% | 9.4% | 7.0% | 0.9% | 11.4% | 14.3% | 14.3% | 22.2% | 17.4% | 10.4% | | | | | | | |
| NTM Backlog | 567,700 | 530,000 | 553,900 | 572,400 | 637,600 | 646,700 | 646,700 | 694,600 | 765,500 | 695,000 | | | | | | | |
| NTM Backlog Growth (YOY) | 25.8% | -6.6% | 7.3% | -4.3% | 16.9% | 22.0% | 22.0% | 25.4% | 33.7% | 9.0% | | | | | | | |

**Cash Flow Metrics**

| | FY2020 | FY2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | FY2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23E | FY2023E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | (650) | (64,464) | (3,134) | 10,193 | 19,632 | 30,097 | 56,789 |
| FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | -0.2% | -6.4% | -1.3% | 4.3% | 6.9% | 10.0% | 5.4% |
| Adj'd Free Cash Flow | 71,890 | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | (650) | (64,464) | (3,134) | 10,193 | 19,632 | 30,097 | 56,789 |
| Adj'd FCF Margin | 9.0% | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | -0.2% | -6.4% | -1.3% | 4.3% | 6.9% | 10.0% | 5.4% |
| Net cash/share | $3.95 | ($1.50) | ($1.82) | ($6.03) | ($6.27) | ($6.72) | ($6.72) | ($8.00) | ($7.57) | ($7.79) | ($8.20) | ($8.20) | ($8.29) | ($10.91) | ($10.95) | ($10.95) | ($10.95) |

3 | Jonathan Ho +1 312 364 8276

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 33727.40
S&P 500: 4348.33
NASDAQ: 13492.50



**Mercury Systems, Inc. Rating History as of 06/23/2023**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of June 25, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 74 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 26 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 50 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Hardlines, Discount/Value, Outdoor and Recreation*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Staffing*

**Scott Hansen   Associate Director of Research   +1 332 262 2602**

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA   +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Industrial Machinery, Diversified, and Automation*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor and SA   +44 20 7868 4453**