# Tab 38

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

August 16, 2023

# Mercury Systems, Inc.

## Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance

Mercury delivered disappointing results that fell shy of our and consensus estimates for all metrics as it was again affected by program execution issues. Twenty programs with execution challenges impacted fiscal 2023 by $56 million. Mercury is taking steps to correct these issues by improving program management processes and transitioning programs to production. The first steps in the transition included a 45-day review of the business and new board and CFO appointments. Fiscal year 2024 guidance was also well below consensus, calling for flat revenue growth, though adjusted EPS are expected to improve. The company will also be launching a cost improvement plan, which should yield $20 million to $22 million in cost savings in fiscal 2024. Interim targets for Mercury's business model call for a return to above industry growth rates and low to mid-20s adjusted EBITDA margins.

The stock appears likely to open lower to reflect the disappointing quarter performance and continued challenges at Mercury. However, we are optimistic that the company can execute on improvement plans and start making progress toward its intermediate goals. While we believe many of Mercury's challenges are outside its control, the company has also faced internal execution issues that we believe can be resolved, and its challenges are not competitive or strategic. We believe the company's longer-term strategy still appears to be attractive, though Mercury's execution of that strategy will need to improve. In our view, many of these factors are correctable in the near term and we do not believe the business is fundamentally broken. We believe investors that are willing to be patient and can take on some risk should be buyers of the stock at these levels.

**(+) Bill Ballhaus appointed to CEO role, has experience in operating large defense businesses and executing turnaround strategies**
**(-) GAAP gross margin of 26.6% impacted by unfavorable mix, execution issues, and manufacturing challenges**
**(-) Unfavorable mix of 40% IRAD programs up from normalized 20%**
**(-) 20 impacted programs led to $56 million adjusted EBITDA reduction**
**(+) Turnaround program focused on execution and transition to production**
**(+) $20 million-$22 million in cost savings from redundancies, efficiencies, and G&A**
**(=) Book-to-bill of 1.16 benefits from a strong demand environment**
**(+) Interim targets call for above average industry growth and low to mid-20s adjusted EBITDA margins**
**(+) Resolved a long-standing technical challenge on common product platform; additional $50 million in unbilled receivables in fiscal 2024**
**(+) Working capital expected to normalize to 35% from 65% over time due to inventory and unbilled receivables buildup**

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

Stock Rating:   **Outperform**

| | | | | |
|---|---|---|---|---|
| Symbol: | | | | MRCY (NASDAQ) |
| Price: | | | | $33.84 (52-Wk.: $29-$59) |
| Market Value (M): | | | | $1,969 |
| Dividend/Yield: | | | | $0.00/0.00% |
| Fiscal Year End: | | | | June |

| | | 2023A | 2024E | 2025E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.24 | $0.15 | $0.24 |
| | Q2 | $0.26 | $0.21 | $0.30 |
| | Q3 | $0.40 | $0.37 | $0.48 |
| | Q4 | $0.11 | $0.57 | $0.70 |
| | FY | $1.01 | $1.31 | $1.72 |
| Sales (M) FY | | $973.9 | $974.9 | $1,035.1 |
| **Valuation** | | | | |
| FY P/E | | 33.6x | 25.8x | 19.7x |
| EV/Sales | | 2.5x | 2.5x | 2.4x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 58.2 |
| Float (M): | 56.7 |
| Avg. Daily Volume (90-day): | 502,849 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $27.54 |
| Return on Equity (TTM): | (0.2)% |
| Enterprise Value (M): | $2,470 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

William Blair

**Stock Thoughts**

While investors are likely to be disappointed by fiscal 2024 now looking to be another transition year, new management's thorough review of the business and problematic programs gives us greater confidence that these issues are transitory and can be resolved. Once the business moves past the development phase, we believe Mercury should benefit from a shift to higher margin production revenue and work through inventories that have been a significant drag on free cash flow and unbilled receivables. We believe management has set medium-term guidance at a prudent and conservative level that should be achievable once we move past these challenges. We attribute many of the challenges to growing pains from acquiring too much too quickly. In our view, more mature processes and oversight can help mitigate future risks earlier and improve visibility for future forecasting. We believe investors that are looking for early-stage turnaround situations should view Mercury as an interesting opportunity that should experience improvements in top-line growth and margins over the course of the next year.

