# Tab 40

Equity Research
**Technology, Media, and Communications | Security Technology**

*William Blair*

February 7, 2024

# Mercury Systems, Inc.

## New Challenges in Troubled Program Lead to Quarter Miss and Significant Revenue Guidance Reduction

**Jonathan Ho**  +1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**  +1 312 364 8154
jweidemoyer@williamblair.com

**Garrett Burkam**  +1 312 364 5152
gburkam@williamblair.com

Stock Rating: **Outperform**

| | |
|---|---|
| Symbol: | MRCY (NASDAQ) |
| Price: | $30.25 (52-Wk.: $29-$55) |
| Market Value (M): | $1,793 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | June |

| | | 2023A | 2024E | 2025E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.24 | $(0.24) | $(0.18) |
| | Q2 | $0.26 | $(0.42) | $(0.32) |
| | Q3 | $0.40 | $(0.15) | $(0.10) |
| | Q4 | $0.11 | $0.01 | $0.02 |
| | FY | $1.01 | $(0.80) | $(0.57) |
| Sales (M) FY | | $973.9 | $809.9 | $829.1 |
| **Valuation** | | | | |
| FY P/E | | 30.1x | NM | NM |
| EV/Sales | | 2.4x | 2.8x | 2.8x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 59.3 |
| Float (M): | 57.2 |
| Avg. Daily Volume (90-day): | 434,972 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $26.90 |
| Return on Equity (TTM): | (3.3)% |
| Enterprise Value (M): | $2,308 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Once again, Mercury's results came in significantly below our and consensus expectations as the company was impacted by a troubled program that caused it to incur higher-than-expected program costs. This led the company to significantly miss both revenue and pro forma EPS expectations and materially reduce full-year revenue guidance. The variability associated with a wide range of contract outcomes and cost savings initiatives has also led the company to withdraw guidance metrics, aside from full-year revenue.

Clearly, challenges are persisting with Mercury as investors have become impatient with the difficulties in resolving the troubled program. While these challenges are isolated to 20% of the business and the company has resolved four additional programs, we had also previously assumed that the large, troubled program and common component had already been resolved as well. Mercury indicated that when it completed the development phase of the contract, new challenges related to predicting contract costs associated with poor yields became apparent. At this point, we believe investors are near capitulation with guidance now further de-risked to achievable levels barring further complications. While we have clearly been wrong about the stock, we believe Mercury's challenges are temporal in nature and can be resolved. We believe the company's strong book-to-bill ratio of 1.65, backlog coverage, and cost initiatives are being overlooked because of the execution issues in a single, large, but critically important, program and common component.

Revenue of $197.5 million fell about $15.4 million below the consensus and pro forma EPS of negative $0.42 fell below the consensus by $0.51. Operating cash flow was a surprising $45.5 million and free cash flow was $37.5 million.

**(-) One large program faces significant setback attributed to a common component, producing lower yields than anticipated; four programs impacted with an approximate value of $200 million**

**(-) Revenue guidance reduced by $150 million; other guide metrics withdrawn**

**(+) Significant improvements to free cash flow and unbilled receivables due to higher volume of customer advances and favorable billing terms**

**(+) Cost savings initiative to add incremental $20 million in annual savings**

**(+) Very strong book-to-bill ratio of 1.65, or $325 million, shows confidence of customers to continue working with Mercury**

**(+) Resolved 4 of the 20 challenged programs this quarter**

**(+) Large LTAMDS production order received, and expected to be largest revenue contributor in fiscal 2025**

**(=) Transitioning development programs to production and unbilled receivables, resulting in $70 million in net working capital improvements**

Mercury Systems provides modules, components, and subsystems used in high-end defense computing applications. The company provides commercial off-the-shelf (COTS) solutions via an open architecture, and is increasingly being sought to be an outsourced partner for defense prime contractors focused on solving high-end computing challenges. Applications include radar, signaling intelligence for communications and electronics, sonar, smart weapons, data exploitation, and imagery. Its products work in extreme and rugged environments.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

