UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY SYSTEMS, INC., MARK ASLETT, MICHAEL D. RUPPERT, WILLIAM L. BALLHAUS, and DAVID E. FARNSWORTH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:23-cv-13065-WGY<br><br>**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

THEODORE M. HESS-MAHAN hereby declares under penalty of perjury as follows:

1. I am a member of the Bar of this Court, and a member of Hutchings, Barsamian, Mandelcorn & Zeytoonian, LLP, local counsel to Lead Plaintiff Carpenters Pension Trust Fund for Northern California and named plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") in the above-captioned action. I submit this declaration in opposition to Defendants' motion to dismiss.

2. Attached hereto are true and correct copies of the following exhibits:

Relevant Excerpts of Mercury Systems, Inc. Form 10-K, dated August 13, 2015          Exhibit 1

Plaintiffs' Responses to the Chart of Challenged Statements in the Complaint    Exhibit 2 submitted by Defendants. *See* ECF No. 65-1.

Executed on June 24, 2024, in Wellesley Hills, Massachusetts.

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN