UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:23-cv-13065-WGY<br><br>CLASS ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MERCURY SYSTEMS, INC., MARK ASLETT, MICHAEL D. RUPPERT, WILLIAM L. BALLHAUS, and DAVID E. FARNSWORTH, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, THEODORE M. HESS-MAHAN, hereby declare under penalty of perjury as follows:

1.     I am a member of the Bar of this Court, and Of Counsel to Hutchings Barsamian Mandelcorn, LLP, local counsel to Lead Plaintiff Carpenters Pension Trust Fund for Northern California and named plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") in the above-captioned action.  I respectfully submit this Declaration in support of Plaintiffs' motion for leave to file the [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the [Proposed] Second Amended Complaint.

3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a redline comparison of the [Proposed] Second Amended Complaint to the Amended Complaint filed in this action on April 18, 2024 (ECF No. 57).

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Mercury Systems, Inc. Form 8-K, filed June 18, 2024.

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an Amended Complaint for Violations of the Federal Securities Laws filed in *Galestan v. OneMain Holdings, Inc., et al.*, No. 1:17-cv-01016 (S.D.N.Y.), dated June 13, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 23, 2024, in Wellesley Hills, Massachusetts.

DATED:  August 23, 2024

*/s/Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2024.

*/s/Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN