# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) No. 1:23-cv-13065-WGY ) ) ) CLASS ACTION |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MERCURY SYSTEMS, INC., MARK ASLETT, MICHAEL D. RUPPERT, WILLIAM L. BALLHAUS, and DAVID E. FARNSWORTH, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(b)(3), Lead Plaintiff Carpenters Pension Trust Fund for Northern California and named plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") respectfully move this Court for leave to file the proposed notice of supplemental authority in further support of Plaintiffs' motion for leave to file the [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "PSAC"). A copy of the proposed notice of supplemental authority is attached hereto as Exhibit A.

In accordance with the Court's instructions at the July 24, 2024 oral argument on Defendants' motion to dismiss, on August 23, 2024, Plaintiffs filed their motion for leave to file the PSAC. ECF Nos. 82-85. Defendants filed their opposition to Plaintiffs' motion on September 6, 2024. ECF No. 86. On September 16, 2024, Plaintiffs requested leave to file a reply in support of their motion to file the PSAC (ECF No. 87), which the Court granted on September 17, 2024. ECF Nos. 88-89.

On September 24, 2024, the United States Court of Appeals for the Second Circuit issued an unpublished Summary Order in *Leadersel Innotech ESG v. Teladoc Health, Inc., et al.*, No. 23-1112, 2024 WL 4274362 (2d Cir. Sept. 24, 2024) ("*Teladoc*"), vacating in part and remanding in part a decision to grant a motion to dismiss for reasons that support those explained in Plaintiffs' opening and reply briefs in support of their motion for leave to file the PSAC.

Plaintiffs respectfully submit that the September 24, 2024 *Teladoc* decision from the Second Circuit supports their falsity and materiality arguments for why leave to file the PSAC should be granted, and would aid the Court in its resolution of Plaintiffs' motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' motion for leave to file the proposed notice of supplemental authority in further support of Plaintiffs' motion for leave to file the PSAC.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for the respective parties have conferred and have attempted in good faith to resolve or narrow the issue(s) raised in this motion. Defendants, by and through their counsel, do not object to the relief requested herein.

DATED:  September 26, 2024

HUTCHINGS, BARSAMIAN,
MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
JONATHAN A. OHLMANN (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
johlmann@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com

GRANT & EISENHOFER P.A.
DANIEL L. BERGER (*pro hac vice*)
CAITLIN M. MOYNA (*pro hac vice*)
CECILIA E. STEIN (*pro hac vice*)
TIMOTHY CLARK B. DAUZ (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  646/722-8500
646/722-8501 (fax)
dberger@gelaw.com
cmoyna@gelaw.com
cstein@gelaw.com
tdauz@gelaw.com

*Co-Lead Counsel for Plaintiffs*

WEINBERG, ROGER & ROSENFELD, P.C.
EZEKIEL D. CARDER
1375 55th Street
Emeryville, CA  94608
Telephone:  510/337-1001
510/337-1023 (fax)
ecarder@unioncounsel.net

*Additional Counsel for Lead Plaintiff*

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
JACK G. FRUCHTER
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone:  212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

*Additional Counsel for UPRRS*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26, 2024.

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan