UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORTH COLLIER FIRE CONTROL AND          :
RESCUE DISTRICT FIREFIGHTERS'
PENSION PLAN, individually and on behalf of  :
all others similarly situated,

                                                           :

             Plaintiff,          Civil Action
       v.                          :    No. 23-13065-WGY

MERCURY SYSTEMS, INC., MARK             :
ASLETT, MICHAEL RUPPERT, WILLIAM L.
BALLHAUS, and DAVID E. FARNSWORTH,  :

            Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR LEAVE TO FILE A
SIX PAGE SUR-REPLY IN FURTHER SUPPORT OF THEIR OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendants Mercury Systems, Inc., Mark Aslett,

Michael Ruppert, William L. Ballhaus and David E. Farnsworth respectfully move this Court to

grant them leave to file a six page sur-reply in further support of their Opposition To Plaintiffs'

Motion For Leave To File A Second Amended Complaint.

As grounds for their Motion, Defendants state as follows:

1.      On July 24, 2024, this Court dismissed Plaintiffs' Amended Complaint

without prejudice (ECF No. 77).

2.      On August 23, 2024, Plaintiffs filed a Motion For Leave To File A Second

Amended Complaint (ECF No. 82), and a brief in support thereof (ECF No. 83).

3.      On September 6, 2024, Defendants filed their Opposition (ECF No. 86).

4.      On September 17, 2024, Plaintiffs filed a Reply in further support of their

Motion (ECF No. 89).  That Reply largely addresses matters first raised in Defendants'

Opposition, which were not addressed in Plaintiffs' Motion or Plaintiffs' brief in support thereof.

5.      Defendants' proposed sur-reply will address the matters discussed in Plaintiffs' Reply, and accordingly will assist the Court in its consideration of Plaintiffs' Motion. The sur-reply will not delay the adjudication of Plaintiffs' Motion because the sur-reply is short and already complete.

WHEREFORE, Defendants respectfully request that this Court enter an order granting them leave to file the sur-reply memorandum attached hereto as Exhibit 1.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that Defendants' counsel conferred with Plaintiffs' counsel on September 26, 2024 regarding Defendants' request for leave to submit a sur-reply memorandum, and that Plaintiffs' counsel stated that Plaintiffs take no position as to Defendants' request.

Dated: September 30, 2024
      Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Nigel Tamton (BBO #696396)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
nigel.tamton@skadden.com

Susan L. Saltzstein (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
 (212) 735-3000
susan.saltzstein@skadden.com

*Counsel for Defendants*
*Mercury Systems, Inc., Mark Aslett,*
*Michael Ruppert, William Ballhaus*
*and David Farnsworth*