UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY SYSTEMS, INC., MARK ASLETT and WILLIAM L. BALLHAUS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 1:23-cv-13065-WGY

**JOINT MOTION FOR ENTRY OF AN ORDER FOR THE PROTECTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

Lead Plaintiff Carpenters Pension Trust Fund for Northern California and Named Plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") and Defendants Mercury Systems, Inc., Mark Aslett and William L. Ballhaus (collectively, "Defendants," and together with Plaintiffs, the "Parties") respectfully move for entry of a proposed confidentiality order (the "Proposed Order") submitted herewith as Exhibit 1, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for good cause shown.

In support of this Motion, the Parties state as follows:

1.      The Parties expect that some of the information exchanged in discovery during this case by the Parties and by non-parties may be confidential, proprietary, or subject to government regulations.

2.      The entry of the Proposed Order in this case will simplify the discovery process for the Parties and non-parties from whom discovery has been or will be sought.

3.      The purpose of the Proposed Order is to limit the pre-trial disclosure and use of confidential information, including, but not limited to, personal information, financial information, competitive information, or other kinds of sensitive information (*e.g.*, trade secret, proprietary, or other confidential research, development, or commercial information, or information that is controlled by government regulations) that the producing party in good faith deems to be confidential.  Use or disclosure of such confidential information outside the scope of the Proposed Order could cause harm to the producing party or to any individual or entity whose confidential information is contained in the information.

4.      Rule 26(c) provides that the Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including an order "that a trade secret or other confidential . . . commercial information not be revealed or be revealed only in a specified way."

5.      The Proposed Order attached hereto as Exhibit 1 balances the interests of the Parties, and would allow the Parties and their attorneys, experts, and witnesses to obtain and use confidential information in the course of this litigation while simultaneously assuring that none of the Parties or non-parties to this litigation will use the confidential information for other purposes or disclose it outside the confines of this litigation.

6.      The Proposed Order attached as Exhibit 1 contains appropriate procedures for the protection of the Parties' confidential information from unnecessary disclosure.

WHEREFORE, the Parties jointly request that the Court grant this motion and adopt and enter the Proposed Order attached hereto as Exhibit 1.

Dated: April 23, 2025

Respectfully submitted,

/s/ Michael G. Capeci

Samuel H. Rudman (*pro hac vice*)
Michael G. Capeci (*pro hac vice*)
Magdalene Economou (*pro hac vice*)
Jonathan A. Ohlmann (*pro hac vice*)
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
meconomou@rgrdlaw.com
johlmann@rgrdlaw.com


ROBBINS GELLER RUDMAN
   & DOWD LLP
Spencer A. Burkholz (*pro hac vice*)
Laura M. Andracchio (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com

GRANT & EISENHOFER P.A.
Caitlin M. Moyna (*pro hac vice*)
Cecilia E. Stein (*pro hac vice*)
Timothy Clark B. Dauz (*pro hac vice)*
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  646/722-8500
646/722-8501 (fax)
cmoyna@gelaw.com
cstein@gelaw.com
tdauz@gelaw.com

*Co-Lead Counsel for Plaintiffs*

/s/ James R. Carroll

James R. Carroll (BBO# 554426)
Nigel Tamton (BBO# 696396)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: 617/573-4800
james.carroll@skadden.com
nigel.tamton@skadden.com


Susan L. Saltzstein (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: 212/735-3000
susan.saltzstein@skadden.com

*Counsel for Defendants Mercury Systems
Inc., Mark Aslett, and William L. Ballhaus*

HUTCHINGS BARSAMIAN
MANDELCORN, LLP
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiffs*


WEINBERG, ROGER & ROSENFELD, P.C.
Ezekiel D. Carder
1375 55th Street
Emeryville, CA 94608
Telephone:  510/337-1001
510/337-1023 (fax)
ecarder@unioncounsel.net

*Additional Counsel for Lead Plaintiff*


ABRAHAM, FRUCHTER & TWERSKY,
LLP
Mitchell M.Z. Twerksy
Jack G. Fruchter
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone:  212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

*Additional Counsel for UPRRS*