UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NORTH COLLIER FIRE CONTROL AND ) No. 1:23-cv-13065-WGY
RESCUE DISTRICT FIREFIGHTERS' )
PENSION PLAN, Individually and on Behalf )
of All Others Similarly Situated, )
                               )
                Plaintiff, )
                               )
    vs. )
                               )
MERCURY SYSTEMS, INC., MARK )
ASLETT and WILLIAM L. BALLHAUS, )
                               )
                Defendants. )
                               )
_____ )

**EXHIBIT A:**
**ACKNOWLEDGMENT OF PROTECTIVE**
**ORDER AND AGREEMENT TO BE BOUND**

I hereby acknowledge that I, _____, am about to receive information that is being supplied by one or more of the parties in the case of *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc. et al.*, No. 1:23-cv-13065-WGY, pending in the United States District Court for the District of Massachusetts. I understand that the information is subject to the terms of a Protective Order. I hereby certify my understanding that such information is being provided to me pursuant to the terms and restrictions of the Protective Order. I have been given a copy of said Protective Order, have read it, and agree to be bound by its terms. I understand that information and any documentary material covered by the Protective Order that I am provided or obtain (which includes any notes or other record that I make of such material) must not be disclosed to others, except those listed in Paragraphs 14, 15 and 16 of the Protective Order under the terms set forth therein.

Executed on: _____

Name:          _____ (print or type)

Signature:     _____