UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:23-cv-13065-WGY **REQUEST FOR ORAL ARGUMENT** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MERCURY SYSTEMS, INC., MARK ASLETT, and WILLIAM L. BALLHAUS, | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A
CLASS ACTION AND RELATED RELIEF**

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiff Carpenters Pension Trust Fund for Northern California and named plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") hereby move this Court for an Order certifying this matter as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, appointing Plaintiffs as Class Representatives, and approving Plaintiffs' selection of Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Co-Class Counsel (the "Motion").  This Motion is supported by the accompanying memorandum of law, Declarations from each of the Plaintiffs, the Declaration of Michael G. Capeci, the Report on Market Efficiency and Damages Methodology by Professor Steven P. Feinstein, Ph.D., CFA, all exhibits to those documents, and such other evidence and argument as the Court may consider.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request an oral argument pursuant to Local Rule 7.1(d).  Plaintiffs make this request because they believe that oral argument may assist the Court's consideration of the Motion and allow counsel to address any issues raised by the Court.  Under the operative Joint Case Management Order, dated April 7, 2025 (ECF No. 111) (the "Scheduling Order"), the Court has ordered the following briefing schedule on the Motion: (1) Plaintiffs' opening brief due on July 18, 2025; (2) Defendants' opposition brief due on September 19, 2025; and (3) Plaintiffs' reply brief due on October 31, 2025.

Accordingly, Plaintiffs respectfully request that any oral argument be scheduled after the due date for Plaintiffs' reply brief (*i.e.*, after October 31, 2025), so that the Court can have the benefit of Plaintiffs' response to the arguments made by Defendants Mercury Systems, Inc., Mark Aslett, and William L. Ballhaus ("Defendants") in their opposition brief.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for Plaintiffs have conferred with counsel for Defendants, who are expecting this Motion based on the operative Scheduling Order, and the parties have not been able to resolve or narrow the issues involved in this Motion.

DATED: July 18, 2025
                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SAMUEL H. RUDMAN (*pro hac vice*)
                                    MICHAEL G. CAPECI (*pro hac vice*)
                                    MAGDALENE ECONOMOU (*pro hac vice*)
                                    JONATHAN A. OHLMANN (*pro hac vice*)


                                            */s/ Michael G. Capeci*
                                    MICHAEL G. CAPECI

                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)
                                    srudman@rgrdlaw.com
                                    mcapeci@rgrdlaw.com
                                    meconomou@rgrdlaw.com
                                    johlmann@rgrdlaw.com

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SPENCER A. BURKHOLZ (*pro hac vice*)
                                    LAURA M. ANDRACCHIO (*pro hac vice*)
                                    655 West Broadway, Suite 1900
                                    San Diego, CA 92101
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)
                                    spenceb@rgrdlaw.com
                                    landracchio@rgrdlaw.com

GRANT & EISENHOFER P.A.
CAITLIN M. MOYNA (*pro hac vice*)
KARIN E. FISCH (*pro hac vice* forthcoming)
CECILIA E. STEIN (*pro hac vice*)
TIMOTHY CLARK B. DAUZ (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  646/722-8500
646/722-8501 (fax)
cmoyna@gelaw.com
kfisch@gelaw.com
cstein@gelaw.com
tdauz@gelaw.com

*Co-Lead Counsel for Plaintiffs*

HUTCHINGS BARSAMIAN
MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiffs*

WEINBERG, ROGER & ROSENFELD, P.C.
EZEKIEL D. CARDER
1375 55th Street
Emeryville, CA 94608
Telephone:  510/337-1001
510/337-1023 (fax)
ecarder@unioncounsel.net

*Additional Counsel for Lead Plaintiff Carpenters
Pension Trust Fund for Northern California*

ABRAHAM FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
JACK G. FRUCHTER
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: 212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

*Additional Counsel for University of Puerto Rico
Retirement System*

<u>CERTIFICATE OF SERVICE</u>

I, Michael G. Capeci, hereby certify that on July 18, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record by providing them with copies via electronic mail.


*/s/ Michael G. Capeci*
MICHAEL G. CAPECI