UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:23-cv-13065-WGY |
| | ) | **DECLARATION OF MICHAEL G.** |
| Plaintiff, | ) ) | **CAPECI IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED** |
| vs. | ) ) | **RELIEF** |
| MERCURY SYSTEMS, INC., MARK ASLETT, and WILLIAM L. BALLHAUS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

I, MICHAEL G. CAPECI, hereby declare under penalty of perjury as follows:

1.    I am an attorney duly licensed to practice in all courts of the State of New York, and I have been admitted *pro hac vice* in this action.  I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), who is co-lead counsel along with Grant & Eisenhofer P.A. ("Grant & Eisenhofer," and together, proposed "Co-Class Counsel") for proposed Class Representatives: (1) Carpenters Pension Trust Fund for Northern California, who is the Court-appointed lead plaintiff ("Lead Plaintiff" or "Carpenters Fund"); (2) named plaintiff University of Puerto Rico Retirement System ("UPRRS"); and (3) named plaintiff North Collier Fire Control and Rescue District Firefighters' Pension Plan ("North Collier," with UPRRS, "Named Plaintiffs," and with Carpenters Fund and UPRRS, "Plaintiffs") in the above-captioned action.  This declaration is made in support of Plaintiffs' Motion to Certify this Action as a Class Action and Related Relief (the "Motion").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Carpenters Fund has served in a representative capacity in this action since its appointment as Lead Plaintiff on February 27, 2024.  ECF No. 22.

3.    UPRRS timely moved for appointment as lead plaintiff on February 12, 2024, and indicated its intention to serve in a representative capacity in this action.  ECF No. 16.  On February 26, 2024, UPRRS notified the Court that it did not oppose the appointment of Carpenters Fund as lead plaintiff.  ECF No. 20.  UPRRS has participated as a named plaintiff since Carpenters Fund filed the Amended Class Action Complaint for Violations of the Federal Securities Laws on April 18, 2024 (the "AC").  ECF No. 57.

4.      North Collier filed the initial complaint in this action (ECF No. 1), and indicated its intention to serve in a representative capacity in this action.  ECF No. 1-3.  North Collier has participated as a named plaintiff since Carpenters Fund filed the AC.  ECF No. 57.

5.      In seeking appointment as lead plaintiff (for Carpenters Fund and UPRRS), filing the initial complaint (for North Collier), and in joining this action as named plaintiffs (for UPRRS and North Collier), Plaintiffs submitted certifications illustrating both their financial stakes in this action, as well as their willingness and ability to serve in a representative capacity throughout the course of this action.  ECF Nos. 1-3, 13-2, 17-2, 57-1, 57-2.

6.      As set forth in Plaintiffs' accompanying declarations, Plaintiffs are pension funds that purchased Mercury Systems, Inc. ("Mercury Systems") common stock during the class period of February 1, 2022 to February 6, 2024, as determined by the Court's Memorandum and Order, dated February 20, 2025 (ECF No. 100) (the "Class Period"), and were damaged thereby.

7.      As set forth in Plaintiffs' certifications, Plaintiffs collectively purchased or otherwise acquired over 13,500 shares of Mercury Systems common stock during the Class Period, and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.  ECF Nos. 1-3, 1-4, 13-2, 17-2, 57-1, 57-2.

8.      In addition to their considerable financial stakes in this action, as set forth in Plaintiffs' certifications and their declarations, Plaintiffs understand the requirements and responsibilities inherent in serving in a lead role in a securities class action, and have asserted their goal of maximizing the outcome of this action for all putative members of the proposed Class. Plaintiffs have also affirmed their commitment to actively oversee this action by, among other things, conferring with proposed Co-Class Counsel regarding this action, providing deposition testimony, and directing their counsel on major litigation events.

9.      Since Carpenters Fund's appointment as Lead Plaintiff on February 27, 2024, and since the Named Plaintiffs were named in the AC on April 18, 2024, the proposed Class Representatives have demonstrated their willingness and ability to serve an active role in this action, and protect the interests of the members of the proposed Class.  Plaintiffs have done so by, among other things: (1) filing the AC (ECF No. 57); (2) prosecuting Plaintiffs' and the proposed Class's claims against Defendants'[1] motion to dismiss (ECF Nos. 65, 71, 73, 78); (3) filing Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws and defeating Defendants' efforts to oppose that motion (ECF Nos. 83, 86, 89, 96, 100); (4) drafting and exchanging initial disclosures with Defendants pursuant to Federal Rule of Civil Procedure 26(a)(1)(A); and (5) vigorously pursuing document and other discovery from Defendants and numerous third parties.

10.     In addition to pursuing discovery from Defendants and third parties, each of the Plaintiffs have also received, and submitted responses and objections to, 28 document requests and 8 interrogatories propounded by Defendants.  Plaintiffs have collectively gathered and produced documents and information in response to Defendants' requests.

11.     Plaintiffs respectfully request oral argument on the Motion pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts.  Under the operative Joint Case Management Order, dated April 7, 2025 (ECF No. 111), the Court has ordered the following briefing schedule on the Motion: (1) Plaintiffs' opening brief due on July 18, 2025; (2) Defendants' opposition brief due on September 19, 2025; and (3) Plaintiffs' reply brief due on October 31, 2025.  Accordingly, Plaintiffs respectfully request that any oral argument be scheduled

---

[1]      "Defendants" are Mercury Systems, Mark Aslett, and William L. Ballhaus.

after the due date for Plaintiffs' reply brief (*i.e.*, after October 31, 2025), so that the Court can have the benefit of Plaintiffs' response to the arguments made by Defendants in their opposition brief.

12.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Professor Steven P. Feinstein, Ph.D., CFA's Report on Market Efficiency and Damages Methodology, dated July 18, 2025.

13.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the firm résumé of Robbins Geller Rudman & Dowd LLP.

14.    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the firm résumé of Grant & Eisenhofer P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 18, 2025, in Melville, New York.

DATED:  July 18, 2025

_____
/s/ *Michael G. Capeci*
MICHAEL G. CAPECI

- 4 -