UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:23-cv-13065-WGY<br><br>DECLARATION OF CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED RELIEF |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MERCURY SYSTEMS, INC., MARK ASLETT, and WILLIAM L. BALLHAUS, | ) ) ) | |
| Defendants. | ) ) ) ) | |

I, William Feyling, the Administrator of Lead Plaintiff Carpenters Pension Trust Fund for Northern California, who is the Court-appointed lead plaintiff ("Lead Plaintiff" or "Carpenters Fund"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      The Carpenters Fund submits this Declaration in support of Plaintiffs'[1] motion for appointment as Class Representatives on behalf of the putative class in the above-captioned action (the "Class"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Co-Class Counsel.  I have personal knowledge about the information in this Declaration relating to the Carpenters Fund, and am authorized to make this declaration on behalf of the Carpenters Fund.

2.      The Carpenters Fund is a Taft-Hartley defined benefit pension plan based in Northern California that provides retirement and other benefits to union carpenters and their beneficiaries.

3.      As reflected in the certification filed by the Carpenters Fund to be appointed as the Lead Plaintiff (ECF No. 13-2), the Carpenters Fund suffered substantial losses as a result of the alleged violations of the federal securities laws in this action.

4.      The Carpenters Fund has served as Lead Plaintiff since being appointed as such on February 27, 2024.  ECF No. 22.

5.      The Carpenters Fund understands that Class Representatives act on behalf of, and for the benefit of, all potential Class members.  The Carpenters Fund is aware that the responsibilities of Class Representatives include interacting with and directing counsel, reviewing and commenting on important documents in the action, attending important court hearings and

---

[1]     "Plaintiffs" are Carpenters Funds, University of Puerto Rico Retirement System ("UPRRS"), and North Collier Fire Control and Rescue District Firefighters' Pension Plan ("North Collier").

trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the Class. The Carpenters Fund is willing and able to undertake these responsibilities on behalf of the Class. The Carpenters Fund will work with the other two proposed Class Representatives (University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan) in prosecuting this action on behalf of the Class.

6.      As reflected in the previously filed certification for the Carpenters Fund, and as demonstrated by the Carpenters Fund's diligence in this action to this point, the Carpenters Fund will actively oversee this action by, among other things, continuing to confer with proposed Co-Class Counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. The Carpenter Fund's counsel, Weinberg, Roger & Rosenfeld, P.C., has been assisting the Carpenters Fund throughout this action in all aspects of the litigation, including communicating with and monitoring proposed Co-Class Counsel.

7.      Since being appointed as the Lead Plaintiff, the Carpenters Fund has demonstrated the ability to protect the best interests of the Class by, among other things: (1) filing the AC (ECF No. 57); (2) prosecuting Plaintiffs' and the proposed Class' claims against Defendants'[2] motion to dismiss (ECF Nos. 65, 71, 73, 78); (3) filing Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws and defeating Defendants' efforts to oppose that motion (ECF Nos. 83, 86, 89, 96, 100); (4) drafting and exchanging initial disclosures with Defendants pursuant to Federal Rule of Civil Procedure

---

[2]      "Defendants" are Mercury Systems, Mark Aslett, and William L. Ballhaus.

26(a)(1)(A); and (5) vigorously pursuing document and other discovery from Defendants and numerous third parties.

8.    The Carpenters Fund understands that, in seeking appointment as Class Representative along with UPRRS and North Collier, it is the Carpenters Fund's responsibility to select counsel for the proposed Class.  The Carpenters Fund has selected Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Co-Class Counsel because of their securities litigation experience and history successfully prosecuting securities class actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 16, 2025

/s/    WILLIAM FEYLING