UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NORTH COLLIER FIRE CONTROL AND )
RESCUE DISTRICT FIREFIGHTERS' )
PENSION PLAN, Individually and on Behalf )
of All Others Similarly Situated, )
                                 ) No. 1:23-cv-13065-WGY
              Plaintiff, )
                          )
           vs. )
                          )
MERCURY SYSTEMS, INC., MARK )
ASLETT, and WILLIAM L. BALLHAUS, )
                          )
            Defendants. )
                          )
                          )

**DECLARATION OF NORTH COLLIER FIRE CONTROL
AND RESCUE DISTRICT FIREFIGHTERS' PENSION
PLAN IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

☐

I, Thel Whitley, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am the Chairperson of North Collier Fire Control and Rescue District Firefighters' Pension Plan ("North Collier" and together with the Carpenters Fund Pension Trust Fund for Northern California ("Carpenters Fund") as well as University of Puerto Rico Retirement System ("UPRRS"), the "Plaintiffs"). I have personal knowledge of the statements herein and/or have endeavored to learn the information on North Collier's behalf, and, if called upon as a witness, will testify thereto.

2. I am authorized to make this Declaration on behalf of North Collier and I respectfully submit this Declaration in support of Plaintiffs' motion to (i) certify this action as a Class Action; (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firms of Grant & Eisenhofer ("G&E") and Robbins Geller Rudman & Dowd LLP ("RGRD") as Class Counsel.

provides eligible firefighters with retirement and related benefits. North Collier has approximately $49 million in assets under management as of October 1, 2024.

4. North Collier understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors with meaningful losses to direct securities class actions. North Collier suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action. Thus, North Collier caused the first Complaint to be filed on December 13, 2023 against Defendants. (ECF No. 1.) A schedule of North Collier's transactions in Mercury common stock during the class period first alleged is attached to the first Complaint. (ECF No. 1-4.)

5. As one of the named Plaintiffs and proposed Class Representatives, North Collier has been and will continue to be committed to vigorously prosecuting this litigation. North Collier intends to pursue maximum recovery for the proposed class consistent with good faith and sound judgment.

6. North Collier has diligently supervised and monitored the progress of this litigation and actively participated in its prosecution. Among other things, North Collier has (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in discussions with counsel concerning the conduct of this litigation and its significant developments; and (iii) received and reviewed drafts as well as other pleadings and papers filed with this Court, including the initial complaint that was filed on December 13, 2023 (ECF No. 1) and the amended complaints filed on April 18, 2024 and February 20, 2025 (ECF Nos. 57 and 102).

7. As a Class Representative, North Collier would continue to diligently pursue the effective prosecution of this Action. North Collier understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interest of the Class members it represents and to try to obtain the best possible outcome for them, consistent with good faith and meritorious advocacy. North Collier is committed to working with the Carpenters Fund and UPRRS in prosecuting this action on behalf of the Class.

8. In light of its responsibilities, North Collier seeks the appointment of G&E and RGRD as Counsel for the proposed Class, based on their substantial experience and expertise in prosecuting securities class actions. North Collier believes that G&E and RGRD possess the necessary experience, as well as the financial and human resources to prosecute this case

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of my knowledge, true and correct.

Executed this 15 day of July, 2025.

**THEL WHITLEY**
Chairperson
*On behalf of North Collier Fire Control and Rescue District Firefighters' Pension Plan*