UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:23-cv-13065-WGY<br><br>DECLARATION OF UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM IN |
| Plaintiff, | ) ) | SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THIS ACTION AS A CLASS ACTION AND RELATED RELIEF |
| vs. | ) ) | |
| MERCURY SYSTEMS, INC., MARK ASLETT, and WILLIAM L. BALLHAUS, | ) ) ) | |
| Defendants. | ) ) ) | |

I, Laura Santa Sánchez, Executive Director of the University of Puerto Rico Retirement System ("UPRRS"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      UPRRS is a Named Plaintiff in the above-entitled action.

2.      UPRRS submits this Declaration in support of Plaintiffs'[1] motion for an Order certifying this matter as a class action, appointing Plaintiffs as Class Representatives on behalf of the putative class in the above-captioned action (the "Class"), and approving the selection of Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Co-Class Counsel.  I have personal knowledge about the information in this Declaration relating to UPRRS and am authorized to make this declaration on behalf of UPRRS.

3.      UPRRS is a single-employer defined benefit pension plan that started operations on January 1, 1945.  Assets of the System are legally held in a Trust, separate from the assets of the University of Puerto Rico, for the benefit of employees of the University of Puerto Rico.

4.      UPRRS has served as Named Plaintiff since the filing of the Amended Class Action Complaint (the "AC") on April 18, 2024.  ECF No. 57.

5.      As reflected in UPRRS's certification attached to the AC (ECF No. 57-1), and the certification UPRRS submitted in connection with the lead plaintiff process (ECF No. 17-2), UPRRS suffered substantial losses as a result of the alleged violations of the federal securities laws in this action.

6.      UPRRS understands that Class Representatives act on behalf of, and for the benefit of, all potential Class members.  UPRRS is aware that the responsibilities of Class Representatives include interacting with and directing counsel, reviewing and commenting on important

---

[1]    "Plaintiffs" are Lead Plaintiff Carpenters Pension Trust Fund for Northern California ("Carpenters Fund"), and Named Plaintiffs UPRRS and North Collier Fire Control and Rescue District Firefighters' Pension Plan ("North Collier").

documents in the action, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the Class.  UPRRS is willing and able to undertake these responsibilities on behalf of the Class. UPRRS will work with the other two proposed Class Representatives (Carpenters Fund and North Collier) in prosecuting this action on behalf of the Class.

7.    UPRRS is currently serving as a Class Representative in a recently settled action, *Utesch v. Lannett Co., Inc.*, Case No. 2:16-cv-05932-WB (E.D. Pa.)  In granting class certification in that action, the *Lannett* court observed that UPRRS "has vigorously litigated the case since its appointment as lead plaintiff over four years ago."  *Utesch v. Lannett Co., Inc.*, 2021 WL 3560949, at *4 n.5 (E.D. Pa. Aug. 12, 2021).  UPRRS continues to vigorously litigate the *Lannett* action, and has reached an agreement-in-principle to settle that action.

8.    As reflected in the previously filed certifications for UPRRS, and as demonstrated by the Plaintiffs' diligence in this action to date, UPRRS will actively participate in overseeing this action by, among other things, continuing to confer with its counsel, Abraham, Fruchter, & Twersky, LLP ("AF&T"), and work with proposed Co-Class Counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.  AF&T has been assisting UPRRS throughout this action in all aspects of the litigation, including communicating with and monitoring proposed Co-Class Counsel.

9.    Since becoming a Named Plaintiff, UPRRS has demonstrated the ability to protect the best interests of the Class by, among other things: (1) filing the AC (ECF No. 57); (2) prosecuting Plaintiffs' and the proposed Class's claims against Defendants'[2] motion to dismiss

---

[2]    "Defendants" are Mercury Systems, Mark Aslett, and William L. Ballhaus.

(ECF Nos. 65, 71, 73, 78); (3) filing Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws and defeating Defendants' efforts to oppose that motion (ECF Nos. 83, 86, 89, 96, 100); (4) drafting and exchanging initial disclosures with Defendants pursuant to Federal Rule of Civil Procedure 26(a)(1)(A); (5) vigorously pursuing document and other discovery from Defendants and numerous third parties; and (6) responding to Defendants' discovery requests by providing information and documents.

10.    UPRRS understands that, in seeking appointment as a Class Representative along with the Carpenters Fund and North Collier, it is the Plaintiffs' responsibility to select counsel for the proposed Class. While UPRRS continues to work through its own counsel, AF&T, UPRRS supports and agrees with the appointment of Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. as Co-Class Counsel in this action and further agrees to continue working with proposed Co-Class Counsel towards the successful prosecution and resolution of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 17th, 2025

_Laura I. Santa Sánchez_
LAURA SANTA SÁNCHEZ

4