**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORTH COLLIER FIRE CONTROL AND : 
RESCUE DISTRICT FIREFIGHTERS'
PENSION PLAN, individually and on behalf of  :
all others similarly situated,

                         :

                 Plaintiff,           Civil Action
                          :     No. 23-13065-WGY

        v.

                          :     **ORAL ARGUMENT REQUESTED**

MERCURY SYSTEMS, INC., MARK
ASLETT, and WILLIAM L. BALLHAUS,    :

           Defendants.        :

                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF C. THOMAS BROWN**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'**
**MOTION TO CERTIFY THIS ACTION AND RELATED RELIEF**

I, C. Thomas Brown, hereby declare as follows:

1.      I am a partner at the law firm of Ropes & Gray LLP, counsel of record for Defendants Mercury Systems, Inc. ("Mercury") and William L. Ballhaus in this action.  I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of Mercury's earnings call for the second quarter of fiscal year 2022, dated February 1, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Mercury's Form 10-Q for the second quarter of fiscal year 2022, filed with the United States Securities and Exchange Commission ("SEC") on February 8, 2022.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Andrew H. Roper, dated September 19, 2025.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of Mercury's earnings call for the fourth quarter of fiscal year 2022, dated August 2, 2022.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Professor Steven P. Feinstein, Ph.D., CFA's Report on Market Efficiency and Damages Methodology, dated July 18, 2025.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of an analyst report by Jefferies Equity Research, dated February 6, 2022.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of an analyst report by Cannacord Genuity, dated February 1, 2022.

1

9.      Attached hereto as **<u>Exhibit 8</u>** is a true and correct copy of an analyst report by RBC Capital Markets, dated February 1, 2022.

10.      Attached hereto as **<u>Exhibit 9</u>** is a true and correct copy of an analyst report by Truist Securities, dated February 1, 2022.

11.      Attached hereto as **<u>Exhibit 10</u>** is a true and correct copy of an analyst report by Baird Equity Research, dated February 2, 2022.

12.      Attached hereto as **<u>Exhibit 11</u>** is a true and correct copy of an analyst report by Bank of America Global Research, dated February 2, 2022.

13.      Attached hereto as **<u>Exhibit 12</u>** is a true and correct copy of an analyst report by Berenberg Capital Markets, dated February 2, 2022.

14.      Attached hereto as **<u>Exhibit 13</u>** is a true and correct copy of an analyst report by William Blair Equity Research, dated February 2, 2022.

15.      Attached hereto as **<u>Exhibit 14</u>** is a true and correct copy of an analyst report by Bank of America Global Research, dated February 3, 2022.

16.      Attached hereto as **<u>Exhibit 15</u>** is a true and correct copy of an analyst report by J.P. Morgan North America Equity Research, dated February 14, 2022.

17.      Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy of an analyst report by Jefferies Equity Research, dated February 1, 2022.

18.      Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy of Mercury's Press Release dated August 11, 2025, filed with the SEC as Exhibit 99.1 to Mercury's Form 8-K on August 11, 2025.

19.      Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of an analyst report by Jefferies Equity Research, dated May 7, 2023.

20.    Attached hereto as **Exhibit 19** is a true and correct copy of an analyst report by Jefferies Equity Research, dated August 16, 2023.

21.    Attached hereto as **Exhibit 20** is a true and correct copy of Mercury's Form 8-K, filed with the SEC on June 24, 2022.

22.    Attached hereto as **Exhibit 21** is a true and correct copy of Mercury's Form 8-K, filed with the SEC on July 7, 2023.

23.    Attached hereto as **Exhibit 22** is a true and correct copy of JANA Partners LLC's Form 3, filed with the SEC on July 11, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 19, 2025, in Boston, Massachusetts.

Dated:  September 19, 2025

*/s/ C. Thomas Brown*
C. Thomas Brown (BBO No. 667558)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7464

*Counsel for Defendants Mercury Systems, Inc.,*
*and William Ballhaus*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, a true and correct copy of the foregoing document was served via electronic mail upon:

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
MAGDALENE ECONOMOU (*pro hac vice*)
JONATHAN A. OHLMANN (*pro hac vice)*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
meconomou@rgrdlaw.com
johlmann@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SPENCER A. BURKHOLZ (*pro hac vice)*
LAURA M. ANDRACCHIO (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com

GRANT & EISENHOFER P.A.
KARIN E. FISCH (*pro hac vice* forthcoming)
CAITLIN M. MOYNA (*pro hac vice*)
CECILIA E. STEIN (*pro hac vice*)
TIMOTHY CLARK B. DAUZ (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646/722-8500
646/722-8501 (fax)
cmoyna@gelaw.com
cstein@gelaw.com
tdauz@gelaw.com
kfisch@gelaw.com

WEINBERG, ROGER & ROSENFELD, P.C.
EZEKIEL D. CARDER
1375 55th Street
Emeryville, CA 94608
Telephone: 510/337-1001
510/337-1023 (fax)
ecarder@unioncounsel.net

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
JACK G. FRUCHTER
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: 212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

HUTCHINGS BARSAMIAN
MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO
#557109110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

/s/ C. Thomas Brown

C. Thomas Brown