# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NORTH COLLIER FIRE CONTROL AND
RESCUE DISTRICT FIREFIGHTERS'
PENSION PLAN, Individually and On Behalf
of All Other Persons Similarly Situated,

    Plaintiff,

    v

MERCURY SYSTEMS, INC., MARK
ASLETT, MICHAEL D. RUPPERT,
WILLIAM L. BALLHAUS, and DAVID E.
FARNSWORTH,

    Defendants.

**Case No.: 1:23-cv-13065-WGY**

EXPERT REPORT OF

# ANDREW H. ROPER

**SEPTEMBER 19, 2025**

## TABLE OF CONTENTS

I.  Qualifications ........................................................................................................... 5

II.  Summary of Action ................................................................................................. 6

III.  Assignment .............................................................................................................. 9

IV.  Executive Summary of Opinions ......................................................................... 10

V.  Economic Analysis of Price Impact .................................................................... 14

   V.A.  Overview of Plaintiffs' Price Impact Theory ............................................. 14

   V.B.  Analysis of Price Impact of the Fully Integrated Statement ..................... 17

       V.B.1.  Before the Class Period, Mercury Described the Status of its Efforts to Integrate Companies Acquired as Part of its Roll-Up Strategy ................ 22

       V.B.2.  On the First Day of the Class Period, Mercury Reiterated That Integration Was Still Ongoing ...................................................................... 30

       V.B.3.  Throughout the Class Period, Mercury Reiterated that Integration Was Still Ongoing ............................................................................................. 38

       V.B.4.  Event Study Analysis Demonstrates that Mercury's Stock Price Did Not Decline When it Stated That it "Didn't Fully Integrate" on August 15, 2023 ........................................................................................................ 41

       V.B.5.  The Economic Evidence Indicates that the Fully Integrated Statement Did Not Cause a Price Impact During the Class Period ................................. 44

   V.C.  Analysis of Price Impact of the Cost Growth Statement and the Margin Profile Statement ....................................................................................................... 45

       V.C.1.  From a Logical Basis, Because There Is No Price Impact From the Fully Integrated Statement, There Can Be No Price Impact for the Cost Growth Statement and the Margin Profile Statement ............................................. 45

       V.C.2.  Investors Purchasing Mercury Stock after May 2, 2023 Paid Prices That Reflected the Risk That Mercury Could Still Face Increased Costs due to Program Execution Going Forward ............................................................ 47

       V.C.3.  Investors Purchasing Mercury Stock after August 15, 2023 Paid Prices That Reflected the Risk That Mercury Could Still Face Increased Costs due to Program Execution Going Forward ............................................... 49

       V.C.4.  Stock Analyst Commentary Confirms that Analysts Continued to Discuss Integration Risk Following the Cost Growth Statement and the Margin Profile Statement ....................................................................................... 50

VI.  The Alleged Corrective Disclosures Do Not Demonstrate Price Impact Attributable to the Actionable Statements ........................................................................................ 57

VI.A.   The August 2, 2022 Alleged Corrective Disclosure Did Not Provide New, Unexpected Information About Whether Integration Had Finished or Whether Mercury Had Achieved Full Integration ..................................................................58

    VI.A.1.   The FQ4 2022 Earnings Disclosure Did Not Provide New Information About the Status of Mercury's Previously Disclosed Ongoing Integration .. ..................................................................................................59

    VI.A.2.   The FQ4 2022 Earnings Disclosure Also Provided New Confounding Information About How Inflation in Material Costs Had Resulted in Lower than Expected Earnings ...................................................60

    VI.A.3.   Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by Confounding News ............................................62

    VI.A.4.   Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration...............................................63

VI.B.   The May 2, 2023 Alleged Corrective Disclosure Did Not Provide New, Unexpected Information About Whether Integration Had Finished or Whether Mercury Had Achieved Full Integration.............................................................................69

    VI.B.1.   The FQ3 2023 Earnings Disclosure Provided New Information About the Status of Mercury's Previously Disclosed Ongoing Integration of POC ..71

    VI.B.2.   The FQ3 2023 Earnings Disclosure Also Provided New Confounding Information About Project Execution Challenges Faced by Mercury in FQ3 Because Projects Had Progressed to Production for the First Time ..73

    VI.B.3.   The FQ3 2023 Earnings Disclosure Also Provided New Confounding Forward Looking Information Related to These Project Execution Challenges Facing Mercury .......................................................80

    VI.B.4.   Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by Confounding News ............................................81

    VI.B.5.   Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration...............................................84

VI.C.   The November 7, 2023 Alleged Corrective Disclosure Did Not Provide New, Unexpected Information About Whether Integration Had Finished or Whether Mercury Had Achieved Full Integration ..................................................................89

    VI.C.1.   The FQ1 2024 Earnings Disclosure Continued to Describe Mercury's Ongoing Integration Efforts.......................................................91

    VI.C.2.   The FQ1 2024 Earnings Disclosure Also Provided New Information About How the Previously Disclosed Challenged Programs Had Resulted in Lower than Expected Earnings ...........................................92

    VI.C.3.   Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by The Realization of a Disclosed Risk...................95

    VI.C.4.   Stock Analyst Commentary Confirms that They Continued to Discuss the Risk of Mercury's Ongoing Integration...................................................96

VI.D.   The February 6, 2024 Alleged Corrective Disclosure Did Not Provide New, Unexpected Information About Whether Integration Had Finished or Whether Mercury Had Achieved Full Integration ...........................................................102

VI.D.1.   The FQ2 2024 Earnings Disclosure Continued to Describe Mercury's Ongoing Integration Efforts ..................................................103

VI.D.2.   The FQ1 2024 Earnings Disclosure Also Provided New Information About How the Previously Disclosed Challenged Programs Had Resulted in Lower than Expected Earnings ...........................................104

VI.D.3.   Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by The Realization of a Disclosed Risk.................107

VI.D.4.   Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration............................................108

**VII.   The Feinstein Report Does Not Provide Economic Evidence Of Price Impact ..........113**

**VIII.   The Feinstein Report Does Not Identify a Reliable Method to Estimate Damages ...117**

**Appendix A: Curriculum Vitae of Andrew H. Roper ............................................................120**

**Appendix B: Materials Relied Upon ......................................................................................124**

**Appendix C: Mercury Repeatedly Described That Its Integration Efforts Were In Process And Incomplete ..............................................................................................146**

**Appendix D: Analyst Quotes Discussing Integration ..........................................................151**

A.   Bank of America ............................................................................................151
B.   Berenberg ........................................................................................................154
C.   Canaccord Genuity ..........................................................................................155
D.   Jefferies ...........................................................................................................156
E.   J.P. Morgan ......................................................................................................163
F.   RBC ..................................................................................................................165
G.   Truist ................................................................................................................172
H.   William Blair ...................................................................................................174

## I.        QUALIFICATIONS

1.  I am a Principal and Co-Leader of the Securities Class Actions Practice Group at The Brattle Group. Prior to my time with The Brattle Group, I was the founder of Catalyst Economic Consulting, LLC, an economic consulting firm. I also previously served as an Executive Vice President and as a Senior Consultant at Compass Lexecon and as a Vice President at Cornerstone Research.

2.  I have served as a testifying expert or consultant in numerous lawsuits involving Sections 11 and 12 of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934 (and Rule 10-b(5)) and similar state securities statutes. I have been retained and offered expert reports on behalf of both plaintiffs and defendants in these matters. I have also been an invited speaker at law firms and conferences where I have given talks to practicing lawyers and regulators on topics related to securities litigation.

3.  I have served as a teaching and researching faculty member of several academic institutions. Most recently, I was part of the Faculty of Law at the Stanford Law School where I taught a course that focused on how to conduct commonly accepted economic analyses for the purposes of addressing issues that arise in the class certification of Section 10(b) matters, including the role of event studies and market efficiency in the certification process. I was also an Assistant Professor of Finance at the School of Business at the University of Wisconsin-Madison and a Lecturer at the Sanford School of Public Policy at Duke University. At these institutions, I taught courses to undergraduate and graduate level students focusing on the theory and application of commonly accepted principles of economics and finance, including topics such as market efficiency, valuation, risk management, trading, and empirical methods, including event studies.

4.  I have published academic research related to securities litigation, including an article entitled, "Price Impact, Materiality, and Halliburton II" in the *Washington University Law Review* in 2015.[1] I have also published academic research using an event study to investigate how the

---

[1]    Allen Ferrell & Andrew Roper, "Price Impact, Materiality, and Halliburton II," *Washington University Law Review* 93(2) (2015): 553–582, https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/ (hereinafter "Ferrell & Roper (2015)").

release of public information impacts security prices. More generally, my academic and research experience spans topics in both asset pricing and corporate finance, including the issuance, trading, and valuation of debt and equity securities and other transactions as well as topics related to how to properly design and conduct empirical research following the scientific method. My research has been published in peer reviewed economic and financial journals. In addition, I have published working manuscripts of other papers online through the Social Science Research Network ("SSRN"). At various points in my career, I have also served as a referee in the peer review process for leading economic and financial journals.

5. I received a BA in Economics from Washington and Lee University, an MA in Economics from the University of California, Davis, and a PhD in Business Administration with a focus in Finance from Duke University. A copy of my curriculum vitae and a list of prior testimony are attached hereto as **Appendix A**.

## II.        SUMMARY OF ACTION

6. I understand that in the Second Amended Class Action Complaint dated February 20, 2025 (the "SAC"), Lead Plaintiff North Collier Fire Control and Rescue District Firefighters' Pension Plan ("Plaintiffs") allege that Mercury Systems, Inc. ("Mercury" or the "Company"), Mark Aslett, Michael D. Ruppert, William L. Ballhaus, and David E. Farnsworth (collectively, the "Defendants") misrepresented or omitted material information about Mercury's business and operations in public filings with the Securities and Exchange Commission ("SEC") and in public statements made during the period February 1, 2022 to February 6, 2024 (the "Class Period"),[2] thereby violating Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

7. As described below, I understand Plaintiffs to allege that Defendants made materially false and misleading statements representing that Mercury had, as of the start of the Class Period,

---

[2]    *See* Memorandum of Law in Support of Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury System, Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, July 18, 2025, p. 1 ("Plaintiffs allege that Defendants made materially false and misleading statements and omissions to investors between February 1, 2022 and February 6, 2024, inclusive (the 'Class Period') regarding Mercury Systems' purported full integration of the businesses the Company had acquired, and the negative consequences of Defendants' admitted failure to achieve full integration during the Class Period.").

"fully integrated" companies acquired before the Class Period when, in fact, it had not "fully integrated" such that these companies had become "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company."[3] Specifically, I further understand from the Court's Order dated February 20, 2025 (the "Order") that Plaintiffs allege Defendants made actionable misrepresentations (collectively, the "Actionable Statements") on three dates: February 1, 2022, May 2, 2023, and August 15, 2023.[4]

**Statement No. 7 on February 1, 2022 ("Fully Integrated Statement"):**

> Since fiscal '14, we've completed 15 acquisitions, deploying $1.4 billion of capital. We've dramatically scaled and transformed the business as a result, growing total company revenue 4.4x from FY '14 through FY '21. *We fully integrated these acquired entities* by moving them to common collaboration and engineering platforms as well as common ERP, HRIS and CRM systems while also consolidating facilities.
>
> . . .
>
> *And as a result of the acquisitions, but more importantly, through the synergies that we've generated through full integration*, we've been able to actually grow total company revenues by over 4.4x over the course of the last 7 or so years. *And because integration and full integration is such an important element of the strategy* and lMPACT about taking that to the next level, we've been able to actually grow adjusted EBITDA at 9x or twice the growth in revenues.[5]

---

[3]  Second Amended Class Action Complaint for Violation of the Federal Securities Laws, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, February 20, 2025 (hereinafter, "SAC"), ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[4]  Memorandum and Order in *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. v. Mercury Systems Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, February 20, 2025 (hereinafter, the "Order"). I understand that Plaintiffs allege additional misrepresentations on other dates during the Class Period, but following the Order, only statements numbered 7, 13(a)-(b), and 14(a)-(b) were deemed actionable.

[5]  Order, p. 23. *See also*, SAC, ¶ 239 (emphasis in original).

**Statements No. 13(a) and 13(b) on May 2, 2023 ("Cost Growth Statement"):**

(a) As I said previously, *our challenges are* not related to end market demand, which remains strong. They're largely timing and cost related, they're short term, and they're *not unique to Mercury.* We're focused on controlling what we can in this environment given the technologies that we developed and the programs that we've won. Structurally, our business model and financial outlook are sound, and we're very optimistic about the future.[6]

(b) In terms of R&D, Mercury is a leveraged commercial investment model focus on developing sophisticated new technologies and products. These highly differentiated capabilities are then used across multiple DoD programs. *The cost growth we're experiencing is associated with certain new technology developments that are nearing completion* and new product introductions, which are taking longer than planned. The higher costs are related to both labor as well as materials driven by labor and supply chain inefficiencies, manufacturing constraints and inflation. Approximately a dozen or so of our 300-plus active programs have been affected.[7]

**Statements No. 14(a) and 14(b) on August 15, 2023 ("Margin Profile Statement"):**

(a) However, this solid performance has been masked by approximately 20 programs that are experiencing unique and outsized costs, primarily temporary cost growth related to initial development challenges. In fiscal '23, these few programs impacted our financial performance by approximately $56 million. *Said differently, our reported margin in 2023 does not at all reflect a structural shift in our margin profile*.[8]

(b) Second, as I mentioned earlier, *because our management systems and processes have not matured at the same pace as our growth over the last several years to address the complexities inherent in many of these development programs, a small number of programs have become challenged, leading to unanticipated and temporary impacts on our overall performance*. In FY '23, execution challenges on approximately 20 programs, a majority of which are development in nature, drove approximately $56 million of impact or approximately 580 basis points of margin contraction.[9]

---

[6]    Order, pp. 25–27. *See also,* SAC, ¶ 251 (emphasis in original).

[7]    Order, pp. 25–27. *See also*, SAC, ¶ 251 (emphasis in original).

[8]    Order, pp. 28–29. *See also,* SAC, ¶ 255 (emphasis in original).

[9]    Order, pp. 28–29. *See* also, SAC, ¶ 255 (emphasis in original).

8. I understand Plaintiffs seek to certify a class of purchasers of Mercury Systems' common stock during the Class Period. I further understand that Plaintiffs allege the Actionable Statements affected Mercury's stock price because they were publicly made and because Mercury's stock traded in an efficient market.[10]

## III.    ASSIGNMENT

9. In this report, I have been asked by Defendants' counsel to assess whether the Defendants' Actionable Statements affected Mercury's stock price during the Class Period, as alleged by Plaintiffs.[11] I have also been asked to comment on whether Plaintiffs or Dr. Feinstein, in his expert report dated July 18, 2025 (the "Feinstein Report"),[12] have articulated a common methodology that can be reliably implemented to quantify the alleged per share inflation for use in Dr. Feinstein's proposed out-of-pocket damages calculation.

---

[10] Memorandum of Law in Support of Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems, Inc., et al.,* Civil Action No. 1:23-cv-13065-WGY, July 18, 2025, pp. 12–13 ("Further, the element of reliance does not preclude predominance because Plaintiffs are entitled to rely on the fraud-on-the-market ('FOTM') presumption for class-wide reliance ¶¶296-298; *Basic*, 485 U.S. at 241; *Amgen*, 568 U.S. at 460-62. Under the FOTM theory, 'in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business. . . . Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements.' *Basic*, 485 U.S. at 241-42; *see also Halliburton Co. v. Erica P. John Fund, Inc*., 573 U.S. 258, 270 (2014) ('*Halliburton II*') ('the market price of shares traded on well-developed markets reflects all publicly available information, and, hence, any material misrepresentations'). Importantly, *Halliburton II*, held that '[e]ven the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices.' *Id*. Accordingly, 'reliance on any public material misrepresentations . . . may be presumed for purposes of a Rule 10b-5 action.' *Id*. at 268.").

[11] Memorandum of Law in Support of Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems, Inc., et al.,* Civil Action No. 1:23-cv-13065-WGY, July 18, 2025, pp. 12–13 ("Further, the element of reliance does not preclude predominance because Plaintiffs are entitled to rely on the fraud-on-the-market ('FOTM') presumption for class-wide reliance ¶¶296-298; *Basic*, 485 U.S. at 241; *Amgen*, 568 U.S. at 460-62. Under the FOTM theory, 'in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business. . . . Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements.' *Basic*, 485 U.S. at 241-42; *see also Halliburton Co. v. Erica P. John Fund, Inc*., 573 U.S. 258, 270 (2014) ('*Halliburton II*') (''the market price of shares traded on well-developed markets reflects all publicly available information, and, hence, any material misrepresentations''). Importantly, *Halliburton II*, held that '[e]ven the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices.' *Id*. Accordingly, 'reliance on any public material misrepresentations . . . may be presumed for purposes of a Rule 10b-5 action.' *Id*. at 268.").

[12] Report on Market Efficiency and Damages Methodology, Professor Steven P. Feinstein, Ph.D., CFA, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems, Inc., et al.,* Civil Action No. 1:23-cv-13065-WGY, July 18, 2025.

10. A list of the documents I relied upon in forming my opinions is attached hereto as **Appendix B**. This list includes, among other documents, the Feinstein Report as well as a transcript of the deposition of Dr. Feinstein taken September 5, 2025 ("Feinstein Deposition").[13] The Brattle Group is being compensated for my work in this matter at an hourly rate of $975. Staff at the Brattle Group have worked under my direction to assist in the preparation of this report and are compensated at standard hourly rates. My compensation, and that of the Brattle Group, is not contingent on the opinions that I reach or on the outcome of this matter. My work in this matter is ongoing, and I reserve the right to supplement my current analysis if additional information becomes available.

## IV.  EXECUTIVE SUMMARY OF OPINIONS

11. In my opinion, the Actionable Statements in this matter did not impact Mercury's stock price during the Class Period as assumed by Plaintiffs in their appeal to the fraud-on-the-market presumption of reliance. The Actionable Statements did not impact Mercury's stock price because the information alleged to have been materially misleading or omitted was in the total mix of information throughout the Class Period. Under the Efficient Market Hypothesis, alleged material misrepresentations or omissions cannot inflate or affect the market price of a security if the information purportedly concealed was, in fact, already known to the market and therefore already incorporated into the security's price.

   a. Plaintiffs allege that the Fully Integrated Statement caused Mercury's stock price to trade as if Mercury had completed the integration of all companies acquired before the Class Period, rendering them "fully absorbed into the infrastructure" and "indistinguishable" from Mercury. In my opinion, for the reasons set forth in this report, the Fully Integrated Statement did not impact Mercury's stock price as alleged because:

      (1) Analysis of the total mix of information (Sections V.B.1, V.B.2, and V.B.3) indicates that Mercury stated on multiple occasions before the Class Period, on the first day of the Class Period, and many days thereafter during the Class Period, that it had ***not***

---

[13]  Deposition of Steven Feinstein, Ph.D., *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury System, Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, September 5, 2025 (hereinafter, "Feinstein Deposition"). Note that page and line number references cited herein refer to the Feinstein Deposition rough transcript.

*finished integrating* four of the fifteen companies acquired before the Class Period and that its ongoing 1MPACT initiative was designed to help it *one day (in the future) create scalable common processes and systems across all of Mercury's acquired companies*. These statements cannot be reconciled with Plaintiffs' assertion that the Fully Integrated Statement allegedly meant that Mercury had already "fully absorbed" all of its acquisitions "into the infrastructure" such that they had become "indistinguishable" from Mercury. Instead, analysis of the total mix of information indicates that Mercury reiterated throughout the Class Period that it was still integrating companies that it had acquired and that it had not achieved the level of integration that would allow it to have scalable common processes and systems across the Company. Analysts echoed this point, describing before and after the Fully Integrated Statement that investments in Mercury were exposed to downside risk because Mercury was still integrating companies that it had acquired and this integration and its hoped-for benefits may not be achieved. Economic research demonstrates that investors discount acquirers that acquire multiple targets in a short amount of time because the acquirer will likely experience integration issues as the indigestion of the targets can lead to challenges.

(2) Event study analysis (Section V.B.4) confirms what efficient market theory predicts would happen if an allegedly omitted material fact was, as a matter of fact, in the total mix of information all along. Efficient market theory predicts that if an alleged materially omitted fact or the alleged truth about a materially misrepresented fact is already in the total mix of information then there is no price impact caused by the repetition of this fact. For example, on August 15, 2023 (after-hours), Mercury stated publicly that it had not fully integrated all of the companies it had acquired prior to the Class Period. This statement is in my opinion identical to Plaintiffs' alleged truth and the Order's description of the underlying nature of the alleged fraud. Dr. Feinstein's event study regression model demonstrates that Mercury's stock price did *not* decline as would be expected if market participants believed just prior to the statement that (a) Mercury had achieved full integration as defined by Plaintiffs and that (b) this achievement was value-relevant given the known risk facing Mercury's ongoing integration efforts. The fact that Mercury's stock price did not decline is not

surprising. In an efficient market, stock prices do not change when something known is simply repeated.

b. In related allegations, Plaintiffs allege that the Cost Growth Statement and the Margin Profile Statement caused Mercury's stock price to trade as if it had finished integrating all of the companies it had acquired prior to the Class Period and that this integration had caused these companies to become "fully absorbed into the infrastructure" and "indistinguishable" from Mercury. These Actionable Statements rely on the same alleged material misleading or omitted fact as does the Fully Integrated Statement. In these instances, Plaintiffs alleged that Mercury's stock price traded as if news relating to the project execution challenges facing "approximately a dozen or so" to 20 programs were temporary or not unique to Mercury because they had nothing to do with Mercury's acquisition strategy and its ongoing integration efforts.

(1) The analysis of the total mix of information (Sections V.B.1, V.B.2, and V.B.3) indicates that Mercury stated on multiple occasions before the Class Period, on the same day as the start of the Class Period, and many days thereafter during the Class Period that it had ***not finished integrating*** four of the 15 companies that it had acquired before the Class Period and that its ongoing 1MPACT initiative ***hoped one day (in the future) to help Mercury create scalable common processes and systems across all of Mercury's acquired companies***. Given these public statements describing the status of its integration of acquired companies as ongoing, it is not surprising that an analysis of stock analysts reveals that they continued to describe before and after the Cost Growth Statement and the Margin Profile Statement that investments in Mercury were exposed to downside risk because Mercury was still integrating companies that it had acquired and this integration and its hoped-for benefits may not be achieved (Section V.C.4).

(2) If the news that Mercury was fully integrated was value-relevant, then the investors purchasing after May 2, 2023 purchased shares that already priced in the disclosed risk that Mercury had not finished integrating companies acquired before the Class Period and that it had not achieved the full integration described by Plaintiffs (Section V.C.2). Similarly, potential class members that purchased after August 15, 2023 acquired shares at prices that reflected this same disclosed risk (Section V.C.3).

c.  Finally, the alleged corrective disclosures do not indicate price impact of the Fully Integrated Statement, the Cost Growth Statement, or the Margin Profile Statement (Section VI). None of the alleged corrective disclosures in this matter changed the total mix of information as alleged because analysis of the total mix of information indicates that Mercury did not disclose new, unexpected, and value-relevant information newly informing the market that Mercury had not fully integrated previous acquisitions on any of these days. The statistically significant stock price declines measured in Dr. Feinstein's Report are not caused by the Actionable Statements because (a) Mercury did not disclose new, unexpected, and value-relevant information about the status of integration of acquired companies other than to update the total mix of information that they were still being integrated and that Mercury's 1MPACT was still ongoing and (b) these stock price declines resulted from the realization of previously disclosed risks related to inflation and increased material costs as well as issues Mercury was facing as projects evolved from development to production which resulted in increased costs and lower earnings than expected in certain "challenged programs". In this matter, event study analysis will not allow the trier of fact to measure whether the share price declines following the alleged corrective disclosures were caused by the alleged fraud because the alleged corrective disclosures do not reveal the alleged truth; instead that truth was already known. For the same reason, event study analysis will not allow the trier of fact to quantify per share damages under the out-of-pocket damages calculation.

12. In my opinion, Dr. Feinstein's report does not provide evidence of price impact (Section VII). Rather, his report describes how Mercury's stock price changed when it reported earnings. He did not examine whether news about the status of Mercury's integration caused Mercury's stock price to change rapidly and fully as expected in an efficient market.

13. In my opinion, Dr. Feinstein's report has not identified a method to reliably measure the inflation alleged to have existed in Mercury's stock price during the Class Period (Section VIII). Instead of describing how he will measure the inflation per share required to calculate out-of-pocket damages in this specific matter given the facts and circumstances it presents, Dr. Feinstein simply asserts that it can be done by "someone." In my opinion, event study analysis will not allow the trier of fact to measure the inflation per share caused by the Actionable

Statements because no such inflation existed. In my opinion, event study analysis will not allow the trier of fact to measure whether investors' losses were caused by the Actionable Statements, because the alleged corrective disclosures did not change the total mix of information by introducing the alleged truth.

## V.    ECONOMIC ANALYSIS OF PRICE IMPACT

14. In my opinion, the Fully Integrated Statement, the Cost Growth Statement, and the Margin Profile Statement did not cause Mercury's stock to be impacted as alleged by Plaintiffs in this matter. In this section, I describe why the alleged false and misleading information that purportedly was either misrepresented or omitted from these statements did not cause Mercury's stock price to be impacted.

15. I begin my analysis of price impact in Section V.A by first identifying the alleged false and misleading information that purportedly impacted Mercury's stock price. In Section V.B, I perform a price impact analysis of the Fully Integrated Statement. In Section V.C, I perform a price impact analysis of the Cost Growth Statement and the Margin Profile Statement.

### V.A.    OVERVIEW OF PLAINTIFFS' PRICE IMPACT THEORY

16. Generally, I understand Plaintiffs to allege that Defendants made materially false and misleading statements in which they represented that Mercury had, as of the start of the Class Period, "fully integrated" companies it acquired before the Class Period when in fact it had not "fully integrated" these companies as described.

17. With regards to the Fully Integrated Statement, I understand Plaintiffs' theory of price impact assumes the following causal chain between the alleged falsity of the Fully Integrated Statement and price impact. *First*, the theory assumes that, prior to the Class Period, investors understood that Mercury had not finished fully integrating the companies it had acquired. *Second*, the theory asserts that on February 1, 2022, the Fully Integrated Statement caused investors to change their beliefs to now understand that Mercury had finished integrating these companies and that this completion had resulted in its acquisitions being "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains

its individual structure and is indistinguishable from the acquiring company"[14] (*i.e.*, full integration as defined by Plaintiffs). ***Third***, the theory alleges that investors maintained this understanding until as late as February 6, 2024 because the total mix of information did not include facts allowing them to correct their false beliefs.

18. As an initial matter, while Plaintiffs define "fully integrated" as "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company,"[15] the SAC does not identify academic research that supports both this definition and the proposition that investors generally accept this definition. Moreover, in my research, I did not find public statements by Defendants describing "fully integrated" or "full integration" as used by Plaintiffs. As such, it is unclear from the SAC how investors would come to the understanding that Mercury's acquisitions were "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company"[16] unless they were operating on the same common understanding of what fully integrated meant.

19. I further understand from the Order that the Cost Growth Statement and the Margin Profile Statement are alleged to be false and misleading because Defendants allegedly failed to publicly disclose that the execution problems experienced by Mercury in "approximately a dozen or so" programs described on May 2, 2023 and in 20 programs described on August 15, 2023 were all being caused by the fact that Mercury had ***not*** finished integrating the

---

[14] SAC, ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in,' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[15] SAC, ¶ 105 ("The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[16] SAC, ¶ 105 ("The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

businesses it acquired before the start of the Class Period as of May 2, 2023 or because it had *not* achieved the full integration of these businesses as of May 2, 2023.[17]

20. I understand that Plaintiffs allege that the Cost Growth Statement and the Margin Profile Statement caused Mercury's stock price to remain inflated relative to where it would have traded had the market known that Mercury had in fact not finished integrating the companies it acquired before the Class Period such that the execution problems could persist going forward.

21. I understand Plaintiffs to allege that investors learned the purported truth that (i) Mercury had not finished integrating the companies it acquired as of the start of the Class Period, (ii) Mercury had not achieved full integration of these companies prior to the start of the Class Period, and/or (iii) Mercury's execution problems were caused by the fact that it had not finished integration or had not achieved full integration on August 2, 2022, May 2, 2023, November 7, 2023, and February 6, 2024.

22. **Figure 1** below plots Mercury's stock price during the Class Period. Figure 1 includes labels indicating the dates of the Actionable Statements and the Alleged Corrective Disclosures.

---

[17] Order, p. 26 ("The statements that performance obligations on the impacted programs were 'not unique to Mercury' ('Statement No. 13(a)') were purportedly materially false and misleading because Mercury was experiencing these challenges as a result of execution problems on a dozen programs that were caused precisely by Mercury's failure fully to integrate the Company's acquisitions, meaning that these challenges were, in fact, unique to Mercury."); p. 27 ("The statement in PSAC ¶ 251 that '[t]he cost growth we're experiencing is associated with certain new technology developments that are nearing completion' ('Statement No. 13(b)') was purportedly materially false and misleading because it was actually the execution problems caused by Mercury's failure fully to integrate acquisitions that had prevented the completion of performance obligations. Allegedly the true source of Mercury's cost growth was the additional costs needed to meet these performance obligations, not 'certain new technology developments that are nearing completion[.]'" (internal citations omitted)); p. 29 ("The statement that '[o]ur reported margin in 2023 does not at all reflect a structural shift in our margin profile' ('Statement No. 14(a)') was purportedly materially false and misleading because Defendants' failure fully to integrate Mercury's acquisitions had caused execution problems on twenty programs that would necessitate increased costs that would negatively impact Mercury's financial performance for FY24. In other words, Mercury's reported margin in FY23 did, in fact, represent a structural shift in Mercury's margin profile for FY24. The statement that the execution problems with the challenged programs were 'unanticipated' and 'temporary' ('Statement No. 14(b)') was purportedly materially false and misleading because these execution problems were directly caused by Defendants' failure fully to integrate Mercury's acquisitions, meaning they were anticipated, and remediating these execution problems had been, and would continue to be, time consuming and costly, and therefore not temporary." (internal citations omitted)).

**FIGURE 1: MERCURY'S STOCK PRICE, INDICATING DATES OF
ACTIONABLE STATEMENTS AND ALLEGED CORRECTIVE DISCLOSURES**



Source: S&P Capital IQ; SAC; Order.

## V.B.    ANALYSIS OF PRICE IMPACT OF THE FULLY INTEGRATED STATEMENT

23.  In this section, I examine whether Mercury's stock price was impacted as alleged by the Fully Integrated Statement. Specifically, Plaintiffs allege the Fully Integrated Statement impacted Mercury's stock price during the Class Period because it caused investors to come to the belief that Mercury had fully integrated the companies it acquired prior to the Class Period.

24.  This theory of price impact assumes the following causal chain between the alleged falsity of the Fully Integrated Statement and price impact. *First*, the theory assumes that, prior to the Class Period, investors understood that Mercury had not finished fully integrating the companies it had acquired. *Second*, the theory asserts that on February 1, 2022, the Fully Integrated Statement caused investors to change their beliefs to now understand that Mercury had finished integrating these companies and that this completion had resulted in its acquisitions being "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from

the acquiring company"[18] (*i.e.*, full integration as defined by Plaintiffs). ***Third***, the theory alleges that investors maintained this understanding until as late as February 6, 2024 because the total mix of information did not include facts allowing them to correct their false beliefs.

25. For this theory of price impact to be correct in an efficient market, the Fully Integrated Statement would have to have provided market participants with new, unexpected, and value-relevant information about the status of Mercury's integration efforts as of the start of the Class Period. Specifically, the Fully Integrated Statement would need to have changed the total mix of information in a way that caused investors to believe for the first time that Mercury had in fact finished integrating all of the companies that it had acquired prior to the Class Period. Moreover, the Fully Integrated Statement would need to have changed the total mix of information to cause investors to believe that these companies had been fully integrated such that they were "fully absorbed into the infrastructure" and were "indistinguishable" from Mercury.[19] Finally, for Plaintiffs' theory to hold, nothing could have changed in the total mix of information during the Class Period that would allow investors to update their alleged false beliefs about the true status of Mercury's integration of companies acquired before the Class Period.

26. In this section, I test each of these assumptions by conducting an economic analysis of the total mix of information prior to and during the Class Period and by performing event study analysis of disclosures by Mercury.

27. In Section V.B.1, I summarize salient facts that occurred prior to the start of the Class Period and carried into the Class Period in the total mix of information. I describe how Mercury acquired 15 companies between FY16 and FY21 prior to the Class Period. I demonstrate how

---

[18]   SAC, ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in,' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[19]   SAC, ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

Mercury stated that it had integrated some of these companies but not all of them; Mercury stated that it was still integrating its more recent acquisitions. I also demonstrate how Mercury began (but had not finished) a new initiative, 1MPACT, just prior the start of the Class Period which aimed to create "common processes and systems"[20] to "further consolidate the businesses that [it had] acquired to extract even greater cost and revenue synergies."[21] I discuss how the risks described by Mercury are consistent with the risks documented by research on companies that undertake multiple acquisitions. Finally, I demonstrate how professional stock analysts described that Mercury's integration may not achieve the desired synergy gains and moreover that integration "issues" could lead to additional downside risks. Combined, this analysis demonstrates that just prior to the start of the Class Period, the total mix of information included the following facts:

   a.   Mercury had not finished integrating all the companies that had been acquired.

   b.   Mercury's new 1MPACT initiative had recently begun and would further integrate the acquired companies to achieve scalable common processes and systems.

   c.   Mercury's ongoing integration efforts were risky and could result in downside in Mercury's operating and financial performance.

28.   In Section V.B.2, I examine the Fully Integrated Statement in the context of this total mix of information that existed as of the start of the Class Period. I describe how Mercury's other disclosures on February 1, 2022 updated the total mix of information about the status of Mercury's integration, but not as suggested by Plaintiffs theory. I describe how Mercury

---

[20]  Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 7. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("1MPACT will be led by a new Chief Transformation Officer reporting to me. As it progresses over the course of the next 2 to 3 years, in addition to growth, we'll be focusing on 6 major areas: organizational efficiency and scalability; procurement and supply chain; facilities optimization; R&D investment efficiency; capital and asset efficiency; and scalable common processes and systems.").

[21]  Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, pp. 12–13. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ (Jonathan Frank Ho, William Blair & Company L.L.C., Research Division: "I guess one thing I wanted to ask on the 1MPACT program is, can you give us a sense of how this maybe goes above and beyond your typical sort of streamlining efforts when you're doing acquisition integration? . . ." Mr. Aslett: "Sure. Good question, Jonathan. . . . we figured that there was an opportunity for us to kind of go back, take a look at what other opportunities existed to further consolidate the businesses that we've acquired to extract even greater cost and revenue synergies.").

reiterated on the first day of the Class Period that it had integrated some of the companies it acquired but not all of them; Mercury clearly stated that it was still integrating its four most recent acquisitions. I also demonstrate how Mercury reiterated that it was still integrating its business through the 1MPACT initiative to create "common processes and systems."[22] Consistent with the fact that Mercury had reiterated that its integration was still ongoing, stock analysts continued to describe the risks of Mercury's ongoing integration efforts. Combined, on February 1, 2022, the total mix of information contained the following facts:

 a. Mercury had *still* not finished integrating all of the companies that had been acquired.

 b. Mercury's new 1MPACT initiative *was still ongoing* and would further integrate acquired companies to achieve scalable common processes and systems.

 c. Mercury's ongoing integration efforts were risky and could result in downside in Mercury's operating and financial performance.

29. In Section V.B.3, I describe how Mercury continued to remind the market of these facts through its public disclosures during the Class Period, stating that its integration efforts were ongoing. I identify subsequent public disclosures on, for example, May 10, 2022, August 16, 2022, November 1, 2022, November 8, 2022, and May 2, 2023 in which Mercury stated that it was still integrating companies acquired prior to the Class Period. In these disclosures, Mercury reiterated that it was still integrating its business through the 1MPACT initiatives to

---

[22] Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 5. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("In addition to optimizing our balance sheet by improving our capital and asset efficiency, we see substantial potential through 1MPACT to expand our margins. We're focusing on 5 major areas: first, organizational efficiency and scalability; second, procurement and supply chain; third, facilities optimization; and four, scalable common processes and systems.").

create "common processes and systems"[23] and "consolidating and streamlining our internal organizational structure which will improve visibility."[24]

30. In Section V.B.4, I examine whether Mercury's stock price changed when it stated affirmatively what Plaintiffs allege was materially omitted in the Fully Integrated Statement. On August 15, 2023, Mercury's CEO, William Ballhaus, stated publicly that Mercury "didn't fully integrate."[25] This public statement matches the language used by Plaintiffs and in the Order describing the alleged truth supposedly underlying the Fully Integrated Statement. My event study analysis of this August 15, 2023 disclosure indicates that it did not cause Mercury's stock price to decline.

