# EXHIBIT 7

# cg/ Canaccord Genuity
## Capital Markets

**Estimates Revised**

# Mercury Systems
## Aerospace and Defense

US Equity Research
1 February 2022

| Rating | Price Target |
|---|---|
| **HOLD** | **US$60.00** |
| *unchanged* | *unchanged* |

| MRCY-NASDAQ | Price |
|---|---|
| | **US$56.29** |

### Market Data

| | |
|---|---|
| 52-Week Range (US$) : | 44.44 - 79.45 |
| Market Cap (US$M) : | 3,135.0 |

| FYE Jun | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Sales (US$M) | 796.6 | 924.0 | 1,014↓ | 1,100↓ |
| *Previous* | - | - | *1,023* | *1,109* |
| EPS Adj&Dil (US$) | 2.30 | 2.42 | 2.60↑ | 2.92↓ |
| *Previous* | - | - | *2.54* | *2.95* |
| P/E (x) Adj&Dil | 24.4 | 23.3 | 21.7 | 19.3 |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020A | 177.3 | 193.9 | 208.0 | 217.4 |
| 2021A | 205.6 | 210.7 | 256.9 | 250.8 |
| 2022E | 225.0A | 220.4A | 249.2 | 319.8 |
| 2023E | - | - | - | - |

| Quarterly EPS Adj&Dil | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020A | 0.44 | 0.54 | 0.60 | 0.72 |
| 2021A | 0.51 | 0.54 | 0.64 | 0.73 |
| 2022E | 0.41A | 0.39A | 0.57 | 1.22 |
| 2023E | - | - | - | - |



— MRCY.US
— S&P 500 (rebased)

Source: FactSet

Priced as of close of business 1 February 2022

**Austin Moeller** | Analyst | Canaccord Genuity LLC (US) | AMoeller@cgf.com | 212.389.8198

# Defense budget holdup, supply chain leaves Q4 going "all-in"

**Today, Mercury Systems (MRCY) reported Q2/22 revenues of $220M (up 4.6%), Adj. EPS of $0.39 and Adj. EBITDA of $38M.** These Q2 results came in lower than consensus expectations by ~1%, 3.8% and 3.3%, respectively. Mercury's free cash flow was a use of $1.2M, reflecting charges associated with the 1MPACT restructuring project and the effect of delays in the company's supply chain (primarily for semiconductor materials). The topline growth was driven primarily by acquired revenue from the company's recent acquisitions of POC, Pentel, Atlanta Micro and Avalex, which provided a ~$38M contribution. Mercury's organic topline declined by 13% y/y to $183M, reflecting ongoing struggles with the company's suppliers and the push-out of revenues caused by the government continuing resolution (CR). Mercury's Adj. EBITDA margins declined by 420 bp y/y, reflecting weaker gross margins and a decline in operating leverage.

**Management kept its previous 2022 guidance expectations, but forecast weaker organic revenues due to the supply chain and budget challenges.** As such, management expects the Avalex/Atlanta Micro acquisitions to be key contributors to their revenue and profitability targets. Management expects to record a major uptick in bookings during Q3, generating strong organic growth and a recovery in operating leverage in Q4 and FY23. Management specifically highlighted more than $25M in bookings that were pushed to the right into Q3/22 due to the impact of the continuing resolution, which expires on February 18. Management anticipates the budget to be in place and contracting activity to ramp up in March, though supply chain risk is expected to remain an issue for the rest of MRCY's FY23.

**More favorably, MRCY reported a decent B2B of 1.08 in Q2/22, reflecting management's prior expectations of sequential improvement from Q1.** The uptick in bookings (13% higher y/y and 19% higher q/q) resulted in a 1% y/y and 8% sequential improvement in Mercury's backlog, which ended Q4 at $954M. The largest programs contributing to the booking improvement were indicated to be a classified mission monitoring program, in addition to a classified electronic warfare program. The F-35 tech refresh 3 (TR3) project has been indicated by government and Lockheed officials to be moving along in its development, with Mercury booking as much for the F-35 in 1H22 as it did in all of FY21.

**Management remained confident in the ongoing progress of the company's 1MPACT restructuring program.** The company still expects 1MPACT to produce a $27M net benefit related to the restructuring in FY22, with an incremental ~$40M in midpoint Adj. EBITDA generated from the project by Mercury's FY25. 1MPACT is also intended to improve MRCY's supply chain and scalability over the long-term, in addition to achieving margin expansion and returning organic revenue expansion to its historical HSD-LDD growth profile "over time."

