# EXHIBIT 8


Capital Markets

RBC Capital Markets, LLC
**Ken Herbert** (Analyst)
(415) 633-8583, ken.herbert@rbccm.com

EQUITY RESEARCH

February 1, 2022

# Mercury Systems Inc

## Fiscal 2Q22 results in-line, management maintains strong fiscal 4Q22 confidence, FY22/FY23 outlook

**Our view:** Mercury Systems (MRCY) posted adjusted fiscal 2Q22 EBITDA of $38.1M (a 17.3% margin) compared to our estimate of $40M. Total revenues in the quarter were $220M (up 5% with organic growth of negative 13%). Fiscal 2Q22 revenues came in at the mid-point of guidance, but EBITDA at the low end. The company has maintained its FY22 outlook. While the activist pressure on the stock will likely limit the downside, we expect the stock to be under pressure as a result of the 2Q22 results. We maintain our Sector Perform rating and $55 price target.

## Key points:

**Management maintained its FY22/23 outlook.** Heading into the quarter, investors had speculated that management could re-set expectations based on DoD budget and program timing risk, supply chain delays, and could de-risk its outlook into FY23. However, management maintained its FY22/FY23 outlook and in our view did a convincing job of outlining its expected strong fiscal 4Q22 results. We do continue to see timing risk to the FY22 outlook, and we believe investors will remain skeptical on the 4Q22 expected improvement (~20% organic growth, ~$95M in EBITDA, and ~30% margins), which will likely contribute to near-term pressure on the stock.

**Fiscal 2Q22 bookings were $237M, up sequentially from fiscal 1Q22, representing a book-to-bill of 1.08x.** Heading into the 2Q22 results, bookings were expected to be one of the more important metrics considering the 2H22 growth expectations. The company indicated that it had $25M in bookings slip from 2Q to 3Q, and it has already received a majority of these. The backlog at the end of 2Q22 was $954M. The company expects to have ~80% of its 4Q22 sales in the backlog exiting fiscal 3Q22. It called out hiring and FMS sales as potential risks to the 2H22 outlook.

**Supply chain a key headwind to fiscal 2Q22 FCF.** The company pulled forward some inventory purchasing to support its 2H22 expected sales growth. Working capital was a use of ~$25M in the quarter. Moreover, supplier risk mitigation contributed to the soft FCF. For FY22 the company expects ~$35M in FCF. The relatively low FCF conversion will add to pressure on management.

**The company remains very confident in its business model and long-term targets.** It highlighted $160M in 2Q22 design wins and believes it continues to see strong growth from customer outsourcing at the sub-system level and expanding opportunities from DoD supply chain de-layering. Key programs for the 2H22 ramp include the F-35 TR3, F-18, F-16, P-8, SEWIP, T-45, and classified programs.

**Maintaining Sector Perform rating and $55 price target.** We believe continued risk to the FY22 outlook will limit near-term upside on the stock, while the activist presence should limit the downside. Our price target is based on FY23E multiples at the low end of historical ranges, reflecting soft FY22E organic growth and long-term uncertainty.

## Sector Perform
NASDAQ: MRCY; USD 56.29
**Price Target USD 55.00**

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| Downside Scenario | Price Target | Current Price | Upside Scenario |
| --- | --- | --- | --- |
| 40.00 | 55.00 | 56.29 | 70.00 |
| ↓ 29% | ↓ 2% | | ↑ 24% |

*Implied Total Returns

### Key Statistics
| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 56.0 | Market Cap (MM): | 3,152 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 818,013 |

### RBC Estimates

| FY Jun | 2020A | 2021A | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| **Revenue** | 796.6 | 924.0 | 1,017.4 | 1,108.5 |
| Prev. | | | 1,019.8 | 1,110.0 |
| **EPS, Adj Diluted** | 2.30 | 2.52 | 2.64 | 3.00 |
| Prev. | | 2.42 | 2.55 | |
| **P/AEPS** | 24.4x | 22.4x | 21.3x | 18.7x |
| **EBITDA, Adj** | 176.2 | 201.7 | 225.5 | 249.6 |
| Prev. | | | 223.0 | 236.7 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2021 | 205.6A | 210.7A | 256.9A | 250.8A |
| 2022 | 225.0A | 220.4A | 250.0E | 322.0E |
| Prev. | | 221.0E | 285.0E | 289.0E |
| 2023 | 253.0E | 246.8E | 262.5E | 346.2E |
| **EPS, Adj Diluted** | | | | |
| 2021 | 0.51A | 0.54A | 0.64A | 0.72A |
| 2022 | 0.41A | 0.39A | 0.65E | 1.19E |
| Prev. | | 0.42E | 0.77E | 0.95E |
| 2023 | 0.67E | 0.63E | 0.72E | 0.98E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



## MRCY fiscal 2Q22 highlights

Mercury Systems (MRCY) posted adjusted fiscal 2Q22 EBITDA of $38.1M (a 17.3% margin) compared to our estimate of $40M. Total revenues in the quarter were $220M (up 5% with organic growth of negative 13%), compared to our estimate of $221M. Note that fiscal 2Q22 revenues came in at the mid-point of guidance, but EBITDA at the low end. While the results were in line with company guidance, they were slightly below consensus estimates (MRCY has a track record of exceeding its guidance).

