# EXHIBIT 9

**TRUIST HH**

# Truist Securities

# Mercury Systems, Inc. (MRCY)

## Organic Revenue Outlook Reduced Amid Supply Chain; LTAMDS Program Slides to the Right

### What's Incremental To Our View

We maintain our HOLD rating and $60 PT on MRCY post F2Q22 results. With two activists already involved in the stock, a modest top/bottom line miss was accompanied by an optically reaffirmed FY22 outlook, although the organic revenue assumptions for the year have been reduced amid supply chain constraints. The year is now even more sharply weighted to F4Q22 given a lighter than consensus F3Q22 view, but mgmt indicated that the FY22 B2B would exceed 1.0x and anticipates a budget resolution by March 2022. We would also note that the LTAMDS initial booking has slipped into FY25 from FY23.

**F2Q22 Results Recap:** F2Q22 adj EPS of $0.39 met the low end of company guidance but was a miss vs consensus of $0.41. Sales rose 5% YOY to $220.4M (down 13% organically), about in line with consensus of $221.5M. Adj EBITDA of $38.1M was a 3% miss. Booking rose 19% seq'l to $237M, generating B2B of 1.08x. Backlog at the close of F2Q22 was $954M, up <1% YOY but up 8% vs prior quarter. Backlog shippable within 12 months was $572.4M, 60% of total, and up 3% vs prior quarter. FCF was -$1.2M vs Street $15M.

**F2Q22 Key Takeaways:**

- **Organic revenue outlook revised lower on supply chain.** Although the company maintained a 10% revenue growth target for FY22, its guidance now incorporates lower (-3%) organic revenue growth due to supply chain pressure and industry headwinds. As supply chain constraints unwind from 3Q to 4Q, MRCY expects organic revenue to increase back to HSD to LDD growth from FY23 out.

- **FY22 outlook reaffirmed but now sharply F4Q22 weighted.** Despite seeing defense peers reduce guidance for 2022, MRCY has now held its outlook for two straight quarters. The company expects revenues for FY22 to be $1.015B at the midpoint, with adj EBITDA of $223.5M at the midpoint and adj EPS of $2.55 at the midpoint — all in line with consensus. However, the company's F3Q22 guidance is sharply below consensus. Revenues of $247.5M at the midpoint are 11.2% below the Street's $279M, adj EBITDA of $51.5M is 19% below the Street's $64M estimate and adj EPS of $0.57 is 23% below the Street's $0.74 estimate.

- **F4Q22 implied guidance relies on high level of book ship business.** Implied guidance for the fourth quarter puts midpoint revenue at roughly $320M, implying 20% YOY organic growth. Based on the heavily second-half weighted guidance for the year, and management expectations to have 80% of 4Q revenue in backlog by the end of 3Q, we estimate that this implied 4Q guidance will require the company to pick up $65M of bookings in the fourth quarter. Given the move to the right for key programs in the company's growth outlook, we view this target as a risk. We would note that management has indicated that it has good line of sight into orders visibility.

**Michael Ciarmoli**
212-303-0136
Michael.Ciarmoli@truist.com

Peter Osterland, CFA
404-926-5136
Peter.Osterland@truist.com

Samuel Struhsaker
404-926-5320
Samuel.Struhsaker@truist.com

**SEE PAGE 7 FOR REQUIRED DISCLOSURE INFORMATION**

## Hold

**Price Target: $60.00**
*Prior: $60.00*

| | |
|---|---:|
| Price (Feb. 1, 2022) | $56.29 |
| 52-Wk Range | $79.28-$45.31 |
| Market Cap ($M) | $3,135 |
| ADTV | 506,372 |
| Shares Out (M) | 55.7 |
| Short Interest Ratio/% Of Float | 5.6% |
| Dividend/Yield | $0.00/0.0% |
| TR to Target | 6.6% |
| Enterprise Value ($M) | $3,481.7 |

| | |
|---|---:|
| Cash & Equivalents ($M) | $105.2 |
| Total Debt ($M) | $451.5 |

| | 2021A | 2022E | | 2023E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** | | | | | |
| 1Q | $0.51 | $0.41A | $0.41 | $0.61 | $0.62 |
| 2Q | $0.54 | $0.39A | $0.40 | $0.66 | $0.65 |
| 3Q | $0.64 | $0.59 | $0.69 | $0.72 | $0.76 |
| 4Q | $0.73 | $1.16 | $1.07 | $0.81 | $0.88 |
| FY | $2.42 | $2.54 | $2.55 | $2.79 | $2.91 |
| **Consensus EPS** | | | | | |
| FY | -- | $2.55 | | $2.87 | |
| **EPS** | | | | | |
| CY | -- | $3.02 | $3.02 | $3.05 | $3.20 |
| P/E | -- | 18.6x | | 18.5x | |
| FYE Jun | | | | | |

Equity Research



- **LTAMDS bookings slip further, now expected in fiscal '25.** MRCY had previously moved its next bookings for the LTAMDS/GhostEye program into FY23 from FY22, and is now expecting further slippage into FY25. As the largest design win in the company's history, MRCY expects this to be a significant growth catalyst beginning in fiscal '25. Management notably remains upbeat on its near-term organic growth prospects, expecting a return to above-market growth in fiscal '23. The presumed lack of LTAMDS contribution would seemingly weigh on expected organic revenue growth in FY23/24 in our estimation.
- **Bookings expected to remain strong in F2H22.** Based on bookings already received and feedback from MRCY's customers, the company is confident that bookings for its key programs will more than double in fiscal 2H relative to 1H - key to the company's decision to maintain full year guidance and project strong sales/margin growth in '23. Overall, MRCY is expecting that full-year B2B will be > 1x (vs 0.9x in F1Q and 1.08x in F2Q) with double-digit YOY growth for the year-end backlog (up 5% vs end of FY21 as of F2Q).

