# EXHIBIT 10

# Mercury Systems, Inc. (MRCY)

## 2Q22 Recap: Organic Growth Remains Under Pressure Through 3Q22



**MRCY's 2Q22 was relatively in line with company expectations but 3Q22 is tracking below expectations and bakes in a large snapback in 4Q22, which comes with elevated risks as the Continuing Resolution (CR) lingers along with supply chain disruptions.** FY22 continues to be a very back-half loaded year, and we expect the MRCY stock to continue to consolidate until its organic growth is better understood. 3Q22 organic growth is likely to be down HSD before recovering in 4Q22, further adding to the volatility in MRCY's results. Remaining Neutral-rated.

- **2Q22 details, 13% organic decline.** Excluding the impact of acquisitions, sales decreased by 13% y/y organically. MRCY reported sales of $220.4 million (guidance of $215-$225 million), vs. consensus of $222 million. Bookings totaled $237 million in 2Q22, resulting in book-to-bill of 1.08x. Total 2Q22 backlog was up $69.7 million sequentially to $953.7 million. Adjusted EPS was $0.39 vs. the Street and Baird estimates at $0.41. Adjusted EBITDA was $38.1 million in 2Q22 (Street, $39 million) compared to $45.3 million in 2Q21 resulting in 17.3% margin (down 420bps). FCF in 2Q22 was ($1.2) million vs. ($7.4) million in 1Q22.

- **FY22 guidance intact but now includes two acquisitions.** The FY22 range was held at $1.0-$1.03 billion ($1.0 consensus) despite ~$20 million anticipated revenues from Avalex in 2H22 and ~$10 million from Atlanta Micro. Organic growth will need to be up double digits in 4Q22 for MRCY to see a negative LSD decline for FY22 revenues. Adjusted EBITDA is expected to be $220-$227 million, implying a 22.0% margin vs. the 1H22 margins of only 17.2%. FY22 adjusted EPS range is being maintained at $2.51-$2.60.
  - **3Q22 guidance, below consensus.** 3Q22 sales guidance is in the range of $245-$255 million vs. the current consensus of $279 million. Including the ~$15 million in acquired revenues for 3Q22, organic growth is tracking to be down 8%. Adjusted EPS expected to be in the range of $0.55-$0.59 (Street, $0.74).
  - **4Q22 implied guidance highlights the back-half weighted year.** The 2H22 revenues will begin to reflect growth as backlog begins to convert and MRCY's cost-cutting program (1MPACT) begins. MRCY believes the program can deliver $30-$50 million in net savings by FY25, with $22 million occurring in FY22 with favorable impact in 4Q22 as gross margin steps-up towards 45%. 4Q22 revenues are expected to approach $320 million, up 28% at the midpoint with adjusted EBITDA totaling $96 million or 30% margin.

- **Supply chain, Continuing Resolution (CR) and FMS are still risks for the big 4Q22.** Management has continued to be confident in its outlook despite the lingering CR and supply chain disruptions heading into the 2H22, which we still view both risks being elevated especially for the ramp in 4Q22. Bookings in 3Q22 will remain a watch item given the bulk of the FY22 revenue guidance is tied to 4Q22 volumes.

## ESTIMATE CHANGE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Neutral |
| Suitability: | Speculative Risk |
| Price Target: | $56 |
| Price (2/1/22): | $56.29 |
| Market Cap (mil): | $3,118 |
| Shares Out (mil): | 55.4 |
| Average Daily Vol (mil): | 0.74 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Jun | 2022E | 2023E | 2024E |
|---|---|---|---|
| Q1 | 0.41 A | 0.45 E | |
| Q2 | 0.39 A | 0.56 E | |
| Q3 | 0.59 E | 0.75 E | |
| Q4 | 1.17 E | 1.08 E | |
| **Fiscal EPS** | **2.55 E** | **2.85 E** | **3.20 E** |
| Previous Est | | 2.95 E | |
| Fiscal P/E | 22.1x | 19.8x | 17.6x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

**MRCY is a pure play on defense electronics, involved on many critical and well-funded programs and is a key outsourcing partner for prime contractors.**

**Peter J. Arment**
Sr. Research Analyst
parment@rwbaird.com
646.557.3222

*Property of Baird. Please contact Baird for permission to share.*

# Investment Thesis

**DoD budget pressures.** Ongoing government fiscal pressures from non-defense departments coupled with potential for spending bill delays warrant some caution about defense budget projections.

