# EXHIBIT 12

# Mercury Systems, Inc. (MRCY US)

## Industrial Materials – Aerospace & Defence



·······FLASH NOTE·······FLASH NOTE·······FLASH NOTE·······FLASH NOTE·······

February 2, 2022

## FQ2 misses consensus; macro concerns persist for FY22

- **FQ2 results inside guidance range but miss consensus:** MRCY reported FQ222 adjusted EPS and EBITDA of $0.39 and $38.1m, respectively, both hitting the low end of management's guidance range, but both also falling short of consensus estimates of $0.41 and $39.4m, respectively. FQ2 revenue of $220.4m was roughly in line with the guidance midpoint and consensus. This margin weakness was driven by a higher proportion of development work related to new program starts, the dilutive impact from the inclusion of recently acquired POC, and negative operating leverage resulting from a 13% decline in organic revenue.

- **Full-year guidance maintained, although recent acquisitions offset weaker organic growth:** MRCY maintained its full-year FY22 guidance for revenue, adjusted EBITDA, and adjusted EPS but reduced its expectations for organic growth, with contributions from recent acquisitions (Avalex and Atlanta Micro) making up the shortfall. MRCY now expects FY22 organic revenue to decline 3% (vs. flat prior expectations), driven by continuing macro headwinds, largely supply chain risks. FQ3 guidance was weak relative to consensus expectations across the board, implying that full-year results are more FQ4 weighted than anticipated.

- **No update on activist activity:** Management provided no incremental information regarding its interaction with activist investors other than to say that the company maintains an ongoing dialogue with shareholders and has a history of seeking and incorporating their feedback where appropriate.

- **Macro issues continue to weigh on outlook, pushing recovery to the right:** Industry headwinds including supply chain difficulties and tight labor markets remain key concerns for MRCY going forward. We were encouraged by bookings growth (up 13% yoy and 19% qoq) and a book-to-bill of 1.08 for the quarter, although continuing momentum here is required for MRCY to achieve its FY22 guidance forecast. While we are still confident in MRCY's longer-term prospects, its ability to mitigate broader industry risks while continuing to increase bookings through the back half of the year will determine if organic growth has the potential to return to high-single digit to low-double digit levels in FY23. Overall, we believe that FQ2 results indicate the increased likelihood that the timing of this recovery has been pushed further to the right.

- **Valuation:** We apply a 17x EV/EBITDA (FY2) multiple to our FY2023 EBITDA estimate of $252 to arrive at a target price of $76.

- **Key risks:** COVID-19 pandemic related shutdowns, customer execution issues causing further program delays, supply chain shortages for requisite electronic components, extended Continuing Resolution if a budget deal cannot be reached, 1MPACT execution may not generate the benefits initially forecasted, M&A risks including inability to find suitable acquisition candidates and failure to integrate acquired companies efficiently, and shifting DoD policy reducing incentives for prime outsourcing

**Mercury Systems**

**BUY**

**Price target**
USD76.00

**Current price**
USD56.29
02/01/2022 NASDAQ Close

Reuters   MRCY.O
Bloomberg MRCY US

See pages 2-5 for analyst certifications and important disclosures

Christopher T. Rieger, CFA
Analyst
+1 646 949 9075
christopher.rieger@berenberg-us.com

# Mercury Systems, Inc. (MRCY US)

## Industrial Materials – Aerospace & Defence



**Rating and Price Target History for Mercury Systems, Inc. (MRCY US)**
**Closing Price: February 1, 2022: USD56.29**



Legend:
B=Buy, T=Price Target
🔼 Initiated

# Disclosures

This document has been prepared by Berenberg Capital Markets LLC, a registered broker-dealer and member of FINRA.

### Analyst Attestations

I Christopher T. Rieger, CFA hereby certify that all of the views in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction undertaken by Berenberg Capital Market, LLC ("BCM") or its affiliates.

# Important Disclosures

### Berenberg Capital Markets, LLC Disclosures

| Company | Disclosures |
|---|---|
| Mercury Systems, Inc. | no disclosures |

(1) BCM or its affiliates owned 1% or more of the outstanding shares of any class of the subject company by the end of the prior month.

(2) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company non-investment banking, securities-related services.

(3) BCM or its affiliates received compensation from the subject company during the past 12 months for products or services other than investment banking services.

(4) During the previous 12 months, BCM or its affiliates has managed or co-managed any public offering for the subject company.

(5) BCM is making a market in the subject securities at the time of the report.

