# EXHIBIT 14



**BofA GLOBAL RESEARCH**

**BofA SECURITIES**

# Mercury Systems

# A Leading Indicator of Headwinds or Something Else?

Reiterate Rating: UNDERPERFORM | PO: 43.00 USD | Price: 53.23 USD

## Organic sales declined 13% in 2Q22...but why?

MRCY reported 2Q22 earnings on Tues after the mkt close. With organic sales down 13% y/y in the qtr mgmt claimed MRCY is a leading indicator for the industry as they experienced challenges early on. This in fact was the case; however, we find it curious that mgmt took a victory lap on being a "leading indicator" for a surprise contraction in what they framed as defense mid-tier supply chain sales. While some other defense cos may be seeing tepid growth, a 13% decline is fairly deep for a broadly reasonable (LSD real growth) defense budget environment. Further, not all mid-tier defense contractors experienced such declines. MRCY attributed the difference to revenue recognition strategies and the short-cycle nature of its business. However, we wonder if maybe it's something else. Given the co's disclosure, it's hard to say. We wonder if the co's business model is not as robust as we once thought. MRCY is unique in the defense world a lot of its own product development is self-funded. Most defense contractors have the DoD pay for product development. MRCY spends greater than 10% of sales on company funded R&D whereas most contractors spend far less, ~5%, and most of that is DoD funded. As such, theoretically, MRCY can be more nimble, rapidly innovative and it owns much of its IP. As a result its FCF conv tends to be worse than a typical defense contractor and more volatile. But is it getting a ROI? The mkt does not seem to think so, over the last three years MRCY has not created shareholder value, as measured by total return. Where many defense contractors are up about 40% in that time frame, MRCY is down LSD.

## Updated 2022E, a hockey stick like no other; PO to $43

Mgmt provided an updated 2022 outlook that is very heavily dependent on the 4th qtr, including 20% implied growth in 4Q organic sales and ~43% of total full-year adjusted EBITDA generated in the 4th quarter. If this comes to fruition it would be an impressive outcome for MRCY, and there would likely be upside to the stock price. However, we think this is a herculean task and is unlikely. We could clearly be wrong, and that is a risk to our price objective and investment rating. To some degree, MRCY is dependent on outsourcing from the prime defense contractors. This presents two risks: (1) its pricing in many cases is capped by the "build or buy decision" at the primes but also, (2) it may see softer than expected volumes as the desire to outsource ebbs and flows due to market conditions. Please see inside note for model changes and PO calc.

| Estimates (Jun) (US$) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| EPS | 2.30 | 2.42 | 2.15 | 2.50 | 2.70 |
| GAAP EPS | 1.56 | 1.12 | 0.44 | 1.14 | 1.28 |
| EPS Change (YoY) | 25.0% | 5.2% | -11.2% | 16.3% | 8.0% |
| Consensus EPS (Bloomberg) | | | 2.54 | 2.82 | 3.32 |
| DPS | 0 | 0 | 0 | 0 | 0 |
| **Valuation (Jun)** | | | | | |
| P/E | 23.1x | 22.0x | 24.8x | 21.3x | 19.7x |
| GAAP P/E | 34.1x | 47.5x | 121.0x | 46.7x | 41.6x |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | 19.8x | 17.3x | 18.1x | 14.9x | 13.5x |
| Free Cash Flow Yield* | 2.4% | 1.7% | -1.6% | 1.8% | 3.2% |

*For full definitions of iQmethod℠ measures, see page 6.

>> Employed by a non-US affiliate of BofAS and is not registered/qualified as a research analyst under the FINRA rules.

Refer to "Other Important Disclosures" for information on certain BofA Securities entities that take responsibility for the information herein in particular jurisdictions.

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

Refer to important disclosures on page 7 to 9. Analyst Certification on page 4. Price Objective Basis/Risk on page 4.                    12378960

Timestamp: 03 February 2022 12:29PM EST

03 February 2022

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 45.00 | 43.00 |

**Ronald J. Epstein**
Research Analyst
BofAS
+1 646 855 5695
r.epstein@bofa.com

**Mariana Perez Mora** >>
Research Analyst
Merrill Lynch (Argentina)
mariana.perezmora@bofa.com

**Elizabeth Grenfell**
Research Analyst
BofAS
elizabeth.grenfell2@bofa.com

### Stock Data

| | |
|---|---|
| Price | 53.23 USD |
| Price Objective | 43.00 USD |
| Date Established | 3-Feb-2022 |
| Investment Opinion | B-3-9 |
| 52-Week Range | 44.44 USD - 79.45 USD |
| Mrkt Val (mn) / Shares Out (mn) | 2,959 USD / 55.6 |
| Average Daily Value (mn) | 44.87 USD |
| BofA Ticker / Exchange | MRCY / NAS |
| Bloomberg / Reuters | MRCY US / MRCY.OQ |
| ROE (2022E) | 7.9% |
| Net Dbt to Eqty (Jun-2021A) | 5.8% |
| **ESGMeter™** | **Medium** |

