# EXHIBIT 18

# Jefferies

USA | Aerospace & Defense Electronics

## Mercury Systems

**Equity Research**
May 7, 2023

# Looking for Growth With a For Sale Sign Out Front

MRCY continues to be hampered by timing and program delays. Our FY23 (June YE) EPS est of $1.45 is cut by 24% from prior to reflect a 3% revenue cut and margins moving down 330 bps to 16.5%. The strategic review does drive a potential floor w/ our potential takeout range at $34-50/sh but until MRCY can show a stabilization in its business which could be its FH2:24.

**Heavy Cut to FY23 Guide Highlights Limited Visibility.** MRCY's results were weighed down by guidance being reduced on delayed development programs and the third year of pandemic-related effects on the supply chain. As a result, our FY23 EPS est of $1.45 is cut by 24%, driven by a 3% revenue cut and margins moving down 330 bps to 16.5% with just one quarter left in FY23. The shift over the last 90 days is tied to delayed development programs which had an impact on follow-on production orders that were expected to contribute 2/3 of H2 growth w/ the rest tied to continued supply chain pressures, which worsened at the upper end in the Q w/ semiconductor lead times going from 72 weeks in FQ2 to 78 weeks at the upper end. As MRCY receives follow-on production awards into FH1:24, revenues should return to more normalized growth metrics.

**Strategic Review Ongoing - Any Near-Term Upside Likely Comes From Buyout Angle.** MRCY continues to conduct a strategic review, with a sale to P/E most likely the outcome in our view. We had previously pointed to potential bid-ask issues surrounding stock-based comp, near-term revenue declines vs. HSD growth potential, and historically low FCF conversion. The drop in share price does provide some room to maneuver, but we continue to see a difficult path for a strategic acquirer given vertical integration issues, leaving a financial buyer as the most likely option. Our FY23 and FY24 EBITDA ests are cut by 19% and 6%, respectively to $164MM and $230MMM. Consensus for FY24 is now $221MMM. However, we note MRCY's peak EBITDA was $176MM in FY20 and $200MM in FY21. If we take FY20 EBITDA of $176MM and assume a 12X multiple we arrive at a price of $34. The high end assumes 17X EBITDA arriving at $50 (Ex. 1).

**EBITDA Margins into FY24 Rely on Improved Production Mix.** Adj. EBITDA margins in FQ3 fell 420 bps y-o-y to 16.5%, well below the FY14-FY22 EBITDA margin average of 20.3%. The margin degradation was driven by higher development mix at 40% of revenues vs. 20% typically driving gross margins down 510 bps y-o-y. The margin path forward is supported by normalized development mix as delayed development programs transition to production in FY24. We est EBITDA margins of 21.3% and 22.3% in FY24 and FY25, respectively, or 90 bps below peak. Each 100 bps of EBITDA = $10MM of EBITDA or $2/sh assuming 12X EBITDA (Ex. 13).

**W/Cap Drains FCF.** We lower our FCF to a usage of $71MM in FY23. MRCY's w/cap balance ends FY23 at 65% of sales vs. 37% on avg between FY12 and FY 22 (Ex. 2). We forecast $129MM of FCF in FY24 (56% conversion) with $137MM in FY25 (52%), w/ upside from working cap unwind.

| TARGET \| ESTIMATE CHANGE | |
|---|---|
| RATING | HOLD |
| PRICE | $39.16^ |
| PRICE TARGET \| % TO PT | ↓$45.00 ($55.00) \| +15% |
| 52W HIGH-LOW | $65.42 - $34.13 |
| FLOAT (%) \| ADV MM (USD) | 102.0% \| 13.58 |
| MARKET CAP | $2.2B |
| TICKER | MRCY |

^Prior trading day's closing price unless otherwise noted.

| | CHANGE TO JEFe | | JEF vs CONS | |
|---|---|---|---|---|
| | 2023 | 2024 | 2023 | 2024 |
| REV | -3% | -3% | NA | NA |
| EPS | -24% | -8% | NA | NA |

| 2023 ($) | Q1A | Q2A | Q3A | Q4 | FY |
|---|---|---|---|---|---|
| EPS | 0.24 | 0.26 | ↓0.40 | ↓0.53 | ↓1.45 |
| PREV | | | 0.41 | 0.97 | 1.90 |

**Exhibit 1 - Takeout Range of $34-50 Including $250MM of Excess Working Capital on FY20 EBITDA**

| | Low | High |
|---|---|---|
| **FY20 EBITDA** | $176 | $176 |
| Multiple | 12.0X | 17.0X |
| **Enterprise Value ex-W/Cap** | $2,112 | $2,992 |
| Excess Working Capital | $250 | $250 |
| **Enterprise Value w/ W/Cap** | $2,362 | $3,242 |
| Implied Multiple | 13.4X | 18.4X |
| Current Net Debt | $435 | $435 |
| **Equity Value** | $1,927 | $2,807 |
| Shares Outstanding (MM) | 56.5 | 56.5 |
| **Implied Price** | $34 | $50 |
| Upside/Downside | -40.2% | -12.8% |
| Stock-Based Comp | $42 | $42 |
| **2024 EBITDA ex-SBC** | $135 | $135 |
| Implied Multiple | 17.6X | 24.1X |
| Cash Conversion | 50% | 50% |
| **Implied FCF** | $88 | $88 |
| Implied FCF Yield | 4.6% | 3.1% |

Source: Company data, Jefferies estimates

**Sheila Kahyaoglu * | Equity Analyst**
(212) 336-7216 | sheila.kahyaoglu@jefferies.com

**Scott Forbes * | Equity Associate**
(212) 778-8779 | sforbes@jefferies.com

**Kyle Wenclawiak * | Equity Associate**
(212) 323-7671 | kwenclawiak@jefferies.com

| (FY Jun) | 2022A | 2023E | 2024E | 2025E |
|---|---|---|---|---|
| Rev. (MM) | 988.2 | 998.1 | 1,077.9 | 1,174.9 |
| EV/Rev | 2.7x | 2.6x | 2.4x | 2.2x |
| P/Rev | 2.2x | 2.2x | 2.0x | 1.8x |
| EV/EBITDA | 13.1x | 12.2x | 10.8x | |

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 22 - 27 of this report.
* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies



**Exhibit 2 - Working Capital Elevated to 65% of Sales in FY23E vs. 37% on Average Between FY12 and FY22 Offering Upside to Cash from Normalization**

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

2

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
May 7, 2023

## The Long View: Mercury Systems

### Investment Thesis / Where We Differ

- The NT growth outlook appears challenged given supply chain shortages and program funding delays, implying a steep ramp through the end of the year for both organic revenue and adj. EBITDA margins. However, bookings are accelerating on higher defense spending and key programs including LTAMDS and F-35 should remain growth drivers into FY24. This has now been pushed another year in FY24 given supply chain contracts and lead times.

- The strategic review likely adds a floor to the stock, but the outcome remains uncertain. We forecast a potential takeout range of $34-50.

### Risk/Reward - 12 Month View



### Base Case,
## $45, +15%

- Organic revs up 8% in FY24 as programs including LTAMDS, F-35, and missile platforms drive growth but supply chain continues to pressure. Revs up 8% in FY25.
- Gross margins expand to 40.0% in FY24 as mix improves, licensing fees grows, and operating leverage is realized.
- FCF improves on better unbilled and billed receivables collections, as well as inventory workthrough.
- PT $45: 11.2x EBITDA (market multiple vs. 3-year avg of 26%); 16.1x P/E (market multiple vs. 3-year avg of 31%); 5.4% FCF yield (market multiple vs. 3-year avg of 78%)

### Upside Scenario,
## $66, +69%

- Revenue grows 12% in FY24 following a subdued FY23 as bookings accelerate and supply chain pressures alleviate w/ HSD/LDD growth in FY25.
- Gross margins expand at >42% and adj. EBITDA margins at ~24% as operating leverage drives benefit and mix improves.
- Additional content wins on existing programs and development programs ramp quicker than expected.
- PT $66: Adj. EBITDA of $290MM and multiple of 16X (40% prem to mkt)
- Supported by potential takeout at 17X EBITDA + $250MM of excess working capital driving high end of range to $66.

### Downside Scenario,
## $25, -36%

- Bookings fail to materialize as funding delays continue.
- Supply chain shortages for critical components weigh on shipments, delaying cash collections.
- Organic revenue roughly flat in FY24 as supply chain issues continue.
- PT $25: Adj. EBITDA of $200MM drives FCF of $85MM w/ 30% conversion; FCF yield of 5.8% (20% disct).

### Sustainability Matters

**Top Material Issue(s): 1) Ecological Impacts:** MRCY's facilities are all certified by the EPA as either Very Small Quantity Generators or Small Quantity Generators, with the company focusing on implementing enhanced storage, handling and disposal procedures at its sites. **2) Labor Practices:** MRCY is committed to fostering an inclusive environment in the workplace. In 2018, MRCY hired a consulting firm to investigate gender pay gaps, finding that women were paid on average 2-4% less than men. MRCY has proactively worked to address the issue through pay adjustments for women.

