# EXHIBIT 19

# Jefferies

USA | Aerospace & Defense Electronics

## Mercury Systems

Equity Research
August 16, 2023

## Missing the Mark, But Time to Clean Haus

FY24 is another transition year as new mgmt steps in to resolve MRCY. Growth has faltered w/ FY24 sales flat after 4%/5% organic declines in FY23/FY22. Mgmt appears prudent w/ a portfolio review uncovering cost ests that removed $56MM of FY23 EBITDA, w/ margins at 13.6% vs. 22% in FY20. The oppty over the next few yrs is in program transitions to production AND converting EBITDA into cash. We view FY24 as another cash usage and remain sidelined for now.

**FY24 Guide Highlights Transition Year.** MRCY provided revenue guidance of $950MM-$1BB, implying down 2% to up 3% vs FY23's 4% organic decline (June YE). 20 challenged development programs facing technical issues and cost growth resulted in negative EACs. Supply chain appears to be improving after two years of delays, which is somewhat odd considering lead times from prior mgmt were quoted >1.5 years. We forecast revs are flat in FY24 with 6% growth in FY25 vs 3-4% base budget growth.

**Setting Sights on 20%+ EBITDA Margins.** Mgmt believes it can achieve low-to-mid 20% adj. EBITDA margins over the LT. The guide calls for EBITDA margins of 16.8%-18.5% in FY24 vs. 13.6% in FY23. The path forward includes normalized development mix (+200 bps) from ~40% of sales to ~20%, new cost actions (+250 bps), partially offset by incentive comp (-230 bps). There is also the 580 bps from the challenged programs as they complete and become production runs, although FY24 will only include a portion of these benefits. We est EBITDA margins of 17.3% and 19.3% in FY24 and FY25, respectively, or ~300 bps below peak.

**20 Problematic Programs of 300+.** New mgmt conducted a broad review and identified 20 challenged development programs, from 12 in FQ3. Dev programs carry 1,000 bps lower GMs in the low-30% range vs. >40% for production programs. Outsized cost growth here impacted adj. EBITDA by $56MM in FY23 (-580 bps). Two of 20 transitioned in FQ4, with 5 slated for FH1:24 and the majority to complete through FY24.

**FCF Has Always Been MRCY's Weak Point as Adj Earnings Masked True Operating Profitability.** MRCY used $60MM of FCF in FY23 w/ $79MM W/C use tied to inventory and unbilled. From peak FCF of $72MM in FY20, we est $8MM usage in FY24 (guided positive) and $35MM in FY25 (18% adj. EBITDA conversion). The W/C balance ends FY24 at 71% of sales vs. 37% on avg between FY12-FY22 as we do not assume inventories/unbilleds convert to cash this year. However, there is potential to release $300MM of W/C over the coming years.

**Hopes for New Management.** The slate is (partially) wiped clean for FY24. We hope for: 1) achievable guidance and avoided pitfalls of a FQ4 ramp; 2) less heavily adjusted financials including adjusting for stock comp; and 3) Focus on FCF vs adj. EBITDA.

### TARGET | ESTIMATE CHANGE

| RATING | HOLD |
| --- | --- |
| PRICE | $36.17^ |
| PRICE TARGET | % TO PT | ↑$40.00 ($35.00) | +11% |
| 52W HIGH-LOW | $59.13 - $28.90 |
| FLOAT (%) | ADV MM (USD) | 99.8% | 14.29 |
| MARKET CAP | $2.1B |
| TICKER | MRCY |

^Prior trading day's closing price unless otherwise noted.

| | CHANGE TO JEFe | | JEF vs CONS | |
| --- | --- | --- | --- | --- |
| | 2024 | 2025 | 2024 | 2025 |
| REV | -6% | -9% | NA | NA |
| EPS | -31% | -32% | NA | NA |

| 2024 ($) | Q1 | Q2 | Q3 | Q4 | FY |
| --- | --- | --- | --- | --- | --- |
| EPS | 0.09 | 0.26 | 0.35 | 0.63 | ↓1.34 |
| PREV | | | | | 1.95 |

**Exhibit 1 - Working Capital Elevated to 65% of Sales in FY23 vs. 37% on Average Between FY12 and FY22; Potential to Release $300MM, But Taking A Cautious Approach**



Source: Company data, Jefferies estimates

| (FY Jun) | 2023A | 2024E | 2025E | 2026E |
| --- | --- | --- | --- | --- |
| Rev. (MM) | 973.9 | 973.9 | 1,032.3 | 1,114.9 |
| EV/Rev | 2.6x | 2.6x | 2.4x | 2.2x |
| P/Rev | 2.1x | 2.1x | 2.0x | 1.8x |
| EV/EBITDA | 11.7x | 10.2x | | |

**Sheila Kahyaoglu * | Equity Analyst**
(212) 336-7216 | sheila.kahyaoglu@jefferies.com

**Kyle Wenclawiak * | Equity Associate**
(212) 323-7671 | kwenclawiak@jefferies.com

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 17 - 22 of this report.
* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
August 16, 2023

## The Long View: Mercury Systems

### Investment Thesis / Where We Differ

- The NT growth outlook appears challenged given focus on reenergizing growth. From a margin perspective management is focused on 1) integrating acquisitions 2) working on 20 loss marking programs; 3) moving 40% of programs in development to production stage through FY24.

### Risk/Reward - 12 Month View



Upside : Downside
1.47 : 1

60 (+66%)
40 (+11%)
20 (-45%)

+12 mo.

### Base Case,
## $40, +11%

- Organic revs up 6%/6% in FY25/FY26 as programs including LTAMDS, F-35, and missiles drive growth & supply chain continues to improve.
- Gross margins expand to 38% in FY25 as development mix improves and programs transition
- Adj. EBITDA margin of 19.3%.
- FCF of $58MM in FY26 vs. $72MM in FY20 with help from NI growth and some W/C help.
- PT $40: 1) EV/EBITDA of 14x (10% prem to mkt vs. 3-year avg of 12%); 2) P/E multiple of 21.7x (20% prem to mkt vs. 3-year avg of 19%); and 3) 3.8% FCF yield (25% prem to mkt vs. 3-year avg 65%).

### Upside Scenario,
## $60, +66%

- Revenue grows 8% in FY25 following a subdued FY23/FY24 as bookings accelerate and supply chain pressures alleviate w/ HSD/LDD growth in FY25.
- Gross margins expand at 40%+ and adj. EBITDA margins at ~22% as operating leverage drives benefit and mix improves.
- Additional content wins on existing programs and development programs ramp quicker than expected.
- PT $60: Adj. EBITDA of $231MM and multiple of 16X (25% prem to mkt)

### Downside Scenario,
## $20, -45%

- Bookings fail to materialize as funding delays continue.
- Challenged development program issues continue to arise.
- Supply chain shortages for critical components weigh on shipments, delaying cash collections.
- Organic revenue up just 2% into FY25 as supply chain issues continue.
- PT $20: Adj. EBITDA of $174MM and multiple of 9X (25% discount to market)

### Sustainability Matters

**Top Material Issue(s): 1) Ecological Impacts:** MRCY's facilities are all certified by the EPA as either Very Small Quantity Generators or Small Quantity Generators, with the company focusing on implementing enhanced storage, handling and disposal procedures at its sites. **2) Labor Practices:** MRCY is committed to fostering an inclusive environment in the workplace. In 2018, MRCY hired a consulting firm to investigate gender pay gaps, finding that women were paid on average 2-4% less than men. MRCY has proactively worked to address the issue through pay adjustments for women.

