UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>North Collier Fire Control and Rescue District Firefighters' Pension Plan, individually and on behalf of all others similarly situated,</u><br>Plaintiffs | CIVIL ACTION NO.<br><u>  1:23-cv-13065-WGY</u> |
| V. | |
| <u>Mercury Systems, Inc. , et al</u><br> Defendants | |

## SETTLEMENT ORDER OF DISMISSAL

**<u>YOUNG, D.J.</u>**

    The Court having been advised on September 30, 2025, that the above-entitled action has been settled.

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                                By the Court,

<u>September 30, 2025</u>                                       /s/ Kellyann Belmont
Date                                                                Deputy Clerk