UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　　Plaintiff, <br><br>　vs. <br><br>MERCURY SYSTEMS, INC., et al., <br><br>　　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:23-cv-13065-WGY <br><br>CLASS ACTION <br><br>PLAINTIFFS' UNOPPOSED MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (2) CLASS CERTIFICATION FOR SETTLEMENT PURPOSES; AND (3) APPROVAL OF NOTICE TO THE CLASS |

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiff Carpenters Pension Trust Fund for Northern California and named plaintiffs University of Puerto Rico Retirement System and North Collier Fire Control and Rescue District Firefighters' Pension Plan (collectively, "Plaintiffs") hereby move this Court for entry of an order: (i) preliminarily approving the proposed settlement of this litigation (the "Settlement"); (ii) preliminarily certifying the Class for settlement purposes; (iii) approving the proposed form and manner of providing notice of the proposed Settlement to the Class; and (iv) setting a hearing date for the Court to consider final approval of the Settlement, approval of the Plan of Allocation of the Net Settlement Fund, Lead Counsel's application for attorneys' fees and expenses, and Plaintiffs' applications for awards pursuant to 15 U.S.C. §78u-4(a)(4), as well as a schedule for deadlines relevant thereto.[1]  Attached is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

DATED:  December 1, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (*pro hac vice*)
LAURA ANDRACCHIO (*pro hac vice*)
ASHLEY M. PRICE (*pro hac vice*)

s/ Ashley M. Price
ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com
aprice@rgrdlaw.com

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation of Settlement dated December 1, 2025 (the "Stipulation"), submitted herewith.

4933-0129-4461.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
MAGDALENE ECONOMOU (*pro hac vice*)
JONATHAN A. OHLMANN (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
meconomou@rgrdlaw.com
johlmann@rgrdlaw.com

Co-Lead Counsel for Plaintiffs

GRANT & EISENHOFER P.A.
CAITLIN M. MOYNA (*pro hac vice*)
KARIN E. FISCH (*pro hac vice* forthcoming)
CECILIA E. STEIN (*pro hac vice*)
TIMOTHY CLARK B. DAUZ (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  646/722-8500
646/722-8501 (fax)
cmoyna@gelaw.com
kfisch@gelaw.com
cstein@gelaw.com
tdauz@gelaw.com

Co-Lead Counsel for Plaintiffs

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel for Plaintiffs

- 2 -

WEINBERG, ROGER & ROSENFELD, P.C.
EZEKIEL D. CARDER
1375 55th Street
Emeryville, CA  94608
Telephone:  510/337-1001
510/337-1023 (fax)
ecarder@unioncounsel.net

Additional Counsel for Lead Plaintiff Carpenters Pension Trust Fund for Northern California

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
JACK G. FRUCHTER
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone:  212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

Additional Counsel for University of Puerto Rico Retirement System

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2025.

                                                           s/ Ashley M. Price
                                                           ASHLEY M. PRICE