# EXHIBIT A-2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>MERCURY SYSTEMS, INC., et al.,<br><br>    Defendants. | No. 1:23-cv-13065-WGY<br><br>CLASS ACTION<br><br>PROOF OF CLAIM AND RELEASE<br><br>EXHIBIT A-2 |

4896-5572-3896.v1

## I.    GENERAL INSTRUCTIONS

1.    To recover as a Class Member based on the claims in the Litigation,[1] you must complete and, on page ___ hereof, sign this Proof of Claim.  If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.    Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3.    YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, **ON OR BEFORE _____, 2026**, ADDRESSED AS FOLLOWS:

*Mercury Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171
Online Submissions:  www.MercurySecuritiesSettlement.com

If you are NOT a Class Member, as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), DO NOT submit a Proof of Claim.

4.    If you are a Class Member and you do not timely request exclusion, you are bound by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

---

[1]    This Proof of Claim and Release ("Proof of Claim") incorporates by reference the definitions in the Stipulation of Settlement ("Stipulation"), which can be obtained at www.MercurySecuritiesSettlement.com.

- 1 -

4896-5572-3896.v1

## II.    CLAIMANT IDENTIFICATION

You are a Member of the Class if you purchased or acquired the common stock of Mercury Systems, Inc. ("Mercury") between February 3, 2021 and February 6, 2024, inclusive (the "Class Period"), and are not otherwise excluded from the Class.

Use Part I of this form entitled "Claimant Identification" to identify each purchaser or acquirer of record ("nominee") of the Mercury common stock that forms the basis of this claim. THIS PROOF OF CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S) OF MERCURY COMMON STOCK UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this Proof of Claim.  Executors, administrators, guardians, conservators, and trustees must complete and sign this Proof of Claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The last four digits of the Social Security number (or full Taxpayer Identification Number) and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

A Proof of Claim should be submitted for each separate legal entity (*e.g.*, a Proof of Claim form of joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name).  Conversely, a single claim form should be submitted on behalf of one legal entity, including all transactions made by that entity, no matter how many separate accounts that entity has (*e.g.*, an institution with multiple brokerage accounts should include all transactions made in all accounts on one Proof of Claim).

- 2 -

4896-5572-3896.v1

### III.    CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Mercury Common Stock" to supply all required details of your transaction(s).  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your purchases, acquisitions, and sales of Mercury common stock that took place between February 3, 2021 and May 6, 2024, inclusive, whether such transactions resulted in a profit or a loss.[2]  You must also provide all of the requested information with respect to the number of shares of Mercury common stock you held at the close of trading on February 2, 2021, February 6, 2024, and May 6, 2024.  Failure to report all such transactions may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest transaction.  You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase or other acquisition of Mercury common stock.  The date of a "short sale" is deemed to be the date of sale of Mercury common stock.

COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN MERCURY COMMON STOCK SHOULD BE ATTACHED TO YOUR PROOF OF CLAIM.  FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY

---

[2]    Information requested about your purchases or acquisitions and sales from February 7, 2024 through and including the close of trading on May 6, 2024 is needed only for the Claims Administrator to confirm that you have reported all relevant transactions.  Purchases or acquisitions during this period are not eligible for a recovery because they are outside of the Class Period.

4896-5572-3896.v1

VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN MERCURY COMMON STOCK**.

PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, its, or their *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All such claimants MUST also submit a signed paper Proof of Claim whether or not they also submit electronic copies.  If you wish to submit your Proof of Claim electronically, you must contact the Claims Administrator at edata@veritaglobal.com to obtain the required file layout.  Any file not in accordance with the required electronic filing format will be subject to rejection.  Only one Proof of Claim should be submitted for each separate legal entity and the complete name of the beneficial owner(s) of the securities must be entered where called for.  Distribution payments must be made by check or electronic payment payable to the Authorized Claimant (beneficial account owner).  The Third-Party Filer shall not be the payee of any distribution payment check or electronic distribution payment.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

4896-5572-3896.v1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*

No. 1:23-cv-13065-WGY (D. Mass.)

