# EXHIBIT A-4

**<u>LEGAL NOTICE</u>**

*North Collier Fire Control and Rescue District Firefighters'*
   *Pension Plan v. Mercury Systems, Inc., et al.,*
No. 1:23-cv-13065-WGY (D. Mass.)
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171

www.MercurySecuritiesSettlement.com

Court-Ordered Legal Notice
(Forwarding Service Requested)

This notice contains important information about a securities class action settlement.

You may be entitled to a payment.  This notice may affect your legal rights.

Please read this notice carefully.

4924-7678-5272.v1

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*,
No. 1:23-cv-13065-WGY (D. Mass.)
THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
VISIT WWW.MERCURYSECURITIESSETTLEMENT.COM OR CALL 1-888-808-8981 FOR MORE INFORMATION.

If you purchased or acquired Mercury Systems, Inc. ("Mercury") common stock between February 3, 2021 and February 6, 2024, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation"). Your rights may be affected by this Litigation and the Settlement. A hearing will be held on _____, 2026, at _____, at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210 (the "Settlement Hearing"), before the Honorable William G. Young, to determine whether: (1) the proposed Settlement of the Litigation against Defendants Mercury, Mark Aslett, Michael D. Ruppert, William L. Ballhaus, and David E. Farnsworth for $32.5 million and the Plan of Allocation should be approved as fair, reasonable, and adequate; (2) the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and (3) Lead Counsel's application for an award of attorneys' fees of up to 30% of the Settlement Amount, expenses not to exceed $425,000, plus interest on both amounts, and an award to Plaintiffs in an aggregate amount not to exceed $36,000, should be granted.

The Settlement would resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants made material misrepresentations and omissions regarding the integration of the businesses that Mercury had acquired, and the negative consequences upon failing to fully integrate those businesses. Plaintiffs further allege that these statements allegedly caused Mercury common stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, allegedly causing Mercury's common stock price to fall. Defendants have denied, and continue to deny, the allegations in the Complaint and any liability, fault, negligence, wrongdoing, or damages of any kind. For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation (which contains definitions for the defined terms used in this Postcard Notice), long-form Notice of Pendency and Proposed Settlement of Class Action ("Notice"), and the Proof of Claim and Release ("Proof of Claim") by visiting the website: www.MercurySecuritiesSettlement.com ("Website") or you may request copies from the Claims Administrator by: (i) mail: *Mercury Securities Settlement*, c/o Verita Global, P.O. Box 301171, Los Angeles, CA 90030-1171, or (ii) toll-free call: 1-888-808-8981.

To qualify for a payment from the Settlement, you must submit a valid Proof of Claim, with supporting documentation, postmarked or submitted online no later than _____, 2026. You will be bound by any Judgment entered in the Litigation, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class no later than _____, 2026. If you exclude yourself, you cannot get money from this Settlement. If you do not exclude yourself from the Class, you may object to the proposed Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses and award to Plaintiffs no later than _____, 2026. The long-form Notice and the Website explain how to exclude yourself from the Class or how to object.

4924-7678-5272.v1

Plaintiffs and the Class are represented by Lead Counsel:  Ashley Price, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 800-449-4900, settlementinfo@rgrdlaw.com, and Caitlin M. Moyna, Grant & Eisenhofer P.A., 485 Lexington Ave., 29th Floor, New York, NY 10017, 646-722-8500, cmoyna@gelaw.com.  You may, but do not have to, attend the Settlement Hearing to be heard.  The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means and/or change its date and/or time.  Please check the Website for updates.

4924-7678-5272.v1