UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:23-cv-13065-WGY |

NORTH COLLIER FIRE CONTROL AND
RESCUE DISTRICT FIREFIGHTERS'
PENSION PLAN, Individually and on Behalf
of All Others Similarly Situated,

                  Plaintiff,

    vs.

MERCURY SYSTEMS, INC., et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:23-cv-13065-WGY

<u>CLASS ACTION</u>

LEAD COUNSEL'S NOTICE OF MOTION
FOR AN AWARD OF ATTORNEYS' FEES
AND EXPENSES AND AWARDS TO
PLAINTIFFS PURSUANT TO 15 U.S.C.
§78u-4(a)(4)

4911-3706-8189.v1

PLEASE TAKE NOTICE that on May 12, 2026, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Counsel, Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. ("Lead Counsel"), will respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order: (a) awarding attorneys' fees; (b) awarding litigation expenses; and (c) awarding payment to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Lead Counsel submit and are filing herewith: the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); the Joint Declaration of Michael G. Capeci and Karin E. Fisch in Support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); the Declarations of Plaintiffs; the Declaration of Ross D. Murray; and the Declarations of Robbins Geller Rudman & Dowd LLP, Grant & Eisenhofer P.A., Abraham, Fruchter & Twersky, LLP, and Hutchings Barsamian Mandelcorn, LLP.

A proposed order will be submitted with Lead Counsel's reply submission on May 5, 2026.

Lead Counsel will be prepared to provide oral argument on this motion at the Settlement Hearing scheduled for May 12, 2026, at 2:00 p.m. before the Court.

DATED:  April 7, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
MAGDALENE ECONOMOU (*pro hac vice*)
JONATHAN A. OHLMANN (*pro hac vice*)

- 1 -

s/ Michael G. Capeci
MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com
meconomou@rgrdlaw.com
johlmann@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SPENCER A. BURKHOLZ (*pro hac vice*)
LAURA ANDRACCHIO (*pro hac vice*)
ASHLEY M. PRICE (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
landracchio@rgrdlaw.com
aprice@rgrdlaw.com

GRANT & EISENHOFER P.A.
KARIN E. FISCH (*pro hac vice*)
CECILIA E. STEIN (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  646/722-8500
646/722-8501 (fax)
kfisch@gelaw.com
cstein@gelaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4911-3706-8189.v1

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel

KRAW LAW GROUP
GEORGE M. KRAW
LISA SCHWANTZ
605 Ellis Street, Suite 200
Mountain View, CA  94043
Telephone:  650/314-7800
650/314-7899 (fax)
gkraw@kraw.com
lschwantz@kraw.com

Additional Counsel for Lead Plaintiff

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
JACK G. FRUCHTER
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone:  212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
jfruchter@aftlaw.com

Additional Counsel for University of Puerto Rico
Retirement System

- 3 -

4911-3706-8189.v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2026.

s/ Michael G. Capeci

MICHAEL G. CAPECI