UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:23-cv-13065-WGY<br><br>CLASS ACTION<br><br>DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B) PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D) REQUESTS FOR EXCLUSION RECEIVED TO DATE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MERCURY SYSTEMS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Verita Global ("Verita"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2.      Pursuant to the Court's December 18, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF 146) (the "Notice Order"), Verita was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Verita provided in accordance with the Notice Order.

3.      I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing and emailing of the Court-approved Postcard Notice (attached hereto as Exhibit A) and, if requested by potential Class Members, mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit B); (ii) publication of the Summary Notice of Proposed Settlement of Class Action (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Verita.

**DISSEMINATION OF NOTICE**

4.      Pursuant to the Notice Order, Verita is responsible for disseminating notice of the Settlement to potential Class Members.  The Class consists of all purchasers and acquirers of Mercury common stock during the period between February 3, 2021 and February 6, 2024,

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated December 1, 2025 (ECF 145) (the "Stipulation"), which is available on the website established for the Litigation at www.MercurySecuritiesSettlement.com.

DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B) PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D) REQUESTS FOR EXCLUSION RECEIVED TO DATE - No. 1:23-cv-13065-WGY                 - 1 -

inclusive.  Excluded from the Class are Defendants and their immediate families, the Company's officers and directors at all relevant times, as well as their immediate families, Defendants' legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.  Also excluded is any Person who properly excludes himself, herself, itself, or themselves by submitting a valid and timely request for exclusion.  To the extent any Mercury employee benefit plan receives a distribution from the Net Settlement Fund, no portion shall be allocated to any person or entity who is excluded from the Class by definition.

5.      Verita received a file via email from Mercury's transfer agent, which contained the names and addresses of potential Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 1,018 unique names and addresses, and 21 email addresses.  Verita had the unique name and address data printed onto Postcard Notices, posted the Postcard Notices for First-Class Mail, postage prepaid, and delivered 1,018 Postcard Notices on January 8, 2026, to the United States Post Office for mailing.  Additionally, on January 8, 2026, Verita emailed 21 Postcard Notices to potential Class Members with valid email addresses.

6.      On January 8, 2026, as part of its normal mailing procedures, Verita mailed, by First-Class Mail, Postcard Notices and cover letters to 256 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Verita.  In our experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Postcard Notices advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Postcard Notices to potential Class Members.  In the more than four decades that we have been providing notice and claims administration services in securities class actions, we have found the majority of potential class members hold their securities in street name

DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B) PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D) REQUESTS FOR EXCLUSION RECEIVED TO DATE - No. 1:23-cv-13065-WGY                    - 2 -

and are notified through the Nominee Holders.  Verita also mailed Postcard Notices and cover letters to 4,413 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit C.

7.     On January 8, 2026, Verita also delivered electronic copies of the Postcard Notice to 333 registered electronic filers who are qualified to submit electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.     As part of the notice program for this Settlement, on January 8, 2026, Verita also caused electronic copies of the Claim Package and Postcard Notice to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and Postcard Notice and contact Verita for copies of the Postcard Notice for their beneficial holders.

9.     Verita has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Verita has forwarded the Postcard Notice on request to nominees who purchased or acquired Mercury common stock during the Class Period for the beneficial interest of other persons.  Verita has also forwarded the Postcard Notice directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.     Following the initial mailing, Verita received 11 responses to the outreach efforts described above, which included computer files containing a total of 20,260 names and addresses and 75 email addresses of potential Class Members.  In addition, 32 institutions requested that Verita send them a total of 24,419 Postcard Notices for forwarding directly to their clients.  Verita has also re-mailed a total of 48 Postcard Notices to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to Verita by the USPS or were obtained through other means.  Verita has also mailed six Postcard

Notices where email delivery was unsuccessful and a mailing address was available for those potential Class Members. Verita also received seven requests for Claim Packages from potential Class Members. Each of these requests has been completed in a timely manner.

11. As of April 2, 2026, Verita has mailed or emailed a total of 50,849 Postcard Notices and seven Claim Packages to potential Class Members and nominees. In addition, one institution reported that they anticipated sending Postcard Notices via email to an additional 20,278 potential Class Members.

## PUBLICATION OF THE SUMMARY NOTICE

12. In accordance with the Notice Order, on January 15, 2026, Verita caused the Summary Notice to be published in the national edition of *The Wall Street Journal* and transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit D.

## ESTABLISHMENT OF CALL CENTER SERVICES AND SETTLEMENT WEBSITE

13. On January 8, 2026, Verita established and continues to maintain a case-specific, toll-free telephone number, 1-888-808-8981, to accommodate potential Class Member inquiries. The toll-free telephone number is set forth in the Notice, Postcard Notice, Summary Notice, and on the case website. Verita has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14. On January 8, 2026, Verita established and continues to maintain a website dedicated to this Settlement (www.MercurySecuritiesSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions. The web address is set forth in the Notice, Proof of Claim, Postcard Notice, and Summary Notice. The website includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. In addition, the website provides Class Members with the ability to submit their Proofs of Claim online.

## REQUESTS FOR EXCLUSION RECEIVED TO DATE

15.     The Notice informs potential Class Members that written requests for exclusion from the Class are to be sent to Verita, such that they are postmarked no later than April 21, 2026.

16.     The Notice also sets forth the information that must be included in each request for exclusion.  As of the date of this declaration, Verita has not received any requests for exclusion.

17.     Although the Notice Order (and the Notice) provides that Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to Verita), I also note for the sake of completeness that as of the date of this declaration Verita has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 2nd day of April, 2026, at San Rafael, California.


_____
ROSS D. MURRAY


DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B)
PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D)
REQUESTS FOR EXCLUSION RECEIVED TO DATE - No. 1:23-cv-13065-WGY           - 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2026.

s/ Michael G. Capeci
MICHAEL G. CAPECI