# EXHIBIT D

THE WALL STREET JOURNAL. | * * | Thursday, January 15, 2026 | **B7**

# BIGGEST 1,000 STOCKS

### How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

Underlined quotations are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
♦-New 52-week high; †-New 52-week low; dd-Indicates loss in the most recent four quarters.

**Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| BostonSci | BSX | 93.74 | -0.40 |
| BridgeBioPharma | BBIO | 77.70 | -1.21 |
| BristolMyers | BMY | 57.02 | 1.10 |
| BritishAmTob | BTI | 57.44 | 0.82 |
| Broadcom | AVGO | 339.89 | -14.72 |
| BroadridgeFinl | BR | 220.96 | -0.25 |
| BrookfieldAsset | BAM | 51.92 | -0.58 |
| Brookfield | BN | 47.27 | -0.02 |
| BrookfieldInfr | BIP | 34.81 | 0.27 |
| BrookWealth | BNT | 47.51 | 0.13 |
| Brown&Brown | BRO | 79.43 | 0.37 |
| Brown-Forman B | BF.B | 27.20 | 0.85 |
| Brown-Forman A | BF.A | 27.37 | 0.68 |
| BuildersFirst | BLDR | 126.38 | 1.52 |
| Bullish | BLSH | 39.66 | 0.98 |
| BungeGlobal | BG | 105.46 | 2.87 |
| BurlingtonStrs | BURL | 303.36 | -6.94 |
| CBRE Group | CBRE | 164.90 | 0.19 |
| CDW | CDW | 132.16 | -2.44 |
| CF Industries | CF | 85.05 | 2.18 |
| CGI A | GIB | 94.68 | 0.79 |
| CH Robinson | CHRW | 172.31 | -1.11 |
| CME Group | CME | 275.23 | 6.78 |
| CMS Energy | CMS | 70.92 | 0.36 |
| CNA Fin | CNA | 46.18 | 0.76 |
| CNH Indl | CNH | 10.83 | 0.38 |
| CRH | CRH | 121.89 | -5.49 |
| CSX | CSX | 36.03 | 0.05 |
| CVS Health | CVS | 79.33 | -1.35 |
| CadenceDesign | CDNS | 313.17 | -9.89 |
| CAE | CAE | 32.09 | 0.05 |
| CamdenProperty | CPT | 107.84 | 0.24 |
| Cameco | CCJ | 110.79 | 1.87 |
| CIBC | CM | 91.46 | -0.18 |
| CanNtlRlwy | CNI | 96.55 | 2.18 |
| CanadianNatRscs | CNQ | 34.62 | 1.47 |
| CdnPacKC | CP | 72.07 | 1.42 |
| CapitalOne | COF | 234.42 | 3.01 |
| CardinalHealth | CAH | 213.56 | 5.30 |
| Carlisle | CSL | 359.13 | 2.71 |
| Carlyle | CG | 65.50 | 1.07 |
| Carnival | CCL | 30.18 | -0.81 |
| Carnival | CUK | 29.97 | -0.82 |
| CarpenterTech | CRS | 323.00 | 2.86 |
| CarrierGlobal | CARR | 55.62 | 0.43 |
| Carvana | CVNA | 458.61 | -9.54 |
| CaseysGenStores | CASY | 616.30 | 11.67 |
| Caterpillar | CAT | 638.15 | 2.22 |
| Celestica | CLS | 438.04 | -18.52 |
| CelsiusHldg | CELH | 53.13 | 0.52 |
| Cemex | CX | 12.57 | 0.12 |
| Cencora | COR | 349.93 | 4.05 |
| CenovusEnergy | CVE | 18.61 | 0.73 |
| CenterPointEner | CNP | 39.06 | 0.46 |
| CharlesRiverLabs | CRL | 216.20 | -2.60 |
| ChartIndustries | GTLS | 206.94 | -0.05 |
| CharterComms | CHTR | 202.34 | 4.45 |
| CheckPoint | CHKP | 188.17 | 1.60 |
| ChenEnergyLing | LNG | 199.72 | 6.03 |
| ChenEnergyPtrs | CQP | 56.03 | 0.41 |
| Chevron | CVX | 167.24 | 3.37 |
| Chewy | CHWY | 26.72 | -0.80 |
| ChinaFinl | CHYM | 26.69 | -1.13 |
| Chipotle | CMG | 40.59 | 1.18 |
| DiamondbkEner | FANG | 153.73 | 2.53 |
| Diageo | DEO | 91.37 | 1.44 |
| Chubb | CB | 301.01 | 0.32 |
| ChungwaTel | CHT | 42.69 | 0.25 |
| ChurchDwight | CHD | 90.16 | 2.19 |
| Ciena | CIEN | 238.38 | -8.04 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Cigna | CI | 271.00 | -0.81 |
| CincinnatiFinl | CINF | 163.68 | 2.67 |
| Cintas | CTAS | 194.23 | 1.51 |
| CircleInternet | CRCL | 84.80 | 1.34 |
| CiscoSystems | CSCO | 74.41 | -1.06 |
| Citigroup | C | 112.41 | -3.89 |
| CitizensFin | CFG | 59.93 | 0.15 |
| CleanHarbors | CLH | 259.00 | 4.92 |
| Clorox | CLX | 111.41 | 2.55 |
| Cloudflare | NET | 188.39 | -0.32 |
| Coca-Cola | KO | 71.44 | 0.20 |
| Coca-ColaCon | COKE | 152.24 | 0.27 |
| CocaColaEuropc | CCEP | 88.84 | -0.63 |
| CoeurMining | CDE | 20.76 | -0.20 |
| CognizantTech | CTSH | 86.70 | 2.23 |
| Coherent | COHR | 184.11 | -5.92 |
| CoinbaseGlbl | COIN | 255.86 | 3.17 |
| ColgatePalm | CL | 84.55 | 1.59 |
| Comcast | CMCSA | 28.42 | 0.27 |
| Comerica | CMA | 90.56 | -0.95 |
| ConocoPhillips | COP | 100.34 | 3.68 |
| ConEd | ED | 101.47 | 1.26 |
| ConstBrands A | STZ | 156.36 | 3.20 |
| ConstellationEner | CEG | 330.38 | -3.15 |
| Cooper | COO | 81.69 | -0.01 |
| Copart | CPRT | 39.99 | 0.12 |
| Core&Main | CNM | 56.45 | 0.17 |
| CorebridgeFin | CRBG | 30.52 | 0.49 |
| CoreWeave | CRWV | 89.80 | 2.32 |
| Corning | GLW | 90.21 | 0.33 |
| Corpay | CPAY | 327.77 | -3.32 |
| Corteva | CTVA | 69.94 | 1.09 |
| CoStar | CSGP | 63.87 | 2.05 |
| Costco | COST | 950.98 | 9.05 |
| CoteraEnergy | CTRA | 25.36 | 0.16 |
| Coupang | CPNG | 20.79 | -1.18 |
| Crane | CR | 203.20 | -1.53 |
| Credicorp | BAP | 316.99 | 5.49 |
| CredoTech | CRDO | 156.84 | -1.51 |
| CrowdStrike | CRWD | 460.70 | -7.32 |
| CrownCastle | CCI | 88.67 | 1.86 |
| Crown Holdings | CCK | 104.16 | 0.22 |
| Cummins | CMI | 565.18 | -2.26 |
| Curtiss-Wright | CW | 636.65 | 0.91 |
| CyberArkSoftware | CYBR | 461.71 | 1.03 |

