# EXHIBIT A

**EXHIBIT A**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP
Inception through February 20, 2026

| NAME | | HOURS | RATE | LODESTAR |
|------|------|------|------|------|
| Albert, Michael | (P) | 23.80 | 990 | $ 23,562.00 |
| Burkholz, Spencer A. | (P) | 499.90 | 1510 | 754,849.00 |
| Capeci, Michael G. | (P) | 1,927.40 | 1010 | 1,946,674.00 |
| Cochran, Brian E. | (P) | 22.00 | 990 | 21,780.00 |
| Pintar, Theodore J. | (P) | 49.10 | 1370 | 67,267.00 |
| Price, Ashley M. | (P) | 119.30 | 1000 | 119,300.00 |
| Rudman, Samuel H. | (P) | 58.40 | 1600 | 93,440.00 |
| Wilens, Douglas | (P) | 49.70 | 1230 | 61,131.00 |
| Economou, Magdalene | (A) | 567.70 | 625 | 354,812.50 |
| Mejia, Francisco J. | (A) | 68.50 | 700 | 47,950.00 |
| Ohlmann, Jonathan A. | (A) | 999.50 | 435 | 434,782.50 |
| Andracchio, Laura M. | (OC) | 701.10 | 1290 | 904,419.00 |
| Schroder, Stephanie M. | (OC) | 27.90 | 1045 | 29,155.50 |
| Dalgleish, Kimberle S. | (SA) | 338.90 | 500 | 169,450.00 |
| Issarapanichkit, Tammy | (SA) | 337.70 | 515 | 173,915.50 |
| Zacharia, Tole V. | (SA) | 361.50 | 515 | 186,172.50 |
| Aronica, R. Steven | (FA) | 253.50 | 895 | 226,882.50 |
| Barhoum, Anthony J. | (EA) | 11.70 | 485 | 5,674.50 |
| Vue, Chong | (EA) | 20.00 | 425 | 8,500.00 |
| Roelen, Scott R. | (RA) | 31.60 | 370 | 11,692.00 |
| Fitzpatrick, Brian H. | (I) | 11.90 | 405 | 4,819.50 |
| Lyons, James L. | (I) | 125.40 | 405 | 50,787.00 |
| McLaughlin, Mara A. | (I) | 12.70 | 405 | 5,143.50 |
| Peitler, Steven J. | (I) | 46.00 | 430 | 19,780.00 |
| Browning, Aaron C. | (LS) | 21.80 | 350 | 7,630.00 |
| Paralegals | | 305.90 | 475 | 145,302.50 |
| Shareholder Relations | | 45.20 | 120 | 5,424.00 |
| *TOTAL* | | *7,038.10* | | *$ 5,880,296.00* |

(P) Partner                             (EA) Economic Analyst
(A) Associate                          (RA) Research Analyst
(OC) Of Counsel                      (I) Investigator
(SA) Staff Attorney                   (LS) Litigation Support
(FA) Forensic Accountant