# EXHIBIT B

**EXHIBIT B**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through January 23, 2026

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing and Attorney Service Fees | | $    2,090.70 |
| Transportation, Hotels, and Meals | | 34,472.41 |
| Postage | | 10.85 |
| Messenger, Overnight Delivery | | 1,134.91 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 15,310.64 |
| Experts/Consultants | | 259,031.00 |
| Crowninshield Financial Research, Inc. | $ 211,213.00 | |
| Vega Economics | 30,272.50 | |
| Timothy J. Galpin, Ph.D. | 17,545.50 | |
| Photocopies | | 413.91 |
| Outside | $      328.71 | |
| In-House Black and White (568 copies at $0.15 per page) | 85.20 | |
| Online Legal and Financial Research | | 15,305.74 |
| eDiscovery Database Hosting | | 5,628.30 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 17,500.00 |
| **TOTAL** | | **$  350,898.46** |