# EXHIBIT C

**EXHIBIT C**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP

Filing and Attorney Service Fees: $2,090.70

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/04/25 | CLERK OF THE COURT | *PRO HAC VICE* FEES FOR M. ECONOMOU |
| 03/04/25 | CLERK OF THE COURT | *PRO HAC VICE* FEES FOR L. ANDRACCHIO |
| 04/28/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CITIGROUP, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/28/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: GOLDMAN SACHS & CO., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/02/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: VERITAS CAPITAL FUND MANAGEMENT, L.L.C., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/02/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JOELE FRANK, WILKINSON BRIMMER KATCHER, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/05/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: WARBURG PINCUS LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| 05/05/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ELLIOTT INVESTMENT MANAGEMENT L.P., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| --- | --- | --- |