# EXHIBIT D

**EXHIBIT D**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $34,472.41

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Burkholz, Spencer | 03/15/24-03/20/24 | Boston, MA | Prepare for and attend status conference; meet with damage expert Feinstein |
| Capeci, Michael | 03/19/24-03/20/24 | Boston, MA | Prepare for and attend status conference |
| Ohlmann, Jonathan | 07/23/24-07/24/24 | Boston, MA | Prepare for and attend hearing on motion to dismiss |
| Capeci, Michael | 07/23/24-07/24/24 | Boston, MA | Prepare for and attend hearing on motion to dismiss |
| Burkholz, Spencer | 05/01/25 | Boston, MA | Meet with expert Feinstein regarding class certification report and reply issues |
| Burkholz, Spencer | 07/18/25 | Boston, MA | Meet with expert Feinstein regarding settlement related issues prior to mediation |
| Capeci, Michael | 09/03/25-09/05/25 | Boston, MA | Prepare for and defend Feinstein deposition |
| Economou, Magdalene | 09/03/25-09/05/25 | Boston, MA | Prepare for and attend Feinstein deposition |
| Andracchio, Laura M. | 09/03/25-09/05/25 | Boston, MA | Prepare for and attend deposition of Jay Abendroth |
| Economou, Magdalene | 09/07/25-09/09/25 | Denver, CO | Prepare for and attend Brinton deposition |
| Capeci, Michael | 09/08/25-09/09/25 | Denver, CO | Prepare for and second chair at Brinton deposition |
| Burkholz, Spencer | 09/08/25-09/10/25 | Boston, MA | Prepare for mediation; meet with expert re: damages |
| Ohlmann, Jonathan | 09/10/25-09/11/25 | New York, NY | Prepare for and attend mediation |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Capeci, Michael | 09/10/25-09/11/25 | New York, NY | Prepare for and attend mediation |
| Andracchio, Laura M. | 09/10/25-09/12/25 | New York, NY | Prepare and attend mediation |
| Burkholz, Spencer | 09/10/25-09/11/25 | New York, NY | Prepare and attend mediation |
| Economou, Magdalene | 09/10/25-09/11/25 | New York, NY | Prepare and attend mediation |