# EXHIBIT E

**EXHIBIT E**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $15,310.64

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/09/24 | RICHARD H. ROMANOW, RPR | TRANSCRIPT OF PROCEEDINGS ON 07/24/24 |
| 09/04/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: JAY ABENDROTH (PM SESSION); REALTIME/ROUGH DRAFT BUNDLE, INTERACTIVE REALTIME (2ND CONNECTION), REALTIME STREAMING CONNECTION, ATTENDANCE (BOSTON, MA), ATTENDANCE (AFTER HOURS) |
| 09/04/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: JAY ABENDROTH (AM SESSION); HYBRID SETUP, INTERACTIVE REALTIME SETUP, REALTIME/ROUGH DRAFT BUNDLE, LAPTOP RENTAL, INTERACTIVE REALTIME SETUP, INTERACTIVE REALTIME (2ND CONNECTION), REMOTE STREAMING SETUP, REALTIME STREAMING CONNECTION, ATTENDANCE (BOSTON, MA), VIRTUAL EXHIBIT SHARING PLATFORM |
| 09/04/25 | HUDSON COURT REPORTING & VIDEO, INC. | JAY ABENDROTH DEPOSITION; ATTENDANCE (VIDEOGRAPHER), LAPTOP RENTAL, DIGITIZING & SYNCHRONIZED VIDEO, PARKING |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 09/05/25 | VERITEXT CORP. | WITNESS: STEVEN FEINSTEIN, PH.D.; TRANSCRIPT SERVICES - CERTIFIED TRANSCRIPT, TRANSCRIPT SERVICES - CERTIFIED TRANSCRIPT - PRIORITY REQUEST, ROUGH DRAFT, EXHIBITS, SECURE HOSTING & DELIVERY OF VERITEXT FILE SUITE, LOGISTICS & PROCESSING, VERITEXT VIRTUAL PARTICIPANTS |
| 09/09/25 | HUDSON COURT REPORTING & VIDEO, INC. | TURNER BRINTON DEPOSITION; FACILITY & HOSPITALITY PACKAGE |
| 09/09/25 | HUDSON COURT REPORTING & VIDEO, INC. | TURNER BRINTON DEPOSITION; ATTENDANCE (VIDEOGRAPHER), DIGITIZING & SYNCHRONIZED VIDEO |
| 09/09/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: TURNER BRINTON; INTERACTIVE REALTIME SETUP, REALTIME/ROUGH DRAFT BUNDLE, LAPTOP RENTAL, INTERACTIVE REALTIME SETUP, INTERACTIVE REALTIME (2ND CONNECTION), ATTENDANCE (COLORADO), VIRTUAL EXHIBIT SHARING PLATFORM, COPY OF EXHIBITS |