# EXHIBIT F

**EXHIBIT F**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan vs. Mercury Systems, Inc., et al.*, Case No. 1:23-cv-13065-WGY
Robbins Geller Rudman & Dowd LLP

Photocopies: $413.91
      In-house black and white: $85.20 (568 copies at $0.15 per copy)
      Outside Photocopies: $328.71 (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 09/04/25 | FEDEX OFFICE BOSTON MA | FEE FOR ACCEPTING FEDEX PACKAGE OF EXHIBITS - M. ECONOMOU |
| 09/05/25 | FEDEX OFFICE BOSTON MA | COPIES AT HOTEL IN BOSTON FOR DEPOSITION OF JAY ABENDROTH - L. ANDRACCHIO |
| 09/06/25 | FEDEX OFFICE BOSTON MA | FEE FOR COPIES OF DOCUMENTS FOR DEPOSITION - M. ECONOMOU |
| 09/09/25 | FEDEX OFFICE DENVER CO | DOCUMENT COPIES - M. ECONOMOU |
| 09/10/25 | FEDEX OFFICE DENVER CO | FEE FOR COPIES OF DOCUMENTS FOR DEPOSITION - M. ECONOMOU |
| 09/10/25 | FEDEX OFFICE DENVER CO | FEE FOR SHIPPING DOCUMENTS - M. ECONOMOU |