# EXHIBIT A

**EXHIBIT A**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Grant & Eisenhofer P.A.
Inception through December 18, 2025

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Karin E. Fisch | (P) | 215.1 | $1,500.00 | $322,650.00 |
| Daniel L. Berger | (P) | 35.5 | $1,500.00 | $53,250.00 |
| Caitlin M. Moyna | (P) | 228.3 | $1,100.00 | $251,130.00 |
| Kelly Tucker | (P) | 2.3 | $1,300.00 | $2,990.00 |
| Cecilia Stein | (A) | 720.80 | $700.00 | $504,560.00 |
| Mica Cocco | (A) | 1.0 | $700.00 | $700.00 |
| Timothy Dauz | (A) | 500.6 | $625.00 | $312,875.00 |
| Lauren Salamon | (A) | 22.50 | $675.00 | $15,187.50 |
| Theodore David | (A) | 49.40 | $600.00 | $29,640.00 |
| Jonathan Lawlor | (A) | 638.00 | $575.00 | $366,850.00 |
| **Paralegals** | | | | |
| Susan Neis | | 76.90 | $400.00 | $30,760.00 |
| Mark Rigney | | 2.90 | $375.00 | $1,087.50 |
| *TOTAL* | | **2,493.30** | | **1,891,680.00** |

(P) Partner

(A) Associate

4922-1836-0214.v1