# EXHIBIT B

**EXHIBIT B**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Grant & Eisenhofer P.A.
Inception through December 18, 2025

| CATEGORY | AMOUNT |
|---|---|
| Process Server Fees | $2,070.00 |
| Travel (Transportation, Hotels, and Meals) | $3,317.64 |
| E-Discovery Data Hosting and Processing Services: Nuix | $1,431.00 |
| Postage & Delivery | $293.40 |
| Transcription Services | $1,549.00 |
| Mediation Services: Phillips ADR Enterprises, P.C. | $17,500.00 |
| Duplication Services | $296.20 |
| Case-Related Research | $1,251.98 |
| *TOTAL* | 27,709.22 |

4922-1836-0214.v1