# EXHIBIT C

**EXHIBIT C**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Grant & Eisenhofer P.A.
Inception through December 18, 2025

Process Server Fees: $2,070.00

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 4/30/2025 | ABC Legal | Service of third-party subpoena |
| 7/1/2025 | ABC Legal | Service of third-party subpoena |
| 7/11/2025 | ABC Legal | Service of third-party subpoena |
| 8/12/2025 | ABC Legal | Service of third-party subpoena |
| 9/4/2025 | United Processing, Inc. | Service of third-party subpoena |
| 9/4/2024 | United Processing, Inc. | Service of third-party subpoena |

4922-1836-0214.v1