# EXHIBIT D

**EXHIBIT D**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Grant & Eisenhofer
P.A.
Inception through December 18, 2025

Transportation, Hotels, and Meals: $3,317.64

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Caitlin Moyna | 7/23/2024 | Boston, MA | Travel for court hearing |
| Caitlin Moyna | 7/24/2024 | Boston, MA | Travel for court hearing |
| Caitlin Moyna | 7/24/2024 | Boston, MA | Hotel for court hearing |
| Caitlin Moyna | 8/16/2024 | New York, NY | Travel |
| Karin Fisch | 9/8/2025 | Fort Meyers, FL | Travel for deposition |
| Karin Fisch | 9/13/2025 | New York, NY | Travel for mediation |
| Karin Fisch | 9/13/2025 | New York, NY | Meals for mediation |

4922-1836-0214.v1