# EXHIBIT E

**EXHIBIT E**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Grant & Eisenhofer P.A.
Inception through December 18, 2025

Transcription Services: $1,549.00

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 12/16/2025 | Hudson Court Reporting & Video, Inc. | Deposition transcripts |

4922-1836-0214.v1