# EXHIBIT A

**EXHIBIT A**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Abraham, Fruchter & Twersky, LLP
Inception through Present

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Mitchell M.Z. Twersky | (P) | 50.40 | $1,250.00 | $63,000.00 |
| Lawrence Levit | (OC) | 24.50 | $1,000.00 | $24,500.00 |
| Michael Klein | (OC) | 44.50 | $1,000.00 | $44,500.00 |
| Patrice Bishop | (OC) | 137.50 | $1,000.00 | $137,500.00 |
| Atara Twersky | (OC) | 18.80 | $1,000.00 | $18,800.00 |
| *TOTAL* | | *275.70* | | *$288,300.00* |

(P) Partner
(OC) Of Counsel