# EXHIBIT B

**EXHIBIT B**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems,*
*Inc., et al.*, No. 1:23-cv-13065-WGY
Abraham, Fruchter & Twersky, LLP
Inception through Present

| CATEGORY | AMOUNT |
|---|---|
| Transportation, Hotels, and Meals | $734.23 |
| Online Legal and Factual Research | $224.64 |
| Shipping Fees | $38.83 |
| *TOTAL* | *$997.70* |