# EXHIBIT C

**EXHIBIT C**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Abraham, Fruchter & Twersky, LLP

Transportation, Hotels, and Meals: $734.23

| NAME | DATE | DESTINATION | PURPOSE | TOTAL |
|------|------|-------------|---------|-------|
| Atara Twersky | 9/10/2025 | San Juan, Puerto Rico | Jetblue flight booked from New York to Puerto Rico in preparation for deposition | $197.00 |
| Atara Twersky | 9/10/2025 | San Juan, Puerto Rico | Frontier flight booked from Puerto Rico to New York in preparation for deposition | $207.95 |
| Atara Twersky | 9/8/2025 | San Juan, Puerto Rico | Fairmont El San Juan hotel booked in Puerto Rico in preparation for deposition | $329.28 |