# EXHIBIT D

**EXHIBIT D**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Abraham, Fruchter & Twersky, LLP

Online Legal and Factual Research: $224.64

| *VENDOR* | *PURPOSE* | *TOTAL* |
|---|---|---|
| Westlaw Research | Research | $206.64 |
| PACER Research | Research | $3.00 |
| Bloomberg Research | Research | $15.00 |