# EXHIBIT E

## EXHIBIT E

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Abraham, Fruchter & Twersky, LLP

Shipping Fees: $38.83

| *VENDOR* | *PURPOSE* | *TOTAL* |
|---|---|---|
| Federal Express | Courtesy Copies | $38.83 |