UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NORTH COLLIER FIRE CONTROL AND ) No. 1:23-cv-13065-WGY
RESCUE DISTRICT FIREFIGHTERS' )
PENSION PLAN, Individually and on Behalf ) CLASS ACTION
of All Others Similarly Situated, )
    ) DECLARATION OF THEODORE M.
        Plaintiff, ) HESS-MAHAN FILED ON BEHALF OF
    ) HUTCHINGS BARSAMIAN
vs. ) MANDELCORN, LLP, IN SUPPORT OF
    ) APPLICATION FOR AWARD OF
MERCURY SYSTEMS, INC., et al., ) ATTORNEYS' FEES AND EXPENSES
    )
        Defendants. )
    )
_____ )

I, Theodore M. Hess-Mahan, declare as follows:

1.      I am Of Counsel to the firm of Hutchings Barsamian Mandelcorn, LLP (the "Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action (the "Litigation").

2.      This Firm is Liaison counsel of record for Lead Plaintiffs Carpenters Pension Trust Fund for Northern California and University of Puerto Rico Retirement System.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the attorney who oversaw and/or conducted the day-to-day activities in the Litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation.  As a result of this review,

- 1 -

reductions were made to both time and expenses in the exercise of billing judgment.  Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation.

4.    After the reductions referred to above, the number of hours spent on the Litigation by my Firm is 28.7.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney time based on the Firm's current rates is $14,206.50.  The hourly rates shown in Exhibit A are consistent with hourly rates submitted by the Firm in other securities class action litigation.  The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.

5.    My Firm seeks an award of $1,631.40 in expenses and charges in connection with the prosecution of the Litigation.  Those expenses and charges are summarized by category in Exhibit B.

**6.**    The following is additional information regarding certain of these expenses:

(a)    Filing, Witness, and Other Fees: $1,625.00.  These expenses have been paid to the Court for filing fees. The vendor who was paid for these services is set forth in Exhibit C.

(b)    Transportation, Hotels, and Meals: $6.40.  In connection with the prosecution of this case, the Firm has paid for travel expenses to attend court hearings.  The date, destination, and purpose of each trip is set forth in Exhibit D.

7.    The expenses pertaining to this case are reflected in the books and records of this Firm.  These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

- 2 -

4918-1301-9798.v1

8.      The identification and background of my Firm and its partners is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of March, 2026, at Wellesley, Massachusetts.

/s/Theodore M. Hess-Mahan

THEODORE M. HESS-MAHAN

4918-1301-9798.v1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2026.

s/ Michael G. Capeci

MICHAEL G. CAPECI