# EXHIBIT A

**EXHIBIT A**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Hutchings Barsamian Mandelcorn, LLP
Inception through April 7, 2026

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Theodore M. Hess-Mahan | | 28.7 | $495.00 | $14,206.50 |
| *TOTAL* | | | | *$14,206.50* |

4922-1836-0214.v1