# EXHIBIT B

**EXHIBIT B**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Hutchings Barsamian Mandelcorn, LLP
Inception through April 7, 2026

| CATEGORY | AMOUNT |
|---|---|
| Filing, Witness, and Other Fees | $1,625.00 |
| Transportation, Hotels, and Meals | $6.40 |
| *TOTAL* | *$1,631.40* |

4922-1836-0214.v1