# EXHIBIT C

**EXHIBIT C**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Hutchings Barsamian Mandelcorn, LLP

Filing, Witness, and Other Fees: $1,500.00

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 2/29/2024 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 3 attorneys |
| 3/6/2024 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 4 attorneys |
| 7/16/2024 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 1 attorney |
| 3/3/2025 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 2 attorneys |
| 9/30/2025 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 2 attorneys |
| 3/26/2026 | U.S. Dist. Ct. D. Mass. | Pro hac vice filing fee for 1 attorney |

4922-1836-0214.v1