# EXHIBIT D

**EXHIBIT D**

*North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc., et al.*, No. 1:23-cv-13065-WGY
Hutchings Barsamian Mandelcorn, LLP

Transportation, Hotels, and Meals: $6.40

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| MassPike Tolls | 3/20/2024 | U.S. Dist. Ct. D. Mass. | Attend Scheduling Conference |
| MassPike Tolls | 7/24/2024 | U.S. Dist. Ct. D. Mass. | Attend Motion Hearing |

4922-1836-0214.v1