In an era that is becoming increasingly destabilized due to geopolitical conflicts, we believe technology modernization is critical for success in the modern battlefield. We believe Mercury's expertise in leveraging commercial technology into defense applications as well as its trusted position as a value-added layer in the market will likely make the company attractive to organizations looking to strengthen their technology content. We do not believe recent challenges have impacted Mercury's competitiveness or harmed its reputation significantly with prime partners that want to see the company succeed.

On an enterprise value basis, the stock closed trading below 12 times our initial fiscal 2025 projection for adjusted EBITDA of $202.2 million—the stock was down about 10% in the after-market. We believe the company is undervalued relative to the potential to improve both top-line growth and margins as execution challenges are worked through. We maintain our Outperform rating.

**Risks**

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities; 2) transition of C-suite members (both CEO and CFO recently replaced), 3) uncertainty regarding ability to continue to integrate acquisitions; and 4) competition.

**Outlook and Estimate Revisions**

| | Guidance and Estimates Summary | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Management** | | | | **William Blair Estimates** | | | |
| **Metric** | **Prior Guidance** | **YOY Change** | **Current Guidance** | **YOY Change** | **Prior Estimate** | **YOY Change** | **Revised Estimate** | **YOY Change** |
| 1Q24 Revenue | N/A | N/A | N/A | N/A | $232.3M | 2.1% | $204.4M | -10.2% |
| 1Q24 Adj. EBITDA | N/A | N/A | N/A | N/A | $29.5M | -5.3% | $28.7M | -8.0% |
| 1Q24 Adj. EBITDA Margin | N/A | N/A | N/A | N/A | 12.7% | N/A | 14.0% | N/A |
| 1Q24 non-GAAP EPS | N/A | N/A | N/A | N/A | $0.16 | -32.8% | $0.15 | -37.1% |
| FY2024 Revenue | $990M-$1,010M | 1.2% | $950M-$1,000M | 0.1% | $1,053.4M | 5.3% | $974.9M | 0.1% |
| FY2024 Adj. EBITDA | $160.0M-$170.0M | (17.7%) | $160.0M-$185.0M | 30.4% | $186.2M | 13.7% | $172.9M | 30.7% |
| FY2024 Adj. EBITDA Margin | 16.5% | (380 bps) | 16.5%-18.5% | 410 bps | 17.7% | N/A | 17.7% | N/A |
| FY2024 non-GAAP EPS | $1.36-$1.50 | (34.7%) | $1.14-$1.48 | 30.5% | $1.50 | 6.4% | $1.31 | 30.7% |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**
**Variance Analysis**
**August 15, 2023**

**Stock Rating: Outperform**

| | Consensus | Results | Variance |
|---|---|---|---|
| Revenue | 278,813 | 253,236 | (25,577) |
| EPS | $0.52 | $0.11 | ($0.412) |