## Stock Thoughts

We maintain our view that fiscal 2024 is going to be a transition year and investors should look past this year toward the company's goal of returning to above industry growth and mid-twenties adjusted EBITDA margins in the future. While we are disappointed by the continued challenges these programs are facing, we believe the strong book-to-bill ratio this quarter demonstrates that customers are continuing to trust Mercury with large programs, and we believe the company will eventually work through these issues. In our view, Mercury is still well-positioned for the medium and long term and fundamental changes needed to be made to contract terms and the cash conversion model as part of the turnaround story, which was never going to be easy. At the same time, the systems it sells to, the proprietary nature of its IP, and the instability in the geopolitical realm all suggest that there should be significant value in the business to be unlocked if the company can stabilize execution.

In an era that is becoming increasingly destabilized due to geopolitical conflicts, we believe technology modernization is critical for success in the modern battlefield. We believe Mercury's expertise in leveraging commercial technology into defense applications as well as its trusted position as a value-added layer in the market will likely make the company attractive to organizations looking to strengthen their technology content. We do not believe recent challenges have impacted Mercury's competitiveness or harmed its reputation significantly with prime partners that want to see the company succeed.

On an enterprise value basis, the stock closed trading at about 38.5 times our fiscal 2025 projection for adjusted EBITDA of $58.3 million—the stock was down about 12% in the aftermarket. We believe the company remains undervalued relative to the potential to improve both top-line growth and margins as execution challenges are worked through. We maintain our Outperform rating.

## Risks

Primary risks for Mercury's stock include: 1) uncertainty of program spending and prioritization, due to budgeting and change in military priorities; 2) transition of C-suite members (both CEO and CFO recently replaced); 3) uncertainty regarding ability to continue to integrate acquisitions; and 4) competition.

## Outlook and Estimate Revisions

| Guidance and Estimates Summary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Management | | | | William Blair Estimates | | | |
| Metric | Prior Guidance | YOY Change | Current Guidance | YOY Change | Prior Estimate | YOY Change | Revised Estimate | YOY Change |
| 3Q24 Revenue | N/A | N/A | N/A | N/A | $275.7M | 4.6% | $217.6M | -17.4% |
| 3Q24 Adj. EBITDA | N/A | N/A | N/A | N/A | $62.8M | 44.5% | $6.5M | -85.1% |
| 3Q24 Adj. EBITDA Margin | N/A | N/A | N/A | N/A | 22.8% | N/A | 3.0% | N/A |
| 3Q24 non-GAAP EPS | N/A | N/A | N/A | N/A | $0.60 | 52.3% | ($0.15) | -137.9% |
| FY2024 Revenue | $950M-$1,000M | 0.1% | $8000M-$850M | -15.3% | $950.1M | -2.4% | $809.9M | -16.8% |
| FY2024 Adj. EBITDA | $160.0M-$185.0M | 30.4% | N/A | N/A | $160.2M | 21.1% | $4.9M | -96.3% |
| FY2024 Adj. EBITDA Margin | 16.8%-18.5% | 410 bps | N/A | N/A | 16.9% | N/A | 0.6% | N/A |
| FY2024 non-GAAP EPS | $1.19-$1.54 | 36.2% | N/A | N/A | $1.20 | 19.6% | ($0.80) | -179.7% |

Sources: Company and William Blair & Company, L.L.C. estimates
Note: For guidance items, YOY Change is using mid-point of range

Our variance analysis of the quarterly results and a revised earnings model are shown on the following pages.