31. In Section V.B.5, I summarize my conclusion of my analysis of the price impact of the Fully Integrated Statement: *In my opinion, the Fully Integrated Statement did not cause a price impact as alleged by Plaintiffs.*

32. In my opinion, the Fully Integrated Statement did not cause the price impact alleged because before and after the Fully Integrated Statement, the total mix of information included facts informing market participants that Mercury had not fully integrated the companies it had acquired as of the start of the Class Period. Consistent with this finding, my analysis of stock

---

[23] Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 6. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("In addition, we see substantial potential through 1MPACT to expand our margins. We're focusing on 5 major areas: first, organizational efficiency and scalability; second, procurement and supply chain; third, facilities optimization, and fourth; scalable common processes and systems. The fifth area is R&D investment efficiency and returns.").

[24] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 1, 2022, filed May 10, 2022 at 4:11:44 PM ET, p. 26. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000019/0001049521-22-000019-index.html, last accessed September 3, 2025 ("The goal of 1MPACT is to achieve our full growth, margin expansion and adjusted EBITDA potential over the next five years. . . . Now, as we approach the milestone of $1 billion of revenue, we believe there is significant opportunity to realize further scale through consolidating and streamlining our internal organizational structure which will improve visibility, speed of decision making and accountability.").

[25] Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 5. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Second impression: over the past several years the company grew inorganically into strategically attractive areas, but didn't fully integrate some of the businesses and mature processes and management systems to align with Mercury's evolving business portfolio. In my experience, this is not uncommon in businesses that grow rapidly via acquisitions. At Mercury, though, the immaturity and lack of full integration of key functional areas have led to the serious challenges the company experienced forecasting business performance over the past several quarters. That said, maturing in these areas is doable, within our control, and underway.").

analysts indicates that they continued to describe the risks of Mercury's ongoing integration efforts throughout the Class Period. Also consistent with this finding, Mercury's stock price did not decrease after the August 15, 2023 disclosure when Mercury stated once again that it had not fully integrated the companies it acquired before the start of the Class Period.

33. According to efficient market theory, stock prices change when market participants learn new, unexpected value-relevant information that causes them to change their beliefs about the price or value of a stock. This means that alleged false and misleading information must provide market participants with new, unexpected, and value-relevant information for it to cause them to change their beliefs about the value of the stock. If alleged false and misleading information does not provide new, unexpected, and value-relevant information then investors have no catalyst, *i.e.*, no new information, to update their beliefs. As such, if the market for Mercury stock is efficient, as alleged, then there can be no price impact under Plaintiffs' theory in this case.

**V.B.1.     Before the Class Period, Mercury Described the Status of its Efforts to Integrate Companies Acquired as Part of its Roll-Up Strategy**

34. As explained in Section V.A, I understand Plaintiffs to allege that the falsity in the Fully Integrated Statement caused Mercury's stock price to become inflated relative to what it would have traded at had the market known that Mercury had not finished integrating the companies it acquired before the Class Period.

35. Prior to the Class Period, Mercury acquired 15 companies between FY16 and FY22 as part of an acquisition roll-up strategy. **Figure 2** identifies the 15 companies acquired by Mercury before the Class Period by name and by the closing date of the acquisition.

**FIGURE 2: MERCURY ACQUISITIONS BETWEEN 2015 AND 2021**

| No. | Acquired Entity | Closing Date |
|---|---|---|
| [1] | Lewis Innovative Technologies, Inc. | 12/16/15 |
| [2] | Microsemi Carve-Out Business | 5/2/16 |
| [3] | CES Creative Electronic Systems S.A. | 11/3/16 |
| [4] | Delta Microwave, LLC | 4/3/17 |
| [5] | Richland Technologies L.L.C. | 7/3/17 |
| [6] | Themis Computer | 2/1/18 |
| [7] | Germane Systems, LC | 7/31/18 |
| [8] | GECO Avionics, LLC | 1/29/19 |
| [9] | The Athena Group, Inc. | 4/18/19 |
| [10] | Syntonic Microwave LLC | 4/18/19 |
| [11] | American Panel Corporation | 9/23/19 |
| [12] | Physical Optics Corporation | 12/30/20 |
| [13] | Pentek Systems, Inc. and Pentek Technologies, LLC | 5/27/21 |
| [14] | Avalex Technologies, LLC | 11/5/21 |
| [15] | Atlanta Micro, Inc. | 11/29/21 |

Source: Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 8. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025 ("Since 2011 we have successfully acquired 18 businesses, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well. The 15 acquisitions completed since July 1, 2015 are shown below.").

36.    11 out of these 15 acquisitions occurred 29 or more months prior to the start of the Class Period. As shown by the shading in Figure 2, four of the acquisitions occurred within 13 months of the Class Period. For example, on December 30, 2020, Mercury completed the acquisition of Physical Optics Corporation ("POC"). Mercury's then-CEO, Mark Aslett, stated that the acquisition marked a resumption of M&A activity after what he described as a "hiatus."[26] Five months later, on May 27, 2021, Mercury completed the acquisition of Pentek

---

[26]    Mercury Systems, Inc., FQ2 2021 Earnings Call Transcript, February 2, 2021, p. 6. The conference call was held on February 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("M&A remains an integral part of our strategy. After the recent hiatus in activity, we're pleased to have completed the acquisition of POC."). In the same conference call, Mercury described that the envisioned revenue synergies would "take time." *See* Mercury Systems, Inc., FQ2 2021 Earnings Call Transcript, February 2, 2021, p. 10 ("[The POC acquisition] is largely a revenue synergy deal. As you know, it does take time for those revenue synergies to actually occur in defense just based upon the life cycle of the programs.").

Systems, Inc. and Pentek Technologies, LLC ("Pentek").[27] Economic research demonstrates that firms that complete multiple acquisitions in a short amount of time face challenges in integrating these acquisitions, and investors discount the prices of these companies to incorporate their expectations regarding this risk.[28]

37. As shown below and detailed in **Appendix C**, Mercury described on multiple occasions before the Class Period how it was still integrating companies that it had recently acquired. For example, six months prior to the start of the Class Period, on August 3, 2021, then-CEO Mark Aslett described how the integration of the POC and Pentek acquisitions was still ongoing: "The integrations of POC and Pentek are on track and both businesses are performing well."[29] Two weeks later on August 17, 2021, Mercury described in its SEC Form 10-K for FY2021 that it had finished or completed the integrations of "earlier acquired businesses" but not for "recent acquisitions":

---

[27]   Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 8. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index html, last accessed September 3, 2025.

[28]   *See, e.g.,* Jens Kengelbach, Dominic C. Klemmer, Bernhard Schwetzler, and Marco O. Sperlin, "An Anatomy of Serial Acquirers, M&A Learning, and the Role of Post-Merger Integration," *Social Science Research Network* (December 2012) (hereinafter "Kengelbach et al., (2012)"), p. 2 ("In this paper, we address this shortcoming and seek to answer the following main questions: (1) Whether serial acquirers excel; i.e., the net effect of all positive and negative influences; (2) Whether, and under which conditions, firms can learn how to acquire (*learning hypothesis*); and (3) Whether post-merger integration problems adversely affect the performance of multiple acquirers (*indigestion hypothesis*)." (emphasis in original)); p. 13 ("Summarizing, we document ample evidence that the average serial acquirers' deal performance is lower than that of single acquirers. Hence, we conclude that negative forces which adversely affect serial acquirer performance at least dominate beneficiary effects of M&A experience."). In particular, the authors find that serial acquirers' deal performance is worse when they purchase private companies because these transactions can lead to additional challenges in integration relative to public companies. *See* Kengelbach et al., (2012), p. 15 ("In contrast, private target complexity includes (1) a high level of information asymmetry, which ordinarily makes the due diligence process complex and renders firm valuations imprecise (see Chang (1998)); (2) difficult negotiations with firm founders, which are often less predictable than those with capital market experienced managers of publicly listed firms (see Martynova/Renneboog (2006)), and (3) a more difficult PMI process due to substantial strategic and cultural differences between the public acquirer and non-public takeover subject.").

[29]   Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 7. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("The integrations of POC and Pentek are on track and both businesses are performing well.").

> Since 2011 we have successfully acquired 16 businesses, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[30]

38. In the same disclosure, Mercury specifically described how its integration efforts for POC and Pentek were still ongoing:

> Management is in the process of integrating the POC and Pentek business into our overall internal control over financial reporting environment.[31]

39. The quarter prior to the Class Period, on November 9, 2021, Mercury reiterated that it was still integrating these companies:

> Management is in the process of integrating the POC and Pentek businesses into our overall internal control over financial reporting environment.[32]

40. Combined, these public statements by Mercury informed the market prior to the Class Period that Mercury was still integrating companies that it had recently acquired, and it had not achieved "full integration" as defined by Plaintiffs.

41. In addition to describing how its integration efforts were ongoing, Mercury also described how it had begun a new initiative to further increase the profitability of the overall organization. For example, two quarters prior to the Class Period, on August 3, 2021, Mercury initiated a company-wide program referred to publicly as 1MPACT. Specifically, during its FQ4 2021 earnings call held August 3, 2021 (2 months after the acquisition of Pentek and 7 months after the acquisition of POC), Mr. Aslett described how Mercury was starting the new initiative "1MPACT" that would create "common processes and systems":

---

[30] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET, p. 8. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

[31] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET, p. 84. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

[32] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended October 1, 2021, filed November 9, 2021 at 3:24:08 PM ET, p. 32. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000051/0001049521-21-000051-index.html, last accessed September 3, 2025.

> 1MPACT will be led by a new Chief Transformation Officer reporting to me. As it progresses over the course of the next 2 to 3 years, in addition to growth, we'll be focusing on 6 major areas: organizational efficiency and scalability; procurement and supply chain; facilities optimization; R&D investment efficiency; capital and asset efficiency; and scalable common processes and systems.[33]

42. A stated goal of 1MPACT was to create "common processes and systems." This goal overlapped with one of the outcomes that Plaintiffs describe as their understanding of the term "fully integrated." Specifically, Plaintiffs allege that they and the market understood "fully integrated" to mean "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company"[34] which would presumably rely on common processes and systems. However, a goal of 1MPACT was to create "common processes and common systems" across all of Mercury. During the August 3, 2021 earnings call, in response to an analyst question,[35] then-CEO Mark Aslett discussed how the 1MPACT restructuring initiative was helping Mercury "further consolidate the businesses that we've acquired to extract even greater cost and revenue synergies."[36]

---

[33] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 7. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

[34] SAC, ¶ 105 ("The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[35] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 12. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ (Jonathan Frank Ho, William Blair & Company L.L.C., Research Division: "I guess one thing I wanted to ask on the 1MPACT program is, can you give us a sense of how this maybe goes above and beyond your typical sort of streamlining efforts when you're doing acquisition integration? And what sort of led you to go down the path of, I guess, wanting to deliver more of that operating leverage this year as you think about structuring for '23 and beyond?").

[36] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, pp. 12–13. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ (Jonathan Frank Ho, William Blair & Company L.L.C., Research Division: "I guess one thing I wanted to ask on the 1MPACT program is, can you give us a sense of how this maybe goes above and beyond your typical sort of streamlining efforts when you're doing acquisition integration? . . ." Mr. Aslett: "Sure. Good question, Jonathan. So if you think about the journey that we've won and we tried to outline some of that in he prepared remarks. Since 2014, we've completed 13 acquisitions. We've had a greater than 4x increase in revenues over that period and greater than 9x increase in EBITDA. So we've extracted substantial revenue synergies that's resulted in us basically reducing our net to gross purchase price multiple. However, along the way, if you step back, there's been some very substantial changes in the company overall. So we've had a 3.5x increase in our headcount. We've seen an eightfold increase in our subsystems revenue. The number of locations that we have, have increased from 10 to 27 and our external supply chain spend has increased 3x. So in that period, we've really optimized for growing the business. And with growth slowing a little bit organically this year, earlier in the year, we figured that there

43. Mercury updated the total mix of information about the status of its 1MPACT initiative on November 2, 2021. During Mercury's FQ1 2022 earnings call held November 2, 2021, Mercury's then-CEO Mark Aslett described how "deploying" 1MPACT across the firm would result in "disciplined M&A and full integration":

> Over the past 7 years, our acquisitions and integration processes have generated significant cost and revenue synergies, creating tremendous volume. We believe that deploying 1MPACT will accelerate and increase the value we create through M&A going forward. . . . We remain strategically committed to delivering strong margins while growing the business organically and supplementing this organic growth with disciplined M&A and full integration.[37]

44. Combined, these public statements about 1MPACT by Mercury informed the market prior to the Class Period that Mercury's integration to date had not achieved scalable "common processes and systems" across the companies it had acquired.

45. Prior to the Class Period, Mercury identified how its growth through its acquisition strategy was having an impact on its operating and financial performance. For example, on August 3, 2021, Mercury's then-CEO Mark Aslett discussed how its acquisitions had changed the overall scale of the organization:

> Since fiscal '14, driven by our acquisitions, we've substantially changed the company. We've expanded the scope of our offerings and capabilities, leading to a nearly eightfold increase in subsystems revenue. We've in-sourced manufacturing. Our headcount has increased 3.5x. Our footprint has grown from 10 to 27 locations, and our excelled supply chain spend has increased nearly 3x.[38]

46. My analysis of stock analysts provides market evidence indicating that analysts described that Mercury's integration may not achieve the desired synergy gains and moreover could lead to additional downside risks. For example, Sheila Kahyaoglu, Greg Konrad, and Scott Forbes at

---

was an opportunity for us to kind of go back, take a look at what other opportunities existed to further consolidate the businesses that we've acquired to extract even greater cost and revenue synergies.").

[37] Mercury Systems, Inc., FQ1 2022 Earnings Call Transcript, November 2, 2021, p. 6. The conference call was held on November 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

[38] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 6. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

Jefferies described the downside risk associated with Mercury's ability to integrate companies recently acquired (emphasis added):

### Jeffries Report dated November 7, 2021

Downside Scenario . . . ***deal integration issues***.[39]

We consider revenue and EBITDA excluding acquisitions completed since FY17 in order to assess the underlying business's profitability. Over the past five years, core sales growth has averaged 10%, while core EBITDA has averaged 10% over the period. ***This presents a risk to the outlook as the company has not presented sustained synergies from acquisitions***.[40]

### Jeffries Report dated January 14, 2022

. . . we do view the ***1IMPACT*** [sic] ***program as an opportunity to integrate the company*** . . . acquisitions largely focused on adding content vs cost integration. ***1MPACT could have a 400bp benefit on margins as deals are properly integrated***.[41]

Downside Scenario . . . ***deal integration issues***.[42]

. . . the company shifted strategy at the beginning of FY22 with ***its 1MPACT initiative looking to consolidate and streamline the company's organizational structure***, which is needed, given the company's focus on driving cost synergies through prior acquisitions has likely lagged, exhibited by core EBITDA growth remaining in-line with core revenue growth since FY16. The 1MPACT initiative is expected to provide $40-50MM of incremental cost takeout, or 250-400 bps of incremental margin to FY24, with $22MM of total net savings expected in FY22.[43]

---

[39] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Steep H2 Revenue and EBITDA Ramp Depends on F-35, SEWIP, and FMS," Jefferies Analyst Report, November 7, 2021, p. 2 (emphasis added).

[40] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Steep H2 Revenue and EBITDA Ramp Depends on F-35, SEWIP, and FMS," Jefferies Analyst Report, November 7, 2021, p. 5 (emphasis added).

[41] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 1 (emphasis added).

[42] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 2 (emphasis added).

[43] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 3 (emphasis added).

47. In these two reports, Jefferies analysts described how Mercury's integration of acquired companies was ongoing and described 1MPACT as "an opportunity to integrate the company" and "to consolidate and streamline the company's organizational structure." Recognizing that Mercury's 1MPACT initiative was part of Mercury's ongoing efforts to integrate acquired companies, these analysts went on describe the "Downside scenario" of "deal integration issues" to indicate that investors were buying on the risk that integration would be achieved and result in the gains expected.

48. Similar to Jefferies, Ken Herbert at RBC also described how Mercury's acquisition strategy presented investors with downside risk because Mercury would have to "successfully execute and integrate subsequent acquisitions":

> Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[44]
>
> The key risks to our investment thesis and price target objective include: . . . M&A pipeline and *the company's ability to successfully execute and integrate subsequent acquisitions* . . .[45]

49. In combination, this analysis indicates that just prior to the start of the Class Period, the total mix of information included the following facts:

   a. Mercury had not finished integrating all companies that had been acquired.

   b. Mercury's new 1MPACT initiative had recently begun and would further integrate the business to achieve scalable common processes and systems.

   c. Mercury's ongoing integration efforts were risky and could result in downside in Mercury's operating and financial performance.

---

[44] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, p. 7.

[45] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, pp. 9, 12 (emphasis added).

**V.B.2.**      **On the First Day of the Class Period, Mercury Reiterated That Integration Was Still Ongoing**

50. The Fully Integrated Statement was made by then-CEO Mark Aslett in a conference call with investors on February 1, 2022.[46]

51. On this day, Mercury made additional public disclosures available to market participants for the first time after the close of trading on February 1, 2022: Mercury filed a Form 8-K, which attached as Exhibit 99.1 a copy of a press release titled "Mercury Systems Reports Second Quarter Fiscal 2022 Results" and attached as Exhibit 99.2 a copy of a presentation titled "Second Quarter Fiscal Year 2022 Financial Results,"[47] and held a conference call with investors[48] discussing its financial results (collectively, the "FQ2 2022 Earnings Disclosure").

52. The Fully Integrated Statement was made during a conference call with investors. Below, I include an excerpt from this call containing the Fully Integrated Statement (identified in bold italics) and other facts:

> As it relates to M&A, 1MPACT is about leveraging our proven ability to integrate and grow acquired businesses, but at a greater scale going forward. Since fiscal '14, we've completed 15 acquisitions, deploying $1.4 billion of capital. We've dramatically scaled and transformed the business as a result, growing total company revenue 4.4x from FY '14 through FY '21. ***We fully integrated these acquired entities*** by moving them to common collaboration and engineering platforms as well as common ERP, HRIS and CRM systems while also consolidating facilities. We've also unified these 15 businesses under the Mercury brand with the combined sales force and single go-to market strategy as well as the shared culture and values. . . . Here, we're combining our integration, growth and value capture efforts as part of 1MPACT. . . . Both [Avalex and Atlanta Micro] integrations are progressing well as are the integrations of POC and Pentek, which we acquired last year. . . . We will

---

[46] Mercury experienced a stock price decline on February 2, 2022 of 7.4%. -7.4% = $52.10 / $56.29 – 1. For stock price data from February 1, 2022 and February 2, 2022 *see*, Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 85.

[47] *See* Mercury Systems, Inc., Form 8-K, filed February 1, 2022 at 4:00:46 PM ET; Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Second Quarter Fiscal 2022 Results," Mercury Systems, Inc. Press Release, filed February 1, 2022 at 4:00:46 PM ET; and Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Second Quarter Fiscal Year 2022 Financial Results," filed February 1, 2022 at 4:00:46 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000002/0001049521-22-000002-index.html, last accessed September 3, 2025.

[48] Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

---

remain disciplined in terms of our deal pursuits, diligence, pricing and integration. Mercury has built an enviable in-house M&A capability and has a proven track record of acquiring and integrating significant acquisitions. Through integration of our acquisitions, we've been able to average down the multiples we've paid through the recognition of both cost and revenue synergies, creating substantial value for our shareholders as a result. Coupled with the strength of our balance sheet, we believe we can continue to execute on the M&A strategy that's been so successful for us over the past 7 years.[49]

Our strategy is to deliver strong margins while growing the business organically and supplementing this organic growth with disciplined M&A and full integration.[50]

Yes. Look, great question. I think as we said, we've built, I would say, an enviable M&A organization, our ability to source, diligence, close and then integrate deals is very, very strong. To me, 1MPACT is about leveraging proven ability that we have to integrate and grow future acquired businesses. We're doing it a greater scale going forward. I think as we said in the prepared remarks, since fiscal '14, we've now acquired 15 businesses, deploying $1.4 billion in capital. That's dramatically scaled Mercury as a business, transformed the capability set that we have as well as the importance to our customers. ***And as a result of the acquisitions, but more importantly, through the synergies that we've generated through full integration,*** we've been able to actually grow total company revenues by over 4.4x over the course of the last 7 or so years. ***And because integration and full integration is such an important element of the strategy*** and 1MPACT about taking that to the next level, we've been able to actually grow adjusted EBITDA at 9x or twice the growth in revenues. And I think it's really this organic growth strategy that we have. It's been driven by the shift to subsystems, coupled with M&A and full integration, is what's delivered the value creation over the course of the period where we've been very, very active. 1MPACT to me is about taking it to the next level. And so it's about Mercury kind of achieving its full growth and adjusted EBITDA potential, doing what we've been doing, but doing it at a greater scale and potentially even better than what we've done in the past.[51]

And Peter, I would just add to that. We just went through our update to our 5-year forecast as part of our midyear strategic planning exercise. And Mark just talked about fiscal '23, but when you look at the 5-year, it's very strong as well. And that growth is supported by the major programs we're on, the markets that

---

[49]  Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, pp. 5–6. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[50]  Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 10. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[51]  Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 12. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

we've been investing in. So a clear path to return to the organic growth model. And then on top of that is 1MPACT ramping up not just in fiscal '23, but margin expansion over the 5-year period.[52]

53. In asserting that Mercury represented that it had finished integrating the acquired companies, Plaintiffs ignore additional statements by Mark Aslett and Michael Ruppert stating that integration was still ongoing in certain companies and describing its ongoing efforts to create common systems and processes throughout Mercury. For example, shortly after the Fully Integrated Statement, Mr. Aslett stated that the integration of four acquisitions remained ongoing: ***"Both [Avalex and Atlanta Micro] integrations are progressing well as are the integrations of POC and Pentek, which we acquired last year."***[53] Mr. Ruppert also noted that 1MPACT was "ramping up."[54] Mr. Aslett also stated that Mercury was "focusing on 5 major areas: first, organizational efficiency and scalability; second, procurement and supply chain; third, facilities optimization; and four, scalable common processes and systems."[55] These statements informed the market that Mercury had not finished integrating and that its integration to date had not achieved the scalable "common processes and systems," and other integration related goals, aspired in its 1MPACT initiative.

54. This analysis of the total mix of information indicates that the only integration-related information provided by Mercury on February 1, 2022 was simply confirmation that

---

[52]    Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 13. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[53]    Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 6. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("We continued our M&A momentum in the quarter, closing the Avalex Technologies and Atlanta Micro acquisitions in November. . . . Both integrations are progressing well as are the integrations of POC and Pentek, which we acquired last year.").

[54]    Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, pp. 12–13. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("And Peter, I would just add to that. We just went through our update to our 5-year forecast as part of our midyear strategic planning exercise. And Mark just talked about fiscal '23, but when you look at the 5-year, it's very strong as well. And that growth is supported by the major programs we're on, the markets that we've been investing in. So a clear path to return to the organic growth model. And then on top of that is 1MPACT ramping up not just in fiscal '23, but margin expansion over the 5-year period.").

[55]    Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 5. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("In addition to optimizing our balance sheet by improving our capital and asset efficiency, we see substantial potential through 1MPACT to expand our margins. We're focusing on 5 major areas: first, organizational efficiency and scalability; second, procurement and supply chain; third, facilities optimization; and four, scalable common processes and systems.").

integration of its recent acquisitions was still ongoing and that its efforts to achieve "common processes and systems" under 1MPACT was still ongoing. Combined, on February 1, 2022, the total mix of information contained the following facts:

    a. Mercury had *still* not finished integrating companies that had been acquired.

    b. Mercury's new 1MPACT initiative *was still ongoing* and would further integrate to achieve scalable common processes and systems.

    c. Mercury's ongoing integration efforts were risky and could result in downside in Mercury's operating and financial performance.

55. My research of stock analysts in **Appendix D** indicates that analysts continued to describe the risks facing investors as a result of Mercury's acquisition strategy and its ongoing efforts to integrate the companies that it had acquired. **Figure 3** below provides examples of analyst commentary from Appendix D before and after the Fully Integrated Statement was made.

**FIGURE 3: ANALYST COMMENTARY FOLLOWING THE FULLY INTEGRATED STATEMENT**

| | Analyst | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | 11/4/21 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[56] | 2/2/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[57] |
| [2] | Berenberg | 1/21/22 | Key risks to our investment thesis . . . M&A risks including inability to find suitable acquisition candidates and failure | 2/2/22 | Key risks . . . M&A risks including inability to find suitable acquisition candidates and failure to integrate acquired |

[56] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Natalie O'Dea, "Mercury Systems Organic Revenue Growth Headwinds Continue; Lowering PO to $45," Bank of America Securities Analyst Report, November 4, 2021, p. 4.

[57] Ronald Epstein, Mariana Perez Mora, and Elizabeth Grenfell, "Mercury Systems 2Q22 Adj. EPS of $0.39 Below BofAe; Sales Down 13.1% Y/Y Organically," Bank of America Securities Analyst Report, February 2, 2022, p. 3.

| Analyst | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
|---|---|---|---|---|
| | Date of Report | Statement | Date of Report | Statement |
| | | to integrate acquired companies efficiently . . .[58] | | companies efficiently . . .[62] |
| | | Key risks . . . M&A sourcing / execution: MRCY may be unable to source suitable acquisition candidates, may overpay for an acquisition, or may fail to integrate an acquired company into its operations.[59] | | |
| | | Acquisitions are fully integrated, and management has a demonstrated ability in extracting cost and revenue synergies. MRCY seeks to unify acquired capabilities under one umbrella, combining like businesses or product lines to gain scale and efficiencies over time . . . We anticipate that M&A activity will continue in the coming years.[60] | | |
| | | In our view, the company is differentiated by its strong track record of M&A integration and extensive R&D investment.[61] | | |
| [3] | Canaccord Genuity | 1/25/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[63] | 2/1/22 | Important investment risks for MRCY include the following: . . . |

---

[58]   Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, pp. 5, 8.

[59]   Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 24.

[60]   Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 10.

[61]   Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 4.

[62]   Christopher Rieger, "Mercury Systems, Inc. (MRCY US) FQ2 Misses Consensus; Macro Concerns Persist for FY22," Berenberg Capital Markets Analyst Report, February 2, 2022, p. 1.

[63]   Austin Moeller, "Mercury Systems FTC Fires the First Shot on Critical Defense Supplier Consolidation," Canaccord Genuity Capital Markets Analyst Report, January 25, 2022, p. 2.

| | Analyst | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | | | Synergy capture from the recent acquisitions . . .[64] |
| [4] | Jefferies | 1/14/22 | Downside Scenario . . . deal integration issues.[65] | 2/6/22 | Downside Scenario . . . deal integration issues.[68] |
| | | | . . . we do view the 1IMPACT program as an opportunity to integrate the company. . . . acquisitions largely focused on adding content vs cost integration. 1MPACT could have a 400bp benefit on margins as deals are properly integrated.[66] | | Catalysts . . . Possible accretive transactions and the integration of Atlanta Micro, Avalex, Pentek, and POC driving synergies.[69]

We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy revenue growth has grown at a CAGR of 24% compared to EBITDA growth at a 37% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 23% |

---

[64] Austin Moeller, "Mercury Systems Defense Budget Holdup, Supply Chain Leaves Q4 Going 'All-In'," Canaccord Genuity Capital Markets Analyst Report, February 1, 2022, p. 2.

[65] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 2.

[66] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 1.

[68] Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 2.

[69] Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 2.

| | Analyst | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | . . . the company shifted strategy at the beginning of FY22 with its 1MPACT initiative looking to consolidate and streamline the company's organizational structure, which is needed, given the company's focus on driving cost synergies through prior acquisitions has likely lagged, exhibited by core EBITDA growth remaining in-line with core revenue growth since FY16. The 1MPACT initiative is expected to provide $40-50MM of incremental cost takeout, or 250-400 bps of incremental margin to FY24, with $22MM of total net savings expected in FY22.[67] | | CAGR compared to a 21% CAGR for EBITDA. Nonetheless, the 4.4X expansion of revenue over the last 7 years compares to a 9.2X expansion of EBITDA, which points to full integration of deals over the past 7 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 10%, while core EBITDA has also averaged 10% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[70] |
| [5] | J.P. Morgan | 11/3/21 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[71] | 2/14/22 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[72] |
| [6] | RBC Capital Markets | 11/2/21 | The key risks to our investment thesis and price target objective include: . . . M&A pipeline and the company's ability to successfully execute and | 2/1/22 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and |

[67]  Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 3.

[70]  Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 6.

[71]  Seth Seifman, Tyler Bolanos, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Biding Time Until Growth Returns," J.P. Morgan Analyst Report, November 3, 2021, p. 3.

[72]  Seth Seifman, Rocco Barbero, Tyler Bolanos, and Wuzmal Handu, "Mercury Systems Navigating Choppy Waters," J.P. Morgan Analyst Report, February 14, 2022, p. 4.

| | Analyst | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | integrate subsequent acquisitions . . .[73] | | integrate subsequent acquisitions . . .[75] |
| | | | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[74] | | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[76] |
| [7] | Truist Securities | 11/2/21 | Risks to our rating and price target include . . . acquisition integration risk . . .[77] | 2/1/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[78] |
| [8] | William Blair | 11/2/21 | Primary risks for Mercury's stock include: . . . uncertainty regarding | 2/2/22 | Primary risks for Mercury's stock include: . . . uncertainty regarding |

---

[73] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, pp. 9, 12.

[74] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, p. 7.

[75] Ken Herbert, "Mercury Systems Inc Fiscal 2Q22 Results In-Line, Management Maintains Strong Fiscal 4Q22 Confidence, FY22/FY23 Outlook," RBC Capital Markets Analyst Report, February 1, 2022, pp. 9, 12.

[76] Ken Herbert, "Mercury Systems Inc Fiscal 2Q22 Results In-Line, Management Maintains Strong Fiscal 4Q22 Confidence, FY22/FY23 Outlook," RBC Capital Markets Analyst Report, February 1, 2022, p. 7.

[77] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) FY22 Outlook Reaffirmed But F4Q Weighting Looms Amid Industry Risk Factors," Truist Securities Analyst Report, November 2, 2021, p. 6.

[78] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Organic Revenue Outlook Reduced Amid Supply Chain; LTAMDS Program Slides to the Right," Truist Securities Analyst Report, February 1, 2022, p. 7.

| | Example Analyst Commentary Prior to the Fully Integrated Statement | | Example Analyst Commentary During February 2022 | |
| Analyst | Date of Report | Statement | Date of Report | Statement |
|---|---|---|---|---|
| | | ability to continue to integrate acquisitions . . .[79]<br><br>We continue to view fiscal 2022 as a transition year, as the company digests prior acquisitions, optimizes efficiency, and navigates a persistently challenging environment.[80] | | ability to continue to integrate acquisitions . . .[81] |

### V.B.3.    Throughout the Class Period, Mercury Reiterated that Integration Was Still Ongoing

56. Mercury continued to reiterate in its SEC filings during the Class Period that it had not finished integrating companies that had been acquired and that its 1MPACT initiative was still ongoing such that it was still creating common systems and processes throughout Mercury.[82] For example, Mercury's SEC Form 10-Q filed on February 8, 2022 stated, "Management is in the process of integrating the Pentek, Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment."[83] Mercury continued to update

---

[79] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment," William Blair Analyst Report, November 2, 2021, p. 2.

[80] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment," William Blair Analyst Report, November 2, 2021, p. 1.

[81] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter as Book-to-Bill Recovers, but Headwinds Persist and Full-Year Organic Revenue Guidance Was Reduced," William Blair Analyst Report, February 2, 2022, p. 2.

[82] Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 6. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ. ("In addition, we see substantial potential through 1MPACT to expand our margins. We're focusing on 5 major areas: first, organizational efficiency and scalability; second, procurement and supply chain; third, facilities optimization, and fourth; scalable common processes and systems. The fifth area is R&D investment efficiency and returns.").

[83] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended December 31, 2021, filed February 8, 2022 at 4:10:20 PM ET, p. 36. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000010/0001049521-22-000010-index.html, last accessed September 3, 2025.

investors on the ongoing status of these integration efforts over the next several quarters. For example:

**May 10, 2022 Form 10-Q:**

Management is in the process of integrating the Pentek, Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[84]

The goal of 1MPACT is to achieve our full growth, margin expansion and adjusted EBITDA potential over the next five years. . . . Now, as we approach the milestone of $1 billion of revenue, we believe there is significant opportunity to realize further scale through consolidating and streamlining our internal organizational structure which will improve visibility, speed of decision making and accountability.[85]

**August 16, 2022 Form 10-K:**

Since July 1, 2015 we have acquired 15 businesses, which are strategically aligned with Mercury, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[86]

Management is in the process of integrating the Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[87]

The goal of 1MPACT is to achieve our full growth, margin expansion and adjusted EBITDA potential over the next five years. . . . As we approach the milestone of $1 billion of revenue, we believe there is significant opportunity

---

[84]   Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 1, 2022, filed May 10, 2022 at 4:11:44 PM ET, p. 37. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000019/0001049521-22-000019-index.html, last accessed September 3, 2025.

[85]   Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 1, 2022, filed May 10, 2022 at 4:11:44 PM ET, p. 26. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000019/0001049521-22-000019-index.html, last accessed September 3, 2025.

[86]   Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 12. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

[87]   Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 86. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

to realize further scale through consolidating and streamlining our internal organizational structure which will improve visibility, speed of decision making and accountability.[88]

### November 1, 2022 Earnings Call:

We've seen tremendous changes since we launched 1MPACT at the beginning of fiscal '22. We began by simplifying and streamlining our organizational structure and strengthening the leadership team, and we continue to do so.[89]

### November 8, 2022 Form 10-Q:

Management is in the process of integrating the Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[90]

### May 2, 2023 Earnings Call:

In addition, we're through the first phase of our business systems integration in Torrance, California, the former POC. This was delayed largely due to [COVID]-related travel restrictions and is on track to be completed in the fourth quarter. Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital.[91]

Our 1MPACT program launched in early fiscal '22 has continued to evolve and deliver positive results. We've streamlined our organizational structure and significantly strengthened our leadership team.[92]

---

[88] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 35. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

[89] Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022, p. 6. The conference call was held on November 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[90] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended September 30, 2022, filed November 8, 2022 at 4:23:19 PM ET, p. 32. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000067/0001049521-22-000067-index.html, last accessed September 3, 2025.

[91] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[92] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 6. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

57. In these disclosures, Mercury continued to describe how 1MPACT was still ongoing and how it hoped that this initiative would allow Mercury to "further scale through consolidating and streamlining our internal organizational structure which will improve visibility, speed of decision making and accountability."[93] These disclosures also repeated over time that Mercury was still in the process of integrating POC, Pentek, Avalex, and Atlanta Micro. Moreover, beginning no later than May 2, 2023, Mercury alerted investors that if it could not complete its integration then it could encounter problems going forward in project execution: "Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital."[94]

### V.B.4.    Event Study Analysis Demonstrates that Mercury's Stock Price Did Not Decline When it Stated That it "Didn't Fully Integrate" on August 15, 2023

58. The analysis in Sections V.B.1, V.B.2, and V.B.3 indicates that the alleged falsity in the Fully Integrated Statement did *not* change the total mix of information in the manner assumed by Plaintiffs' theory of price impact. As described in Section V.A, Plaintiffs' theory of price impact assumes that investors had understood that Mercury had not finished fully integrating the companies it acquired and that the Fully Integrated Statement caused investors to change their beliefs to now understand that Mercury had finished, resulting in its acquisitions being "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring

---

[93]    Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 35. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025 ("The goal of 1MPACT is to achieve our full growth, margin expansion and adjusted EBITDA potential over the next five years. . . . As we approach the milestone of $1 billion of revenue, we believe there is significant opportunity to realize further scale through consolidating and streamlining our internal organizational structure which will improve visibility, speed of decision making and accountability.").

[94]    Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("In addition, we're through the first phase of our business systems integration in Torrance, California, the former POC. This was delayed largely due to core-related travel restrictions and is on track to be completed in the fourth quarter. Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital.").

company."[95] However, as shown in Section V.B.1, the total mix of information just prior to the start of the Class Period included the fact that Mercury had not finished integrating the companies it had acquired and that its efforts to achieve scalable "common processes and systems" were ongoing. As such, the total mix of information contained information describing how Mercury had in fact not fully integrated its acquisitions as defined by Plaintiffs prior to the Class Period. As shown in Section V.B.2, on the first day of the Class Period Mercury reiterated that its integration of acquired companies was still ongoing, including its efforts to achieve scalable "common processes and systems." As such, the total mix of information contained information describing how Mercury had in fact not fully integrated its acquisitions as defined by Plaintiffs on the first day of the Class Period. As shown in Section V.B.3, Mercury reiterated that integration was still ongoing throughout the Class Period. As such, the total mix of information contained information describing how Mercury had in fact not fully integrated its acquisitions as defined by Plaintiffs during the Class Period.