**We are maintaining our HOLD rating on shares of MRCY and our $60 price target.** With the company still in a holding pattern over the yet-to-be-passed FY22 DoD appropriations bill and supply chain headaches expected to endure at least through the first half of the 2022 calendar year, we believe investors need more visibility into the resolution of these key issues before we can get more confident on the stock. We anticipate that the FY22 budget will likely be in place in the next month, but any further push-out could heavily impact MRCY's Q4-weighted guidance.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**

**Canaccord Genuity** Capital Markets

**Mercury Systems**
Estimates Revised

## Q2/22 highlights

Mercury's second quarter was weaker than Wall Street analysts expected, with revenues of $220M and Adj. EBITDA of $38M underwhelming consensus targets by ~1% and 3.3%, respectively. Management attributed the performance to negative operating leverage produced by a declining organic revenue base combined with investments in the company's 1MPACT restructuring effort. FCF slipped to a use of $1.2M (down 112% y/y), reflecting acquisition expenses for Atlanta Micro/Avalex, in addition to $20M in delayed supplier milestone payments.

**Figure 1: MRCY earnings snapshot**

| $M, expect EPS | Actual | | Consensus | | CG Est | % diff. | % diff. |
|---|---|---|---|---|---|---|---|
| | 2Q 21 | 2Q 22 | 2Q 22 | YoY | 2Q 22 | CG vs. Actual | Consensus vs. Actual |
| Total Sales | $211 | $220 | $222 | 4.6% | $223 | (1.3%) | (0.5%) |
| Gross Margin | 42.1% | 39.6% | 39.2% | (6.0%) | 37.0% | 7.0% | N/A |
| EBIT | $18 | ($0) | $3 | (102.1%) | $3 | (111.9%) | (111.4%) |
| EPS, GAAP | $0.23 | ($0.05) | $0.02 | (120.7%) | $0.01 | (421.3%) | (336.9%) |
| EPS, Adj | $0.54 | $0.39 | $0.41 | (27.1%) | $0.41 | (4.6%) | (3.8%) |
| Diluted S/O | 55.4 | 55.7 | N/A | 0.5% | 55.7 | (0.0%) | N/A |
| EBITDA, Adj | $45 | $38 | $39 | (15.9%) | $40 | (5.3%) | (3.3%) |
| EBITDA, Adj margin | 21.5% | 17.3% | 17.8% | (19.6%) | 18.0% | (4.0%) | (2.8%) |

Source: Company Reports, Canaccord Genuity estimates

Management maintained its FY22 midpoint guidance expectations of $1.015B in revenues, Adj. EPS of $2.56 and Adj. EBITDA of $224M. This guidance is heavily dependent on the company generating robust Q3 bookings, which can then be recognized as revenue in Q4. Additionally, management expects FCF for FY22 to be ~17.5% of Adj. EBITDA, with expenses related to 1MPACT being sustained until the end of Q3 and the supply chain delays subsiding by Q4. Key bookings supporting the company's outlook in 2H22 and FY23 are expected to be the F-35, F/A-18, P-8 Poseidon and T-45. However, management did let slip during the call that the GhostEye radar program (formerly known as LTAMDS), which has already been delayed into MRCY's FY23, may be further pushed out into FY25 based on conversations with Raytheon and DoD.

**Figure 2: MRCY FY22 guidance expectations**

| Mercury Systems FY22 Guidance | | |
|---|---|---|
| $M, expect EPS | FY21 Actual Feb-22 | 2022 Guidance Feb-22 |
| Total Sales | $924 | $1,015 |
| EPS, Adj | $2.42 | $2.56 |
| EBITDA, Adj | $202 | $224 |
| EBITDA, Adj margin | 21.9% | 22.0% |

Source: Company Reports, Canaccord Genuity estimates

### Activist negotiations continue behind closed doors

Management declined to comment on the call about Mercury's ongoing negotiations with activist investors Jana and Starboard, who own 6.6% and 7.33% of MRCY's stock, respectively. We expect that investors will get additional details regarding the outcome of those negotiations (either from management or the activists) in due course. A potential sale of the business, in addition to the potential appointment of new board members (e.g., Jana's advisors Jim Albaugh or Carol Lowe), remain on the table.