The company remains confident in its long-term business strategy. Management outlined design wins and booking awards in the quarter, making sure to highlight past performance in growing the business through disciplined M&A. However, management did not provide an update to public disclosures from either JANA Partners or Starboard Value. Both accumulated large stakes in MRCY over this last quarter and appear to be engaged in an ongoing dialogue with the company.

### Exhibit 1 - MRCY fiscal 2Q22 snapshot

| $M, expect EPS | Actual | | Consensus | | RBC CM Est | % diff. | % diff. |
|---|---|---|---|---|---|---|---|
| | 2Q 21 | 2Q 22 | 2Q 22 | YoY | 2Q 22 | RBC vs. Actual | Consensus vs. Actual |
| Total Sales | $211 | $220 | $222 | 4.6% | $221 | (0.3%) | (0.7%) |
| Gross Margin | 42.1% | 39.6% | 39.2% | (251) | 37.0% | 258 | 39 |
| EBIT | $18 | ($0) | ($3) | (102.1%) | $2 | (122.8%) | (87.1%) |
| EPS, GAAP | $0.23 | ($0.05) | $0.02 | (120.7%) | $0.01 | (471.9%) | (336.9%) |
| EPS, Adj | $0.54 | $0.39 | $0.41 | (27.1%) | $0.42 | (5.4%) | (3.8%) |
| Diluted S/O | 55.4 | 55.7 | N/A | 0.5% | 55.7 | (0.0%) | N/A |
| EBITDA, Adj | $45 | $38 | $39 | (15.9%) | $40 | (4.5%) | (2.3%) |
| EBITDA, Adj margin | 21.5% | 17.3% | 17.6% | (423) | 18.0% | (76) | (28) |
| FCF | $10.2 | ($1.2) | $15.0 | NMF | N/A | N/A | (108.0%) |

Source: Company reports and RBC Capital Markets estimates

FCF for fiscal 2Q22 was a use of $1.2M. The company has maintained its full-year FY22 outlook, but it has provided initial fiscal 3Q22 guidance that is below current expectations. The soft FCF was due to some select working capital investments to support the expected 2H22 revenue increase, as well as to help de-risk some aspects of the supply chain.

Total debt has stepped up to $452M (net debt of $346M) as a result of the fiscal 2Q22 acquisitions and the soft FCF in the quarter. This implies a net debt to trailing-twelve-month adjusted EBITDA of 1.9x, up from 0.5x in 1Q22. The company plans to maintain a disciplined approach to M&A, but we anticipate that it will pay down some of its debt before engaging in another deal unless there is an attractive near-term M&A opportunity.

The company sees little risk from an extended FY22 budget CR. It also expects a significant delay in its GhostEye (LTAMDS) revenue ramp. Management did indicate that it does expect the FY22 DoD budget to be finalized in March 2022, but a longer CR past March would not necessarily be a risk to the FY22 guidance.

**Capital Markets**

Exhibit 2 - MRCY fiscal 2022 guidance

| Mercury Systems FY22 Guidance | | | | | |
|---|---|---|---|---|---|
| $M, expect EPS | **FY21 Actual** | **FY22 Guidance** | **FY22 Guidance** | **FY22 Guidance** | **FY22** |
| | **Aug-21** | **Aug-21** | **Nov-21** | **Feb-22** | **RBC ests.** |
| Total Sales | $924 | $1,000 - $1,030 | $1,000 - $1,030 | $1,000 - $1,030 | $1,017 |
| EPS, GAAP | $1.12 | $1.07 - $1.16 | $0.98 - $1.07 | $0.80 - $0.90 | $0.84 |
| EPS, Adj | $2.42 | $2.45 - $2.55 | $2.51 - $2.60 | $2.51 - $2.60 | $2.64 |
| EBITDA, Adj | $202 | $220 - $227 | $220 - $227 | $220 - $227 | $225 |
| EBITDA, Adj margin | 21.9% | ~22.0% | ~22.0% | ~22.0% | 22.2% |

Note: RBC estimates include Avalex Tech acquisition, but not included in guidance

Source: Company reports and RBC Capital Markets estimates

Management has continued to guide to a very significant recovery in fiscal 4Q22. The implied guidance for 4Q22 suggests a 28% growth in revenue to a midpoint of $320M. The company also expects to be able to achieve much higher adjusted EBITDA margins of about 30%, which could also generate about $96M in adjusted EBITDA for 4Q22.