**Updating estimates.** Based on management's updated guidance we are making the following changes to our model:

| MRCY Truist Securities Revised Estimates | 2022E | | 2023E | |
|---|---|---|---|---|
| | New | Prior | New | Prior |
| *$ in millions except per-share items* | | | | |
| **Revenue** | **$1,003.1** | **$1,016.8** | **$1,099.6** | **$1,133.8** |
| *Consensus* | *$1,029.0* | | *$1,131.4* | |
| **FY EPS** | **$2.54** | **$2.55** | **$2.79** | **$2.91** |
| **CY EPS** | **$3.02** | **$3.02** | **$3.05** | **$3.20** |
| *Consensus (FY)* | *$2.55* | | *$2.87* | |
| **FY Trading P/E Multiple** | **22.2x** | **22.1x** | **20.1x** | **19.4x** |
| **CY Trading P/E Multiple** | **18.6x** | **18.6x** | **18.5x** | **17.6x** |
| **Price Target** | **$60.00** | **$60.00** | **$60.00** | **$60.00** |
| **Implied CY P/E Multiple** | **19.9x** | **19.9x** | **19.7x** | **18.7x** |

Source: Company filings, FactSet, Truist Securities estimates

| MRCY - Estimate Variance | | Truist Securities F2Q22 | | | Vs. Our Estimate | | | YOY Comparison | | | Vs. Consensus | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | Prior Year | Actuals | Estimates | Consensus | %Δ | $Δ | | %Δ | $Δ | | %Δ | $Δ |
| **Income Statement** | | | | | | | | | | | | |
| **Total Revenue** | 210.7 | 220.4 | 221.2 | 221.5 | **-0.4%** | **-0.8** | | 4.6% | 9.7 | | **-0.5%** | **-1.1** |
| SG&A | 31.6 | 36.8 | 37.6 | | -2.1% | -0.8 | | 16.5% | 5.2 | | | |
| R&D | 28.1 | 28.3 | 28.8 | | -1.5% | -0.4 | | 0.7% | 0.2 | | | |
| Total Operating Expenses | 70.6 | 87.6 | 85.7 | | 2.3% | 1.9 | | 24.2% | 17.1 | | | |
| **Operating Income** | **18.1** | **(0.4)** | **1.7** | **3.4** | **-122.6%** | **-2.1** | | **-102.1%** | **-18.5** | | **-111.3%** | **-3.8** |
| Corp. Operating Margin | 8.6% | -0.2% | 0.8% | 1.5% | -122.7% | 0.0 | | -102.0% | | | | |
| EBITDA | 45.3 | 38.1 | 38.9 | 39.4 | -2.1% | -0.8 | | -15.9% | -7.2 | | -3.4% | -1.3 |
| Adj. EBITDA Margin | 21.5% | 17.3% | 17.6% | 17.8% | -1.7% | 0.0 | | -19.6% | 0.0 | | | |
| Tax Rate | 25.9% | 5.5% | 25.0% | | -77.8% | -0.2 | | -78.6% | -0.2 | | | |
| **Net Income** | **12.7** | **(2.6)** | **0.9** | **1.4** | **-378.2%** | **-3.6** | | **-120.8%** | **-15.3** | | **-284.1%** | **-4.1** |
| Diluted EPS - GAAP | $0.23 | ($0.05) | $0.02 | | | ($0.06) | | -120.7% | ($0.28) | | | |
| Diluted EPS - Cont. Ops | $0.23 | ($0.05) | $0.02 | $0.02 | | ($0.06) | | -120.7% | ($0.28) | | -293.8% | ($0.07) |
| **Diluted EPS - Adjusted** | **$0.54** | **$0.39** | **$0.40** | **$0.41** | **-0.4%** | **($0.00)** | | **-27.1%** | **($0.15)** | | **-4.3%** | **($0.02)** |
| Diluted Shares Outstanding | 55.4 | 55.7 | 55.4 | | 0.5% | 0.3 | | 0.5% | 0.3 | | | |

Source: Company filings, FactSet, Truist Securities estimates

## Mercury Systems, Inc. (NYSE:MRCY)

**TRUIST HH**
**Truist Securities**

Michael Ciarmoli - (212) 303-0136

($MM, except per-share data)
Source: Company filings and Truist Securities research and estimates
"Required Disclosures" are on the last tab of the workbook