**Deal integration risks.** MRCY has recently completed four acquisitions, which the integration being key to MRCY achieving synergy objectives and adjusted EBITDA margin expansion.

**International sales unpredictable.** International defense customers can be very unpredictable and delay orders. This dynamic is compounded by global economic concerns, especially within the Middle East given the fallout from the decline in energy prices.

**Margin mix.** Margin pressure from declining EAC (estimates at completed) adjustments as older contracts end and sales decrease. Additionally, any further shift to fixed-price-type development contracts on new programs could further hurt margins.

**Program transition risk.** As programs move from development into production, the potential for technical challenges, delays, cost overruns, and customer deferrals are key watch item.

**Valuation.** Our $56 price target is based on ~15x our FY22E adjusted EBITDA vs. today MRCY is currently trading at FY22E and FY23E EV/Adj. EBITDA multiples of 13.1x and 11.1x, respectively, vs. small peer multiples that range from 12x-30x. Our 15x multiple reflects a shrinking premium on uncertain growth.

# ESG Considerations

**Environmental.** MRCY remains committed to acting in three primary areas- reducing emissions, innovating the business for sustainability, and monitoring its environmental impact through the quantification of its carbon footprint- as part of a broader goal to take meaningful corporate action against climate change. MRCY has taken the majority of its tangible initiatives to date in an effort to reduce scope-3 greenhouse gas emissions, making substantial investment in IT infrastructure through its One Mercury program to increase employee video conferencing and reduce corporate travel.

**Social.** MRCY participates in a wide variety of diversity and employee initiatives. Employee education initiatives include 100% tuition and lab fee reimbursement for all employees. Women in management roles has increased by 2% over the past two years.

**Governance.** Eight of MRCY's nine-member board of directors are classified as independent and two are women, one of whom is a U.S. military veteran. Chairman and CEO roles are separate.

# Risks & Caveats

**Niche defense electronics pure-play.** MRCY is a pure-play C4ISR and defense electronics company entrenched on diverse mix of programs aligned with DoD priorities. Improved ISR sensors and C4ISR systems are a cost effective method to drastically upgrade existing platform capabilities without the need for new programs. MRCY provides best-of-breed specialized sensor processing subsystems for large defense Primes which allows the company to play in the sweet spot of this upgrade cycle.

**Commercial operating model, above-average industry margins.** CEO Mark Aslett has MRCY focused on transforming and growing the business by strengthening customer relationships and branding

Property of Baird. Please contact Baird for permission to share.

MRCY as a best-of-breed provider of open, commercially developed systems for the ISR market. With the DoD using more fixed price contracts, larger defense Primes are partnering with well-performing commercial companies such as MRCY.

**Bookings wins and opportunities validate strategy.** Acquisitions and investments have increased the possible value of key programs by 3x in the last two years to now over $3.8 billion over the life of the programs. New Radar and Electronic Warfare (EW) requirements are a big part of driving the bookings opportunities.

**Well positioned for rising volume.** Focusing on high-end capabilities and industry-leading broadband offerings has led to share gains on existing programs and should provide more outsourcing wins with the lower cost structure. Top programs (Patriot, Aegis, SEWIP, and a host of classified radar and electronic warfare systems) are providing an expanding backlog and a long-term growth outlook.

**Advanced Microelectronics Center (AMC).** MRCY's AMC facility delivers end-to-end capabilities and frees up significant internal R&D spending among the Primes with captive embedded computing business similar to MRCY. MRCY believes its AMC operation is the next-generation business model within the defense electronics supply chain and the end result ultimately reduces time to market for integrated sensor processing subsystem products from 36 months to 12 months at significantly reduced costs. This new AMC facility is part of the cornerstone of MRCY's strategy to provide end-to-end subsystem capabilities to its customers, leading to share gains, outsourcing and above-average industry growth rates and margins.