(6) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company investment banking, securities-related services.

(7) BCM or its affiliates received compensation for investment banking services in the past 12 months, or expects to receive such compensation in the next 3 months.

(8) There is another potential conflict of interest of the analyst(s), BCM, of which the analyst knows or has reason to know at the time of publication of this research report.

(9) The research analyst or a member of the research analyst's household serves as an officer, director, or advisory board member of the

# Mercury Systems, Inc. (MRCY US)
## Industrial Materials – Aerospace & Defence



subject company.

(10) The research analyst or a member of the research analyst's household has a financial interest in the equity or debt securities of the subject company (including options, rights, warrants, or futures).

(11) The research analyst has received compensation from the subject company in the previous 12 months.

Please refer to https://www.berenberg-us.com/compliance-disclosures/ for company-specific disclosures referenced in this report. Disclosure information is also available from Compliance, 1251 Avenue of the Americas, 53rd Floor, New York, NY 10020.

## Valuation Basis/Rating Key

Recommendations made by BCM's Equity Research department are made on an absolute basis for which the following rating key is applicable:

**Buy:** Sustainable upside potential of more than 15% to the current share price within 12 months.

**Sell:** Sustainable downside potential of more than 15% to the current share price within 12 months.

**Hold:** Upside/downside potential regarding the current share price limited; no immediate catalyst visible.

**NR:** The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations or BCM policies.

**Suspended:** BCM has suspended coverage due to analyst departure.

**NC:** Not covered. BCM does not cover this company.

**Restricted:** Describes issuers where, in conjunction with BCM engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

**Under Review:** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

NB: During periods of high market, sector, or stock volatility, or in special situations, the recommendation system criteria may be breached temporarily.

BCM Equity Research ratings distribution and in proportion to investment banking services as of February 1, 2022

| Rating Category | Percent | IB Serv./Past 12 Mos. |
|---|---|---|
| Buy | 75.40% | 9.44% |
| Sell | 0.00% | 0.00% |
| Hold | 21.04% | 3.08% |

## General Disclosures

BCM has made every effort to carefully research all information contained in this financial analysis. The information on which the financial analysis is based has been obtained from sources that we believe to be reliable such as, Thomson Reuters, Bloomberg, and other relevant specialized press, as well as the subject company of this financial analysis.

Only those parts of a draft research report necessary for factual review may be made available to the subject company prior to publication. Should this result in material changes this will be disclosed in the Berenberg Capital Markets, LLC Disclosures section of this report. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The functional job title of the person(s) responsible for the recommendations contained in this report is 'Equity Research Analyst'.

## Legal Disclaimer

This document has been prepared exclusively by BCM. This document does not claim accuracy, completeness, timeliness, suitability, or otherwise regarding all the information on the securities, stock markets, or developments referred to within.

On no account should the document be regarded as a substitute for the recipient procuring information for himself/herself or exercising his/her own judgments. BCM is not responsible for any recipient(s) use of this information.

The document has been produced for informational purposes for institutional client(s) and market professionals, but not for retail investors or private customers. It is not for distribution to or the use of retail investors or private customers. This document is not a solicitation or an offer to buy or sell any of the securities contained herein. This information does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of securities referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain securities.

The document may include certain descriptions, statements, estimates, and conclusions underlining potential market and company

# Mercury Systems, Inc. (MRCY US)

## Industrial Materials – Aerospace & Defence



development. These reflect assumptions, which may turn out to be incorrect. BCM nor its employees accept no liability whatsoever for any direct or consequential loss or damages of any kind arising out of the use of this document or any part of its content.

BCM or its employees, excluding BCM Research Department employees, may hold, buy, or sell positions in any securities mentioned in this document, related derivatives, or related financial products. BCM or its affiliate(s) may underwrite issues for any securities mentioned in this document, related derivatives, or related financial products or seek to perform capital market or underwriting services.

### Remarks Regarding Foreign Investors

The preparation of this document is subject to regulation by U.S. law. The distribution of this document in other jurisdictions may be restricted by law, and persons into whose possession this document comes should inform themselves about, and observe, any such restrictions.

This document has been prepared exclusively by BCM. Although Joh. Berenberg, Gossler & Co. KG ("Berenberg"), an affiliate of BCM, distributes this document to certain customers on a third party basis, Berenberg does not provide input into its contents, nor does this document constitute research of Berenberg. In addition, this document is meant exclusively for institutional investors and market professionals.