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's ESG-related attributes. It is intended to indicate a company's likelihood of experiencing stronger financial stability (higher ROE and lower earnings and price volatility) over the next three years relative to its peer group. There are three ESGMeter levels – Low, Medium, and High. Refer to "BofA ESGMeter Methodology". **ESGMeter is not intended to be indicative of a company's future stock price performance and is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.**

BofA GLOBAL RESEARCH

# *iQprofile*<sup>SM</sup> Mercury Systems

## *iQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Return on Capital Employed | 6.0% | 4.0% | 1.5% | 3.1% | 3.2% |
| Return on Equity | 9.5% | 9.3% | 7.9% | 8.8% | 9.0% |
| Operating Margin | 11.4% | 8.8% | 4.0% | 8.4% | 8.8% |
| Free Cash Flow | 72 | 52 | (48) | 54 | 95 |

## *iQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 0.9x | 0.7x | 0x | 0.8x | 0.9x |
| Asset Replacement Ratio | 2.3x | 1.8x | 1.5x | 1.4x | 1.0x |
| Tax Rate | 8.8% | 19.6% | 24.0% | 24.0% | 24.0% |
| Net Debt-to-Equity Ratio | -16.4% | 5.8% | 28.5% | 35.7% | 39.3% |
| Interest Cover | NM | NM | 8.3x | 9.6x | 9.5x |

## Income Statement Data (Jun)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Sales | 797 | 924 | 1,006 | 1,114 | 1,217 |
| % Change | 21.7% | 16.0% | 8.9% | 10.7% | 9.3% |
| Gross Profit | 357 | 385 | 402 | 468 | 514 |
| % Change | 24.7% | 7.9% | 4.5% | 16.2% | 9.9% |
| EBITDA | 176 | 202 | 194 | 234 | 260 |
| % Change | 21.3% | 14.6% | -4.1% | 21.0% | 10.8% |
| Net Interest & Other Income | 3 | (4) | (8) | (10) | (11) |
| **Net Income (Adjusted)** | **127** | **134** | **120** | **141** | **153** |
| **% Change** | **42.4%** | **5.8%** | **-10.7%** | **17.4%** | **8.7%** |

## Free Cash Flow Data (Jun)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 86 | 62 | 25 | 64 | 72 |
| Depreciation & Amortization | 49 | 67 | 94 | 102 | 111 |
| Change in Working Capital | (41) | (63) | (145) | (95) | (82) |
| Deferred Taxation Charge | (3) | (1) | 1 | 0 | 0 |
| Other Adjustments, Net | 24 | 32 | 28 | 39 | 42 |
| Capital Expenditure | (43) | (46) | (50) | (56) | (49) |
| **Free Cash Flow** | **72** | **52** | **-48** | **54** | **95** |
| **% Change** | **1.5%** | **-28.2%** | **NM** | **NM** | **77.1%** |

## Balance Sheet Data (Jun)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Cash & Equivalents | 227 | 114 | 112 | 66 | 61 |
| Trade Receivables | 120 | 129 | 137 | 162 | 177 |
| Other Current Assets | 287 | 400 | 616 | 705 | 785 |
| Property, Plant & Equipment | 88 | 129 | 149 | 174 | 184 |
| Other Non-Current Assets | 888 | 1,184 | 1,411 | 1,527 | 1,641 |
| **Total Assets** | **1,611** | **1,955** | **2,426** | **2,633** | **2,848** |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 126 | 151 | 207 | 212 | 212 |
| Long-Term Debt | 0 | 200 | 552 | 652 | 752 |
| Other Non-Current Liabilities | 100 | 120 | 128 | 128 | 128 |
| **Total Liabilities** | **226** | **471** | **887** | **992** | **1,092** |
| **Total Equity** | **1,385** | **1,484** | **1,539** | **1,641** | **1,756** |
| **Total Equity & Liabilities** | **1,611** | **1,955** | **2,426** | **2,633** | **2,848** |

* For full definitions of *iQmethod* <sup>SM</sup> measures, see page 6.