**Company Target(s): 1)** Commitment to the efficient control of minimizing its environmental footprint; **2)** Aiming to reduce water, electricity and natural gas usage and reduce greenhouse gas emissions

**Qs to Mgmt: 1)** What are MRCY's plans for beginning to quantify ESG targets? **2)** How successful has MRCY been in eliminating racial and gender pay gaps given the consulting services for identifying and quantifying pay inequality within the business?

The Five ESG Issues Investors Should Look At When Investing in A&D

### Catalysts

- Cash benefits from better collections as supply chain pressures ease, approaching ~50% FCF conversion target.
- Bookings remain elevated with B2B of >1.0X, driving organic revenue growth.
- Program growth in LTAMDS, F-35, F-18, and SEWIP, as well as new contract wins.
- Margins improve on better mix and cost-savings initiatives.
- Possible accretive M&A and synergies from existing deals.
- Strategic review conclusion with announced acquisition or no acquisition

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

## Investment Considerations

- 1. Bookings Remain Strong Setting Up Return of HSD Organic Growth in FY24
- 2. Mix and Supply Chain Continue to Impact Profit
- 3) FCF Ramps in FY24 as Supply Chain Pressures Alleviate
  - a) Working Capital Headwinds Begin to Unwind Following $250MM of Investment
- 4. Price Target and Valuation

## 1. Bookings Remain Strong Setting Up Return of HSD Organic Growth in FY24

MRCY's Q3 backlog of $1.1BB stepped up by 10% y-o-y. MRCY expects $695MM, or 63% of its backlog to be shipped over the next 12 months, with the 12-month backlog now up 9% y-o-y but down 9% sequentially.

MRCY saw some lower bookings in FH1 following strong bookings in FH1, w/ a B2B of 0.93X following 1.18X in FQ2, which supports the outlook for the full year, with MRCY expecting a B2B above 1X for the full-year. MRCY had previously expected bookings to increase sequentially in the second half, but bookings fell 9% sequentially.

**Exhibit 3 - Backlog Expected to be Recognized Over the Next 12 Months at the Highest Level in History of the Company**



Source: Company data, Jefferies estimates

Bookings fell 17% y-o-y to $245MM in FQ3, with a B2B of 0.93X. In FQ3, key bookings included V-22, F-16, Aegis, AH-64, and a classified C4I program.

In FQ3, MRCY organic revenues expanded 4%, driven by largest revenue programs in the quarter being LTAMDS, Aegis, F-35 and a classified C4I program. MRCY now expects revenues to be fairly flat organically in FY23, with our estimates factoring in organic revenue down 2% in FY23 improving to 8% in FY24 due to some element of catch-up and normalization of the supply chain.

Please see important disclosure information on pages 22 - 27 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

4

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

Exhibit 4 - Organic Revenue Contribution in the HSD to LDD Range with Further Contribution from M&A Historically - Expecting to Return to HSD Organic Growth in FY24 and FY25



Source: Company data, Jefferies estimates

MRCY has historically outperformed peers in organic revenue growth, warranting its historical premium valuation, although in the four most recent quarters, revenue growth has underperformed. In FQ3:23, MRCY revenue expanded 4% y-o-y compares to the defense primes up 6% and supplier peers up 2% in the quarter.

Exhibit 5 - 1% Organic Increase in FQ3:23 - Continuing to Lag Prime Growth at 6% and Supplier Growth at 4%



Source: Company data, Jefferies estimates

## 2. Mix and Supply Chain Continue to Impact Profit

In FQ3, MRCY reported adj. EBITDA of $43.5MM, reflecting a 16.5% margin, well short of our estimate of 18.4%. MRCY is facing temporary margin degradation across the business, driven by development program mix and pandemic-related impacts on product and program execution. Development stage programs make up 40% of revenues in FY23 vs. 20% in a typical year, with period of performance on programs increasing to 30 months from 18 months prior driven by delays in development programs. Outside of these two items, the margin story is being impacted by a few factors :

- 1. MRCY is seeing DD increases in the price of **semiconductors**, with 70% of the business related to processing systems and 38% of external spend on semis. There have been signs of improvement in lead times, which now stand in the 13 to 78 week range, down from 36-72

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

week lead times in Q2. This remains well above the 10-12 week levels seen pre-pandemic. Nonetheless, there have been signs of improvement as decommit rates have improved but MRCY has seen price increases from Intel, from Xilinx, and from Analog Devices. As part of 1MPACT, MRCY established a centralized procurement organized organization that has improved purchasing efficiency.

- 2. MRCY has updated its commercial catalog pricing (60% of revs) to price future business at market rates, while 35% of revs are firm-fixed-price and the remaining 5% are cost-plus. The short cycle nature of MRCY should help it bake in inflation adjusters and pricing into contracts upon rebidding. MRCY has stood up a pricing center of excellence to drive strategic pricing and best practices in both pricing and cost estimation, focused on value-based pricing.

Gross margin of 34.3% in FQ3 contracted 510 bps y-o-y while adj. EBITDA margins fell 420 bps to 16.5%. The decline in gross margins was driven by the mix shift towards development programs. MRCY disclosed that development programs in the initial phase carry gross margins in the low to mid 30s percent range on average, while more mature production programs are above 40% on average. As these programs shift to production in FY24, this should provide a gross margin tailwind. Nonetheless, the mix shift towards development programs have been compounded by execution delays and inefficincies which led to many of the largest development programs entering final testing and qualification in FY23, which has led to technical challenges that has had a compounding effect on gross margins. This is centered around a dozen or so development programs that have contributed to FY23 cost growth that should near completion over the next two to three quarters. We forecast gross margins improve to 40% in FY24 from 34.4% in FY23.

MRCY's strategy of investing in IRAD positions the company well for the increased use of OTA contracting vehicles by the DoD, as it looks to accelerate the procurement cycle and expand the use of nontraditional suppliers. We expect R&D as a % of sales rises to 11.0% in FY23 and 11.5% in FY24. The key areas of investment are security and secure processing, avionics and mission computing, radar modernization, and the continued investment in trusted microelectronics. The investments support MRCY's 10-year growth outlook, including in secure processing.

**Exhibit 6 - FY23 EBITDA Margins Challenged in Q3 due to Development Mix and Pandemic-Related Issues**

| | Q1:22 | Q2:22 | Q3:22 | Q4:22 | Q1:23 | Q2:23 | Q3:23 | Q4:23E | 2021 | 2022 | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start EBITDA | $43 | $45 | $55 | $59 | $38 | $38 | $52 | $72 | $176 | $202 | $201 | $164 | $230 |
| Volumes | -6 | -8 | -7 | 5 | -9 | -5 | -9 | -13 | 25 | -16 | -35 | 71 | 33 |
| R&D | 1 | 1 | 4 | 7 | 1 | 3 | 0 | -5 | 1 | 14 | -2 | -5 | 0 |
| End EBITDA | $38 | $38 | $52 | $72 | $31 | $36 | $43 | $54 | $202 | $201 | $164 | $230 | $262 |
| Adj. EBITDA Margin | 17.0% | 17.3% | 20.7% | 24.7% | 13.7% | 15.5% | 16.5% | 19.5% | 21.9% | 20.3% | 16.5% | 21.3% | 22.3% |
| Volume Incremental | -29% | -86% | N/A | 13% | -334% | -85% | -86% | 102% | 20% | -24% | -351% | 89% | 34% |

Adj. EBITDA margins declined by 420bps y-o-y driven by 2 main items: 1) significant mix shift towards development programs at 40% of revs vs. 20% typically; and 2) pandemic-related impacts on product and program execution.

As the top-line improves, we see margins following, our estimates factor in margins improving at an 89% incremental in 2024 as MRCY lapses headwinds w/ a more normalized 34% incremental in 2025 as supply chain normalizes.

Source: Company data, Jefferies estimates

We show Adj. EBITDA from FY14 to FY25, with MRCY seeing steady growth between FY14 and FY21, bolstered by acquisition. We have seen EBITDA stagnate between FY21 and FY23 given supply chain pressures, with our estimates factoring in a return to growth in FY24 and FY25.

Please see important disclosure information on pages 22 - 27 of this report.

6

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Exhibit 7 - MRCY Adj. EBITDA FY14 to FY25E - Stagnation Between FY21 and FY23E on the Long Term Growth Trend with a Return to Growth Expected in FY24



Source: Company data, Jefferies estimates

We consider revenue and EBITDA growth since FY15 to assess management's ability to integrate acquired companies and achieve synergies. Since FY14 when MRCY first embarked on its acquisitive strategy, revenue growth has grown at a CAGR of 22% compared to EBITDA growth at a 32% CAGR, suggesting significant achieved revenue and cost synergies. However, we note that the margin narrows when we look at the period since FY17, where revenue grew ahead of profits at a 19% CAGR compared to a 16% CAGR for EBITDA. Nonetheless, the 4.7X expansion of revenue over the last 8 years compares to a 9.1X expansion of EBITDA, which points to full integration of deals over the past 8 years.

Over the past five years, core sales growth (excluding acquisitions) has averaged 6%, while core EBITDA has also averaged 5% over the period. This presents a risk to the outlook as the company has not presented sustained synergies from older acquisitions or effectively deployed cost savings programs. However, a key aspect of the strategy is MRCY's investment in internal R&D, which supports innovative technologies to drive organic growth and has reduced the company's EBITDA generation, along with external M&A, which plays a role in the company's 1MPACT initiative.