**Company Target(s): 1)** Commitment to the efficient control of minimizing its environmental footprint; **2)** Aiming to reduce water, electricity and natural gas usage and reduce greenhouse gas emissions

**Qs to Mgmt: 1)** What are MRCY's plans for beginning to quantify ESG targets? **2)** How successful has MRCY been in eliminating racial and gender pay gaps given the consulting services for identifying and quantifying pay inequality within the business?

The Five ESG Issues Investors Should Look At When Investing in A&D

### Catalysts

- B2B remains >1X supporting above market organic growth.
- Converting 20 troubled programs from development to higher-margin production.
- Achievement of cost actions and normalizing mix shift; IRAD efficiency and operating leverage.
- Working capital release translates to improved FCF conversion, helped by milestone payments, collections, and inventory burn.
- Program growth in LTAMDS, F-35, F-18, and SEWIP, as well as new contract wins.

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## Investment Considerations

- 1. Bookings Remain Strong But 20 Troubled Programs Bring Caution to FY24
- 2. Supply Chain-Troubled Programs Take Chunk Out of Profitability, Setting LT Targets at Low-to-Mid 20% Adj. EBITDA Margins
- 3) FCF Remains Pressured in FY24 with Working Capital Release the Long-Term Opportunity
- 4. Price Target and Valuation

# 1. Bookings Remain Strong But 20 Troubled Programs Bring Caution to FY24

## a) Putting in a Permanent CEO and CFO

Alongside the earnings release, MRCY announced that interim CEO Bill Ballhaus has been appointed as the new permanent CEO just over a month since he initially stepped into the seat. Mr. Ballhaus has significant experience in the aerospace, defense and technology industries, including multiple CEO roles. He previously served as Chairman and CEO of Blackboard, Inc., CEO & President of SRA International, Inc., and CEO & President of government contractor DynCorp International from 2008 to 2010. Mr. Ballhaus has also held senior leadership positions at BAE Systems, Boeing and Hughes, where he led global government and commercial technology businesses particularly focused on software and IT.

Prior to the end of the quarter, MRCY announced that it had appointed David Farnsworth as the company's new CFO, effective July 17. Mr. Farnsworth brings decades of experience as a financial expert within the technology defense industry. He was previously the CFO of HawkEye 360, and prior to that, Vice President and CFO of Raytheon's Integrated Defense Systems business and its Intelligence, Information and Services segment.

MRCY's FY23 ending backlog of $1.14BB increased 10% y-o-y and 4% sequentially. $716MM of the backlog, or 63%, is expected to ship over the next 12 months. This provides ~73% revenue coverage of the midpt of the FY24 revenue guide.

FQ4 B2B was 1.16X on $294MM in bookings (-11% y-o-y), driving a FY23 B2B of 1.10X on $1.08BB in bookings (+1% y-o-y). Over the past eight quarters, MRCY's B2B has averaged >1X, with expectations to continue to achieve 1X+ in FY24.

**Exhibit 2 - Backlog Expected to be Recognized Over the Next 12 Months at the Highest Level in History of the Company**



Source: Company data, Jefferies estimates

**Exhibit 3 - Organic Revenue Contribution in the HSD to LDD Rangewith Further Contribution from M&A Historically - Expecting to Return to MSD to HSD Orgnic Growth in FY25 and FY26**



Source: Company data, Jefferies estimates

MRCY had historically outperformed peers in organic revenue growth, warranting its historical premium valuation, although supply chain pressures have plagued top-line growth given the revenue recognition

---

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

mix at point-in-time. MRCY's FQ4 organic revenue decline of 13% compares to the defense primes up 8% and supplier peers up 7% in the quarter.

**Exhibit 4 - MRCY Posts 13% Organic Decline in FQ4:23 Despite Its Customers Achieving 8% Growth at the Primes and 7% Growth at Peer Suppliers**



Source: Company data, Jefferies estimates

## 2. Supply Chain-Troubled Programs Take Chunk Out of Profitability, Setting LT Targets at Low-to-Mid 20% Adj. EBITDA Margins

The new management team conducted a broad review and identified 20 challenged programs (up from about a dozen previously), most of which are development efforts. Development programs typically carry 1,000 bps lower GMs than production programs, w/ typical production mix at >40% GMs and typical dev mix at low-to-mid 30%. FQ4 adj. EBITDA of $21.9MM reflected an 8.7% margin, impacted by the absence of $28.9MM of adj. EBITDA due to the challenged programs in the quarter. Margins inclusive of the lost profits would be implied at 20.1% in FQ4 vs. 24.7% in FQ4:22.

For **FY23**, adj. EBITDA fell to $132.3MM from $200.5MM in FY22, or a 13.6% margin down from 20.3% in FY22. This included the absence of $56.3MM of adj. EBITDA tied to these programs, which if added back, would imply a margin of 19.4% (-580 bps).

- **Development mix** of 40% in FY23 vs. 20% in FY21, carrying 1,000 bps of lower GMs with production programs at >40% GMs and development at low-to-mid 30% GMs
- Commercial catalog pricing 60% of FY23 revs, 35% firm-fixed-price, and 5% cost-plus
- DD increases in **semiconductor** prices with 38% of external spend on semis; lead times of 13-78 weeks as of last quarter with improving de-commit rates

The negative EACs in the quarter were a result of: 1) technical challenges in development efforts that increased rework and excess engineering; 2) immature processes that created mismatches with internal assumptions given cost and scope creep; and 3) supplier spec variations that created rework. This was not from a significant change quarter-over-quarter, but a result of rigorous internal processes that created better clarity around cost estimates and time-to-completion metrics. Gross margins fell 14-pts y-o-y to 26.6% in FQ4. The path forward is the completion of these development programs with the transition to production developments supportive of higher margins. Two of 20 programs transitioned in FQ4, with 5 more planned in FH1:24 and the majority by the end of FY24. Having already incurred the bulk of the EACs in FY23, the programs will scale off a lower margin base (sub-30% GM). Each program is worth about 30 bps of help on avg (full impact of 580 Bps in FY23), w/ our FQ1 est at 10.7% margins ramping to 22.4% in FQ4, bringing the full year to our estimate of 17.3%. The guide embeds some variance for future risks to execution.

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

4

# Jefferies

For illustrative purposes, mgmt provided a waterfall from the reported numbers to a potential 22% margin, with 6-pts from the challenged programs, 2-pts of cost actions, 2-pts from program mix shift to production, and a 2-pt headwind from annual incentive plan payouts. MRCY does not expect to achieve the entirety of program mix shift in FY24, nor the entire reversal of the 6-pts from challenged programs.