**PROOF OF CLAIM AND RELEASE**

**Must Be Postmarked (if Mailed) or Received (if Submitted Online) No Later Than:**

**_____, 2026**

Please Type or Print

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN MERCURY COMMON STOCK. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

- 5 -

4896-5572-3896.v1

**PART I: CLAIMANT IDENTIFICATION**

Last Name                                                         M.I.    First Name

Last Name (Co-Beneficial Owner)                                   M.I.    First Name (Co-Beneficial Owner)

○ IRA          ○ Joint Tenancy          ○ Employee          ○ Individual          ○ Other_____
                                                                                        (specify)
Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Social Security Number                          Taxpayer Identification Number
___ — ___ — ___              or         ___ — ___

Telephone Number (Primary Daytime)              Telephone Number (Alternate)
___ — ___ — ___                         ___ — ___ — ___

Email Address

**MAILING INFORMATION**

Address

Address

City                                            State    Zip Code

Foreign Province                    Foreign Postal Code          Foreign Country Name/Abbreviation

- 6 -

4896-5572-3896.v1

PART II:      SCHEDULE OF TRANSACTIONS IN MERCURY COMMON STOCK

    **A.**    **Number of shares of Mercury common stock held at the close of trading on February 2, 2021.  If none, write "0" or "zero." \_\_\_**

    **B.**    **Purchases or acquisitions of Mercury common stock between February 3, 2021 and May 6, 2024, inclusive:**

| Trade Date(s) Month Day Year (List chronologically) | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|
| 1._____ | 1._____ | 1._____ | □ Y  □ N |
| 2._____ | 2._____ | 2._____ | □ Y  □ N |
| 3._____ | 3._____ | 3._____ | □ Y  □ N |

    IMPORTANT:   If any purchase or acquisition listed covered a "short sale," please mark Yes: □ Yes

    **C.**    **Sales of Mercury common stock between February 3, 2021 and May 6, 2024, inclusive:**

| Trade Date Month Day Year | Number of Shares Sold | Total Sales Price (Excluding commissions, taxes and fees) | Proof of Sale Enclosed |
|---|---|---|---|
| 1._____ | 1._____ | 1._____ | □ Y  □ N |
| 2._____ | 2._____ | 2._____ | □ Y  □ N |
| 3._____ | 3._____ | 3._____ | □ Y  □ N |

    **D.**    **Number of shares of Mercury common stock held at the close of trading on February 6, 2024: _____**

        Proof of Position Enclosed:   □ Yes  □ No

    **E.**    **Number of shares of Mercury common stock held at the close of trading on May 6, 2024: _____**

        Proof of Position Enclosed:   □ Yes  □ No

If you require additional space, attach extra schedules in the same format as above.  Sign and print your name on each additional page.

4896-5572-3896.v1

**YOU MUST READ AND SIGN THE RELEASE ON PAGE __.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

**IV.   SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of Massachusetts, with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation.  I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.  I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of Mercury common stock during the relevant period and know of no other person having done so on my (our) behalf.

**V.   RELEASE**

1.     I (We) hereby warrant and represent that I am (we are) a Class Member as defined in the Stipulation and that I am (we are) not excluded from the Class.

2.     I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever release, relinquish, waive, and discharge each and all of the Released Claims (including Unknown Claims) against each and all of the Released Defendant Parties (as these terms are defined in the Stipulation).

3.     These releases shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

4.     I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

- 8 -

4896-5572-3896.v1

5.        I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in Mercury common stock that occurred during the relevant period as well as the number of shares held by me (us) at the close of trading on February 2, 2021, February 6, 2024, and May 6, 2024.

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Proof of Claim by the undersigned is true and correct.

Executed this _____ day of _____
                                     (Month/Year)

in _____
       (City)                   (State/Country)

_____
(Sign your name here)

_____
(Type or print your name here)

_____
(Capacity of person(s) signing,
*e.g.*, Beneficial Purchaser or Acquirer,
Executor or Administrator)

4896-5572-3896.v1

**ACCURATE CLAIMS PROCESSING TAKES A
SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1.    Please sign the above release and acknowledgment.

2.    Remember to attach copies of supporting documentation.

3.    **Do not send** originals of certificates or other documentation as they will not be returned.

4.    Keep a copy of your Proof of Claim and all supporting documentation for your records.

5.    If you desire an acknowledgment of receipt of your Proof of Claim, please send it Certified Mail, Return Receipt Requested.

6.    If you move after submitting your Proof of Claim, please notify the Claims Administrator of the change in your address, otherwise you may not receive additional notices or payment.

7.    **Do not use red pen or highlighter** on the Proof of Claim or supporting documentation.  You must use black or blue ink or your claim may be deemed deficient.

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE OR MAILED NO
LATER THAN _____, 2026, ADDRESSED AS FOLLOWS:**

*Mercury Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171
Online Submissions: www.MercurySecuritiesSettlement.com

4896-5572-3896.v1