**D E F**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DTE Energy | DTE | 133.95 | 1.75 |
| DT Midstream | DTM | 117.80 | -0.39 |
| D-WaveQuantum | QBTS | 30.15 | 1.33 |
| Danaher | DHR | 237.95 | 2.39 |
| Darden | DRI | 207.87 | 1.32 |
| Datadog | DDOG | 122.41 | -3.09 |
| Dayforce | DAY | 69.36 | 0.01 |
| DeckersOutdoor | DECK | 101.40 | -0.31 |
| Deere | DE | 512.10 | 12.58 |
| DellTechC | DELL | 118.69 | -0.97 |
| DeltaAir | DAL | 68.49 | -0.84 |
| DeutscheBankDB | DB | 39.19 | 0.06 |
| DevonEnergy | DVN | 37.32 | 1.01 |
| DexCom | DXCM | 69.70 | -0.15 |
| Diageo | | | |
| DigitalRealty | DLR | 159.26 | -1.45 |
| Dillard's | DDS | 648.72 | -51.51 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Disney | DIS | 113.53 | 0.55 |
| DocuSign | DOCU | 63.57 | -2.64 |
| DollarGeneral | DG | 150.95 | -0.30 |
| DollarTree | DLTR | 140.29 | 2.92 |
| DominionEner D | D | 60.25 | 1.23 |
| Domino's | DPZ | 407.38 | -3.53 |
| Donaldson | DCI | 98.53 | 1.70 |
| DoorDash | DASH | 213.13 | -4.27 |
| Dover | DOV | 204.34 | -0.06 |
| Dow | DOW | 28.26 | 1.71 |
| DrReddy'sLab | RDY | 13.30 | 0.08 |
| DraftKings | DKNG | 34.32 | 0.27 |
| DukeEnergy | DUK | 118.68 | 1.29 |
| DuPont | DD | 42.89 | -0.90 |
| DutchBros | BROS | 62.49 | 1.49 |
| DycomInds | DY | 353.99 | -2.91 |
| Dynatrace | DT | 39.98 | -1.40 |
| EMCOR | EME | 660.73 | -9.42 |
| ENI | E | 39.01 | 0.57 |
| EOG Rscs | EOG | 110.74 | 2.70 |
| EPAM Systems | EPAM | 221.40 | 9.41 |
| EQT | EQT | 50.26 | -1.33 |
| EastWestBncp | EWBC | 114.46 | 0.01 |
| EastGroup | EGP | 186.17 | 1.32 |
| Eaton | ETN | 331.14 | -1.24 |
| eBay | EBAY | 94.42 | 0.05 |
| EchoStar | SATS | 131.09 | 7.35 |
| Ecolab | ECL | 275.65 | 2.11 |
| Ecopetrol | EC | 11.57 | 0.23 |
| EdisonIntl | EIX | 61.62 | 0.94 |
| EdwardsLife | EW | 83.10 | -0.74 |
| ElancoAnimal | ELAN | 24.44 | -0.01 |
| ElbitSystems | ESLT | 720.59 | 21.00 |
| ElectronicArts | EA | 204.20 | -0.13 |
| ElevanceHealth | ELV | 372.84 | 2.16 |
| Embraer | EMBJ | 71.59 | -0.92 |
| Emera | EMA | 48.63 | 0.65 |
| EmersonElec | EMR | 148.15 | 1.80 |
| Enbridge | ENB | 46.57 | 0.23 |
| EncompassHealth | EHC | 100.22 | -0.08 |
| EnergyTransfer | ET | 17.50 | 0.10 |
| EnsignGroup | ENSG | 177.58 | -0.29 |
| Entegris | ENTG | 104.09 | 2.02 |
| Entergy | ETR | 95.17 | 0.80 |
| EnterpriseProd | EPD | 32.49 | 0.13 |
| Equifax | EFX | 219.77 | 2.21 |
| Equinix | EQIX | 799.02 | 2.29 |
| Equinor | EQNR | 24.95 | 0.44 |
| EquinoxGold | EQX | 14.68 | 0.11 |
| Equitable | EQH | 47.58 | 0.76 |
| EquityLife | ELS | 61.71 | 0.71 |
| EquityResdntl | EQR | 61.01 | 1.45 |
| ErieIndemnity | ERIE | 283.05 | 2.44 |
| EssentialUtil | WTRG | 37.50 | 0.25 |
| EssexProp | ESS | 253.18 | 3.26 |
| EsteeLauder | EL | 116.91 | 1.54 |
| EverconA | EVR | 366.54 | 0.02 |
| Everest | EG | 325.91 | 5.99 |
| Evergy | EVRG | 75.26 | 0.73 |
| EversourceEner | ES | 69.95 | 1.55 |
| ExactSciences | EXAS | 102.26 | 0.01 |
| Exelixis | EXEL | 45.23 | 1.15 |
| Exelon | EXC | 43.60 | 0.78 |
| ExpeditorsIntl | EXPD | 101.46 | -1.52 |
| ExpeditorsIntl | EXPD | 162.12 | 1.53 |
| ExpandEnergy | EXE | 144.72 | 4.22 |
| ExxonMobil | XOM | 130.29 | 5.66 |
| FTAI Aviation | FTAI | 257.01 | -1.61 |
| Fabrinet | FN | 477.05 | -11.95 |
| FactSet | FDS | 295.27 | 3.50 |
| Fair Isaac | FICO | 1616.29 | 6.89 |
| Fastenal | FAST | 42.42 | 0.38 |
| FederalRealty | FRT | 102.02 | -0.07 |
| FedEx | FDX | 313.55 | 3.89 |
| FergusonEnts | FERG | 246.10 | 3.00 |
| Ferrari | RACE | 353.29 | -0.56 |
| Ferrovial | FER | 67.58 | 0.76 |
| FidNatlFinl | FNF | 51.94 | 0.83 |
| FidNatlInfo | FIS | 63.98 | 0.40 |
| FifthThirdBncp | FITB | 48.57 | 0.44 |
| Figma | FIG | 32.36 | -1.22 |
| FigureTechSols | FIGR | 55.02 | -0.45 |
| FirstCitizBcshA | FCNCA | 2161.26 | -1.83 |
| FirstHorizon | FHN | 24.05 | 0.02 |
| FirstIndRlty | FR | 48.33 | 0.18 |
| FirstSolar | FSLR | 236.45 | -4.15 |
| FirstEnergy | FE | 46.15 | 0.85 |
| Fiserv | FISV | 67.50 | 0.75 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| FiveBelow | FIVE | 197.45 | -3.50 |
| Flex | FLEX | 63.83 | -0.44 |
| Flowserve | FLS | 75.15 | 0.31 |
| FlutterEnt | FLUT | 199.85 | -3.85 |
| FEMSA | FMX | 103.85 | 0.82 |
| FordMotor | F | 13.84 | -0.14 |
| Fortinet | FTNT | 76.39 | -1.94 |
| Fortis | FTS | 51.93 | 0.59 |
| Fortive | FTV | 55.76 | 1.08 |
| FoxB | FOX | 66.21 | -0.31 |
| FoxA | FOXA | 73.09 | -0.14 |
| Franco-Nevada | FNV | 237.32 | -0.31 |
| FranklinRscs | BEN | 25.63 | 0.35 |
| FreeportMcM | FCX | 60.35 | 1.01 |
| FreseniusMedCare | FMS | 21.39 | -1.49 |
| FrontierComms | FYBR | 38.34 | 0.11 |
| FullTruck | YMM | 9.88 | -0.21 |
| Futu | FUTU | 174.05 | -10.03 |