| Fiscal Year Ends June<br>($ in thousands, except per-share items) | 4Q22<br>Jun-22 | 4Q23E<br>Jun-23 | 4Q23<br>Jun-23 | Variance | Pre-tax<br>EPS Impact | Comments |
|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | **289,729** | **279,314** | **253,236** | **(26,078)** | **($0.457)** | |
| Total Cost of Revenue (GAAP) | 170,158 | 180,158 | 185,852 | (5,694) | ($0.100) | |
| **Gross profit (GAAP)** | **119,571** | **99,157** | **67,384** | **(31,773)** | **($0.556)** | |
| Operating Expenses | | | | | | |
| Research and development | 24,565 | 25,976 | 27,611 | (1,635) | ($0.029) | |
| Selling, general and administrative | 44,017 | 44,132 | 32,011 | 12,121 | $0.212 | |
| Other operating expenses | 23,372 | 15,800 | 16,660 | (860) | ($0.015) | |
| **Operating income/(loss) (GAAP)** | **27,617** | **13,249** | **(8,898)** | **(22,147)** | **($0.388)** | |
| **Operating income/(loss), pro forma** | **63,514** | **43,349** | **14,054** | **(29,295)** | **($0.513)** | |
| Financial/other income/(expense) | (5,088) | (7,641) | (5,926) | 1,715 | $0.030 | |
| Interest income | 19 | 282 | 724 | 442 | $0.008 | |
| (Interest expense) | (2,453) | (7,673) | (7,311) | 362 | $0.006 | |
| Other income/(expense), net | (2,654) | (250) | 661 | 911 | $0.016 | |
| **Income/(loss) before taxes (GAAP)** | **22,529** | **5,608** | **(14,824)** | **(20,432)** | **($0.358)** | |
| **Income/(loss) before taxes, pro forma** | **58,426** | **35,708** | **8,128** | **(27,580)** | **($0.483)** | |
| Income tax provision/(benefit) (GAAP) | 5,614 | 589 | (6,588) | 7,177 | $0.126 | |
| Effective tax rate (GAAP) | 24.9% | 10.5% | 44.4% | (3390 bps) | | |
| **Net income/(loss) (GAAP)** | **16,915** | **5,019** | **(8,236)** | **(13,255)** | **($0.232)** | |
| **Net income/(loss), pro forma** | **45,537** | **29,302** | **6,157** | **(23,145)** | **($0.405)** | |
| **EPS (GAAP)** | **$0.30** | **$0.09** | **($0.15)** | **($0.231)** | | |
| **EPS, pro forma** | **$0.81** | **$0.51** | **$0.11** | **($0.405)** | | |
| Diluted share count (GAAP) | 56,261 | 58,148 | 56,798 | 1,350 | $0.000 | |
| Diluted share count, pro forma | 56,261 | 57,124 | 57,059 | 65 | $0.000 | |
| **EBITDA** | **48,359** | **35,810** | **14,265** | **(21,545)** | | |
| **Adjusted EBITDA** | **71,615** | **53,510** | **21,934** | **(31,576)** | | |
| **Margin Analysis** | | | | | | |
| Gross Margin, pro forma | **41.6%** | **35.8%** | **27.1%** | **(870 bps)** | | |
| Operating margin, pro forma | **21.9%** | **15.5%** | **5.5%** | **(1000 bps)** | | |
| Net margin, pro forma | **15.7%** | **10.5%** | **2.4%** | **(810 bps)** | | |
| Adjusted EBITDA margin | **24.7%** | **19.2%** | **8.7%** | **(1050 bps)** | | |
| **Growth Analysis** | | | | | | |
| Revenue, non-GAAP - YOY growth | 15.5% | -3.6% | -12.6% | (900 bps) | | |
| Op. Inc., non-GAAP - YOY growth | 24.9% | -31.7% | -77.9% | (4610 bps) | | |
| EPS (GAAP) - YOY growth | -6.7% | -71.3% | -148.2% | (7690 bps) | | |
| EPS, non-GAAP - YOY growth | 11.5% | -36.6% | -86.7% | (5000 bps) | | |
| Adjusted EBITDA - YOY growth | 21.3% | -25.3% | -69.4% | (4410 bps) | | |
| **Revenue Backlog Analysis** | | | | | | |
| Total Backlog | 1,040,000 | | 1,140,000 | N/A | | |
| Backlog Growth (YOY) | 14.3% | | 9.6% | N/A | | |
| NTM Backlog | 646,700 | | 716,400 | N/A | | |
| NTM Backlog Growth (YOY) | 22.0% | | 10.8% | N/A | | |
| **Cash Flow Metrics** | | | | | | |
| Free Cash Flow | (27,615) | (650) | 3,764 | 4,414 | | |
| FCF Margin | -9.5% | -0.2% | 1.5% | 170 bps | | |
| Adj'd Free Cash Flow | (27,615) | (650) | 3,764 | 4,414 | | |
| Adj'd FCF Margin | -9.5% | -0.2% | 1.5% | 170 bps | | |
| Net cash/share | ($6.72) | ($8.20) | ($7.63) | $0.57 | | |