William Blair

## Variance Analysis

**Mercury Systems, Inc. (MRCY)**
**Variance Analysis**
**February 6, 2024**

Stock Rating: Outperform

| | Consensus | Results | Variance |
|---|---|---|---|
| Revenue | 212,876 | 197,463 | (15,413) |
| EPS | $0.09 | ($0.42) | ($0.511) |

| Fiscal Year Ends June<br>($ in thousands, except per-share items) | 2Q23<br>Dec-22 | 2Q24E<br>Dec-23 | 2Q24<br>Dec-23 | Variance | Pre-tax<br>EPS Impact | Comments |
|---|---|---|---|---|---|---|
| **Revenue (GAAP)** | **229,588** | **220,305** | **197,463** | **(22,842)** | **($0.397)** | |
| Total Cost of Revenue (GAAP) | 148,628 | 156,637 | 165,943 | (9,306) | ($0.162) | |
| **Gross profit (GAAP)** | **80,960** | **63,668** | **31,520** | **(32,148)** | **($0.559)** | |
| Operating Expenses | | | | | | |
| Research and development | 26,906 | 29,741 | 28,476 | 1,265 | $0.022 | |
| Selling, general and administrative | 45,057 | 38,333 | 44,470 | (6,137) | ($0.107) | |
| Other operating expenses | 16,544 | 12,700 | 12,503 | 197 | $0.003 | |
| **Operating income/(loss) (GAAP)** | **(7,547)** | **(17,106)** | **(53,929)** | **(36,823)** | **($0.640)** | |
| **Operating income/(loss), pro forma** | **22,370** | **8,444** | **(30,602)** | **(39,046)** | **($0.679)** | |
| Financial/other income/(expense) | (5,524) | (8,078) | (9,793) | (1,715) | ($0.030) | |
| Interest income | 220 | 894 | 29 | (865) | ($0.015) | |
| (Interest expense) | (6,590) | (8,722) | (8,674) | 48 | $0.001 | |
| Other income/(expense), net | 846 | (250) | (1,148) | (898) | ($0.016) | |
| **Income/(loss) before taxes (GAAP)** | **(13,071)** | **(25,184)** | **(63,722)** | **(38,538)** | **($0.670)** | |
| **Income/(loss) before taxes, pro forma** | **16,846** | **366** | **(40,395)** | **(40,761)** | **($0.709)** | |
| Income tax provision/(benefit) (GAAP) | (2,151) | (6,296) | (18,141) | 11,845 | $0.206 | |
| Effective tax rate (GAAP) | 16.5% | 25.0% | 28.5% | (350 bps) | | |
| **Net income/(loss) (GAAP)** | **(10,920)** | **(18,888)** | **(45,581)** | **(26,693)** | **($0.464)** | |
| **Net income/(loss), pro forma** | **14,742** | **293** | **(24,181)** | **(24,474)** | **($0.426)** | |
| **EPS (GAAP)** | **($0.19)** | **($0.33)** | **($0.79)** | **($0.465)** | | |
| **EPS, pro forma** | **$0.26** | **$0.01** | **($0.42)** | **($0.426)** | | |
| Diluted share count (GAAP) | 56,252 | 57,505 | 57,424 | 81 | ($0.001) | |
| Diluted share count, pro forma | 56,477 | 57,505 | 57,424 | 81 | ($0.001) | |
| **EBITDA** | **20,532** | **3,810** | **(32,884)** | **(36,694)** | | |
| **Adjusted EBITDA** | **35,697** | **16,660** | **(21,308)** | **(37,968)** | | |
| **Margin Analysis** | | | | | | |
| Gross Margin, pro forma | **35.4%** | **29.3%** | **16.0%** | **(1330 bps)** | | |
| Operating margin, pro forma | **9.7%** | **3.8%** | **-15.5%** | **(1930 bps)** | | |
| Net margin, pro forma | **6.4%** | **0.1%** | **-12.2%** | **(1240 bps)** | | |
| Adjusted EBITDA margin | **15.5%** | **7.6%** | **-10.8%** | **(1840 bps)** | | |
| **Growth Analysis** | | | | | | |
| Revenue, non-GAAP - YOY growth | 4.2% | -4.0% | -14.0% | (990 bps) | | |
| Op. Inc., non-GAAP - YOY growth | -26.5% | -62.3% | -236.8% | (17450 bps) | | |
| EPS (GAAP) - YOY growth | -308.4% | -69.2% | -308.9% | (23970 bps) | | |
| EPS, non-GAAP - YOY growth | -33.8% | -98.1% | -261.3% | (16330 bps) | | |
| Adjusted EBITDA - YOY growth | -6.3% | -53.3% | -159.7% | (10640 bps) | | |
| **Revenue Backlog Analysis** | | | | | | |
| Total Backlog | 1,120,000 | | 1,280,000 | N/A | | |
| Backlog Growth (YOY) | 17.4% | | 14.3% | N/A | | |
| NTM Backlog | 765,500 | | 786,400 | N/A | | |
| NTM Backlog Growth (YOY) | 33.7% | | 2.7% | N/A | | |
| **Cash Flow Metrics** | | | | | | |
| Free Cash Flow | 22,216 | (5,755) | 37,504 | 43,259 | | |
| FCF Margin | 9.7% | -2.6% | 19.0% | 2160 bps | | |
| Adj'd Free Cash Flow | 22,216 | (5,755) | 37,504 | 43,259 | | |
| Adj'd FCF Margin | 9.7% | -2.6% | 19.0% | 2160 bps | | |
| Net cash/share | ($7.37) | ($11.09) | ($7.55) | $3.54 | | |