59. As such, in an efficient market, there is no reason to believe that the Fully Integrated Statement caused investors to change their beliefs as predicted by Plaintiffs' theory because to do so would require investors to ignore the other statements by Defendants on the same subject. Because the total mix of information informed market participants that Mercury's integration of acquired companies was ongoing before, at the start of, and during the Class Period, there is no catalyst that could have caused investors to change that expectation as suggested by Plaintiffs. In my opinion, the total mix of information informed market participants that Mercury had not fully integrated the acquired companies at the start of the Class Period such that they were "fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company."[96]

---

[95] SAC, ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

[96] SAC, ¶ 105 ("The key element to a successful roll-up strategy is referred to as 'tucking-in' or fully integrating, the acquired businesses into the acquiring company's operations. The acquiring company achieves full integration when the acquired company is fully absorbed into the infrastructure of the acquiring company such that the acquired company no longer retains its individual structure and is indistinguishable from the acquiring company.").

60. Consistent with my opinion, Mercury's stock price did not decrease when Mercury stated that it "didn't fully integrate some of the businesses" on August 15, 2023. On this day (after hours), Mercury held an analyst conference call to discuss its financial results from FQ4 2023.[97] On this conference call William Ballhaus, Mercury's CEO, said the following:

> Second impression: over the past several years the company grew inorganically into strategically attractive areas, but ***didn't fully integrate some of the businesses and mature processes and management systems*** to align with Mercury's evolving business portfolio. In my experience, this is not uncommon in businesses that grow rapidly via acquisitions. At Mercury, though, the immaturity and lack of full integration of key functional areas have led to the serious challenges the company experienced forecasting business performance over the past several quarters. That said, maturing in these areas is doable, within our control, and underway.[98]

61. Because the August 15, 2023 conference call was held after trading hours, a price reaction (if any) would be expected to occur on the next trading day: August 16, 2023.[99] On this day, Mercury stock closed at $36.17, a 6.9% increase from the prior day's close of $33.84.[100] According to Dr. Feinstein's regression model, the abnormal return associated with this increase is statistically significantly positive.[101]

---

[97]  Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[98]  Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 5. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ (emphasis added).

[99]  Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5) (1991): 1576–1617, p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

[100]  Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 94. 6.9% = 36.17 / 33.84 − 1.

[101]  Feinstein Report, "Exhibit-10 MRCY Common Stock Event Study Results for All Class Period Dates," p. 158.

On August 15, 2023, Mercury announced EPS below consensus as well as FY 2024 guidance below consensus. As such, the earnings and guidance announced on August 15, 2023 does not constitute confounding positive news that would be expected to offset a hypothetical negative reaction to the statement that Mercury "didn't fully integrate."

However, even if positive confounding information were shown to exist that could have caused Mercury's stock price to increase, the total mix of information still included the fact that Mercury had not fully integrated the companies it had acquired throughout the Class Period. In an efficient market, old news does not cause stock prices to change regardless of whether old news is confounded or not.

Specifically, on August 15, 2023, Mercury announced FQ4 2023 EPS of $0.11, compared to the prior consensus estimate of $0.59 (EPS consensus source: S&P Capital IQ as of August 14, 2023). This represents a negative earnings surprise of $0.48 per share, or 81% lower than consensus. According to economic research presented in MacKinlay (1997), a negative earnings surprise of 81% constitutes "bad news" that would be expected to

**V.B.5.**     **The Economic Evidence Indicates that the Fully Integrated Statement Did Not Cause a Price Impact During the Class Period**

62. In my opinion, the Fully Integrated Statement did not cause a price impact as alleged by Plaintiffs.

63. As described above, Plaintiffs' theory of price impact suggests that the Fully Integrated Statement provided market participants with new, unexpected, and value-relevant information about the status of Mercury's integration efforts as of the start of the Class Period. However, my analysis indicates that, before and after the Fully Integrated Statement, the total mix of information included facts informing market participants that Mercury had not fully integrated the companies it had acquired as of the start of the Class Period. Consistent with this finding, my analysis of stock analysts indicates that they continued to describe the risks of Mercury's ongoing integration efforts throughout the Class Period. Also consistent with this finding, Mercury's stock price did not decrease following the August 15, 2023 disclosure when Mercury stated once again that it had not fully integrated the companies it had acquired before the start of the Class Period.

64. According to efficient market theory, stock prices change when market participants learn new, unexpected value-relevant information that causes them to change their beliefs about the price

---

cause a stock price decrease in an efficient market. *See* A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* XXXV (March 1997): 13–39 (hereinafter, "MacKinlay (1997)"), p. 16).

On August 15, 2023, Mercury also issued FY 2024 guidance below consensus, projecting revenues of $950 - $1,000 million (vs. consensus of $1,031 million), adjusted EBITDA of $160 - $185 million (vs. consensus of $188 million), and adjusted EPS of $1.14 - $1.48 (vs. consensus of $1.71). FY 2024 guidance included in Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Fourth Quarter and Fiscal Year 2023 Financial Results," filed August 15, 2023 at 4:00:27 ET, Slide 13. The filing time indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000029/0001049521-23-000029-index.html, last accessed September 4, 2025. Consensus estimates from S&P Capital IQ as of August 14, 2023.

Research shows that the average stock price reaction to bad news in earnings guidance (defined as management earnings forecasts that are lower than analysts' forecasts) is negative, and "the stock price response to bad news is substantially larger in absolute value than the stock price response to good news." *See* Amy P. Hutton, Gregory S. Miller and Douglas J. Skinner, "The Role of Supplementary Statements with Management Earnings Forecasts," *Journal of Accounting Research* 41(5) (2003): 867–890, pp. 875, 883. *See also*, Leonard C. Soffer, S. Ramu Thiagarajan and Beverly R. Walther, "Earnings Preannouncement Strategies," *Review of Accounting Studies* 5 (2000): 5–26, p. 17 (defines guidance news ("PANEWS") as "the preannouncement amount minus the consensus analyst forecast …"); and p. 21 ("…the excess return around the preannouncement date is significantly associated with PANEWS in both the positive … and negative … total news subsamples.").

---

or value of a stock. This means that alleged false and misleading information must provide market participants with new, unexpected, and value-relevant information for it to cause them to change their beliefs about the value of stock. If alleged false and misleading information does not provide new, unexpected, and value-relevant information then investors have no catalyst, *i.e.*, no new information, to update their beliefs. As such, if the market is efficient as alleged, then there can be no price impact as alleged in this case.

V.C.    ANALYSIS OF PRICE IMPACT OF THE COST GROWTH STATEMENT AND THE MARGIN PROFILE STATEMENT

65.    In this section, I examine whether Mercury's stock price was impacted as alleged by the Cost Growth Statement and the Margin Profile Statement. In Section V.C.1, I begin by explaining that, as an initial matter, because there is no price impact from the Fully Integrated Statement, there can be no price impact for the Cost Growth Statement and the Margin Profile Statement. In Section V.C.2 and V.C.3, I next explain that investors who purchased after the Cost Growth Statement and the Margin Profile Statement were buying on additional risks that had been disclosed. In Section V.C.4, I investigate market evidence regarding market participants' reactions to Mercury's disclosures and demonstrate these are consistent with my findings.

**V.C.1.    From a Logical Basis, Because There Is No Price Impact From the Fully Integrated Statement, There Can Be No Price Impact for the Cost Growth Statement and the Margin Profile Statement**

66.    Plaintiffs allege the Cost Growth Statement, and the Margin Profile Statement are false and misleading for the same reason as the Fully Integrated Statement: that Mercury had not "fully integrated" the companies it acquired.

67.    I understand Plaintiffs' theory of price impact of the Fully Integrated Statement to hinge on the assumption that the ***fact alone*** that Mercury had not fully integrated its acquisitions as defined by Plaintiffs would have caused investors to change their beliefs about the value or price of Mercury's stock. In this theory, Plaintiffs ascribe a valuation impact to this knowledge, albeit without specifying the manner in which integration is believed to cause investors to value the company more highly (e.g., Plaintiffs do not identify economic literature documenting how

companies' stock prices change when they announced they have completed integration; instead they simply assert that the completion of integration itself is value relevant). Plaintiffs' theory seems to be that investors would have to believe the company would be less valuable upon learning it was not "fully integrated," *i.e.*, that fact alone would affect their beliefs about the amount, timing, or risk of the company's cash flows.

68. I understand Plaintiffs to further allege the Cost Growth Statement impacted Mercury's stock price during the Class Period by causing investors to come to the incorrect belief its execution challenges on "approximately a dozen or so" programs were in fact "not unique to Mercury" and that the "true source of Mercury's cost growth was the additional costs needed to meet these performance obligations" was not related to the status of its integration because they thought Mercury had fully integrated the companies it had acquired.[102]

69. I understand Plaintiffs to allege the Margin Profile Statement impacted Mercury's stock price during the Class Period by causing investors to come to the belief that Mercury's execution challenges on twenty programs did not reflect a "structural shift"[103] in Mercury's profit margin going forward and were "unanticipated" and "temporary,"[104] when in fact they allegedly were

---

[102]  Order, p. 26 ("The statements that performance obligations on the impacted programs were 'not unique to Mercury' ('Statement No. 13(a)') were purportedly materially false and misleading because Mercury was experiencing these challenges as a result of execution problems on a dozen programs that were caused precisely by Mercury's failure fully to integrate the Company's acquisitions, meaning that these challenges were, in fact, unique to Mercury."); p. 27 ("The statement in PSAC ¶ 251 that '[t]he cost growth we're experiencing is associated with certain new technology developments that are nearing completion' ('Statement No. 13(b)') was purportedly materially false and misleading because it was actually the execution problems caused by Mercury's failure fully to integrate acquisitions that had prevented the completion of performance obligations. Allegedly the true source of Mercury's cost growth was the additional costs needed to meet these performance obligations, not 'certain new technology developments that are nearing completion[.]'" (internal citations omitted)).

[103]  Order, p. 29 ("The statement that '[o]ur reported margin in 2023 does not at all reflect a structural shift in our margin profile' ('Statement No. 14(a)') was purportedly materially false and misleading because Defendants' failure fully to integrate Mercury's acquisitions had caused execution problems on twenty programs that would necessitate increased costs that would negatively impact Mercury's financial performance for FY24. In other words, Mercury's reported margin in FY23 did, in fact, represent a structural shift in Mercury's margin profile for FY24.").

[104]  Order, p. 29 ("The statement that the execution problems with the challenged programs were 'unanticipated' and 'temporary' ('Statement No. 14(b)') was purportedly materially false and misleading because these execution problems were directly caused by Defendants' failure fully to integrate Mercury's acquisitions, meaning they were anticipated, and remediating these execution problems had been, and would continue to be, time consuming and costly, and therefore not temporary.").

caused by Mercury's failure to fully integrate, because they thought Mercury had fully integrated the companies it had acquired.

70. I understand Plaintiffs' theory of price impact for the Cost Growth Statement and the Margin Profile Statement to indicate that the allegedly material omission that Mercury had not fully integrated caused market participants to discount the possibility that Mercury's project execution risks were in fact not unique to Mercury or were only temporary and would not persist. However, if knowledge per se is enough to trigger price impact because it alerts investors to the risk that an incomplete integration could result in poor operating performance and stock price declines, then it necessarily follows that the market was on notice that Mercury could encounter issues that would result in stock price declines as soon as the total mix of information included knowledge of lack of full integration. As demonstrated in Sections V.B.1, V.B.2, and V.B.3, Mercury stated before the Class Period, on the first day of the Class Period, and throughout the Class Period that it was still integrating companies acquired prior to the Class Period and that its integration someday could allow Mercury to create *"scalable common processes and systems"* across all of Mercury's acquired companies.[105] Because the total mix of information reminded the market price that Mercury had not finished integrating its acquisitions, market efficiency indicates that Mercury's stock price would reflect the risk that Mercury could someday encounter operational challenges as it continued to manage and operate these companies.

### V.C.2.    Investors Purchasing Mercury Stock after May 2, 2023 Paid Prices That Reflected the Risk That Mercury Could Still Face Increased Costs due to Program Execution Going Forward

71. If a potential class member had bought a share of Mercury stock after May 2, 2023 (i.e., after the Cost Growth Statement was made), then this class member would have purchased a share of stock that had already priced in the following two disclosed risks (among others): (1) the

---

[105]  Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 7. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("1MPACT will be led by a new Chief Transformation Officer reporting to me. As it progresses over the course of the next 2 to 3 years, in addition to growth, we'll be focusing on 6 major areas: organizational efficiency and scalability; procurement and supply chain; facilities optimization; R&D investment efficiency; capital and asset efficiency; and scalable common processes and systems.").

risk that Mercury was in the process of integrating companies it had acquired and (2) the risk that Mercury may further decline going forward because Mercury would need another 2 to 3 quarters to complete the "approximately a dozen or so" programs that were having cost overruns associated with program execution.

72. The first risk was previously disclosed as demonstrated in Sections V.B.1, V.B.2, and V.B.3. The second risk was disclosed no later than May 2, 2023. As described in detail in Section VI.B below, Mercury had explicitly warned investors on May 2, 2023 about the risk surrounding its "approximately a dozen or so" challenged programs:

> Approximately a dozen or so of our 300-plus active programs have been affected. . . . We expect these programs to complete over the next 2 to 3 quarters and transition to production-based contracts thereafter.[106]

73. Mercury also disclosed that until it had finished integrating the companies it acquired it would face difficulties with program execution:

> Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital.[107]

74. As such, if a potential class member purchased a share of Mercury stock on May 3, 2023 and held onto that share until February 7, 2024, then the efficient market theory predicts that purchaser paid a price that reflected the disclosed risk that Mercury could continue to experience price declines as it continued to move the "approximately a dozen or so" programs along to fulfilment and that it could experience additional challenges because it had not finished integrating the companies it acquired. Thus, even if the class member had incurred a nominal loss on November 8, 2023 or February 7, 2024, then efficient market theory predicts that these price declines could not have been caused by the market learning "for the first time" that Mercury had not "fully integrated," because this was already known to the total mix of information. Rather, in this matter, this investor would have incurred a loss caused by the

---

[106]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[107]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

realization of a previously disclosed risk related to the confounding information disclosed on May 2, 2023 and not any alleged falsity in the Actionable Statements.

### V.C.3.    Investors Purchasing Mercury Stock after August 15, 2023 Paid Prices That Reflected the Risk That Mercury Could Still Face Increased Costs due to Program Execution Going Forward

75.  If a potential class member had bought a share of Mercury stock after August 15, 2023 (i.e. after the Margin Profile Statement was made), then this class member would have purchased a share of stock that had already priced in the following three disclosed risks (among others): (1) the risk that Mercury was in the process of integrating companies it had acquired (discussed in Sections V.B.1, V.B.2, and V.B.3);  (2) the risk that Mercury may further decline going forward because Mercury may need to continue relying on senior engineering to move "approximately a dozen or so" projects from development to production over the next two quarters (discussed in Section V.C.2); and (3) the risk that Mercury may further decline going forward because the number of challenged programs had grown to 20 and Mercury's CEO "can't promise we are done seeing the impacts from the challenged programs."[108]

76.  This third risk was disclosed on August 15, 2023 (after hours) in the FQ4 2023 earnings call. On this call Mercury continued to describe its challenged programs, which had grown in number to 20. CEO William Ballhaus stated that Mercury expected these programs to complete "throughout FY '24" and that he "can't promise we are done seeing the impacts from the challenged programs on our results":

> In FY '23, execution challenges on approximately 20 programs, a majority of which are development in nature, drove approximately $56 million of impact or approximately 580 basis points of margin contraction. . . . Two of these programs moved into production in Q4, 5 more have or are expected to transition in H1, with the majority completing throughout FY '24. While I can't promise we are done seeing the impacts from the challenged programs on our

---

[108]  Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 6. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("While I can't promise we are done seeing the impacts from the challenged programs on our results I can say that these execution challenges are resolvable, temporary in nature, and the full force of the organization is focused on overcoming them.").

results I can say that these execution challenges are resolvable, temporary in nature, and the full force of the organization is focused on overcoming them.[109]

77. As such, if a potential class member purchased a share of Mercury stock on August 16, 2023 and held onto that share until February 7, 2024, then the efficient market theory predicts that purchaser paid a price that reflected the disclosed risk that Mercury could continue to experience price declines as it continued to move the 20 programs along to fulfilment and that it could experience additional challenges because it had not finished integrating companies it acquired. Thus, even if the class member had incurred a nominal loss on November 8, 2023 or February 7, 2024, then efficient market theory predicts that these price declines could not have been caused by the market learning "for the first time" that Mercury had not "fully integrated," because this was already known to the total mix of information.

78. Rather, in this matter, this investor would have incurred a loss caused by the realization of a previously disclosed risk and confounding information and not the alleged falsity in the Actionable Statements.

### V.C.4. Stock Analyst Commentary Confirms that Analysts Continued to Discuss Integration Risk Following the Cost Growth Statement and the Margin Profile Statement

79. Market evidence confirms that stock analysts did not change their beliefs regarding the risk related to Mercury's ongoing integration of companies acquired before the Class Period following either the Cost Growth Statement or the Margin Profile Statement. **Figure 4** and **Figure** 5 below list examples of commentary before and after the Cost Growth Statement and the Margin Profile Statement, respectively. Analyst commentary indicates these analysts did

---

[109] Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 6. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("In FY '23, execution challenges on approximately 20 programs, a majority of which are development in nature, drove approximately $56 million of impact or approximately 580 basis points of margin contraction. We are squarely focused on mitigating the effects from the challenged programs, completing them and transitioning them into production. We have strengthened our program reviews on development programs with increased frequency and internal rigor and tightened program management accountability to drive better performance. Two of these programs moved into production in Q4, 5 more have or are expected to transition in H1, with the majority completing throughout FY '24. While I can't promise we are done seeing the impacts from the challenged programs on our results I can say that these execution challenges are resolvable, temporary in nature, and the full force of the organization is focused on overcoming them.").

not change their beliefs that there was less risk facing Mercury's ongoing integration following the Cost Growth Statement and the Margin Profile Statement. Before and after, stock analysts continued to describe the risk of Mercury's ongoing integration. Analysts also commented on the additional risks Mercury disclosed on May 2, 2023 and August 15, 2023 as described in Sections V.C.2 and V.C.3 above.

**FIGURE 4: ANALYST COMMENTARY FOLLOWING THE COST GROWTH STATEMENT**

| | Analyst | Example Analyst Commentary Prior to the Cost Growth Statement | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | | | 5/2/23 | *I did not identify a statement regarding integration.*[110] |
| [2] | Berenberg | | | *I did not identify a report published during May 2023* | |
| [3] | Canaccord Genuity | | | *I did not identify a report published during May 2023* | |
| [4] | Jefferies | 2/5/23 | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% | 5/7/23 | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 10% CAGR compared to a 16% CAGR |

---

[110]  Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 3QFY23 Adj. EPS Beat on Tax Benefit, Lowering FY23 Outlook," Bank of America Securities Analyst Report, May 2, 2023.

| | Analyst | Example Analyst Commentary Prior to the Cost Growth Statement | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | CAGR compared to a 16% CAGR for EBITDA. Nonetheless. the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[111] | | for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[112] |
| [5] | J.P. Morgan | | | *I did not identify a report published during May 2023* | |
| [6] | RBC Capital Markets | 2/1/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[113] | 5/2/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[114] |

---

[111] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Bidder, Bidder - Who's Going to Be the Winner," Jefferies Analyst Report, February 5, 2023, p. 8.

[112] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 7.

[113] Ken Herbert, "Mercury Systems Inc Transaction Process Appears to Be Moving Forward at MRCY," RBC Capital Markets Analyst Report, February 1, 2023, p. 5.

[114] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, pp. 9, 13.

| | Analyst | Example Analyst Commentary Prior to the Cost Growth Statement | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| | | | | | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[115] |
| [7] | Truist Securities | 1/31/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[116] | 5/2/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[117] |
| [8] | William Blair | 2/1/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[118] | 5/3/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[119] |

---

[115]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 7.

[116]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Decision by the Board to Pursue Strategic Alternatives Overshadows Everything Else," Truist Securities Analyst Report, January 31, 2023, p. 7.

[117]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Blindsided by Challenges at 12 Programs; Focus Shifts to Outcome of Strategic Review," Truist Securities Analyst Report, May 2, 2023, p. 7.

[118]  Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Pursuing Strategic Alternatives, CFO Resigns, Mixed Quarterly Results as Bookings Improve," William Blair Analyst Report, February 1, 2023, p. 2.

[119]  Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs," William Blair Analyst Report, May 3, 2023, p. 2.

**FIGURE 5: ANALYST COMMENTARY FOLLOWING THE MARGIN PROFILE STATEMENT**

| | Analyst | Example Analyst Commentary Prior to the Margin Profile Statement | | Example Analyst Commentary During August 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | | | 8/15/23 | *I did not identify a statement regarding integration*[120] |
| [2] | Berenberg | | | | *I did not identify a report published during August 2023* |
| [3] | Canaccord Genuity | | | | *I did not identify a report published during August 2023* |
| [4] | Jefferies | 5/7/23 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[121]<br><br>We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. . . . However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 10% CAGR compared to a 16% CAGR for EBITDA. . . . This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[122] | 8/16/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[123]<br><br>New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt. team until internal execution improves.[124] |

---

[120]  *See, generally*, Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems 4QFY23 Miss and Weaker FY24 Outlook; Refocus on 4 Key Areas," Bank of America Securities Analyst Report August 15, 2023.

[121]  Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 3.

[122]  Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 7.

[123]  Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 2.

[124]  Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 5.

| | Analyst | **Example Analyst Commentary Prior to the Margin Profile Statement** | | **Example Analyst Commentary During August 2023** | |
|---|---|---|---|---|---|
| | | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| [5] | J.P. Morgan | 6/26/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[125] | 8/16/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[126] |
| [6] | RBC Capital Markets | 7/7/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[127] | 8/15/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[128]<br><br>Management also highlighted the need to focus on program management across the business, streamlining prior acquisitions with an emphasis on delivering more predictable results . . .[129]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A |

---

[125] Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Moving to Neutral with No Sale and Mgmt Reset Ahead," J.P. Morgan Analyst Report, June 26, 2023, p. 3.

[126] Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems One Step at a Time," J.P. Morgan Analyst Report, August 16, 2023, p. 4.

[127] Ken Herbert, "Mercury Systems Inc JANA Partners Re-Invests in MRCY with an 8% Stake, Continuing to Add Representation to the BoD," RBC Capital Markets Analyst Report, July 7, 2023, p. 4.

[128] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, pp. 9,13. *See also,* Ken Herbert, "Mercury Systems Inc Soft 4Q23 Puts Focus on FY24 Guide, Uncertainty on Expected Improvement in Challanged Programs," RBC Capital Markets Analyst Report, August 15, 2023, p. 4.

[129] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 3.

| | Analyst | Example Analyst Commentary Prior to the Margin Profile Statement | | Example Analyst Commentary During August 2023 | |
| --- | --- | --- | --- | --- | --- |
| | | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| | | | | | activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges.[130] |
| [7] | Truist Securities | 6/26/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[131] | 8/15/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[132] <br><br> After reviewing the business, the new mgmt team determined that as MRCY grew over the last several years to a bigger footprint via continued acquisition, program level workflow processes and management had not improved to appropriately support the new scale, largely contributing to the execution issues plaguing overall operations and the underperforming programs.[133] |

---

[130]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 7.

[131]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) No Sale of the Company but CEO is Out; Maintain Buy, Lower PT to $48 from $58," Truist Securities Analyst Report, June 26, 2023, p. 6.

[132]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Refreshing Messaging from New Leadership Team; FY24 Bar Appears to Be Set Low; Maintain BUY," Truist Securities Analyst Report, August 15, 2023, p. 7.

[133]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Refreshing Messaging from New Leadership Team; FY24 Bar Appears to Be Set Low; Maintain BUY," Truist Securities Analyst Report, August 15, 2023, p. 1.

| | Analyst | Example Analyst Commentary Prior to the Margin Profile Statement | | Example Analyst Commentary During August 2023 | |
| --- | --- | --- | --- | --- | --- |
| | | Date of Report | Statement | Date of Report | Statement |
| [8] | William Blair | 6/29/23 | Recent missteps, a challenging supply chain environment, and program partner challenges have impacted the company's financial results the past few quarters as the company faced challenges with execution and integration of acquisitions.[134] | 8/16/23 | We attribute many of the challenges to growing pains from acquiring too much too quickly. In our view, more mature processes and oversight can help mitigate future risks earlier and improve visibility for future forecasting.[136] |
| | | | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[135] | | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[137] |

80. In my opinion, stock analysts continued to describe the risk of Mercury's ongoing integration efforts to investors before and after the Cost Growth Statement and Margin Profile Statement. Whereas Plaintiffs allege that investors valued Mercury's stock as if it had fully integrated the 15 companies it had acquired prior to the Class Period, stock analysts described how Mercury could encounter problems with integration that could result in stock price declines.

## VI.    THE ALLEGED CORRECTIVE DISCLOSURES DO NOT DEMONSTRATE PRICE IMPACT ATTRIBUTABLE TO THE ACTIONABLE STATEMENTS

81. In this section, I describe why the stock price declines measured by Dr. Feinstein's event study regression model on August 3, 2022, May 3, 2023, November 8, 2023 and February 7, 2024 do not demonstrate price impact in this matter. As described below, these stock price declines

---

[134] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Announces New CFO and Adds Independent Director," William Blair Analyst Report, June 29, 2023, p. 2.

[135] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Announces New CFO and Adds Independent Director," William Blair Analyst Report, June 29, 2023, p. 2.

[136] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

[137] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

were not caused by a change in the total mix of information describing the fact that Mercury had not fully integrated companies acquired prior to the Class Period.

### VI.A.  THE AUGUST 2, 2022 ALLEGED CORRECTIVE DISCLOSURE DID NOT PROVIDE NEW, UNEXPECTED INFORMATION ABOUT WHETHER INTEGRATION HAD FINISHED OR WHETHER MERCURY HAD ACHIEVED FULL INTEGRATION

82. Plaintiffs allege that Mercury's August 2, 2022 disclosure (announced after-hours) relating to its FQ4 2022 and FY 2022 financial results were corrective of the alleged fraud:

> When the prior misrepresentations and fraudulent conduct by Defendants and defendants Ballhaus and Farnsworth were disclosed and became apparent to the market through a series of partial corrective disclosures, the trading price of Mercury's common stock fell precipitously as the artificial inflation was removed.[138]

> On August 2, 2022, after the close of trading, Mercury announced the Company's financial results for 4Q22 and FY22, disclosing for the first time that Mercury's inability to achieve performance obligations on certain undisclosed contracts was negatively impacting the Company's working capital, unbilled receivables, and cash flow.[139]

> In response to this revelation, the price of Mercury common stock declined approximately $7.67 per share, or 13.3%, from a close of $57.48 per share before the announcement on August 2, 2022, to close at $49.81 per share on August 3.[140]

83. As of August 2, 2022, the only prior Actionable Statement was the Fully Integrated Statement occurring on February 1, 2022, allegedly misrepresenting the fact that Mercury had not "fully integrated" its prior acquisitions. Logic implies that this alleged corrective disclosure could only correct the alleged falsity in the Fully Integrated Statement; the Cost Growth Statement and the Margin Profile Statement had not been made as of August 2, 2022.

---

[138]  SAC, ¶ 277.
[139]  SAC, ¶ 279.
[140]  SAC, ¶ 280.

84. The SAC does not cite specific documents in which "Mercury announced the Company's financial results for 4Q 22 and FY22" that contained the alleged corrective information. The SAC also does not describe how the total mix of information changed to correct (partially or fully) the alleged falsity in the Fully Integrated Statement.

85. To determine whether Mercury did in fact disclose information that could have changed the total mix of information as alleged by Plaintiffs, I collected and analyzed Mercury's SEC filings on August 2, 2022 that were made available to market participants for the first time after the close of trading on August 2, 2022 including: Mercury's Form 8-K and its attached Exhibit 99.1 containing a copy of a press release titled "Mercury Systems Reports Fourth Quarter and Fiscal 2022 Results", Mercury's Exhibit 99.2 containing a copy of a shareholder presentation entitled "Fourth Quarter and Fiscal Year 2022 Financial Results,"[141] and the transcript for Mercury's FQ4 2022 earnings conference call with investors[142] (collectively, the "FQ4 2022 Earnings Disclosure"). Mercury did not file its Form 10-K for FY2022 with the SEC until August 16, 2022.[143]

### VI.A.1.  The FQ4 2022 Earnings Disclosure Did Not Provide New Information About the Status of Mercury's Previously Disclosed Ongoing Integration

86. Analysis of the FQ4 2022 Earnings Disclosure indicates that Mercury's statements about integration made on August 2, 2022 did *not* change the total mix of information about the status of its integration efforts. In fact, analysis indicates that each of the statements relating to integration had, as matter of fact, been previously stated by Mercury during its most recent prior earnings announcement on May 3, 2022.

---

[141]  *See* Mercury Systems, Inc., Form 8-K, filed August 2, 2022 at 4:01:24 PM ET; Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Fourth Quarter and Fiscal 2022 Results," Mercury Systems, Inc. Press Release, filed August 2, 2022 at 4:01:24 PM ET; and Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Fourth Quarter and Fiscal Year 2022 Financial Results," filed August 2, 2022 at 4:01:24 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/0001049521/000104952122000040/0001049521-22-000040-index.htm, last accessed September 3, 2025.

[142]  Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[143]  Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

87. For example, on the August 2, 2022 conference call, Mercury's then-CEO, Mark Aslett, is quoted as stating: "Executing on our long-term strategy over the past decade, we've improved margins while growing the business organically, supplemented with disciplined M&A and full integration."[144] However, Mr. Aslett had made the same statement on May 3, 2022.[145] As such, Mr. Aslett's statement did not change the total mix of information and could not have caused Mercury's stock price to decline, let alone change on August 3, 2022.

88. During the same conference call, Mr. Aslett is quoted as saying "[a]s it relates to M&A, 1MPACT is about leveraging our proven ability to integrate and grow acquired businesses but with a greater scale going forward."[146] Mr. Aslett made the same statement on May 3, 2022.[147] As such, this statement did not change the total mix of information and could not have caused Mercury's stock price to decline, let alone change on August 3, 2022.

### VI.A.2.    The FQ4 2022 Earnings Disclosure Also Provided New Confounding Information About How Inflation in Material Costs Had Resulted in Lower than Expected Earnings

89. The FQ4 2022 Earnings Disclosure introduced new information into the total mix of information. For example, Mercury announced FQ4 2022 EPS of $0.81, compared to the prior consensus estimate of $0.98.[148] This represents an earnings miss of $0.17 per share, or 17% lower than consensus. According to economic research presented in MacKinlay (1997), an

---

[144]    Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 9. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[145]    Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 9. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("Our strategy is to improve margins while growing the business organically, supplemented with disciplined M&A and full integration. By executing on this strategy, we've created significant value for our shareholders for nearly a decade, and we expect to continue doing so.").

[146]    Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 6. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[147]    Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 6. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("1MPACT is about leveraging our proven ability to integrate and to grow acquired businesses, but it is a greater scale going forward.").

[148]    S&P Capital IQ as of August 1, 2022.

earnings miss of 17% constitutes "bad news" that would be expected to cause a stock price decline in an efficient market.[149]

90.  Mercury described that its FQ4 2022 earnings were lower than expected because of confounding negative impacts of defense budget delays, continued supply chain disruptions, and inflationary price pressure:

> In addition, we continue to execute our 1MPACT value-creation initiative with a short-term focus toward mitigating unprecedented supply chain, labor and inflationary pressures expected to continue into fiscal 2023.[150]

> That said, the quarter and the year were more challenging than we anticipated due to lingering pandemic impacts, the extended defense budget delay, continued supply chain disruption, labor market constraints and growing inflationary pressures.[151]

> Inflationary pressures, in large part related to semiconductors, became more of a challenge as fiscal '22 progressed. Semiconductors equate to 38% of our external supply spend, and we're seeing double-digit price increases. We expect to see greater impacts from material inflation and, to a lesser extent, labor inflation in fiscal '23.[152]

---

[149]  MacKinlay (1997), p. 16 ("To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news. Each announcement is categorized using the deviation of the actual earnings from the expected earnings. If the actual exceeds expected by more than 2.5 percent the announcement is designated as good news, and if the actual is more than 2.5 percent less than expected the announcement is designated as bad news.").

[150]  Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Fourth Quarter and Fiscal 2022 Results," Mercury Systems, Inc. Press Release, filed August 2, 2022 at 4:01:24 PM ET, p. 1 ("In addition, we continue to execute our 1MPACT value-creation initiative with a short-term focus toward mitigating unprecedented supply chain, labor and inflationary pressures expected to continue into fiscal 2023."). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000040/0001049521-22-000040-index.htm, last accessed September 3, 2025.

[151]  Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 4. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[152]  Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 5. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

**VI.A.3.     Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by Confounding News**

91.  On August 3, 2022, Mercury's stock declined by 13.3%.[153] According to Dr. Feinstein's regression model, this stock price decline is statistically significant.[154] For the purposes of this report, I have not been asked to evaluate the reliability or accuracy of these regression results.

92.  While Dr. Feinstein's regression model indicates that Mercury's stock price declined by a statistically significant amount on August 3, 2022 because of the FQ4 2022 Earnings Disclosure, it does not indicate which of the new, unexpected, and value-relevant news contained on that day caused this stock price to decline. As explained in Ferrell & Roper (2015), event studies per se cannot determine which news caused a stock's price to decline when multiple pieces of confounding news are simultaneously released.[155]

93.  In this instance, the FQ4 2022 Earnings Disclosure contained multiple pieces of new, unexpected, and value-relevant information that could explain the stock price decline, but as shown above, all of this information was confounding. To determine what news caused the price to decline requires more analysis.

94.  For example, as described above, Mercury did not provide new, unexpected, value-relevant information about the status of its integration of companies acquired; the information describing integration as ongoing had already been previously disclosed. Efficient market theory predicts that statements reiterating old news cannot cause stock price to change. As such, the stock price decline measured in Dr. Feinstein's regression model could not have been caused by Mercury's statements related to integration because these statements were not new, unexpected or value-relevant.

---

[153]  Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 87-88. -13.3% = $49.81/$57.48 -1.

[154]  Feinstein Report, "Exhibit-10 MRCY Common Stock Event Study Results for All Class Period Dates," p. 150.

[155]  Ferrell & Roper (2015), p. 577 ("In Example 6, one can see a potential limitation of single firm event studies. Namely, single firm events, as typically employed in litigation, examine the change in actual stock prices associated with the actual changes in the total mix of information. When the actual change in the total mix of information contains separate pieces of information, the event study as commonly employed may not be able to disentangle the cause, if any, of the change in stock price.").

95. Moreover, the information related to inflation in material costs resulting in lower-than-expected earnings *was confounding*. This confounding news explained to investors why Mercury's FQ4 2022 earnings per share was below what market participants expected prior to the announcement. In my opinion, this confounding new, unexpected and value-relevant negative earnings surprise news is what substantially explains why the stock price declined. Moreover, economic research demonstrates that negative earnings surprises usually result in stock price declines.[156]

96. As such, in my opinion, Mercury's stock price change observed following its FQ4 2022 Earnings Disclosure does not indicate that the Actionable Statements impacted Mercury's stock price as alleged.

97. As such, in my opinion, Mercury's stock price change observed following its FQ4 2022 Earnings Disclosure will not provide reliable information about the inflation allegedly created by price impact from the Actionable Statements.

98. As such, in my opinion, Mercury's stock price change observed following its FQ4 2022 Earnings Disclosure will not provide reliable information about whether investors incurred losses as a result of the removal of the inflation allegedly created by price impact from the Actionable Statements.

99. As such, in my opinion, Mercury's stock price change observed following its FQ4 2022 Earnings Disclosure will not provide reliable information about whether investors incurred per share out of pocket damage as alleged.

### VI.A.4.    Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration

100. The fact that Mercury did not provide new, unexpected, and value-relevant information regarding the status of its integration efforts indicates that market participants did not have a catalyst to change their beliefs about the value or price of Mercury's stock because of its purported undisclosed failure to fully integrate. Market evidence confirms that stock analysts

---

[156]    *See* MacKinlay (1997).

did not change their beliefs regarding the risk related to Mercury's ongoing integration of companies acquired before the Class Period.

101. For example, **Figure 6** below lists examples of analyst commentary regarding integration from reports before and after the FQ4 2022 Earnings Disclosure. Analyst commentary describing the risks facing investors related to Mercury's integration efforts are similar if not identical before and after this event.