However, given the recent implosion of Lockheed Martin's acquisition of Aerojet Rocketdyne, we continue to expect the prospect of selling Mercury to a prime to be highly unlikely. Senator Elizabeth Warren, who became acquainted with FTC Chair Lina Khan during Khan's tenure at DC think tank New America, advocated heavily for her appointment to the Biden Administration due to her hawkish positions on defense sector consolidation. We believe that it would likely be easier to arrange a merger between Mercury and another mid-tier component/system supplier like Teledyne or AMETEK, which would not step on the toes of Mercury's prime customers (e.g., Raytheon, Lockheed Martin, etc.).

### Valuation

We are maintaining our HOLD rating on MRCY and our existing $60 price target. While it is possible that a large-scale Russian invasion of Ukraine may generate tailwinds for Mercury's key programs (F-35, F-15, Filthy Buzzard electronic warfare pods) in the FY23 defense budget request, we continue to be conservative in our thesis considering the risks posed by ongoing supply chain disruptions and contract award delays precipitated by the very-late FY22 defense budget. A potential further push-out of the GhostEye program (Mercury's largest design win ever) from FY23 to FY25 is also problematic. Our $60 price target on MRCY's shares is calculated using the blend of a 21.2x EPS multiple and a 15.8x Adj. EBITDA multiple, applied to our FY23 estimates of $2.92 and $232M, respectively.

**Figure 3: MRCY price target calculation**

| MRCY Price Target Calculation | | |
|---|---|---|
| | P/E | EV/EBITDA |
| Historical normal range (LTM results) | 24x - 38x | 15x - 25x |
| Current multiple on LTM results | 26.0x | 18.8x |
| Multiple on 2023 Canaccord Genuity est | 21.2x | 15.8x |
| Implied target price | $61.87 | $57.85 |

| Average target price | $60 |
|---|---|

Note: Canaccord Genuity 2023 estimates are Adj. EPS of 2.92

and $232M in Adj. EBITDA.