Exhibit 3 - MRCY implied 4Q22 outlook

| Mercury Systems Implied Guidance | | | | |
|---|---|---|---|---|
| $M, expect EPS | **1H22 Results** | **3Q22 Guid** | **4Q Implied Results** | **FY22 Guidance** |
| | **Sept 21 & Dec 21** | **Mar-22** | **Jun-22** | **Feb-22** |
| Total Sales | $445 | $245 - $255 | $320 | $1,000 - $1,030 |
| EPS, GAAP | ($0.18) | $0.15 - $0.19 | $0.86 | $0.80 - $0.90 |
| EPS, Adj | $0.80 | $0.55 - $0.59 | $1.19 | $2.51 - $2.60 |
| EBITDA, Adj | $76 | $50.0 - $53.0 | $96 | $220 - $227 |
| EBITDA, Adj margin | 17.2% | ~20.4% | 29.9% | ~22.0% |

Source: Company reports

Given the significant ramp in 4Q22 guidance, we believe management has strong visibility into revenue for 2H22. Management signaled that it currently has about 70% of 4Q backlog and anticipates having more than 80% by the end of 3Q. Given that management chose not to re-set expectations with guidance, we anticipate near-term pressure on the stock with the lofty expectations.

## Valuation

While the activist pressure on the stock will likely limit the downside, we expect the stock to be under pressure as a result of the 2Q22 results. We maintain our Sector Perform rating and $55 price target. The fact that management maintained its FY22 outlook is a positive, but we expect some element of investor skepticism to remain. Moreover, the FY22E FCF is soft, and longer-term upside in defense spending is a risk. Our price target is based on multiples at the lower end of historical ranges, which we believe is appropriate considering the risk profile.



Mercury Systems Inc

## Mercury Systems Income Statement Model, $M (June Fiscal Year-end)

| | FY 2019 | FY 2020 | FY 2021 | | | | | FY 2022E | | | | | FY 2023E |
| | 2019 | 2020 | Sep-20 | Dec-20 | Mar-21 | Jun-21 | 2021 | Sep-21 | Dec-21 | Mar-22E | Jun-22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NET SALES** | $655 | $797 | $206 | $211 | $257 | $251 | $924 | $225.0 | $220 | $250 | $322 | $1,017 | $1,108 |
| Cost of Sales | $369 | $440 | $118 | $122 | $151 | $148 | $539 | $137 | $133 | $145 | $177 | $592 | $639 |
| **GROSS PROFIT** | $286 | $357 | $88 | $89 | $106 | $103 | $385 | $88 | $87 | $105 | $145 | $426 | $469 |
| **Operating Expenses** | | | | | | | | | | | | | |
| SG&A | $111 | $132 | $33 | $32 | $38 | $32 | $134 | $37 | $37 | $38 | $42 | $153 | $170 |
| R&D | $69 | $98 | $27 | $28 | $30 | $28 | $113 | $29 | $28 | $30 | $26 | $113 | $121 |
| Amortization of intangible assets | $27.9 | $30.6 | $8 | $8 | $13 | $13 | $41 | $14 | $16 | $15 | $11 | $56 | $48 |
| Restructuring and other charges | $1 | $2 | $1 | $1 | ($0) | $7 | $9 | $12 | $4 | $4 | $3 | $23 | $0 |
| Impairment of long-lived assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Acquisition costs and other related expenses | $1 | $3 | $0 | $2 | $3 | $1 | $6 | $2 | $3 | $3 | $0 | $7 | $0 |
| **Total operating expenses** | $210 | $266 | $69 | $71 | $84 | $80 | $304 | $94 | $88 | $89 | $82 | $352 | $339 |
| **OPERATING INCOME** | $77 | $91 | $19 | $18 | $22 | $22 | $81 | ($6) | ($0) | $16 | $63 | $73 | $130 |
| Interest income | $1 | $2 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest expense | ($9) | ($1) | $0 | ($0) | ($1) | ($1) | ($1) | ($1) | ($1) | ($1) | ($1) | ($4) | ($2) |
| Other income (expense) | ($9) | $2 | ($1) | ($1) | ($0) | ($1) | ($3) | ($1) | ($1) | ($2) | $0 | ($4) | $0 |
| **INCOME BEFORE TAXES** | $60 | $94 | $18 | $17 | $21 | $21 | $77 | ($8) | ($3) | $13 | $62 | $65 | $128 |
| Income tax expense, net | $13 | $8 | $2 | $4 | $5 | $3 | $15 | ($0) | ($0) | $3 | $16 | $18 | $32 |
| **INCOME FROM CON'T OPPS** | $47 | $86 | $16 | $13 | $16 | $18 | $62 | ($7) | ($3) | $10 | $47 | $47 | $96 |
| | | | | | | | | | | | | | |
| **NET EARNINGS PER SHARE** | | | | | | | | | | | | | |
| Diluted EPS, Disc Opps | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Diluted EPS, GAAP | $0.96 | $1.56 | $0.29 | $0.23 | $0.28 | $0.32 | $1.12 | ($0.13) | ($0.05) | $0.18 | $0.84 | $0.84 | $1.71 |
| | | | | | | | | | | | | | |
| Adjustments | $0.87 | $0.75 | $0.23 | $0.31 | $0.36 | $0.40 | $1.29 | $0.54 | $0.44 | $0.47 | $0.35 | $1.80 | $1.29 |
| | | | | | | | | | | | | | |
| **ADJUSTED EPS** | $1.79 | $2.30 | $0.51 | $0.54 | $0.64 | $0.72 | $2.52 | $0.41 | $0.39 | $0.65 | $1.19 | $2.64 | $3.00 |
| **Shares Outstanding** | | | | | | | | | | | | | |
| Diluted | 49 | 55.1 | 55 | 55 | 56 | 56 | 55 | 55 | 56 | 56 | 56 | 56 | 56 |