Last Updated: 2/1/2022

| Income Statement (in millions, except per share values) | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | Sep | Dec | Mar | Jun | F2021 | Sep | Dec | MarE | JunE | F2022E | F2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 208.729 | 234.200 | 270.154 | 408.588 | 493.184 | 654.744 | 796.610 | 205.621 | 210.676 | 256.857 | 250.842 | 923.996 | 225.013 | 220.380 | 249.151 | 308.536 | 1,003.067 | 1,099.637 |
| Cost of Revenues | 113.985 | 124.628 | 142.535 | 217.045 | 267.326 | 368.588 | 439.766 | 117.502 | 122.009 | 151.234 | 148.063 | 538.808 | 136.604 | 133.158 | 149.491 | 169.695 | 588.947 | 626.357 |
| Gross Profit | 94.744 | 110.219 | 127.619 | 191.543 | 225.858 | 286.156 | 356.844 | 88.119 | 88.667 | 105.623 | 102.779 | 385.188 | 88.409 | 87.222 | 99.661 | 138.841 | 414.133 | 473.280 |
| Selling, General and Administrative | 53.685 | 49.010 | 52.952 | 76.491 | 88.365 | 110.717 | 132.253 | 32.904 | 31.596 | 38.250 | 31.587 | 134.337 | 36.956 | 36.810 | 37.373 | 37.024 | 148.163 | 157.936 |
| Research and Development | 35.693 | 32.554 | 36.388 | 54.086 | 58.807 | 68.925 | 98.485 | 27.417 | 28.128 | 30.218 | 27.718 | 113.481 | 28.882 | 28.335 | 27.407 | 26.997 | 111.621 | 118.219 |
| Amortization of Acquired Intangible Assets | 7.328 | 7.008 | 8.842 | 19.680 | 26.004 | 27.914 | 30.560 | 7.731 | 7.643 | 12.717 | 13.080 | 41.171 | 13.734 | 16.002 | 15.600 | 15.500 | 60.836 | 48.000 |
| Restructuring & Other charges | 5.443 | 3.175 | 1.471 | 1.952 | 3.159 | 0.560 | 1.805 | 1.297 | 0.951 | (0.004) | 6.978 | 9.222 | 12.274 | 3.802 | 3.700 | 0.200 | 19.976 | - |
| Acquisition costs and related expenses | - | - | 3.993 | - | 2.538 | 1.456 | 2.679 | - | 2.236 | 2.730 | 1.010 | 5.976 | 2.138 | 2.660 | 1.200 | (0.400) | 5.598 | - |
| Total Operating Expenses | 102.149 | 91.864 | 103.646 | 154.140 | 178.873 | 209.572 | 265.782 | 69.349 | 70.554 | 83.911 | 80.373 | 304.187 | 93.984 | 87.609 | 85.279 | 79.321 | 346.193 | 324.155 |
| Operating Income | (7.405) | 18.355 | 23.973 | 37.403 | 46.985 | 76.584 | 91.062 | 18.770 | 18.113 | 21.712 | 22.406 | 81.001 | (5.575) | (0.387) | 14.381 | 59.520 | 67.939 | 149.125 |
| Interest Expense | (0.049) | (0.034) | (1.172) | (7.568) | (2.858) | (9.109) | (1.006) | - | (0.073) | (0.549) | (0.600) | (1.222) | (0.595) | (1.094) | (1.500) | (1.700) | (4.889) | (6.800) |
| Interest Income | 0.009 | 0.021 | 0.131 | 0.462 | 0.040 | 0.932 | 2.151 | 0.072 | 0.060 | 0.034 | 0.013 | 0.179 | 0.009 | 0.005 | - | - | 0.014 | 0.040 |
| Other Income/expense-net | 1.532 | 0.453 | 2.354 | 0.771 | (1.594) | (8.880) | 1.726 | (0.846) | (0.981) | (0.200) | (0.758) | (2.785) | (1.420) | (1.318) | - | - | (2.738) | - |
| Earnings before Taxes | (5.913) | 18.795 | 25.286 | 31.068 | 42.573 | 59.527 | 93.933 | 17.996 | 17.119 | 20.997 | 21.061 | 77.173 | (7.581) | (2.794) | 12.881 | 57.820 | 60.326 | 142.365 |
| Provision for Income Tax | (1.841) | 4.366 | 5.544 | 6.193 | 1.690 | 12.752 | 8.221 | 2.198 | 4.433 | 5.362 | 3.136 | 15.129 | (0.441) | (0.155) | 2.834 | 12.720 | 14.958 | 37.015 |
| Income from continuing operations | (4.072) | 14.429 | 19.742 | 24.875 | 40.883 | 46.775 | 85.712 | 15.798 | 12.686 | 15.635 | 17.925 | 62.044 | (7.140) | (2.639) | 10.047 | 45.100 | 45.368 | 105.350 |
| Weighted average shares - diluted | 31.001 | 32.933 | 35.097 | 43.034 | 47.497 | 48.504 | 55.116 | 55.339 | 55.434 | 55.526 | 55.598 | 55.474 | 55.376 | 55.693 | 55.743 | 55.793 | 55.651 | 55.918 |
| Diluted EPS | ($0.37) | $0.31 | $0.55 | $0.57 | $0.86 | $0.96 | $1.55 | $0.29 | $0.23 | $0.28 | $0.32 | $1.12 | ($0.13) | ($0.05) | $0.18 | $0.81 | $0.81 | $1.88 |
| Diluted EPS from continuing operations | ($0.13) | $0.44 | $0.55 | $0.57 | $0.86 | $0.96 | $1.55 | $0.29 | $0.23 | $0.28 | $0.32 | $1.12 | ($0.13) | ($0.05) | $0.18 | $0.81 | $0.81 | $1.88 |
| Adjusted EPS from continuing operations | $0.38 | $0.82 | $0.96 | $1.15 | $1.42 | $1.83 | $2.30 | $0.51 | $0.54 | $0.64 | $0.73 | $2.42 | $0.41 | $0.39 | $0.59 | $1.16 | $2.54 | $2.79 |
| Adjusted income from continuing operations | 11.926 | 26.970 | 33.814 | 49.431 | 67.312 | 89.003 | 126.950 | 28.334 | 29.970 | 35.450 | 40.361 | 134.115 | 22.560 | 21.964 | 32.823 | 64.834 | 141.081 | 156.262 |
| **EBITDA Calculation** | | | | | | | | | | | | | | | | | | |
| Operating income | (4.072) | 14.429 | 19.742 | 24.875 | 40.883 | 46.775 | 85.712 | 15.798 | 12.686 | 15.635 | 17.925 | 62.044 | (7.140) | (2.639) | 10.047 | 45.100 | 45.368 | 105.350 |
| Depreciation and Amortization, other adjustments | 27.859 | 30.041 | 38.527 | 69.044 | 73.681 | 98.551 | 90.530 | 26.952 | 32.646 | 39.122 | 41.132 | 139.852 | 45.430 | 40.745 | 41.834 | 47.620 | 175.629 | 144.575 |
| Adj. EBITDA | 23.787 | 44.470 | 58.269 | 93.919 | 114.564 | 145.326 | 176.242 | 42.750 | 45.332 | 54.757 | 59.057 | 201.896 | 38.290 | 38.106 | 51.881 | 92.720 | 220.997 | 249.925 |
| **Adjusted margin analysis:** | | | | | | | | | | | | | | | | | | |
| Corporate Gross Margin | 45.4% | 47.1% | 47.2% | 46.9% | 45.8% | 43.7% | 44.8% | 42.9% | 42.1% | 41.1% | 41.0% | 41.7% | 39.3% | 39.6% | 40.0% | 45.0% | 41.3% | 43.0% |
| Operating Margin (GAAP) | -3.5% | 7.8% | 8.9% | 9.2% | 9.5% | 11.7% | 11.4% | 9.1% | 8.6% | 8.5% | 8.9% | 8.8% | -2.5% | -0.2% | 5.8% | 19.3% | 6.8% | 13.6% |
| Adjusted Operating Margin | 0.0% | 0.0% | 14.7% | 15.3% | 16.4% | 16.4% | 16.1% | 13.5% | 13.7% | 14.5% | 17.1% | 14.8% | 9.3% | 10.0% | 14.3% | 24.3% | 15.3% | 17.9% |
| Adjusted EBITDA Margin | 11.4% | 19.0% | 21.6% | 23.0% | 23.2% | 22.2% | 22.1% | 20.8% | 21.5% | 21.3% | 23.5% | 21.9% | 17.0% | 17.3% | 20.8% | 30.1% | 22.0% | 22.7% |
| EBITDA Margin | 3.7% | 13.5% | 14.7% | 17.1% | 18.1% | 18.8% | 17.6% | 15.4% | 14.9% | 0.0% | 17.2% | 16.0% | 7.1% | 10.7% | 0.0% | 27.0% | 16.1% | 20.8% |
| Net Margin | -2.0% | 4.4% | 7.3% | 6.1% | 8.3% | 7.1% | 10.8% | 7.7% | 6.0% | 6.1% | 7.1% | 6.7% | -3.2% | -1.2% | 4.0% | 14.6% | 4.5% | 9.6% |
| Tax Rate | 31.1% | 23.2% | 21.9% | 19.9% | 4.0% | 21.4% | 8.8% | 12.2% | 25.9% | 25.5% | 14.9% | 19.6% | 5.8% | 5.5% | 22.0% | 22.0% | 24.8% | 26.0% |
| **Growth rates:** | | | | | | | | | | | | | | | | | | |
| Total Revenue, yr/yr | 7.5% | 12.2% | 15.4% | 51.2% | 20.7% | 32.8% | 21.7% | 16.0% | 8.6% | 23.5% | 15.4% | 16.0% | 9.4% | 4.6% | -3.0% | 23.0% | 8.6% | 9.6% |
| Revenue Seq'l | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -5.4% | 2.5% | 24.9% | -2.3% | 0.0% | -10.3% | -2.1% | 10.7% | 23.8% | 0.0% | 0.0% |
| Operating Income, yr/yr | -68.9% | -347.9% | 30.6% | 56.0% | 25.6% | 63.0% | 18.9% | 7.4% | -13.0% | -17.6% | -15.2% | -11.0% | -129.7% | -102.1% | -33.8% | 165.6% | -16.1% | 119.5% |
| EBITDA, yr/yr | 104.7% | 87.0% | 31.0% | 61.2% | 22.0% | 26.9% | 21.3% | 16.5% | 5.8% | 16.3% | 19.0% | 14.6% | -10.4% | -15.9% | -5.3% | 57.0% | 9.5% | 13.1% |
| Net Income, yr/yr | -69.0% | -354.6% | 90.4% | 26.0% | 64.4% | 14.4% | 83.2% | -17.9% | -19.1% | -33.7% | -34.2% | -27.6% | -145.2% | -120.8% | -35.7% | 151.6% | -26.9% | 132.2% |
| Diluted EPS, yr/yr | -69.9% | -430.0% | 27.3% | 2.6% | 51.4% | 11.9% | 61.4% | -18.3% | -19.7% | -34.1% | -34.6% | -28.1% | -145.2% | -120.7% | -36.0% | 150.7% | -27.4% | 131.9% |