**M&A.** Increased visibility into future budget levels may act as catalysts for more M&A.

## Company Description

Mercury Systems Inc. is a commercial provider of secure processing subsystems designed and made in the USA. The company's solutions have been deployed in more than 300 programs with over 25 different defense prime contractors. Key programs include LTAMS, Aegis, Patriot, Surface Electronic Warfare Improvement Program (SEWIP), Gorgon Stare, Predator, F-35 and Reaper. Headquartered in Chelmsford, MA, and founded in 1981, the company was formerly known as Mercury Computer Systems, Inc.

**Property of Baird. Please contact Baird for permission to share.**

**Peter Arment** | **Sr. Research Analyst**
parment@rwbaird.com | (646) 557-3222
BAIRD

| ($ In Millions, Except As Noted) (Fiscal Year Ends June 30) Mercury Systems, Inc. | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22E | FY23E | FY24E | FY25E | Q1 | Q2 | Q3E | Q4E | TOTALS | Q1E | Q2E | Q3E | Q4E | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | FY22E | | | | | FY23E | | |
| Components | 31.3 | 105.7 | 143.0 | 184.9 | 227.4 | 176.2 | 138.3 | 125.8 | 113.3 | 101.9 | 35.1 | 32.5 | 30.2 | 40.5 | 138.3 | 31.6 | 28.6 | 27.2 | 38.4 | 125.8 |
| Modules/Sub-Assemblies | 126.8 | 162.0 | 194.4 | 180.9 | 131.2 | 96.6 | 132.5 | 139.8 | 146.8 | 155.6 | 59.0 | 32.6 | 16.3 | 24.6 | 132.5 | 56.1 | 35.8 | 20.4 | 27.5 | 139.8 |
| Integrated Subsystems | 112.1 | 140.9 | 155.8 | 289.0 | 438.1 | 651.2 | 729.3 | 823.4 | 914.0 | 1005.4 | 130.9 | 155.3 | 204.5 | 238.7 | 729.3 | 150.6 | 178.5 | 227.0 | 267.3 | 823.4 |
| **TOTAL SALES** | **$270.1** | **$408.6** | **$493.2** | **$654.7** | **$796.6** | **$924.0** | **$1,000.1** | **$1,089.1** | **$1,174.0** | **$1,262.9** | **$225.0** | **$220.4** | **$251.0** | **$303.7** | **$1,000.1** | **$238.2** | **$243.0** | **$274.6** | **$333.3** | **$1,089.1** |
| Total Growth | 15% | 51% | 21% | 33% | 22% | 16% | 8% | 9% | 8% | 8% | 9% | 5% | (2%) | 21% | 8% | 6% | 10% | 10% | 10% | 9% |
| Oragnic Growth | 8% | 10% | 7% | 12% | 14% | 5% | (4%) | 6% | 8% | 8% | (11%) | (13%) | (8%) | 15% | (4%) | (1%) | 3% | 9% | 10% | 6% |
| **Total Backlog** | **$288** | **$357** | **$447** | **$625** | **$830** | **$908** | **$947** | **$1,028** | **$1,146** | **$1,272** | **$884** | **$954** | **$949** | **$947** | **$947** | **$921** | **$1,035** | **$1,030** | **$1,028** | **$1,028** |
| Book-to-Bill | 1.3 | 1.3 | 1.1 | 1.2 | 1.3 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 0.9 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | 1.0 | 1.0 | 1.0 | 1.0 |
| Cost of goods sold | $145.4 | $217.0 | $267.3 | $368.6 | $439.7 | $538.8 | $589.1 | $646.4 | $686.8 | $736.3 | $136.6 | $133.2 | $151.1 | $168.3 | $589.1 | $145.3 | $145.8 | $162.0 | $193.3 | $646.4 |