### Disclosures in respect of Article 20 of Regulation (EU) No. 596/2014 of the European Parliament and of the Council of 16 April 2014 on market abuse (market abuse regulation - MAR)

Affiliate Research Disclosures (Joh. Berenberg, Gossler & Co. KG ("Berenberg")

| Company | Disclosures |
|---|---|
| Mercury Systems, Inc. | no disclosures |

(1) Berenberg and/or its affiliate(s) was Lead Manager or Co-Lead Manager over the previous 12 months of a public offering of this company.

(2) Berenberg acts as Designated Sponsor/Market Maker for this company.

(3) Over the previous 12 months, Berenberg and/or its affiliate(s) has effected an agreement with this company for investment Banking services or received compensation or a promise to pay from this company for investment banking services.

(4) Berenberg and/or its affiliate(s) holds 5% or more of the share capital of this company.

(5) Berenberg holds a long position of more than 0.5% in shares of this company.

(6) Berenberg holds a short position of more than 0.5% in shares of this company.

Positions held within investment funds managed by Berenberg fall within disclosure (5) above and are calculated using the latest available data at the time of publication of this report.

Production of the recommendation completed: 02.02.2022, 15:19 GMT

### Historical price target and rating changes for Mercury Systems, Inc. in the last 12 months

| Date | Price target - USD | Rating | First dissemination GMT | Initiation of coverage |
|---|---|---|---|---|
| January 21, 2022 | 76.00 | Buy | 2022-01-21 10:04 | January 21, 2022 |

Berenberg, an affiliate of Berenberg Capital Markets, LLC, distributes this document on a third-party basis to certain customers outside of the U.S. Berenberg is authorized to carry out banking business and provide financial services by the German Federal Financial Supervisory Authority (BaFin) at Graurheindorfer Str. 108, 53117 Bonn, Germany (Banking Supervision) and Marie-Curie-Str. 24-28, 60439 Frankfurt on the Main, Germany (Securities Supervision/ Asset Management).

The dissemination to clients of BCM happens at the same time than the dissemination to clients of Berenberg. Please see Rating and Price Target History for date and time of first dissemination.

### Copyright

© 2022 Berenberg Capital Markets, LLC

4

# Mercury Systems, Inc. (MRCY US)

## Industrial Materials – Aerospace & Defence



Berenberg Capital Markets, LLC, a registered broker-dealer and member of FINRA, reserves all the rights in this document. No part of the document or its content may be rewritten, copied, photocopied, or duplicated in any form by any means or redistributed without the prior written consent of Berenberg Capital Markets, LLC.

# Contacts



**BERENBERG CAPITAL MARKETS LLC**   Member FINRA & SIPC            Internet www.berenberg-us.com      E-mail: firstname.lastname@berenberg-us.com

## EQUITY RESEARCH

**CONSTRUCTION**
Daniel Wang — +1 646 949 9025

**CONSUMER DISCRETIONARY**
Anthony Graziano — +1 646 949 9023
Brian C. McNamara — +1 646 949 9046
Alok Patel — +1 646 285 2687
Zachary Silverberg — +1 646 949 9074
John Stansel — +1 646 949 9088
Rudy Yang — +1 646 949 9047

**INDUSTRIAL TECHNOLOGY**
Andrew Azzi — +1 646 949 9096
Andrew Buscaglia — +1 646 949 9040
Michael Filatov — +1 646 949 9070
Alexander Leach — +1 646 949 9038
Jared Maymon — +1 646 949 9065
Adam Stryer — +1 646 949 9067

**HEALTHCARE**

**BIOTECH/THERAPEUTICS**
Esther Hong — +1 646 949 9039
Avantika Joshi — +1 646 949 9059
Amy Qian — +1 646 949 9049
Zhiqiang Shu — +1 917 797 7610

**HEALTHCARE TECHNOLOGY**
Gaurav Goparaju — +1 646 949 9024

**MED. TECH/SERVICES**
Dev Weerasuriya — +1 646 949 9076

**PHARMACEUTICALS**
Anita Dushyanth — +1 646 949 9027

**INDUSTRIAL MATERIALS**
Paretosh Misra — +1 646 949 9031
Christopher Rieger — +1 646 949 9075

**REAL ESTATE**
Justin Ages — +1 646 949 9077
Keegan Carl — +1 646 949 9052
Nate Crossett — +1 646 949 9030
Connor Siversky — +1 646 949 9037