## Company Sector

Defense Electronics

## Company Description

Mercury Systems is a defense electronics supplier providing affordable, technology-innovative, and secure subsystems development and deployment capabilities. MRCY's sensor and mission processing and platform management subsystems (including radio frequency, microwave, digitalization, and storage capabilities) are used to power US defense and intelligence applications.

## Investment Rationale

Mercury Systems is a leader in secure and affordable defense electronic solutions for the US Department of Defense (DoD). The company is a beneficiary of the DoD's initiatives to reduce cost by using commercial off the shelf (COTS) solutions for defense electronics. Increased use of COTS and an upturn in US defense spending could provide long-term growth and there is upside for MRCY from M&A. We rate MRCY Underperform based on valuation and the lack of organic growth in the current FY.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 842,906 |

## Quarterly Earnings Estimates

| | 2021 | 2022 |
|---|---|---|
| Q1 | 0.51A | 0.41A |
| Q2 | 0.54A | 0.40A |
| Q3 | 0.64A | 0.54E |
| Q4 | 0.73A | 0.80E |

CR

**BofA GLOBAL RESEARCH**

# Updating estimates and PO to $43

Mgmt provided an updated 2022 outlook that is very heavily dependent on the 4th qtr. Organic sales are expected to decline 9% at the midpoint for 3Q and to decline 3% at the midpoint for the full year, implying 20% growth in organic sales in 4Q after -11% in 1Q and -13% in 2Q. Furthermore, adjusted EBITDA outlook implies ~43% of total full-year adjusted EBITDA is generated in the 4th quarter. If this comes to fruition it would be an impressive outcome for MRCY, and there would likely be upside to the stock price. However, we think this is a herculean task and is unlikely. We could clearly be wrong, and that is a risk to our price objective and investment rating.  To some degree, MRCY is dependent on outsourcing from the prime defense contractors. This presents two risks: (1) its pricing in many cases is capped by the "build or buy decision" at the primes but also, (2) it may see softer than expected volumes as the desire to outsource ebbs and flows due to market conditions.  If mgmt's confidence comes from bookings data for its short-cycle business, we would expect organic forecasts to be more in-line every quarter. That is to say, why did they not see this in previous quarters? We are updating our model and taking a somewhat more conservative approach than mgmt. We forecast 12% organic sales contraction in 3Q22 and (6)% in 2022, implying 10% growth in 4Q22. We assume operating leverage improves with sales growth, but not to the same extent as management. We therefore estimate FY22 EPS of $2.15 (vs. $2.52 prior) and FY23 of $2.50 (vs. $2.55) as we assume a slower organic growth recovery than before. We lower our PO to $43 from $45 based on a 1.4x relative P/FCF multiple on CY23 estimates.



CR

**BofA GLOBAL RESEARCH**

## Price objective basis & risk

**Mercury Systems (MRCY)**
Our $43 PO is based on a 1.4x relative P/FCF multiple on CY23 estimates. This multiple is consistent with where the stock traded on average since Dec 2008, excluding outliers, and we believe it is currently justified given the slowing DoD budget and Mercury's anticipated declining organic growth in FY22.

Risks to the upside: Better than expected recovery to the DoD budget than currently anticipated could positively impact our estimates. Accretive acquisitions could provide upside to our estimates.

Risks to the downside: If there were a reversal in the defense primes' secular shift towards subsystems outsourcing, Mercury Systems' revenue would be negatively affected. Despite the complex and costly defense business process and high-capital requirements, the large commercial enterprises (such as blade server providers) or Silicon Valley technology companies could enter the military secure processing and storage subsystems business. Should MRCY run into any problems with integrating M&A, containing its costs, or a heightened competitive environment there could be downside risk to our estimates.