Exhibit 8 - Since Acquisition Focus Started in 2014, EBITDA Has Grown at 32% CAGR Ahead of Revenues at 22% CAGR



Source: Company data, Jefferies estimates

Exhibit 9 - Core Revenue vs. Core EBITDA Growth - EBITDA Outperforms in FY23 and FY24



Source: Company data, Jefferies estimates

**1MPACT Benefits Delayed a Year on Inflation.** The time to achievement is now delayed by one year into FY27 as inflationary impacts in FY23 more than offset cost-savings initiatives. Thus far MRCY has set up a centralized procurement organization as well as a pricing organization inside of

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

**Jefferies**

the business that has driven the mitigation of 10-20% increases seen across semiconductors. The program focuses on five areas:

- 1. **Organizational efficiency and scalability:** front-end loaded to streamline operations.
- 2. **Procurement, supply chain and pricing:** primary focus of FY22 including the new procurement system that provides better insights across the enterprise for priority spending. Now expecting pricing to partially offset inflation rather than provide accretion, with mitigation of 10-20% semiconductor inflationary pressures.
- 3. **Facility consolidation:** consolidated two facilities in CA and two in GA in FY22, with several options for FY23 that should be completed by year-end.
- 4. **R&D rationalization:** extensive portfolio review to maximize internal R&D ROI and efficiently use resources amidst labor availability challenges.
- 5. **Balance sheet management:** managed inventories and unbilled receivables.

In FY23, mgmt expects 1MPACT initiatives to only offset inflationary pressures. We estimate the lack of operating leverage, mix headwinds and inflationary pressures, along with the impact of the pandemic drive margins down to 16.5% in FY23 before recovering to 21.3% in FY24, down 280 bps and up 100 bps from FY22, respectively.

Each 100 bps of margins off our 21.3% base is equivalent to $10MM of adj. EBITDA.

Exhibit 10 - FY24 Adj. EBITDA Sensitivity to Revenue CAGR and Margin - Each pt of Margin Worth ~$10MM to FY24 Adj. EBITDA

| FY24 Adj. EBITDA Margin | FY22-FY24 Organic Revenue CAGR | | | | |
|---|---|---|---|---|---|
| | 1.2% | 2.2% | 3.2% | 4.2% | 5.2% |
| 19.3% | $200 | $204 | $208 | $212 | $216 |
| 20.3% | $211 | $215 | $219 | $223 | $227 |
| 21.3% | $221 | $225 | $230 | $234 | $238 |
| 22.3% | $231 | $236 | $240 | $245 | $250 |
| 23.3% | $242 | $246 | $251 | $256 | $261 |

Source: Company data, Jefferies estimates

MRCY has historically recorded 12-13% of revenue as R&D expenses, which we forecast to normalize at 12% of net sales through FY25E, expanding in line with revenue with some benefit from operating leverage.

Exhibit 11 - R&D Expense Expected to Stabilize in the ~12-13% Range Through FY24



Exhibit 12 - R&D Increase In Line with Revenue Expansion



Source: Company data, Jefferies estimates

Source: Company data, Jefferies estimates

We sensitize FY24 EPS and potential share price based on a historical average premium to the market on FY24 organic growth and Adj. EBITDA margins. We expect each pt of organic growth is

Please see important disclosure information on pages 22 - 27 of this report.

8

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

worth ~$0.03 to FY24 EPS, with the larger opportunity coming around margin expansion, with each pt of margin in FY24 worth ~$0.15 to FY24 EPS vs. our base case of $2.35.

On a share price basis, we assume a slight premium to the market multiple, well below MRCY's historical average given the headwinds and uncertainty facing the business. Each 2 pts of organic growth are worth ~$1/sh to value with each point of Adj. EBITDA margins worth closer to ~$2/share using our assumed multiple.

**Exhibit 13 - FY24 EPS Sensitivity on Organic Growth and Margins - Each 1 pt of Organic Growth Worth ~$0.03 to FY22 EPS With Each Pt of Margins Worth ~$0.15**

| | FY24 Organic Growth | | | | |
|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% |
| **19.3%** | $1.95 | $2.00 | $2.05 | $2.11 | $2.16 |
| **20.3%** | $2.09 | $2.15 | $2.20 | $2.26 | $2.31 |
| **21.3%** | $2.23 | $2.29 | $2.35 | $2.41 | $2.47 |
| **22.3%** | $2.38 | $2.44 | $2.50 | $2.56 | $2.62 |
| **23.3%** | $2.52 | $2.58 | $2.65 | $2.71 | $2.77 |

(FY24 Adj. EBITDA Margin)

Source: Company data, Jefferies estimates

**Exhibit 14 - Share Price Sensitivity on Growth and Margins - Each 1 pt of Growth Worth ~$1/sh based on Historical Premium to the Market**

| | FY24 Organic Growth | | | | |
|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% |
| **19.3%** | $34 | $35 | $35 | $36 | $37 |
| **20.3%** | $36 | $37 | $38 | $38 | $39 |
| **21.3%** | $38 | $39 | $40 | $41 | $41 |
| **22.3%** | $40 | $41 | $42 | $43 | $44 |
| **23.3%** | $42 | $43 | $44 | $45 | $46 |

(FY24 Adj. EBITDA Margin)

Source: Company data, Jefferies estimates

# 3) FCF Ramps in FY24 as Supply Chain Pressures Alleviate

## a) Working Capital Headwinds Begin to Unwind Following $250MM of Investment

FQ3 FCF was a usage of $13MM that absorbed a $35MM headwind from working capital. Q3 FCF included a $19MM payment related to the change in R&D tax legislation, which pushed FCF negative.

YTD FCF is a usage of $70MM, with the guide now calling for , weighted towards Q4 and inclusive of a $36MM cash tax related to the treatment of R&D amortization. Q4 FCF is expected to be breakeven.

MRCY has faced ~$250MM build up of working capital over the last two years:

- Products that are majority completed (~80%) awaiting supplier parts, and since payment milestones are based upon delivery, particularly for over-time work (mid-30% of biz and growing on a normalized basis), the products cannot be shipped and thus, payment cannot be collected.
- Unbilled receivables as a % of over-time sales are >40% vs. 35% pre-pandemic, expecting normalization over time. This was driven by the growing proportion of % of completion revenue recognition, with over-time revenue increasing to 60% of total revenue vs. 44% a year ago.
- Semiconductor process lead times peaked in FQ1:23 at 52 to 99 weeks but at 13-78 weeks remain well above pre-pandemic levels of 10-12 weeks.

In aggregate, MRCY has $250MM of excess working capital, which it expects to play into valuation. Mgmt is expecting substantial cash release from the balance sheet as supply chain impacts begin to unwind, with expectations for significant improvements in semi lead times in FH2:24. As deliveries improve, working capital should unwind, especially in unbilled receivables and inventory, which should normalize to the historical 30-35% of total sales.

We forecast FCF of a usage of $71MM in FY23, implying breakeven FQ4 FCF and absorbs a $93MM headwind from working capital, improving to $129MM (56% conversion) as working capital turns to a tailwind primarily driven by the unwind of unbilled receivables. We forecast a continued improvement to $137MM of FCF in FY25 (52% conversion).

Conversion likely continues to trend around the long-term target of 50% conversion as working capital normalizes, capex steps down, and net income rises.

---

Please see important disclosure information on pages 22 - 27 of this report.

9

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

MRCY's capital deployment has been heavily focused on acquisitions, with the company deploying $1.0BB toward acquisitions since FY18, far outpacing FCF of ~$250MM over the same time period. We forecast that, in the absence of acquisitions, MRCY will repay debt, with our estimates factoring in $150MM of debt repaid over the next two years.

**Exhibit 15 - Free Cash Flow Walk - Conversion to Adj. EBITDA in the ~50% Range in FY24 and FY25 Driven by Working Capital Headwinds Alleviating**

| | FY20 | FY21 | FY22 | FY23E | FY24E | FY25E |
|---|---|---|---|---|---|---|
| Net Income | $86 | $62 | $11 | ($13) | $65 | $97 |
| Depreciation and Amortization | 49 | 67 | 93 | 97 | 89 | 84 |
| NWC | (41) | (63) | (159) | (93) | 22 | (6) |
| Stock Comp | 27 | 28 | 38 | 52 | 42 | 39 |
| Deferred Taxes/Others | (5) | 3 | (3) | (74) | (52) | (37) |
| **CFO** | **$115** | **$97** | **($19)** | **($31)** | **$166** | **$178** |
| Capex | (43) | (46) | (28) | (40) | (38) | (41) |
| **FCF** | **$72** | **$52** | **($47)** | **($71)** | **$129** | **$137** |
| | | | | | | |
| **Deployment** | | | | | | |
| Dividends | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Borrowings | 0 | 200 | 252 | (50) | (75) | (75) |
| Acquisitions | (97) | (373) | (243) | 0 | 0 | 0 |
| **Total Deployment** | **($97)** | **($173)** | **$8** | **($50)** | **($75)** | **($75)** |
| | | | | | | |
| **Discretionary FCF (post pension contributions, dividends, and committed debt pay-down)** | **($25)** | **($121)** | **($38)** | **($121)** | **$54** | **$62** |
| | | | | | | |
| **Ratios** | | | | | | |
| FCF to Sales | 9% | 6% | -5% | -7% | 12% | 12% |
| FCF to Net Income Conversion | 84% | 83% | -413% | 566% | 197% | 141% |
| FCF to Adj. EBITDA Conversion | 41% | 26% | -23% | -43% | 56% | 52% |
| FCF Yield (FCF / Mkt Cap.) | 2.5% | 1.8% | -1.6% | -2.4% | 4.4% | 4.7% |
| Discretionary FCF Yield | -0.8% | -4.2% | -1.3% | -4.2% | 1.8% | 2.1% |
| Discretionary FCF % Change YoY | -90% | 392% | -68% | 214% | -144% | 15% |
| FCF / Share | $1.31 | $0.93 | ($0.83) | ($1.25) | $2.25 | $2.39 |

Source: Company data, Jefferies estimates

We show FCF conversion on Adj. EBITDA and Net Income going back to FY14 below. On average between on FY14 and FY22, FCF conversion has averaged 32% Adj. EBITDA and 53% Adj. Net Income. We see FCF as a usage in FY23 but conversion should improve into FY24 and FY25 as working capital unwinds. We see FCF to Adj. EBITDA conversion of 56% in FY24 and 52% in FY25, above the LT average.