Looking to **FY24**, guidance calls for $160-$185MM of adj. EBITDA or a margin of 16.8%-18.5%, relative to our est of $169MM and an 17.3% margin. Mgmt has initiated an organizational cost-savings program that is expected to achieve $20-$22MM of net savings in FY24 and $24MM in annual run-rate savings. Long-term, MRCY is targeting low-to-mid 20% adj. EBITDA margins, benefiting from improved execution, further operating leverage, and IRAD efficiency.

Exhibit 5 - MRCY Adj. EBITDA FY14 to FY25E - Stagnation Between FY21 and FY23 on the Long Term Growth Trend with a Return to Growth Expected in FY24E



Source: Company data, Jefferies estimates

New management alluded to process-oriented issues in its development programs as a result of strategic inorganic growth without the maturation of internal processes.

MRCY first embarked on its acquisition strategy in 2014, driving 19% total revenue growth versus 6% organic growth, while total EBITDA has increased at a 22% CAGR over the period relative to core organic EBITDA growth of 6% adjusted for the FY23 impact.

MRCY has acquired 13 companies over the past five years at an average EBITDA multiple of 12.8x and an average sales multiple of 3.0x. Recent deals include Atlanta Micro (Nov 2021) for $90MM at 19x EBITDA and Avalex (Sept 2021) for $155MM at 16x EBITDA. Deals should largely be off the table for the new mgmt team until internal execution improves.

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

5

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

Exhibit 6 - Total Revenue vs. Total EBITDA Growth - Since Acquisition Focus Started in 2014, EBITDA Has Grown at 22% CAGR Ahead of Revenues at 19% CAGR



Source: Company data, Jefferies estimates

Exhibit 7 - Organic Revenue vs. Organic EBITDA Growth - Averaging 6% Top-Line and EBITDA CAGR Over the Past 6 Years



Source: Company data, Jefferies estimates

MRCY's strategy of investing in IRAD positions the company well for the increased use of OTA contracting vehicles by the DoD, as it looks to accelerate the procurement cycle and expand the use of nontraditional suppliers. We expect R&D as a % of sales remains mostly flat in the 11-12% range vs. 12-13% historically.

The key areas of investment are security and secure processing, avionics and mission computing, radar modernization, and the continued investment in trusted microelectronics. The investments support MRCY's 10-year growth outlook, including in secure processing.

Exhibit 8 - R&D Expense Expected to Stabilize in the ~11-12% Range Through FY26E



Source: Company data, Jefferies estimates

Exhibit 9 - R&D Increase In Line with Revenue Expansion



Source: Company data, Jefferies estimates

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

6

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

## 3) FCF Remains Pressured in FY24 with Working Capital Release the Long-Term Opportunity

FCF was a $60MM usage in FY23 tied to a $79MM build up of working capital, with the ending W/C balance at 65% of sales compared to 35% at normalized levels. In aggregate, W/C has climbed by $350MM from FY20 to FY23, with management highlighting the opportunity to release $300MM of cash over the next several years as the company burns off inventory and unbilled receivables balances.

In FY24, MRCY expects to achieve profitable FCF although GAAP & adjusted net income are guided to a ~ $20MM y-o-y improvement. The guide assumes usage in FH1 and meaningful generation in FH2. We are more conservative, factoring in a $7.5MM total usage of FCF in FY24 as help from NI and SBC is offset by continued W/C growth of $56MM as MRCY attempts to grow the business organically. In FY25, we estimate $35MM of FCF, still roughly half the peak of $72MM in FY20. This implies 18% conversion of adj. EBITDA vs. prior management's LT outlook for 50% conversion.

The opportunity is the accelerated unwind of inventory and unbilled receivables, which will be driven by program execution and supply chain improvements, with future bids incorporating milestone cash payments ideally. Management is also evaluating existing balances to understand the timing of inventory receipts to execution to better align the business on a cash basis.

MRCY's capital deployment has been focused on acquisitions with $1BB deployed since FY18 relative to FCF of just $92MM over that period. Acquisitions are likely off the table for the time being as new management focuses on internal execution.

**Exhibit 10 - Free Cash Flow Walk - Conversion to Adj. EBITDA in the ~20% Range in FY25 and FY26 Driven by Working Capital Headwinds Abating**

|  | FY20 | FY21 | FY22 | FY23 | FY24E | FY25E | FY26E |
|---|---|---|---|---|---|---|---|
| Net Income | $86 | $62 | $11 | ($28) | ($12) | $37 | $55 |
| Depreciation and Amortization | 49 | 67 | 93 | 97 | 91 | 84 | 84 |
| NWC | (41) | (63) | (159) | (79) | (56) | (44) | (43) |
| Stock Comp | 27 | 28 | 38 | 43 | 60 | 38 | 38 |
| Deferred Taxes/Others | (5) | 3 | (3) | (53) | (53) | (38) | (32) |
| **CFO** | **$115** | **$97** | **($19)** | **($20)** | **$31** | **$76** | **$103** |
| Capex | (43) | (46) | (28) | (39) | (39) | (41) | (45) |
| **FCF** | **$72** | **$52** | **($47)** | **($59)** | **($8)** | **$35** | **$58** |
|  |  |  |  |  |  |  |  |
| **Deployment** |  |  |  |  |  |  |  |
| Dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Borrowings | 0 | 200 | 252 | 60 | 0 | (75) | (74) |
| Acquisitions | (97) | (373) | (243) | 0 | 0 | 0 | 0 |
| **Total Deployment** | **($97)** | **($173)** | **$8** | **$60** | **$0** | **($75)** | **($74)** |
|  |  |  |  |  |  |  |  |
| **Discretionary FCF** | **($25)** | **($121)** | **($38)** | **$1** | **($8)** | **($40)** | **($16)** |
|  |  |  |  |  |  |  |  |
| **Ratios** |  |  |  |  |  |  |  |
| FCF to Sales | 9% | 6% | -5% | -6% | -1% | 3% | 5% |
| FCF to Net Income Conversion | 84% | 83% | -413% | 208% | 64% | 96% | 105% |
| FCF to Adj. EBITDA Conversion | 41% | 26% | -23% | -45% | -4% | 18% | 27% |
| FCF Yield (FCF / Mkt Cap.) | 3.7% | 2.6% | -2.4% | -3.0% | -0.4% | 1.8% | 3.0% |
| Discretionary FCF Yield | -1.2% | -6.2% | -2.0% | 0.0% | -0.4% | -2.0% | -0.8% |
| Discretionary FCF % Change YoY | -90% | 392% | -68% | -102% | -890% | 430% | -61% |
| FCF / Share | $1.31 | $0.93 | ($0.83) | ($1.04) | ($0.13) | $0.61 | $1.00 |

Source: Company data, Jefferies estimates

The opportunity on the cash side comes from the unwind of working capital, which has run to 65% of FY23 sales, or $632MM, compared to more normalized levels around ~35% of sales.

In the core business, working capital will continue to grow to support sales growth, while we believe FY24 is set up to have minimal working capital release of the excess $300MM of carrying cash tied to inventories

Please see important disclosure information on pages 17 - 22 of this report.

7

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

and unbilled receivables as program completions of the 20 challenged programs skew to the back-half of the year, which given recent quarters of performance, likely extend into FY25.