**G H I**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| GE Aerospace | GE | 318.88 | -8.35 |
| GE HealthCare | GEHC | 85.30 | 0.53 |
| GE Vernova | GEV | 644.18 | -7.91 |
| GFLEnvironmental | GFL | 41.84 | -0.52 |
| GSK | GSK | 50.79 | 0.89 |
| GalaxyDigital | GLXY | 28.19 | 1.37 |
| Gallagher | AJG | 256.98 | -0.02 |
| GameStop | GME | 21.02 | |
| Gaming&Leisure | GLPI | 45.86 | 0.79 |
| Gap | GAP | 26.65 | -0.78 |
| Garmin | GRMN | 211.52 | -2.39 |
| Gartner | IT | 238.93 | 3.14 |
| GenDigital | GEN | 26.24 | -0.49 |
| Generac | GNRC | 160.26 | 2.56 |
| GeneralDynamics | GD | 366.00 | 2.70 |
| GeneralMills | GIS | 45.62 | 1.35 |
| GeneralMotors | GM | 81.23 | -2.01 |
| Genmab | GMAB | 35.34 | 1.47 |
| GenuineParts | GPC | 133.80 | 1.83 |
| Gildan | GIL | 62.50 | -0.52 |
| GileadSciences | GILD | 124.07 | 2.31 |
| GlobalPayments | GPN | 77.48 | 0.01 |
| GlobalFoundries | GFS | 41.35 | 0.48 |
| GlobeLife | GL | 142.41 | 0.48 |
| GlobusMedical | GMED | 92.46 | 2.30 |
| GoDaddy | GDDY | 108.14 | -1.14 |
| GoldFields | GFI | 49.80 | 0.25 |
| GoldmanSachs Gs | GS | 932.67 | -5.48 |
| Grab | GRAB | 4.63 | -0.16 |
| Grainger | GWW | 1051.25 | 11.35 |
| GAP | PAC | 26.23 | 0.55 |
| ASUR | ASR | 320.80 | 2.44 |
| GrupoCibest | CIB | 73.59 | 0.64 |
| GrupoFinlGalicia | GGAL | 50.93 | -1.16 |
| GuardantHealth | GH | 108.60 | 1.71 |
| Guidewire | GWRE | 170.85 | -8.65 |
| HCA Healthcare | HCA | 478.84 | 6.48 |
| HDFC Bank | HDB | 80.38 | 1.27 |
| HF Sinclair | DINO | 50.57 | 1.12 |
| HP | HPQ | 26.07 | -0.31 |
| HSBC | HSBC | 81.76 | 0.24 |
| HubSpot | HUBS | 341.81 | -3.8 |
| HudsonPacProp | HPP | 9.31 | -1.2 |
| MontaukRenew | MNTK | 1.41 | -1.4 |
| NabmBMinerals | NABM | 0.91 | -2.2 |
| NetLeaseOffice | NLOP | 26.03 | -2.0 |
| Netskope | NTSK | 15.31 | -4.2 |
| NuvationBioWt | NUVLWS | 0.06 | -47.3 |
| OddityTech | ODD | 33.06 | |
| LumexaImaging | LMXI | 15.19 | -2.9 |
| M3-BrigadeAcqnWt | MBVIW | 0.32 | -28.9 |
| MaisonSolutions | MSS | 0.66 | -25.5 |
| MetaVista | MTVA | 1.30 | |
| MetaVista | MTVA | 5.23 | -30.1 |
| PolarPower | POLA | 1.47 | -14.4 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| JBHunt | JBHT | 205.81 | 0.64 |
| HuntingtonBcshs | HBAN | 17.68 | 0.18 |
| HuntingIngalls | HII | 415.39 | 3.73 |
| HyattHotels | H | 168.29 | -0.26 |
| ICICI Bank | IBN | 35.07 | -0.15 |
| IDEX | IEX | 190.54 | 3.21 |
| IdexxLab | IDXX | 710.48 | -3.56 |
| ING Groep | ING | 29.19 | 0.16 |
| Invesco | IVZ | 28.25 | -0.05 |
| IQVIA | IQV | 241.35 | -0.22 |
| IREN | IREN | 52.88 | -0.11 |
| ITT | ITT | 180.97 | -3.28 |
| IamGold | IAG | 17.81 | 0.39 |
| IcaheEnterprises | IEP | 7.87 | 0.04 |
| Icon | ICLR | 184.77 | 1.48 |
| IllinoisToolWks | ITW | 258.89 | 2.13 |
| Illumina | ILMN | 143.97 | -3.02 |
| ImperialOil | IMO | 98.89 | 2.84 |
| Incyte | INCY | 105.95 | 2.52 |
| Infosys | INFY | 19.35 | 1.84 |
| IngersollRand | IR | 85.99 | 0.16 |
| Insmed | INSM | 163.46 | -0.26 |
| Insulet | PODD | 282.89 | 4.72 |
| Intel | INTC | 48.72 | 1.43 |
| InteractiveBkrs | IBKR | 71.35 | 0.76 |
| ICE | ICE | 172.94 | 6.25 |
| InterContHtls | IHG | 136.84 | -0.81 |
| IBM | IBM | 309.03 | 5.87 |
| IntlFlavors | IFF | 70.18 | 0.55 |
| IntlPaper | IP | 42.84 | 0.28 |
| Intuit | INTU | 566.60 | -38.68 |
| IntuitiveSurgical | ISRG | 546.76 | -15.06 |
| InvitatHomes | INVH | 26.75 | 0.52 |
| IonisPharm | IONS | 78.87 | -0.61 |
| IonQ | IONQ | 50.88 | 1.94 |
| IronMountain | IRM | 86.77 | 0.84 |
| ItauUnibanco | ITUB | 7.36 | 0.06 |