**William Blair**

## Financial Model

**Mercury Systems, Inc. (MRCY)**
**Earnings Model**
**Last Updated on August 15, 2023**

**Stock Rating: Outperform**
**August 15, 2023: $33.84**

| | | | |
|---|---|---|---|
| EV/Revenue (FY2) | 2.3 | FCF Yield (FCF/Equity, TTM) | -3.1% |
| EV/EBITDA (FY2) | 11.8 | Dividend Yield (MRQ) | 0.0% |

| Fiscal Year Ends June ($ in thousands, except per-share items) | FY2021 | 1Q22 Sep-21 | 2Q22 Dec-21 | 3Q22 Mar-22 | 4Q22 Jun-22 | FY2022 | 1Q23 Sep-22 | 2Q23 Dec-22 | 3Q23 Mar-23 | 4Q23 Jun-23 | FY2023 | 1Q24E Sep-23 | 2Q24E Dec-23 | 3Q24E Mar-24 | 4Q24E Jun-24 | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | 923,996 | 225,013 | 220,380 | 253,075 | 289,729 | 988,197 | 227,579 | 229,588 | 263,479 | 253,236 | 973,882 | 204,433 | 224,051 | 277,322 | 269,121 | 974,927 | 1,035,103 |
| Total Cost of Revenue (GAAP) | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 148,628 | 173,190 | 185,852 | 657,154 | 134,108 | 145,185 | 178,873 | 170,892 | 629,058 | 666,555 |
| **Gross profit (GAAP)** | 385,188 | 88,409 | 87,222 | 99,754 | 119,571 | 394,956 | 78,095 | 80,960 | 90,289 | 67,384 | 316,728 | 70,325 | 78,866 | 98,449 | 98,229 | 345,869 | 368,547 |
| Operating Expenses | | | | | | | | | | | | | | | | | |
| Research and development | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 26,906 | 26,516 | 27,611 | 108,799 | 27,190 | 28,454 | 31,060 | 24,759 | 111,463 | 108,504 |
| Selling, general and administrative | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 45,057 | 44,626 | 32,011 | 160,637 | 38,638 | 41,674 | 46,035 | 37,139 | 163,486 | 169,893 |
| Other operating expenses | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 16,544 | 17,193 | 16,660 | 68,977 | 12,900 | 12,700 | 12,500 | 12,300 | 50,400 | 47,600 |
| **Operating income/(loss) (GAAP)** | 81,001 | (5,575) | (387) | 9,955 | 27,617 | 31,610 | (7,194) | (7,547) | 1,954 | (8,898) | (21,685) | (8,402) | (3,962) | 8,854 | 24,031 | 20,521 | 42,551 |
| **Operating income/(loss), pro forma** | 169,218 | 32,639 | 30,424 | 44,812 | 63,514 | 171,389 | 22,692 | 22,370 | 32,782 | 14,054 | 91,898 | 18,698 | 24,088 | 37,954 | 54,156 | 134,896 | 171,176 |
| Financial/other income/(expense) | (3,828) | (2,006) | (2,407) | (3,714) | (5,088) | (13,215) | (8,163) | (5,524) | (7,244) | (5,926) | (26,857) | (7,207) | (7,624) | (9,333) | (9,457) | (33,621) | (34,974) |
| Interest income | 179 | 9 | 5 | 110 | 19 | 143 | 29 | 220 | 80 | 724 | 1,053 | 716 | 674 | -411 | -535 | 444 | -4,899 |
| (Interest expense) | (1,222) | (595) | (1,094) | (1,664) | (2,453) | (5,806) | (4,547) | (6,590) | (6,711) | (7,311) | (25,159) | (7,673) | (8,048) | (8,423) | (8,423) | (32,565) | (28,075) |
| Other income/(expense), net | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | 846 | (613) | 661 | (2,751) | (250) | (250) | (500) | (500) | (1,500) | (2,000) |
| **Income/(loss) before taxes (GAAP)** | 77,173 | (7,581) | (2,794) | 6,241 | 22,529 | 18,395 | (15,357) | (13,071) | (5,290) | (14,824) | (48,542) | (15,609) | (11,586) | (480) | 14,574 | 7,577 | 7,577 |
| **Income/(loss) before taxes, pro forma** | 165,390 | 30,633 | 28,017 | 41,098 | 58,426 | 158,174 | 14,529 | 16,846 | 25,538 | 8,128 | 65,041 | 11,491 | 16,464 | 28,620 | 44,699 | 101,274 | 136,202 |