**William Blair**

## Financial Model

Mercury Systems, Inc. (MRCY)
Earnings Model
Last Updated on February 6, 2024

Stock Rating: Outperform
February 6, 2024: $30.25

| | | EV/Revenue (FY2) | 2.7 | | FCF Yield (FCF/Equity, TTM) | -1.0% |
| --- | --- | --- | --- | --- | --- | --- |
| | | EV/EBITDA (FY2) | 38.5 | | Dividend Yield (MRQ) | 0.0% |

| Fiscal Year Ends June ($ in thousands, except per-share items) | FY2021 | 1Q22 Sep-21 | 2Q22 Dec-21 | 3Q22 Mar-22 | 4Q22 Jun-22 | FY2022 | 1Q23 Sep-22 | 2Q23 Dec-22 | 3Q23 Mar-23 | 4Q23 Jun-23 | FY2023 | 1Q24 Sep-23 | 2Q24 Dec-23 | 3Q24E Mar-24 | 4Q24E Jun-24 | FY2024E | FY2025E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Revenue (GAAP) | 923,996 | 225,013 | 220,380 | 253,075 | 289,729 | 988,197 | 227,579 | 229,588 | 263,479 | 253,236 | 973,882 | 180,991 | 197,463 | 217,630 | 213,864 | 809,948 | 829,120 |
| Total Cost of Revenue (GAAP) | 538,808 | 136,604 | 133,158 | 153,321 | 170,158 | 593,241 | 149,484 | 148,628 | 173,190 | 185,852 | 657,154 | 130,464 | 165,943 | 180,198 | 175,369 | 651,974 | 640,335 |
| Gross profit (GAAP) | 385,188 | 88,409 | 87,222 | 99,754 | 119,571 | 394,956 | 78,095 | 80,960 | 90,289 | 67,384 | 316,728 | 50,527 | 31,520 | 37,432 | 38,496 | 157,975 | 188,784 |
| Operating Expenses | | | | | | | | | | | | | | | | | |
| Research and development | 113,481 | 28,882 | 28,335 | 25,387 | 24,565 | 107,169 | 27,766 | 26,906 | 26,516 | 27,611 | 108,799 | 31,872 | 28,476 | 21,545 | 15,826 | 97,719 | 99,987 |
| Selling, general and administrative | 134,337 | 36,956 | 36,810 | 39,261 | 44,017 | 157,044 | 38,943 | 45,057 | 44,626 | 32,011 | 160,637 | 35,794 | 44,470 | 21,110 | 17,323 | 118,697 | 135,103 |
| Other operating expenses | 56,369 | 28,146 | 22,464 | 25,151 | 23,372 | 99,133 | 18,580 | 16,544 | 17,193 | 16,660 | 68,977 | 23,062 | 12,503 | 12,050 | 11,850 | 59,465 | 44,700 |
| Operating income/(loss) (GAAP) | 81,001 | (5,575) | (387) | 9,955 | 27,617 | 31,610 | (7,194) | (7,547) | 1,954 | (8,898) | (21,685) | (40,201) | (53,929) | (17,273) | (6,503) | (117,907) | (91,006) |
| Operating income/(loss), pro forma | 169,218 | 32,639 | 30,424 | 44,812 | 63,514 | 171,389 | 22,692 | 22,370 | 32,782 | 14,054 | 91,898 | (7,825) | (30,602) | (1,623) | 9,772 | (30,279) | (7,881) |
| Financial/other income/(expense) | (3,828) | (2,006) | (2,407) | (3,714) | (5,088) | (13,215) | (8,163) | (5,524) | (7,244) | (5,926) | (26,857) | (9,534) | (9,793) | (9,228) | (9,071) | (37,626) | (36,882) |
| Interest income | 179 | 9 | 5 | 110 | 19 | 143 | 29 | 220 | 80 | 724 | 1,053 | 103 | 29 | 211 | 369 | 711 | 875 |