**FIGURE 6: ANALYST COMMENTARY FOLLOWING FQ4 2022 EARNINGS DISCLOSURE**

| | Analyst | Example Analyst Commentary Prior to FQ4 2022 Earnings Disclosure | | Example Analyst Commentary During August 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | 6/29/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[157] | 8/2/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[158] |
| [2] | Berenberg | | | | *I did not identify a report published during August 2022* |
| [3] | Canaccord Genuity | 6/24/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[159] | 8/2/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[160] |

[157] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems Activists Break Down the Gate," Bank of America Securities Analyst Report, June 29, 2022, p. 2.

[158] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems 4Q22 Adj. EPS of $0.81; FY23e Outlook Missed Estimates," Bank of America Securities Analyst Report, August 2, 2022, p. 3.

[159] Austin Moeller, "Mercury Systems Activists Secure Two Board Seats After Negotiations with Management," Canaccord Genuity Capital Markets Analyst Report, June 24, 2022, p. 2.

[160] Austin Moeller, "Mercury Systems FY23 Guide Conservative as Supply Chain and Inflation Expected to Rock the Boat Into 1H," Canaccord Genuity Capital Markets Analyst Report, August 2, 2022, p. 6.

| | Analyst | **Example Analyst Commentary Prior to FQ4 2022 Earnings Disclosure** | | **Example Analyst Commentary During August 2022** | |
|---|---|---|---|---|---|
| | | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| [4] | Jefferies | 2/6/22 | Downside Scenario . . . deal integration issues.[161] | 8/7/22 and 8/19/22 | Downside Scenario . . . deal integration issues.[163] |
| | | | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 24% compared to EBITDA growth at a 37% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 23% CAGR compared to a 21% CAGR for EBITDA. Nonetheless, the 4.4X expansion of revenue over the last 7 years compares to a 9.2X expansion of EBITDA, which points to full integration of deals over the past 7 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 10%, while core EBITDA has also averaged 10% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or | | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or |

[161]   Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 2.

[163]   Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 3; *See also*, Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Tidbits from the 10-K: Proof of Shifting to Integrated Systems & Over Time Revs," Jefferies Analyst Report, August 19, 2022, p. 3.

| | Analyst | Example Analyst Commentary Prior to FQ4 2022 Earnings Disclosure | | Example Analyst Commentary During August 2022 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | effectively deployed cost savings programs.[162] | | effectively deployed cost savings programs.[164] |
| [5] | J.P. Morgan | | | | *I did not identify a report published during August 2022* |
| [6] | RBC Capital Markets | 7/31/22 | Key points: . . . A recent short report on MRCY has raised many of the same lingering issues: quality of earnings, M&A performance, and disappointing FCF generation.[165]<br><br>Earlier this week a short report was issued on Mercury's stock, raising many of the same concerns that investors had previously been weighing. The quality of earnings, M&A performance, and disappointing FCF generation were some of the main takeaways of the report.[166]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the | 8/2/22 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[169] |

---

[162]  Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 6.

[164]  Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 3.

[165]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 1.

[166]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 4.

[169]  Ken Herbert, "Mercury Systems Inc 4Q22 Missed Results, as Expected, While FY23 Guide Provides Conservative Outlook," RBC Capital Markets Analyst Report, August 2, 2022, p. 5.

| Analyst | Example Analyst Commentary Prior to FQ4 2022 Earnings Disclosure | | Example Analyst Commentary During August 2022 | |
| --- | --- | --- | --- | --- |
| | Date of Report | Statement | Date of Report | Statement |
| | | FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[167] <br><br> Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[168] | | |
| [7] Truist Securities | 5/13/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[170] | 8/2/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[171] |
| [8] William Blair | 6/9/22 | Management discussed its 1mpact initiative for improved M&A integration and increased efficiencies for greater profitability; 1mpact is a four-year effort to achieve full potential for top-line adjusted EBITDA growth.[172] <br><br> We believe the company's acquisition strategy could also remain an attractive driver, | 8/3/22 | We believe long-term investors should look past the noise and focus on the potential for the company to continue executing a roll-up and acquisition integration strategy that can be accretive over the long term. . . .[175] <br><br> . . . We believe the company's acquisition strategy could also remain an attractive growth |

---

[167] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 9.

[168] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, pp. 11-12, 15.

[170] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Meet the New National Security Strategic Asset — Upgrading to BUY, $71 PT (from $60)," Truist Securities Analyst Report, May 13, 2022, p. 8.

[171] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Supply Chain, Inflation, and Labor Weigh on Results/Outlook; Strong Bookings a Slight Silver Lining," Truist Securities Analyst Report, August 2, 2022, p. 6.

[172] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 1.

[175] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

| Analyst | Date of Report | Statement | Date of Report | Statement |
|---|---|---|---|---|
| | | particularly as Mercury's 1mpact program can improve or accelerate acquisition integration.[173] | | driver, particularly as Mercury's 1MPACT program can improve or accelerate acquisition integration.[176] |
| | | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[174] | | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[177] |

Columns above: **Example Analyst Commentary Prior to FQ4 2022 Earnings Disclosure** (Date of Report, Statement) and **Example Analyst Commentary During August 2022** (Date of Report, Statement).

102. As demonstrated in the table above, I did not identify analysts that made new statements about integration or attributed Mercury's financial results to its integration status. Instead, analysts identified other factors such as "supply chain" and "cost growth in materials and labor" discussed in the FQ4 2022 Earnings Disclosure. Analysts commented on these factors as reasons for lowering their price targets for Mercury. For example:

**Canaccord Genuity on August 2, 2022 said:**

We are maintaining our HOLD rating on MRCY and ***lowering our price target to $55***. While Mercury certainly does not have a demand problem right now given the crisis in Europe, it is apparent that the ***impacts of cost growth in materials and labor, along with supply chain delays and decommits***, is going to drag on into 1H23.[178]

**Truist Securities on August, 2, 2022 said:**

We maintain our BUY rating ***but lower our PT to $69*** from $71 on MRCY post F4Q22. Results missed expectations and the co's FY23 outlook fell materially

---

[173] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 2.

[174] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 2.

[176] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

[177] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

[178] Austin Moeller, "Mercury Systems FY23 Guide Conservative as Supply Chain and Inflation Expected to Rock the Boat Into 1H," Canaccord Genuity Capital Markets Analyst Report, August 2, 2022, p. 1 (emphasis added).

below Street est's across all metrics as *supply chains, inflation, labor and timing hit the outlook*, specifically margins.[179]

**Jefferies on August 7, 2022:**

Lowering EPS as Supply Chain Pressures Continue to Hamper the 2023 Outlook. Our FY23 rev est moves down 4% to $1.03BB to reflect guidance ($1.00 to $1.05BB) and a challenging supply-chain environment.[180]

103.  As such, market commentary is consistent with my assessment of the total mix of information and the FQ4 2022 Earnings Disclosure.

>  VI.B.    THE MAY 2, 2023 ALLEGED CORRECTIVE DISCLOSURE DID NOT PROVIDE NEW, UNEXPECTED INFORMATION ABOUT WHETHER INTEGRATION HAD FINISHED OR WHETHER MERCURY HAD ACHIEVED FULL INTEGRATION

104.  Plaintiffs allege that Mercury's May 2, 2023 disclosure relating to its FQ3 2023 financial results (announced after-hours) were corrective of the alleged fraud:

On May 2, 2023, after the close of trading, Mercury announced the Company's financial results for 3Q23, disclosing for the first time that the Company had encountered execution challenges in a dozen Mercury programs, which caused continued poor cash flow performance because Mercury was unable to convert its high levels of unbilled receivables to cash, and the costs of resolving the execution problems with the one dozen challenged programs necessitated a significant reduction in Mercury's FY23 financial guidance for adjusted EBITDA down to a range of $160 million to $170 million, from a range of $202.5 million to $215 million that was provided on January 31, 2023.[181]

In response to this revelation, the price of Mercury common stock declined $7.84 per share, or approximately 17.3%, from a close of $45.28 per share before the announcement on May 2, 2023, to close at $37.44 on May 3.[182]

---

[179]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Supply Chain, Inflation, and Labor Weigh on Results/Outlook; Strong Bookings a Slight Silver Lining," Truist Securities Analyst Report, August 2, 2022, p. 1 (emphasis added).

[180]  Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 1.

[181]  SAC, ¶ 281.

[182]  SAC, ¶ 282.

105. As of May 2, 2023, the only prior Actionable Statement was the Fully Integrated Statement, made on February 1, 2022, which allegedly misrepresented that Mercury had "fully integrated" its acquisitions. Plaintiffs' theory cannot plausibly assert that the May 2, 2023 disclosure corrected the Cost Growth Statement (because it was made on the same day) or the Margin Profile Statement (because it had not been made yet).

106. The SAC does not cite any specific documents in which "Mercury announced the Company's financial results for 3Q23" that contained the alleged corrective information. Nor does it explain how the total mix of information changed to correct (partially of fully) the alleged falsity in the Fully Integrated Statement. While Dr. Feinstein includes Mercury's May 3, 2023 price movement in his event study, he does not identify any particular statement or document analyzed as part of that study.[183]

107. To assess whether Mercury disclosed information that could have altered the total mix of information as Plaintiffs allege, I reviewed all materials released on May 2, 2023 in connection with the Company's FQ3 2023 financial results. These consist of the Form 8-K filed that day, which contained no substantive discussion apart from furnishing two exhibits— Exhibit 99.1, a press release titled "Mercury Systems Reports Third Quarter Fiscal 2023 Results," and Exhibit 99.2, an earnings presentation titled "Third Quarter Fiscal Year 2023 Financial Results"[184]—as well as the transcript of Mercury's earnings call with investors[185] (collectively, the "FQ3 2023 Earnings Disclosure").

---

[183] Feinstein Report, ¶ 115 ("My collective event study test focused on Mercury's quarterly earnings announcement events, during which the Company reported financial results and other important Company news to the public . . . I examined Mercury's earnings announcement events to confirm that there was generally an elevated flow of economically material information about Mercury disseminated on those dates during the Class Period.").

[184] Mercury's 8-K was released on May 2, 2023 at 4:00:31 PM ET. *See* Mercury Systems, Inc., Form 8-K, filed May 2, 2023 at 4:00:31 PM ET; Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Third Quarter Fiscal 2023 Results," Mercury Systems, Inc. Press Release, filed May 2, 2023 at 4:00:31 PM ET; and Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Third Quarter Fiscal Year 2023 Financial Results," filed May 2, 2023 at 4:00:31 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000007/0001049521-23-000007-index.htm, last accessed September 3, 2025.

[185] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023. The conference call was held on May 2, 2023 at 5:00 p.m. ET, obtained via S&P Capital IQ.

**VI.B.1.    The FQ3 2023 Earnings Disclosure Provided New Information About the Status of Mercury's <u>Previously Disclosed</u> Ongoing Integration of POC**

108.    Analysis of the FQ3 2023 Earnings Disclosure shows that Mercury's May 2, 2023 statements about integration did change the total mix of information regarding its integration efforts, but ***not*** in a way consistent with Plaintiffs' theory of price impact. Importantly, the FQ3 2023 Earnings Disclosure did not inform the market "for the first time" that Mercury had not "fully integrated" its prior acquisitions.

109.    Specifically, within the FQ3 2023 Earnings Disclosure, I identified a statement providing new details and a status update to the total mix of information regarding Mercury's integration of POC. The total mix of information already reflected that Mercury was in the process of integrating POC,[186] and investors now received the new information that these integration efforts had been delayed and that only the "first phase" was complete. Mr. Aslett stated:

> In addition, we're through the first phase of our business systems integration in Torrance, California, the former POC. This was delayed largely due to [COVID]-related travel restrictions and is on track to be completed in the fourth quarter. Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital.[187]

110.    Although the news that Mercury's integration of POC was delayed due to COVID-19 was new, unexpected, and value-relevant, the fact that POC had not yet been fully integrated was already part of the total mix of information. As described in Sections V.B.1, V.B.2, and V.B.3,

---

[186]    Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 6. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("Both integrations are progressing well as are the integrations of POC. . . ."). *See also*, Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 8 ("Since 2011 we have successfully acquired 18 businesses, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well"). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

[187]    Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ. *See also*, Exhibit 99.2 to Mercury Systems, Inc. Form 8-K, "Third Quarter Fiscal Year 2023 Financial Results," filed May 2, 2023 at 4:00:31 PM ET, Slide 5 ("Phase 1 Torrance business integration complete; improve visibility to inventory, programs, unbilled."). The filing time is indicated at SEC EDGAR website https://www.sec.gov/Archives/edgar/data/1049521/000104952123000007/0001049521-23-000007-index.html, last accessed September 3, 2025.

---

Mercury had disclosed on multiple occasions that it was still integrating POC. In addition, Mr. Aslett's statement that completing POC's integration would "increase [Mercury's] visibility . . . especially with respect to program execution" signaled to investors that project execution could remain risky until integration was complete.

111. Mercury's delayed "complet[ion] [of] these integration activities" that would "increase [its] visibility across the business especially with respect to program execution and related labor and material costs as well as working capital" related to the same stated goals of its 1MPACT program which was ongoing and not finished. Mercury had previously described 1MPACT as having the goals of, for example, helping Mercury "better manage inventory," "prioritizing [its] human capital resources," and "working capital burn down." As Mr. Aslett described in prior earnings calls on August 2, 2022 and November 1, 2022:

> Through 1MPACT, we're seeking to derisk the timing and availability of materials in our supply chain and to better manage inventory. We're implementing processes and tools to make better and more timely pricing decisions. We're also prioritizing our human capital resources to the greatest effect. To counteract the inflationary pressures, we're updating our commercial price list and proactively negotiating existing contracts where possible. On new contracts, we're introducing more favorable inflation related terms and milestones to drive improved cash conversion.[188]

> As the environment became more challenging in fiscal '22, we pivoted 1MPACT towards those areas that could help mitigate risk and deliver the most immediate financial benefits. This year, in addition to pricing, we continue to focus on supply chain risk mitigation, working capital burn down and accelerated cash release."[189]

112. Accordingly, while the FQ3 2023 Earnings Disclosure provided additional detail on the timing and causes of POC's delayed integration, the fact that integration was ongoing and not yet complete had already been disclosed to investors. As such, this statement did not change the total mix of information and could not have caused Mercury's stock price to decline, let alone

---

[188] Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 6. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[189] Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022, p. 6. The conference call was held on November 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

change on May 3, 2023. Moreover, the disclosure further highlighted that execution risks could persist until integration was fully completed.

### VI.B.2.    The FQ3 2023 Earnings Disclosure Also Provided New Confounding Information About Project Execution Challenges Faced by Mercury in FQ3 <u>Because Projects Had Progressed to Production for the First Time</u>

113. On May 2, 2023, Mercury reported that it had been experiencing "***late-stage development challenges***" in project execution affecting "[a]pproximately a dozen or so" programs. Although the Company noted that progress was being made, it cautioned that resolving these challenges could take another two to three quarters:

> The cost growth we're experiencing is associated with certain new technology developments that are nearing completion and new product introductions, which are taking longer than planned. The higher costs are related to both labor as well as materials driven by labor and supply chain inefficiencies, manufacturing constraints and inflation. ***Approximately a dozen or so of our 300-plus active programs have been affected***. In over 2 of the affected programs, more than 90% complete in terms of the total expected costs incurred. The good news is that once we completely develop into new product introduction activities, multiple programs will quickly benefit due to our product program leverage model.
>
> ***We expect these programs to complete over the next 2 to 3 quarters*** and transition to production-based contracts thereafter. This transition should lead to stronger fiscal '24 results, not only improved gross margins and adjusted EBITDA as cost pressures diminish, but also lower working capital as we quickly relieve unbilled receivables through shipment, invoicing and cash collections.
>
> . . .
>
> New leadership was instrumentally in clarifying the magnitude and timing of our ***late-stage development challenges***. We're making progress on the engineering development challenges and ***manufacturing yields began to improve*** by the end of the third quarter.

> ***We expect this progress to continue in Q4 and fiscal '24, allowing for final program execution*.**[190]

114. These statements provided new information showing that project execution challenges ***began to emerge in the later stages of development for certain programs***. The fact that these problems were reported on May 2, 2023 as arising in the "later stage of development" indicates that they manifested during FQ3 2023. As Mr. Aslett explained, the challenges arose as Mercury advanced projects from development to production in the project execution timeline (emphasis added):

> Yes. So as we said, Scott, right, it really related to this dozen or so sets of programs where we're developing highly sophisticated technologies and capabilities that fan out over multiple programs. ***It really ties to 2 things, just the development, engineering development delays associated with the capabilities and then ramping those new products into production***. So we don't think it's related to anything with respect to erosion of margins with respect to competition or anything like that. It's literally related to cost growth on the programs as we are going through these specific challenges.[191]
>
> So ***it's literally late-stage development, new product in production and qual issues that obviously, we guided at the time with the best possible information with respect to what would happen and things just got pushed to the right***. So the forecast was accurate coming in. And as we experience these issues, we needed to step back and look at the estimates to complete, which is why you see the changes in Q3.[192]

115. Then-CFO Michelle McCarthy reiterated that these challenges required "significant rework" which resulted in "higher labor costs because of the seniority of those engineers," and she also noted that material costs had increased:

> I would also just add one of the examples that Mark just went through, we had execution underway earlier in the year. But because we got to that kind of test and qualification point, we didn't meet performance back. The nature of the units meant that we had to scrap them in their entirety. There was no salvaging of the units. And these are pretty meaningful scrap events, tens of thousands of

---

[190]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ (emphasis added).

[191]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 13. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ (emphasis added).

[192]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 14. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ (emphasis added).

dollars every time they occur, every unit. ***So there was significant rework needed at that point. We have the most senior engineers on our team working through it. And so as you can imagine, higher labor costs because of the seniority of those engineers. And then the material costs that are needed to recover are actually at inflated cost values, right, because they're more recent material purchase***s. So it's very dynamic in terms of how the issues are being resolved. And as Mark said, we can make our best estimate in terms of what yield will be. But again, it's very dynamic. It has changed really throughout Q3, and it's the new facts and circumstances that are now reflected in our results for the year.[193]

116.  The new information about rising engineering costs and delays in fulfilling in a dozen or so projects was new, unexpected, and value-relevant, but it was confounding news—not the material information allegedly concealed by the fraud.

117.  For example, prior to the Class Period, Mercury had expressed hopes of expanding margins as certain programs transitioned from development to production.[194] The new information, however, suggested that rising costs were driven by the need to assign senior engineers to solve problems in moving programs from development to production.[195] As I understand this matter, whether Defendants knew at the start of the Class Period that such staffing would be required is not the alleged fraud underlying the Actionable Statements. I have seen no explanation of a causal link between Mercury's use of senior engineers to address engineering issues in specific projects to the status of its integration. Accordingly, this news was confounding and unrelated to the alleged fraud, and any price impact attributed to it does not provide reliable evidence of the price impact of the Actionable Statements.

---

[193]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 14. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ (emphasis added).

[194]  Mercury Systems, Inc., FQ1 2022 Earnings Call Transcript, November 2, 2021, p. 12. The conference call was held on November 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("Number one is the gross margin expansion, and Mark just talked about some of the specific programs. But at high level, the program mix between the development programs that we had in H1 compared to production programs in H2 is going to drive a lot of that.").

[195]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 14 ("So there was significant rework needed at that point. We have the most senior engineers on our team working through it. And so as you can imagine, higher labor costs because of the seniority of those engineers. And then the material costs that are needed to recover are actually at inflated cost values, right, because they're more recent material purchases.") The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

118. Moreover, while Mercury's May 2, 2023 statement noted that it had incurred "increased material costs," Mercury had previously described to investors the such cost increases were the result of factors beyond its control.  Specifically, during the Class Period, Mercury described how, like many other companies, it was facing higher material costs and delays in order fulfillment due to supply chain disruptions stemming from the COVID-19 pandemic. In these descriptions, Mercury stated that it expected these issues with increased material costs and potential supply chain delays to continue going forward:

**February 1, 2022 Earnings Call:**

. . . I think the biggest challenges that we faced was delays and in-quarter decommits from suppliers and distributors. And a lot of that was around semiconductors and, in particular, FPGAs.[196]

**May 3, 2022 Earnings Call:**

We've been largely successful in our efforts to mitigate the supply chain, labor market and COVID-related disruptions. That said, we continue to see in-quarter supplier decommits and long lead times of semiconductor components and materials. We're also seeing the impacts of inflation, some of which we can pass on and some we can't.[197]

We continue to experience delays and extended lead times for semiconductor components and other materials in the fourth quarter. As a result and similar to Q3, we expect a free cash outflow in Q4 primarily due to continued supply chain constraints.[198]

**August 2, 2022 Earnings Call:**

Notwithstanding these record results, we fell short of our guidance for Q4 and the year, primarily as the result of material and order delays that affected the timing of revenue. . . . Inflationary pressures, in large part related to semiconductors, became more of a challenge as fiscal '22 progressed. . . .

---

[196] Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 16. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("Yes. So really not necessarily at a specific program level, but I think the biggest challenges that we faced was delays and in-quarter decommits from suppliers and distributors. And a lot of that was around semiconductors and, in particular, FPGAs. And so I think Mike said, we saw greater than a $5 million revenue impact in the second quarter associated with that.").

[197] Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 5. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[198] Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022, p. 8. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

However, the second order COVID supply chain effects will likely continue in fiscal '23 and possibly beyond. We also expect to see greater impacts from material and labor inflation for the year.[199]

**November 1, 2022 Earnings Call:**

In fiscal '22, we saw the full effects of COVID beginning early in the year. The Delta variant reduced our manufacturing productivity and the defense budget was delayed 165 days. We experienced significant semiconductor supply chain disruptions and higher attrition as well as a [sic] inflation, all magnified by the prior year's order slowdown in the second half.[200]

**January 31, 2023 Earnings Call:**

In addition to program delays and related inefficiencies, we continue to face long semiconductor lead times, tight labor market and inflation.[201]

Prior to the pandemic, semiconductor processing lead times were 10 to 12 weeks. They increased rapidly in the second half of fiscal '21 and now range from 36 to 72 weeks. Although current lead times on average are slightly shorter than in Q1, we don't expect to see a significant improvement until the second half of fiscal '24.[202]

Semiconductor inflationary pressures remain a challenge as well. Semiconductors equate to 38% of our direct supplier spend far more than our peers, we believe.[203]

119. Combined, while Mercury confirmed that material costs and supply chain disruptions were still impacting the business on May 2, 2023, Mercury had previously warned investors how increased material costs and supply chain disruptions would continue to impact the business. As such, the news about material costs and supply chain disruptions was new, but it was not entirely unexpected. Investors knew of the risk and the news on May 2, 2023 provided

---

[199]  Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 5. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[200]  Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022, p. 5. The conference call was held on November 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

[201]  Mercury Systems, Inc., FQ2 2023 Earnings Call Transcript, January 31, 2023, p. 5. The conference call was held on January 31, 2023 at 5:00 PM ET.

[202]  Mercury Systems, Inc., FQ2 2023 Earnings Call Transcript, January 31, 2023, p. 6. The conference call was held on January 31, 2023 at 5:00 PM ET.

[203]  Mercury Systems, Inc., FQ2 2023 Earnings Call Transcript, January 31, 2023, p. 6. The conference call was held on January 31, 2023 at 5:00 PM ET.

additional information on the ongoing materialization of this risk related to the lingering impact of COVID-19 on Mercury's supply chain.

120. Relatedly, I understand that Plaintiffs allege that the Defendants' statement suggesting that "our challenges" are "not unique to Mercury"[204] caused Mercury's stock price to become or remain inflated because purportedly the true cause of Mercury's costs overruns was the alleged unknown fact that Mercury had in fact not finished integrating the companies it had acquired before the Class Period. Regardless of whether this statement is alleged to be false and misleading, the statement, "not unique to Mercury" in the Cost Growth Statement would not be expected to change Mercury's stock price in an efficient market because Mercury had described the challenges it was facing in rising material costs as "not unique to Mercury" during the Class Period. In an efficient market, stock prices do not change when old information is simply reiterated without changing the total mix of information. In this matter, Mercury stated on multiple occasions prior to May 2, 2023 that its challenges were "not unique to Mercury":

### August 2, 2022 Earnings Call:

Fortunately, the *issues we're experiencing* are not demand related. They're supply and timing related, *they're temporary and they're not unique* to Mercury.[205]

### November 1, 2022 Earnings Call:

Q1 marked the beginning of *Mercury's fourth fiscal year dealing with the effects of the pandemic*. In the near term, our business in the industry will continue to face challenging macro forces. However, it's clear that *the issues*

---

[204] Order, pp. 25–27. *See also,* SAC, ¶ 251.

[205] Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 5. The conference call was held at 5:00 PM ET on August 2, 2022, obtained via S&P Capital IQ ("Turning to Slide 4. Notwithstanding these record results, we fell short of our guidance for Q4 and the year, primarily as the result of material and order delays that affected the timing of revenue. . . . Inflationary pressures, in large part related to semiconductors, became more of a challenge as fiscal '22 progressed. . . . Fortunately, the issues we're experiencing are not demand related. They're supply and timing related, they're temporary and they're not unique to Mercury." (emphasis added)).

*impacting us* today are not demand related. They're supply and timing related, they're short term and *they're not unique* to Mercury.[206]

**January 31, 2023 Earnings Call:**

We are *now in our fourth fiscal year* dealing with these impacts. In addition to program delays and related inefficiencies, we continue to face long semiconductor lead times, tight labor market and inflation. *These challenges*, however, are not related to end market demand, which remains strong. They're largely timing related, they're short term, and *they're not unique* to Mercury.[207]

121.  Similarly, Mercury had previously described its planned, and not completed initiative, 1MPACT, with the stated goals of, for example "better manage inventory," "prioritizing [its] human capital resources," and "working capital burn down."[208]

122.  Combined, while Mercury did describe to investors how its ongoing integration was still in fact ongoing and that it was experiencing increased costs from both the supply chain disruptions caused by COVID-19 and from the need to employ more senior engineers to

---

[206]  Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022, p. 4. The conference call was held at 5:00 PM ET on November 1, 2022, obtained via S&P Capital IQ ("Thanks, Mike. Good afternoon, everyone, and thanks for joining us. I'll begin with the business update. . . . Turning to Slide 4. Q1 marked the beginning of Mercury's fourth fiscal year dealing with the effects of the pandemic. In the near term, our business in the industry will continue to face challenging macro forces. However, it's clear that the issues impacting us today are not demand related. They're supply and timing related, they're short term and they're not unique to Mercury." (emphasis added)).

[207]  Mercury Systems, Inc., FQ2 2023 Earnings Call Transcript, January 31, 2023, p. 5. The conference call was held on January 31, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("With that, let's discuss our second quarter results. . . . we believe that revenue is currently trending above the midpoint of our fiscal '23 guidance, while net income and adjusted EBITDA are now expected to be towards the low end. We are now in our fourth fiscal year dealing with these impacts. In addition to program delays and related inefficiencies, we continue to face long semiconductor lead times, tight labor market and inflation. These challenges, however, are not related to end market demand, which remains strong. They're largely timing related, they're short term, and they're not unique to Mercury." (emphasis added)).

[208]  Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022, p. 6. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("Through 1MPACT, we're seeking to derisk the timing and availability of materials in our supply chain and to better manage inventory. We're implementing processes and tools to make better and more timely pricing decisions. We're also prioritizing our human capital resources to the greatest effect. To counteract the inflationary pressures, we're updating our commercial price list and proactively negotiating existing contracts where possible. On new contracts, we're introducing more favorable inflation related terms and milestones to drive improved cash conversion."). *See also*, Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022, p. 6. The conference call was held on November 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("As the environment became more challenging in fiscal '22, we pivoted 1MPACT towards those areas that could help mitigate risk and deliver the most immediate financial benefits. This year, in addition to pricing, we continue to focus on supply chain risk mitigation, working capital burn down and accelerated cash release.").

address challenges to move products from development to production, this new information related to previously disclosed risks and thus are confounding news. In my opinion, to the extent that any of this news contributed to Mercury stock price decline on May 3, 2023, this contribution does not indicate that Mercury's stock price was impacted as alleged by Plaintiffs.

### VI.B.3.    The FQ3 2023 Earnings Disclosure Also Provided New Confounding Forward Looking Information Related to These Project Execution Challenges Facing Mercury

123.  In addition to identifying that project execution risks had begun to manifest, Mercury warned investors that these problems would likely persist and lowered its FY2023 guidance, further signaling this potential impact.

124.  For example, Mercury stated that it did not "expect these programs to complete over the next 2 to 3 quarters,"[209] implying that more challenges could lie ahead and that project fulfillment would be "pushed to the right."[210] This reinforced the total mix of information indicating that these problems would likely persist. In sum, Mr. Aslett and Ms. McCarthy explained that while Mercury hoped to resolve these challenges during the next fiscal year, resolution was not guaranteed. At the same time, Mercury reported that its project execution challenges had increased expenses in FQ3 2023. Because FQ3 2023 EPS was higher than consensus expectations,[211] this indicated that these challenges would have a bigger impact in future periods.

---

[209]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Approximately a dozen or so of our 300-plus active programs have been affected. In over 2 of the affected programs, more than 90% complete in terms of the total expected costs incurred. The good news is that once we completely develop into new product introduction activities, multiple programs will quickly benefit due to our product program leverage model. We expect these programs to complete over the next 2 to 3 quarters and transition to production-based contracts thereafter.").

[210]  Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 14. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("So it's literally late-stage development, new product in production and qual issues that obviously, we guided at the time with the best possible information with respect to what would happen and things just got pushed to the right. So the forecast was accurate coming in. And as we experience these issues, we needed to step back and look at the estimates to complete, which is why you see the changes in Q3.").

[211]  Mercury's FQ3 2023 EPS was $0.40, $0.03 higher than the consensus estimate of $0.37. S&P Capital Markets estimate as of May 1, 2023.

125. Consistent with this, Mercury made substantial downward revisions to its FY 2023 adjusted EPS and EBITDA guidance, as well as its FY2023 revenue guidance, signaling additional headwinds in generating revenue.[212] FQ4 2023 guidance included in the FQ3 2023 Earnings Disclosure was also lower than expectations based on analysts' consensus estimates. Mercury issued adjusted EPS guidance of $0.47 - $0.61[213] compared to the existing consensus estimate of $1.07;[214] adjusted EBITDA guidance of $49.6 - $59.6 million[215] compared to the existing consensus estimate of $95 million;[216] and revenue guidance of $269.3 - $289.3 million[217] compared to the existing consensus estimate of $323 million.[218]

### VI.B.4.    Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by Confounding News

126. On May 3, 2023, Mercury's stock fell by 17.3%.[219] Dr. Feinstein's regression model indicates that this decline was statistically significant.[220] For the purposes of this report, I have not been asked to evaluate the reliability or accuracy of these regression results.

127. Although Dr. Feinstein's regression model shows that Mercury's stock price declined by a statistically significant amount on May 3, 2023 following the FQ3 2023 Earnings Disclosure, it does not indicate which portions of the new, unexpected, and value-relevant news caused the decline. As explained in Ferrell & Roper (2015), event studies cannot isolate the specific news

---

[212] FY 2023 EPS guidance was reduced from $1.90 - $2.08 to $1.36 - $1.50; FY 2023 EBITDA guidance was reduced from $202.5 - $215 million to $160 - $170 million; FY 2023 revenue guidance was reduced from $1,010 - $1,050 million to $990 - $1,010 million. *See* Mercury Systems, Inc., "Second Quarter Fiscal Year 2023 Financial Results Earnings Presentation," January 31, 2023, Slide 12, and Mercury Systems, Inc., "Third Quarter Fiscal Year 2023 Financial Results Earnings Presentation," May 2, 2023, Slide 11.

[213] Mercury Systems, Inc., "Third Quarter Fiscal Year 2023 Financial Results Earnings Presentation," May 2, 2023, Slide 12.

[214] S&P Capital IQ as of May 1, 2023.

[215] Mercury Systems, Inc., "Third Quarter Fiscal Year 2023 Financial Results Earnings Presentation," May 2, 2023, Slide 12.

[216] S&P Capital IQ as of May 1, 2023.

[217] Mercury Systems, Inc., "Third Quarter Fiscal Year 2023 Financial Results Earnings Presentation," May 2, 2023, Slide 12.

[218] S&P Capital IQ as of May 1, 2023.

[219] Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 92. -17.3% = $37.44/$45.28 – 1.

[220] Feinstein Report, "Exhibit-10 MRCY Common Stock Event Study Results for All Class Period Dates," p. 155.

that caused a stock's price to drop when multiple pieces of confounding information are released at the same time.[221]

128. Here, the FQ3 2023 Earnings Disclosure contained several pieces of new, unexpected, and value-relevant information that could explain the stock price decline, but as shown above, all of it was confounding. Determining which news caused the price decline requires additional analysis.

129. For example, while the delay in integrating POC due to COVID-19 was new information, the underlying point that POC had not been fully integrated was already part of the total mix of information. As discussed in Sections V.B.1 and V.B.2, Mercury had disclosed on multiple occasions that POC's integration was ongoing. Therefore, even if Mercury's stock price decline was attributed to news of the delay, it could not have been caused by the market learning "for the first time" the alleged misrepresentation at the heart of Plaintiffs' theory: that Mercury had not "fully integrated."

130. In addition to this news, Mercury disclosed other new, unexpected, and value-relevant information that was confounding. For example, it reported that project execution challenges had recently emerged as programs progressed from development to production for the first time. Mercury also provided forward-looking disclosures indicating that it expected reduced revenue capture and higher costs, driven by the need to assign senior engineers to project fulfillment and by continued inflationary pressures in semiconductors. Together, this confounding news explained to investors why management made significant downward revisions to its FY 2023 guidance and issued FQ4 2023 guidance below existing consensus estimates. In my opinion, this confounding new, unexpected, value-relevant information substantially explains why the stock price declined. As economic research demonstrates,

---

[221] Ferrell & Roper (2015), p. 576 ("In Example 6, one can see a potential limitation of single firm event studies. Namely, single firm events, as typically employed in litigation, examine the change in actual stock prices associated with the actual changes in the total mix of information. When the actual change in the total mix of information contains separate pieces of information, the event study as commonly employed may not be able to disentangle the cause, if any, of the change in stock price.").

issuing quarterly earnings forecasts below analysts' consensus estimates usually results in stock price declines.[222]

131.  As such, in my opinion, Mercury's stock price change observed following its FQ3 2023 Earnings Disclosure does not indicate that the Actionable Statements impacted Mercury's stock price as alleged.

132.  As such, in my opinion, Mercury's stock price change observed following its FQ3 2023 Earnings Disclosure will not provide reliable information about the inflation allegedly created by price impact from the Actionable Statements.

133.  As such, in my opinion, Mercury's stock price change observed following its FQ3 2023 Earnings Disclosure will not provide reliable information about whether investors incurred losses as a result of the removal of the inflation allegedly created by price impact from the Actionable Statements.

134.  As such, in my opinion, Mercury's stock price change observed following its FQ3 2023 Earnings Disclosure will not provide reliable information about whether investors incurred out of pocket damage as alleged.

---

[222]  Research shows that the average stock price reaction to bad news in earnings guidance (defined as management earnings forecasts that are lower than analysts' forecasts) is negative, and "the stock price response to bad news is substantially larger in absolute value than the stock price response to good news." *See* Amy P. Hutton, Gregory S. Miller and Douglas J. Skinner, "The Role of Supplementary Statements with Management Earnings Forecasts," *Journal of Accounting Research,* 41(5) (2003): 867-890, pp. 875, 883. *See also*, Leonard C. Soffer, S. Ramu Thiagarajan and Beverly R. Walther, "Earnings Preannouncement Strategies," *Review of Accounting Studies* 5 (2000): 5-26, p. 17 (defines guidance news ("PANEWS") as "the preannouncement amount minus the consensus analyst forecast . . ."); and p. 21 (". . . the excess return around the preannouncement date is significantly associated with PANEWS in both the positive . . . and negative . . . total news subsamples."). In addition, a 2018 study finds that when disclosed concurrently, guidance news is more informative than earnings news. *See* Johnathan A. Milian, "The Information Content of Guidance and Earnings," *European Accounting Review* 27(1) (2018): 105–128, p. 113 (". . . my measure of a firm's traditional guidance news . . . is the manager's forecast of next quarter's earnings less the mean analyst forecast for that period . . ."); and p. 123 ("I find that the information content of quarterly earnings guidance significantly exceeds the information content of quarterly earnings when the two are bundled at earnings announcements.").

**VI.B.5.　　Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration**

135.　Because Mercury did not provide new, unexpected, and value-relevant information about the status of its integration efforts (other than noting delays), market participants had no catalyst to change their beliefs about the value or price of Mercury's stock based on an alleged undisclosed failure to fully integrate. Consistent with this, market evidence shows that stock analysts did not alter their views about the risks associated with Mercury's ongoing integration of companies acquired before the Class Period.

136.　For example, **Figure 7** below compares examples of analyst commentary on integration from reports published in May 2023 following the FQ3 2023 Earnings Disclosure with commentary from earlier reports. In each case, the commentary is very similar, if not identical, indicating that analysts did not revise their views about Mercury's integration status in response to the FQ3 2023 Earnings Disclosure.