Source: Company Reports, Canaccord Genuity estimates

**Figure 4: British F-35Bs (STOVL variant) onboard the HMS Queen Elizabeth**



Source: Royal Navy

**Figure 5: MRCY financial summary**

| Canaccord Genuity Summary Financials: Mercury Systems (MRCY.US) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $M, except EPS | 2020A | 2021A | 2022E | 2023E | 3Yr CAGR | Balance Sheet and Cash Flow | 2020A | 2021A | 2022E | 2023E |
| **Income Statement** | | | | | | **Balance Sheet and Cash Flow** | | | | |
| Components | $225 | $265 | $260 | $292 | 9.0% | Cash and equivalents | $227 | $114 | $124 | $196 |
| Modules | $203 | $222 | $243 | $288 | 12.2% | Accounts receivables, net | 120 | 129 | 139 | 144 |
| Integrated Systems | $368 | $430 | $511 | $520 | 12.2% | Inventories | 178 | 222 | 242 | 257 |
| **Total sales** | **$797** | **$924** | **$1,014** | **$1,100** | **11.3%** | **Current assets** | **$635** | **$643** | **$575** | **$667** |
| Cost of sales | $440 | $539 | $570 | $594 | | Intangible assets & GW | 823 | 1,112 | 830 | 830 |
| SG&A | $132 | $134 | $167 | $174 | | PP&E | 88 | 129 | 115 | 106 |
| **Operating Profit:** | | | | | | **Total assets** | **$1,611** | **$1,955** | **$1,589** | **$1,672** |
| EBIT | $91 | $81 | $74 | $164 | 21.7% | Accounts payable | 42 | 48 | 28 | 13 |
| EBITDA (Adjusted) | 176 | 202 | 226 | 232 | 9.5% | Total debt | 82 | 200 | 210 | 200 |
| **Pre-tax income** | **$94** | **$77** | **$64** | **$162** | **20.0%** | Net debt | (145) | 86 | 86 | 4 |
| Taxes | (8) | (15) | (15) | (42) | | **Total liabilities** | **$226** | **$471** | **$306** | **$281** |
| **Net Income** | **$86** | **$62** | **$48** | **$120** | **11.9%** | **Shareholders Equity** | **$1,385** | **$1,484** | **$1,283** | **$1,391** |
| **EPS (Adjusted)** | **$2.30** | **$2.42** | **$2.60** | **$2.92** | **8.2%** | | | | | |
| Shares oustanding | 55.1 | 55.5 | 55.8 | 56.3 | | Cash from operations | 115 | 97 | 85 | 142 |
| **Margin (%)** | | | | | | CapEx | (43) | (46) | (40) | (45) |
| Total Company EBIT | 11.4% | 8.8% | 7.3% | 14.9% | | Free cash flow | 72 | 52 | 45 | 97 |
| Gross | 44.8% | 41.7% | 43.8% | 46.0% | | D&A | 49 | 67 | 54 | 54 |
| SG&A as a % of sales | 16.6% | 14.5% | 16.5% | 15.8% | | Change in cash | (31) | (113) | 10 | 72 |
| EBITDA, Adj | 22.1% | 21.9% | 22.3% | 21.1% | | **Ratio Analysis** | | | | |
| **Year-over-year (%)** | | | | | | Net debt to capital | (9.9%) | 5.1% | 5.8% | 0.2% |
| Total sales | 21.7% | 16.0% | 9.8% | 8.4% | | Debt to EBITDA | 0.5x | 1.0x | 0.9x | 0.9x |
| EBIT | 18.9% | (11.0%) | (8.8%) | 122.2% | | Op working capital to sales | 32.2% | 32.7% | 34.7% | 35.2% |
| EPS (Adjusted) | 28.6% | 5.0% | 7.5% | 12.3% | | Op working capital turnover | 3.1x | 3.1x | 2.9x | 2.8x |
| **Valuation** | | | | | | ROE | 6.4% | 4.3% | 3.5% | 9.0% |
| FCF per Share | $1.30 | $0.93 | $0.81 | $0.00 | | ROA | 5.7% | 3.5% | 2.7% | 7.4% |
| FCF conversion | 83.9% | 83.2% | 93.8% | 0.0% | | ROIC | 5.8% | 3.7% | 3.2% | 7.6% |
| Book value per share | $25.12 | $26.75 | $23.01 | $0.00 | | | | | | |
| Price to Earnings | 24.4x | 23.3x | 21.7x | 19.3x | | | | | | |