| | FY 19 | FY 20E | Sep-20 | Dec-20 | Mar-21 | Jun-21 | FY 21 | Sep-21 | Dec-21 | Mar-22E | Jun-22E | FY 22E | FY 23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margin Analysis** | | | | | | | | | | | | | |
| Cost of sales | 56.3% | 55.2% | 57.1% | 57.9% | 58.9% | 59.0% | 58.3% | 60.7% | 60.4% | 58.0% | 55.0% | 58.2% | 57.7% |
| Gross Margin | 43.7% | 44.8% | 42.9% | 42.1% | 41.1% | 41.0% | 41.7% | 39.3% | 39.6% | 42.0% | 45.0% | 41.8% | 42.3% |
| SG&A | 16.9% | 16.6% | 16.0% | 15.0% | 14.9% | 12.6% | 14.5% | 16.4% | 16.7% | 15.0% | 13.0% | 15.1% | 15.3% |
| R&D | 10.5% | 12.4% | 13.3% | 13.4% | 11.8% | 11.0% | 12.3% | 12.8% | 12.9% | 12.0% | 8.0% | 11.1% | 10.9% |
| Operating Margin | 11.7% | 11.4% | 9.1% | 8.6% | 8.5% | 8.9% | 8.8% | (2.5%) | (0.2%) | 6.3% | 19.7% | 7.2% | 11.7% |
| Incremental margin (Sequentially) | 18.3% | 10.2% | 12.2% | (13.0%) | 7.8% | (11.5%) | (7.9%) | 8.9% | (112.0%) | 54.5% | 66.0% | (8.5%) | 62.6% |
| Incremental margin (YoY) | 37.3% | 49.8% | 34.3% | 1.0% | 25.2% | 18.4% | 22.3% | 1.5% | (14.9%) | 9.1% | 59.2% | 43.2% | 47.9% |
| Pretax | 9.1% | 11.8% | 8.8% | 8.1% | 8.2% | 8.4% | 8.4% | (3.4%) | (1.3%) | 5.3% | 19.3% | 6.4% | 11.5% |
| Effective tax rate | 21.4% | 8.8% | 12.2% | 25.9% | 25.5% | 14.9% | 19.6% | 5.8% | 5.5% | 25.0% | 25.0% | 28.1% | 25.0% |
| **Year-over-Year change (%)** | | | | | | | | | | | | | |
| Sales | 32.8% | 21.7% | 16.0% | 8.6% | 23.5% | 15.4% | 16.0% | 9.4% | 4.6% | (2.7%) | 28.4% | 10.1% | 9.0% |
| Operating profit | 63.0% | 18.9% | 7.4% | (13.0%) | (17.6%) | (15.2%) | (11.0%) | (129.7%) | (102.1%) | (27.5%) | 182.4% | (9.8%) | 78.0% |
| Net profit | 14.4% | 83.2% | (17.9%) | (19.1%) | (33.7%) | (34.2%) | (27.6%) | (145.2%) | (120.8%) | (36.4%) | 160.6% | (24.5%) | 104.6% |
| Operating profit | 63.0% | 18.9% | 7.4% | (13.0%) | (17.6%) | (15.2%) | (11.0%) | (129.7%) | (102.1%) | (27.5%) | 182.4% | (9.8%) | 78.0% |
| Net profit | 14.4% | 83.2% | (17.9%) | (19.1%) | (33.7%) | (34.2%) | (27.6%) | (145.2%) | (120.8%) | (36.4%) | 160.6% | (24.5%) | 104.6% |
| Eps, Adj. | 25.1% | 28.6% | 15.6% | 0.7% | 5.8% | 0.3% | 9.2% | (20.4%) | (27.1%) | 1.9% | 64.4% | 5.0% | 13.7% |

| | 2019 | 2020 | Sep-20 | Dec-20 | Mar-21 | Jun-21 | 2021 | Sep-21 | Dec-21 | Mar-22E | Jun-22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADJUSTED Income / EBITDA** | | | | | | | | | | | | | |
| **Adjusted net income** | $86.8 | $127.0 | $28.3 | $30.0 | $35.5 | $40.1 | $139.6 | $22.6 | $22.0 | $36.3 | $66.3 | $147.1 | $168.4 |
| | | | | | | | | | | | | | |
| **ADJUSTED EBITDA** | $145.5 | $176.2 | $42.8 | $45.3 | $54.8 | $59.1 | $201.7 | $38.3 | $38.1 | $53.5 | $95.6 | $225.5 | $249.6 |
| Adjusted EBITDA margin (%) | 22.2% | 22.1% | 20.8% | 21.5% | 21.3% | 23.5% | 21.8% | 17.0% | 17.3% | 21.4% | 29.7% | 22.2% | 22.5% |
| Adjusted EBITDA (TTM) | $145.5 | $176.2 | $182.3 | $184.8 | $192.5 | $201.9 | $201.7 | $197.4 | $190.2 | $189.0 | $225.5 | $225.5 | $249.6 |
| Adjusted EBITDA margin (%) (TTM) | 22.2% | 22.1% | 22.1% | 22.0% | 21.6% | 21.9% | 21.8% | 20.9% | 20.0% | 20.0% | 22.2% | 22.2% | 22.5% |