Source: Company filings and Truist Securities research and estimates

## Mercury Systems, Inc. (NYSE:MRCY)

**TRUIST HH**
**Truist Securities**

Michael Ciarmoli - (212) 303-0136

($MM, except per-share data)

| Balance Sheet (in millions, except per share values) | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | Sep | Dec | Mar | Jun | F2021 | Sep | Dec | MarE | JunE | F2022E | F2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 47.287 | 77.586 | 81.691 | 41.637 | 66.521 | 257.932 | 226.838 | 239.122 | 170.739 | 121.943 | 113.839 | 113.839 | 95.804 | 105.169 | 101.859 | 149.133 | 149.133 | 205.236 |
| Accounts receivable | 59.661 | 53.786 | 95.894 | 76.341 | 104.040 | 118.832 | 120.438 | 99.069 | 120.852 | 125.603 | 128.807 | 128.807 | 106.831 | 126.325 | 166.101 | 274.254 | 274.254 | 345.560 |
| Unbilled receivables and costs in excess of billings | - | - | - | 37.332 | 39.774 | 57.387 | 90.289 | 108.754 | 119.346 | 138.378 | 162.921 | 162.921 | 194.367 | 193.803 | 193.803 | 193.803 | 193.803 | 193.803 |
| Inventory | 31.655 | 31.960 | 58.284 | 81.071 | 108.585 | 137.112 | 178.093 | 206.044 | 218.410 | 226.840 | 221.640 | 221.640 | 234.403 | 251.272 | 271.801 | 193.937 | 193.937 | 225.766 |
| Prepaid income taxes | 15.216 | 12.407 | - | 1.434 | 3.761 | 0.090 | 2.498 | 4.760 | 0.700 | - | 0.782 | 0.782 | 11.815 | 16.070 | 16.070 | 16.070 | 16.070 | 16.070 |
| Prepaid expenses and other current assets | 5.112 | 12.425 | 9.523 | 8.381 | 9.062 | 10.819 | 16.613 | 18.956 | 15.686 | 14.177 | 15.111 | 15.111 | 18.465 | 16.153 | 16.153 | 16.153 | 16.153 | 16.153 |
| Current Assets of Discontinued Operations | 1.374 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | **160.305** | **188.164** | **245.392** | **246.196** | **331.743** | **582.172** | **634.769** | **676.705** | **645.733** | **626.941** | **643.100** | **643.100** | **661.685** | **708.792** | **765.788** | **843.349** | **843.349** | **1,002.588** |
| Restricted cash | 0.265 | 0.264 | 0.264 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and equipment | 14.144 | 13.226 | 28.337 | 51.643 | 50.980 | 60.001 | 87.737 | 94.744 | 125.397 | 128.343 | 128.524 | 128.524 | 128.694 | 127.385 | 131.498 | 135.611 | 135.611 | 157.211 |
| Goodwill | 168.146 | 168.146 | 344.027 | 380.846 | 497.442 | 562.146 | 614.076 | 614.422 | 783.302 | 782.656 | 804.906 | 804.906 | 805.315 | 942.346 | 934.459 | 926.572 | 926.572 | 900.172 |
| Intangibles | 25.006 | 17.998 | 116.673 | 129.037 | 177.904 | 206.124 | 208.748 | 200.830 | 310.345 | 294.681 | 307.559 | 307.559 | 297.137 | 376.091 | 367.965 | 359.839 | 359.839 | 332.639 |
| Other non-current assets | 0.987 | 2.190 | 1.803 | 8.023 | 6.411 | 6.534 | 65.390 | 66.481 | 84.391 | 70.699 | 71.048 | 71.048 | 72.263 | 76.160 | 76.160 | 76.160 | 76.160 | 76.160 |
| **Total Assets** | **373.712** | **389.988** | **736.496** | **815.745** | **1,064.480** | **1,416.977** | **1,610.720** | **1,653.182** | **1,949.168** | **1,903.320** | **1,955.137** | **1,955.137** | **1,965.094** | **2,230.774** | **2,275.870** | **2,341.531** | **2,341.531** | **2,468.770** |
| Accounts payable | 7.054 | 6.928 | 26.723 | 27.485 | 21.323 | 39.030 | 41.877 | 63.057 | 48.175 | 56.643 | 47.951 | 47.951 | 73.385 | 59.389 | 85.423 | 96.968 | 96.968 | 96.757 |
| Accrued expenses | 8.377 | 9.005 | 10.273 | 20.594 | 16.386 | 18.897 | 23.794 | 25.123 | 26.540 | 30.566 | 24.652 | 24.652 | 30.414 | 31.391 | 31.705 | 32.022 | 32.022 | 33.322 |
| Accrued compensation | 9.983 | 9.875 | 13.283 | 18.406 | 21.375 | 28.814 | 41.270 | 31.536 | 42.065 | 42.620 | 40.043 | 40.043 | 32.890 | 37.952 | 37.952 | 37.952 | 37.952 | 37.952 |
| Deferred revenues and customer advances | 5.898 | 7.477 | 7.365 | 6.360 | 12.596 | 11.291 | 18.974 | 26.890 | 33.447 | 32.840 | 38.177 | 38.177 | 30.635 | 34.940 | 34.940 | 34.940 | 34.940 | 34.940 |
| Current portion of long-term debt | - | - | 10.000 | - | - | - | - | - | 61.626 | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | **32.930** | **33.285** | **67.644** | **72.845** | **71.680** | **98.032** | **125.915** | **146.606** | **211.853** | **162.669** | **150.823** | **150.823** | **167.324** | **163.672** | **190.020** | **201.882** | **201.882** | **202.971** |
| Deferred income taxes | 5.911 | 3.108 | 11.842 | 4.856 | 13.635 | 17.814 | 13.889 | 11.009 | 42.770 | 37.184 | 28.810 | 28.810 | 26.717 | 29.561 | 29.561 | 29.561 | 29.561 | 29.561 |