| % of Sales | 53.8% | 53.1% | 54.2% | 56.3% | 55.2% | 58.3% | 58.9% | 59.4% | 58.5% | 58.3% | 60.7% | 60.4% | 60.2% | 55.4% | 58.9% | 61.0% | 60.0% | 59.0% | 58.0% | 59.4% |
| **GROSS EARNINGS** | **$124.7** | **$191.5** | **$225.9** | **$286.2** | **$356.9** | **$385.2** | **$411.0** | **$442.7** | **$487.2** | **$526.6** | **$88.4** | **$87.2** | **$99.9** | **$135.5** | **$411.0** | **$92.9** | **$97.2** | **$112.6** | **$140.0** | **$442.7** |
| Gross Margin | 46.2% | 46.9% | 45.8% | 43.7% | 44.8% | 41.7% | 41.1% | 40.6% | 41.5% | 41.7% | 39.3% | 39.6% | 39.8% | 44.6% | 41.1% | 39.0% | 40.0% | 41.0% | 42.0% | 40.6% |
| SG&A Expenses | $53.0 | $76.5 | $88.4 | $110.7 | $132.2 | $134.3 | $154.0 | $163.0 | $170.2 | $180.6 | $37.0 | $36.8 | $40.2 | $40.1 | $154.0 | $38.8 | $38.9 | $42.0 | $43.3 | $163.0 |
| % of Sales | 19.6% | 18.7% | 17.9% | 16.9% | 16.6% | 14.5% | 15.4% | 15.0% | 14.5% | 14.3% | 16.4% | 16.7% | 16.0% | 13.2% | 15.4% | 16.3% | 16.0% | 15.3% | 13.0% | 15.0% |
| R & D Expense | $33.5 | $54.1 | $58.8 | $68.9 | $98.5 | $113.5 | $117.7 | $120.9 | $126.8 | $132.6 | $28.9 | $28.3 | $30.1 | $30.4 | $117.7 | $29.8 | $29.6 | $28.8 | $32.7 | $120.9 |
| % of Sales | 12.4% | 13.2% | 11.9% | 10.5% | 12.4% | 12.3% | 11.8% | 11.1% | 10.8% | 10.5% | 12.8% | 12.9% | 12.0% | 10.0% | 11.8% | 12.5% | 12.2% | 10.5% | 9.8% | 11.1% |
| Other | $14.3 | $23.6 | $31.7 | $29.0 | $35.0 | $56.4 | $71.0 | $49.0 | $45.0 | $45.0 | $28.1 | $22.5 | $13.5 | $7.0 | $71.0 | $11.0 | $11.0 | $13.0 | $14.0 | $49.0 |
| **TOTAL COST OF OPERATIONS** | **$246.2** | **$371.2** | **$446.2** | **$577.3** | **$705.5** | **$843.0** | **$931.9** | **$979.4** | **$1,028.9** | **$1,094.5** | **$230.6** | **$220.8** | **$234.9** | **$245.7** | **$931.9** | **$224.9** | **$225.3** | **$245.8** | **$283.3** | **$979.4** |
| % of Sales | 91.2% | 90.8% | 90.5% | 88.2% | 88.6% | 91.2% | 93.2% | 89.9% | 87.6% | 86.7% | 102.5% | 100.2% | 93.6% | 80.9% | 93.2% | 94.4% | 92.7% | 89.5% | 85.0% | 89.9% |
| Corporate & Other | ($10.0) | ($11.7) | ($13.0) | ($0.9) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **TOTAL OPERATING INCOME** | **$23.9** | **$37.4** | **$47.0** | **$76.6** | **$91.1** | **$81.0** | **$68.2** | **$109.7** | **$145.2** | **$168.4** | **($5.6)** | **($0.4)** | **$16.2** | **$58.0** | **$68.2** | **$13.3** | **$17.7** | **$28.7** | **$50.0** | **$109.7** |
| Net Operating Margin | 8.8% | 9.2% | 9.5% | 11.7% | 11.4% | 8.8% | 6.8% | 10.1% | 12.4% | 13.3% | -2.5% | -0.2% | 6.4% | 19.1% | 6.8% | 5.6% | 7.3% | 10.5% | 15.0% | 10.1% |
| Y/Y Change | 30% | 57% | 26% | 63% | 19% | -11% | 0% | 61% | 32% | 16% | | | | | | | | | | |
| Interest Expense | ($1.1) | ($7.6) | ($2.7) | ($9.1) | ($1.0) | ($1.2) | ($3.9) | ($4.1) | ($4.2) | ($3.8) | ($0.6) | ($1.1) | ($1.1) | ($1.1) | ($3.9) | ($1.0) | ($1.0) | ($1.0) | ($1.0) | ($4.1) |