**SOFTWARE & IT SERVICES**
Kingsley Crane — +1 646 949 9034
Andrew DeGasperi — +1 646 949 9044
Sophie Lee — +1 646 949 9068
Phillip Leytes — +1 332 999 3121
Edward Magi — +1 646 949 9062
Arsenije Matovic — +1 646 949 9064
Gal Munda — +1 646 949 9021
Sunil Rajgopal — +1 646 949 9089
Alexandra Ross — +1 646 949 9041
Andrew Smith — +1 646 949 9071
Alexandra Yaseen — +1 646 949 9075

**ECONOMICS**
Mickey Levy — +1 646 949 9099

**JOH. BERENBERG, GOSSLER & CO. KG**            Internet www.berenberg.com            E-mail: firstname.lastname@berenberg.com

## EQUITY RESEARCH

### GENERAL MID CAP
**MID CAP - DACH**
Catharina Claes — +44 20 3207 7855
Charlotte Friedrichs — +44 20 3753 3077
Gustav Froberg — +44 20 3465 2655
Thomas Junghanns — +49 91 3090 470
Igor Kim — +49 69 9130 90471
Gerhard Orgonas — +44 20 3465 2635
Benjamin Pfannes-Varrow — +44 20 3465 2620
Wolfgang Specht — +49 69 9130 90476
Yasmin Steilen — +49 69 9130 90739
Lasse Stueben — +44 20 3753 3208
Karl-Oskar Vikstroem — +44 20 3465 2647
**MID CAP - EU core**
Edward Bottomley — +44 20 3465 2746
Fraser Donlon — +44 20 3465 2674
Anna Frontani — +44 20 3465 2697
Remi Grenu — +44 20 3207 7806
Christoph Greulich — +44 20 3753 3119
Vasiliki Kotlida — +44 7817 137 112
Andreas Markou — +44 20 3753 3022
Axel Stasse — +44 20 3753 3191
Trion Reid — +44 20 3753 3113
Jan Richard — +44 20 3753 3029
**MID CAP - UK**
Charlotte Barrie — +44 20 3753 3123
Calum Battersby — +44 20 3753 3118
James Bayliss — +44 20 3753 -3274
Michael Benedict — +44 20 3753 3175
Joseph Bloomfield — +44 20 3753 3248
Alexander Bowers — +44 20 3753 3275
Robert Chantry — +44 20 3207 7861
Thomas Davies — +44 20 3753 3104
Joseph George — +44 7814 945 132
Ned Hammond — +44 20 3753 3017
Tom Horne — +44 20 3207 7913
Edward James — +44 20 3207 7811
Lydia Kenny — +44 20 3753 3105
Kieran Lee — +44 20 3465 2736
William Lindsay — +44 20 3753 3242
Lush Mahendrarajah — +44 20 3207 7896
Benjamin May — +44 20 3465 2667
Bharath Nagaraj — +44 20 3753 3044
Ashton Olds — +44 20 3753 3236
Anthony Plom — +44 20 3207 7908
Annita Ramanen — +44 20 3753 3191
Jonathan Richards — +44 20 3753 3171
Owen Shirley — +44 20 3465 2731
Donald Tait — +44 20 3753 3031
Sean Thapar — +44 20 3465 2657

### BUSINESS SERVICES, LEISURE & TRANSPORT
**BUSINESS SERVICES**
Tom Burlton — +44 20 3207 7852
Cormac Keane — +44 20 3753 3220
**LEISURE**
Jack Cummings — +44 20 3753 3161
Stuart Gordon — +44 20 3207 7858
Benjamin Sandland-Taylor — +44 7816 992 849
**TRANSPORT & LOGISTICS**
Conor Dwyer — +44 20 3753 3216
William Fitzalan Howard — +44 20 3465 2640
Adrian Yanoshik — +44 20 3753 3073

### CONSUMER
**BEVERAGES**
Oliver Anderson — +44 20 3753 3173
Javier Gonzalez Lastra — +44 20 3465 2719
Ellis Gooden — +44 20 3753 3199
**FOOD MANUFACTURING AND HPC**
Fulvio Cazzol — +44 20 3207 7840
Samantha Darbyshire — +44 20 3753 3144
James Targett — +44 20 3207 7873
**GENERAL RETAIL**
Valentine Forsans — +44 20 3753 3268
Sam Parry — +44 20 3465 2690
Graham Renwick — +44 20 3207 7851