## Analyst Certification

I, Ronald J. Epstein, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



CR

BofA GLOBAL RESEARCH

**US - Aerospace and Defense Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AerCap Holdings N.V. | AER | AER US | Ronald J. Epstein |
| | Air Lease Corporation | AL | AL US | Ronald J. Epstein |
| | Albany International | AIN | AIN US | Ronald J. Epstein |
| | BWX Technologies, Inc. | BWXT | BWXT US | Ronald J. Epstein |
| | CACI International | CACI | CACI US | Mariana Perez Mora |
| | Crane Co. | CR | CR US | Ronald J. Epstein |
| | Embraer | ERJ | ERJ US | Ronald J. Epstein |
| | General Dynamics | GD | GD US | Ronald J. Epstein |
| | L3Harris | LHX | LHX US | Ronald J. Epstein |
| | Leidos Holdings | LDOS | LDOS US | Mariana Perez Mora |
| | Northrop Grumman | NOC | NOC US | Ronald J. Epstein |
| | Raytheon Tech | RTX | RTX US | Ronald J. Epstein |
| | Rocket Lab | RKLB | RKLB US | Ronald J. Epstein |
| | Spirit AeroSys-A | SPR | SPR US | Ronald J. Epstein |
| | Teledyne Technologies Inc | TDY | TDY US | Ronald J. Epstein |
| | TransDigm Group Inc. | TDG | TDG US | Ronald J. Epstein |
| | Triumph Group | TGI | TGI US | Ronald J. Epstein |
| **NEUTRAL** | | | | |
| | Astra Space Inc. | ASTR | ASTR US | Ronald J. Epstein |
| | Boeing | BA | BA US | Ronald J. Epstein |
| | Garmin | GRMN | GRMN US | Ronald J. Epstein |
| | HEICO Corporation | HEI | HEI US | Ronald J. Epstein |
| | Huntington Ingalls Industries | HII | HII US | Ronald J. Epstein |
| | Lockheed Martin | LMT | LMT US | Ronald J. Epstein |
| | Maxar Technologies, Inc. | MAXR | MAXR US | Ronald J. Epstein |
| | Textron | TXT | TXT US | Ronald J. Epstein |
| **UNDERPERFORM** | | | | |
| | Bombardier Inc. | YBBD B | BBD/B CN | Ronald J. Epstein |
| | Booz Allen Hamilton | BAH | BAH US | Ronald J. Epstein |
| | CAE Inc. | YCAE | CAE CN | Ronald J. Epstein |
| | Hexcel Corporation | HXL | HXL US | Ronald J. Epstein |
| | ManTech International | MANT | MANT US | Mariana Perez Mora |
| | Mercury Systems | MRCY | MRCY US | Ronald J. Epstein |
| | Parsons Corporation | PSN | PSN US | Ronald J. Epstein |
| | Spire Global inc | SPIR | SPIR US | Ronald J. Epstein |
| | Virgin Galactic Holdings | SPCE | SPCE US | Ronald J. Epstein |



CR

**BofA GLOBAL RESEARCH**

## *iQ*method ℠ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod* ℠ is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile* ℠, *iQmethod* ℠ are service marks of Bank of America Corporation. *iQdatabase* ® is a registered service mark of Bank of America Corporation.

BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**Mercury Systems (MRCY) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Aerospace/Defense Electronics Group (as of 31 Dec 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 26 | 53.06% | Buy | 16 | 61.54% |
| Hold | 12 | 24.49% | Hold | 12 | 100.00% |
| Sell | 11 | 22.45% | Sell | 9 | 81.82% |

**Equity Investment Rating Distribution: Global Group (as of 31 Dec 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1982 | 58.85% | Buy | 1249 | 63.02% |
| Hold | 696 | 20.67% | Hold | 429 | 61.64% |
| Sell | 690 | 20.49% | Sell | 346 | 50.14% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster [R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2] Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Mercury Systems.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Mercury Systems.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Mercury Systems.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Mercury Systems.
BofAS or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Mercury Systems.
BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Mercury Systems.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Mercury Systems.



CR

BofA GLOBAL RESEARCH

BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile

**8**    Mercury Systems | 03 February 2022

**BofA GLOBAL RESEARCH**

and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**BofA ESGMeter Methodology:**

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's Environmental, Social and Governance-related attributes. The ESGMeter is intended to indicate a company's likelihood of experiencing stronger financial stability (higher return on equity and lower earnings and price volatility) over the next three years relative to peer group. There are three ESGMeter levels – Low, Medium, and High – which indicate whether a company has attributes most likely to translate into superior financial stability (in the case of a High level) or weaker financial stability (in the case of a Low level) over the next three years relative to its peer group. A Medium level suggests that a company exhibits ESG characteristics that are likely associated with financial stability results in line with its peer group over the next three years. Full details of our methodology, financial stability definition and disclaimers are available at BofA ESGMeter methodology. ESGMeter is not intended to be indicative of a company's future stock price performance and is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.

**Copyright and General Information:**

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