Please see important disclosure information on pages 22 - 27 of this report.

10

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
May 7, 2023

Exhibit 16 - FCF Conversion Expected to Improve into FY24 Following Two Weak Years w/ a LT Average Conversion of 32% of EBITDA and 53% of Adj. Net Income



Source: Company data, Jefferies estimates

The opportunity on the cash side comes from the unwind of the working capital build. On our estimates, working capital rises to $648MM by the end of FY23, or 65% of revenues vs. the average working capital % of sales over the last decade of 37%. Over the next two years, we do not assume a significant working capital unwind off the elevated base. Our FY25E estimate holds $631MM of working capital on the balance sheet, or 54% of sales. If we assume that MRCY could return to that historical 37% level by the end of FY25, that provides a further $200MM of FCF over the next two years vs. our estimate.

Exhibit 17 - Working Capital Elevated to 65% of Sales in FY23E vs. 37% on Average Between FY12 and FY22 Offering Upside to Cash From Normalization



Source: Company data, Jefferies estimates

Capex stepped down to $9.4MM in Q3 from $13MM in FQ2:23. Investments in FY21 that should begin to provide benefits included the facility buildouts in Andover, MA; Cypress, CA; and Hudson, NH, as well as continued investment in trusted microelectronics.

- In Andover, MRCY is expanding lab space to support new design wins.
- In Cypress, CA, the company is expanding its manufacturing space and increasing secure space for EW work.
- Hudson, NH, is expanding floor space for LTAMDS.

---

Please see important disclosure information on pages 22 - 27 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

Historically, capex has trailed revenue growth. Over time, the company looks to return to the maintenance capex levels of 3-4%. Each point reduction in capex as a percentage of sales corresponds to ~5% of FCF conversion to adj. EBITDA.

**Exhibit 18 - Capex Returns to 4.0% of Sales in FY23 Before Moderating in the 3.5% of Sales Range**

**Exhibit 19 - Capex Change In Line with Revenue Expansion**





Source: Company data, Jefferies estimates

Source: Company data, Jefferies estimates

MRCY has completed 13 acquisitions over the past five years, with the most recent significant deal being Atlanta Micro for $90MM or ~18.8X EBITDA. MRCY acquired Avalex in September 2021 for $155MM or ~15.5x on EBITDA basis, w/ Atlanta acquired in November 2021 at 19X EBITDA. On average, MRCY has paid an average EV/EBITDA multiple of 12.8x and 3.0X sales, with recent acquisitions higher on a multiple basis.

**Exhibit 20 - Acquisitions Have Averaged 12.8X EBITDA Over Past 5 Years With Atlanta Micro Acquired for 18.8X EBITDA**

| Close Date | Asset | Price ($MM) | EV/Sales | EV/EBITDA | Revenue Contribution ($MM) |
|---|---|---|---|---|---|
| Nov-21 | Atlanta Micro | $90 | 5.6x | 18.8x | $16 |
| Sep-21 | Avalex | $155 | 3.9x | 15.5x | $40 |
| May-21 | Pentek | $65 | 3.3x | 14.4x | $20 |
| Dec-20 | Physical Optics Corp. | $310 | 2.6x | 13.0x | $120 |
| Jul-19 | American Panel Corp. | $100 | 2.8x | 11.0x | ($0) |
| Apr-19 | The Athena Group / Syntonic Microwave | $46 | 4.6x | -- | $0 |
| Jan-19 | GECO | $37 | 1.8x | 10.5x | $20 |
| Jul-18 | Germane Systems | $45 | 0.1x | 9.0x | $680 |
| Feb-18 | Themis Computer | $180 | 3.2x | 13.4x | $537 |
| Jul-17 | Richland Technologies | $6 | 0.7x | -- | $8 |
| Apr-17 | Delta Microwave | $41 | 3.2x | 12.5x | $1 |
| Nov-16 | CES Creative Electronic Systems | $38 | 1.9x | -- | $20 |
| May-16 | Microsemi Corp. | $300 | 3.0x | 10.4x | $0 |
| **Total/Average** | | **$1,412** | **2.8x** | **12.8x** | |

Source: Company data, Jefferies estimates

Given the strategic review, we show below other deals that we've seen across the Defense space. Closest peer transactions are likely the acquisition of Cobham at 13X in July 2019 as well as the company's acquisition of Ultra Electronics at the higher end of the range at 17.5X. On average, deals have been in the 13.5X range.

Please see important disclosure information on pages 22 - 27 of this report.

12

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

**Exhibit 21 - Recent Defense M&A Transactions In the ~13.5X EV/EBITDA Range vs. MRCY Trading at ~14X FY2**

| Buyer | Asset | Date | Price | EV/Sales | EV/EBITDA | End Segment |
|---|---|---|---|---|---|---|
| LHX | AJRD | Dec-22 | 4,700 | 2.0X | 15.1X | Defense/Space |
| Advent International | Maxar | Dec-22 | 6,400 | 3.3X | 12.1X | Space |
| LHX | Viasat Link 16 | Oct-22 | 1,960 | 4.7X | 14.0X | Defense |
| HEI | Sensor Systems | Aug-22 | 120 | 4.0X | -- | Defense |
| BAH | EverWatch | Sep-22 | 440 | 4.0X | 17.6X | IT Services |
| QinetiQ | Avantus Federal | Aug-22 | 590 | 2.0X | -- | Defense |
| HEI | Exxelia | Jul-22 | 462 | 2.5X | 10.0X | Defense/Comm'l Aero |
| HEI | Flight Microwave | Mar-22 | -- | -- | -- | Defense |
| KTOS | CTT/Cosmic AES | Feb-22 | 60 | 2.5X | -- | Defense |
| JF Lehman | LHX Narda-MITEQ | Dec-21 | 75 | 0.7X | -- | Defense |
| Arlington Partners | LHX Electron Devices | Nov-21 | 185 | 0.7X | -- | Defense |
| RTX | SEAKR Engineering | Nov-21 | -- | -- | -- | Defense |
| Vertex | RTX Defense Training and Mission Critical So | Sep-21 | 1,000 | 1.0X | 10.5X | Defense |
| Cobham Limited | Ultra Electronics Holdings | Jul-21 | 3,100 | | 17.5X | Defense |
| HII | Alion Science and Technologies | Jul-21 | 1,650 | | 12.2X | Defense |
| MRCY | Pentek | May-21 | 65 | 3.3X | 14.4X | Defense |
| TDY | FLIR | May-21 | 8,000 | 4.1X | 17.4X | Defense |
| Ametek | Abaco | Mar-21 | 1,350 | 4.2X | | Defense |
| Veritas | Cubic Corporation | Feb-21 | 3,000 | | 17.5X | Defense |
| Eaton Corp | Cobham Mission Systems | Feb-21 | 2,830 | | 14.0X | Defense |
| ESLT | Sparton | Dec-20 | 380 | 2.0X | 13.0X | Defense |
| LMT | AJRD | Dec-20 | 4,400 | 2.0X | 14.9X | Defense/Space |
| MRCY | Physical Optics Corp | Dec-20 | 310 | 2.4X | 13.0X | Defense |
| TDG | Cobham Aero Connectivity | Nov-20 | 965 | 4.3X | 12.1X | Defense/Comm'l Aero |
| RTX | Blue Canyon Technologies | Nov-20 | 350 | 3.4X | -- | Defense/Space |
| Curtiss-Wright | Pacific Star Communications | Sep-20 | 400 | 3.3X | 12.0X | Defense |
| KBR | Centauri | Aug-20 | 800 | 1.1X | 11.0X | Defense |
| Pine Island | MGGT Training Systems | Jun-20 | 146 | 1.1X | -- | Defense |
| BAE | UTX Collins Military Radio | Jan-20 | 1,560 | 4.3X | 12.3X | Defense |
| BAE | RTN Airborne Tactical Radios | Jan-20 | 225 | 2.3X | 10.0X | Defense |
| Leidos | Dynetics | Dec-19 | 1,650 | | 12.6X | Defense |
| Advent International | Cobham | Jul-19 | 5,000 | | 13.2X | Defense |
| **Average** | | | | **2.7X** | **13.5X** | |

Source: Company data, Jefferies estimates

We believe the US Defense Primes are largely out as potential acquirers, given regulatory issues and general interest. **LMT** and **RTX** each makes up >20% of revenues, creating regulatory challenges. **LHX** will have its hands full with TDL and AJRD. For **NOC** and **GD**, we don't see the strategic rationale. Outside the US Primes, potential strategics could include **BAE** ($33BB Market Cap; 10X EBITDA), **Ametek** ($34BB; 18X); **Leonardo** ($6BB; 6X EBITDA); and **Curtiss-Wright** ($6BB; 13X EBITDA), although BAE and Leonardo are listed as primes MRCY supplies to. We could assume other suppliers each account for 5% of sales or less given the disclosures over the past several years.