By FY25, we assume $732MM of working capital at 71% of sales, which may be conservative if new management is able to execute on its plan.

**Exhibit 11 - Working Capital Elevated to 65% of Sales in FY23 vs. 37% on Average Between FY12 and FY22; Potential to Release $300MM, But Taking A Cautious Approach**



Source: Company data, Jefferies estimates

---

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## 4. Price Target and Valuation

## a) Price Target Derivation

We arrive at our blended PT of $40 using three valuation methods: 1) EV/EBITDA of 14x (10% premium to market vs. 3-year avg of 12%) on our FY26 Adj. EBITDA of $220MM derives a price target of $48, and 2) P/E multiple of 21.7x (20% premium to the market vs. 3-year avg of 19%) arrives at a price target of $43 based on our FY26 Adj. EPS of $2.00; and 3) 3.8% FCF yield (25% premium to market vs. 65% premium historically) on FY26 FCF of $58MM arrives at a price target of $27.

**Exhibit 12 - rice Target Derivation**

| Valuation Method | Price | Assumptions |
|---|---|---|
| EV / EBITDA | $48 | 14.x EV/EBITDA on FY25 Adj. EBITDA of $220MM |
| P/E | $43 | 21.7x P/E on FY26 EPS of $2.00 |
| FCF Yield | $27 | 3.8% FCF Yield on FY25 FCF of $58MM |
| **Blended Average** | **$40** | |

Source: Company data, Jefferies estimates, FactSet

## b) Valuation Relative to Peers: Trading At Discounts vs. Historical Premiums

MRCY trades at a 29% premium to peers on a 2025E EV/EBITDA basis.

**Exhibit 13 - Relative Valuation Table (8/16/2023)**

| Peers | Ticker | JEF Rating | Stock Px 8/16/2023 | Cons Rating | Market Cap | Enterprise Value | P/E 2023 | P/E 2024E | P/E 2025E | EV / Sales 2023 | EV / Sales 2024E | EV / Sales 2025E | EV / EBITDA 2023 | EV / EBITDA 2024E | EV / EBITDA 2025E | Yield Dividend | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Large Cap Peers** | | | | | | | | | | | | | | | | | |
| L3Harris | LHX | Buy | $183.58 | 52% | 36,326 | 41,625 | 15.0x | 13.8x | 12.9x | 2.3x | 2.2x | 2.1x | 12.0x | 11.0x | 10.3x | 0.8% | 7.3% |
| Northrop Grumman | NOC | Hold | $428.00 | 41% | 67,222 | 81,962 | 18.9x | 17.3x | 15.2x | 2.1x | 2.0x | 1.9x | 15.3x | 14.2x | 13.1x | 0.5% | 5.4% |
| Raytheon Technologies | RTX | Hold | $85.66 | 68% | 140,080 | 140,080 | 17.1x | 14.9x | 12.7x | 1.9x | 1.8x | 1.7x | 11.7x | 10.6x | 9.8x | 1.3% | 1.8% |
| Lockheed Martin | LMT | Hold | $445.78 | 31% | 113,878 | 113,878 | 16.4x | 16.0x | 15.6x | 1.7x | 1.7x | 1.6x | 11.5x | 11.4x | 11.0x | 1.1% | 5.6% |
| General Dynamics | GD | Hold | $223.74 | 76% | 57,885 | 57,885 | 17.6x | 15.2x | 14.0x | 1.4x | 1.3x | 1.3x | 10.8x | 9.7x | 9.4x | 1.0% | 5.0% |
| **Average** | | | | | | | **17.0x** | **15.4x** | **14.1x** | **1.9x** | **1.8x** | **1.7x** | **12.3x** | **11.4x** | **10.7x** | **0.9%** | **5.0%** |
| **Small Cap Peers** | | | | | | | | | | | | | | | | | |
| Curtiss Wright Corporation | CW | N/C | $204.41 | 71% | 6,822 | 8,076 | 23.1x | 21.2x | 19.5x | 3.0x | 2.8x | 2.7x | 13.8x | 12.9x | 12.3x | 0.2% | 5.7% |
| **Average** | | | | | | | **23.1x** | **21.2x** | **19.5x** | **3.0x** | **2.8x** | **2.7x** | **13.8x** | **12.9x** | **12.3x** | **0.2%** | **5.7%** |
| **Overall Average** | | | | | | | **18.0x** | **16.4x** | **15.0x** | **2.1x** | **2.0x** | **1.9x** | **12.5x** | **11.7x** | **11.0x** | **0.8%** | **5.1%** |
| | | | | | | | | | | | | | | | | | |
| **Mercury Systems Inc** | **MRCY** | **Hold** | **$36.49** | **33%** | **1,913** | **2,385** | **16.7x** | **36.4x** | **27.2x** | **2.4x** | **2.4x** | **2.4x** | **11.9x** | **18.0x** | **14.1x** | | **4.5%** |
| **MRCY vs. Group Avg.** | | | | | | | **-7%** | **122%** | **81%** | **16%** | **24%** | **30%** | **-4%** | **55%** | **29%** | | |

Source: Jefferies estimates, FactSet

Please see important disclosure information on pages 17 - 22 of this report.

9

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## c) Valuation Relative to History: Trading Below History

On a P/E basis, MRCY currently trades on a consensus FY2 P/E of 20.2x, which reflects a 9% discount vs. its three-year average of 22.3x. On a market relative basis, the stock is trading at a 10% premium to S&P vs a three-year average premium of 19%.

**Exhibit 14 - Trading at 20.2X FY2 P/E, 10% Prem to Mkt vs. Historical Avg Prem of 19%**



Source: FactSet, Jefferies estimates

On an EV/EBITDA basis, MRCY currently trades on a consensus FY2 EV/EBITDA of 13.1x, which reflects an 10% discount vs. its three-year average of 14.6x. On a market relative basis, the stock is trading at a 3% premium to S&P vs a three-year average premium of 12%.

**Exhibit 15 - Trading at 13.1X FY2 EV/EBITDA, 3% Prem to Mkt vs. Historical Avg Prem of 12%**



Source: FactSet, Jefferies estimates

On FCF yield basis, MRCY currently trades on a consensus FY2 FCF yield of 4.6%, which reflects a 28% discount vs. its three-year average of 3.3%. On a market relative basis, the stock is trading at a 5% premium to S&P vs a three-year average premium of 65%.

Please see important disclosure information on pages 17 - 22 of this report.