**J K L**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| JBS | JBS | 14.73 | 0.30 |
| JD.com | JD | 29.83 | -0.05 |
| JPMorganChase | JPM | 307.87 | -3.03 |
| Jabil | JBL | 244.24 | -6.35 |
| JackHenry | JKHY | 192.60 | 4.15 |
| JacobsSolns | J | 139.69 | -0.50 |
| JamesHardie | JHX | 23.56 | 0.25 |
| JazzPharm | JAZZ | 170.81 | 8.38 |
| JefferiesFinl | JEF | 64.89 | -0.39 |
| JobyAviation | JOBY | 15.12 | 0.31 |
| J&J | JNJ | 218.55 | 4.90 |
| JohnsonControls | JCI | 112.13 | 0.49 |
| JonesLang | JLL | 339.78 | -5.89 |
| KB Financial | KB | 88.76 | 1.82 |
| KBR | KBR | 47.20 | 0.18 |
| KKR | KKR | 132.08 | 2.00 |
| KLA | KLA | 635.43 | -12.98 |
| Kanzhun | BZ | 19.38 | 0.47 |
| Kenon | KMRN | 108.01 | 0.52 |
| KeurigDrPepper | KDP | 28.12 | 0.44 |
| KeyCorp | KEY | 20.03 | 0.15 |
| KeysightTech | KEYS | 209.40 | 10.10 |
| Kimberly-Clark | KMB | 109.49 | 1.03 |
| KimcoRealty | KIM | 22.09 | 0.15 |
| KinderMorgan | KMI | 27.53 | 0.65 |
| KinrossGold | KGC | 25.29 | 0.48 |
| KinsaleCapital | KNSL | 396.13 | 3.68 |
| Klarna | KLAR | 30.13 | -1.30 |
| Knight-Swift | KNX | 47.70 | 0.93 |
| Philips | PHG | 30.16 | 0.47 |
| Kraft Heinz | KHC | 24.88 | 0.63 |
| Kroger | KR | 62.46 | 0.99 |
| LKQ | LKQ | 26.98 | 0.13 |
| LPL Financial | LPLA | 383.90 | 5.58 |
| L3HarrisTech | LHX | 288.55 | 2.77 |
| Labcorp | LH | 264.42 | 2.51 |
| LamResearch | LRCX | 205.16 | -5.78 |
| LamarAdv | LAMR | 106.97 | -1.27 |
| LambWeston | LW | 65.90 | 0.32 |
| LandstarSys | LSTR | 122.33 | -1.07 |
| LarimarTher | LRMR | 90.72 | |
| Lear | LEA | 109.30 | -0.31 |
| Leidos | LDOS | 190.13 | -5.13 |
| Lennar B | LEN.B | 118.17 | -7.28 |
| Lennar A | LEN | 122.56 | -7.26 |
| LennoxIntl | LII | 608.55 | 8.90 |
| LeonardoDRS | DRS | 69.09 | -0.01 |
| LiAuto | LI | 16.21 | -0.43 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| LibertyLiveHldgs | LLYVA | 83.32 | 1.44 |
| LibertyLiveHldgs | LLYVK | 84.62 | 1.35 |
| LibertyFormOne C | FWONK | 89.44 | -1.35 |
| LibertyFormOne A | FWONA | 82.25 | -1.00 |
| EliLilly | LLY | 1073.29 | -3.90 |
| LincolnElectric | LECO | 255.82 | 4.68 |
| Linde | LIN | 439.98 | -2.92 |
| LiveNationEnt | LYV | 146.78 | 0.76 |
| LloydsBanking | LYG | 5.47 | — |
| LockheedMartin | LMT | 572.70 | 14.40 |
| Loews | L | 103.60 | 0.83 |
| LogitechIntl | LOGI | 96.74 | -0.05 |
| Lowe's | LOW | 274.95 | 0.70 |
| lululemon | LULU | 203.14 | -8.76 |
| Lumentum | LITE | 331.62 | -29.71 |
| LyondellBasell | LYB | 52.00 | 3.33 |