| Income tax provision/(benefit) (GAAP) | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (2,151) | (10,446) | (6,588) | (20,207) | (3,902) | (2,896) | (120) | 3,643 | (3,275) | 1,894 |
| Effective tax rate (GAAP) | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 16.5% | 197.5% | 44.4% | 41.6% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income/(loss) (GAAP)** | 62,044 | (7,140) | (2,639) | 4,139 | 16,915 | 11,275 | (14,335) | (10,920) | 5,156 | (8,236) | (28,335) | (11,707) | (8,689) | (360) | 10,930 | (9,826) | 5,683 |
| **Net income/(loss), pro forma** | 134,115 | 22,560 | 21,964 | 32,204 | 45,537 | 122,265 | 13,347 | 14,742 | 22,555 | 6,157 | 56,801 | 8,618 | 12,348 | 21,465 | 33,524 | 75,956 | 102,151 |
| **EPS (GAAP)** | $1.12 | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | $0.09 | ($0.15) | ($0.50) | ($0.20) | ($0.15) | ($0.01) | $0.19 | ($0.17) | $0.10 |
| **EPS, pro forma** | $2.42 | $0.41 | $0.39 | $0.57 | $0.81 | $2.19 | $0.24 | $0.26 | $0.40 | $0.11 | $1.00 | $0.15 | $0.21 | $0.37 | $0.57 | $1.31 | $1.72 |
| Diluted share count (GAAP) | 55,474 | 55,376 | 55,520 | 56,027 | 56,261 | 55,796 | 55,931 | 56,252 | 56,896 | 56,798 | 56,469 | 57,139 | 57,482 | 57,827 | 58,173 | 57,655 | 59,051 |
| Diluted share count, pro forma | 55,474 | 55,376 | 55,693 | 56,027 | 56,261 | 55,839 | 55,931 | 56,477 | 56,896 | 57,059 | 56,591 | 57,401 | 57,746 | 58,092 | 58,441 | 57,920 | 59,323 |
| **EBITDA** | 145,299 | 14,495 | 22,361 | 32,260 | 48,359 | 117,475 | 12,862 | 20,532 | 25,234 | 14,265 | 72,893 | 14,467 | 18,388 | 30,661 | 45,372 | 108,888 | 121,195 |
| **Adjusted EBITDA** | 201,896 | 38,290 | 38,106 | 52,496 | 71,615 | 200,507 | 31,161 | 35,697 | 43,461 | 21,934 | 132,253 | 28,667 | 33,738 | 47,261 | 63,197 | 172,863 | 202,220 |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin, pro forma | 41.9% | 39.5% | 39.7% | 39.6% | 41.6% | 40.2% | 34.7% | 35.4% | 34.5% | 27.1% | 32.8% | 34.7% | 35.5% | 35.7% | 36.8% | 35.7% | 35.9% |
| Operating margin, pro forma | 18.3% | 14.5% | 13.8% | 17.7% | 21.9% | 17.3% | 10.0% | 9.7% | 12.4% | 5.5% | 9.4% | 9.1% | 10.8% | 13.7% | 20.1% | 13.8% | 16.5% |
| Net margin, pro forma | 14.5% | 10.0% | 10.0% | 12.7% | 15.7% | 12.4% | 5.9% | 6.4% | 8.6% | 2.4% | 5.8% | 4.2% | 5.5% | 7.7% | 12.5% | 7.8% | 9.9% |
| Adjusted EBITDA margin | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 15.5% | 16.5% | 8.7% | 13.6% | 14.0% | 15.1% | 17.0% | 23.5% | 17.7% | 19.5% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenue, non-GAAP - YOY growth | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 4.2% | 4.1% | -12.6% | -1.4% | -10.2% | -2.4% | 5.3% | 6.3% | 0.1% | 6.2% |
| Op. Inc., non-GAAP - YOY growth | 8.4% | -9.4% | -18.0% | -1.0% | 24.9% | 1.3% | -30.5% | -26.5% | -26.8% | -77.9% | -46.4% | -17.6% | 7.7% | 15.8% | 285.3% | 46.8% | 26.9% |
| EPS (GAAP) - YOY growth | -28.1% | -145.2% | -120.8% | -73.8% | -6.7% | -81.9% | -98.8% | -308.4% | 22.7% | -148.2% | -348.7% | 20.1% | 22.1% | -106.9% | 229.6% | 66.1% | 156.5% |
| EPS, non-GAAP - YOY growth | 5.1% | -20.4% | -27.1% | -10.0% | 11.5% | -9.4% | -41.4% | -33.8% | -31.0% | -86.7% | -54.2% | -37.1% | -18.1% | -6.8% | 431.6% | 30.7% | 31.3% |