| (Interest expense) | (1,222) | (595) | (1,094) | (1,664) | (2,453) | (5,806) | (4,547) | (6,590) | (6,711) | (7,311) | (25,159) | (7,863) | (8,674) | (8,939) | (8,939) | (34,416) | (35,757) |
| Other income/(expense), net | (2,785) | (1,420) | (1,318) | (2,160) | (2,654) | (7,552) | (3,645) | 846 | (613) | 661 | (2,751) | (1,774) | (1,148) | (500) | (500) | (3,922) | (2,000) |
| Income/(loss) before taxes (GAAP) | 77,173 | (7,581) | (2,794) | 6,241 | 22,529 | 18,395 | (15,357) | (13,071) | (5,290) | (14,824) | (48,542) | (49,735) | (63,722) | (26,502) | (15,574) | (155,533) | (127,888) |
| Income/(loss) before taxes, pro forma | 165,390 | 30,633 | 28,017 | 41,098 | 58,426 | 158,174 | 14,529 | 16,846 | 25,538 | 8,128 | 65,041 | (17,359) | (40,395) | (10,852) | 701 | (67,905) | (44,763) |
| Income tax provision/(benefit) (GAAP) | 15,129 | (441) | (155) | 2,102 | 5,614 | 7,120 | (1,022) | (2,151) | (10,446) | (6,588) | (20,207) | (13,027) | (18,141) | (7,288) | (4,283) | (42,739) | (31,972) |
| Effective tax rate (GAAP) | 19.6% | 5.8% | 5.5% | 33.7% | 24.9% | 38.7% | 6.7% | 16.5% | 197.5% | 44.4% | 41.6% | 26.2% | 28.5% | 27.5% | 27.5% | 27.5% | 25.0% |
| Net income/(loss) (GAAP) | 62,044 | (7,140) | (2,639) | 4,139 | 16,915 | 11,275 | (14,335) | (10,920) | 5,156 | (8,236) | (28,335) | (36,708) | (45,581) | (19,214) | (11,291) | (112,794) | (95,916) |
| Net income/(loss), pro forma | 134,115 | 22,560 | 21,964 | 32,204 | 45,537 | 122,265 | 13,347 | 14,742 | 22,555 | 6,157 | 56,801 | (13,679) | (24,181) | (8,681) | 561 | (45,981) | (33,572) |
| EPS (GAAP) | $1.12 | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | $0.09 | ($0.15) | ($0.50) | ($0.64) | ($0.79) | ($0.33) | ($0.19) | ($1.96) | ($1.64) |
| EPS, pro forma | $2.42 | $0.41 | $0.39 | $0.57 | $0.81 | $2.19 | $0.24 | $0.26 | $0.40 | $0.11 | $1.00 | ($0.24) | ($0.42) | ($0.15) | $0.01 | ($0.80) | ($0.57) |
| Diluted share count (GAAP) | 55,474 | 55,376 | 55,520 | 56,027 | 56,261 | 55,796 | 55,931 | 56,252 | 56,896 | 56,798 | 56,469 | 57,105 | 57,424 | 57,711 | 58,000 | 57,560 | 58,582 |
| Diluted share count, pro forma | 55,474 | 55,476 | 55,693 | 56,027 | 56,261 | 55,839 | 56,347 | 56,477 | 56,896 | 57,059 | 56,695 | 57,105 | 57,424 | 57,769 | 58,115 | 57,603 | 58,699 |
| EBITDA | 145,299 | 14,495 | 22,361 | 32,260 | 48,359 | 117,475 | 12,862 | 20,532 | 25,234 | 14,265 | 72,893 | (19,283) | (32,884) | 2,897 | 13,337 | (35,934) | 19,860 |
| Adjusted EBITDA | 201,896 | 38,290 | 38,106 | 52,496 | 71,615 | 200,507 | 31,161 | 35,697 | 43,461 | 21,934 | 132,253 | 1,957 | (21,308) | 6,497 | 17,762 | 4,907 | 58,285 |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin, pro forma | 41.9% | 39.5% | 39.7% | 39.6% | 41.6% | 40.2% | 34.7% | 35.4% | 34.5% | 27.1% | 32.8% | 28.4% | 16.0% | 17.2% | 18.1% | 19.6% | 22.9% |