**FIGURE 7: ANALYST COMMENTARY FOLLOWING FQ3 2023 EARNINGS DISCLOSURE**

| | Analyst | Example Analyst Commentary Prior to FQ3 2023 Earnings Disclosure | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | | | 5/2/23 | *I did not identify a statement regarding integration*[223] |
| [2] | Berenberg | | | *I did not identify a report published during May 2023* | |
| [3] | Canaccord Genuity | | | *I did not identify a report published during May 2023* | |
| [4] | Jefferies | 2/5/23 | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its | 5/7/23 | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive |

---

[223]　Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems 3QFY23 Adj. EPS Beat on Tax Benefit, Lowering FY23 Outlook," Bank of America Securities Analyst Report, May 2, 2023.

| | Analyst | **Example Analyst Commentary Prior to FQ3 2023 Earnings Disclosure** | | **Example Analyst Commentary During May 2023** | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless. the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[224] | | strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 10% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[225] |
| [5] | J.P. Morgan | | | | *I did not identify a report published during May 2023* |

---

[224] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Bidder, Bidder - Who's Going to Be the Winner," Jefferies Analyst Report, February 5, 2023, p. 8.

[225] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 7.

| | Analyst | Example Analyst Commentary Prior to FQ3 2023 Earnings Disclosure | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [6] | RBC Capital Markets | 2/1/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[226] | 5/2/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[227]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[228] |
| [7] | Truist Securities | 1/31/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[229] | 5/2/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[230] |

---

[226] Ken Herbert, "Mercury Systems Inc Transaction Process Appears to Be Moving Forward at MRCY," RBC Capital Markets Analyst Report, February 1, 2023, p. 5.

[227] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, pp. 9, 13.

[228] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 7.

[229] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Decision by the Board to Pursue Strategic Alternatives Overshadows Everything Else," Truist Securities Analyst Report, January 31, 2023, p. 7.

[230] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Blindsided by Challenges at 12 Programs; Focus Shifts to Outcome of Strategic Review," Truist Securities Analyst Report, May 2, 2023, p. 7.

| | | Example Analyst Commentary Prior to FQ3 2023 Earnings Disclosure | | Example Analyst Commentary During May 2023 | |
|---|---|---|---|---|---|
| | **Analyst** | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| [8] | William Blair | 2/1/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[231] | 5/3/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[232] |

137.    Three of the analysts quoted above reduced their price targets following the FQ3 2023 Earnings Disclosure. None attributed their revisions to integration. Instead, they explained that confounding news drove the changes to their price targets:

**RBC, on May 2, 2023:**

We are maintaining our Sector Perform rating and *reducing our price target to $45* (prior $54). . . . With the significant reduction in the 2023 outlook, we believe sentiment on the stock is likely to fall. Investors would now likely have to look to 2024 for contract awards and important program milestone that have been pushed out from 2023, largely as a *product of significant supply chain delays and the technological challenges that the company has faced*.[233]

Management spent much of the conference call discussing *12 development programs* that were identified as the primary source of development risk and higher costs. *These development programs have been impacted by both timing delays and execution issues*.[234]

Today's results were overshadowed by the decrease in 2023 expectations, as adj. EBITDA was reduced by (~$45M) for both FY23 and 4Q23. *Supply chain delays mixed with advanced technological challenges* have now pushed high

---

[231]  Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Pursuing Strategic Alternatives, CFO Resigns, Mixed Quarterly Results as Bookings Improve," William Blair Analyst Report, February 1, 2023, p. 2.

[232]  Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs," William Blair Analyst Report, May 3, 2023, p. 2.

[233]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 3 (emphasis added).

[234]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 1 (emphasis added).

margin contract awards and completion milestones into 2024 for the company.[235]

### Truist Securities on May 2, 2023:

We maintain our BUY rating but *cut our PT to $58* (from $69). Once again mgmt cut its FY23 outlook while also disclosing that *a range of technical challenges* impacting 12 prgms was the primary driver of the downward revision. . . *We have reduced our estimates for FY23/FY24 as we believe overcoming these technical challenges*, improving yields, driving volume growth and driving margin expansion may take time, which seemingly points to a transition year.[236]

### Jefferies, on May 7 2023:

MRCY's results were weighed down by guidance being reduced on *delayed development programs and the third year of pandemic-related effects on the supply chain. As a result, our FY23 EPS est of $1.45 is cut by 24%*, driven by a 3% revenue cut and margins moving down 330 bps to 16.5% with just one quarter left in FY23.[237]

Gross margin of 34.3% in FQ3 contracted 510 bps . . . The decline in gross margins was driven by the mix shift towards development programs. . . . *the mix shift towards development programs* have been compounded by execution delays and inefficiencies which led to many of the largest development programs entering final testing and qualification in FY23, which has *led to technical challenges that has had a compounding effect on gross margins*. This is *centered around a dozen or so development programs* that have contributed to FY23 cost growth . . .[238]

---

[235] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 2 (emphasis added).

[236] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Blindsided by Challenges at 12 Programs; Focus Shifts to Outcome of Strategic Review," Truist Securities Analyst Report, May 2, 2023, p. 1 (emphasis added).

[237] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 1 (emphasis added).

[238] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 6 ("Gross margin of 34.3% in FQ3 contracted 510 bps y-o-y while adj. EBITDA margins fell 420 bps to 16.5%. The decline in gross margins was driven by the mix shift towards development programs. MRCY disclosed that development programs in the initial phase carry gross margins in the low to mid 30s percent range on average, while more mature production programs are above 40% on average. As these programs shift to production in FY24, this should provide a gross margin tailwind. Nonetheless, the mix shift towards development programs have been compounded by execution delays

138. A fourth analyst, William Blair, published a report following the FQ3 2023 Earnings Disclosure that did not include a price target but did discuss the "technical challenges":

> **William Blair, on May 3, 2023:**
>
> [T]he company's reduction in adjusted EBITDA and pro forma earnings guidance, which was *attributed to technical challenges* in reusable components that are facing yield and customer acceptance issues that potentially affect multiple programs.[239]

139. Overall, market commentary is consistent with my assessment of the total mix of information and the FQ3 2023 Earnings Disclosure.

## VI.C.    THE NOVEMBER 7, 2023 ALLEGED CORRECTIVE DISCLOSURE DID NOT PROVIDE NEW, UNEXPECTED INFORMATION ABOUT WHETHER INTEGRATION HAD FINISHED OR WHETHER MERCURY HAD ACHIEVED FULL INTEGRATION

140. The SAC alleges that Mercury's disclosures relating to its financial results for FQ1 2024, announced after-hours on November 7, 2023, were corrective of the alleged fraud:

> On November 7, 2023, after the close of trading, Mercury announced the Company's financial results for 1Q24, disclosing for the first time that converting the substantial unbilled receivables associated with the twenty challenged programs to cash would require Mercury to incur significant additional costs to recognize the small fraction of total remaining revenue on the challenged programs, which had resulted in adjusted EBITDA of $2 million in 1Q24, a year-over-year decline of 93.4%, and significantly below analyst estimates.[240]
>
> In response to this revelation, the price of Mercury common stock declined $4.63 per share, or approximately 12.6%, from a close of $36.78 per share

---

and inefficiencies which led to many of the largest development programs entering final testing and qualification in FY23, which has led to technical challenges that has had a compounding effect on gross margins. This is centered around a dozen or so development programs that have contributed to FY23 cost growth that should near completion over the next two to three quarters. We forecast gross margins improve to 40% in FY24 from 34.4% in FY23.") (emphasis added).

[239] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs," William Blair Analyst Report, May 3, 2023, p. 2 (emphasis added).

[240] SAC, ¶ 283.

before the announcement on November 7, 2023, to close at $32.15 per share on November 8.[241]

141. November 7, 2023 occurred after all three of the Actionable Statements. As discussed in Section V.B above, the Fully Integrated Statement occurring on February 1, 2022 allegedly misrepresented the fact that Mercury had not "fully integrated" its acquisitions and therefore allegedly caused Mercury's stock price to trade as if it had "fully integrated" its acquisitions. As discussed in Section V.C above, Plaintiffs allege that the Cost Growth Statement and the Margin Profile Statement additionally omit the fact that Mercury had not "fully integrated" its acquisitions. Plaintiffs further allege that Mercury's stock price traded as if news relating to the project execution challenges facing "approximately a dozen or so" to 20 programs were temporary or not unique to Mercury because they had nothing to do with Mercury's acquisition strategy and its ongoing integration efforts.

142. The SAC does not cite specific documents in which "Mercury announced the Company's financial results for 1Q24" that contained the alleged corrective information. The SAC also does not describe how the total mix of information changed to correct (partially or fully) the alleged falsity in the Actionable Statements.

143. To determine whether Mercury did in fact disclose information that could have changed the total mix of information as alleged by Plaintiffs, I collected and analyzed Mercury's SEC filings on November 7, 2023 that were made available to market participants after the close of trading on November 7, 2023: Mercury filed a form 8-K, which attached as Exhibit 10.1 a copy of its "Amendment to No. 5 to Credit Agreement," attached as Exhibit 99.1 a copy of its press release titled, "Mercury Systems Reports First Quarter Fiscal 2024 Results," and attached as Exhibit 99.2 a copy of a presentation titled "First Quarter Fiscal Year 2024

---

[241]  SAC, ¶ 284.

Financial Results,"[242] a Form 10-Q Quarterly Report for FQ1 2024 with multiple exhibits,[243] and held an investor conference call with analysts[244] (collectively, "FQ1 2024 Earnings Disclosure").

### VI.C.1.    The FQ1 2024 Earnings Disclosure Continued to Describe Mercury's Ongoing Integration Efforts

144. Analysis of the FQ1 2024 Earnings Disclosure indicates that Mercury's statements about integration made on November 7, 2023 did not change the total mix of information in a way consistent with Plaintiffs' theory of price impact.

145. In its disclosures, Mercury provided a description of its ongoing integration efforts, but did not provide new, unexpected, value-relevant information besides a continued description that they were still ongoing. On the November 7, 2023 conference call transcript, William Ballhaus is quoted as stating:

> During Q1, we continued to build and mature integrated processes and management systems to deliver more predictable performance on complex development programs with an immediate focus on the approximately 20 challenge programs that contributed to a majority of the $56 million in cost growth in FY '23.[245]

---

[242]  Mercury's 8-K was released on November 7, 2023 at 4:01:46 PM ET. *See* Mercury Systems, Inc., Form 8-K, filed November 7, 2023 at 4:01:46 PM ET; Exhibit 10.1 to Mercury Systems, Inc., Form 8-K, "Amendment No. 5," filed November 7, 2023 at 4:01:46 PM ET; Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports First Quarter Fiscal 2024 Results," filed November 7, 2023 at 4:01:46 PM ET; and Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "First Quarter Fiscal Year 2024 Financial Results," filed November 7, 2023 at 4:01:46 PM ET. The filing time is indicated at EDGAR Filing available at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

[243]  Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended September 29, 2023, filed November 7, 2023 at 4:37:22 PM ET. Newly filed exhibits attached to this filing included CEO and CFO Certifications under the Sarbanes-Oxley Act (Exhibits 31.1, 31.2 and 32.1). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000047/0001049521-23-000047-index.htm, last accessed September 8, 2025.

[244]  Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023. The conference call was held on November 7, 2023 at 5:00 p m. ET, obtained via S&P Capital IQ.

[245]  Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 5. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Starting first with our focus on delivering more predictable performance through improved execution on our development programs. During Q1, we continued to build and mature integrated processes and management systems to deliver more predictable performance on complex development programs with an immediate focus on the approximately 20 challenge programs that contributed to a majority of the $56 million in cost growth in FY '23.").

> It has also become increasingly evident that our near-term focus on developing a mature integrated management operating system is the anchoring point from which we can achieve predictable performance and deliver differentiated end-to-end processing solutions that our customers demand.[246]

146. These statements reiterated what had already been stated previously. For example, on the August 15, 2023 conference call, Mr. Ballhaus is quoted as informing the market that Mercury "didn't fully integrate some of the businesses and mature processes and management systems to align with Mercury's evolving business portfolio," while also informing the market that "maturing" was "underway."[247]

147. As such, the FQ1 2024 Earnings Disclosure did not change the total mix of information in a way consistent with Plaintiffs' theory of price impact. Thus, the revelation of Plaintiffs' alleged truth cannot have caused a price change in Mercury's stock on November 8, 2023 in an efficient market.

### VI.C.2.   The FQ1 2024 Earnings Disclosure Also Provided New Information About How the Previously Disclosed Challenged Programs Had Resulted in Lower than Expected Earnings

148. On November 7, 2023, Mercury continued to update investors about its previously-disclosed 20 challenged programs. As discussed in Section VI.B.2 above, Mercury first faced challenges from "approximately a dozen or so" challenged programs, as disclosed on May 2, 2023, and told investors that it was hoping to complete these programs in 2 – 3 quarters.[248] November 7,

---

[246] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 7. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[247] Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 5. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Second impression: over the past several years the company grew inorganically into strategically attractive areas, but didn't fully integrate some of the businesses and mature processes and management systems to align with Mercury's evolving business portfolio. In my experience, this is not uncommon in businesses that grow rapidly via acquisitions. At Mercury, though, the immaturity and lack of full integration of key functional areas have led to the serious challenges the company experienced forecasting business performance over the past several quarters. That said, maturing in these areas is doable, within our control, and underway.").

[248] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Approximately a dozen or so of our 300-plus active programs have been affected. In over 2 of the affected programs, more than 90% complete in terms of the total expected costs incurred. The good news is that once we completely develop into new product introduction activities, multiple programs will quickly benefit due to our product program leverage model. We expect these programs to complete over the next 2 to 3 quarters and transition to production-based contracts thereafter.").

2023 was only 2 quarters since then, within the time window that Mercury expected these programs would not yet be resolved.

149. Then on August 15, 2023, Mercury continued to describe its challenged programs, which had grown in number to 20. On its earnings call for FQ4 2023 held on August 15, 2023, CEO William Ballhaus stated that Mercury expected these programs to complete "throughout FY '24" and that he "can't promise we are done seeing the impacts from the challenged programs on our results":

> In FY '23, execution challenges on approximately 20 programs, a majority of which are development in nature, drove approximately $56 million of impact or approximately 580 basis points of margin contraction. . . . Two of these programs moved into production in Q4, 5 more have or are expected to transition in H1, with the majority completing throughout FY '24. While I can't promise we are done seeing the impacts from the challenged programs on our results I can say that these execution challenges are resolvable, temporary in nature, and the full force of the organization is focused on overcoming them.[249]

150. On November 7, 2023, Mercury continued to inform investors that the risks it had previously warned about had continued to affect Mercury's performance. For example, on its FQ1 2024 earnings call, Mercury's CEO, William Ballhaus noted that Mercury continued to "focus on the approximately 20 challenge[d] programs," while also stating that Mercury "completed two more of the approximately 20 challenge[d] programs that we referenced in our last call."[250]

---

[249] Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 6. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("In FY '23, execution challenges on approximately 20 programs, a majority of which are development in nature, drove approximately $56 million of impact or approximately 580 basis points of margin contraction. We are squarely focused on mitigating the effects from the challenged programs, completing them and transitioning them into production. We have strengthened our program reviews on development programs with increased frequency and internal rigor and tightened program management accountability to drive better performance. Two of these programs moved into production in Q4, 5 more have or are expected to transition in H1, with the majority completing throughout FY '24. While I can't promise we are done seeing the impacts from the challenged programs on our results, I can say that these execution challenges are resolvable, temporary in nature, and the full force of the organization is focused on overcoming them.").

[250] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 5. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("During Q1, we continued to build and mature integrated processes and management systems to deliver more predictable performance on complex development programs with an immediate focus on the approximately 20 challenge programs that contributed to a majority of the $56 million in cost growth in FY '23. We made good progress executing on these programs in Q1. During the quarter, we completed two more of the approximately 20 challenge programs that we referenced in our last call, in addition to the 2 programs completed as of Q4.").

Mercury's CFO, David Farnsworth, continued to inform the market about the "cost growth impact recognized on challenged programs."[251]

151. Additionally, Mercury informed investors about the impact that resolving the challenged programs was having on Mercury's financials. For example, David Farnsworth noted "Revenues for the first quarter were $181 million, down $47 million or 20% compared to the prior year of $228 million. As expected, revenues decreased year-over-year due to our pivot towards enhanced execution."[252] Mr. Farnsworth also stated, "Gross margin contracted 640 basis points, primarily as a result of program mix and related cost growth impacts year-over-year. Program mix in the quarter continues to be heavily weighted towards the execution of our challenged programs, most of which are development in nature and carry lower gross margins."[253]

152. Mercury announced FQ1 2024 EPS of -$0.24, compared to the prior consensus estimate of $0.17.[254] This represents an earnings miss of $0.41 per share, or 241% lower than consensus. According to economic research presented in MacKinlay (1997), an earnings miss of 241% constitutes "bad news" that would be expected to cause a stock price decline in an efficient market.[255]

---

[251] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 8. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("As Bill mentioned, the cost growth impact recognized on challenged programs, was $6 million, and related to facts and circumstances in the quarter, which were primarily nontechnical in nature.").

[252] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 8. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[253] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 8. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[254] S&P Capital IQ as of November 6, 2023.

[255] MacKinlay (1997), p. 16 ("To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news. Each announcement is categorized using the deviation of the actual earnings from the expected earnings. If the actual exceeds expected by more than 2.5 percent the announcement is designated as good news, and if the actual is more than 2.5 percent less than expected the announcement is designated as bad news.").

**VI.C.3.     Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by The Realization of a Disclosed Risk**

153.    On November 8, 2023, Mercury's stock declined by 12.6%.[256] According to Dr. Feinstein's regression model, this stock price decline is statistically significant.[257] For the purposes of this report, I have not been asked to evaluate the reliability or accuracy of these regression results.

154.    While Dr. Feinstein's regression model indicates that Mercury's stock price declined by a statistically significant amount on November 8, 2023 because of the FQ1 2024 Earnings Disclosure, it does not indicate which of the new, unexpected, and value-relevant news contained on that day caused this stock price to decline. As explained in Ferrell & Roper (2015), event studies per se cannot determine which news caused a stock's price to decline when multiple pieces of confounding news are simultaneously released.[258]

155.    In this instance, the FQ1 2024 Earnings Disclosure contained multiple pieces of new, unexpected, and value-relevant information that could explain the stock price decline. To determine what news caused the price to decline requires more analysis.

156.    For example, as described above, Mercury did not provide new, unexpected, value-relevant information about the status of its integration of companies acquired; the information describing integration had already been previously disclosed. Efficient market theory predicts that statements reiterating old news cannot cause stock price to change. As such, the stock price decline measured in Dr. Feinstein's regression model could not have been caused by Mercury's statements related to integration because these statements were not new, unexpected or value-relevant.

157.    Moreover, investors learned that Mercury's FQ1 2024 earnings per share was below what market participants expected prior to the announcement, due to the continued realization of a

---

[256]   Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 95. -12.6% = 32.15/36.78 -1.

[257]   Feinstein Report, "Exhibit-10 MRCY Common Stock Event Study Results for All Class Period Dates," p. 159.

[258]   Ferrell & Roper (2015), p. 577 ("In Example 6, one can see a potential limitation of single firm event studies. Namely, single firm events, as typically employed in litigation, examine the change in actual stock prices associated with the actual changes in the total mix of information. When the actual change in the total mix of information contains separate pieces of information, the event study as commonly employed may not be able to disentangle the cause, if any, of the change in stock price.").

previously disclosed risk. In my opinion, this confounding new, unexpected and value-relevant negative earnings surprise news is what substantially explains why the stock price declined. As explained above, economic research demonstrates that negative earnings surprises usually result in stock price declines.

158. As such, in my opinion, Mercury's stock price change observed following its FQ1 2024 Earnings Disclosure does not indicate that the Actionable Statements impacted Mercury's stock price as alleged.

159. As such, in my opinion, Mercury's stock price change observed following its FQ1 2024 Earnings Disclosure will not provide reliable information about the inflation allegedly created by price impact from the Actionable Statements.

160. As such, in my opinion, Mercury's stock price change observed following its FQ1 2024 Earnings Disclosure will not provide reliable information about whether investors incurred losses as a result of the removal of the inflation allegedly created by price impact from the Actionable Statements.

161. As such, in my opinion, Mercury's stock price change observed following its FQ1 2024 Earnings Disclosure will not provide reliable information about whether investors incurred out of pocket damage as alleged.

### VI.C.4.  Stock Analyst Commentary Confirms that They Continued to Discuss the Risk of Mercury's Ongoing Integration

162. The fact that Mercury did not provide new, unexpected, and value-relevant information regarding the status of its integration efforts other than to describe that they were still ongoing indicates that market participants did not have a catalyst to change their beliefs about the value or price of Mercury's stock because of its purported undisclosed failure to fully integrate. Market evidence confirms that stock analysts did not change their beliefs regarding the risk related to Mercury's ongoing integration of companies acquired before the Class Period.

163. **Figure 8** below lists examples of analyst commentary regarding integration from reports before and after the FQ1 2024 Earnings Disclosure. Many analysts described the risks facing investors related to Mercury's integration efforts almost identically before and after this event.

164. One analyst, Bank of America, provided expanded commentary regarding integration. Bank of America's November 29, 2023 report marked its resumption of providing a price target after removing its investment opinion in February 2023.[259] On November 29, 2023, the report described why that analyst was adjusting its valuation model for Mercury to not model expected additional acquisitions over the next two years. The report described integration as an ongoing "sore spot" for Mercury in that analyst's view. The report stated:

> Focus is now on integration, which has been a sore spot . . . Integration has admittedly been a sore spot for Mercury over the last several years.[260]

> No M&A revenue contribution through FY2025 as focus shifts to integration . . . we believe management's focal points have indicated that near-term focus will be on effectively integrating previously acquired businesses and driving organic growth.[261]

---

[259] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 1 ("Price Objective 30.00 USD"). Bank of America Securities removed its investment opinion on February 2, 2023, *see* Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems Elephant in the Room: Board Opens up to 'Strategic Alternatives'; Move to No Rating," Bank of America Securities Analyst Report, February 2, 2023, p. 4 ("We have removed the investment opinion on the company's stock. Investors should no longer rely on our previous opinion or price objective.").

[260] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 3.

[261] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 4 ("No M&A revenue contribution through FY2025 as focus shifts to integration. We previously modeled continued M&A contributions to earnings through the outyears. However, we believe management's focal points have indicated that near-term focus will be on effectively integrating previously acquired businesses and driving organic growth.").

**FIGURE 8: ANALYST COMMENTARY FOLLOWING FQ1 2024 EARNINGS DISCLOSURE**

| | Analyst | Example Analyst Commentary Prior to FQ1 2024 Earnings Disclosure | | Example Analyst Commentary During November 2023 | |
|---|---|---|---|---|---|
| | | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| [1] | Bank of America | 1/31/23 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[262] | 11/29/23 | Focus is now on integration, which has been a sore spot . . . Integration has admittedly been a sore spot for Mercury over the last several years.[263]<br><br>No M&A revenue contribution through FY2025 as focus shifts to integration . . . we believe management's focal points have indicated that near-term focus will be on effectively integrating previously acquired businesses and driving organic growth. As a result, we now exclude any contribution from M&A in FY2024 and FY2025.[264]<br><br>Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[265] |
| [2] | Berenberg | | | | *I did not identify a report published during November 2023* |

---

[262] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 2Q23 Adj. EPS of $0.26 Below Consensus, FY23 EPS Outlook Range $1.90-$2.08," Bank of America Securities Analyst Report, January 31, 2023, p. 2.

[263] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 3.

[264] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 4.

[265] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 5.

| | Analyst | Example Analyst Commentary Prior to FQ1 2024 Earnings Disclosure | | Example Analyst Commentary During November 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [3] | Canaccord Genuity | | | *I did not identify a report published during November 2023* | |
| [4] | Jefferies | 8/16/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[266] <br><br> New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt team until internal execution improves.[267] | 11/10/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[268] <br><br> New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt team until internal execution improves.[269] |
| [5] | J.P. Morgan | 8/16/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[270] | 11/8/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[271] |
| [6] | RBC Capital Markets | 8/15/23 | Management also highlighted the need to focus on program management across the business, streamlining prior acquisitions with an emphasis | 11/7/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key |

---

[266] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 2.

[267] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 5.

[268] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 2.

[269] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 5.

[270] Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems One Step at a Time," J.P. Morgan Analyst Report, August 16, 2023, p. 4.

[271] Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems FY24 Has Become a Heavier Lift," J.P. Morgan Analyst Report, November 8, 2023, p. 4.

|  | Example Analyst Commentary Prior to FQ1 2024 Earnings Disclosure | | Example Analyst Commentary During November 2023 | |
|---|---|---|---|---|
| Analyst | Date of Report | Statement | Date of Report | Statement |
|  |  | on delivering more predictable results . . .[272]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges.[273]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and |  | component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges and opportunities.[275]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[276] |

[272]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 3.

[273]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 7.

[275]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

[276]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, pp. 7, 11. Ken Herbert, "Mercury Systems Inc Fiscal 1Q24 Results Disappoint with Significant Adj. EBITDA Miss; Focus Remains on Program Execution," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

| | Analyst | Example Analyst Commentary Prior to FQ1 2024 Earnings Disclosure | | Example Analyst Commentary During November 2023 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | integrate subsequent acquisitions . . .[274] | | |
| [7] | Truist Securities | 9/18/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[277] | 11/7/23 | Risks to our rating and price target include . . . acquisition integration risk.[278] |
| [8] | William Blair | 8/16/23 | We attribute many of the challenges to growing pains from acquiring too much too quickly. In our view, more mature processes and oversight can help mitigate future risks earlier and improve visibility for future forecasting.[279]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[280] | 11/8/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[281] |

165. As such, market commentary is consistent with my assessment of the total mix of information and the FQ1 2024 Earnings Disclosure.

---

[274] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, pp. 9, 13. Ken Herbert, "Mercury Systems Inc Soft 4Q23 Puts Focus on FY24 Guide, Uncertainty on Expected Improvement in Challanged Programs," RBC Capital Markets Analyst Report, August 15, 2023, p. 4.

[277] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Hitting the Road (Virtually) with the New Management Team," Truist Securities Analyst Report, September 18, 2023, p. 6.

[278] Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Challenged Programs Remain a Focus; Line of Sight to Cutting the Total in Half By Year End," Truist Securities Analyst Report, November 7, 2023, p. 7.

[279] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

[280] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

[281] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Challenging Quarter Impacted by Low Margin Mix of Business and Higher Working Capital," William Blair Analyst Report, November 8, 2023, p. 2.

VI.D.   THE FEBRUARY 6, 2024 ALLEGED CORRECTIVE DISCLOSURE DID NOT PROVIDE NEW, UNEXPECTED INFORMATION ABOUT WHETHER INTEGRATION HAD FINISHED OR WHETHER MERCURY HAD ACHIEVED FULL INTEGRATION

166.   The SAC alleges that Mercury's disclosures relating to its financial results for FQ2 2024, announced after-hours on February 6, were corrective of the alleged fraud:

> On February 6, 2024, after the close of trading, Mercury announced the Company's financial results for 2Q24, disclosing for the first time that converting the unbilled receivables associated with the twenty challenged programs to cash would be so costly that it would cause Mercury's revenue to decline by approximately 20% in FY24, and the Company's adjusted EBITDA to be substantially reduced in FY24, and had caused significantly negative adjusted EBITDA for 2Q24.[282]

> In response to this revelation, the price of Mercury common stock declined $3.45 per share, or approximately 11.4%, from a close of $30.25 per share before the announcement on February 6, 2024, to close at $26.80 per share on February 7.[283]

167.   February 6, 2024 occurred after all three of the Actionable Statements. As discussed in Section V.B above, the Fully Integrated Statement occurring on February 1, 2022, allegedly misrepresented the fact that Mercury had not "fully integrated" its acquisitions and therefore allegedly caused Mercury's stock price to trade as if it had "fully integrated" its acquisitions. As discussed in Section V.C above, Plaintiffs allege that the Cost Growth Statement and the Margin Profile Statement additionally omit the fact that Mercury had not "fully integrated" its acquisitions. Plaintiffs further allege that Mercury's stock price traded as if news relating to the project execution challenges facing "approximately a dozen or so" to 20 programs were temporary or not unique to Mercury because they had nothing to do with Mercury's acquisition strategy and its ongoing integration efforts.

168.   The SAC does not cite specific documents in which "Mercury announced the Company's financial results for 2Q24" that contained the alleged corrective information. The SAC also

---

[282]   SAC, ¶ 285.
[283]   SAC, ¶ 286.

does not describe how the total mix of information changed to correct (partially or fully) the alleged falsity in the Cost Growth Statement and the Margin Profile Statement.

169. To determine whether Mercury did in fact disclose information that could have changed the total mix of information as alleged by Plaintiffs, I collected and analyzed Mercury's SEC filings on February 6, 2024 that were made available to market participants after the close of trading on February 6, 2024: Mercury filed a Form 8-K, which attached as Exhibit 99.1 a copy of a press release titled "Mercury Systems Reports Second Quarter Fiscal 2024 Results" and as Exhibit 99.2 a copy of a presentation titled "Second Quarter Fiscal Year 2024 Financial Results,"[284] a Form 10-Q Quarterly Report for FQ2 2024 which attached multiple exhibits,[285] and held a conference call with investors discussing its financial results[286] (collectively, the "FQ2 2024 Earnings Disclosure").

### VI.D.1.    The FQ2 2024 Earnings Disclosure Continued to Describe Mercury's Ongoing Integration Efforts

170. Analysis of FQ2 2024 Earnings Disclosure indicated that Mercury's statements about integration made on February 6, 2024 did not change the total mix of information in a way consistent with Plaintiffs' theory of price impact.

171. In its disclosures, Mercury provided a description of its ongoing integration efforts, but did not provide new, unexpected, value-relevant information besides a continued description that they were still ongoing. For example, on the February 6, 2024 conference call transcript, CFO David Farnsworth is quoted as stating:

---

[284]  Mercury Systems, Inc. Form 8-K, filed February 6, 2024 at 4:00:28 PM ET. *See* Mercury Systems Inc., Form 8-K, filed February 6, 2024 at 4:00:28 PM ET; Exhibit 99.1 to Mercury Systems Inc., Form 8-K, "Mercury Systems Reports Second Quarter Fiscal 2024 Results," Mercury Systems, Inc. Press Release, filed February 6, 2024 at 4:00:28 PM ET; and Exhibit 99.2 to Mercury Systems Inc., Form 8-K, "Second Quarter Fiscal Year 2024 Financial Results," filed February 6, 2024 at 4:00:28 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952124000006/0001049521-24-000006-index.htm, last accessed September 5, 2025.

[285]  Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended December 29, 2023, filed February 6, 2024 at 4:24:21 PM ET. Newly filed exhibits attached to this filing included CEO and CFO Certifications under the Sarbanes-Oxley Act (Exhibits 31.1, 31.2 and 32.1). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952124000009/0001049521-24-000009-index.htm, last accessed September 8, 2025.

[286]  Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024. The conference call was held on February 6, 2024 at 5:00 p.m. ET, obtained via S&P Capital IQ.

> Finally, as we build and mature integrated processes and management systems, we seek to continuously assess our judgments and estimates, including potential future risks and opportunities, based on the latest and best information available. We are applying our judgment consistently as we work through the full portfolio of programs.[287]

172. These statements reiterated what had already been stated previously. For example, on the November 7, 2023 conference call, Mr. Farnsworth is also quoted as informing investors about Mercury's efforts to "develop a mature integrated management operating system."[288]

173. As such, the FQ2 2024 Earnings Disclosure did not change the total mix of information in a way consistent with Plaintiffs' theory of price impact. Thus, the revelation of Plaintiffs' alleged truth cannot have caused a price change in Mercury's stock on February 7, 2024 in an efficient market.

### VI.D.2.    The FQ1 2024 Earnings Disclosure Also Provided New Information About How the Previously Disclosed Challenged Programs Had Resulted in Lower than Expected Earnings

174. On February 6, 2024, Mercury continued to update investors about its previously-disclosed 20 challenged programs. As discussed in Section VI.C.2, Mercury had disclosed for the previous three consecutive quarters the fact that it was experiencing performance challenges caused by a set of 20 challenged programs. Mercury had warned investors in FQ3 2023 that resolving these challenged programs could take 2 – 3 quarters.[289] That was only 3 quarters prior. And the last time Mercury had discussed the challenged programs in an earnings announcement (on November 7, 2023), Mercury did not indicate they were over and done with.

---

[287] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 9. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

[288] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 7. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("It has also become increasingly evident that our near-term focus on developing a mature integrated management operating system is the anchoring point from which we can achieve predictable performance and deliver differentiated end-to-end processing solutions that our customers demand.").

[289] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ ("Approximately a dozen or so of our 300-plus active programs have been affected. In over 2 of the affected programs, more than 90% complete in terms of the total expected costs incurred. The good news is that once we completely develop into new product introduction activities, multiple programs will quickly benefit due to our product program leverage model. We expect these programs to complete over the next 2 to 3 quarters and transition to production-based contracts thereafter.").

175. As Mercury warned its investors to expect, it continued to face performance issues from these previously disclosed challenged programs in FQ2 2024. It discussed these issues in its FQ2 2024 Earnings Disclosure, stating that "the underlying performance of the business continues to be obscured by unanticipated cost growth on a subset of programs." For example, Mr. Ballhaus stated:

> And third, we are making progress with retiring risk in and completing challenged programs. While the underlying performance of the business continues to be obscured by unanticipated cost growth on a subset of programs, we believe we have largely narrowed these risks from the original 20 challenged programs to 1 product line with game-changing technology that comprises approximately 25% of the original challenged programs.[290]

> Breaking down the nearly $31 million of program cost growth: $14 million of this impact was derived from our challenged programs with nearly all of the impact tied to one single program; approximately $8 million was spread across several development programs and the remaining $9 million related to multiple production programs. The challenged program impact was driven primarily by unexpected redesign and prototype efforts following initial development unit deliveries.[291]

176. Mercury announced FQ2 2024 EPS of -$0.42, compared to the prior consensus estimate of $0.08.[292] This represents a negative earnings surprise of $0.50 per share, or 625% lower than consensus. According to economic research presented in MacKinlay (1997), a negative earnings surprise of 625% constitutes "bad news" that would be expected to cause a stock price decrease in an efficient market.[293]

---

[290] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 5. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

[291] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 5. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

[292] S&P Capital IQ as of February 5, 2024.

[293] MacKinlay (1997), p. 16 ("To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news. Each announcement is categorized using the deviation of the actual earnings from the expected earnings. If the actual exceeds expected by more than 2.5 percent the announcement is designated as good news, and if the actual is more than 2.5 percent less than expected the announcement is designated as bad news.").

177. Mercury updated its FY 2024 guidance. FY 2024 revenue guidance was revised downward from $950 – $1,000 million[294] to $800 million – $850 million,[295] as compared to the existing consensus estimate of $970 million.[296] Mercury also disclosed that its reduction in revenue guidance would result in reductions to prior EBITDA guidance of $160 - $185 million and adjusted EPS guidance of $1.19 - $1.54[297] although specific updates to these estimates were not provided.[298] Following the FQ2 2024 Earnings Disclosure, analysts' consensus estimates of FY 2024 EBITDA decreased from $164 million to $48 million, and analysts' consensus estimates of FY 2024 EPS decreased from $1.27 to -$0.15.[299] Economic research also predicts downward revised guidance will result in a stock price decline.[300]

---

[294] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 7. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ ("Based on our first half revenue and our outlook for the second half, we are updating our guidance for full year FY '24 revenue from the prior range of $950 million to $1 billion to a revised range of $800 million to $850 million.").

[295] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 7. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ ("Based on our first half revenue and our outlook for the second half, we are updating our guidance for full year FY '24 revenue from the prior range of $950 million to $1 billion to a revised range of $800 million to $850 million.").

[296] S&P Capital IQ as of February 5, 2024.

[297] Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports First Quarter Fiscal 2024 Results," Mercury Systems, Inc. Press Release, filed November 7, 2023 at 4:01:46 PM ET, p. 3. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

[298] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 7. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ ("The reduction in our expected revenue range due to the volatility we have seen and expect to continue to see in a small subset of programs related to a single technology offering, coupled with our focus on completing hardware deliveries in order to reduce unbilled balances, naturally results in a reduction to our GAAP earnings and adjusted EBITDA expectations as well. That said, it is difficult to provide reliable guidance estimates beyond revenue for the remainder of the year.").

[299] S&P Capital IQ estimates as of February 5, 2024 and February 7, 2024.