Source: Company Reports, Canaccord Genuity estimates

**Figure 6: MRCY income statement model**

**Mercury Systems Income Statement Model, $M (June Fiscal Year-end)**

| Austin Moeller (212.389.8198) | FY 2020 | FY 2021 | FY 2022 | | | | | FY 2023 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 | 2021 | Sep-21 | Dec-22 | Mar-22E | Jun-22E | 2022E | Sep-22E | Dec-22E | Mar-23E | Jun-23E | 2023E |
| **NET SALES** | **$797** | **$924** | **$225** | **$220** | **$249** | **$320** | **$1,014** | **$242** | **$237** | **$269** | **$352** | **$1,100** |
| Cost of Sales | $440 | $539 | $137 | $133 | $149 | $150 | $570 | $131 | $128 | $145 | $190 | $594 |
| **GROSS PROFIT** | **$357** | **$385** | **$88** | **$87** | **$100** | **$170** | **$445** | **$111** | **$109** | **$124** | **$162** | **$506** |
| Operating Expenses | | | | | | | | | | | | |
| SG&A | $132 | $134 | $37 | $37 | $41 | $52 | $167 | $39 | $38 | $42 | $55 | $174 |
| R&D | $98 | $113 | $29 | $28 | $32 | $40 | $129 | $29 | $28 | $32 | $40 | $130 |
| Amortization of intangible assets | $30.6 | $41 | $14 | $16 | $12 | $11 | $53 | $9 | $9 | $9 | $9 | $36 |
| Restructuring and other charges | $2 | $9 | $12 | $4 | $0 | $0 | $16 | $0 | $0 | $1 | $1 | $2 |
| Impairment of long-lived assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Acquisition costs and other related expenses | $2.7 | $6 | $2 | $3 | $1 | $1 | $6.1 | $0 | $0 | $0 | $0 | $0 |
| **Total operating expenses** | **$265.8** | **$304** | **$94** | **$88** | **$85** | **$105** | **$371** | **$77** | **$75** | **$84** | **$106** | **$342** |
| **OPERATING INCOME** | **$91** | **$81** | **($5.6)** | **($0.4)** | **$15** | **$65** | **$74** | **$35** | **$34** | **$40** | **$56** | **$164** |
| Interest income | $2 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest expense | ($1) | ($1) | ($1) | ($1) | ($2) | ($2) | ($4.8) | ($1) | ($1) | ($1) | ($1) | ($2) |
| Other income (expense) | $2 | ($3) | ($1) | ($1) | ($2) | ($1) | ($6) | $0 | $0 | $0 | $0 | $0 |
| **INCOME BEFORE TAXES** | **$94** | **$77** | **($8)** | **($3)** | **$12** | **$62** | **$64** | **$34** | **$33** | **$39** | **$56** | **$162** |
| Income tax expense, net | $8 | $15 | ($0) | ($0) | $3 | $13 | $15 | $9 | $9 | $10 | $15 | $42 |
| **INCOME FROM CON'T OPPS** | **$86** | **$62** | **($7.1)** | **($2.6)** | **$8.9** | **$49** | **$48.3** | **$25** | **$25** | **$29** | **$41** | **$120** |
| **NET EARNINGS PER SHARE** | | | | | | | | | | | | |
| Diluted EPS, Disc Opps | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Diluted EPS, GAAP | $1.56 | $1.12 | ($0.13) | ($0.05) | $0.16 | $0.88 | $0.87 | $0.45 | $0.44 | $0.52 | $0.73 | $2.14 |
| Adjustments | $0.75 | $1.30 | $0.54 | $0.44 | $0.41 | $0.35 | $1.73 | $0.20 | $0.19 | $0.20 | $0.19 | $0.78 |
| **ADJUSTED EPS** | **$2.30** | **$2.42** | **$0.41** | **$0.39** | **$0.57** | **$1.22** | **$2.60** | **$0.65** | **$0.62** | **$0.72** | **$0.92** | **$2.92** |
| Shares Outstanding | | | | | | | | | | | | |
| Basic | 54 | 54 | 54 | 56 | 56 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| Diluted | 55.1 | 55 | 55 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 |

| Margin Analysis | FY 20E | FY 21E | Sep-21 | Dec-22 | Mar-22E | Jun-22E | FY 22E | Sep-22E | Dec-22E | Mar-23E | Jun-23E | FY 23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of sales | 55.2% | 58.3% | 60.7% | 60.4% | 60.0% | 47.0% | 56.2% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% |
| Gross Margin | 44.8% | 41.7% | 39.3% | 39.6% | 40.0% | 53.0% | 43.8% | 46.0% | 46.0% | 46.0% | 46.0% | 46.0% |
| SG&A | 16.6% | 14.5% | 16.4% | 16.7% | 16.4% | 16.4% | 16.5% | 16.0% | 16.0% | 15.5% | 15.7% | 15.8% |
| R&D | 12.4% | 12.3% | 12.8% | 12.9% | 12.7% | 12.6% | 12.7% | 12.0% | 12.0% | 12.0% | 11.5% | 11.8% |
| Operating Margin | 11.4% | 8.8% | (2.5%) | (0.2%) | 6.0% | 20.3% | 7.3% | 14.3% | 14.2% | 14.8% | 16.0% | 14.9% |
| Incremental margin (Sequentially) | 10.2% | (7.9%) | 8.9% | (112.0%) | 53.0% | 70.9% | (7.9%) | 20.3% | 18.0% | 19.1% | 19.8% | 105.8% |
| Incremental margin (YoY) | 49.8% | 22.3% | 1.5% | (14.9%) | 77.4% | 96.7% | 66.0% | 135.5% | 131.6% | 121.0% | (24.0%) | 71.6% |
| Pretax | 11.8% | 8.4% | (3.4%) | (1.3%) | 4.8% | 19.5% | 6.3% | 14.1% | 14.0% | 14.6% | 15.9% | 14.8% |
| Effective tax rate | 8.8% | 19.6% | 5.8% | 5.5% | 25.0% | 21.0% | 24.2% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| Year-over-Year change (%) | | | | | | | | | | | | |
| Sales | 21.7% | 16.0% | 9.4% | 4.6% | (3.0%) | 27.5% | 9.8% | 7.5% | 7.5% | 8.0% | 10.0% | 8.4% |
| Operating profit | 18.9% | (11.0%) | (129.7%) | (102.1%) | (31.6%) | 189.9% | (8.8%) | (719.6%) | (8,793.4%) | 167.7% | (13.6%) | 122.2% |
| Net profit | 83.2% | (27.6%) | (145.2%) | (120.8%) | (43.0%) | 174.2% | (22.2%) | (453.1%) | (1,030.2%) | 226.3% | (15.9%) | 148.9% |
| Operating profit | 18.9% | (11.0%) | (129.7%) | (102.1%) | (31.6%) | 189.9% | (8.8%) | (719.6%) | (8,793.4%) | 167.7% | (13.6%) | 122.2% |
| Net profit | 83.2% | (27.6%) | (145.2%) | (120.8%) | (43.0%) | 174.2% | (22.2%) | (453.1%) | (1,030.2%) | 226.3% | (15.9%) | 148.9% |
| Eps, Adj. | 28.6% | 5.0% | (20.4%) | (27.1%) | (11.1%) | 68.6% | 7.5% | 60.6% | 58.1% | 27.1% | (24.9%) | 12.3% |