Source: Company Reports, RBC Capital Markets estimates



## Mercury Systems Balance Sheet Model, $M (June Fiscal Year-end)

| | FY 2019 Jun-19 | FY 2020 Jun-20 | FY 2021 Jun-21 | FY 2022E Jun-22 | FY 2023E Jun-23 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and equivalents | $257.9 | $226.8 | $113.8 | $122.7 | $216.6 |
| Accounts receivables, net | $118.8 | $120.4 | $128.8 | $133.8 | $138.8 |
| Unbilled receivables and costs in excess of billings | $57.4 | $90.3 | $162.9 | $160.0 | $100.0 |
| Inventories | $137.1 | $178.1 | $221.6 | $246.6 | $261.6 |
| Deferred income taxes | | | $0.0 | $0.0 | $0.0 |
| Prepaid income taxes | $0.1 | $2.5 | $0.8 | $2.0 | $2.0 |
| Other current assets | $10.8 | $16.6 | $15.1 | $8.0 | $8.0 |
| **Total current assets** | **$582.2** | **$634.8** | **$643.1** | **$673.2** | **$727.0** |
| | | | | | |
| Restricted cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| PPE, net | $60.0 | $87.7 | $128.5 | $93.5 | $59.5 |
| Goodwill | $562.1 | $614.1 | $804.9 | $615.0 | $615.0 |
| Intangible assets | $206.1 | $208.7 | $307.6 | $215.0 | $215.0 |
| Other long term assets | $6.5 | $65.4 | $71.0 | $70.0 | $70.0 |
| **Total Assets** | **$1,417.0** | **$1,610.7** | **$1,955.1** | **$1,666.7** | **$1,686.6** |
| | | | | | |
| **LIABILITIES AND STOCKHOLDERS EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | $39.0 | $41.9 | $48.0 | $38.0 | $28.0 |
| Accrued expenses | $18.9 | $23.8 | $24.7 | $25.0 | $25.0 |
| Accrued compensation | $28.8 | $41.3 | $40.0 | $28.0 | $28.0 |
| Deferred revenues and customer advances | $11.3 | $19.0 | $38.2 | $10.0 | $10.0 |
| Current portion of long-term debt / Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Current Liabilities** | **$98.0** | **$125.9** | **$150.8** | **$101.0** | **$91.0** |
| | | | | | |
| Deferred gain on sale-leaseback | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Deferred tax liabilities | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Deferred income taxes | $17.8 | $13.9 | $28.8 | $5.0 | $5.0 |
| Income taxes payable | $1.3 | $4.1 | $7.5 | $0.0 | $0.0 |
| Long-term debt | $0.0 | $0.0 | $200.0 | $350.0 | $450.0 |
| Other long term liabilities | $15.1 | $82.0 | $83.9 | $10.0 | $10.0 |
| **Total Liabilities** | **$132.2** | **$225.9** | **$471.0** | **$466.0** | **$556.0** |
| | | | | | |
| **Total Shareholders Equity** | **$1,284.7** | **$1,384.8** | **$1,484.1** | **$1,200.7** | **$1,130.6** |
| | | | | | |
| Non-controlling interest | | | | | |
| | | | | | |
| **Total Equity** | **$1,284.7** | **$1,384.8** | **$1,484.1** | **$1,200.7** | **$1,130.6** |
| | | | | | |
| **Total Liabilities and Stockholders Equity** | **$1,417.0** | **$1,610.7** | **$1,955.1** | **$1,666.7** | **$1,686.6** |

| Financial Management Analysis | Jun-19 | Jun-20 | Jun-21 | Jun-22 | Jun-23 |
|---|---|---|---|---|---|
| Total debt | $0.0 | $0.0 | $200.0 | $350.0 | $450.0 |
| Total capital (equity + preferred + debt) | 1284.7 | 1384.8 | 1684.1 | 1550.7 | 1580.6 |
| Total debt to capital | 0.0% | 0.0% | 11.9% | 22.6% | 28.5% |
| | | | | | |
| Net debt | ($257.9) | ($226.8) | $86.2 | $227.3 | $233.4 |
| Net debt (TTM) | $246.6 | ($631.9) | ($125.6) | $677.8 | $233.4 |
| Net debt to total capital | (20.1%) | (16.4%) | 5.1% | 14.7% | 14.8% |
| Nebt debt to equity | (20.1%) | (16.4%) | 5.8% | 18.9% | 20.6% |