| Income taxes payable | 3.154 | 1.459 | 0.700 | 0.855 | 0.998 | 1.273 | 4.117 | 4.117 | 4.117 | 4.117 | 7.467 | 7.467 | 7.467 | 8.160 | 8.160 | 8.160 | 8.160 | 8.160 |
| Long-term debt | - | - | 182.275 | - | 195.000 | - | - | - | 160.000 | 160.000 | 200.000 | 200.000 | 200.000 | 451.500 | 451.500 | 451.500 | 451.500 | 451.500 |
| Deferred Gain on Sale/leaseback | 2.086 | 0.929 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilities | 1.666 | 1.069 | 0.991 | 11.772 | 11.276 | 15.119 | 82.015 | 83.558 | 99.797 | 85.370 | 83.891 | 83.891 | 84.106 | 90.760 | 90.760 | 90.760 | 90.760 | 90.760 |
| **Total Liabilities** | **46.565** | **39.850** | **263.452** | **90.328** | **292.589** | **132.238** | **225.936** | **245.290** | **518.537** | **449.340** | **470.991** | **470.991** | **485.614** | **743.653** | **770.001** | **781.863** | **781.863** | **782.952** |
| Common stock | 0.312 | 0.326 | 0.387 | 0.463 | 0.469 | 0.542 | 0.547 | 0.550 | 0.551 | 0.552 | 0.552 | 0.552 | 0.555 | 0.556 | 0.556 | 0.556 | 0.556 | 0.556 |
| Additional paid-in capital | 241.725 | 254.568 | 357.500 | 584.795 | 590.163 | 1,058.545 | 1,074.667 | 1,082.044 | 1,092.723 | 1,100.188 | 1,109.434 | 1,109.434 | 1,111.613 | 1,122.113 | 1,130.813 | 1,139.513 | 1,139.513 | 1,160.313 |
| Retained earnings | 84.099 | 94.468 | 114.210 | 139.085 | 179.968 | 226.743 | 312.455 | 328.253 | 340.939 | 356.574 | 374.499 | 374.499 | 367.359 | 364.720 | 374.767 | 419.867 | 419.867 | 525.217 |
| Accumulated other comprehensive income | 1.011 | 0.776 | 0.947 | 1.074 | 1.291 | (1.291) | (2.885) | (2.955) | (3.582) | (3.334) | (0.339) | (0.339) | (0.047) | (0.268) | (0.268) | (0.268) | (0.268) | (0.268) |
| **Total Shareholders Equity** | **327.147** | **350.138** | **473.044** | **725.417** | **771.891** | **1,284.739** | **1,384.784** | **1,407.892** | **1,430.631** | **1,453.980** | **1,484.146** | **1,484.146** | **1,479.480** | **1,487.121** | **1,505.868** | **1,559.668** | **1,559.668** | **1,685.818** |
| **Total Liabilities & Shareholders Equity** | **373.712** | **389.988** | **736.496** | **815.745** | **1,064.480** | **1,416.977** | **1,610.720** | **1,653.182** | **1,949.168** | **1,903.320** | **1,955.137** | **1,955.137** | **1,965.094** | **2,230.774** | **2,275.870** | **2,341.531** | **2,341.531** | **2,468.770** |
| Total cash | 47.552 | 77.850 | 81.955 | 41.637 | 66.521 | 257.932 | 226.838 | 239.122 | 170.739 | 121.943 | 113.839 | 113.839 | 95.804 | 105.169 | 101.859 | 149.133 | 149.133 | 205.236 |
| Total debt | - | - | (192.275) | - | (195.000) | - | - | - | (221.626) | (160.000) | (200.000) | (200.000) | (200.000) | (451.500) | (451.500) | (451.500) | (451.500) | (451.500) |
| **Net cash (debt)** | **47.552** | **77.850** | **(110.320)** | **41.637** | **(128.479)** | **257.932** | **226.838** | **239.122** | **(50.887)** | **(38.057)** | **(86.161)** | **(86.161)** | **(104.196)** | **(346.331)** | **(349.641)** | **(302.367)** | **(302.367)** | **(246.264)** |
| Net cash (debt) per share | $ 1.53 | $ 2.36 | $ (3.14) | $ 0.97 | $ (2.70) | $ 5.32 | $ 4.12 | $ 4.32 | $ (0.92) | $ (0.69) | $ (1.55) | $ (1.55) | $ (1.88) | $ (6.22) | $ (6.27) | $ (5.42) | $ (5.43) | $ (4.40) |
| Net working capital per share | $ 4.11 | $ 4.70 | $ 5.06 | $ 4.03 | $ 5.48 | $ 9.98 | $ 9.23 | $ 9.58 | $ 7.83 | $ 8.36 | $ 8.85 | $ 8.87 | $ 8.93 | $ 9.79 | $ 10.33 | $ 11.50 | $ 11.53 | $ 14.30 |
| Tangible book per share | $ 4.32 | $ 4.98 | $ 0.35 | $ 5.01 | $ 2.03 | $ 10.65 | $ 10.20 | $ 10.71 | $ 6.08 | $ 6.78 | $ 6.69 | $ 6.70 | $ 6.81 | $ 3.03 | $ 3.65 | $ 4.90 | $ 4.91 | $ 8.10 |
| Book value per share | $ 10.55 | $ 10.63 | $ 13.48 | $ 16.86 | $ 16.25 | $ 26.49 | $ 25.12 | $ 25.44 | $ 25.81 | $ 26.19 | $ 26.69 | $ 26.75 | $ 26.72 | $ 26.70 | $ 27.01 | $ 27.95 | $ 28.03 | $ 30.15 |
| Debt to equity | - | - | 0.4 | - | 0.3 | - | - | - | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Net Debt to EBITDA | (6.2) | (2.5) | 2.8 | (0.6) | 1.4 | (2.1) | (1.6) | | | | | 0.6 | | | | | 1.9 | 1.1 |
| Current ratio | 4.9 | 5.7 | 3.6 | 3.4 | 4.6 | 5.9 | 5.0 | 4.6 | 3.0 | 3.9 | 4.3 | 4.3 | 4.0 | 4.3 | 4.0 | 4.2 | 4.2 | 4.9 |
| A/R Turnover | | | | | | | | 7.5 | 7.7 | 8.3 | 7.9 | | 7.6 | 7.6 | 6.0 | 4.5 | | |
| Inventory Turnover | | | | | | | | 2.4 | 2.3 | 2.7 | 2.6 | | 2.4 | 2.2 | 2.2 | 3.5 | | |
| A/P Turnover | | | | | | | | 9.0 | 8.8 | 11.5 | 11.3 | | 9.0 | 8.0 | 7.0 | 7.0 | | |
| A/R DSOs | | | | | | | | 48.7 | 47.6 | 43.8 | 46.3 | | 47.8 | 48.3 | 60.8 | 81.1 | | |