| Interest Income | 0.1 | 0.5 | 0.0 | 0.9 | 2.2 | 0.2 | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Income | 2.4 | 0.8 | 1.7 | 8.9 | 1.7 | 2.8 | 2.7 | 0.0 | 0.0 | 0.0 | 1.4 | 1.3 | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL PRETAX INCOME** | **$25.3** | **$31.1** | **$42.6** | **$59.6** | **$94.0** | **$77.2** | **$61.6** | **$105.6** | **$142.0** | **$165.6** | **($7.6)** | **($2.8)** | **$15.1** | **$56.9** | **$61.6** | **$12.3** | **$16.7** | **$27.7** | **$49.0** | **$105.6** |
| Pretax Margin | 9.3% | 7.6% | 8.6% | 9.1% | 11.8% | 8.4% | 6.2% | 9.7% | 12.1% | 13.1% | -3.4% | -1.3% | 6.0% | 18.7% | 6.2% | 5.1% | 6.9% | 10.1% | 14.7% | 9.7% |
| Y/Y Change | 34% | 23% | 37% | 40% | 58% | -18% | -20% | 71% | 34% | 17% | | | | | | | | | | |
| TAXES | $5.5 | $6.2 | $1.7 | $12.8 | $8.2 | $15.1 | $6.6 | $21.1 | $28.4 | $33.1 | -$0.4 | -$0.2 | $1.5 | $5.7 | $6.6 | $2.5 | $3.3 | $5.5 | $9.8 | $21.1 |
| Tax Rate | 22.0% | 19.9% | 4.0% | 21.4% | 8.7% | 19.6% | 10.7% | 20.0% | 20.0% | 20.0% | 5.8% | 5.5% | 10.0% | 10.0% | 10.7% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| **NET INCOME** | **$19.7** | **$24.9** | **$40.9** | **$46.8** | **$85.9** | **$62.0** | **$55.0** | **$84.5** | **$113.6** | **$132.5** | **($7.1)** | **($2.6)** | **$13.6** | **$51.2** | **$55.0** | **$9.8** | **$13.3** | **$22.2** | **$39.2** | **$84.5** |
| Net Margins | 7.3% | 6.1% | 8.3% | 2.0% | 10.8% | 6.7% | 5.5% | 7.8% | 9.7% | 10.5% | -3.2% | -1.2% | 5.4% | 16.9% | 5.5% | 4.1% | 5.5% | 8.1% | 11.8% | 7.8% |
| Y/Y Change | 35% | 26% | 64% | 15% | 83% | -28% | N/A | 54% | 34% | 17% | | | | | | | | | | |
| Basic Shares Outstanding | 33.9 | 41.9 | 46.7 | 47.8 | 54.5 | 55.1 | 55.6 | 56.1 | 56.6 | 57.1 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 | 55.6 |
| Diluted Shares Outstanding | 35.0 | 43.0 | 47.5 | 48.4 | 55.1 | 55.5 | 55.5 | 56.0 | 56.6 | 57.0 | 55.4 | 55.5 | 55.6 | 55.7 | 55.5 | 55.7 | 55.8 | 55.9 | 56.0 | 56.0 |
| **GAAP EPS (Continuing Operations)** | **$0.55** | **$0.57** | **$0.86** | **$0.96** | **$1.56** | **$1.12** | **$0.99** | **$1.51** | **$2.01** | **$2.32** | **-$0.13** | **-$0.05** | **$0.24** | **$0.92** | **$0.99** | **$0.18** | **$0.24** | **$0.40** | **$0.70** | **$1.51** |
| Y/Y Change | 25% | 3% | 51% | 11% | 63% | -28% | -12% | 53% | 33% | 16% | -145% | -121% | -13% | 185% | -12% | -237% | -602% | 63% | -24% | 53% |
| **Adjusted EPS (Continuing Operations)** | **$0.99** | **$1.15** | **$1.42** | **$1.84** | **$2.30** | **$2.43** | **$2.55** | **$2.85** | **$3.20** | **$3.55** | **$0.41** | **$0.39** | **$0.59** | **$1.17** | **$2.55** | **$0.45** | **$0.56** | **$0.75** | **$1.08** | **$2.85** |
| | 34% | 17% | 23% | 29% | 25% | 5% | 5% | 12% | 12% | 11% | -20% | -27% | -8% | 60% | 5% | 12% | 43% | 29% | -8% | 12% |
| Margins | | | | | | | | | | | | | | | | | | | | |