### ENERGY
**OIL & GAS**
Daniel Bothe — +44 7971 338 947
James Carmichael — +44 20 3465 2749
Richard Dawson — +44 20 3207 7835
Henry Tarr — +44 20 3207 7827
**UTILITIES**
Andrew Fisher — +44 20 3207 7937
Amber Gleeson — +44 20 3753 3034
Marc Ip Tat Kuen — +44 20 3465 2682
Lawson Steele — +44 20 3207 7887

### FINANCIALS
**BANKS AND DIVERSIFIED FINANCIALS**
Adam Barrass — +44 20 3207 7923
Michael Christodoulou — +44 20 3207 7920
Andrew Lowe — +44 20 3465 2743
Hugh Moorhead — +44 20 3207 7859

### BANKS AND DIVERSIFIED FINANCIALS (ctd)
Eoin Mullany — +44 20 3207 7854
Hal Potter — +44 7974 177 738
Peter Richardson — +44 20 3465 2681
**INSURANCE**
Thomas Bateman — +44 20 3465 2665
Michael Huttner — +44 20 3207 7892
Kathryn Fear — +44 20 3753 3247
Tryfonas Spyrou — +44 20 3753 3058
**REAL ESTATE**
Kai Klose — +44 20 3207 7888
Nithin Kumar Devaraj — +44 20 3465 2680

### HEALTHCARE
**MED. TECH/SERVICES**
Beatrice Allen — +44 20 3465 2662
Sam England — +44 20 3465 2687
Michael Healy — +44 20 3753 3201
Tom Jones — +44 20 3207 7877
Edward Leane — +44 7971 339 063
Odysseas Manesiotis — +44 20 3753 3200
**PHARMACEUTICALS**
Xian Deng — +44 20 3753 3014
Luisa Hector — +44 7971 338 929
Kerry Holford — +44 7971 338 932
Megan Mulcahy — +44 20 3207 7893
Diana Na — +44 20 3753 3181
Ellie Roberts — +44 20 3753 3127

### INDUSTRIALS
**AEROSPACE & DEFENCE**
Andrew Gollan — +44 20 3207 7891
Ross Law — +44 20 3465 2692
George McWhirter — +44 20 3753 3163
**AUTOMOTIVES**
Romain Gourvil — +44 20 3465 2722
**CAPITAL GOODS**
Laurence Brunt — +44 20 3753 3162
Marta Bruska — +44 20 3753 3187
Philip Buller — +44 20 3753 3071
Philippe Lorrain — +44 20 3207 7823
Joel Spungin — +44 20 3207 7867

### MATERIALS
**CHEMICALS**
Sebastian Bray — +44 20 3753 3011
Andrés Castanos-Mllor — +44 20 3753 3218
Anthony Manning — +44 20 3753 3092
Priyanka Patel — +44 20 465 2686
Adrien Tamagno — +44 20 3753 3057
Fabian Weinstock — +44 20 3753 3060
**CONSTRUCTION**
Harry Goad — +44 20 3753 3061
**METALS & MINING**
Oliver Grewcock — +44 20 3753 3215
Jonathan Guy — +44 7980 937 628
Richard Hatch — +44 20 3753 3070
Charlie Rothbarth — +44 20 3753 3105

### TMT
**TECHNOLOGY**
Jonah Emerson — +44 7789 503 090
Nay Soe Naing — +44 203 753 3131
Tammy Qiu — +44 20 3465 2673
**MEDIA**
Jamie Bass — +44 20 3753 3217
Laura Janssens — +44 20 3465 2639
Saim Saeed — +44 20 3465 2748
Sarah Simon — +44 20 3207 7830
**TELECOMMUNICATIONS**
David Burns — +44 20 3753 3059
Usman Ghazi — +44 20 3207 7824
Laura Janssens — +44 20 3465 2639
Abhilash Mohapatra — +44 20 3465 2644
Carl Murdock-Smith — +44 20 3207 7918

### ECONOMICS
Kallum Pickering — +44 20 3465 2672
Holger Schmieding — +44 20 3207 7889
### EQUITY STRATEGY
Edward Abbott — +44 20 3207 7871
Jonathan Stubbs — +44 20 3207 7916
### ESG
Ned Hammond — +44 20 3753 3017
Annabel Hay-Jahans — +44 20 3465 2720
### INVESTMENT TRUSTS
Myrto Charamis — +44 20 3465 2716
Max Haycock — +44 20 3753 3098
### THEMATIC RESEARCH
Toni Gurhy — +44 20 3753 3185