**Exhibit 22 - Top MRCY Customers as a % of Total Revenue**

| 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|
| LMT | 16% | LMT | 18.5% | LMT | 16% | LMT | 17% | LMT | 12% |
| RTX | 16% | RTX | 18.5% | RTX | 16% | RTX | 17% | RTX | 12% |
| NOC | 16% | | | | | US Navy | 12% | US Navy | 14% |
| Other | 53% | Other | 63% | Other | 68% | Other | 54% | Other | 62% |

Source: Company Data, Jefferies Estimates

LMT, RTX, NOC estimated by dividing the aggregate by number of contractors, % is evenly allocated

# 4. Price Target and Valuation

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## a) Price Target Derivation

We arrive at our blended PT of $45 using three valuation methods: 1) EV/EBITDA of 11.2x (market multiple vs. 3-year avg of 26%) on our FY25 Adj. EBITDA estimate of $262MM derives a price target of $46, and 2) P/E multiple of 16.1x (market multiple vs. 3-year avg of 31%) arrives at a price target of $45 based on our FY25 Adj. EPS of $2.80; and 3) 5.4% FCF yield (market multiple vs. 78% premium historically) on FY25 FCF of $137MM arrives at a price target of $46.

Exhibit 23 - Price Target Derivation

| Valuation Method | Price | Commentary |
|---|---|---|
| EV / EBITDA | $46 | 11.2x FY25 EV/EBITDA on FY25 Adj. EBITDA of $262MM |
| P/E | $45 | 16.1x FY25 P/E on FY25 Adj. EPS of $2.8 |
| FCF Yield | $46 | 5.4% FY25 FCF Yield on FY25 FCF of $137MM |
| **Blended Target Price** | **$45** | |

Source: Jefferies estimates

## b) Valuation Relative to Peers: Trading At Discounts vs. Historical Premiums

MRCY trades at a 12% premium to peers on a 2024E EV/EBITDA basis.

Exhibit 24 - Relative Valuation Table (5/4/2023)

| Peers | Ticker | JEF Rating | Stock Px 5/4/2023 | Cons Rating | Market Cap | Enterprise Value | P/E 2023E | P/E 2024E | P/E 2025E | EV / Sales 2023E | EV / Sales 2024E | EV / Sales 2025E | EV / EBITDA 2023E | EV / EBITDA 2024E | EV / EBITDA 2025E | Yield Dividend | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Large Cap Peers** | | | | | | | | | | | | | | | | | |
| L3Harris | LHX | Buy | $186.56 | 54% | 35,371 | 40,670 | 15.2x | 14.1x | 13.2x | 2.3x | 2.2x | 2.1x | 11.5x | 10.8x | 10.1x | 0.8% | 7.6% |
| Northrop Grumman | NOC | Hold | $444.36 | 46% | 67,381 | 82,122 | 19.7x | 18.0x | 15.8x | 2.1x | 2.0x | 1.9x | 15.3x | 14.2x | 13.0x | 0.5% | 5.5% |
| Raytheon Technologies | RTX | Buy | $96.25 | 58% | 141,964 | 141,964 | 19.2x | 16.6x | 14.2x | 2.0x | 1.8x | 1.7x | 11.6x | 10.7x | 9.7x | 1.3% | 1.8% |
| Lockheed Martin | LMT | Hold | $451.50 | 30% | 114,741 | 114,741 | 16.7x | 16.2x | 15.8x | 1.7x | 1.7x | 1.6x | 11.6x | 11.4x | 11.2x | 1.1% | 5.6% |
| General Dynamics | GD | Hold | $208.45 | 76% | 57,613 | 57,613 | 16.4x | 14.2x | 13.1x | 1.4x | 1.3x | 1.3x | 10.7x | 9.7x | 9.3x | 1.0% | 5.1% |
| **Large Cap Peers** | | | | | | | **17.4x** | **15.8x** | **14.4x** | **1.9x** | **1.8x** | **1.7x** | **12.1x** | **11.4x** | **10.7x** | **1.0%** | **5.1%** |
| | | | | | | | | | | | | | | | | | |
| **Small Cap Peers** | | | | | | | | | | | | | | | | | |
| Curtiss Wright Corporation | CW | N/C | $160.41 | 67% | 6,516 | 7,780 | 18.2x | 16.7x | 15.3x | 2.9x | 2.8x | 2.6x | 13.4x | 12.6x | 12.1x | 0.2% | 6.4% |
| Heico | HEI | Buy | $167.54 | 56% | 23,366 | 24,680 | 55.6x | 48.0x | 43.7x | 9.1x | 8.3x | 7.9x | 34.4x | 30.9x | 29.0x | 0.7% | 1.9% |
| **Small Cap Peers** | | | | | | | **36.9x** | **32.3x** | **29.5x** | **6.0x** | **5.5x** | **5.2x** | **23.9x** | **21.7x** | **20.5x** | **0.5%** | **6.4%** |
| **Overall Average** | | | | 55% | | | **23.0x** | **20.5x** | **18.7x** | **3.1x** | **2.9x** | **2.7x** | **15.5x** | **14.3x** | **13.5x** | **0.8%** | **4.8%** |
| | | | | | | | | | | | | | | | | | |
| **Mercury Systems Inc** | **MRCY** | **Hold** | **$39.15** | **56%** | **2,176** | **2,645** | **17.9x** | **27.0x** | **16.7x** | **2.7x** | **2.7x** | **2.5x** | **13.2x** | **16.1x** | **11.5x** | | **4.1%** |
| **MRCY vs. Group Avg.** | | | | 1% | | | -22% | 32% | -11% | -13% | -8% | -10% | -14% | 12% | -15% | | |

Source: Jefferies estimates, FactSet

---

Please see important disclosure information on pages 22 - 27 of this report.

14

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## c) Valuation Relative to History: Trading Below History

On a P/E basis, MRCY currently trades on a consensus FY2 P/E of 18.4x, which reflects a 22% discount vs. its three-year average of 23.6x. On a market relative basis, the stock is trading at a 11% premium to S&P vs a three-year average premium of 23%.

**Exhibit 25 - Trading at 18.4X FY2 P/E, 11% Prem to Mkt vs. Historical Avg Prem of 23%**



Source: FactSet, Jefferies estimates

On an EV/EBITDA basis, MRCY currently trades on a consensus FY2 EV/EBITDA of 12.6x, which reflects an 22% discount vs. its three-year average of 23.6x. On a market relative basis, the stock is trading at a 6% premium to S&P vs a three-year average premium of 11%.

**Exhibit 26 - Trading at 12.6X FY2 EV/EBITDA, 6% Prem to Mkt vs. Historical Avg Prem of 19%**



Source: FactSet, Jefferies estimates

On FCF yield basis, MRCY currently trades on a consensus FY2 FCF yield of 4.3%, which reflects a 29% discount vs. its three-year average of 3.0%. On a market relative basis, the stock is trading at a 21% premium to S&P vs a three-year average premium of 78%.

---

Please see important disclosure information on pages 22 - 27 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
May 7, 2023

Exhibit 27 - Trading at a 4.3% FY2 FCF Yield, 21% Prem to Mkt vs. Historical Avg Prem of 78%