10

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Exhibit 16 - Trading at a 4.6% FY2 FCF Yield, 5% Prem to Mkt vs. Historical Avg Prem of 65%



Source: FactSet, Jefferies estimates

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

11

# Jefferies

**Exhibit 17 - Annual Income Statement ($MM)**

| (millions, except per share data) | FY2020 | FY2021 | FY2022 | FY2023 | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$796.6** | **$924.0** | **$988.2** | **$973.9** | **$973.9** | **$1,032.3** | **$1,114.9** |
| Cost of Sales | 439.8 | 538.8 | 593.2 | 657.2 | 639.8 | 640.6 | 682.9 |
| **Gross Profit** | **$356.8** | **$385.2** | **$395.0** | **$316.7** | **$334.0** | **$391.8** | **$432.0** |
| | | | | | | | |
| Selling, General & Admin. | 132.3 | 134.3 | 157.0 | 160.6 | 162.6 | 157.9 | 170.6 |
| Research & Development | 98.5 | 113.5 | 107.2 | 108.8 | 107.1 | 113.6 | 122.6 |
| Amortization of intangible assets | 30.6 | 41.2 | 60.3 | 53.6 | 47.5 | 42.8 | 41.8 |
| Restructuring and other charges | 1.8 | 9.2 | 27.4 | 7.0 | 9.2 | 0.0 | 0.0 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs and other related expenses | 2.7 | 6.0 | 11.4 | 8.4 | 3.0 | 0.0 | 0.0 |
| **Total Operating Costs** | **$265.8** | **$304.2** | **$363.3** | **$338.4** | **$329.5** | **$314.3** | **$335.1** |
| **GAAP EBIT** | **$91.1** | **$81.0** | **$31.6** | **($21.7)** | **$4.6** | **$77.4** | **$97.0** |
| | | | | | | | |
| Interest Income, net | 1.1 | (1.0) | (5.7) | (24.1) | (33.8) | (30.0) | (26.0) |
| Other Income / (Expense) | 1.7 | (2.8) | (7.6) | (2.8) | 0.0 | 0.0 | 0.0 |
| **GAAP Pretax Income** | **$93.9** | **$77.2** | **$18.4** | **($48.5)** | **($29.2)** | **$47.4** | **$71.0** |
| | | | | | | | |
| Taxes | 8.2 | 15.1 | 7.1 | (20.2) | (17.5) | 10.9 | 15.6 |
| **GAAP Net Income** | **$85.7** | **$62.0** | **$11.3** | **($28.3)** | **($11.7)** | **$36.5** | **$55.4** |
| | | | | | | | |
| **Common shares (millions)** | | | | | | | |
| Basic | 54.5 | 55.1 | 55.5 | 56.6 | 57.0 | 57.2 | 57.4 |
| Diluted | 55.1 | 55.5 | 55.9 | 56.6 | 58.0 | 58.2 | 58.4 |
| **GAAP EPS from Cont Ops** | **$1.56** | **$1.12** | **$0.20** | **($0.50)** | **($0.20)** | **$0.63** | **$0.95** |

Source: Company data, Jefferies estimates

**Exhibit 18 - Annual Adjusted EPS ($MM)**

| | FY2020 | FY2021 | FY2022 | FY2023 | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|
| **P&L Adjustments** | | | | | | | |
| Amortization of intangible assets | 30.6 | 41.2 | 60.3 | 53.6 | 47.5 | 42.8 | 41.8 |
| Restructuring and other charges | 1.8 | 9.2 | 27.4 | 7.0 | 9.2 | 0.0 | 0.0 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | (1.6) | (1.1) | 0.0 | 0.0 |
| **Total Adjustments (from P&L)** | **32.4** | **50.4** | **87.7** | **58.9** | **55.6** | **42.8** | **41.8** |
| | | | | | | | |
| Other non-operating adjustements, net | (5.6) | (0.7) | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs and other related expenses | 5.6 | 8.6 | 13.6 | 10.0 | 3.0 | 0.0 | 0.0 |
| Fair value adj from purchase accounting | 1.8 | (0.3) | (2.0) | 0.4 | 0.7 | 0.0 | 0.0 |
| Litigation and settlement (income) expense | 0.9 | 0.6 | 1.9 | 0.5 | 0.0 | 0.0 | 0.0 |
| COVID related expenses | 2.6 | 9.9 | 0.7 | 0.1 | 0.0 | 0.0 | 0.0 |
| Stock-based compensation expense | 27.0 | 29.2 | 38.5 | 43.0 | 60.0 | 38.0 | 38.0 |
| Impact to income taxes | (23.6) | (25.7) | (32.3) | (27.8) | (29.8) | (18.6) | (18.4) |
| **Adjusted Net Income** | **$126.8** | **$134.1** | **$122.3** | **$56.7** | **$77.8** | **$98.8** | **$116.8** |
| **Adjusted EPS** | **$2.30** | **$2.42** | **$2.19** | **$1.00** | **$1.34** | **$1.70** | **$2.00** |
| **Cash EPS (GAAP EPS addback amortization)** | **$1.95** | **$1.64** | **$0.96** | **$0.16** | **$0.37** | **$1.14** | **$1.45** |

Source: Company data, Jefferies estimates

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

**Exhibit 19 - Selected Operating Metrics**

| (millions, except per share data) | FY2020 | FY2021 | FY2022 | FY2023 | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|
| **Revenue Change YoY %** | 22% | 16% | 7% | -1% | 0.0% | 6.0% | 8.0% |
| **Net Income Change YoY %** | 87% | -28% | -82% | -351% | -59% | -412% | 52% |
| **Adjusted Net Income Change YoY %** | 42% | 6% | -9% | -54% | 37% | 27% | 18% |
| | | | | | | | |
| **Free Cash Flow** | $71.9 | $51.6 | -$46.5 | -$60.1 | -$7.5 | $35.2 | $58.4 |
| FCF Conversion to GAAP NI  % | 84% | 83% | -413% | 212% | 64% | 96% | 105% |
| FCF Conversion to Adjusted NI % | 57% | 39% | -38% | -106% | -10% | 36% | 50% |
| FCF Conversion to Adjusted EBITDA % | 41% | 26% | -23% | -45% | -4% | 18% | 27% |
| | | | | | | | |
| **GAAP Ratios** | | | | | | | |
| Gross margin % | 44.8% | 41.7% | 40.0% | 32.5% | 34.3% | 38.0% | 38.8% |
| SG&A as % of Sales | 16.6% | 14.5% | 15.9% | 16.5% | 16.7% | 15.3% | 15.3% |
| R&D as % of Sales | 12.4% | 12.3% | 10.8% | 11.2% | 11.0% | 11.0% | 11.0% |
| EBIT % | 11.4% | 8.8% | 3.2% | -2.2% | 0.5% | 7.5% | 8.7% |
| **EBITDA** | $108.1 | $98.0 | $48.6 | ($4.7) | $21.6 | $94.4 | $115.0 |
| EBITDA Margin % | 13.6% | 10.6% | 4.9% | -0.5% | 2.2% | 9.1% | 10.3% |
| Adj. EBITDA vs. Reported EBITDA | 63% | 106% | 313% | -2924% | 682% | 111% | 91% |
| EBT % | 11.8% | 8.4% | 1.9% | -5.0% | -3.0% | 4.6% | 6.4% |
| Tax Rate % | 1.0% | 22.8% | 23.0% | 41.6% | 60.0% | 23.0% | 22.0% |
| Net margin % (continuing) | 10.8% | 6.7% | 1.1% | -2.8% | -1.2% | 3.5% | 5.1% |
| | | | | | | | |
| **Adjusted Ratios** | | | | | | | |
| Adjusted EBIT % | 15.9% | 14.6% | 10.8% | 3.5% | 8.0% | 11.2% | 12.2% |
| Adjusted EBITDA % | 22.1% | 21.9% | 20.3% | 13.6% | 17.3% | 19.3% | 19.7% |
| Adjusted Tax Rate % | 24.5% | 31.2% | 42.0% | 98.2% | 28.1% | 34.5% | 30.9% |
| Adjusted Net margin % (continuing) | 15.9% | 14.5% | 12.4% | 5.8% | 8.0% | 9.6% | 10.5% |
| | | | | | | | |
| Amortization | 3.8% | 4.5% | 6.1% | 5.5% | 4.9% | 4.1% | 3.8% |
| Stock Comp (EPS) | $0.34 | $0.37 | $0.48 | $0.53 | $0.72 | $0.46 | $0.46 |
| Stock Comp as % of SG&A | 20% | 22% | 24% | 27% | 37% | 24% | 22% |
| Stock Comp as % of Reported EBITDA | 19% | 20% | 32% | 60% | 63% | 24% | 21% |

Source: Company data, Jefferies estimates

Please see important disclosure information on pages 17 - 22 of this report.