**M N**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Macom Tech | MTSI | 215.01 | 1.49 |
| M&T Bank | MTB | 209.79 | 0.63 |
| MGM Resorts | MGM | 34.41 | -0.24 |
| MKS | MKSI | 190.30 | -2.98 |
| MPLX | MPLX | 55.46 | 0.69 |
| MP Materials | MP | 69.30 | 5.48 |
| MSCI | MSCI | 594.79 | 7.35 |
| MadrigalPharm | MDGL | 505.23 | 11.33 |
| MagnaIntl | MGA | 56.51 | -0.46 |
| MagnumiceCrm | MICC | 16.33 | 1.01 |
| ManhattanAssoc | MANH | 173.48 | 0.30 |
| ManulifeFinl | MFC | 37.33 | 0.54 |
| Maplebear | CART | 40.86 | -0.42 |
| MarathonPetrol | MPC | 181.09 | 5.24 |
| Markel | MKL | 2097.81 | 0.47 |
| Marriott | MAR | 319.68 | -3.28 |
| Marsh | MRSH | 183.27 | 0.57 |
| MartinMarietta | MLM | 636.71 | -29.00 |
| MarvellTech | MRVL | 81.21 | -1.84 |
| Masco | MAS | 70.02 | -0.07 |
| MasTec | MTZ | 226.00 | -0.07 |
| Mastercard | MA | 546.82 | 1.28 |
| McCormick | MKC | 68.57 | 1.15 |
| McDonald's | MCD | 321.65 | 2.45 |
| McKesson | MCK | 834.16 | 10.18 |
| Medline | MDLN | 43.41 | 0.56 |
| Medpace | MEDP | 616.45 | 8.02 |
| Medtronic | MDT | 98.74 | 2.32 |
| MercadoLibre | MELI | 2171.35 | 28.38 |
| Merck | MRK | 131.01 | 2.75 |
| MetaPlatforms | META | 635.52 | -15.57 |
| MetLife | MET | 76.85 | 1.57 |
| Mettler-Toledo | MTD | 1485.56 | 0.78 |
| MicrochipTech | MCHP | 74.60 | 3.02 |
| MicronTech | MU | 211.16 | -5.84 |
| Microsoft | MSFT | 459.38 | -11.29 |
| MidAmApt | MAA | 136.27 | 1.63 |
| MitsubishiUFJ | MUFG | 18.16 | 0.47 |
| MizuhoFin | MFG | 7.39 | 0.16 |
| Moderna | MRNA | 30.38 | -1.03 |
| MolinaHealthcare | MOH | 184.83 | 7.95 |
| MolsonCoorsB | TAP.A | 51.48 | 2.98 |
| MolsonCoors | TAP | 51.45 | 2.98 |
| MongoDB | MDB | 384.00 | -24.30 |
| MonolithicPower | MPWR | 932.00 | 0.32 |
| MonsterBev | MNST | 68.20 | 0.08 |
| Moody's | MCO | 535.98 | 1.08 |
| MorganStanley | MS | 149.78 | -2.83 |
| Morningstar | MORN | 233.20 | 2.20 |
| MotorolaSol | MSI | 426.54 | 3.02 |
| MurphyUSA | MUSA | 321.52 | 2.02 |
| NICE | NICE | 130.41 | 3.50 |
| NNN REIT | NNN | 41.13 | 0.50 |
| NRG Energy | NRG | 193.11 | 1.56 |
| NVR | NVR | 7580.76 | -93.56 |
| NXP Semi | NXPI | 240.82 | 7.13 |
| Nasdaq | NDAQ | 100.07 | 0.63 |
| Natera | NTRA | 239.84 | 3.75 |
| NationalGrid | NGG | 71.13 | 0.31 |
| NatlBank | NWG | 12.98 | -0.25 |
| NatWest | NWG | 14.37 | -0.07 |
| NetApp | NTAP | 101.52 | 1.27 |
| Netflix | NFLX | 88.55 | -1.60 |
| NetEase | NTES | 134.01 | -2.23 |