| Adjusted EBITDA - YOY growth | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | -6.3% | -17.2% | -69.4% | -34.0% | -8.0% | -5.5% | 8.7% | 188.1% | 30.7% | 17.0% |
| **Revenue Backlog Analysis** | | | | | | | | | | | | | | | | | |
| Total Backlog | 909,600 | 883,900 | 953,700 | 996,000 | 1,040,000 | 1,040,000 | 1,080,000 | 1,120,000 | 1,100,000 | 1,140,000 | 1,140,000 | | | | | | |
| Backlog Growth (YOY) | 9.4% | 7.0% | 0.9% | 11.4% | 14.3% | 14.3% | 22.2% | 17.4% | 10.4% | 9.6% | 9.6% | | | | | | |
| NTM Backlog | 530,000 | 553,900 | 572,400 | 637,600 | 646,700 | 646,700 | 694,600 | 765,500 | 695,000 | 716,400 | 716,400 | | | | | | |
| NTM Backlog Growth (YOY) | -6.6% | 7.3% | -4.3% | 16.9% | 22.0% | 22.0% | 25.4% | 33.7% | 9.0% | 10.8% | 10.8% | | | | | | |
| **Cash Flow Metrics** | | | | | | | | | | | | | | | | | |
| Free Cash Flow | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | 3,764 | (60,050) | (1,738) | 2,277 | 9,091 | 24,522 | 34,152 | 41,496 |
| FCF Margin | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | 1.5% | -6.2% | -0.9% | 1.0% | 3.3% | 9.1% | 3.5% | 4.0% |
| Adj'd Free Cash Flow | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | 3,764 | (60,050) | (1,738) | 2,277 | 9,091 | 24,522 | 34,152 | 41,496 |
| Adj'd FCF Margin | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | 1.5% | -6.2% | -0.9% | 1.0% | 3.3% | 9.1% | 3.5% | 4.0% |
| Net cash/share | ($1.50) | ($1.81) | ($6.01) | ($6.25) | ($6.70) | ($6.70) | ($7.98) | ($7.55) | ($7.76) | ($7.64) | ($7.64) | ($7.71) | ($10.46) | ($10.68) | ($10.63) | ($10.63) | ($12.53) |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34946.40
S&P 500: 4437.86
NASDAQ: 13631.00



**Mercury Systems, Inc. Rating History as of 08/15/2023**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of August 15, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
| --- | --- | --- | --- |
| Outperform (Buy) | 72 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 50 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been taken from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

If the recipient received this research report pursuant to terms of service for, or a contract with William Blair for, the provision of research services for a separate fee, and in connection with the delivery of such research services we may be deemed to be acting as an investment adviser, then such investment adviser status relates, if at all, only to the recipient with whom we have contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing). If such recipient uses these research services in connection with the sale or purchase of a security referred to herein, William Blair may act as principal for our own account or as riskless principal or agent for another party. William Blair is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Hardlines, Discount/Value, Outdoor and Recreation*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 801 7795**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Staffing*

**Scott Hansen   Associate Director of Research   +1 332 262 2602**

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA   +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Industrial Machinery, Diversified, and Automation*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor and SA   +44 20 7868 4453**