| Operating margin, pro forma | 18.3% | 14.5% | 13.8% | 17.7% | 21.9% | 17.3% | 10.0% | 9.7% | 12.4% | 5.5% | 9.4% | -4.3% | -15.5% | -0.7% | 4.6% | -3.7% | -1.0% |
| Net margin, pro forma | 14.5% | 10.0% | 10.0% | 12.7% | 15.7% | 12.4% | 5.9% | 6.4% | 8.6% | 2.4% | 5.8% | -7.6% | -12.2% | -4.0% | 0.3% | -5.7% | -4.0% |
| Adjusted EBITDA margin | 21.9% | 17.0% | 17.3% | 20.7% | 24.7% | 20.3% | 13.7% | 15.5% | 16.5% | 8.7% | 13.6% | 1.1% | -10.8% | 3.0% | 8.3% | 0.6% | 7.0% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenue, non-GAAP - YOY growth | 16.0% | 9.4% | 4.6% | -1.5% | 15.5% | 6.9% | 1.1% | 4.2% | 4.1% | -12.6% | -1.4% | -20.5% | -14.0% | -17.4% | -15.5% | -16.8% | 2.4% |
| Op. Inc., non-GAAP - YOY growth | 8.4% | -9.4% | -18.0% | -1.0% | 24.9% | 1.3% | -30.5% | -26.5% | -26.8% | -77.9% | -46.4% | -134.5% | -236.8% | -105.0% | -30.5% | -132.9% | 74.0% |
| EPS (GAAP) - YOY growth | -28.1% | -145.2% | -120.8% | -73.8% | -6.7% | -81.9% | -98.8% | -308.4% | 22.7% | -148.2% | -348.7% | -150.8% | -308.9% | -467.4% | -34.3% | -289.9% | 16.4% |
| EPS, non-GAAP - YOY growth | 5.1% | -20.4% | -27.1% | -10.0% | 11.5% | -9.4% | -41.9% | -33.8% | -31.0% | -86.7% | -54.2% | -201.1% | -261.3% | -137.9% | -91.1% | -179.7% | 28.3% |
| Adjusted EBITDA - YOY growth | 14.6% | -10.4% | -15.9% | -4.1% | 21.3% | -0.7% | -18.6% | -6.3% | -17.2% | -69.4% | -34.0% | -93.7% | -159.7% | -85.1% | -19.0% | -96.3% | 1087.7% |
| **Revenue Backlog Analysis** | | | | | | | | | | | | | | | | | |
| Total Backlog | 909,600 | 883,900 | 953,700 | 996,000 | 1,040,000 | 1,040,000 | 1,080,000 | 1,120,000 | 1,100,000 | 1,140,000 | 1,140,000 | 1,150,000 | 1,280,000 | | | | |
| Backlog Growth (YOY) | 9.4% | 7.0% | 0.9% | 11.4% | 14.3% | 14.3% | 22.2% | 17.4% | 10.4% | 9.6% | 9.6% | 6.5% | 14.3% | | | | |
| NTM Backlog | 530,000 | 553,900 | 572,400 | 637,600 | 646,700 | 646,700 | 694,600 | 765,500 | 695,000 | 716,400 | 716,400 | 732,800 | 786,400 | | | | |
| NTM Backlog Growth (YOY) | -6.6% | 7.3% | -4.3% | 16.9% | 22.0% | 22.0% | 25.4% | 33.7% | 9.0% | 10.8% | 10.8% | 5.5% | 2.7% | | | | |
| **Cash Flow Metrics** | | | | | | | | | | | | | | | | | |
| Free Cash Flow | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | 3,764 | (60,050) | (47,083) | 37,504 | 263 | 17,453 | 8,137 | 45,600 |
| FCF Margin | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | 1.5% | -6.2% | -26.0% | 19.0% | 0.1% | 8.2% | 1.0% | 5.5% |
| Adj'd Free Cash Flow | 51,648 | (7,383) | (1,203) | (10,324) | (27,615) | (46,525) | (73,367) | 22,216 | (12,663) | 3,764 | (60,050) | (47,083) | 37,504 | 263 | 17,453 | 8,137 | 45,600 |