[300] Research shows that the average stock price reaction to bad news in earnings guidance (defined as management earnings forecasts that are lower than analysts' forecasts) is negative, and "the stock price response to bad news is substantially larger in absolute value than the stock price response to good news." *See* Amy P. Hutton, Gregory S. Miller and Douglas J. Skinner, "The Role of Supplementary Statements with Management Earnings Forecasts," *Journal of Accounting Research* 41(5) (2003): 867–890, pp. 875, 883. *See also*, Leonard C. Soffer, S. Ramu Thiagarajan and Beverly R. Walther, "Earnings Preannouncement Strategies," *Review of Accounting Studies* 5 (2000): 5-26, p. 17 (defines guidance news ("PANEWS") as "the preannouncement amount minus the consensus analyst forecast …") and p. 21 ("…the excess return around the preannouncement date is significantly associated with PANEWS in both the positive … and negative … total news subsamples.").

**VI.D.3.    Event Study and Additional Analysis Confirms that Mercury's Stock Price Decline Was Caused by The Realization of a Disclosed Risk**

178.  On February 7, 2024, Mercury's stock price declined by 11.4%.[301] According to Dr. Feinstein's regression model, this stock price decline is statistically significant.[302] For the purposes of this report, I have not been asked to evaluate the reliability or accuracy of these regression results.

179.  While Dr. Feinstein's regression model indicates that Mercury's stock price declined by a statistically significant amount on February 7, 2024 because of the FQ2 2024 Earnings Disclosure, it does not indicate which of the new, unexpected, and value-relevant news contained on that day caused this stock price to decline. As explained in Ferrell & Roper (2015), event studies per se cannot determine which news caused a stock's price to decline when multiple pieces of confounding news are simultaneously released.[303]

180.  In this instance, the FQ2 2024 Earnings Disclosure contained multiple pieces of new, unexpected, and value-relevant information that could explain the stock price decline. To determine what news caused the price to decline requires more analysis.

181.  For example, as described above, Mercury did not provide new, unexpected, value-relevant information about the status of its integration of companies acquired; the information describing integration had already been previously disclosed. Efficient market theory predicts that statements reiterating old news cannot cause stock price to change. As such, the stock price decline measured in Dr. Feinstein's regression model could not have been caused by Mercury's statements related to integration because these statements were not new, unexpected or value-relevant.

---

[301]  Feinstein Report, "Exhibit-4 MRCY Common Stock Prices, Volume, and Returns," p. 97. -11.4% = $26.80/$30.25 -1.

[302]  Feinstein Report, "Exhibit-10 MRCY Common Stock Event Study Results for All Class Period Dates," p. 161.

[303]  Ferrell & Roper (2015), p. 577 ("In Example 6, one can see a potential limitation of single firm event studies. Namely, single firm events, as typically employed in litigation, examine the change in actual stock prices associated with the actual changes in the total mix of information. When the actual change in the total mix of information contains separate pieces of information, the event study as commonly employed may not be able to disentangle the cause, if any, of the change in stock price.").

182. Moreover, investors learned that Mercury's FQ2 2024 earnings per share was below what market participants expected prior to the announcement, due to the continued realization of a previously disclosed risk. In my opinion, this confounding new, unexpected and value-relevant negative earnings surprise news is what substantially explains why the stock price declined. As explained above, economic research demonstrates that negative earnings surprises usually result in stock price declines.

183. As such, in my opinion, Mercury's stock price change observed following its FQ2 2024 Earnings Disclosure does not indicate that the Actionable Statements impacted Mercury's stock price as alleged.

184. As such, in my opinion, Mercury's stock price change observed following its FQ2 2024 Earnings Disclosure will not provide reliable information about the inflation allegedly created by price impact from the Actionable Statements.

185. As such, in my opinion, Mercury's stock price change observed following its FQ2 2024 Earnings Disclosure will not provide reliable information about whether investors incurred losses as a result of the removal of the inflation allegedly created by price impact from the Actionable Statements.

186. As such, in my opinion, Mercury's stock price change observed following its FQ2 2024 Earnings Disclosure will not provide reliable information about whether investors incurred out of pocket damage as alleged.

### VI.D.4.  Stock Analyst Commentary Confirms that Analysts Continued to Discuss the Risk of Mercury's Ongoing Integration

187. The fact that Mercury did not provide new, unexpected, and value-relevant information regarding the status of its integration efforts other than to describe that they were still ongoing indicates that market participants did not have a catalyst to change their beliefs about the value or price of Mercury's stock because of its purported undisclosed failure to fully integrate. Market evidence confirms that stock analysts did not change their beliefs regarding the risk related to Mercury's ongoing integration of companies acquired before the Class Period.

188. **Figure 9** below lists examples of analyst commentary regarding integration from reports before and after the FQ2 2024 Earnings Disclosure. Many analysts described the risks facing investors related to Mercury's integration efforts almost identically before and after this event.

189. One analyst, Bank of America, continued to describe integration as a driver of Mercury's negative performance. This commentary continued its discussion from the prior quarter in which it described integration as a "sore spot."[304] Following the FQ2 2024 Earnings Disclosure, Bank of America stated:

> Mercury Systems (NASDAQ: MRCY), a defense electronics company that has sought to benefit from prime outsourcing, has historically grown through rapid fire M&A. However, integration proved to be an issue, leading to limited program oversight and eventual cost creep. This culminated with the pulling of its FY24 outlook earlier this month. Recent restructuring efforts indicate intentions are in the right place, but we remain cautious as the outlook suspension indicates cost rises may not be fully behind us. While we reiterate our Underperform, we lower PO to $20 on our reduced earnings estimates as MRCY has yet to turn a corner on cost control.[305]

**FIGURE 9: ANALYST COMMENTARY FOLLOWING FQ2 2024 EARNINGS DISCLOSURE**

| | Analyst | **Example Analyst Commentary Prior to FQ2 2024 Earnings Disclosure** | | **Example Analyst Commentary During February 2024** | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| [1] | Bank of America | 11/29/23 | Focus is now on integration, which has been a sore spot . . . Integration has admittedly been a sore spot for Mercury over the last several years.[306]<br><br>No M&A revenue contribution through FY2025 as focus shifts to | 2/20/24 | Mercury Systems . . . has historically grown through rapid fire M&A. However, integration proved to be an issue, leading to limited program oversight and eventual cost creep . . . Recent restructuring efforts indicate intentions |

---

[304] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 3 ("Focus is now on integration, which has been a sore spot . . . Integration has admittedly been a sore spot for Mercury over the last several years.").

[305] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024, p. 1.

[306] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 3.

| | Analyst | Example Analyst Commentary Prior to FQ2 2024 Earnings Disclosure | | Example Analyst Commentary During February 2024 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | integration . . . we believe management's focal points have indicated that near-term focus will be on effectively integrating previously acquired businesses and driving organic growth. As a result, we now exclude any contribution from M&A in FY2024 and FY2025.[307]<br><br>Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[308] | | are in the right place, but we remain cautious as the outlook suspension indicates cost rises may not be fully behind us.[309]<br><br>Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[310] |
| [2] | Berenberg | | | *I did not identify a report published during February 2024* | |
| [3] | Canaccord Genuity | | | *I did not identify a report published during February 2024* | |
| [4] | Jefferies | 11/10/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[311] | 2/11/24 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is |

---

[307] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 4.

[308] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 5.

[309] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024, p. 1.

[310] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024, p. 5.

[311] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 2.

| | Analyst | **Example Analyst Commentary Prior to FQ2 2024 Earnings Disclosure** | | **Example Analyst Commentary During February 2024** | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt team until internal execution improves.[312] | | focused on 1) integrating acquisitions . . .[313]<br><br>New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes.[314] |
| [5] | J.P. Morgan | 11/8/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[315] | 2/6/24 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[316] |
| [6] | RBC Capital Markets | 11/7/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to | 2/6/24 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A |

---

[312] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 5.

[313] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Mercury in Retrograde," Jefferies Analyst Report, February 11, 2024, p. 2.

[314] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Mercury in Retrograde," Jefferies Analyst Report, February 11, 2024, p. 6.

[315] Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems FY24 Has Become a Heavier Lift," J.P. Morgan Analyst Report, November 8, 2023, p. 4.

[316] Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems Still Seeking a Bottom," J.P. Morgan Analyst Report, February 6, 2024, p. 4.

| | Analyst | Example Analyst Commentary Prior to FQ2 2024 Earnings Disclosure | | Example Analyst Commentary During February 2024 | |
|---|---|---|---|---|---|
| | | Date of Report | Statement | Date of Report | Statement |
| | | | hold off on M&A while it executes on its internal execution challenges and opportunities.[317] <br><br> Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[318] | | activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges and opportunities.[319] <br><br> Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[320] |
| [7] | Truist Securities | | | 2/7/24 | *I did not identify a statement regarding integration*[321] |
| [8] | William Blair | 11/8/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[322] | 2/7/24 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to |

---

[317] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

[318] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, pp. 7, 11. Ken Herbert, "Mercury Systems Inc Fiscal 1Q24 Results Disappoint with Significant Adj. EBITDA Miss; Focus Remains on Program Execution," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

[319] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Large F2Q24 Miss, Another Step-down in the FY24 Outlook, Maintain Sector Perform and PT to $30," RBC Capital Markets Analyst Report, February 6, 2024, p. 5.

[320] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Large F2Q24 Miss, Another Step-down in the FY24 Outlook, Maintain Sector Perform and PT to $30," RBC Capital Markets Analyst Report, February 6, 2024, pp. 7, 10.

[321] *See, generally,* Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Perhaps This Turnaround Was a Bit More Complex than We Expected; Downgrading to HOLD," Truist Securities Analyst Report, February 7, 2024.

[322] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Challenging Quarter Impacted by Low Margin Mix of Business and Higher Working Capital," William Blair Analyst Report, November 8, 2023, p. 2.

| | Example Analyst Commentary Prior to FQ2 2024 Earnings Disclosure | | Example Analyst Commentary During February 2024 | |
|---|---|---|---|---|
| **Analyst** | **Date of Report** | **Statement** | **Date of Report** | **Statement** |
| | | | | integrate acquisitions . . . [323] |

190.  As such, market commentary is consistent with my assessment of the total mix of information and the FQ2 2024 Earnings Disclosure.

## VII.  THE FEINSTEIN REPORT DOES NOT PROVIDE ECONOMIC EVIDENCE OF PRICE IMPACT

191.  The Feinstein Report demonstrates that Mercury's stock price changed rapidly in response to *some* information released on earnings dates, but it does not demonstrate Mercury's stock price changed because Mercury disclosed new, unexpected, and value-relevant information alleged to be false and misleading in the Fully Integrated Statement, the Cost Growth Statement, or the Margin Profile Statement as alleged by Plaintiffs.

192.  While Dr. Feinstein conducts an event study to determine whether Mercury's stock price changed in response to its earning announcements, he does not specify whether these events contained new, unexpected, and value-relevant information describing whether Mercury had finished integrating or had achieved full integration of companies acquired before the Class Period. As such, Dr. Feinstein's event study analysis cannot attribute any of the stock price changes it measures to the release of new, unexpected, value-relevant information describing whether Mercury had finished integrating or had achieved full integration.

193.  Dr. Feinstein confirmed in his testimony that he did not identify which company-specific information the stock was responding to:

---

[323]  Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. New Challenges in Troubled Program Lead to Quarter Miss and Significant Revenue Guidance Reduction," William Blair Analyst Report, February 7, 2024, p. 2.

A. . . . So at this stage, ***I haven't yet parsed out which company-specific information the stock was responding to***, but I did determine that it was responding to company-specific information.[324]

194. Instead, Dr. Feinstein testified that he is "satisfied that there was new information" on the earnings announcement dates, but he failed to identify whether any given piece of information was in fact new to the total mix of information:

Q. For the nine high-news days that you considered as laid out on Table 1, the earnings release days, did you evaluate in your study here whether the announcements made during the earnings releases had already been anticipated by the market?

A. No, not specifically with respect to these dates in this case, but the literature is clear that typically there's enough new information on an earnings announcement day such that one can reasonably characterize an earnings announcement day as a day in which there's an elevated flow of new information.

I did look at the news on these days and I was satisfied that there was new information on those days.[325]

195. Specifically, Dr. Feinstein testified that he did ***not*** analyze what information caused Mercury's stock price movements on February 2, 2022, May 3, 2023, or August 16, 2023:

Q. Did you review Mercury's February 1st, 2022 earnings call transcript in the context of conducting your analysis for this report?

A. You said February 2022? Yes.

Q. February 1, 2022. We'll mark that.[326]

Q. . . . In reviewing this particular transcript in connection with your analysis here, did you need to draw any conclusion as to whether the stock price movements that followed this particular announcement which you found to be statistically significant was attributable to any particular piece of information or another that was included in this statement?

---

[324]  Feinstein Deposition, 51:1–6 (emphasis added).
[325]  Feinstein Deposition, 84:10–85:1.
[326]  Feinstein Deposition, 101:2–6.

A.  No, I did not need to do that, nor did I do it.[327]

Q. . . . Let me just ask you one specific question with respect to a couple of other transcripts and your memory of reviewing them, and that is first with respect to the May 2nd, 2023 earnings call transcript.  Is it fair to say that, and that's a day on which you found the stock price movement was statistically significant because it was an earnings call day?

A.  Yes.

Q.  So I guess I should say it would be the trading day after that is when the movement happened, to be fair.  But in reviewing the transcript for that call, for your work at this stage, did you draw any conclusions as to whether the movement was attributable to any particular piece of information or another that was included in that call transcript?

A.  No, I did not draw a conclusion.

Q.  And your answer would be the same with respect to the August 15th, 2023 transcript as well?

A.  Which date?  August 15, 2023?

Q.  Correct.

A.  That's right, I did not.[328]

196. As such, Dr. Feinstein's event study analysis of Cammer Factor 5 fails to identify whether any news caused the stock price changes he observes. Event studies that fail to specify the new, unexpected, and value relevant information that is being examined cannot by construction demonstrate that new, unexpected, and value relevant information caused a rapid and full change in stock price as expected under market efficiency. As described by Dr. Tabak and Dr. Dunbar in their article "Materiality and Magnitude: Event Studies in the Courtroom"—an article cited by Dr. Feinstein[329]— the first step in an event study is to identify the new, unexpected, and value relevant information in the event to be examined. The events in an

---

[327]  Feinstein Deposition: 104:10–20.
[328]  Feinstein Deposition, 107:3–108:3.
[329]  Feinstein Report, n. 76.

event study must be ***well-defined news items*** that arrive at a known time which are ***unanticipated by the market***:

> **Overview of the Event Study Technique.** Event studies of the type used in litigation rely on two well-accepted principles: first, the semi-strong version of the Efficient Market Hypothesis, which states that stock prices in an actively traded security reflect all publicly available information and respond quickly to new information; second, the price of an efficiently traded stock is equal to the present value of the discounted future stream of free cash flow. Consequently, the stock price impacts of an event can reveal the effects of the event on future cash flows if the following four conditions are present: 1. The event is a well-defined news item or series of items. 2. The times that the news reaches the market are known.
>
> 3. There is no reason to believe that the market anticipated the news.
>
> 4. It is possible to isolate the effect of the news from market, industry, and other firm-specific factors simultaneously affecting the firm's stock price. [330]

197.  Other researchers also teach that the identification of a well-defined event is a crucial aspect in assessing questions relating to market efficiency. For example, Dr. Boudoukh and coauthors note that the identification of the news being examined in the event is important:

> A basic tenet of financial economics is that asset prices change in response to unexpected fundamental information. Section 1.2 describes a wide variety of news types from unidentified to identified to identified complex news. What differential impact does this news assortment have on the distributional properties of returns? Identifying which news is relevant is important because a number of empirical results in the literature depend on showing that the distributional properties of stock prices are similar on news versus no news periods.[331]

198.  In their article, entitled, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," Dr. Mitchell and Dr. Netter from the Securities Exchange Commission also describe how researchers should make sure that

---

[330]  David A. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., eds. Roman Weil, et al., (New York: John Wiley & Sons, Inc., 2001), Chapter 19.

[331]  Jacob Boudoukh, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility," *The Review of Financial Studies* 32(3) (2019): 992–1033, p. 1003.

they specify the specific information examined in their information event to ensure they have identified a well-defined event:

> The execution of an event study is quite simple. It involves the identification of an event that causes investors to change their expectations about the value of a firm. The investigator compares a stock price movement contemporaneous with the event to the expected stock price movement if the event had not taken place.[332]

## VIII.    THE FEINSTEIN REPORT DOES NOT IDENTIFY A RELIABLE METHOD TO ESTIMATE DAMAGES

199.    The Feinstein Report asserts that damages can be calculated, but the report says nothing to support this assertion.[333] For example, Dr. Feinstein claims that the alleged corrective disclosures in this case will be used in measuring damages for putative class members, based on the "amount of inflation that dissipated" on each of the four alleged corrective disclosure dates (August 3, 2022, May 3, 2023, November 8, 2023, and February 7, 2024).[334] As described in Section VII, the event study proposed in Dr. Feinstein's Report only detects whether Mercury's stock price changed when it disclosed earnings. Nowhere does Dr. Feinstein describe the event study he intends to conduct to measure the "amount of inflation that dissipated" on each of the corrective disclosure dates as he suggests will be done.

200.    In my opinion, the price changes, if any, that are caused by the alleged corrective disclosures cannot be relied upon to establish the level or existence of price impact (or inflation as part of per share damages) during the Class Period allegedly arising from the alleged material misrepresentations and omissions. As described in Section VI, the information contained in the four alleged corrective disclosures did not reveal the alleged material facts Defendants misrepresented or concealed. As such, the event study methodology cannot be used in this

---

[332]    Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49(2) (1994): 545–590, p. 557.

[333]    Feinstein Report, ¶ 149-161.

[334]    Feinstein Report, ¶ 159(ii) ("The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure back to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated.").

matter to measure the "amount of inflation dissipated" on each of the alleged corrective disclosures.

201. Dr. Feinstein does not describe how an event study is going to allow the trier of fact to measure per share inflation. Instead, he simply asserts that out-of-pocket damages can be calculated. It is unclear how Dr. Feinstein can come to this belief that damages can be calculated without having examined the total mix of information in this matter to determine whether there exist events that can be relied on to measure inflation using an event study. Instead, Dr. Feinstein simply asserts it can be done without describing how it will be done:

> Q. . . . So for purposes of finding that a common methodology is available, you would have to first reach a finding or assume that price impact occurred as a result of the alleged misstatements in the case. Is that fair to say?
>
> A. No.
>
> Q. Why not?
>
> A. Those sort of determinations would be made in the course of applying the methodology. They aren't a prerequisite to being able to apply the methodology. It's altogether possible that one would run the methodology and find there were no damages, so you don't need a prerequisite that there are damages or that there is price impact in order to apply the methodology. You don't need a prerequisite determination.[335]

202. For example, Dr. Feinstein asserts that in order to calculate damages, "someone" would have to disaggregate the effect of confounding information, but has not demonstrated how this would actually be done in this matter using an event study (besides asserting that he is "aware of the experience of the company"):

> Q. . . . is it fair to say that on the alleged corrective disclosure dates, you haven't looked in particular about how on each of those dates you would, if asked, to break out the alleged corrective disclosure's effect from any other confounding information that was in the same disclosure?
>
> A. No, I did some of that analysis. From the complaint I understood what the allegations are and what the alleged corrective disclosures are. From reading the transcripts and reading analyst reports, I'm aware of the experience of the

---

[335] Feinstein Deposition, 108:10–109:2.

company over this time frame.  We talked earlier today about how I'm aware of that there were different pieces of information conveyed and communicated to the market on each of these days, so I know I would likely have to do some disaggregation, but from reading the analyst reports and seeing how they valued the company, I know that I can do it, or if not me, someone else can do it, disaggregate various elements of news that was conveyed.[336]

I declare under penalty of perjury under the laws of the United States that the information submitted herein is true and correct.

Executed at Mountain View, California on September 19, 2025.

Andrew H. Roper

---

[336]   Feinstein Deposition: 109:12–110:11.

APPENDIX A: CURRICULUM VITAE OF ANDREW H. ROPER

# Andrew H. Roper

**PRINCIPAL | SAN FRANCISCO**

## PROFESSIONAL EXPERIENCE

- The Brattle Group (2023–Present)
  Principal; Practice Co-Leader: Securities Class Actions

- Catalyst Economic Consulting (2019–2023)
  Founder

- Compass Lexecon (2014-2018)
  Executive Vice President
  Senior Consultant

- Cornerstone Research (2006-2014)
  Vice President

## ACADEMIC EXPERIENCE

- Stanford Law School, Stanford University (2010–2014)
  Lecturer in Law

- Wisconsin School of Business, UW Madison (2002–2006)
  Assistant Professor of Finance

- Sanford School of Public Policy, Duke University (2001)
  Lecturer

## EXPERT TESTIMONY

- ***In re Sterling Financial Corporation v. Clyde Conklin and the Bank of Whitman Securities Litigation*** | Report (November 2007)

- ***Torbati v. Torbati*** | Deposition (August 2008)

- ***Teimuraz Tsirekidze v. Syntax-Brillian et al.*** | Report (May 2009)

- ***In re Vahe Ohanessian et al. v. Security with Advanced Technology et al.*** | Report (March 2010)

- ***Data Key Partners v. Permira Advisers et al.*** | Report (October 2011)

- ***In re Checking Account Overdraft Litigation*** | Declaration (February 2012); Deposition (March 2012)

- ***Theodore E. Dean, et al. v. China Agritech et al.*** | Declaration (February 2012); Deposition (March 2012); Declaration (April 2012)

- ***Ravi P. Rawat and Elliot Lyons v. Navistar International*** |Report (March 2012)

- ***In re Mark Henning et al. v. Orient Paper et al.*** | Report (April 2012); Deposition (May 2012)

- ***McCormack-Missouri Wireless et al. v. George K. Baum Advisors et al.*** | Report (July 2012); Report (August 2012); Deposition (August 2012)

- ***Salina-Spavinaw Telephone Company v. George K. Baum Advisors et al.; Chickasaw Wireless and Chickasaw Holding Company v. George K. Baum Advisors, Brown Brothers Harriman, and Thomas Riley*** | Report (July 2012); Report (August 2012); Deposition (August 2012)

- ***Plumbers & Pipefitters National Pension Fund et al. v. Michael Burns and Robert Richter; Hawaii Ironworkers Annuity Trust Fund v. Bernard Cole et al.*** | Declaration (August 2012); Deposition (September 2012); Testimony before the Hon. James G. Carr (July 2013)

- ***In re Carlos Munoz v. China Expert Technology, Inc., et al.*** | Report (February 2013); Deposition (March 2013)

- ***In re Treo by Quantum v. Oppenheimer Multifamily Litigation*** | Report (March 2013); Deposition (September 2013)

- ***Brown v. China Integrated Energy et al.*** | Declaration (March 2014); Deposition (April 2014); Testimony before Hon. Beverly Reid O'Connell (June 2014); Declaration (December 2014); Deposition (January 2015)

- ***Suarez et al. v. Anheuser-Busch Companies, LLC*** | Declaration (August 2014); Deposition (September 2014)

- ***Carver et al. v. Bank of New York Mellon et al.; Fletcher v. Bank of New York Mellon et al***. | Report (December 2014)

- ***In re Public Storage Limited Partnership Litigation*** | Declaration (July 2015); Deposition (July 2015); Trial Testimony before the Hon. Jane L. Johnson (January 2016)

- ***In re Tanzanian Gold Litigation*** | Declaration (March 2020)

- ***In re Callais Capital Management, LLC v. Brian Wilhite, et al.*** | Declaration (November

2020)

- ***In re Hewlett Packard Enterprise Co. Shareholder Litigation*** | Report (October 2023); Declaration (February 2024)

- ***Lemen v. Redwire Corporation et al.*** | Report (April 2024); Deposition (June 2024)

- ***Daniel Borteanu, et al., v. Nikola Corporation et al.*** | Report (August 2024); Deposition (September 2024); Reply Report (October 2024)

- ***Vince Impiombato, and Klemweb Nominees Pty Ltd (as Trustee for the Klemweb Superannuation Fund) v. BHP Group Limited*** | Report (March 2025); Reply Report (August 2025)

- ***Nelson & Anor v. Beach Energy Limited*** | Report (September 2025)

## PUBLICATIONS

- "How the Pandemic is Changing Stock Volatility Calculations," with Clifford Ang, Law360 (September 15, 2020)

- "Price Impact, Materiality, and Halliburton II," with Allen Ferrell, Washington Law Review, Vol. 93, No. 2 (2015)

- "Intertemporal Capital Budgeting," with Martin Ruckes, Journal of Banking and Finance, Volume 36, pp. 2543–2551 (2012)

- "The Effect of Taxes on Multinational Debt Location," with Matteo P. Arena, Journal of Corporate Finance, Volume 16, pp. 637–654 (2010)

- "The Effects of Capital Structure when Expected Agency Costs are Extreme," with Campbell Harvey and Karl V. Lins, Journal of Financial Economics, Volume 74, Issue 1, pp. 3–30 (2004)

- R. Harvey and Karl V. Lins, Journal of Financial Economics, Volume 74, Issue 1, pp. 3–30 (2004)"The Asian Bet," with Campbell R. Harvey, in Financial Markets and Development: The Crisis in Emerging Markets, Edited by A. Harwood, R. E. Litan, and M. Pomerleano, The Brookings Institution (1999)

## SPEAKING ENGAGEMENTS

- Side Effect of COVID-19: Beta Changes Impacting Business Valuations," a Webinar with Clifford Ang, bvresources.com (December 10, 2020)

- "Intertemporal Capital Allocation"
  - EFMA, Madrid (July 2006)
  - University of Wisconsin–Madison (February 2006)

- "Underpricing Versus Underinvestment in IPOs"
  - University of Wisconsin–Madison (October 2005)
  - University of California at Irvine (March 2005)
  - European Financial Management Association (Zurich, 2004)

- "Leverage in Young Public Companies: Evidence of Life Cycle in Capital Structure"
  - University of British Columbia (February 2001)
  - University of Michigan (February 2001)
  - University of Illinois (February 2001)
  - Penn State University (February 2001)
  - University of Virginia-Darden School of Business (March 2001)
  - Boston College (March 2001)
  - University of Wisconsin School of Business (March 2001)

- "Leverage in Young Public Companies: Evidence of Life Cycle in Capital Structure"
  - Boston College (March 2001)
  - University of Wisconsin-School of Business (March 2001)

- "The Effects of Capital Structure When Expected Agency Costs are Extreme"
  - Western Finance Association, Cabo San Lucas (June 2003)
  - American Finance Association, Atlanta (January 2002)
  - The Center for New and Emerging Markets and CIFRA Conference, Financial Market Development in Emerging and Transition Economies, London (September 2000)

- "The Asian Bet"
  - Canadian Investment Review Annual Global Investment Conference, Vancouver (2000)
  - The Brookings and World Bank Conference, Financial Markets and Development: Preventing Crises in Emerging Markets, Palisades, New York (March 1999)

## APPENDIX B: MATERIALS RELIED UPON

**Case Documents**

- Memorandum and Order in *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. v. Mercury Systems Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, February 20, 2025.

- Memorandum of Law in Support of Plaintiffs' Motion to Certify This Action as a Class Action and Related Relief, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury System, Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, July 18, 2025.

- Report on Market Efficiency and Damages Methodology, Professor Steven P. Feinstein, Ph.D., CFA, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems, Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, July 18, 2025.

- Second Amended Class Action Complaint for Violation of the Federal Securities Laws, *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury Systems Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, February 20, 2025.

**Depositions**

- Deposition of Steven Feinstein, Ph.D., *North Collier Fire Control and Rescue District Firefighters' Pension Plan, et al. vs. Mercury System, Inc., et al.*, Civil Action No. 1:23-cv-13065-WGY, September 5, 2025.

**Company Filings**

- Exhibit 10.1 to Mercury Systems, Inc., Form 8-K, "Amendment No. 5," filed November 7, 2023 at 4:01:46 PM ET. The filing time is indicated at EDGAR Filing available at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

- Exhibit 99.1 to Mercury Systems Inc., Form 8-K, "Mercury Systems Reports Second Quarter Fiscal 2024 Results," Mercury Systems, Inc. Press Release, filed February 6, 2024 at 4:00:28 PM ET. The filing time is indicated at SEC EDGAR website at

https://www.sec.gov/Archives/edgar/data/1049521/000104952124000006/0001049521-24-000006-index.htm, last accessed September 5, 2025.

- Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Second Quarter Fiscal 2022 Results," Mercury Systems, Inc. Press Release, filed February 1, 2022 at 4:00:46 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000002/0001049521-22-000002-index.html, last accessed September 3, 2025.

- Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Fourth Quarter and Fiscal 2022 Results," Mercury Systems, Inc. Press Release, filed August 2, 2022 at 4:01:24 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/0001049521/000104952122000040/0001049521-22-000040-index.htm, last accessed September 3, 2025.

- Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports Third Quarter Fiscal 2023 Results," Mercury Systems, Inc. Press Release, filed May 2, 2023 at 4:00:31 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000007/0001049521-23-000007-index.htm, last accessed September 3, 2025.

- Exhibit 99.1 to Mercury Systems, Inc., Form 8-K, "Mercury Systems Reports First Quarter Fiscal 2024 Results," Mercury Systems, Inc. Press Release, filed November 7, 2023 at 4:01:46 PM ET. The filing time is indicated at EDGAR Filing available at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

- Exhibit 99.2 to Mercury Systems Inc., Form 8-K, "Second Quarter Fiscal Year 2024 Financial Results," filed February 6, 2024 at 4:00:28 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952124000006/0001049521-24-000006-index.htm, last accessed September 5, 2025.

- Exhibit 99.2 to Mercury Systems, Inc. Form 8-K, "Third Quarter Fiscal Year 2023 Financial Results," filed May 2, 2023 at 4:00:31 PM ET. The filing time is indicated at

SEC EDGAR website

https://www.sec.gov/Archives/edgar/data/1049521/000104952123000007/0001049521-23-000007-index.html, last accessed September 3, 2025.

- Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "First Quarter Fiscal Year 2024 Financial Results," filed November 7, 2023 at 4:01:46 PM ET. The filing time is indicated at EDGAR Filing available at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

- Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Fourth Quarter and Fiscal Year 2022 Financial Results," filed August 2, 2022 at 4:01:24 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/0001049521/000104952122000040/0001049521-22-000040-index.htm, last accessed September 3, 2025.

- Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Fourth Quarter and Fiscal Year 2023 Financial Results," filed August 15, 2023 at 4:00:27 ET. The filing time indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000029/0001049521-23-000029-index.html, last accessed September 4, 2025.

- Exhibit 99.2 to Mercury Systems, Inc., Form 8-K, "Second Quarter Fiscal Year 2022 Financial Results," filed February 1, 2022 at 4:00:46 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000002/0001049521-22-000002-index.html, last accessed September 3, 2025.

- Mercury Systems Inc., Form 8-K, filed February 6, 2024 at 4:00:28 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952124000006/0001049521-24-000006-index.htm, last accessed September 5, 2025.

- Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET. The filing time is indicated at SEC EDGAR website at

https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 1, 2022, filed May 10, 2022 at 4:11:44 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000019/0001049521-22-000019-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 2, 2021, filed May 11, 2021 at 3:29:08 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000020/0001049521-21-000020-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended December 31, 2021, filed February 8, 2022 at 4:10:20 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000010/0001049521-22-000010-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended December 29, 2023, filed February 6, 2024 at 4:24:21 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952124000009/0001049521-24-000009-index.htm, last accessed September 8, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended January 1, 2021, filed February 9, 2021 at 4:22:49 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000005/0001049521-21-000005-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended October 1, 2021, filed November 9, 2021 at 3:24:08 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000051/0001049521-21-000051-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended September 30, 2022, filed November 8, 2022 at 4:23:19 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000067/0001049521-22-000067-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended September 29, 2023, filed November 7, 2023 at 4:37:22 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000047/0001049521-23-000047-index.htm, last accessed September 8, 2025.

- Mercury Systems, Inc., Form 8-K, filed August 2, 2022 at 4:01:24 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/0001049521/000104952122000040/0001049521-22-000040-index.htm, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 8-K, filed February 1, 2022 at 4:00:46 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000002/0001049521-22-000002-index.html, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 8-K, filed May 2, 2023 at 4:00:31 PM ET. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952123000007/0001049521-23-000007-index.htm, last accessed September 3, 2025.

- Mercury Systems, Inc., Form 8-K, filed November 7, 2023 at 4:01:46 PM ET. The filing time is indicated at EDGAR Filing available at

https://www.sec.gov/Archives/edgar/data/1049521/000104952123000045/0001049521-23-000045-index.htm, last accessed September 4, 2025.

**Earnings Presentations and Earnings Calls**

- Mercury Systems, Inc., "Second Quarter Fiscal Year 2023 Financial Results Earnings Presentation," January 31, 2023.

- Mercury Systems, Inc., "Third Quarter Fiscal Year 2023 Financial Results Earnings Presentation," May 2, 2023.

- Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ1 2022 Earnings Call Transcript, November 2, 2021. The conference call was held on November 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ1 2023 Earnings Call Transcript, November 1, 2022. The conference call was held on November 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ2 2021 Earnings Call Transcript, February 2, 2021. The conference call was held on February 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ2 2023 Earnings Call Transcript, January 31, 2023. The conference call was held on January 31, 2023 at 5:00 PM ET.

- Mercury Systems, Inc., FQ3 2021 Earnings Call Transcript, May 4, 2021. The conference call was held on May 4, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ3 2022 Earnings Call Transcript, May 3, 2022. The conference call was held on May 3, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023. The conference call was held on May 2, 2023 at 5:00 p.m. ET, obtained via S&P Global Markets Capital IQ.

- Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

- Mercury Systems, Inc., FQ4 2022 Earnings Call Transcript, August 2, 2022. The conference call was held on August 2, 2022 at 5:00 PM ET, obtained via S&P Capital IQ.

**Analyst Reports**

Bank of America

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Natalie O'Dea, "Mercury Systems 1Q22 Adj. EPS of $0.41 in Line with BofAe; Raised FY22 Adj. EPS Outlook $2.51-2.60," Bank of America Securities Analyst Report, November 2, 2021.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Natalie O'Dea, "Mercury Systems Organic Revenue Growth Headwinds Continue; Lowering PO to $45," Bank of America Securities Analyst Report, November 4, 2021.

- Ronald Epstein, Mariana Perez Mora, and Elizabeth Grenfell, "Mercury Systems 2Q22 Adj. EPS of $0.39 Below BofAe; Sales Down 13.1% Y/Y Organically," Bank of America Securities Analyst Report, February 2, 2022.

- Ronald Epstein, Mariana Perez Mora, and Elizabeth Grenfell, "Mercury Systems A Leading Indicator of Headwinds or Something Else?," Bank of America Securities Analyst Report, February 3, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems 3Q22 Adj. EPS of $0.57 Above BofAe, But FY22 Adj. EPS Outlook Lowered," Bank of America Securities Analyst Report, May 3, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems Activists Break Down the Gate," Bank of America Securities Analyst Report, June 29, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems 4Q22 Adj. EPS of $0.81; FY23e Outlook Missed Estimates," Bank of America Securities Analyst Report, August 2, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Andre Madrid, and Samantha Stiroh, "Mercury Systems 1Q23 Adj. EPS of $0.24 Above Consensus, FY23 EPS Outlook Lowered," Bank of America Securities Analyst Report, November 1, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Andre Madrid, and Samantha Stiroh, "Mercury Systems Chipping Away at Lead Times, But Still a Long Road Ahead – Reiterate Underperform," Bank of America Securities Analyst Report, November 30, 2022.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 2Q23 Adj. EPS of $0.26 Below Consensus, FY23 EPS Outlook Range $1.90-$2.08," Bank of America Securities Analyst Report, January 31, 2023.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems Elephant in the Room: Board Opens up to 'Strategic Alternatives'; Move to No Rating," Bank of America Securities Analyst Report, February 2, 2023.

- Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 3QFY23 Adj. EPS Beat on Tax Benefit, Lowering FY23 Outlook," Bank of America Securities Analyst Report, May 2, 2023.

- Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems 4QFY23 Miss and Weaker FY24 Outlook; Refocus on 4 Key Areas," Bank of America Securities Analyst Report, August 15, 2023.

- Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Adjusted EPS Miss, But FY24 Revenue Outlook Maintained & EPS Outlook Raised," Bank of America Securities Analyst Report, November 7, 2023.

- Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023.

- Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Restructuring: Two Divisions Into One, Roger Wells Named New COO," Bank of America Securities Analyst Report, January 18, 2024.

- Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024.

Berenberg

- Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022.

- Christopher Rieger, "Mercury Systems, Inc. (MRCY US) FQ2 Misses Consensus; Macro Concerns Persist for FY22," Berenberg Capital Markets Analyst Report, February 2, 2022.

- Christopher Rieger, "Mercury Systems, Inc. (MRCY US) FQ3 In-Line; Growth Outlook Stabilizing on Solid Bookings," Berenberg Capital Markets Analyst Report, May 4, 2022.

- "Terminating Select BCM Coverage," Berenberg Capital Markets Analyst Report, January 28, 2023.