| ADJUSTED Income / EBITDA | 2020 | 2021 | Sep-21 | Dec-22 | Mar-22E | Jun-22E | 2022E | Sep-22E | Dec-22E | Mar-23E | Jun-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adjusted net income** | **$127.0** | **$134.1** | **$22.6** | **$22.0** | **$31.7** | **$68.6** | **$144.9** | **$36.7** | **$35.0** | **$40.6** | **$51.8** | **$164.2** |
| **ADJUSTED EBITDA** | **$176.2** | **$202.4** | **$38.3** | **$38.1** | **$50.9** | **$98.5** | **$225.8** | **$49.2** | **$47.9** | **$56.3** | **$78.2** | **$231.6** |
| Adjusted EBITDA margin (%) | 22% | 21.9% | 17% | 17% | 20% | 31% | 22% | 20% | 20% | 21% | 22% | 21% |

Source: Company reports, Canaccord Genuity estimates; A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.



# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: February 01, 2022, 23:22 ET

Date and time of production: February 01, 2022, 23:22 ET

**Target Price / Valuation Methodology:**

Mercury Systems - MRCY

Our $60 price target is based on the blend of a 21.2x adj. EPS multiple and a 15.8x adj. EBITDA multiple, applied to our 2023 estimates of $2.92 and $232M, respectively.

**Risks to achieving Target Price / Valuation:**

Mercury Systems - MRCY

Important investment risks for MRCY include the following: Defense spending and prime contractor outsourcing; Defense contractor consolidation; Overall funding priorities for defense as a whole and for specific programs; Contract management and execution; Personnel hiring and training; Success of new business development efforts, and pipeline and backlog development; International defense spending and market access; Goodwill and intangibles levels and possible impairment charges; M&A opportunities and pipeline; Synergy capture from the recent acquisitions; Execution on cost savings efforts and manufacturing improvement; Acceptance of commercial systems and technologies in military and defense applications; Access to financing for acquisitions and working capital investments.

**Distribution of Ratings:**

**Global Stock Ratings (as of 02/01/22)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 664 | 69.17% | 42.77% |
| Hold | 127 | 13.23% | 25.98% |
| Sell | 10 | 1.04% | 20.00% |
| Speculative Buy | 155 | 16.15% | 58.71% |
| | 960* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**cg/Canaccord Genuity** Capital Markets

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Mercury Systems or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Mercury Systems in the next three months.



Mercury Systems Rating History as of 02/01/2022

| I:B:$64.00 10/04/2018 | B:$76.00 04/26/2019 | B:$80.00 07/30/2019 | B:$85.00 01/28/2020 | B:$92.00 04/28/2020 | B:$90.00 11/03/2020 | B:$94.00 01/21/2021 | H:$74.00 05/04/2021 | H:$70.00 07/27/2021 | H:$60.00 11/02/2021 |

Closing Price — Price Target

Buy (B); Speculative Buy (SB); Sell (S); Hold (H); Suspended (SU); Under Review (UR); Restricted (RE); Not Rated (NR)

**Required Company-Specific Disclosures (as of date of this publication)**

**Past performance**

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

cg / Canaccord Genuity
Capital Markets

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Mercury Systems**
*Estimates Revised*

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2022 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2022 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2022 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2022 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**