Source: Company Reports, RBC Capital Markets estimates



Mercury Systems Inc

## Mercury Systems Statement of Cash Flows Model, $M (June Fiscal Year-end)

| | FY 2019 FY 19 | FY 2020 FY 20 | FY 2021 FY 21 | FY 2022E FY 22E | FY 2023E FY 23E |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | |
| **NET INCOME (from continuing operations)** | $46.8 | $85.7 | $62.0 | $46.9 | $95.9 |
| Depreciation and amortization | $46.4 | $49.3 | $67.1 | $80.0 | $80.0 |
| Amortization of stock based compensation | $19.4 | $26.5 | $28.3 | $22.0 | $24.0 |
| Non-cash interest expense | - | - | - | - | - |
| Deferred tax provision (benefit) | ($1.6) | ($3.0) | ($1.1) | ($5.0) | ($5.0) |
| Gain on sale of product line | - | ($5.8) | - | - | - |
| Other | $9.2 | $3.5 | $3.7 | - | - |
| *Changes in operating assets and liabilites* | | | | | |
| Accounts recievable | ($28.1) | ($31.1) | ($52.0) | ($5.0) | ($5.0) |
| Inventories | ($17.1) | ($31.6) | ($27.4) | ($25.0) | ($15.0) |
| Prepaid income taxes | $3.8 | ($2.8) | $1.7 | - | - |
| Prepaid expenses and other current assets | ($1.1) | ($2.1) | $1.7 | ($5.0) | ($5.0) |
| Deferred revenues and customer advances | ($1.5) | $7.1 | $13.7 | $5.0 | $5.0 |
| Income taxes payable | $3.2 | ($0.1) | $4.1 | ($5.0) | ($5.0) |
| Accounts and trade notes payable | $17.9 | $13.6 | ($6.3) | ($10.0) | ($10.0) |
| Accrued and other liabilites | - | $7.2 | ($3.7) | - | ($5.0) |
| Other | $0.1 | ($1.3) | $5.5 | - | - |
| Net cash provided (used in) oper activites - disc. opps | | | | | |
| **CASH FROM OPERATIONS** | $97.5 | $115.2 | $97.2 | $98.9 | $154.9 |
| | | | | | |
| **INVESTING ACTIVITIES** | | | | | |
| Purchase of PP&E | ($26.7) | ($43.3) | ($45.6) | ($45.0) | ($46.0) |
| Proceeds from asset disposals | - | $4.3 | $1.5 | - | - |
| Proceeds from sale leasback | - | - | - | - | - |
| Payment for acquisition | ($127.1) | ($96.5) | ($372.8) | ($200.0) | ($200.0) |
| Other: | - | - | - | - | - |
| Cash from discontinued operations | - | - | - | - | - |
| | | | | | |
| **CASH FROM INVESTING** | ($153.8) | ($135.5) | ($416.9) | ($245.0) | ($246.0) |
| | | | | | |
| **FINANCING ACTIVITIES** | | | | | |
| Short term borrowings (repayments), net | ($195.0) | - | $200.0 | - | $100.0 |
| Proceeds from equity offering | $454.3 | - | - | - | - |
| Proceeds from employee stock plans | $3.7 | $5.3 | $6.3 | $5.0 | $5.0 |
| Reduction in long term borrowings | - | - | - | $150.0 | $100.0 |
| Cash dividends | - | - | - | - | - |
| Purchase of treasury stock | ($8.0) | ($16.2) | ($0.1) | - | ($20.0) |
| Stock option exercises | - | - | - | - | - |
| Other | ($7.3) | - | - | - | - |
| Cash from discontinued operations | | | | | |
| **CASH FROM FINANCING** | $247.8 | ($10.9) | $206.2 | $155.0 | $185.0 |
| | | | | | |
| FX | ($0.1) | $0.1 | $0.4 | - | - |
| | | | | | |
| Change in cash | $191.4 | ($31.1) | ($113.0) | $8.9 | $93.9 |
| | | | | | |
| **Beginning cash** | $66.5 | $257.9 | $226.8 | $113.8 | $122.7 |
| | | | | | |
| **Ending cash** | $257.9 | $226.8 | $113.8 | $122.7 | $216.6 |

| | FY 19 | FY 20 | FY 21 | FY 22E | FY 23E |
|---|---|---|---|---|---|
| **Cash Flow Analysis** | | | | | |
| **Physical Capital Replacement** | | | | | |
| CapEx to D&A | 0.6x | 0.9x | 0.7x | 0.6x | 0.6x |
| CapEx to sales | 0.0x | 0.1x | 0.0x | 0.0x | 0.0x |
| | | | | | |
| **Free Cash Flow Generation** | | | | | |
| FCF ($, M's) | $70.83 | $71.89 | $51.65 | $53.87 | $108.88 |
| FCF per share | 1.46 | 1.30 | 0.93 | 0.97 | 1.94 |
| FCF to sales | 0.1x | 0.1x | 0.1x | 0.1x | 0.1x |
| FCF - LTM ($, M's) | $79.6 | $52.3 | $4.9 | ($20.4) | $3.1 |

Source: Company Reports, RBC Capital Markets estimates



# Key fundamental questions

**Our view**

**Is there upside to the FY22 revenue guidance?**

MRCY stock has largely re-rated on the most recent FY22 revenue guidance, which calls for down ~3% organic growth. Historically, MRCY has delivered ~10% organic growth. The lower FY22 outlook reflects multiple program delays (due to both COVID issues and the transition to the Biden administration), customer execution issues, and some delays with foreign military sales (FMS). We believe MRCY has built some conservatism into its revised FY22 outlook, but we do not anticipate the organic growth in FY22 to justify a positive re-rating on the stock. We expect the DoD to be operating under a continuing resolution (CR) likely through March 2022, and the risk of COVID-related delays remains elevated. The FY22 guide implies a very strong fiscal 4Q22, which investors view with skepticism.