Source: Company filings and Truist Securities research and estimates

## Mercury Systems, Inc. (NYSE:MRCY)

**TRUIST** HH
**Truist Securities**

Michael Ciarmoli - (212) 303-0136

($MM, except per-share data)

| Cash Flow Statement (in millions, except per share values) | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | Sep | Dec | Mar | Jun | F2021 | Sep | Dec | MarE | JunE | F2022E | F2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operations:** | | | | | | | | | | | | | | | | | | |
| Net income (loss) | (11.425) | 10.369 | 19.742 | 24.875 | 40.883 | 46.775 | 85.712 | 15.798 | 12.686 | 15.635 | 17.925 | 62.044 | (7.140) | (2.639) | 10.047 | 45.100 | 45.368 | 105.350 |
| Depreciation and amortization | 15.608 | 13.840 | 15.742 | 32.269 | 42.277 | 46.392 | 49.330 | 12.997 | 13.284 | 19.960 | 20.842 | 67.083 | 21.490 | 24.066 | 23.900 | 23.900 | 93.356 | 80.000 |
| Stock-based compensation expense | 9.244 | 8.728 | 9.574 | 15.341 | 17.314 | 19.422 | 26.538 | 7.184 | 7.439 | 7.242 | | 21.865 | 9.527 | | 8.700 | 8.700 | 26.927 | 20.800 |
| Deferred income taxes | (5.499) | (1.038) | (3.061) | (7.841) | (5.464) | (1.557) | (3.019) | (2.921) | - | (3.436) | | (6.357) | (2.171) | - | - | - | (2.171) | - |
| Impairment of assets | 6.687 | 2.283 | 0.231 | - | - | - | - | - | - | - | | - | - | - | - | - | - | - |
| Excess tax benefit from stock-based compensation | (0.021) | (0.943) | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - |
| Loss on sale of discontinued operations | - | 0.892 | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - |
| Non-cash interest expense | - | - | 0.301 | 1.810 | - | - | - | - | - | - | | - | - | - | - | - | - | - |
| Termination of Interest rate swap | - | - | 0.301 | 1.810 | - | 5.420 | - | - | - | - | | - | - | - | - | - | - | - |
| Other non-cash items | (0.619) | (0.495) | (0.722) | (0.626) | 2.103 | 3.779 | (2.308) | 0.268 | - | 2.826 | 12.308 | 15.402 | (1.552) | 5.761 | - | - | 4.209 | - |
| | | | | | | | | | | | | | | | | | | |
| Decrease/(increase) in accounts receivable and costs in excess of billings | (12.428) | 5.935 | (25.396) | (14.054) | (22.751) | (28.096) | (31.079) | 3.496 | (13.796) | (18.051) | | (28.351) | (9.429) | | (39.776) | (108.153) | (157.358) | (71.306) |
| Decrease/(increase) in inventory | 5.818 | (0.345) | (0.865) | (9.318) | (16.230) | (17.101) | (31.609) | (27.768) | 26.368 | (36.099) | | (37.499) | (12.829) | | (20.529) | 77.865 | 44.506 | (31.829) |
| Decrease/(increase) in income taxes | 0.887 | (2.265) | 0.346 | 1.978 | (2.327) | 3.843 | (2.792) | (2.268) | | 4.748 | | 2.480 | (11.024) | | | | (11.024) | - |
| Decrease/(increase) in prepaid expenses | 3.728 | (4.964) | 2.964 | (1.270) | (0.361) | (1.075) | (2.116) | (2.268) | | 6.207 | | 3.939 | (3.025) | | - | - | (3.025) | - |
| Decrease/(increase) in other non-current assets | 1.006 | 0.565 | (0.778) | 0.372 | 0.296 | 0.101 | (1.260) | (1.561) | | 4.985 | | 3.424 | (1.250) | | - | - | (1.250) | - |
| Increase/(decrease) in accounts payable and accrued expenses | 1.163 | (0.475) | 18.871 | 3.520 | (5.267) | 17.949 | 13.610 | 10.803 | (23.503) | 21.772 | | 9.072 | 21.707 | | 26.348 | 11.862 | 59.917 | 1.089 |
| Increase/(decrease) in deferred revenue and customer advances | 0.129 | 1.138 | (0.194) | (1.621) | 6.035 | (1.531) | 7.082 | 7.598 | - | 2.911 | - | 10.509 | (5.991) | - | - | - | (5.991) | - |
| Increase/(decrease) in income taxes payable | 0.274 | (0.938) | 0.253 | 9.622 | (11.187) | 3.152 | (0.131) | (0.052) | - | 0.052 | - | - | (0.004) | - | - | - | (0.004) | - |
| Increase/(decrease) in other non-current liabilities | (0.311) | (0.080) | (0.068) | 4.089 | (2.000) | 0.044 | 7.226 | 1.623 | 1.460 | (5.567) | (23.881) | (26.365) | (0.315) | (20.364) | - | - | (20.679) | - |
| **Cash Flow from Operating Activities** | **14.241** | **32.207** | **37.241** | **60.956** | **43.321** | **97.517** | **115.184** | **22.929** | **23.939** | **23.185** | **27.194** | **97.246** | **(2.006)** | **6.824** | **8.690** | **59.273** | **72.782** | **104.104** |
| | | | | | | | | | | | | | | | | | | |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (6.701) | (5.984) | (7.885) | (32.844) | (15.106) | (26.691) | (43.294) | (10.978) | (13.775) | (9.955) | (10.891) | (45.599) | (5.377) | (8.027) | (12.000) | (12.000) | (37.404) | (48.000) |
| Acquisition of businesses | - | - | (309.756) | (77.757) | (185.396) | (127.083) | (96.502) | - | (243.637) | (61.626) | (67.563) | (372.826) | - | (243.255) | - | - | (243.255) | - |
| Proceeds from sale of discontinued operations | - | 0.885 | - | - | - | - | 4.310 | - | - | - | - | - | - | - | - | - | - | - |
| Increase in other investing activities | (0.019) | (0.499) | (0.567) | (0.486) | (0.375) | - | - | - | 1.538 | - | - | 1.538 | (3.237) | 0.006 | - | - | (3.231) | - |