| Gross Margins | 46.2% | 46.9% | 45.8% | 43.7% | 44.8% | 41.7% | 41.1% | 40.6% | 41.5% | 41.7% | 39.3% | 39.6% | 39.8% | 44.6% | 41.1% | 39.0% | 40.0% | 41.0% | 42.0% | 40.6% |
| Net Operating Margins | 8.8% | 9.2% | 9.5% | 11.7% | 11.4% | 8.8% | 6.8% | 10.1% | 12.4% | 13.3% | -2.5% | -0.2% | 6.4% | 19.1% | 6.8% | 5.6% | 7.3% | 10.5% | 15.0% | 10.1% |
| **EBITDA** | **$40** | **$70** | **$89** | **$123** | **$140** | **$148** | **$163** | **$205** | **$243** | **$271** | **$16** | **$24** | **$40** | **$83** | **$163** | **$36** | **$41** | **$54** | **$75** | **$205** |
| EBITDA Margins | 14.7% | 17.1% | 18.1% | 18.8% | 17.6% | 16.0% | 16.3% | 18.8% | 20.7% | 21.5% | 7.1% | 10.7% | 16.1% | 27.3% | 16.3% | 15.1% | 16.7% | 19.6% | 22.4% | 18.8% |
| **Adjusted EBITDA** | **$51** | **$94** | **$116** | **$139** | **$184** | **$202** | **$222** | **$253** | **$283** | **$311** | **$38** | **$38** | **$53** | **$93** | **$222** | **$48** | **$53** | **$66** | **$86** | **$253** |
| adj. EBITDA Margins | 18.9% | 22.9% | 23.4% | 21.3% | 23.1% | 21.9% | 22.2% | 23.3% | 24.1% | 24.6% | 17.0% | 17.3% | 21.0% | 30.7% | 22.2% | 20.3% | 21.8% | 24.0% | 25.9% | 23.3% |
| **Free Cash Flow** | **$29** | **$26** | **$28** | **$71** | **$72** | **$52** | **$33** | **$80** | **$119** | **$142** | **($7)** | **($1)** | **$5** | **$36** | **$33** | **($4)** | **$25** | **$31** | **$28** | **$80** |
| % of adj. EBITDA | 57% | 28% | 24% | 51% | 39% | 26% | 15% | 31% | 42% | 46% | -19% | -3% | 10% | 39% | 15% | -8% | 47% | 46% | 32% | 31% |
| % of Net Income | 147% | 106% | 69% | 151% | 84% | 83% | 59% | 94% | 105% | 107% | 103% | 45% | 37% | 71% | 59% | -39% | 186% | 138% | 71% | 94% |

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx
Source: Robert W. Baird & Co. estimates and Company reports
Published: 2/2/2022

**Baird**

4

Property of Baird. Please contact Baird for permission to share.

# Appendix - Important Disclosures and Analyst Certification

Approved on 01 February 2022 21:55EST/ Published on 02 February 2022 01:05EST.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of MRCY.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of January 31, 2022, Baird U.S. Equity Research covered 748 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 18% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

Property of Baird. Please contact Baird for permission to share.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

**Baird**                                                                                                          6

*Property of Baird. Please contact Baird for permission to share.*

**February 2, 2022**   |   **Mercury Systems, Inc.**

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                              Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**