Source: FactSet, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

16

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

**Exhibit 28 - Annual Income Statement ($MM)**

| (millions, except per share data) | FY2019 | FY2020 | FY2021 | FY2022 | FY2023E | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$654.7** | **$796.6** | **$924.0** | **$988.2** | **$998.1** | **$1,077.9** | **$1,174.9** |
| Cost of Sales | 368.6 | 439.8 | 538.8 | 593.2 | 654.7 | 646.8 | 684.6 |
| **Gross Profit** | **$286.2** | **$356.8** | **$385.2** | **$395.0** | **$343.3** | **$431.2** | **$490.3** |
| | | | | | | | |
| Selling, General & Admin. | 110.7 | 132.3 | 134.3 | 157.0 | 168.7 | 160.1 | 172.7 |
| Research & Development | 68.9 | 98.5 | 113.5 | 107.2 | 109.8 | 124.0 | 135.1 |
| Amortization of intangible assets | 27.9 | 30.6 | 41.2 | 60.3 | 53.6 | 47.5 | 42.8 |
| Restructuring and other charges | 1.6 | 1.8 | 9.2 | 27.4 | 6.4 | 0.0 | 0.0 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs and other related expenses | 1.5 | 2.7 | 6.0 | 11.4 | 5.1 | 0.0 | 0.0 |
| **Total Operating Costs** | **$210.6** | **$265.8** | **$304.2** | **$363.3** | **$343.6** | **$331.6** | **$350.7** |
| **GAAP EBIT** | **$75.5** | **$91.1** | **$81.0** | **$31.6** | **($0.2)** | **$99.6** | **$139.6** |
| | | | | | | | |
| Interest Income, net | (8.2) | 1.1 | (1.0) | (5.7) | (24.8) | (16.0) | (16.0) |
| Other Income / (Expense) | (8.9) | 1.7 | (2.8) | (7.6) | 0.0 | 0.0 | 0.0 |
| **GAAP Pretax Income** | **$58.5** | **$93.9** | **$77.2** | **$18.4** | **($25.0)** | **$83.6** | **$123.6** |
| | | | | | | | |
| Taxes | 12.8 | 8.2 | 15.1 | 7.1 | (12.5) | 18.2 | 26.6 |
| **GAAP Net Income** | **$45.7** | **$85.7** | **$62.0** | **$11.3** | **($12.5)** | **$65.4** | **$97.1** |
| | | | | | | | |
| **Common shares (millions)** | | | | | | | |
| Basic | 47.8 | 54.5 | 55.1 | 55.5 | 55.8 | 56.0 | 56.2 |
| Diluted | 48.5 | 55.1 | 55.5 | 55.9 | 56.8 | 57.0 | 57.2 |
| **GAAP EPS from Cont Ops** | **$0.94** | **$1.56** | **$1.12** | **$0.20** | **($0.22)** | **$1.15** | **$1.70** |

Source: Company data, Jefferies estimates

**Exhibit 29 - Annual Adjusted EPS ($MM)**

| | FY2019 | FY2020 | FY2021 | FY2022 | FY2023E | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|
| **P&L Adjustments** | | | | | | | |
| Amortization of intangible assets | 27.9 | 30.6 | 41.2 | 60.3 | 53.6 | 47.5 | 42.8 |
| Restructuring and other charges | 1.6 | 1.8 | 9.2 | 27.4 | 6.4 | 0.0 | 0.0 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Adjustments (from P&L)** | **29.5** | **32.4** | **50.4** | **87.7** | **60.0** | **47.5** | **42.8** |
| | | | | | | | |
| Other non-operating adjustements, net | (0.5) | (5.6) | (0.7) | 2.9 | 0.0 | 0.0 | 0.0 |
| Acquisition costs and other related expenses | 9.6 | 5.6 | 8.6 | 13.6 | 9.4 | 0.0 | 0.0 |
| Fair value adj from purchase accounting | 0.7 | 1.8 | (0.3) | (2.0) | 0.4 | 0.0 | 0.0 |
| Litigation and settlement (income) expense | 0.3 | 0.9 | 0.6 | 1.9 | 0.0 | 0.0 | 0.0 |
| COVID related expenses | 0.0 | 2.6 | 9.9 | 0.7 | 0.0 | 0.0 | 0.0 |
| Stock-based compensation expense | 19.6 | 27.0 | 29.2 | 38.5 | 51.5 | 41.5 | 39.0 |
| Impact to income taxes | (16.6) | (23.6) | (25.7) | (32.3) | (26.4) | (20.5) | (18.8) |
| **Adjusted Net Income** | **$89.0** | **$126.8** | **$134.1** | **$122.3** | **$82.3** | **$133.9** | **$160.1** |
| **Adjusted EPS** | **$1.84** | **$2.30** | **$2.42** | **$2.19** | **$1.45** | **$2.35** | **$2.80** |
| **Cash EPS (GAAP EPS addback amortization)** | **$1.35** | **$1.95** | **$1.64** | **$0.96** | **$0.44** | **$1.73** | **$2.22** |

Source: Company data, Jefferies estimates

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

**Exhibit 30 - Selected Operating Metrics**

| (millions, except per share data) | FY2019 | FY2020 | FY2021 | FY2022 | FY2023E | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|
| **Revenue Change YoY %** | 33% | 22% | 16% | 7% | 1.0% | 8.0% | 9.0% |
| **Net Income Change YoY %** | 12% | 87% | -28% | -82% | -211% | -622% | 48% |
| **Adjusted Net Income Change YoY %** | 32% | 42% | 6% | -9% | -33% | 63% | 20% |
| | | | | | | | |
| **Free Cash Flow** | $47.1 | $71.9 | $51.6 | -$46.5 | -$70.8 | $128.5 | $136.6 |
| FCF Conversion to GAAP NI  % | 103% | 84% | 83% | -413% | 566% | 197% | 141% |
| FCF Conversion to Adjusted NI % | 53% | 57% | 39% | -38% | -86% | 96% | 85% |
| FCF Conversion to Adjusted EBITDA % | 33% | 41% | 26% | -23% | -43% | 56% | 52% |
| | | | | | | | |
| **GAAP Ratios** | | | | | | | |
| Gross margin % | 43.7% | 44.8% | 41.7% | 40.0% | 34.4% | 40.0% | 41.7% |
| SG&A as % of Sales | 16.9% | 16.6% | 14.5% | 15.9% | 16.9% | 14.9% | 14.7% |
| R&D as % of Sales | 10.5% | 12.4% | 12.3% | 10.8% | 11.0% | 11.5% | 11.5% |
| EBIT % | 11.5% | 11.4% | 8.8% | 3.2% | 0.0% | 9.2% | 11.9% |
| **EBITDA** | $92.5 | $108.1 | $98.0 | $48.6 | $16.8 | $116.6 | $156.6 |
| EBITDA Margin % | 14.1% | 13.6% | 10.6% | 4.9% | 1.7% | 10.8% | 13.3% |
| Adj. EBITDA vs. Reported EBITDA | 56% | 63% | 106% | 313% | 879% | 97% | 68% |
| EBT % | 8.9% | 11.8% | 8.4% | 1.9% | -2.5% | 7.8% | 10.5% |
| Tax Rate % | 1.0% | 1.0% | 22.8% | 23.0% | 50.0% | 21.8% | 21.5% |
| Net margin % (continuing) | 7.0% | 10.8% | 6.7% | 1.1% | -1.3% | 6.1% | 8.3% |
| | | | | | | | |
| **Adjusted Ratios** | | | | | | | |
| Adjusted EBIT % | 15.0% | 15.9% | 14.6% | 10.8% | 6.7% | 13.1% | 15.2% |
| Adjusted EBITDA % | 22.0% | 22.1% | 21.9% | 20.3% | 16.5% | 21.3% | 22.3% |
| Adjusted Tax Rate % | 36.2% | 24.5% | 31.2% | 42.0% | 33.0% | 30.9% | 27.9% |
| Adjusted Net margin % (continuing) | 13.6% | 15.9% | 14.5% | 12.4% | 8.3% | 12.4% | 13.6% |
| | | | | | | | |
| Amortization | 4.3% | 3.8% | 4.5% | 6.1% | 5.4% | 4.4% | 3.6% |
| Stock Comp (EPS) | $0.28 | $0.34 | $0.37 | $0.48 | $0.63 | $0.51 | $0.48 |
| Stock Comp as % of SG&A | 18% | 20% | 22% | 24% | 31% | 26% | 23% |
| Stock Comp as % of Reported EBITDA | 16% | 19% | 20% | 32% | 53% | 22% | 17% |