13

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

**Exhibit 20 - Sources and Uses of Funds**

| (millions, except per share data) | FY2020 | FY2021 | FY2022 | FY2023 | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | |
| Net income | $85.7 | $62.0 | $11.3 | ($28.3) | ($11.7) | $36.5 | $55.4 |
| Depreciation & Amortization | 49.3 | 67.1 | 93.4 | 97.3 | 91.2 | 83.8 | 83.8 |
| Deferred Taxes | (3.0) | (1.1) | (2.4) | (59.6) | 0.0 | 0.0 | 0.0 |
| Share-Based Compensation | 26.5 | 28.3 | 38.3 | 43.4 | 60.0 | 38.0 | 38.0 |
| Other | (2.3) | 3.7 | (0.5) | 5.2 | (50.0) | (35.0) | (30.0) |
| Working Capital | (41.1) | (62.8) | (158.9) | (79.3) | (55.6) | (44.4) | (42.7) |
| Accounts Receivable | (31.1) | (52.0) | (146.5) | (58.7) | (28.3) | (21.8) | (22.3) |
| Inventory | (31.6) | (27.4) | (40.9) | (64.1) | (14.7) | (10.0) | (17.1) |
| Prepaid Income Taxes | (2.8) | 1.7 | (5.0) | 7.4 | 0.0 | 0.0 | 0.0 |
| Prepaid Expenses and Other Current Assets | (2.1) | 1.7 | (4.4) | 2.9 | 0.0 | 0.0 | 0.0 |
| Accounts Payable & Accrued Expenses | 13.6 | (6.3) | 58.4 | (16.7) | (8.7) | (6.3) | (1.6) |
| Deferred Revenue & Customer Advances | 7.1 | 13.7 | (19.0) | 40.7 | (5.4) | (6.3) | (3.9) |
| Income Taxes Payable | (0.1) | 4.1 | 1.0 | 9.9 | 0.0 | 0.0 | 0.0 |
| Net Other Non-Current Assets & Liabilities | 6.0 | 1.7 | (2.6) | (0.7) | 1.6 | 0.0 | 2.1 |
| Other | 0.0 | 0.0 | 0.0 | 1.0 | (2.5) | (2.5) | (1.5) |
| **Cash Flow from Operations** | **$115.2** | **$97.2** | **($18.9)** | **($21.3)** | **$31.4** | **$76.5** | **$103.0** |
| | | | | | | | |
| **Investing Activities** | | | | | | | |
| Acquisitions | (96.5) | (372.8) | (243.5) | 0.0 | 0.0 | 0.0 | 0.0 |
| Capital spending | (43.3) | (45.6) | (27.7) | (38.8) | (39.0) | (41.3) | (44.6) |
| Asset Sales | 4.3 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other activities, net | 0.0 | 0.0 | (3.2) | 0.2 | 0.0 | 0.0 | 0.0 |
| **Cash Flow from Investments** | **($135.5)** | **($416.9)** | **($274.3)** | **($38.6)** | **($39.0)** | **($41.3)** | **($44.6)** |
| | | | | | | | |
| **Financing Activities** | | | | | | | |
| Net borrowings | $0.0 | $200.0 | $251.5 | $60.0 | $0.0 | ($75.0) | ($74.0) |
| Common stock, net | (10.9) | 6.3 | (2.8) | 5.5 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | (0.1) | (2.9) | (0.1) | 0.0 | 0.0 | 0.0 |
| **Cash Flow from Financing** | **($10.9)** | **$206.2** | **$245.8** | **$65.4** | **$0.0** | **($75.0)** | **($74.0)** |
| | | | | | | | |
| Effect of F/X on cash equivalents | 0.1 | 0.4 | (0.8) | 0.3 | 0.0 | 0.0 | 1.0 |
| | | | | | | | |
| **Net change in cash items** | ($31.1) | ($113.0) | ($48.2) | $5.9 | ($7.5) | ($39.8) | ($14.6) |
| **Starting cash balance** | $257.9 | $226.8 | $113.8 | $65.7 | $71.6 | $64.1 | $24.3 |
| **Cash at year-end** | $226.8 | $113.8 | $65.7 | $71.6 | $64.1 | $24.3 | $9.7 |