Continued on Page B9

## New Highs and Lows

Continued From Page B6

| Stock | Sym | Hi/Lo | 52-Wk % Chg |
|---|---|---|---|
| Figma | FIG | 32.07 | -3.6 |
| FiverrIntl | FVRR | 17.05 | -0.5 |
| FreseniusMedCare | FMS | 21.18 | -6.5 |
| FutureFinTech | FTFT | 0.56 | 1.3 |
| GenDigitalRt | GENVR | 3.05 | -2.5 |
| GeoVaxLabs | GOVX | 2.86 | -17.8 |
| Globavend | GVH | 1.20 | -6.8 |
| GoDaddy | GDDY | 106.77 | -1.0 |
| GrabWt | GRABW | 0.23 | -2.4 |
| HealthtcTriangle | HCTI | 0.43 | -6.0 |
| HealthStream | HSTM | 21.60 | -0.5 |
| HubCyberSecurity | HUBC | 0.30 | -34.8 |

| Stock | Sym | Hi/Lo | 52-Wk % Chg |
|---|---|---|---|
| MingtengIntl | MTEN | 0.03 | 4.7 |
| monday.com | MNDY | 129.99 | -4.4 |
| MontaukRenew | MNTK | 1.41 | -1.4 |
| NabmBMinerals | NABM | 0.91 | -2.2 |
| NetLeaseOffice | NLOP | 26.03 | -1.6 |
| Netskope | NTSK | 15.31 | -4.2 |
| NuvationBioWt | NUVLWS | 0.06 | -47.3 |
| OddityTech | ODD | 33.06 | |
| Leslie's | LESL | 1.52 | -8.9 |
| LiAuto | LI | 16.10 | -2.1 |
| Lumeraimaging | LMXI | 15.19 | -2.9 |
| M3-BrigadeAcqnWt | MBVIW | 0.32 | -28.9 |
| MaisonSolutions | MSS | 0.55 | -3.2 |