| Adj'd FCF Margin | 5.6% | -3.3% | -0.5% | -4.1% | -9.5% | -4.7% | -32.2% | 9.7% | -4.8% | 1.5% | -6.2% | -26.0% | 19.0% | 0.1% | 8.2% | 1.0% | 5.5% |
| Net cash/share | ($1.45) | ($1.76) | ($5.84) | ($6.06) | ($6.50) | ($6.50) | ($7.74) | ($7.32) | ($7.53) | ($7.41) | ($7.41) | ($8.21) | ($7.55) | ($7.91) | ($7.98) | ($7.98) | ($8.82) |

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Mercury Systems, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Mercury Systems, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Mercury Systems, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Mercury Systems, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 38521.40
S&P 500: 4954.23
NASDAQ: 15629.00



Mercury Systems, Inc. Rating History as of 02/06/2024

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of February 6, 2024):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 70 | Outperform (Buy) | 8 |
| Market Perform (Hold) | 30 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been taken from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

If the recipient received this research report pursuant to terms of service for, or a contract with William Blair for, the provision of research services for a separate fee, and in connection with the delivery of such research services we may be deemed to be acting as an investment adviser, then such investment adviser status relates, if at all, only to the recipient with whom we have contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing). If such recipient uses these research services in connection with the sale or purchase of a security referred to herein, William Blair may act as principal for our own account or as riskless principal or agent for another party. William Blair is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2024, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

6 | Jonathan Ho +1 312 364 8276

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA    +1 312 801 7874**
*Home and Outdoor, Automotive Parts and Services, Discount and Convenience*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealthtech, Wealth Management, Capital Markets Technology*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor Andrew, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 801 7795**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Staffing*

**Scott Hansen    Associate Director of Research    +1 212 245 6526**

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA    +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Industrial Machinery, Diversified, and Automation*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor and SA    +44 20 7868 4453**