Canaccord Genuity

- Austin Moeller, "Mercury Systems DoD Budget Delays and Federal Vaccine Mandates Threaten Maintained FY22 Outlook," Canaccord Genuity Capital Markets Analyst Report, November 2, 2021.

- Austin Moeller, "Mercury Systems Mercury Acquires Atlanta Micro," Canaccord Genuity Capital Markets Analyst Report, November 29, 2021.

- Austin Moeller, "Mercury Systems Pressure Rising on Management for a Sale," Canaccord Genuity Capital Markets Analyst Report, January 14, 2022.

- Austin Moeller, "Mercury Systems FTC Fires the First Shot on Critical Defense Supplier Consolidation," Canaccord Genuity Capital Markets Analyst Report, January 25, 2022.

- Austin Moeller, "Mercury Systems Defense Budget Holdup, Supply Chain Leaves Q4 Going 'All-In'," Canaccord Genuity Capital Markets Analyst Report, February 1, 2022.

- Austin Moeller, "Mercury Systems Supply Chain Challenges, Program Delays Impact Q3/22; FY23 Ramp Still Opaque; HOLD, $60 PT," Canaccord Genuity Capital Markets Analyst Report, May 4, 2022.

- Austin Moeller, "Mercury Systems Activists Secure Two Board Seats After Negotiations with Management," Canaccord Genuity Capital Markets Analyst Report, June 24, 2022.

- Austin Moeller, "Mercury Systems FY23 Guide Conservative as Supply Chain and Inflation Expected to Rock the Boat Into 1H," Canaccord Genuity Capital Markets Analyst Report, August 2, 2022.

- Austin Moeller, "Mercury Systems Waiting on the World (Supply Chain) to Change; Maintain HOLD, PT to $52," Canaccord Genuity Capital Markets Analyst Report, November 1, 2022.

- Austin Moeller, "Mercury Systems Supply Chain Improving as the Board Weighs a Sale; Maintain HOLD, $52 PT," Canaccord Genuity Capital Markets Analyst Report, February 1, 2023.

- Austin Moeller, "Mercury Systems Advent Eyes Mercury as the Second Stone for its Defense Infinity Gauntlet in 2023," Canaccord Genuity Capital Markets Analyst Report, February 2, 2023.

Jefferies

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Ellen Page, and Alex Kim, "Mercury Systems Quick Take: FQ1 Beat on Vols, H1 Rev Decline of 11%, Implies H2 Growth of 8%," Jefferies Analyst Report, November 2, 2021.

- Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Steep H2 Revenue and EBITDA Ramp Depends on F-35, SEWIP, and FMS," Jefferies Analyst Report, November 7, 2021.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Ellen Page, and Alex Kim, "Mercury Systems MRCY Acquires Atlanta Micro - 2% Accretive to FY23 EPS," Jefferies Analyst Report, November 29, 2021.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Ellen Page, "Mercury Systems Quick Take: 3% Core Cut but 30% Q4 Weighted Year," Jefferies Analyst Report, February 1, 2022.

- Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022.

- Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Still in Retrograde - Downgrade to Hold," Jefferies Analyst Report, April 8, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Ellen Page, "Mercury Systems Quick Take: FQ4 Implies 18% Rev Growth + ~1,000 Bps Improvement in Margins," Jefferies Analyst Report, May 3, 2022.

- Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems The One We Just Can't Get Right," Jefferies Analyst Report, May 8, 2022.

- Sheila Kahyaoglu and Greg Konrad, "Mercury Systems Mgmt Mtg Takes: Consolidating Footprint with a Positive Outlook," Jefferies Analyst Report, May 31, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: A Miss on the Quarter and the FY23 Outlook," Jefferies Analyst Report, August 2, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems MRCY FYQ4 Conf Call Highlights & Key Takes," Jefferies Analyst Report, August 2, 2022.

- Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022.

- Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Tidbits from the 10-K: Proof of Shifting to Integrated Systems & Over Time Revs," Jefferies Analyst Report, August 19, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: Low-End Rev/EBITDA Guide Raised w/ Higher Int Driving 2% EPS Cut," Jefferies Analyst Report, November 1, 2022.

- Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Mixed Quarter as Supply Chain Drags Revs Through FY24," Jefferies Analyst Report, November 6, 2022.

- Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Mgmt Mtg Takes: Stacking Its Chip'let's at the Table," Jefferies Analyst Report, December 11, 2022.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: FQ2 Miss; H1 Organic Down 2% Implies H2 Up +6%," Jefferies Analyst Report, January 31, 2023.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Things About to Get Interesting: Mike Drop & Strategic Review," Jefferies Analyst Report, January 31, 2023.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Kyle Wenclawiak, and Chloe Lemarie, "Mercury Systems Who Could Buy? Advent's Cobham in the Mix, US Primes Unlikely," Jefferies Analyst Report, February 1, 2023.

- Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Bidder, Bidder - Who's Going to Be the Winner," Jefferies Analyst Report, February 5, 2023.

- Sheila Kahyaoglu, Chloe Lemarie, Greg Konrad, Ellen Page, Scott Forbes, and Kyle Wenclawiak, "A&D Discussion: End Market Tracker, MRCY Strategic Review," Jefferies Analyst Report, February 6, 2023.

- Sheila Kahyaoglu, "Mercury Systems Tidbits from the 10-Q: Inventory Continues Trend Higher Led by Finished Goods," Jefferies Analyst Report, February 9, 2023.

- Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: Death by a Thousand Cuts," Jefferies Analyst Report, May 2, 2023.

- Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth with a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023.

- Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems No Deal w/ Management Transition," Jefferies Analyst Report, June 23, 2023.

- Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Lowering FY24 Despite Some Stability with New CFO and Another Director," Jefferies Analyst Report, June 30, 2023.

- Sheila Kahyaoglu, Greg Konrad, Ellen Page, Kyle Wenclawiak, and Samuel Gatsos, "A&D Weekly: Board Changes Tally 45 YTD in Our Coverage," Jefferies Analyst Report, July 21, 2023.

- Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Quick Take: FY24 Revs Flat, EPS Misses by 25%," Jefferies Analyst Report, August 15, 2023.

- Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023.

- Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Quick Take: FQ1 Dive, But to Believe or Not to Believe the Ramp," Jefferies Analyst Report, November 7, 2023.

- Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023.

- Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Raising Near-Term Leverage Covenant Amid CR/Shutdown Risk," Jefferies Analyst Report, November 13, 2023.

- Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Downgrade to Underperform: The Steeper the Mountain, The Harder the Climb," Jefferies Analyst Report, January 3, 2024.

- Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Finding Fat to Trim with a Simplified Org Structure," Jefferies Analyst Report, January 17, 2024.

- Sheila Kahyaoglu, Chloe Lemarie, Greg Konrad, Ellen Page, Kyle Wenclawiak, and Samuel Gatsos, "US A&D Discussion: Survey Says x 2, Max Downside, MRCY Reorg," Jefferies Analyst Report, January 21, 2024.

- Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Quick Take: Guide Slashed on Top-Line, Withdrawn on Bottom-Line," Jefferies Analyst Report, February 6, 2024.

- Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Mercury in Retrograde," Jefferies Analyst Report, February 11, 2024.

J.P. Morgan

- Seth Seifman, Tyler Bolanos, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Biding Time Until Growth Returns," J.P. Morgan Analyst Report, November 3, 2021.

- Seth Seifman, Rocco Barbero, Tyler Bolanos, and Wuzmal Handu, "Mercury Systems Navigating Choppy Waters," J.P. Morgan Analyst Report, February 14, 2022.

- Seth Seifman, Wuzmal Handu, and Rocco Barbero, "Mercury Systems JPM Industrials Conference Takeaways," J.P. Morgan Analyst Report, March 15, 2022.

- Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Model Update," J.P. Morgan Analyst Report, July 27, 2022.

- Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Time to Stop Digging?," J.P. Morgan Analyst Report, October 19, 2022.

- Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Awaiting a Return to Organic Growth," J.P. Morgan Analyst Report, November 28, 2022.

- Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Exploring a Sale Amid Backlog Growth and Continued Operating Challenges," J.P. Morgan Analyst Report, January 31, 2023.

- Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Moving to Neutral with No Sale and Mgmt Reset Ahead," J.P. Morgan Analyst Report, June 26, 2023.

- Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Looking to Press the Reset Button," J.P. Morgan Analyst Report, August 13, 2023.

- Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems One Step at a Time," J.P. Morgan Analyst Report, August 16, 2023.

- Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems FY24 Has Become a Heavier Lift," J.P. Morgan Analyst Report, November 8, 2023.

- Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems Still Seeking a Bottom," J.P. Morgan Analyst Report, February 6, 2024.

RBC

- Ken Herbert, "MRCY – Fiscal 1Q22 Results Largely In-Line, Outlook for FY22 Largely Unchanged," RBC Capital Markets Analyst Report, November 2, 2021.

- Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021.

- Ken Herbert, "MRCY – Mercury Systems Announces Small Acquisition," RBC Capital Markets Analyst Report, November 29, 2021.

- Ken Herbert, "MRCY – Jana Partners Ownership Position Amounts to 6.6%; Recommends Exploring Strategic Options," RBC Capital Markets Analyst Report, December 26, 2021.

- Ken Herbert, "MRCY – Pressure Building with Starboard Value's 7.3% Investment Stake in Mercury Systems," RBC Capital Markets Analyst Report, January 13, 2022.

- Ken Herbert, "Mercury Systems Inc Fiscal 2Q22 Results In-Line, Management Maintains Strong Fiscal 4Q22 Confidence, FY22/FY23 Outlook," RBC Capital Markets Analyst Report, February 1, 2022.

- Ken Herbert, "Mercury Systems Inc Fiscal 3Q22 Results In-Line, Lower 4Q22 Outlook, FCF Visibility the Key Investor Concerns," RBC Capital Markets Analyst Report, May 3, 2022.

- Ken Herbert, "Mercury Systems Inc Better Defense Fundamentals Support Confidence in FY23, Upgrading to OP, PT to $72," RBC Capital Markets Analyst Report, May 18, 2022.

- Ken Herbert, "Mercury Systems Inc Company Enters 'Cooperation' Agreement with Activists, Adding Two New Directors," RBC Capital Markets Analyst Report, June 24, 2022.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022.

- Ken Herbert, "Mercury Systems Inc 4Q22 Missed Results, as Expected, While FY23 Guide Provides Conservative Outlook," RBC Capital Markets Analyst Report, August 2, 2022.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 4Q22 Results Disappoint, FY23 Outlook Conservative on Supply Chain Issues, Maintain Outperform," RBC Capital Markets Analyst Report, August 3, 2022.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 1Q23 Results Beat Conservative Guidance, However Soft 1Q23 FCF to Weigh on Sentiment, Maintain OP," RBC Capital Markets Analyst Report, November 2, 2022.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Moving to Sector Perform on Supply Chain, Implied 2H23 Upside Risk," RBC Capital Markets Analyst Report, December 16, 2022.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 2Q23 Rev and Adj. EBITDA Soft, Company Looking at Strategic Alternatives with CFO Transition," RBC Capital Markets Analyst Report, January 31, 2023.

- Ken Herbert, "Mercury Systems Inc Transaction Process Appears to Be Moving Forward at MRCY," RBC Capital Markets Analyst Report, February 1, 2023.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023.

- Ken Herbert, "Mercury Systems Inc Leadership Change with CEO Resignation to Shift Focus on Enhanced Strategic Plan of Execution," RBC Capital Markets Analyst Report, June 23, 2023.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Operational Re-Boot a Positive, but Uncertainty on Health of Underlying Business Remains a Headwind," RBC Capital Markets Analyst Report, June 30, 2023.

- Ken Herbert, "Mercury Systems Inc JANA Partners Re-Invests in MRCY with an 8% Stake, Continuing to Add Representation to the BoD," RBC Capital Markets Analyst Report, July 7, 2023.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023.

- Ken Herbert, "Mercury Systems Inc Soft 4Q23 Puts Focus on FY24 Guide, Uncertainty on Expected Improvement in Challanged Programs," RBC Capital Markets Analyst Report, August 15, 2023.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023.

- Ken Herbert, "Mercury Systems Inc Fiscal 1Q24 Results Disappoint with Significant Adj. EBITDA Miss; Focus Remains on Program Execution," RBC Capital Markets Analyst Report, November 7, 2023.

- Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Large F2Q24 Miss, Another Step-down in the FY24 Outlook, Maintain Sector Perform and PT to $30," RBC Capital Markets Analyst Report, February 6, 2024.

Truist Securities

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) FY22 Outlook Reaffirmed But F4Q Weighting Looms Amid Industry Risk Factors," Truist Securities Analyst Report, November 2, 2021.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Organic Revenue Outlook Reduced Amid Supply Chain; LTAMDS Program Slides to the Right," Truist Securities Analyst Report, February 1, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Putting Concerns to Rest; Strong Bookings Outweigh Slight Guidance Reduction; LT Growth Intact," Truist Securities Analyst Report, May 3, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Meet the New National Security Strategic Asset — Upgrading to BUY, $71 PT (from $60)," Truist Securities Analyst Report, May 13, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Supply Chain, Inflation, and Labor Weigh on Results/Outlook; Strong Bookings a Slight Silver Lining," Truist Securities Analyst Report, August 2, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Stuhsaker, "A&D Quarterly Flight Deck: 3Q22 EPS Preview; Downgrade AIN/HWM/HXL to HOLD from BUY; Broadly Lowering Ests & PTs," Truist Securities Analyst Report, October 12, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) F1Q23 Has Likely Marked an Operational Bottom - Look For Results to Strengthen Through FY23," Truist Securities Analyst Report, November 1, 2022.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Decision by the Board to Pursue Strategic Alternatives Overshadows Everything Else," Truist Securities Analyst Report, January 31, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Blindsided by Challenges at 12 Programs; Focus Shifts to Outcome of Strategic Review," Truist Securities Analyst Report, May 2, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) No Sale of the Company but CEO is Out; Maintain Buy, Lower PT to $48 from $58," Truist Securities Analyst Report, June 26, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Refreshing Messaging from New Leadership Team; FY24 Bar Appears to Be Set Low; Maintain BUY," Truist Securities Analyst Report, August 15, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Hitting the Road (Virtually) with the New Management Team," Truist Securities Analyst Report, September 18, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Challenged Programs Remain a Focus; Line of Sight to Cutting the Total in Half By Year End," Truist Securities Analyst Report, November 7, 2023.

- Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Perhaps This Turnaround Was a Bit More Complex than We Expected; Downgrading to HOLD," Truist Securities Analyst Report, February 7, 2024.

- <u>William Blair</u> (13)

- Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment," William Blair Analyst Report, November 2, 2021.

- Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter as Book-to-Bill Recovers, but Headwinds Persist and Full-Year Organic Revenue Guidance Was Reduced," William Blair Analyst Report, February 2, 2022.

- Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter Led by Strong Book-to-Bill Ratio of 1.17, but Free Cash Flow Impacted by Supply Chain Disruption," William Blair Analyst Report, May 3, 2022.

- Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022.

- Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Much Improved Results Highlighted by 34% Bookings Growth, Though Free Cash Flow Challenges Persist," William Blair Analyst Report, November 1, 2022.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Pursuing Strategic Alternatives, CFO Resigns, Mixed Quarterly Results as Bookings Improve," William Blair Analyst Report, February 1, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs," William Blair Analyst Report, May 3, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Significant Changes as Board Concludes Review of Strategic Alternatives; CEO Resigns and New CFO Identified," William Blair Analyst Report, June 26, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Announces New CFO and Adds Independent Director," William Blair Analyst Report, June 29, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Challenging Quarter Impacted by Low Margin Mix of Business and Higher Working Capital," William Blair Analyst Report, November 8, 2023.

- Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. New Challenges in Troubled Program Lead to Quarter Miss and Significant Revenue Guidance Reduction," William Blair Analyst Report, February 7, 2024.

**Academic Articles**

- Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* XXXV (March 1997): 13–39.

- Allen Ferrell & Andrew Roper, "Price Impact, Materiality, and Halliburton II," *Washington University Law Review* 93(2) (2015): 553–582, https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/.

- Amy P. Hutton, Gregory S. Miller and Douglas J. Skinner, "The Role of Supplementary Statements with Management Earnings Forecasts," *Journal of Accounting Research* 41(5) (2003): 867–890.

- David A. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., eds. Roman Weil, et al., (New York: John Wiley & Sons, Inc., 2001).

- Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* 46(5) (1991): 1576–1617.

- Jacob Boudoukh, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility," *The Review of Financial Studies* 32(3) (2019): 992–1033.

- Jens Kengelbach, Dominic C. Klemmer, Bernhard Schwetzler, and Marco O. Sperlin, "An Anatomy of Serial Acquirers, M&A Learning, and the Role of Post-Merger Integration," *Social Science Research Network* (December 2012).

- Johnathan A. Milian, "The Information Content of Guidance and Earnings," *European Accounting Review* 27(1) (2018): 105–128.

- Leonard C. Soffer, S. Ramu Thiagarajan and Beverly R. Walther, "Earnings Preannouncement Strategies," *Review of Accounting Studies* 5 (2000): 5–26.

- Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49(2) (1994): 545–590.

**Data**

- Consensus Estimates and Stock Price Data from S&P Capital IQ.

## APPENDIX C: MERCURY REPEATEDLY DESCRIBED THAT ITS INTEGRATION EFFORTS WERE IN PROCESS AND INCOMPLETE

203. As part of its acquisition and roll-up strategy, Mercury informed the market about the integration status of newly acquired businesses. In its public statements, Mercury described the integration of its recent acquisitions as "progressing" or stated that "management is in the process of integrating" the new businesses.

204. Mercury's public statements describing integration as "progressing" were made both before and throughout the Class Period. In **Figure 10** below, I provide examples of Mercury's public statements that informed the market that integration was ongoing, and therefore not complete. These public statements were made on earnings calls as well as in SEC filings such as 10-Qs and 10-Ks.

### FIGURE 10: EXAMPLES OF MERCURY'S PUBLIC STATEMENTS INDICATING INTEGRATION WAS ONGOING

| Date of Statement | Public Statement |
|---|---|
| 2/2/21 | As I mentioned, we expect POC's EBITDA margins to expand as we integrate the business into Mercury.[337] |
| 2/9/21 | [M]anagement is in the process of integrating the recently acquired POC business into our overall internal control over financial reporting environment.[338] |
| 5/4/21 | The integration of POC is on track . . .[339]<br>The POC integration is progressing well . . .[340] |

---

[337]  Mercury Systems, Inc., FQ2 2021 Earnings Call Transcript, February 2, 2021, p. 8. The conference call was held on February 2, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

[338]  Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended January 1, 2021, filed February 9, 2021 at 4:22:49 PM ET, p. 33 ("However, management is in the process of integrating the recently acquired POC business into our overall internal control over financial reporting environment."). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000005/0001049521-21-000005-index.html, last accessed September 3, 2025.

[339]  Mercury Systems, Inc., FQ3 2021 Earnings Call Transcript, May 4, 2021, p. 6. The conference call was held on May 4, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("The integration of POC is on track and the business is performing well.).

[340]  Mercury Systems, Inc., FQ3 2021 Earnings Call Transcript, May 4, 2021, p. 8. The conference call was held on May 4, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("The POC integration is progressing well, and we're already seeing synergies.").

| Date of Statement | Public Statement |
|---|---|
| 5/11/21 | [M]anagement is in the process of integrating the recently acquired POC business into our overall internal control over financial reporting environment.[341] |
| 8/3/21 | The integrations of POC and Pentek are on track . . .[342] <br> Our acquisitions continue to perform well as we integrate them into Mercury.[343] |
| 8/17/21 | Since 2011 we have successfully acquired 16 businesses, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[344] <br><br> Since July 1, 2015 we have acquired 13 businesses, which are strategically aligned with Mercury, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[345] <br><br> Management is in the process of integrating the POC and Pentek business into our overall internal control over financial reporting environment.[346] |
| 11/9/21 | Management is in the process of integrating the POC and Pentek businesses into our overall internal control over financial reporting environment.[347] |

---

[341] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 2, 2021, filed May 11, 2021 at 3:29:08 PM ET, p. 34 ("However, management is in the process of integrating the recently acquired POC business into our overall internal control over financial reporting environment."). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000020/0001049521-21-000020-index.html, last accessed September 3, 2025.

[342] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 7. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ ("The integrations of POC and Pentek are on track and both businesses are performing well.").

[343] Mercury Systems, Inc., FQ4 2021 Earnings Call Transcript, August 3, 2021, p. 8. The conference call was held on August 3, 2021 at 5:00 PM ET, obtained via S&P Capital IQ.

[344] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET, p. 8. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

[345] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET, p. 12. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

[346] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 2, 2021, filed August 17, 2021 at 4:25:47 PM ET, p. 84. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000032/0001049521-21-000032-index.html, last accessed September 3, 2025.

[347] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended October 1, 2021, filed November 9, 2021 at 3:24:08 PM ET, p. 32. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952121000051/0001049521-21-000051-index.html, last accessed September 3, 2025.

| Date of Statement | Public Statement |
|---|---|
| 2/1/22 | Both [Avalex and Atlanta Micro] integrations are progressing well as are the integrations of POC and Pentek, which we acquired last year.[348] |
| 2/8/22 | Management is in the process of integrating the Pentek, Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[349] |
| 5/10/22 | Management is in the process of integrating the Pentek, Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[350] |
| 8/16/22 | Since 2011 we have successfully acquired 18 businesses, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[351]<br><br>Since July 1, 2015 we have acquired 15 businesses, which are strategically aligned with Mercury, successfully completing integration of the earlier acquired businesses with the integration of the more recent acquisitions progressing well.[352]<br><br>Management is in the process of integrating the Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[353] |

---

[348] Mercury Systems, Inc., FQ2 2022 Earnings Call Transcript, February 1, 2022, p. 6. The conference call was held on February 1, 2022 at 5:00 PM ET, obtained via S&P Capital IQ ("Avalex touch points with all our prior mission acquisitions. It positions us to compete more effectively for integrated displays, communications management and mission computing programs in the avionics domain. It also aligns well with the need for open mission systems, driven by industry delayering. Atlanta Micro is an innovative, high-margin semiconductor business. It fits well with our RF mixed signal and trusted microelectronics businesses. Both integrations are progressing well as are the integrations of POC and Pentek, which we acquired last year.").

[349] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended December 31, 2021, filed February 8, 2022 at 4:10:20 PM ET, p. 36. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000010/0001049521-22-000010-index.html, last accessed September 3, 2025.

[350] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended April 1, 2022, filed May 10, 2022 at 4:11:44 PM ET, p. 37 ("Management is in the process of integrating the Pentek, Avalex and Atlanta Microbusinesses into our overall internal control over financial reporting environment.). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000019/0001049521-22-000019-index html, last accessed September 3, 2025.

[351] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 8. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html , last accessed September 3, 2025.

[352] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 12. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

[353] Mercury Systems, Inc., Form 10-K for the Fiscal Year Ended July 1, 2022, filed August 16, 2022 at 5:07:29 PM ET, p. 86. The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000046/0001049521-22-000046-index.html, last accessed September 3, 2025.

| Date of Statement | Public Statement |
|---|---|
| 11/8/22 | Management is in the process of integrating the Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment.[354] |
| 5/2/23 | In addition, we're through the first phase of our business systems integration in Torrance, California, the former POC. This was delayed largely due to [COVID]-related travel restrictions and is on track to be completed in the fourth quarter. Completing these integration activities will increase our visibility across the business especially with respect to program execution and related labor and material costs as well as working capital.[355] |

[354] Mercury Systems, Inc., Form 10-Q for the Quarterly Period Ended September 30, 2022, filed November 8, 2022 at 4:23:19 PM ET, p. 32 ("Management is in the process of integrating the Avalex and Atlanta Micro businesses into our overall internal control over financial reporting environment."). The filing time is indicated at SEC EDGAR website at https://www.sec.gov/Archives/edgar/data/1049521/000104952122000067/0001049521-22-000067-index html, last accessed September 3, 2025.

[355] Mercury Systems, Inc., FQ3 2023 Earnings Call Transcript, May 2, 2023, p. 5. The conference call was held on May 2, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

| Date of Statement | Public Statement |
|---|---|
| 8/15/23 | Second impression: over the past several years the company grew inorganically into strategically attractive areas, but didn't fully integrate some of the businesses and mature processes and management systems to align with Mercury's evolving business portfolio.[356] |
| 11/7/23 | During Q1, we continued to build and mature integrated processes and management systems to deliver more predictable performance on complex development programs with an immediate focus on the approximately 20 challenge programs that contributed to a majority of the $56 million in cost growth in FY '23.[357] |
| 2/6/24 | In January, we announced a corporate reorganization in which we streamlined and simplified our operations, consolidating our two division structure to a single integrated structure, incorporating all of our lines of business and matrix business functions, reporting into Roger Wells who was appointed Chief Operating Officer. This integrated approach is designed to clarify accountability and eliminate redundancy.[358] <br><br> Finally, as we build and mature integrated processes and management systems, we seek to continuously assess our judgments and estimates, including potential future risks and opportunities, based on the latest and best information available. We are applying our judgment consistently as we work through the full portfolio of programs.[359] <br><br> And I think that's a very natural thing to do in a business like ours that's been built up through acquisitions over a period of time, for us to continue to look for opportunities to better integrate the business.[360] |

---

[356] Mercury Systems, Inc., FQ4 2023 Earnings Call Transcript, August 15, 2023, p. 5. The conference call was held on August 15, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[357] Mercury Systems, Inc., FQ1 2024 Earnings Call Transcript, November 7, 2023, p. 5. The conference call was held on November 7, 2023 at 5:00 PM ET, obtained via S&P Capital IQ.

[358] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 6. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

[359] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 9. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

[360] Mercury Systems, Inc., FQ2 2024 Earnings Call Transcript, February 6, 2024, p. 16. The conference call was held on February 6, 2024 at 5:00 PM ET, obtained via S&P Capital IQ.

## APPENDIX D: ANALYST QUOTES DISCUSSING INTEGRATION

### A. BANK OF AMERICA

| Date of Report | Statement |
|---|---|
| 11/2/21 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[361] |
| 11/4/21 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[362] |
| 2/2/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[363] |
| 2/3/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[364] |
| 5/3/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[365] |
| 6/29/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[366] |
| 8/2/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[367] |

---

[361] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Natalie O'Dea, "Mercury Systems 1Q22 Adj. EPS of $0.41 in Line with BofAe; Raised FY22 Adj. EPS Outlook $2.51-2.60," Bank of America Securities Analyst Report, November 2, 2021, p. 3.

[362] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Natalie O'Dea, "Mercury Systems Organic Revenue Growth Headwinds Continue; Lowering PO to $45," Bank of America Securities Analyst Report, November 4, 2021, p. 4.

[363] Ronald Epstein, Mariana Perez Mora, and Elizabeth Grenfell, "Mercury Systems 2Q22 Adj. EPS of $0.39 Below BofAe; Sales Down 13.1% Y/Y Organically," Bank of America Securities Analyst Report, February 2, 2022, p. 3.

[364] Ronald Epstein, Mariana Perez Mora, and Elizabeth Grenfell, "Mercury Systems a Leading Indicator of Headwinds or Something Else?," Bank of America Securities Analyst Report, February 3, 2022, p. 4.

[365] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems 3Q22 Adj. EPS of $0.57 Above BofAe, But FY22 Adj. EPS Outlook Lowered," Bank of America Securities Analyst Report, May 3, 2022, p. 2.

[366] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems Activists Break Down the Gate," Bank of America Securities Analyst Report, June 29, 2022, p. 2.

[367] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, and Andre Madrid, "Mercury Systems 4Q22 Adj. EPS of $0.81; FY23e Outlook Missed Estimates," Bank of America Securities Analyst Report, August 2, 2022, p. 3.

| Date of Report | Statement |
|---|---|
| 11/1/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[368] |
| 11/30/22 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[369] |
| 1/31/23 | Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.[370] |
| 2/2/23 | *I did not identify a statement regarding integration.*[371] |
| 5/2/23 | *I did not identify a statement regarding integration.*[372] |
| 8/15/23 | *I did not identify a statement regarding integration.*[373] |
| 11/7/23 | *I did not identify a statement regarding integration.*[374] |
| 11/29/23 | Focus is now on integration, which has been a sore spot . . . Integration has admittedly been a sore spot for Mercury over the last several years.[375]<br><br>No M&A revenue contribution through FY2025 as focus shifts to integration . . . we believe management's focal points have indicated that near-term focus will be on effectively integrating previously acquired businesses and driving organic growth. As a result, we now exclude any contribution from M&A in FY2024 and FY2025.[376] |

---

[368] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Andre Madrid, and Samantha Stiroh, "Mercury Systems 1Q23 Adj. EPS of $0.24 Above Consensus, FY23 EPS Outlook Lowered," Bank of America Securities Analyst Report, November 1, 2022, p. 3.

[369] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Andre Madrid, and Samantha Stiroh, "Mercury Systems Chipping Away at Lead Times, But Still a Long Road Ahead – Reiterate Underperform," Bank of America Securities Analyst Report, November 30, 2022, p. 4.

[370] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 2Q23 Adj. EPS of $0.26 Below Consensus, FY23 EPS Outlook Range $1.90-$2.08," Bank of America Securities Analyst Report, January 31, 2023, p. 2.

[371] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems Elephant in the Room: Board Opens up to 'Strategic Alternatives'; Move to No Rating," Bank of America Securities Analyst Report, February 2, 2023.

[372] Ronald Epstein, Mariana Perez Mora, Elizabeth Grenfell, Jordan Lyonnais, Andre Madrid, and Samantha Stiroh, "Mercury Systems 3QFY23 Adj. EPS Beat on Tax Benefit, Lowering FY23 Outlook," Bank of America Securities Analyst Report, May 2, 2023.

[373] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems 4QFY23 Miss and Weaker FY24 Outlook; Refocus on 4 Key Areas," Bank of America Securities Analyst Report August 15, 2023.

[374] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Adjusted EPS Miss, But FY24 Revenue Outlook Maintained & EPS Outlook Raised," Bank of America Securities Analyst Report, November 7, 2023.

[375] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 3.

[376] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 4.

| Date of Report | Statement |
|---|---|
| | Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[377] |
| 1/18/24 | Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[378] |
| 2/20/24 | Mercury Systems . . . has historically grown through rapid fire M&A. However, integration proved to be an issue, leading to limited program oversight and eventual cost creep . . . Recent restructuring efforts indicate intentions are in the right place, but we remain cautious as the outlook suspension indicates cost rises may not be fully behind us.[379] <br><br> Should MRCY run into any further problems with integrating M&A, containing its costs, or transitioning development programs to production, there could be downside risk to our estimates.[380] |

---

[377] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Trying to Shift the Mix, But Turnaround Will Take Time – Resume with Underperform," Bank of America Securities Analyst Report, November 29, 2023, p. 5.

[378] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Samantha Stiroh, and Jordan Lyonnais, "Mercury Systems Restructuring: Two Divisions Into One, Roger Wells Named New COO," Bank of America Securities Analyst Report, January 18, 2024, p. 2.

[379] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024, p. 1.

[380] Ronald Epstein, Mariana Perez Mora, Andre Madrid, Jordan Lyonnais, and Samantha Stiroh, "Mercury Systems Darkest Before Dawn – Reiterate Underperform and Lower PO to $20," Bank of America Securities Analyst Report, February 20, 2024, p. 5.

## B.  BERENBERG

| Date of Report | Statement |
|---|---|
| 1/21/22 | In our view, the company is differentiated by its strong track record of M&A integration and extensive R&D investment.[381]<br><br>Key risks to our investment thesis . . . M&A risks including inability to find suitable acquisition candidates and failure to integrate acquired companies efficiently . . .[382]<br><br>Acquisitions are fully integrated, and management has a demonstrated ability in extracting cost and revenue synergies. MRCY seeks to unify acquired capabilities under one umbrella, combining like businesses or product lines to gain scale and efficiencies over time . . . We anticipate that M&A activity will continue in the coming years.[383]<br><br>Key risks . . . M&A sourcing / execution: MRCY may be unable to source suitable acquisition candidates, may overpay for an acquisition, or may fail to integrate an acquired company into its operations.[384] |
| 2/2/22 | Key risks . . . M&A risks including inability to find suitable acquisition candidates and failure to integrate acquired companies efficiently . . .[385] |
| 5/4/22 | Key risks . . . M&A risks including inability to find suitable acquisition candidates and failure to integrate acquired companies efficiently.[386] |
| 1/28/23 | *I did not identify a statement regarding integration.*[387] |

---

[381]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 4.

[382]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, pp. 5, 8.

[383]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 10.

[384]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) Strong Upside Potential in This 'Mercurial' Stock," Berenberg Capital Markets Analyst Report, January 21, 2022, p. 24.

[385]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) FQ2 Misses Consensus; Macro Concerns Persist for FY22," Berenberg Capital Markets Analyst Report, February 2, 2022, p. 1.

[386]  Christopher Rieger, "Mercury Systems, Inc. (MRCY US) FQ3 In-Line; Growth Outlook Stabilizing on Solid Bookings," Berenberg Capital Markets Analyst Report, May 4, 2022, p. 1.

[387]  On January 28, 2023, Berenberg terminated its coverage of Mercury Systems "due to analyst departures from the firm." *See* "Terminating Select BCM Coverage," Berenberg Capital Markets Analyst Report, January 28, 2023, pp. 1–2.

## C. CANACCORD GENUITY

| Date of Report | Statement |
| --- | --- |
| 11/2/21 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[388] |
| 11/29/21 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[389] |
| 1/14/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[390] |
| 1/25/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[391] |
| 2/1/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[392] |
| 5/4/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[393] |
| 6/24/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[394] |
| 8/2/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[395] |
| 11/1/22 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[396] |
| 2/1/23 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . .[397] |
| 2/2/23 | Important investment risks for MRCY include the following: . . . Synergy capture from the recent acquisitions . . . .[398] |

[388] Austin Moeller, "Mercury Systems DoD Budget Delays and Federal Vaccine Mandates Threaten Maintained FY22 Outlook," Canaccord Genuity Capital Markets Analyst Report, November 2, 2021, p. 6.

[389] Austin Moeller, "Mercury Systems Mercury Acquires Atlanta Micro," Canaccord Genuity Capital Markets Analyst Report, November 29, 2021, p. 2.

[390] Austin Moeller, "Mercury Systems Pressure Rising on Management for a Sale," Canaccord Genuity Capital Markets Analyst Report, January 14, 2022, p. 2.

[391] Austin Moeller, "Mercury Systems FTC Fires the First Shot on Critical Defense Supplier Consolidation," Canaccord Genuity Capital Markets Analyst Report, January 25, 2022, p. 2.

[392] Austin Moeller, "Mercury Systems Defense Budget Holdup, Supply Chain Leaves Q4 Going 'All-In'," Canaccord Genuity Capital Markets Analyst Report, February 1, 2022, p. 2.

[393] Austin Moeller, "Mercury Systems Supply Chain Challenges, Program Delays Impact Q3/22; FY23 Ramp Still Opaque; HOLD, $60 PT," Canaccord Genuity Capital Markets Analyst Report, May 4, 2022, p. 2.

[394] Austin Moeller, "Mercury Systems Activists Secure Two Board Seats After Negotiations with Management," Canaccord Genuity Capital Markets Analyst Report, June 24, 2022, p. 2.

[395] Austin Moeller, "Mercury Systems FY23 Guide Conservative as Supply Chain and Inflation Expected to Rock the Boat Into 1H," Canaccord Genuity Capital Markets Analyst Report, August 2, 2022, p. 6.

[396] Austin Moeller, "Mercury Systems Waiting on the World (Supply Chain) to Change; Maintain HOLD, PT to $52," Canaccord Genuity Capital Markets Analyst Report, November 1, 2022, p. 6.

[397] Austin Moeller, "Mercury Systems Supply Chain Improving as the Board Weighs a Sale; Maintain HOLD, $52 PT," Canaccord Genuity Capital Markets Analyst Report, February 1, 2023, p. 5.

[398] Austin Moeller, "Mercury Systems Advent Eyes Mercury as the Second Stone for its Defense Infinity Gauntlet in 2023," Canaccord Genuity Capital Markets Analyst Report, February 2, 2023, p. 4.