**When will we have better visibilty on the expected growth acceleration in FY23?**

As part of its guide-lower for FY22, management has indicated that it believes it should see a material re-acceleration in sales growth in FY23. The expected increase in 2H22 bookings will be a key indicator of the potential FY23 upside. We believe top-line growth will remain a key metric for investor sentiment on the stock.

**What is 1MPACT and how could it impact the company?**

With its fiscal 4Q21 results, the company announced that it launched a restructuring effort identified as 1MPACT. The goal of the effort, led by a new Chief Transformation Officer, is to better outline how the company should transform to become a multiple of its current size, and to achieve its five-year revenue and EBITDA potential. The transformation is focused on organizational scale and efficiency, streamlined procurement, facility optimization, R&D investment efficiency, capital and asset efficiency, and scalable processes. The company expects a $22M benefit from these actions in FY22, and a $35–50M benefit to adjusted EBITDA by FY25. The company is early in its 1MPACT process, and we believe investors will be reluctant to give the company full credit for the opportunity without evidence in the results.

**What is the outlook for M&A activity?**

Since FY14, the company has completed 13 acquisitions, including two in FY21 (July FYE). Its $155M acquisition of Avalex Technologies closed in November 2021. An active and successful M&A strategy has been a key component of MRCY's growth and capital allocation. Historically, investors have viewed the company's M&A activity very favorably, although the impact from the FY21 acquisitions was less meaningful for the stock, in our view, and investors appear to be taking a more cautious view on M&A activity.

**What is the longer-term view of the historical growth opportunities in outsourcing, secure supply chains, and the movement up the value chain?**

We beleive the longer-term secular growth opportunities are in play for MRCY, but timing in the current defense budget environment is uncertain. We agree that the focus on supply chain integrity will increase, and as MRCY continues to migrate from subassemblies to systems, it will see a growing share of outsource opportunities. However, the number of new program starts is likely going to decline, and as recent results indicate, the risk of program delays is increasing.

**What are the next catalysts in the activist campaign?**

Although the company did not provide an update with its 2Q22 results, the next BoD nominations will open before 3Q22 results. We anticipate that the activist investors will continue to engage management in open dialogue and potentially push for BoD representation. 3Q22 results should provide strong visibility into the expected 4Q22 and FY23 upside. We expect management to be in healthy discussions with all investors, and we believe the activist presence should limit the downside on the stock and push management to focus on execution and hitting its objectives.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

|  | **Our view** |
|---|---|
| **What are the most material ESG issues facing this company?** | The key ESG issues facing MRCY include its energy and waste management, its efforts on social capital, and issues around its business model and innovation. As primarily a defense contractor, MRCY also faces questions around the ethical nature of its products and for what purpose they are used. |
| **Does the company integrate ESG considerations into its strategy?** | Yes, we believe MRCY integrates ESG into its stragegy. Relative to its small-cap defense peers, MRCY provides a greater level of ESG disclosure and discussion regarding its ESG strategy and investments. For example, the company was at the forefront of worker health and safety initiatives during the COVID-19 pandemic, and its disclosures around environmental emissions and other factors are well ahead of industry requirements and standards. |
| **What is diversity like at the board/ management level?** | At the end of calendar 2021, approximately 20% of MRCY's managers were women and approximately 40% represented ethnic minorities. At the BoD level, we estimate that 22% of directors are women, and the company separates its BoD Chairman and CEO positions. |

**RBC Capital Markets**

## Target/Upside/Downside Scenarios

### Mercury Systems Inc



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $55 is based on a blend of a 13.5x EBITDA multiple and a 17x EPS multiple, applied to our FY23 estimates. We believe multiples at the lower end of the historical range are appropriate until investors have better visibility on the outlook for defense spending and MRCY's organic upside in FY22–23.

Moreover, we believe the progress toward the restructuring effort will be a focus for investors. We can appreciate that the risk-reward on MRCY could be favorable as it executes on its restructuring plan. However, we believe the recent activist presence in the stock should limit downside.

MRCY is trading at ~16.4x on a NTM EBITDA basis. Over the last 10 years, the stock multiple has averaged 13.8x, but on a 3-year and 5-year basis the average multiples are 20.1x and 19.2x. We believe the average multiple for the last 10 years is more appropriate today since it covers the 2010–16 defense budget decline period.

Our price target supports our Sector Perform rating.

### Upside scenario

We believe there is upside to $70/share for MRCY. If we assume high-teens organic growth in FY23 and a return to ~23% EBITDA margins, we believe the stock would see additional multiple expansion. Under this scenario, a 16.5x multiple on our FY23 EBITDA estimate justifies a $70 value.