| **Cash Flow from Investing Activities** | **(6.720)** | **(5.598)** | **(318.208)** | **(111.087)** | **(200.877)** | **(153.774)** | **(135.486)** | **(10.978)** | **(255.874)** | **(71.581)** | **(78.454)** | **(416.887)** | **(8.614)** | **(251.276)** | **(12.000)** | **(12.000)** | **(283.890)** | **(48.000)** |
| | | | | | | | | | | | | | | | | | | |
| **Cash flows from financing activities:** | | | | | | | | | | | | | | | | | | |
| Proceeds from employee stock plans | 1.484 | 4.548 | 8.097 | 4.970 | 3.445 | 3.661 | 5.317 | 0.002 | 3.186 | 0.011 | 3.096 | 6.295 | - | 2.516 | - | - | 2.516 | - |
| Proceeds from equity offering | - | - | 92.778 | 215.725 | - | 454.343 | - | - | - | - | - | - | - | - | - | - | - | - |
| Payment for retirement of common stock | - | (0.944) | (7.955) | (8.766) | (15.508) | (7.968) | (16.249) | (0.066) | - | - | - | (0.066) | (7.316) | (0.183) | - | - | (7.499) | - |
| Excess tax benefit from stock-based compensation | 0.021 | 0.943 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from term debt | - | - | 194.900 | - | 210.000 | 129.500 | - | - | 160.000 | - | 40.000 | 200.000 | - | 251.500 | - | - | 251.500 | - |
| Payments of term debt | - | - | - | (200.000) | (15.000) | (324.500) | - | - | - | - | - | - | - | - | - | - | - | - |
| Payments of debt issuance cost | - | - | (2.926) | (0.591) | - | (5.420) | - | - | - | - | - | - | - | - | - | - | - | - |
| Payments of capital lease obligations | (0.763) | (0.642) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from equity offering, net | | | | | | (1.851) | | | | | | | | | | | | |
| **Cash Flow from Financing Activities** | **0.742** | **3.905** | **284.894** | **11.338** | **182.937** | **247.765** | **(10.932)** | **(0.064)** | **163.186** | **0.011** | **43.096** | **206.229** | **(7.316)** | **253.833** | **-** | **-** | **246.517** | **-** |
| | | | | | | | | | | | | | | | | | | |
| Foreign Exchange Rate Effect on Cash and Cash Equivalents | (0.102) | (0.215) | 0.479 | 0.549 | (0.497) | (0.097) | 0.140 | 0.397 | 0.366 | (0.411) | 0.060 | 0.412 | (0.099) | (0.016) | - | - | (0.115) | - |
| | | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents at Beginning of Period | 39.126 | 47.287 | 77.586 | 81.691 | 41.637 | 66.521 | 257.932 | 226.838 | 239.122 | 170.739 | 121.943 | 226.838 | 113.839 | 95.804 | 105.169 | 101.859 | 113.838 | 149.132 |
| *Net Increase (Decrease) in Cash and Cash Equivalents* | *8.161* | *30.299* | *4.406* | *(40.054)* | *24.884* | *191.411* | *(31.094)* | *12.284* | *(68.383)* | *(48.796)* | *(8.104)* | *(113.000)* | *(18.035)* | *9.365* | *(3.310)* | *47.273* | *35.294* | *56.104* |
| Cash and Cash Equivalents at End of Period | 47.287 | 77.586 | 81.691 | 41.637 | 66.521 | 257.932 | 226.838 | 239.122 | 170.739 | 121.943 | 113.839 | 113.838 | 95.804 | 105.169 | 101.859 | 149.133 | 149.132 | 205.235 |
| | | | | | | | | | | | | | | | | | | |
| Net Income | (11.425) | 10.369 | 19.742 | 24.875 | 40.883 | 46.775 | 85.712 | 15.798 | 12.686 | 15.635 | 17.925 | 62.044 | (7.140) | (2.639) | 10.047 | 45.100 | 45.368 | 105.350 |
| Depreciation & Amortization | 15.608 | 13.840 | 15.742 | 32.269 | 42.277 | 46.392 | 49.330 | 12.997 | 13.284 | 19.960 | 20.842 | 67.083 | 21.490 | 24.066 | 23.900 | 23.900 | 93.356 | 80.000 |
| Other Non-Working Capital Items | 9.792 | 9.427 | 6.624 | 10.494 | 13.953 | 27.064 | 21.211 | 4.531 | 7.439 | 6.632 | 12.308 | 30.910 | 5.804 | 5.761 | 8.700 | 8.700 | 28.965 | 20.800 |
| Working Capital Items | 0.266 | (1.429) | (4.867) | (6.682) | (53.792) | (22.714) | (41.069) | (10.397) | (9.471) | (19.042) | (23.881) | (62.791) | (22.160) | (20.364) | (33.957) | (18.426) | (94.907) | (102.046) |
| Operating Cash Flow | 14.241 | 32.207 | 37.241 | 60.956 | 43.321 | 97.517 | 115.184 | 22.929 | 23.939 | 23.185 | 27.194 | 97.246 | (2.006) | 6.824 | 8.690 | 59.273 | 72.782 | 104.104 |
| Capital Expenditures | (6.701) | (5.984) | (7.885) | (32.844) | (15.106) | (26.691) | (43.294) | (10.978) | (13.775) | (9.955) | (10.891) | (45.599) | (5.377) | (8.027) | (12.000) | (12.000) | (37.404) | (48.000) |
| **Free Cash Flow** | **7.540** | **26.223** | **29.356** | **28.112** | **28.215** | **70.826** | **71.890** | **11.951** | **10.164** | **13.230** | **16.303** | **51.647** | **(7.383)** | **(1.203)** | **(3.310)** | **47.273** | **35.378** | **56.104** |
| | | | | | | | | | | | | | | | | | | |
| Operating Cash Flow Per Share | $0.46 | $0.97 | $0.96 | $1.28 | $0.91 | $1.93 | $2.08 | $0.41 | $0.43 | $0.42 | $0.49 | $1.75 | ($0.04) | $0.12 | $0.16 | $1.06 | $1.30 | $1.86 |
| Free Cash Flow per Share | $0.24 | $0.79 | $0.75 | $0.59 | $0.59 | $1.40 | $1.30 | $0.22 | $0.18 | $0.24 | $0.29 | $0.93 | ($0.13) | ($0.02) | ($0.06) | $0.85 | $0.63 | $1.00 |
| FCF/Net Income Conversion | -66% | 253% | 149% | 113% | 69% | 151% | 84% | | | | | 83% | | | | | 78% | 53% |
| Capex (as a % of rev) | 3.2% | 2.6% | 2.9% | 8.0% | 3.1% | 4.1% | 5.4% | | | | | 4.9% | | | | | 3.7% | 4.4% |