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

18

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

**Exhibit 31 - Sources and Uses of Funds**

| (millions, except per share data) | FY2019 | FY2020 | FY2021 | FY2022 | FY2023E | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | |
| Net income | $45.7 | $85.7 | $62.0 | $11.3 | ($12.5) | $65.4 | $97.1 |
| Depreciation & Amortization | 46.4 | $49.3 | $67.1 | $93.4 | 97.2 | 88.5 | 83.8 |
| Deferred Taxes | 1.0 | ($3.0) | ($1.1) | ($2.4) | 1.0 | 1.0 | 1.0 |
| Share-Based Compensation | 19.6 | $26.5 | $28.3 | $38.3 | 51.5 | 41.5 | 39.0 |
| Other | 0.0 | ($2.3) | $3.7 | ($0.5) | (70.0) | (50.0) | (35.0) |
| Working Capital | (21.7) | ($41.1) | ($62.8) | (158.9) | (93.1) | 22.3 | (5.7) |
| Accounts Receivable | (28.1) | (31.1) | ($52.0) | (146.5) | (18.9) | 7.6 | (4.6) |
| Inventory | (17.1) | (31.6) | ($27.4) | (40.9) | (30.8) | 29.5 | (9.1) |
| Prepaid Income Taxes | 3.8 | (2.8) | $1.7 | (5.0) | 0.0 | 0.0 | 0.0 |
| Prepaid Expenses and Other Current Assets | (1.1) | (2.1) | $1.7 | (4.4) | 0.0 | 0.0 | 0.0 |
| Accounts Payable & Accrued Expenses | 17.9 | 13.6 | ($6.3) | 58.4 | (35.4) | (14.1) | 4.9 |
| Deferred Revenue & Customer Advances | (1.5) | 7.1 | $13.7 | (19.0) | 4.2 | (0.2) | 1.1 |
| Income Taxes Payable | 3.2 | (0.1) | $4.1 | 1.0 | 0.0 | 0.0 | 0.0 |
| Net Other Non-Current Assets & Liabilities | 0.1 | 6.0 | $1.7 | (2.6) | (12.1) | (0.4) | 1.9 |
| Other | 5.4 | 0.0 | $0.0 | 0.0 | (5.0) | (2.5) | (2.5) |
| **Cash Flow from Operations** | **$73.8** | **$115.2** | **$97.2** | **($18.9)** | **($30.9)** | **$166.2** | **$177.7** |
| | | | | | | | |
| **Investment activities** | | | | | | | |
| Acquisitions | (127.1) | (96.5) | (372.8) | (243.5) | 0.0 | 0.0 | 0.0 |
| Capital spending | (26.7) | (43.3) | (45.6) | (27.7) | (39.9) | (37.7) | (41.1) |
| Asset Sales | 0.0 | 4.3 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other activities, net | 0.0 | 0.0 | 0.0 | (3.2) | 0.0 | 0.0 | 0.0 |
| **Cash Flow from Investments** | **($153.8)** | **($135.5)** | **($416.9)** | **($274.3)** | **($39.9)** | **($37.7)** | **($41.1)** |
| | | | | | | | |
| **Financing Activities** | | | | | | | |
| Net borrowings | (195.0) | $0.0 | $200.0 | $251.5 | ($50.0) | ($75.0) | ($75.0) |
| Common stock, net | 454.3 | (10.9) | 6.3 | (2.8) | 3.0 | 3.0 | 3.0 |
| Other | (11.6) | 0.0 | (0.1) | (2.9) | (10.0) | (10.0) | (10.0) |
| **Cash Flow from Financing** | **$247.8** | **($10.9)** | **$206.2** | **$245.8** | **($57.0)** | **($82.0)** | **($82.0)** |
| | | | | | | | |
| Effect of F/X on cash equivalents | (0.1) | 0.1 | 0.4 | (0.8) | 0.0 | 0.0 | 0.0 |
| | | | | | | | |
| **Net change in cash items** | $167.6 | ($31.1) | ($113.0) | ($48.2) | ($127.8) | $46.5 | $54.6 |
| **Starting cash balance** | $66.5 | $257.9 | $226.8 | $113.8 | $65.7 | ($62.2) | ($15.6) |
| **Cash at year-end** | $257.9 | $226.8 | $113.8 | $65.7 | ($62.2) | ($15.6) | $38.9 |

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

19

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

**Exhibit 32 - Balance Sheet ($MM)**

| Year Ending June 30 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023E | FY2024E | FY2025E |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $257.9 | $226.8 | $113.8 | $65.7 | -$62.2 | -$15.6 | $38.9 |
| Accounts receivable, net of allowance for doubtfu | $118.8 | $120.4 | $128.8 | $144.5 | $145.9 | $161.7 | $176.2 |
| Unbilled receivables and cost in excess of billing | $57.4 | $90.3 | $162.9 | $303.4 | $320.8 | $297.5 | $287.5 |
| Inventory | $137.1 | $178.1 | $221.6 | $270.3 | $301.2 | $271.6 | $280.7 |
| Prepaid income taxes | $0.1 | $2.5 | $0.8 | $6.6 | $6.6 | $6.6 | $6.6 |
| Prepaid expenses and other current assets | $10.8 | $16.6 | $15.1 | $23.9 | $23.9 | $23.9 | $23.9 |
| **Total current assets** | **$582.2** | **$634.8** | **$643.1** | **$814.3** | **$736.3** | **$745.7** | **$813.9** |
| Property and equipment, net | $60.0 | $87.7 | $128.5 | $127.2 | $73.0 | $54.6 | $38.3 |
| Goodwill | $562.1 | $614.1 | $804.9 | $937.9 | $937.9 | $937.9 | $937.9 |
| Acquired intangible assets, net | $206.1 | $208.7 | $307.6 | $351.5 | $421.1 | $483.7 | $543.0 |
| Other non-current assets | $6.5 | $65.4 | $71.0 | $72.6 | $72.6 | $72.6 | $72.6 |
| **Total assets** | **$1,417.0** | **$1,610.7** | **$1,955.1** | **$2,303.5** | **$2,240.8** | **$2,294.5** | **$2,405.7** |
| | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable | $39.0 | $41.9 | $48.0 | $98.7 | $65.5 | $51.7 | $54.8 |
| Accrued expenses | $18.9 | $23.8 | $24.7 | $35.0 | $32.7 | $32.3 | $34.2 |
| Accrued compensation | $28.8 | $41.3 | $40.0 | $44.8 | $32.7 | $32.3 | $34.2 |
| Deferred revenues and customer advances and | $11.3 | $19.0 | $38.2 | $15.5 | $19.6 | $19.4 | $20.5 |
| **Total current liabilities** | **$98.0** | **$125.9** | **$150.8** | **$193.9** | **$150.6** | **$135.8** | **$143.8** |
| Deferred income taxes | $17.8 | $13.9 | $28.8 | $31.5 | $32.5 | $33.5 | $34.5 |
| Income taxes payable | $1.3 | $4.1 | $7.5 | $9.1 | $9.1 | $9.1 | $9.1 |
| Secured Long-term Debt, Noncurrent | $0.0 | $0.0 | $200.0 | $451.5 | $401.5 | $326.5 | $251.5 |
| Other non-current liabilities | $15.1 | $82.0 | $83.9 | $80.3 | $80.1 | $79.9 | $79.7 |
| **Total liabilities** | **$132.2** | **$225.9** | **$471.0** | **$766.3** | **$673.8** | **$584.8** | **$518.6** |
| | | | | | | | |
| Commitments and contingencies | | | | | | | |
| Shareholders' equity: | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Preferred stock, $0.01 par value; 1,000,000 shar | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Common stock, $0.01 par value; 85,000,000 sha | $0.5 | $0.5 | $0.6 | $0.6 | $0.0 | $0.0 | $0.0 |
| Additional paid-in capital | $1,058.7 | $1,074.7 | $1,109.4 | $1,145.3 | $1,048.0 | $1,138.8 | $1,229.5 |
| Retained earnings | $226.7 | $312.5 | $374.5 | $385.8 | $373.3 | $438.6 | $535.7 |
| Accumulated other comprehensive income | -$1.3 | -$2.9 | -$0.3 | $5.5 | $0.0 | $0.0 | $0.0 |
| **Total shareholders' equity** | **$1,284.7** | **$1,384.8** | **$1,484.1** | **$1,537.2** | **$1,421.3** | **$1,577.5** | **$1,765.2** |
| | | | | | | | |
| **Total liabilities and shareholders' equity** | **$1,417.0** | **$1,610.7** | **$1,955.1** | **$2,303.5** | **$2,095.1** | **$2,162.3** | **$2,283.8** |

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

20

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

Exhibit 33 - Quarterly Income Statement ($MM)

| (millions, except per share data) | FY2022 | | | | | FY2023E | | | | |
| | Q1 Sep | Q2 Dec | Q3 Mar | Q4 Jun | FY22 | Q1 Sep | Q2 Dec | Q3 Mar | Q4 JunE | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 16% | | | | | | |
| **Net Revenues** | $225.0 | $220.4 | $253.1 | $289.7 | $988.2 | $227.6 | $229.6 | $263.5 | $277.4 | $998.1 |
| Cost of Sales | 136.6 | 133.2 | 153.3 | 170.2 | 593.2 | 149.5 | 148.6 | 173.2 | 183.4 | 654.7 |
| **Gross Profit** | $88.4 | $87.2 | $99.8 | $119.6 | $395.0 | $78.1 | $81.0 | $90.3 | $94.0 | $343.3 |
| | | | | | | | | | | |
| Selling, General & Admin. | $37.0 | $36.8 | $39.3 | $44.0 | $157.0 | $38.9 | $45.1 | $44.6 | $40.0 | $168.7 |
| Research & Development | 28.9 | 28.3 | 25.4 | 24.6 | 107.2 | 27.8 | 26.9 | 26.5 | 28.6 | 109.8 |
| Amortization of intangible assets | 13.7 | 16.0 | 16.1 | 14.5 | 60.3 | 14.6 | 13.5 | 12.8 | 12.7 | 53.6 |
| Restructuring and other charges | 12.3 | 3.8 | 6.3 | 5.0 | 27.4 | 1.5 | 2.1 | 2.8 | 0.0 | 6.4 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs | 2.1 | 2.7 | 2.7 | 3.9 | 11.4 | 2.5 | 0.9 | 1.6 | 0.1 | 5.1 |
| Other expenses | | | | | | | | | | |
| Other Operating Expense / (Income) | | | | | | | | | | |
| **Total Expenses** | 94.0 | 87.6 | 89.8 | 92.0 | 363.3 | 85.3 | 88.5 | 88.3 | 81.4 | 343.6 |
| **GAAP EBIT** | ($5.6) | ($0.4) | $10.0 | $27.6 | $31.6 | ($7.2) | ($7.5) | $2.0 | $12.6 | ($0.2) |
| | | | | | | | | | | |
| Interest Income, net | (0.6) | (1.1) | (1.6) | (2.4) | (5.7) | (4.5) | (6.4) | (6.7) | (7.2) | (24.8) |
| Other Income / (Expense) | (1.4) | (1.3) | (2.2) | (2.7) | (7.6) | (3.6) | 0.8 | (0.6) | 3.4 | 0.0 |
| **GAAP Pretax Income** | -$7.6 | -$2.8 | $6.2 | $22.5 | $18.3 | -$15.4 | -$13.1 | -$5.4 | $8.8 | -$25.0 |
| | | | | | | | | | | |
| Taxes (GAAP) | (0.4) | (0.2) | 2.1 | 5.6 | 7.1 | (1.0) | (2.2) | (10.4) | 1.1 | (12.5) |
| **GAAP Net Income** | ($7.1) | ($2.6) | $4.1 | $16.9 | $11.2 | ($14.3) | ($10.9) | $5.1 | $7.7 | ($12.5) |
| | | | | | | | | | | |
| Disco. Ops/Accounting Changes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 |
| | | | | | | | | | | |
| **Net income** | ($7.1) | ($2.6) | $4.1 | $16.9 | $11.2 | ($14.3) | ($9.9) | $5.1 | $7.7 | ($11.5) |
| | | | | | | | | | | |
| **Common shares (millions)** | | | | | | | | | | |
| Basic | 55.4 | 55.5 | 55.6 | 55.6 | 55.5 | 55.9 | 56.3 | 56.5 | 55.1 | 55.8 |
| Diluted | 55.4 | 55.5 | 56.0 | 56.3 | 55.9 | 55.9 | 56.3 | 56.9 | 57.1 | 56.8 |
| | | | | | | | | | | |
| **Earnings per share, cont. ops.** | | | | | | | | | | |
| Basic | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | $0.09 | $0.14 | ($0.22) |
| **GAAP EPS Diluted** | ($0.13) | ($0.05) | $0.07 | $0.30 | $0.20 | ($0.26) | ($0.19) | $0.09 | $0.13 | ($0.22) |