Source: Company data, Jefferies estimates

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

**Exhibit 21 - Balance Sheet ($MM)**

| Year Ending June 30 | FY2020 | FY2021 | FY2022 | FY2023 | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash and cash equivalents | $226.8 | $113.8 | $65.7 | $71.6 | $64.1 | $24.3 | $9.7 |
| Accounts receivable, net of allowance for doubtful acco | $120.4 | $128.8 | $144.5 | $124.7 | $155.8 | $154.8 | $156.1 |
| Unbilled receivables and cost in excess of billings | $90.3 | $162.9 | $303.4 | $382.6 | $379.8 | $402.6 | $423.7 |
| Inventory | $178.1 | $221.6 | $270.3 | $337.2 | $351.9 | $361.9 | $379.0 |
| Prepaid income taxes | $2.5 | $0.8 | $6.6 | $0.0 | $0.0 | $0.0 | $0.0 |
| Prepaid expenses and other current assets | $16.6 | $15.1 | $23.9 | $21.0 | $21.0 | $21.0 | $21.0 |
| **Total current assets** | **$634.8** | **$643.1** | **$814.3** | **$937.0** | **$972.6** | **$964.6** | **$989.4** |
| Property and equipment, net | $87.7 | $128.5 | $127.2 | $119.6 | $51.9 | $35.6 | $20.4 |
| Goodwill | $614.1 | $804.9 | $937.9 | $938.1 | $938.1 | $938.1 | $938.1 |
| Acquired intangible assets, net | $208.7 | $307.6 | $351.5 | $298.1 | $361.1 | $420.5 | $480.2 |
| Other non-current assets | $65.4 | $71.0 | $72.6 | $98.7 | $98.7 | $98.7 | $98.7 |
| **Total assets** | **$1,610.7** | **$1,955.1** | **$2,303.5** | **$2,391.4** | **$2,422.3** | **$2,457.4** | **$2,526.7** |
| | | | | | | | |
| **Liabilities** | | | | | | | |
| Accounts payable | $41.9 | $48.0 | $98.7 | $104.0 | $99.2 | $96.1 | $95.6 |
| Accrued expenses | $23.8 | $24.7 | $35.0 | $42.3 | $38.4 | $35.2 | $34.1 |
| Accrued compensation | $41.3 | $40.0 | $44.8 | $30.4 | $32.0 | $32.0 | $34.1 |
| Deferred revenues and customer advances and other | $19.0 | $38.2 | $15.5 | $56.6 | $51.2 | $44.8 | $41.0 |
| **Total current liabilities** | **$125.9** | **$150.8** | **$193.9** | **$233.3** | **$220.7** | **$208.2** | **$204.9** |
| Deferred income taxes | $13.9 | $28.8 | $31.5 | $0.0 | $0.0 | $0.0 | $0.0 |
| Income taxes payable | $4.1 | $7.5 | $9.1 | $5.2 | $5.2 | $5.2 | $5.2 |
| Secured Long-term Debt, Noncurrent | $0.0 | $200.0 | $451.5 | $511.5 | $511.5 | $436.5 | $362.5 |
| Other non-current liabilities | $82.0 | $83.9 | $80.3 | $74.8 | $74.6 | $74.4 | $74.2 |
| **Total liabilities** | **$225.9** | **$471.0** | **$766.3** | **$824.7** | **$812.0** | **$724.2** | **$646.7** |
| | | | | | | | |
| **Equity** | | | | | | | |
| Shareholders' equity: | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Preferred stock, $0.01 par value; 1,000,000 shares auth | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Common stock, $0.01 par value; 85,000,000 shares aut | $0.5 | $0.6 | $0.6 | $0.6 | $0.0 | $0.0 | $0.0 |
| Additional paid-in capital | $1,074.7 | $1,109.4 | $1,145.3 | $1,196.8 | $1,264.6 | $1,350.9 | $1,441.3 |
| Retained earnings | $312.5 | $374.5 | $385.8 | $357.4 | $345.7 | $382.3 | $437.6 |
| Accumulated other comprehensive income | -$2.9 | -$0.3 | $5.5 | $11.8 | $0.0 | $0.0 | $1.0 |
| **Total shareholders' equity** | **$1,384.8** | **$1,484.1** | **$1,537.2** | **$1,566.7** | **$1,610.4** | **$1,733.2** | **$1,880.0** |
| | | | | | | | |
| **Total liabilities and shareholders' equity** | **$1,610.7** | **$1,955.1** | **$2,303.5** | **$2,391.4** | **$2,422.4** | **$2,457.4** | **$2,526.7** |

Source: Company data, Jefferies estimates

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

**Exhibit 22 - Quarterly Income Statement ($MM)**

| (millions, except per share data) | FY2023 | | | | | FY2024E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Sep | Q2 Dec | Q3 Mar | Q4 Jun | FY23 | Q1 SepE | Q2 DecE | Q3 MarE | Q4 JunE | FY24E |
| **Net Revenues** | $227.6 | $229.6 | $263.5 | $253.2 | $973.9 | $220.0 | $230.0 | $250.0 | $273.9 | $973.9 |
| Cost of Sales | 149.5 | 148.6 | 173.2 | 185.9 | 657.2 | 158.4 | 154.1 | 160.0 | 167.3 | 639.8 |
| **Gross Profit** | $78.1 | $81.0 | $90.3 | $67.4 | $316.7 | $61.6 | $75.9 | $90.0 | $106.5 | $334.0 |
| | | | | | | | | | | |
| Selling, General & Admin. | $38.9 | $45.1 | $44.6 | $32.0 | $160.6 | $38.0 | $40.0 | $41.0 | $43.6 | $162.6 |
| Research & Development | 27.8 | 26.9 | 26.5 | 27.6 | 108.8 | 26.0 | 26.5 | 27.0 | 27.6 | 107.1 |
| Amortization of intangible assets | 14.6 | 13.5 | 12.8 | 12.6 | 53.6 | 11.8 | 11.8 | 11.8 | 12.1 | 47.5 |
| Restructuring and other charges | 1.5 | 2.1 | 2.8 | 0.6 | 7.0 | 4.0 | 4.0 | 1.2 | 0.0 | 9.2 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs | 2.5 | 0.9 | 1.6 | 3.4 | 8.4 | 1.5 | 1.5 | 0.0 | 0.0 | 3.0 |
| Other expenses | | | | | | | | | | |
| Other Operating Expense / (Income) | | | | | | | | | | |
| **Total Expenses** | 85.3 | 88.5 | 88.3 | 76.3 | 338.4 | 81.3 | 83.8 | 81.0 | 83.4 | 329.5 |
| **GAAP EBIT** | ($7.2) | ($7.5) | $2.0 | ($8.898) | ($21.7) | ($19.7) | ($7.9) | $9.0 | $23.2 | $4.6 |
| | | | | | | | | | | |
| Interest Income, net | (4.5) | (6.4) | (6.7) | (6.6) | (24.1) | (8.5) | (8.5) | (8.5) | (8.3) | (33.8) |
| Other Income / (Expense) | (3.6) | 0.8 | (0.6) | 0.7 | (2.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **GAAP Pretax Income** | -$15.4 | -$13.1 | -$5.4 | -$14.8 | -$48.5 | -$28.2 | -$16.4 | $0.5 | $14.9 | -$29.2 |
| | | | | | | | | | | |
| Taxes (GAAP) | (1.0) | (2.2) | (10.4) | (6.6) | (20.2) | (8.5) | (4.9) | 0.2 | (4.3) | (17.5) |
| **GAAP Net Income** | ($14.3) | ($10.9) | $5.1 | ($8.2) | ($28.3) | ($19.7) | ($11.5) | $0.4 | $19.2 | ($11.7) |
| | | | | | | | | | | |
| Disco. Ops/Accounting Changes | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | |
| **Net income** | ($14.3) | ($9.9) | $5.1 | ($8.2) | ($27.3) | ($19.7) | ($11.5) | $0.4 | $19.2 | ($11.7) |
| | | | | | | | | | | |
| **Common shares (millions)** | | | | | | | | | | |
| Basic | 55.9 | 56.3 | 56.5 | 56.8 | 56.6 | 57.5 | 58.0 | 58.0 | 58.5 | 57.0 |
| Diluted | 55.9 | 56.3 | 56.9 | 56.8 | 56.6 | 57.5 | 58.0 | 58.0 | 58.5 | 58.0 |
| | | | | | | | | | | |
| **Earnings per share, cont. ops.** | | | | | | | | | | |
| Basic | ($0.26) | ($0.19) | $0.09 | ($0.15) | ($0.50) | ($0.34) | ($0.20) | $0.01 | $0.33 | ($0.21) |
| **GAAP EPS Diluted** | ($0.26) | ($0.19) | $0.09 | ($0.15) | ($0.50) | ($0.34) | ($0.20) | $0.01 | $0.33 | ($0.20) |