| Stock | Sym | Hi/Lo | 52-Wk % Chg |
|---|---|---|---|
| PropanBiopharma | PPCB | 0.42 | -2.2 |
| Qifin | QFIN | 16.77 | -2.1 |
| ReposiTrak | TRAK | 10.97 | -2.6 |
| ReToEco-Solutions | RETO | 1.18 | -1.6 |
| Sacks Parente | RYAN | 49.88 | -0.6 |
| Sabre | SABR | 1.58 | -7.5 |
| SCWorx | WORX | 0.38 | -0.3 |
| SilverOne | S | 14.15 | 1.9 |
| ServiceNow | NOW | 132.61 | -2.6 |
| SigningDaySports | SGN | 0.67 | -3.9 |
| Siyata Mobile | SYTA | 4.89 | -2.6 |
| Slfm | Slfm | 0.85 | -0.5 |
| TMC Metals | TMC | 6.17 | -1.9 |
| THMedia | THM | 1.45 | -1.5 |
| 60DegreesPharm | SXTP | 0.34 | -9.3 |
| TempestTherap | TPST | 2.54 | -6.6 |
| Thryv | THRY | 9.35 | -2.5 |

| Stock | Sym | Hi/Lo | 52-Wk % Chg |
|---|---|---|---|
| TrivicHealth | TIVC | 1.20 | -1.6 |
| Travelzoo | TZOO | 6.13 | -2.4 |
| TwelveSeasIIWt | TWLVW | 9.84 | |
| TwinVee | VEEE | 1.32 | -7.2 |
| VerdeCleanFuelsWt | VGASW | 0.34 | -0.3 |
| ViaTransport | VIA | 23.67 | -10.5 |
| Volato | SOAR | 0.56 | 0.4 |
| Vyome | HIND | 3.00 | 2.3 |
| WebusIntl | WETO | 0.70 | -3.4 |
| WorkHorse | WKHS | 0.71 | -5.4 |
| Workday | WDAY | 192.12 | -2.5 |
| XCFGlobal | SAFX | 0.13 | -17.7 |
| YouFirst | YOUL | 1.11 | -5.8 |
| ZeviaPBC | ZVIA | 1.66 | -3.4 |
| ZipRecruiter | ZIP | 2.91 | -4.2 |

---

**ADVERTISEMENT**

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

---

**CLASS ACTION**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

In re HPE ENTERPRISE SERVICES-DXC TECHNOLOGY CO. MERGER LITIGATION

This Document Relates To:

ALL ACTIONS.

Lead Case No. 19CV353132

**CLASS ACTION**

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO ACQUIRED DXC TECHNOLOGY COMPANY ("DXC") COMMON STOCK IN DIRECT EXCHANGE FOR COMPUTER SCIENCES CORPORATION, INC. ("CSC") SECURITIES IN THE APRIL 1, 2017 MERGER BETWEEN CSC AND THE ENTERPRISE SERVICES BUSINESS SEGMENT OF HEWLETT PACKARD ENTERPRISE COMPANY ("HPE")**

**A CALIFORNIA COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION CASE PENDING IN COURT.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on June 11, 2026, at 1:30 p.m., before the Honorable Charles F. Adams at the Superior Court of California, County of Santa Clara, Department 7, 191 N. First Street, San Jose, CA 95113, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")¹ for $47,500,000.00 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiffs an incentive award for representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

This Action is a consolidated securities class action lawsuit pending in the Superior Court of the State of California, County of Santa Clara (the "Court"), against DXC, HPE, Rishi Varma, Timothy C. Stonesifer, Jeremy K. Cox, Mukesh Aghi, Amy E. Alving, David Herzog, Sachin Lawande, J. Michael Lawrie, Julio A. Portalatin, Peter Rutland, Manoj P. Singh, Margaret C. Whitman, and Robert F. Woods (collectively, "Defendants"). In April 2017, HPE spun off its Enterprise Services business segment and merged it with CSC, forming DXC (the "April 1, 2017 Merger Exchange" or the "Merger"). Plaintiffs allege that in connection with the Merger, DXC issued approximately 140 million new shares of common stock pursuant to a materially false and misleading registration statement and prospectus. Plaintiffs allege that these purportedly false and misleading statements resulted in damage to Class Members. Defendants expressly deny all of Plaintiffs' allegations.

**IF YOU ACQUIRED DXC COMMON STOCK IN THE APRIL 1, 2017 MERGER EXCHANGE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.**

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim"), along with the required supporting documentation, by mail **(postmarked, or received if no postmark, no later than April 6, 2026)** or online **(no later than April 6, 2026)**. Your failure to submit your Proof of Claim by April 6, 2026, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action. If you are a member of the Class and did not request exclusion therefrom, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder, and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.DXCLitigation.com, or by writing to:

DXC Technology Co. Merger Litigation
Claims Administrator
c/o Verita Global
P.O. Box 301170
Los Angeles, CA 90030-1170

The pleadings and other records in this litigation, including the Stipulation, may also be examined (a) online on the Superior Court of California, County of Santa Clara's Electronic Filing and Service Website at www.scscourt.org, or through the Santa Clara Superior Court Portal at https://portal.scscourt.org; or (b) in person at Records, Superior Court of California, County of Santa Clara, 191 N. First Street, San Jose, California 95113, between the hours of 8:30 a.m. and 3:00 p.m., Monday through Thursday and 8:30 a.m. and 12:00 p.m. on Friday, excluding Court holidays and closures.