## D. JEFFERIES

| Date of Report | Statement |
|---|---|
| 11/2/21 | *I did not identify a statement regarding integration.*[399] |
| 11/7/21 | Downside Scenario . . . deal integration issues.[400]<br><br>We consider revenue and EBITDA excluding acquisitions completed since FY17 in order to assess the underlying business's profitability. Over the past five years, core sales growth has averaged 10%, while core EBITDA has averaged 10% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from acquisitions.[401] |
| 11/29/21 | Downside Scenario . . . deal integration issues.[402] |
| 1/14/22 | . . . we do view the 1IMPACT program as an opportunity to integrate the company. . . . acquisitions largely focused on adding content vs cost integration. 1MPACT could have a 400bp benefit on margins as deals are properly integrated.[403]<br><br>Downside Scenario . . . deal integration issues.[404]<br><br>. . . the company shifted strategy at the beginning of FY22 with its 1MPACT initiative looking to consolidate and streamline the company's organizational structure, which is needed, given the company's focus on driving cost synergies through prior acquisitions has likely lagged, exhibited by core EBITDA growth remaining in-line with core revenue growth since FY16. The 1MPACT initiative is expected to provide $40-50MM of incremental cost takeout, or 250-400 bps of incremental margin to FY24, with $22MM of total net savings expected in FY22.[405] |
| 2/1/22 | *I did not identify a statement regarding integration.*[406] |

---

[399] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Ellen Page, and Alex Kim, "Mercury Systems Quick Take: FQ1 Beat on Vols, H1 Rev Decline of 11%, Implies H2 Growth of 8%," Jefferies Analyst Report, November 2, 2021.

[400] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Steep H2 Revenue and EBITDA Ramp Depends on F-35, SEWIP, and FMS," Jefferies Analyst Report, November 7, 2021, p. 2.

[401] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Steep H2 Revenue and EBITDA Ramp Depends on F-35, SEWIP, and FMS," Jefferies Analyst Report, November 7, 2021, p. 5.

[402] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Ellen Page, and Alex Kim, "Mercury Systems MRCY Acquires Atlanta Micro - 2% Accretive to FY23 EPS," Jefferies Analyst Report, November 29, 2021, p. 3.

[403] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 1.

[404] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 2.

[405] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Alex Kim, "Mercury Systems Two Activists, Heating Things up for Mercury," Jefferies Analyst Report, January 14, 2022, p. 3.

[406] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Ellen Page, "Mercury Systems Quick Take: 3% Core Cut but 30% Q4 Weighted Year," Jefferies Analyst Report, February 1, 2022.

| Date of Report | Statement |
|---|---|
| 2/6/22 | Downside Scenario . . . deal integration issues.[407]<br><br>Catalysts . . . Possible accretive transactions and the integration of Atlanta Micro, Avalex, Pentek, and POC driving synergies.[408]<br><br>We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 24% compared to EBITDA growth at a 37% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 23% CAGR compared to a 21% CAGR for EBITDA. Nonetheless, the 4.4X expansion of revenue over the last 7 years compares to a 9.2X expansion of EBITDA, which points to full integration of deals over the past 7 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 10%, while core EBITDA has also averaged 10% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[409] |
| 4/8/22 | Downside Scenario . . . deal integration issues.[410]<br><br>Catalysts . . . Possible accretive transactions and the integration of Atlanta Micro, Avalex, Pentek, and POC driving synergies.[411] |
| 5/3/22 | *I did not identify a statement regarding integration.*[412] |
| 5/8/22 | Downside Scenario . . . deal integration issues.[413]<br><br>Catalysts . . . Possible accretive M&A and synergies from existing deals.[414]<br><br>We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 24% compared to EBITDA growth at a 37% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period |

---

[407] Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 2.

[408] Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 2.

[409] Sheila Kahyaoglu, "Mercury Systems Revenue Ghosts MRCY Until FQ4," Jefferies Analyst Report, February 6, 2022, p. 6.

[410] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Still in Retrograde - Downgrade to Hold," Jefferies Analyst Report, April 8, 2022, p. 2.

[411] Sheila Kahyaoglu, Greg Konrad, and Scott Forbes, "Mercury Systems Still in Retrograde - Downgrade to Hold," Jefferies Analyst Report, April 8, 2022, p. 2.

[412] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Ellen Page, "Mercury Systems Quick Take: FQ4 Implies 18% Rev Growth + ~1,000 Bps Improvement in Margins," Jefferies Analyst Report, May 3, 2022.

[413] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems The One We Just Can't Get Right," Jefferies Analyst Report, May 8, 2022, p. 2.

[414] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems The One We Just Can't Get Right," Jefferies Analyst Report, May 8, 2022, p. 2.

| Date of Report | Statement |
|---|---|
| | since FY17, where revenue grew ahead of profits at a 23% CAGR compared to a 21% CAGR for EBITDA. Nonetheless, the 4.4X expansion of revenue over the last 7 years compares to a 9.2X expansion of EBITDA, which points to full integration of deals over the past 7 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 10%, while core EBITDA has also averaged 10% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[415] |
| 5/31/22 | Downside Scenario . . . deal integration issues.[416] |
| | Catalysts . . . Possible accretive M&A and synergies from existing deals.[417] |
| 8/2/22 | *I did not identify a statement regarding integration.[418]* |
| 8/7/22 | Downside Scenario . . . deal integration issues.[419] |
| | Catalysts . . . Possible accretive M&A and synergies from existing deals.[420] |
| | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[421] |
| 8/19/22 | Downside Scenario . . . deal integration issues.[422] |

---

[415] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems The One We Just Can't Get Right," Jefferies Analyst Report, May 8, 2022, p. 7.

[416] Sheila Kahyaoglu and Greg Konrad, "Mercury Systems Mgmt Mtg Takes: Consolidating Footprint with a Positive Outlook," Jefferies Analyst Report, May 31, 2022, p. 3.

[417] Sheila Kahyaoglu and Greg Konrad, "Mercury Systems Mgmt Mtg Takes: Consolidating Footprint with a Positive Outlook," Jefferies Analyst Report, May 31, 2022, p. 3.

[418] Jefferies analysts published two reports for Mercury on August 2, 2022. *See* Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: A Miss on the Quarter and the FY23 Outlook," Jefferies Analyst Report, August 2, 2022. *See also*, Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems MRCY FYQ4 Conf Call Highlights & Key Takes," Jefferies Analyst Report, August 2, 2022.

[419] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 3.

[420] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 3.

[421] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Feeling the Heat as FY23 Sets Up As Transition Year," Jefferies Analyst Report, August 7, 2022, p. 7.

[422] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Tidbits from the 10-K: Proof of Shifting to Integrated Systems & Over Time Revs," Jefferies Analyst Report, August 19, 2022, p. 3.

| Date of Report | Statement |
|---|---|
| | Catalysts . . . Possible accretive M&A and synergies from existing deals.[423] |
| 11/1/22 | *I did not identify a statement regarding integration.*[424] |
| 11/6/22 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[425] |
| | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[426] |
| 12/11/22 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[427] |
| | We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[428] |

[423] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Tidbits from the 10-K: Proof of Shifting to Integrated Systems & Over Time Revs," Jefferies Analyst Report, August 19, 2022, p. 3.

[424] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: Low-End Rev/EBITDA Guide Raised w/ Higher Int Driving 2% EPS Cut," Jefferies Analyst Report, November 1, 2022.

[425] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Mixed Quarter as Supply Chain Drags Revs Through FY24," Jefferies Analyst Report, November 6, 2022, p. 2.

[426] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Mixed Quarter as Supply Chain Drags Revs Through FY24," Jefferies Analyst Report, November 6, 2022, p. 5.

[427] Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Mgmt Mtg Takes: Stacking Its Chip'let's at the Table," Jefferies Analyst Report, December 11, 2022, p. 2.

[428] Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Mgmt Mtg Takes: Stacking Its Chip'let's at the Table," Jefferies Analyst Report, December 11, 2022, p. 6.

| Date of Report | Statement |
|---|---|
| 1/31/23 | *I did not identify a statement regarding integration.*[429] |
| 2/1/23 | *I did not identify a statement regarding integration.*[430] |
| 2/5/23 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[431]<br><br>We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless. the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[432] |
| 2/6/23 | *I did not identify a statement regarding integration.*[433] |
| 2/9/23 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[434] |
| 5/2/23 | *I did not identify a statement regarding integration.*[435] |
| 5/7/23 | Catalysts . . . Possible accretive M&A and synergies from existing deals.[436]<br><br>We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 10% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years |

[429] Jefferies analysts published two reports for Mercury on January 31, 2023. *See* Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: FQ2 Miss; H1 Organic Down 2% Implies H2 Up +6%," Jefferies Analyst Report, January 31, 2023. *See also*, Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Things About to Get Interesting: Mike Drop & Strategic Review," Jefferies Analyst Report, January 31, 2023.

[430] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, Kyle Wenclawiak, and Chloe Lemarie, "Mercury Systems Who Could Buy? Advent's Cobham in the Mix, US Primes Unlikely," Jefferies Analyst Report, February 1, 2023.

[431] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Bidder, Bidder - Who's Going to Be the Winner," Jefferies Analyst Report, February 5, 2023, p. 3.

[432] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Bidder, Bidder - Who's Going to Be the Winner," Jefferies Analyst Report, February 5, 2023, p. 8.

[433] Sheila Kahyaoglu, Chloe Lemarie, Greg Konrad, Ellen Page, Scott Forbes, and Kyle Wenclawiak, "A&D Discussion: End Market Tracker, MRCY Strategic Review," Jefferies Analyst Report, February 6, 2023.

[434] Sheila Kahyaoglu, "Mercury Systems Tidbits from the 10-Q: Inventory Continues Trend Higher Led by Finished Goods," Jefferies Analyst Report, February 9, 2023, p. 2.

[435] Sheila Kahyaoglu, Greg Konrad, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Quick Take: Death by a Thousand Cuts," Jefferies Analyst Report, May 2, 2023.

[436] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 3.

| Date of Report | Statement |
|---|---|
| | compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years. Over the past five years, core sales growth (excluding acquisitions has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs.[437] |
| 6/23/23 | *I did not identify a statement regarding integration.*[438] |
| 6/30/23 | Catalysts . . . Possible accretive M&A and synergies from existing deals .[439] |
| 7/21/23 | *I did not identify a statement regarding integration.*[440] |
| 8/15/23 | *I did not identify a statement regarding integration.*[441] |
| 8/16/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[442] New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt. team until internal execution improves.[443] |
| 11/7/23 | *I did not identify a statement regarding integration.*[444] |
| 11/10/23 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[445] New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes. . . . Deals should largely be off the table for the new mgmt team until internal execution improves.[446] |
| 11/13/23 | *I did not identify a statement regarding integration.*[447] |

---

[437] Sheila Kahyaoglu, Scott Forbes, and Kyle Wenclawiak, "Mercury Systems Looking for Growth With a For Sale Sign Out Front," Jefferies Analyst Report, May 7, 2023, p. 7.

[438] Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems No Deal w/ Management Transition," Jefferies Analyst Report, June 23, 2023.

[439] Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Lowering FY24 Despite Some Stability with New CFO and Another Director," Jefferies Analyst Report, June 30, 2023, p. 2.

[440] Sheila Kahyaoglu, Greg Konrad, Ellen Page, Kyle Wenclawiak, and Samuel Gatsos, "A&D Weekly: Board Changes Tally 45 YTD in Our Coverage," Jefferies Analyst Report, July 21, 2023.

[441] Sheila Kahyaoglu, Greg Konrad, and Kyle Wenclawiak, "Mercury Systems Quick Take: FY24 Revs Flat, EPS Misses by 25%," Jefferies Analyst Report, August 15, 2023.

[442] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 2.

[443] Sheila Kahyaoglu and Kyle Wenclawiak, "Mercury Systems Missing the Mark, But Time to Clean Haus," Jefferies Analyst Report, August 16, 2023, p. 5.

[444] Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Quick Take: FQ1 Dive, But to Believe or Not to Believe the Ramp," Jefferies Analyst Report, November 7, 2023.

[445] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 2.

[446] Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems UnBilled Ballhaus Aiming at the W/C Balance," Jefferies Analyst Report, November 10, 2023, p. 5.

[447] Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Raising Near-Term Leverage Covenant Amid CR/Shutdown Risk," Jefferies Analyst Report, November 13, 2023.

| Date of Report | Statement |
|---|---|
| 1/3/24 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[448]<br><br>Acquisitions are likely off the table for the time being as new management focuses on internal execution.[449] |
| 1/17/24 | *I did not identify a statement regarding integration.*[450] |
| 1/21/24 | *I did not identify a statement regarding integration.*[451] |
| 2/6/24 | *I did not identify a statement regarding integration.*[452] |
| 2/11/24 | The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions . . .[453]<br><br>New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes.[454] |

---

[448]  Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Downgrade to Underperform: The Steeper the Mountain, The Harder the Climb," Jefferies Analyst Report, January 3, 2024, p. 2.

[449]  Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Downgrade to Underperform: The Steeper the Mountain, The Harder the Climb," Jefferies Analyst Report, January 3, 2024, p. 8.

[450]  Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Finding Fat to Trim with a Simplified Org Structure," Jefferies Analyst Report, January 17, 2024.

[451]  Sheila Kahyaoglu, Chloe Lemarie, Greg Konrad, Ellen Page, Kyle Wenclawiak, and Samuel Gatsos, "US A&D Discussion: Survey Says x 2, Max Downside, MRCY Reorg," Jefferies Analyst Report, January 21, 2024.

[452]  Sheila Kahyaoglu, Greg Konrad, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Quick Take: Guide Slashed on Top-Line, Withdrawn on Bottom-Line," Jefferies Analyst Report, February 6, 2024.

[453]  Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Mercury in Retrograde," Jefferies Analyst Report, February 11, 2024, p. 2.

[454]  Sheila Kahyaoglu, Kyle Wenclawiak, and Conor Walters, "Mercury Systems Mercury in Retrograde," Jefferies Analyst Report, February 11, 2024, p. 6.

## E.  J.P. MORGAN

| Date of Report | Statement |
| --- | --- |
| 11/3/21 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[455] |
| 2/14/22 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[456] |
| 3/14/22 | *I did not identify a statement regarding integration.*[457] |
| 7/27/22 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[458] |
| 10/19/22 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[459] |
| 11/28/22 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[460] |
| 1/31/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[461] |
| 6/26/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[462] |
| 8/13/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[463] |
| 8/16/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[464] |
| 11/8/23 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[465] |

---

[455]  Seth Seifman, Tyler Bolanos, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Biding Time Until Growth Returns," J.P. Morgan Analyst Report, November 3, 2021, p. 3.

[456]  Seth Seifman, Rocco Barbero, Tyler Bolanos, and Wuzmal Handu, "Mercury Systems Navigating Choppy Waters," J.P. Morgan Analyst Report, February 14, 2022, p. 4.

[457]  Seth Seifman, Wuzmal Handu, and Rocco Barbero, "Mercury Systems JPM Industrials Conference Takeaways," J.P. Morgan Analyst Report, March 15, 2022.

[458]  Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Model Update," J.P. Morgan Analyst Report, July 27, 2022, p. 3.

[459]  Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Time to Stop Digging?," J.P. Morgan Analyst Report, October 19, 2022, p. 4.

[460]  Seth Seifman, Rocco Barbero, and Wuzmal Handu, "Mercury Systems Awaiting a Return to Organic Growth," J.P. Morgan Analyst Report, November 28, 2022, p. 4.

[461]  Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Exploring a Sale Amid Backlog Growth and Continued Operating Challenges," J.P. Morgan Analyst Report, January 31, 2023, p. 4.

[462]  Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Moving to Neutral with No Sale and Mgmt Reset Ahead," J.P. Morgan Analyst Report, June 26, 2023, p. 3.

[463]  Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems Looking to Press the Reset Button," J.P. Morgan Analyst Report, August 13, 2023, p. 4.

[464]  Seth Seifman, Rocco Barbero, Alexander Ladd, and Wuzmal Handu, "Mercury Systems One Step at a Time," J.P. Morgan Analyst Report, August 16, 2023, p. 4.

[465]  Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems FY24 Has Become a Heavier Lift," J.P. Morgan Analyst Report, November 8, 2023, p. 4.

| Date of Report | Statement |
|---|---|
| 2/6/24 | Risks to Rating and Price Target . . . MRCY aims to be a serial acquirer, which could lead to overpaying for deals or poor integration.[466] |

---

[466] Seth Seifman, Rocco Barbero, and Alexander Ladd, "Mercury Systems Still Seeking a Bottom," J.P. Morgan Analyst Report, February 6, 2024, p. 4.

## F. RBC

| Date of Report | Statement |
|---|---|
| 11/2/21[467] | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[468] <br><br> The key risks to our investment thesis and price target objective include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[469] |
| 11/29/21 | *I did not identify a statement regarding integration.*[470] |
| 12/26/21 | . . . the company has launched a comprehensive restructuring program is [sic] it transitions from a roll-up operating model to a more integrated operating system.[471] |
| 1/13/22 | *I did not identify a statement regarding integration.*[472] |
| 2/1/22 | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[473] <br><br> Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[474] |
| 5/3/22 | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less |

[467] Two equity research analyst reports were published by RBC on November 2, 2021. I did not identify a statement regarding integration in one of the reports. *See* Ken Herbert, "MRCY – Fiscal 1Q22 Results Largely In-Line, Outlook for FY22 Largely Unchanged," RBC Capital Markets Analyst Report, November 2, 2021.

[468] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, p. 7.

[469] Ken Herbert, "Mercury Systems Inc Near-Term Softness, DoD Budget Risk Weigh on Sentiment; Maintaining Sector Perform, $55 PT," RBC Capital Markets Analyst Report, November 2, 2021, pp. 9, 12.

[470] Ken Herbert, "MRCY – Mercury Systems Announces Small Acquisition," RBC Capital Markets Analyst Report, November 29, 2021.

[471] Ken Herbert, "MRCY – Jana Partners Ownership Position Amounts to 6.6%; Recommends Exploring Strategic Options," RBC Capital Markets Analyst Report, December 26, 2021, p. 1.

[472] Ken Herbert, "MRCY – Pressure Building with Starboard Value's 7.3% Investment Stake in Mercury Systems," RBC Capital Markets Analyst Report, January 13, 2022.

[473] Ken Herbert, "Mercury Systems Inc Fiscal 2Q22 Results In-Line, Management Maintains Strong Fiscal 4Q22 Confidence, FY22/FY23 Outlook," RBC Capital Markets Analyst Report, February 1, 2022, p. 7.

[474] Ken Herbert, "Mercury Systems Inc Fiscal 2Q22 Results In-Line, Management Maintains Strong Fiscal 4Q22 Confidence, FY22/FY23 Outlook," RBC Capital Markets Analyst Report, February 1, 2022, pp. 9, 12.

| Date of Report | Statement |
|---|---|
| | meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[475] |
| | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[476] |
| 5/18/22 | Since December of 2020, the company has deployed $620M in capital through M&A and completed 15 transactions since December of 2015. MRCY has also since adopted a 4-year restructuring plan (1MPACT) focused on organizational efficiency and providing a better path for M&A consolidation. The plan hopes to realize $30M-$50M in adjusted EBITDA by FY25, however, we believe that the activist investors involved in the stock could view this initiative as not ambitions [sic] enough. . . . Although current company management has been aggressive in pursuing and making acquisitions, we believe there is further margin expansion that might be sought with the activist investors.[477] |
| | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[478] |
| | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[479] |
| 6/24/22 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[480] |
| 7/31/22 | Key points: . . . A recent short report on MRCY has raised many of the same lingering issues: quality of earnings, M&A performance, and disappointing FCF generation.[481]<br><br>Earlier this week a short report was issued on Mercury's stock, raising many of the same concerns that investors had previously been weighing. The quality of earnings, M&A |

[475] Ken Herbert, "Mercury Systems Inc Fiscal 3Q22 Results In-Line, Lower 4Q22 Outlook, FCF Visibility the Key Investor Concerns," RBC Capital Markets Analyst Report, May 3, 2022, p. 7.

[476] Ken Herbert, "Mercury Systems Inc Fiscal 3Q22 Results In-Line, Lower 4Q22 Outlook, FCF Visibility the Key Investor Concerns," RBC Capital Markets Analyst Report, May 3, 2022, pp. 9, 12.

[477] Ken Herbert, "Mercury Systems Inc Better Defense Fundamentals Support Confidence in FY23, Upgrading to OP, PT to $72," RBC Capital Markets Analyst Report, May 18, 2022, p. 3.

[478] Ken Herbert, "Mercury Systems Inc Better Defense Fundamentals Support Confidence in FY23, Upgrading to OP, PT to $72," RBC Capital Markets Analyst Report, May 18, 2022, p. 9.

[479] Ken Herbert, "Mercury Systems Inc Better Defense Fundamentals Support Confidence in FY23, Upgrading to OP, PT to $72," RBC Capital Markets Analyst Report, May 18, 2022, pp. 11-12, 15.

[480] Ken Herbert, "Mercury Systems Inc Company Enters 'Cooperation' Agreement with Activists, Adding Two New Directors," RBC Capital Markets Analyst Report, June 24, 2022, p. 4.

[481] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 1.

| Date of Report | Statement |
|---|---|
| | performance, and disappointing FCF generation were some of the main takeaways of the report.[482]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[483]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[484] |
| 8/2/22 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[485] |
| 8/3/22 | The company addressed many of the issues raised in the recent short report (acquisition performance, working capital growth and the FCF outlook, and the growth in unbilled receivables).[486]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[487]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[488] |
| 11/2/22 | Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). . . . An active and successful M&A strategy has been a key component of MRCY's |

---

[482] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 4.

[483] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, p. 9.

[484] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 4Q22 Preview: Improving Fundamentals, FY23 Outlook to Offset Expected Soft 4Q22," RBC Capital Markets Analyst Report, July 31, 2022, pp. 11-12, 15.

[485] Ken Herbert, "Mercury Systems Inc 4Q22 Missed Results, as Expected, While FY23 Guide Provides Conservative Outlook," RBC Capital Markets Analyst Report, August 2, 2022, p. 5.

[486] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 4Q22 Results Disappoint, FY23 Outlook Conservative on Supply Chain Issues, Maintain Outperform," RBC Capital Markets Analyst Report, August 3, 2022, p. 4.

[487] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 4Q22 Results Disappoint, FY23 Outlook Conservative on Supply Chain Issues, Maintain Outperform," RBC Capital Markets Analyst Report, August 3, 2022, p. 8.

[488] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 4Q22 Results Disappoint, FY23 Outlook Conservative on Supply Chain Issues, Maintain Outperform," RBC Capital Markets Analyst Report, August 3, 2022, pp. 10-11, 14.

| Date of Report | Statement |
|---|---|
| | growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[489]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[490] |
| 12/16/22 | Fiscal 2Q23 will be the last quarter with any revenue contribution from the calendar 2021 acquisitions. . . . Management has indicated that as its FCF improves in 2H23, it could be looking to resume its acquisition activity. While we believe the defense fundamentals remain favorable, we do not believe at this time investors would be too supportive of material acquisitions.[491]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[492]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[493] |
| 1/31/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[494] |

---

[489] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 1Q23 Results Beat Conservative Guidance, However Soft 1Q23 FCF to Weigh on Sentiment, Maintain OP," RBC Capital Markets Analyst Report, November 2, 2022, p. 7.

[490] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc 1Q23 Results Beat Conservative Guidance, However Soft 1Q23 FCF to Weigh on Sentiment, Maintain OP," RBC Capital Markets Analyst Report, November 2, 2022, pp. 9-10, 13.

[491] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Moving to Sector Perform on Supply Chain, Implied 2H23 Upside Risk," RBC Capital Markets Analyst Report, December 16, 2022, p. 6.

[492] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Moving to Sector Perform on Supply Chain, Implied 2H23 Upside Risk," RBC Capital Markets Analyst Report, December 16, 2022, p. 11.

[493] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Moving to Sector Perform on Supply Chain, Implied 2H23 Upside Risk," RBC Capital Markets Analyst Report, December 16, 2022, pp. 14-15, 18.

[494] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 2Q23 Rev and Adj. EBITDA Soft, Company Looking at Strategic Alternatives with CFO Transition," RBC Capital Markets Analyst Report, January 31, 2023, p. 8.

| Date of Report | Statement |
|---|---|
| | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[495] |
| 2/1/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[496] |
| 5/2/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.[497]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[498] |
| 6/23/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[499] |
| 6/30/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect management to continue to hold off on M&A while it executes on its internal execution challenges.[500]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[501] |
| 7/7/23 | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[502] |

[495]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Fiscal 2Q23 Rev and Adj. EBITDA Soft, Company Looking at Strategic Alternatives with CFO Transition," RBC Capital Markets Analyst Report, January 31, 2023, pp. 10-11, 14.

[496]  Ken Herbert, "Mercury Systems Inc Transaction Process Appears to Be Moving Forward at MRCY," RBC Capital Markets Analyst Report, February 1, 2023, p. 5.

[497]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, p. 7.

[498]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Significant FY23 Guidance Reduction Re-Sets Expectations, Maintain Sector Perform, PT to $45," RBC Capital Markets Analyst Report, May 2, 2023, pp. 9, 13.

[499]  Ken Herbert, "Mercury Systems Inc Leadership Change with CEO Resignation to Shift Focus on Enhanced Strategic Plan of Execution," RBC Capital Markets Analyst Report, June 23, 2023, p. 4.

[500]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Operational Re-Boot a Positive, but Uncertainty on Health of Underlying Business Remains a Headwind," RBC Capital Markets Analyst Report, June 30, 2023, p. 5.

[501]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Operational Re-Boot a Positive, but Uncertainty on Health of Underlying Business Remains a Headwind," RBC Capital Markets Analyst Report, June 30, 2023, pp. 7, 10.

[502]  Ken Herbert, "Mercury Systems Inc JANA Partners Re-Invests in MRCY with an 8% Stake, Continuing to Add Representation to the BoD," RBC Capital Markets Analyst Report, July 7, 2023, p. 4.

| Date of Report | Statement |
|---|---|
| 8/15/23 | Management also highlighted the need to focus on program management across the business, streamlining prior acquisitions with an emphasis on delivering more predictable results . . .[503]<br><br>Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges.[504]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[505] |
| 11/7/23 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges and opportunities.[506]<br><br>Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[507] |
| 2/6/24 | Since FY14, the company has completed 13 acquisitions, including two in FY22 (June FYE). . . . An active and ambitious M&A strategy has been a key component of MRCY's growth and capital allocation. Investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A |

---

[503] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 3.

[504] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, p. 7.

[505] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Conservative FY24 Guide a Positive, but Development Program Risk Persists; Maintain SP, PT to $35," RBC Capital Markets Analyst Report, August 15, 2023, pp. 9,13. Ken Herbert, "Mercury Systems Inc Soft 4Q23 Puts Focus on FY24 Guide, Uncertainty on Expected Improvement in Challanged Programs," RBC Capital Markets Analyst Report, August 15, 2023, p. 4.

[506] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

[507] Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc F1Q24 Results Highlight Lingering Risk in Business Model, Execution Patience, Maintain SP, $35 PT," RBC Capital Markets Analyst Report, November 7, 2023, pp. 7, 11. Ken Herbert, "Mercury Systems Inc Fiscal 1Q24 Results Disappoint with Significant Adj. EBITDA Miss; Focus Remains on Program Execution," RBC Capital Markets Analyst Report, November 7, 2023, p. 5.

| Date of Report | Statement |
|---|---|
| | activity. We expect new management to continue to hold off on M&A while it executes on its internal execution challenges and opportunities.[508] |
| | Key risks to our investment thesis and price target include: . . . M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions . . .[509] |

---

[508]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Large F2Q24 Miss, Another Step-down in the FY24 Outlook, Maintain Sector Perform and PT to $30," RBC Capital Markets Analyst Report, February 6, 2024, p. 5.

[509]  Ken Herbert and Stephen Strackhouse, "Mercury Systems Inc Large F2Q24 Miss, Another Step-down in the FY24 Outlook, Maintain Sector Perform and PT to $30," RBC Capital Markets Analyst Report, February 6, 2024, pp. 7, 10.

## G. TRUIST

| Date of Report | Statement |
|---|---|
| 11/2/21 | Risks to our rating and price target include . . . acquisition integration risk . . .[510] |
| 2/1/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[511] |
| 5/3/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[512] |
| 5/13/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[513] |
| 8/2/22 | Downside risks to our rating and price target include . . . acquisition integration risk . . .[514] |
| 10/12/22 | *I did not identify a statement regarding integration.*[515] |
| 11/1/22 | Risks to our rating and price target include . . . acquisition integration risk . . .[516] |
| 1/31/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[517] |
| 5/2/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[518] |
| 6/26/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[519] |
| 8/15/23 | After reviewing the business, the new mgmt team determined that as MRCY grew over the last several years to a bigger footprint via continued acquisition, program level workflow processes and management had not improved to appropriately support the new |

[510]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) FY22 Outlook Reaffirmed But F4Q Weighting Looms Amid Industry Risk Factors," Truist Securities Analyst Report, November 2, 2021, p. 6.

[511]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Organic Revenue Outlook Reduced Amid Supply Chain; LTAMDS Program Slides to the Right," Truist Securities Analyst Report, February 1, 2022, p. 7.

[512]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Putting Concerns to Rest; Strong Bookings Outweigh Slight Guidance Reduction; LT Growth Intact," Truist Securities Analyst Report, May 3, 2022, p. 6.

[513]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Meet the New National Security Strategic Asset — Upgrading to BUY, $71 PT (from $60)," Truist Securities Analyst Report, May 13, 2022, p. 8.

[514]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Supply Chain, Inflation, and Labor Weigh on Results/Outlook; Strong Bookings a Slight Silver Lining," Truist Securities Analyst Report, August 2, 2022, p. 6.

[515]  Michael Ciarmoli, Peter Osterland, and Samuel Stuhsaker, "A&D Quarterly Flight Deck: 3Q22 EPS Preview; Downgrade AIN/HWM/HXL to HOLD from BUY; Broadly Lowering Ests & PTs," Truist Securities Analyst Report, October 12, 2022.

[516]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) F1Q23 Has Likely Marked an Operational Bottom - Look For Results to Strengthen Through FY23," Truist Securities Analyst Report, November 1, 2022, p. 7.

[517]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Decision by the Board to Pursue Strategic Alternatives Overshadows Everything Else," Truist Securities Analyst Report, January 31, 2023, p. 7.

[518]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Blindsided by Challenges at 12 Programs; Focus Shifts to Outcome of Strategic Review," Truist Securities Analyst Report, May 2, 2023, p. 7.

[519]  Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) No Sale of the Company but CEO is Out; Maintain Buy, Lower PT to $48 from $58," Truist Securities Analyst Report, June 26, 2023, p. 6.

| Date of Report | Statement |
|---|---|
| | scale, largely contributing to the execution issues plaguing overall operations and the underperforming programs.[520] |
| | Risks to our rating and price target include . . . acquisition integration risk . . .[521] |
| 9/18/23 | Risks to our rating and price target include . . . acquisition integration risk . . .[522] |
| 11/7/23 | Risks to our rating and price target include . . . acquisition integration risk.[523] |
| 2/7/24 | *I did not identify a statement regarding integration.*[524] |

---

[520]   Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Refreshing Messaging from New Leadership Team; FY24 Bar Appears to Be Set Low; Maintain BUY," Truist Securities Analyst Report, August 15, 2023, p. 1.

[521]   Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Refreshing Messaging from New Leadership Team; FY24 Bar Appears to Be Set Low; Maintain BUY," Truist Securities Analyst Report, August 15, 2023, p. 7.

[522]   Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Hitting the Road (Virtually) with the New Management Team," Truist Securities Analyst Report, September 18, 2023, p. 6.

[523]   Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Challenged Programs Remain a Focus; Line of Sight to Cutting the Total in Half By Year End," Truist Securities Analyst Report, November 7, 2023, p. 7.

[524]   Michael Ciarmoli, Peter Osterland, and Samuel Struhsaker, "Mercury Systems, Inc. (MRCY) Perhaps This Turnaround Was a Bit More Complex than We Expected; Downgrading to HOLD," Truist Securities Analyst Report, February 7, 2024.

## H.  WILLIAM BLAIR

| Date of Report | Statement |
| --- | --- |
| 11/2/21 | We continue to view fiscal 2022 as a transition year, as the company digests prior acquisitions, optimizes efficiency, and navigates a persistently challenging environment.[525]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[526] |
| 2/2/22 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[527] |
| 5/3/22 | We believe the company's acquisition strategy could also remain an attractive driver, particularly as Mercury's 1mpact program can improve or accelerate acquisition integration.[528]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[529] |
| 6/9/22 | Management discussed its 1mpact initiative for improved M&A integration and increased efficiencies for greater profitability; 1mpact is a four-year effort to achieve full potential for top-line adjusted EBITDA growth.[530]<br><br>We believe the company's acquisition strategy could also remain an attractive driver, particularly as Mercury's 1mpact program can improve or accelerate acquisition integration.[531]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[532] |

[525]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment," William Blair Analyst Report, November 2, 2021, p. 1.

[526]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Results Slightly Ahead of Expectations; Bookings Were Light; Uncertainty Continuing in Defense Spending Environment," William Blair Analyst Report, November 2, 2021, p. 2.

[527]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter as Book-to-Bill Recovers, but Headwinds Persist and Full-Year Organic Revenue Guidance Was Reduced," William Blair Analyst Report, February 2, 2022, p. 2.

[528]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter Led by Strong Book-to-Bill Ratio of 1.17, but Free Cash Flow Impacted by Supply Chain Disruption," William Blair Analyst Report, May 3, 2022, p. 2.

[529]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Mixed Quarter Led by Strong Book-to-Bill Ratio of 1.17, but Free Cash Flow Impacted by Supply Chain Disruption," William Blair Analyst Report, May 3, 2022, p. 2.

[530]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 1.

[531]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 2.

[532]  Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Highlights From William Blair's 42nd Annual Growth Stock Conference," William Blair Analyst Report, June 9, 2022, p. 2.

| Date of Report | Statement |
|---|---|
| 8/3/22 | We believe long-term investors should look past the noise and focus on the potential for the company to continue executing a roll-up and acquisition integration strategy that can be accretive over the long term. . . .[533]<br><br>. . . We believe the company's acquisition strategy could also remain an attractive growth driver, particularly as Mercury's 1MPACT program can improve or accelerate acquisition integration.[534]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[535] |
| 11/1/22 | We believe long-term investors should look past the noise and focus on the potential for the company to continue executing a roll-up and acquisition integration strategy that can be accretive over the long term.[536]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[537] |
| 2/1/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[538] |
| 5/3/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[539] |
| 6/26/23 | Recent missteps, a challenging supply chain environment, and program partner challenges have impacted the company's financial results the past few quarters as the company faced challenges with execution and integration of acquisitions.[540] |

[533] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

[534] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

[535] Jonathan Ho and John Weidemoyer, "Mercury Systems, Inc. Disappointing Quarter and Fiscal 2023 Outlook, as Contract Timing and Supply Chain Challenges Persist," William Blair Analyst Report, August 3, 2022, p. 2.

[536] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Much Improved Results Highlighted by 34% Bookings Growth, Though Free Cash Flow Challenges Persist," William Blair Analyst Report, November 1, 2022, p. 2.

[537] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Much Improved Results Highlighted by 34% Bookings Growth, Though Free Cash Flow Challenges Persist," William Blair Analyst Report, November 1, 2022, p. 2.

[538] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Pursuing Strategic Alternatives, CFO Resigns, Mixed Quarterly Results as Bookings Improve," William Blair Analyst Report, February 1, 2023, p. 2.

[539] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Solid Quarterly Results Overshadowed by Margin Guidance Reduction From Mix Shift to Development Programs," William Blair Analyst Report, May 3, 2023, p. 2.

[540] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Significant Changes as Board Concludes Review of Strategic Alternatives; CEO Resigns and New CFO Identified," William Blair Analyst Report, June 26, 2023, p. 2.

| Date of Report | Statement |
|---|---|
|  | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[541] |
| 6/29/23 | Recent missteps, a challenging supply chain environment, and program partner challenges have impacted the company's financial results the past few quarters as the company faced challenges with execution and integration of acquisitions.[542]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[543] |
| 8/16/23 | We attribute many of the challenges to growing pains from acquiring too much too quickly. In our view, more mature processes and oversight can help mitigate future risks earlier and improve visibility for future forecasting.[544]<br><br>Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[545] |
| 11/8/23 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[546] |
| 2/7/24 | Primary risks for Mercury's stock include: . . . uncertainty regarding ability to continue to integrate acquisitions . . .[547] |

---

[541] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Significant Changes as Board Concludes Review of Strategic Alternatives; CEO Resigns and New CFO Identified," William Blair Analyst Report, June 26, 2023, p. 2.

[542] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Announces New CFO and Adds Independent Director," William Blair Analyst Report, June 29, 2023, p. 2.

[543] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Announces New CFO and Adds Independent Director," William Blair Analyst Report, June 29, 2023, p. 2.

[544] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

[545] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Bill Ballhaus Appointed President and CEO; Disappointing Quarter and Guidance," William Blair Analyst Report, August 16, 2023, p. 2.

[546] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. Challenging Quarter Impacted by Low Margin Mix of Business and Higher Working Capital," William Blair Analyst Report, November 8, 2023, p. 2.

[547] Jonathan Ho, John Weidemoyer, and Garrett Burkam, "Mercury Systems, Inc. New Challenges in Troubled Program Lead to Quarter Miss and Significant Revenue Guidance Reduction," William Blair Analyst Report, February 7, 2024, p. 2.