### Downside scenario

We see downside in MRCY stock to just $40. This is based on the assumption of flat organic growth in FY23, with an adjusted EBITDA margin floor of 19%. However, under this scenario we believe the stock would trade at a ~11.5x EBITDA multiple.

### Investment summary

Investors have viewed MRCY as a high-quality, small-cap defense growth stock. The company has been active with acquisitions and has delivered total top-line growth of 28% annually since FY16. In addition to the inorganic growth, it targets HSD to LDD organic growth. It is positioned to take advantage of what it sees as three key trends in the defense electronics market: supply chain de-risking and de-layering; increased defense prime outsourcing; and secular growth in the defense electronics market through modernization and affordability efforts. While margins have been steady at 22–23% since FY17, we believe investors have been generally accepting of the lack of margin expansion considering the strong top-line growth and very healthy new business climate as defense spending increased over the past five years.

However, MRCY has undergone a significant re-rating, as it has lowered the outlook for its FY22 organic sales growth to down ~3%. MRCY management is confident that its FY23 will see a return to more normal HSD organic growth, but the delays in some important programs and the broader defense budget overhang have materially lowered investor expectations. Moreover, supply chain disruptions are adding to the near-term revenue and FCF pressure.

We also believe that the stock is undergoing a shareholder transition and many legacy growth investors have rotated out, but it has not yet been embraced by value investors. The company has launched an ambitious restructuring effort, which will likely be a focus for investors as it transitions through FY22. It has attracted activist investors, which we believe will add to pressure on management to execute.

### Risks to rating and price target

Key risks to our investment thesis and price target include:

- Top-line level of defense spending and funding for specific company programs
- Level of outsourcing among defense prime contractors
- Timing of the FY22 defense budget completion and impact of the Continuing Resolution
- Future defense spending priorities, specifically the balance of funding for legacy programs and modernization efforts
- Timing and opportunity for foreign military sales
- Continued DoD supply chain de-layering efforts and investments in supply chain assurance
- Ability to hire and train the necessary human capital to achieve growth objectives
- M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions
- Successful implementation of restructuring efforts
- Pace of new company product and service introductions

## Company description

Mercury Systems, Inc. engages in the provision of secure sensor and safety critical mission processing subsystems. It offers products under the following categories: Components, Modules and Sub-Assemblies, and Integrated Subsystems. The Components category refers to technology elements typically performing a single, discrete technological function, which when physically combined with other components may be used to create a module or sub-assembly. The Modules and Sub-Assemblies category includes combinations of multiple functional technology elements and components that work together to perform multiple functions but are typically resident on or within a single board or housing. The Integrated Subsystems category covers multiple modules and sub-assemblies combined with a backplane or similar functional element and software to enable a solution. The company was founded on July 14, 1981 and is headquartered in Andover, MA.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Mercury Systems, Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 831 | 57.59 | 365 | 43.92 |
| HOLD [Sector Perform] | 557 | 38.60 | 180 | 32.32 |
| SELL [Underperform] | 55 | 3.81 | 3 | 5.45 |

*Distribution of ratings — RBC Capital Markets, Equity Research — As of 31-Dec-2021*



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Mercury Systems, Inc.**
**Valuation**

Our price target of $55 is based on a blend of a 13.5x EBITDA multiple and a 17x EPS multiple, applied to our FY23 estimates. We believe multiples at the lower end of the historical range are appropriate until investors have better visibility on the outlook for defense spending and MRCY's organic upside in FY22–23.



Moreover, we believe the progress toward the restructuring effort will be a focus for investors. We can appreciate that the risk-reward on MRCY could be favorable as it executes on its restructuring plan. However, we believe the recent activist presence in the stock should limit downside.

MRCY is trading at ~16.4x on a NTM EBITDA basis. Over the last 10 years, the stock multiple has averaged 13.8x, but on a 3-year and 5-year basis the average multiples are 20.1x and 19.2x. We believe the average multiple for the last 10 years is more appropriate today since it covers the 2010–16 defense budget decline period.

Our price target supports our Sector Perform rating.

### Risks to rating and price target

Key risks to our investment thesis and price target include:

- Top-line level of defense spending and funding for specific company programs
- Level of outsourcing among defense prime contractors
- Timing of the FY22 defense budget completion and impact of the Continuing Resolution
- Future defense spending priorities, specifically the balance of funding for legacy programs and modernization efforts
- Timing and opportunity for foreign military sales
- Continued DoD supply chain de-layering efforts and investments in supply chain assurance
- Ability to hire and train the necessary human capital to achieve growth objectives
- M&A pipeline and the company's ability to successfully execute and integrate subsequent acquisitions
- Successful implementation of restructuring efforts
- Pace of new company product and service introductions

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.
With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action



The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition

**Capital Markets**

**RBC**

or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2022 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2022
Copyright © Royal Bank of Canada 2022
All rights reserved

February 1, 2022    **Ken Herbert** (415) 633-8583; ken.herbert@rbccm.com    14