Source: Company filings and Truist Securities research and estimates

## Company Description

Mercury Systems, Inc. (MRCY) is a commercial provider of secure processing subsystems designed and made in the US. Product offering includes embedded processing modules and subsystems, radio frequency (RF) and microwave multi-function assemblies, as well as subsystems, and RF and microwave components. MRCY's products and solutions have been deployed in more than 300 programs with over 25 different defense prime contractors, including Aegis, Patriot, Surface Electronic Warfare Improvement Program (SEWIP), Gorgon Stare, Predator, F-35 and Reaper. The company continues to execute on an M&A roll-up strategy of the defense electronics market which is helping to build scale, expand capabilities, and technological breadth.

## Investment Thesis

MRCY represents one of the only public pure-play defense electronics companies in the sector thereby creating a scarcity premium around the stock. However, with the company's organic revenue growth thesis under pressure and the company implementing a new operating improvement model, we believe FY23 is shaping up to be a transition year at best. We also believe the stocks premium multiple may be at risk given underperformance relative to peers and slower growth relative to peers. We rate the shares Hold.

## Valuation and Risks

We arrive at our $60 price target by applying a 21.5x P/E multiple to our FY 2023 adjusted EPS estimate of $2.79, compared to the five-year historical forward P/E average of 29x and the current peer group average of 15x.

Downside risks to our rating and price target include changes in U.S. Defense spending patterns, cuts or cancelations to key defense programs, acquisition integration risk, and 1MPACT operating model risk. Upside risks include an increased cadence of new wins and stronger than anticipated organic growth and/or margin expansion.

## Analyst Certification

I, Michael Ciarmoli , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: MRCY-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

### Dissemination of Research

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may



also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 02/01/2022):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 563 | 73.02% | Buy | 168 | 29.84% |
| Hold | 207 | 26.85% | Hold | 65 | 31.40% |
| Sell | 1 | 0.13% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC



under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2022. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070