| Reconciliation - GAAP Net Income to Adjusted Net Income | Q1 Sep | Q2 Dec | Q3 Mar | Q4 Jun | FY22 | Q1 Sep | Q2 Dec | Q3 Mar | Q4 JunE | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Net Income** | ($7.1) | ($2.6) | $4.1 | $16.9 | $11.2 | ($14.3) | ($10.9) | $5.1 | $7.7 | ($12.5) |
| | | | | | | | | | | |
| **P&L Adjustments** | | | | | | | | | | |
| Amortization of intangible assets | 13.7 | 16.0 | 16.1 | 14.5 | 60.3 | 14.6 | 13.5 | 12.8 | 12.7 | 53.6 |
| Restructuring and other charges | 12.3 | 3.8 | 6.3 | 5.0 | 27.4 | 1.5 | 0.6 | 2.8 | 0.0 | 6.4 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Adjustments (from P&L)** | 26.0 | 19.8 | 22.4 | 19.5 | 87.7 | 16.1 | 14.1 | 15.6 | 12.7 | 60.0 |
| | | | | | | | | | | |
| Other non-operating adjustments, net | 0.4 | 0.2 | 0.9 | 1.4 | 2.9 | 1.8 | 0.0 | (0.3) | (1.5) | 0.0 |
| Acquisition costs and other related expenses | 2.6 | 3.1 | 3.5 | 4.4 | 13.6 | 2.9 | 1.3 | 2.0 | 3.2 | 9.4 |
| Fair value adjustments from purchase accounting | (1.7) | (0.1) | 0.0 | (0.3) | (2.0) | (0.2) | 0.2 | 0.2 | 0.2 | 0.4 |
| Litigation and settlement (income) expense | 0.4 | 0.5 | 0.3 | 0.7 | 1.9 | 1.3 | 0.1 | 0.4 | (1.7) | 0.0 |
| COVID related expenses | 0.2 | 0.3 | 0.2 | 0.1 | 0.7 | 0.1 | 0.0 | 0.0 | (0.1) | 0.0 |
| Stock-based compensation expense | 9.6 | 7.9 | 8.9 | 12.1 | 38.5 | 10.9 | 13.0 | 13.2 | 14.3 | 51.5 |
| Impact to income taxes | (7.8) | (7.1) | (8.2) | (9.1) | (32.3) | (5.2) | (3.0) | (13.6) | (4.6) | (26.4) |
| **Adjusted Net Income** | $22.6 | $22.0 | $32.2 | $45.5 | $122.3 | $13.3 | $14.7 | $22.5 | $30.3 | $82.3 |
| **Adjusted EPS** | $0.41 | $0.40 | $0.57 | $0.81 | $2.19 | $0.24 | $0.26 | $0.40 | $0.53 | $1.45 |

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 22 - 27 of this report.

21

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

## Company Description

**Mercury Systems**

Mercury Systems is a manufacturer of board-level hardware on the path to becoming a trusted intelligence, surveillance, and reconnaissance (ISR) subsystems provider. The company designs, manufactures, and markets high-performance embedded, real-time digital signal and image processing systems, and software for embedded and other specialized commercial and defense computing markets. Mercury's products are deployed on over 300 programs to 25 different defense contractors. Key programs include LTAMDS, SEWIP, F-35, and Filthy Buzzard. Key customers include Lockheed Martin Corporation and Raytheon Technologies. The two prime contractors in aggregate accounted for 38%, 37%, and 32% of total company revenues in FY18, FY19, and FY20, respectively.

## Company Valuation/Risks

**Mercury Systems**

Our price target results from a blend of EV/Adjusted EBITDA and EV/Sales based on premium to defense peers. Risks include funding on key programs, stale technology, and in-sourcing of business by customers.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Scott Forbes, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle Wenclawiak, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published          May 5, 2023 , 14:39 ET.
Recommendation Distributed        May 7, 2023 , 05:00 ET.

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Mercury Systems.
Jefferies Group LLC makes a market in the securities or ADRs of BAE Systems PLC.
Jefferies Group LLC makes a market in the securities or ADRs of Heico Corporation.
Jefferies Group LLC makes a market in the securities or ADRs of Raytheon Technologies.

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to General Dynamics Corp..

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to Lockheed Martin Corp..

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
May 7, 2023

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/ average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Aerojet Rocketdyne Holdings, Inc (AJRD: $56.31, HOLD)
- BAE Systems PLC (BA/ LN: p990.20, BUY)
- General Dynamics Corp. (GD: $211.92, HOLD)
- Heico Corporation (HEI: $170.09, BUY)
- L3Harris Technologies (LHX: $187.73, BUY)
- Lockheed Martin Corp. (LMT: $455.54, HOLD)
- Mercury Systems (MRCY: $39.16, HOLD)
- Northrop Grumman Corp. (NOC: $446.81, HOLD)
- Raytheon Technologies (RTX: $96.58, HOLD)

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
May 7, 2023



**Rating and Price Target History for: Mercury Systems (MRCY) as of 05-04-2023**

| 08/18/2020 | HOLD:$89.00 | 11/09/2020 | HOLD:$80.00 | 05/06/2021 | BUY:$80.00 | 08/10/2021 | BUY:$75.00 | 11/08/2021 | BUY:$60.00 | 01/05/2022 | BUY:$68.00 |

| 02/07/2022 | BUY:$62.00 | 04/08/2022 | HOLD:$65.00 | 08/08/2022 | HOLD:$50.00 | 12/12/2022 | HOLD:$55.00 | 01/03/2023 | HOLD:$50.00 | 02/06/2023 | HOLD:$55.00 |

## Distribution of Ratings

| | Count | Percent | IB Serv./Past12 Mos. Count | Percent | JIL Mkt Serv./Past12 Mos. Count | Percent |
|---|---|---|---|---|---|---|
| BUY | 1837 | 57.75% | 62 | 3.38% | 15 | 0.82% |
| HOLD | 1162 | 36.53% | 10 | 0.86% | 2 | 0.17% |
| UNDERPERFORM | 182 | 5.72% | 3 | 1.65% | 2 | 1.10% |

Please see important disclosure information on pages 22 - 27 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

24

# Jefferies

## Other important disclosures

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**Canada:** You are advised that Jefferies LLC operates as a dealer in your jurisdiction under an exemption from the dealer registration requirements contained in National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations and, as such, Jefferies LLC is not required to be and is not a registered dealer or adviser in your jurisdiction. You are advised that Jefferies LLC prepared this research report and it was not prepared in accordance with Canadian disclosure requirements relating to research reports in Canada.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Level 26, Two International Finance Center, 8 Finance Street, Central, Hong Kong; telephone: +852 3743 8000.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000. Compliance Officer name: Sanjay Pai, Tel No: +91 22 42246150, Email: spai@jefferies.com, Grievance officer name: Sanjay Pai, Tel no. +91 22 42246150, Email: compliance_india@jefferies.com. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), and Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined by National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations. This research report is a general discussion of the merits and risks of a security or securities only, and is not in any way meant to be tailored to the needs and circumstances of any recipient. The information contained herein is not, and under no circumstances is to be construed as, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators, if applicable, and only by a dealer properly registered under applicable securities laws or,

Please see important disclosure information on pages 22 - 27 of this report.                25

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence.

In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, where this material is prepared and issued by a Jefferies affiliate outside of Singapore, it is distributed by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd (ACN 610 977 074), which holes an Australian financial services license (AFSL 487263). It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 (Cth) of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Please see important disclosure information on pages 22 - 27 of this report.

26

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2023 Jefferies Group LLC

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.