| Reconciliation - GAAP Net Income to Adjusted Net Income | Q1 Sep | Q2 Dec | Q3 Mar | Q4 Jun | FY23 | Q1 SepE | Q2 DecE | Q3 MarE | Q4 JunE | FY24E |
|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Net Income** | ($14.3) | ($10.9) | $5.1 | ($8.2) | ($28.3) | ($19.7) | ($11.5) | $0.4 | $19.2 | ($11.7) |
| | | | | | | | | | | |
| **P&L Adjustments** | | | | | | | | | | |
| Amortization of intangible assets | 14.6 | 13.5 | 12.8 | 12.6 | 53.6 | 11.8 | 11.8 | 11.8 | 12.1 | 47.5 |
| Restructuring and other charges | 1.5 | 0.6 | 2.8 | 0.6 | 7.0 | 4.0 | 4.0 | 1.2 | 0.0 | 9.2 |
| Impairment of long-lived assets | 0.0 | 0.0 | 0.0 | 0.0 | (1.6) | (1.1) | 0.0 | 0.0 | 0.0 | (1.1) |
| **Total Adjustments (from P&L)** | 16.1 | 14.1 | 15.6 | 13.3 | 58.9 | 14.7 | 15.8 | 13.0 | 12.1 | 55.6 |
| | | | | | | | | | | |
| Other non-operating adjustments, net | 1.8 | 0.0 | (0.3) | (1.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition costs and other related expenses | 2.9 | 1.3 | 2.0 | 3.8 | 10.0 | 1.5 | 1.5 | 0.0 | 0.0 | 3.0 |
| Fair value adjustments from purchase accounting | (0.2) | 0.2 | 0.2 | 0.2 | 0.4 | 0.0 | 0.2 | 0.2 | 0.3 | 0.7 |
| Litigation and settlement (income) expense | 1.3 | 0.1 | 0.4 | (1.2) | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| COVID related expenses | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 |
| Stock-based compensation expense | 10.9 | 13.0 | 13.2 | 5.9 | 43.0 | 15.0 | 15.0 | 15.0 | 15.0 | 60.0 |
| Impact to income taxes | (5.2) | (3.0) | (13.6) | (5.9) | (27.8) | (6.0) | (6.0) | (8.0) | (9.8) | (29.8) |
| **Adjusted Net Income** | $13.3 | $14.7 | $22.5 | $6.3 | $56.8 | $5.5 | $15.0 | $20.6 | $36.8 | $77.8 |
| **Adjusted EPS** | $0.24 | $0.26 | $0.40 | $0.11 | $1.00 | $0.09 | $0.26 | $0.35 | $0.63 | $1.34 |

Source: Company data, Jefferies estimates

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
Equity Research
August 16, 2023

## Company Description

**Mercury Systems**

Mercury Systems is a manufacturer of board-level hardware on the path to becoming a trusted intelligence, surveillance, and reconnaissance (ISR) subsystems provider. The company designs, manufactures, and markets high-performance embedded, real-time digital signal and image processing systems, and software for embedded and other specialized commercial and defense computing markets. Mercury's products are deployed on over 300 programs to 25 different defense contractors. Key programs include LTAMDS, SEWIP, F-35, and Filthy Buzzard. Key customers include Lockheed Martin Corporation and Raytheon Technologies. The two prime contractors in aggregate accounted for 38%, 37%, and 32% of total company revenues in FY18, FY19, and FY20, respectively.

## Company Valuation/Risks

**Mercury Systems**

Our price target results from a blend of EV/Adjusted EBITDA and EV/Sales based on premium to defense peers. Risks include funding on key programs, stale technology, and in-sourcing of business by customers.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle Wenclawiak, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | August 16, 2023 , 16:04 ET. |
| Recommendation Distributed | August 16, 2023 , 16:04 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of BAE Systems PLC.

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to General Dynamics Corp..

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to Lockheed Martin Corp..

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/ average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- BAE Systems PLC (BA/ LN: p1,015.00, BUY)
- General Dynamics Corp. (GD: $223.13, HOLD)
- Heico Corporation (HEI: $167.79, BUY)
- L3Harris Technologies (LHX: $182.37, BUY)
- Lockheed Martin Corp. (LMT: $443.58, HOLD)
- Mercury Systems (MRCY: $36.17, HOLD)
- Northrop Grumman Corp. (NOC: $423.17, HOLD)
- RTX (RTX: $85.66, HOLD)

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Mercury Systems (MRCY)
**Equity Research**
August 16, 2023



## Distribution of Ratings

| | Count | Percent | IB Serv./Past12 Mos. Count | Percent | JIL Mkt Serv./Past12 Mos. Count | Percent |
|---|---|---|---|---|---|---|
| BUY | 1818 | 57.95% | 307 | 16.89% | 106 | 5.83% |
| HOLD | 1163 | 37.07% | 110 | 9.46% | 12 | 1.03% |
| UNDERPERFORM | 156 | 4.97% | 5 | 3.21% | 3 | 1.92% |

Please see important disclosure information on pages 17 - 22 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

19

# Jefferies

## Other important disclosures

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**Canada:** You are advised that Jefferies LLC operates as a dealer in your jurisdiction under an exemption from the dealer registration requirements contained in National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations and, as such, Jefferies LLC is not required to be and is not a registered dealer or adviser in your jurisdiction. You are advised that Jefferies LLC prepared this research report and it was not prepared in accordance with Canadian disclosure requirements relating to research reports in Canada.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Level 26, Two International Finance Center, 8 Finance Street, Central, Hong Kong; telephone: +852 3743 8000.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at Level 16, Express Towers, Nariman Point, Mumbai 400 021, India; Tel +91 22 4356 6000. Compliance Officer name: Sanjay Pai, Tel No: +91 22 42246150, Email: spai@jefferies.com, Grievance officer name: Sanjay Pai, Tel no. +91 22 42246150, Email: compliance_india@jefferies.com. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

**Dubai:** Jefferies International Limited, Dubai branch, which is licensed by the Dubai Financial Services Authority (DFSA Reference Number F007325); registered office Unit L31-06, L31-07, Level 31, ICD Brookfield Pace, DIFC, PO Box 121208, Dubai, UAE.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), and Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined by National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations. This research report is a general discussion of the merits and risks of a security or securities only, and is not in any way meant to be tailored to the needs and circumstances of any recipient. The information contained herein is not, and under no circumstances is to be construed as, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators, if applicable, and only by a dealer properly registered under applicable securities laws or,

Please see important disclosure information on pages 17 - 22 of this report.

20

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence.

In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, where this material is prepared and issued by a Jefferies affiliate outside of Singapore, it is distributed by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Dubai, this material is issued and distributed by Jefferies International Limited, Dubai branch, and is intended solely for Professional Clients and should not be distributed to, or relied upon by, Retail Clients (as defined by DFSA). A distribution of ratings in percentage terms in each sector covered is available upon request from your sales representative. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263). It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 (Cth) of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions

Please see important disclosure information on pages 17 - 22 of this report.                    21

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be copied, reprinted, sold, or redistributed or disclosed by the recipient or any third party, by content scraping or extraction, automated processing, or any other form or means, without the prior written consent of Jefferies. Any unauthorized use is prohibited. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2023 Jefferies

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.