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Plaintiffs' Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
James I. Jaconette
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

GIRARD SHARP LLP
Adam E. Polk
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 1-415-981-4800
apolk@girardsharp.com

THE HALL FIRM, LTD.
David W. Hall
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 1-415-426-5648
dhall@hallfirmltd.com

If you are a Class Member, you have the right to object to the Settlement, the Plan of Allocation, the request by Plaintiffs' Counsel for an award of attorneys' fees and expenses, and/or the payment to Plaintiffs for their representation of the Class. Any objections must be submitted to the Court and sent to Plaintiffs' Counsel and Defendants' Counsel so that they are received by May 21, 2026, in the manner and form explained in the Notice.

DATED: December 15, 2025

BY ORDER OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
THE HONORABLE CHARLES F. ADAMS

¹ The Stipulation can be viewed and/or obtained at www.DXCLitigation.com. All capitalized terms used herein have the same meaning as the terms defined in the Stipulation.

**CLASS ACTION**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MERCURY SYSTEMS, INC., et al.,

Defendants.

No. 1:23-cv-13065-WGY

**CLASS ACTION**

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PURCHASERS AND ACQUIRERS OF MERCURY SYSTEMS, INC. ("MERCURY") COMMON STOCK BETWEEN FEBRUARY 3, 2021 AND FEBRUARY 6, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 12, 2026, at 2:00 p.m., before the Honorable William G. Young, at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, Courtroom 18, 1 Courthouse Way, Boston, MA 02210, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $32.5 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to award Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) in relation to their representation of the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

It is possible that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by telephone or videoconference, without further written notice to the Class. To determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by telephone or video, it is important that you monitor the Court's docket and the website, www.MercurySecuritiesSettlement.com, for any update before making any plans to attend the Settlement Hearing.

IF YOU PURCHASED OR ACQUIRED MERCURY COMMON STOCK BETWEEN FEBRUARY 3, 2021 AND FEBRUARY 6, 2024, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than April 8, 2026)** or electronically via the website **(no later than April 8, 2026)**. Failure to submit your Proof of Claim by April 8, 2026, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Mercury common stock during the period between February 3, 2021 and February 6, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.MercurySecuritiesSettlement.com, or by writing to or calling:

Mercury Securities Settlement
Claims Administrator
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171
1-888-808-8981

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ashley Price
655 West Broadway, Suite 1900
San Diego, CA 92101
1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY APRIL 21, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES, AND/OR THE REQUEST FOR AWARD(S) TO PLAINTIFFS IN CONNECTION WITH THEIR REPRESENTATION OF THE CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY APRIL 21, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE AVAILABLE AT WWW.MERCURYSECURITIESSETTLEMENT.COM.

DATED: December 16, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Declaration of Publication

I, Jonathan D. Carameros, as Senior Vice President, Settlement Administration at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on January 15, 2026:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of January 2026, at Danville, California.

Jonathan D. Carameros

**Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. Announce Proposed Settlement in the Mercury Securities Litigation**

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP and Grant & Eisenhofer P.A. regarding the Mercury Securities Litigation:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY SYSTEMS, INC., et al.,<br><br>Defendants. | No. 1-23-cv-13065-WGY<br><br>CLASS ACTION<br><br>SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PURCHASERS AND ACQUIRERS OF MERCURY SYSTEMS, INC. ("MERCURY") COMMON STOCK BETWEEN FEBRUARY 3, 2021 AND FEBRUARY 6, 2024, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 12, 2026, at 2:00 p.m., before the Honorable William G. Young, at the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, Courtroom 18, 1 Courthouse Way, Boston, MA 02210, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation") for $32.5 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; (4) to award Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) in relation to their representation of the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

It is possible that the Court may decide to change the date and/or time of the Settlement Hearing, conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by telephone or videoconference, without further written notice to the Class. To determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by telephone or video, it is important that you monitor the Court's docket and the website, www.MercurySecuritiesSettlement.com, for any update before making any plans to attend the Settlement Hearing.

IF YOU PURCHASED OR ACQUIRED MERCURY COMMON STOCK BETWEEN FEBRUARY 3, 2021 AND FEBRUARY 6, 2024, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than April 8, 2026)** or electronically via the website **(no later than April 8, 2026)**. Failure to submit your Proof of Claim by April 8, 2026, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Mercury common stock during the period between February 3, 2021 and February 6, 2024, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.MercurySecuritiesSettlement.com, or by writing to or calling:

*Mercury Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171
1-888-808-8981

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ashley Price
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY APRIL 21, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES, AND/OR THE REQUEST FOR AWARD(S) TO PLAINTIFFS IN CONNECTION WITH THEIR REPRESENTATION OF THE CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY APRIL 21, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE AVAILABLE AT WWW.MERCURYSECURITIESSETTLEMENT.COM.

| | |
|---|---|
| DATED: December 16, 2025 | BY ORDER OF THE COURT<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS |

Share  in  X  f  ✉  🔗  ⋯

**Contacts**
Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Industry:     Legal    Professional Services

ROBBINS GELLER RUDMAN & DOWD LLP

⌃ NASDAQ:MCRY

**RELEASE VERSIONS**

English

**CONTACTS**

Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Jonathan D. Carameros, as Senior Vice President, Settlement Administration at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on January 15, 2026 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of January 2026, at Danville, California.

Jonathan D. Carameros